UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GLS LEASCO, INC.,

    Plaintiff,                        Case No. 23-cv-12927

v.                                   Hon. Mark A. Goldsmith

NAVISTAR, INC.,                Magistrate Judge Anthony P. Patti

    Defendant.

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Marianne J. Grano of Kienbaum Hardy Viviano Pelton & Forrest, P.L.C., hereby enters her Appearance on behalf of Plaintiff GLS LEASCO, INC., in the above-entitled action.

                                      Respectfully submitted,

                                      KIENBAUM HARDY VIVIANO
                                      PELTON & FORREST, P.L.C.

                                      By:*/s/Marianne J. Grano*
                                          Joseph E. Viviano (P60378)
                                          Thomas J. Davis (P78626)
                                          Marianne J. Grano (P82901)
                                      Counsel for Plaintiff
                                      48 S. Main Street, Suite 2
                                      Mount Clemens, MI 48043
                                      (586) 469-1580
                                      jviviano@khvpf.com
                                      tdavis@khvpf.com
December 1, 2023                  mgrano@khvpf.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2023, I filed the foregoing Notice of Appearance with the Clerk of the Court using the ECF system which will send notification of such filing to all the parties of record.

<table>
<tr><td>December 1, 2023</td><td><u>/s/Marianne J. Grano</u><br>Marianne J. Grano (P82901)<br>KIENBAUM HARDY VIVIANO<br>PELTON & FORREST, P.L.C.<br>48 S. Main St., Ste. 2<br>Mount Clemens, MI 48043<br>(586) 469-1580<br>mgrano@khvpf.com</td></tr>
</table>