# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

GLS LEASCO, INC., and
CENTRAL TRANSPORT LLC,

    Plaintiffs,

vs.

NAVISTAR, INC.,

    Defendant.

Case No. 23-cv-12927-MAG-APP

Hon. Mark A. Goldsmith

Magistrate Judge Anthony P. Patti

## STIPULATION AND ORDER
## TO AMEND CASE MANAGEMENT AND SCHEDULING ORDER

Plaintiffs GLS Leasco, Inc. and Central Transport LLC, and Defendant Navistar, Inc., through their undersigned counsel, hereby stipulate to and respectfully request an Order from the Court to extend the deadline for Exhibit Lists through and including October 15, 2024, for good cause and as set forth below.

WHEREAS, the current Case Management and Scheduling Order (ECF 13) currently sets a deadline for Exhibit Lists of August 23, 2024.

WHEREAS, the parties are currently in the process of reviewing and supplementing document productions, conducting depositions and identifying deposition exhibits and potential trial exhibits.

WHEREAS, discovery currently closes on November 22, 2024.

THEREFORE, Plaintiffs and Defendant hereby stipulate and respectfully

request, for good cause as set forth above, modification of the Scheduling Order in this case as follows:

1. The deadline for filing Exhibit Lists is extended through and including October 15, 2024.

2. All documents included on the October 15, 2024, Exhibit Lists that have not been previously produced will be produced simultaneously with the Exhibit Lists; and

3. All other deadlines shall remain intact.

## ORDER

IT IS SO ORDERED.

Dated: August 19, 2024
Detroit, Michigan

                                            s/Mark A. Goldsmith
                                            Honorable Mark A. Goldsmith
                                            United States District Court

STIPULATED AND AGREED TO:

Dated:  August 12, 2024

| KIENBAUM, HARDY, VIVIANO, PELTON & FORREST, P.L.C. | BARNES & THORNBURG LLP |
|---|---|
| */s/ Thomas J. Davis (w/ permission)* <br> Joseph E. Viviano (P60378) <br> Thomas J. Davis (P78626) <br> Marianne J. Grano (P82901) <br> 48 South Main Street, Suite 2 <br> Mt. Clemens, MI  48043 <br> (586) 469-1580 <br> jviviano@khvpf.com <br> tdavis@khvpf.com <br> mgrano@khvpf.com <br> *Attorneys for Plaintiffs* | */s/ Scott R. Murphy* <br> Scott R. Murphy (P68015) <br> Anthony C. Sallah (P84136) <br> 171 Monroe Ave. NW, Suite 1000 <br> Grand Rapids, MI 49503 <br> 616-742-3930 <br> smurphy@btlaw.com <br> asallah@btlaw.com <br> *Attorneys for Defendant* |