UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GLS LEASCO, INC. and CENTRAL
TRANSPORT LLC,

    Plaintiffs,

v.

NAVISTAR, INC.,

    Defendant.

Case No. 23-cv-12927

Hon. Mark A. Goldsmith

Magistrate Judge Anthony P. Patti

---

## STIPULATION AND ORDER TO EXTEND DEFENDANT'S DEADLINE TO SUBMIT EXPERT DISCLOSURE AND REPORT

Plaintiffs, GLS Leasco, Inc. and Central Transport LLC ("Plaintiffs"), and Defendant, Navistar, Inc. ("Navistar"), through their undersigned counsel, hereby stipulate to and respectfully request an Order from the Court to extend the deadline for Navistar to submit its expert witness list, disclosures, and expert report through and including October 9, 2024, for good cause and as set forth below.

WHEREAS, under the current Case Management and Scheduling Order (ECF No. 13), Navistar's deadline to submit its expert witness list, disclosures, and expert report is September 23, 2024.

WHEREAS, the parties are currently in the process of reviewing and supplementing document productions, reviewing those documents with experts, and preparing reports, and Navistar has requested additional time in which to submit its

expert disclosures and report based on these forthcoming supplemental document productions.

THEREFORE, Plaintiffs and Defendant hereby stipulate and respectfully request, for good cause as set forth above, modification of the Scheduling Order in this case as follows:

1. Navistar's deadline to submit its expert witness list, disclosures, and expert report is extended to October 9, 2024.

2. All other deadlines shall remain intact.

STIPULATED AND AGREED TO:

Dated: September 24, 2024

| KIENBAUM, HARDY, VIVIANO, PELTON & FORREST, P.L.C. | BARNES & THORNBURG LLP |
|---|---|
| /s/ Thomas J. Davis (w/ permission)<br>Joseph E. Viviano (P60378)<br>Thomas J. Davis (P78626)<br>Marianne J. Grano (P82901)<br>48 South Main Street, Suite 2<br>Mt. Clemens, MI  48043<br>(586) 469-1580<br>jviviano@khvpf.com<br>tdavis@khvpf.com<br>mgrano@khvpf.com<br>*Attorneys for Plaintiffs* | /s/ Scott R. Murphy<br>Scott R. Murphy (P68015)<br>Anthony C. Sallah (P84136)<br>171 Monroe Ave. NW, Suite 1000<br>Grand Rapids, MI 49503<br>616-742-3930<br>smurphy@btlaw.com<br>asallah@btlaw.com<br>*Attorneys for Defendant* |

## **ORDER**

IT IS SO ORDERED.

Dated: September 24, 2024  s/Mark A. Goldsmith
      Detroit, Michigan  MARK A. GOLDSMITH
                                        United States District Judge