UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GLS LEASCO, INC. and
CENTRAL TRANSPORT LLC

      Plaintiffs,

v.

NAVISTAR, INC.,

      Defendant.

Case No. 23-cv-12927

Hon. Mark A. Goldsmith

Magistrate Judge Anthony P. Patti

---

**STIPULATED ORDER GRANTING AMENDMENT OF COMPLAINT PURSUANT TO DEFENDANT'S WRITTEN CONSENT**

**WHEREAS**, Federal Rule of Civil Procedure 15(a)(2) permits amendment of a Complaint with the opposing party's written consent;

**WHEREAS**, Plaintiffs GLS Leasco, Inc. and Central Transport LLC filed a motion for leave to file a Second Amended Complaint on September 3, 2024 (ECF No. 25);

**WHEREAS**, Plaintiffs have agreed that Defendant Navistar, Inc. ("Navistar") may re-depose Plaintiffs' Rule 30(b)(6) witness to address the fraud claim set forth in the proposed Second Amended Complaint;

**WHEREAS**, in exchange, Navistar agrees to drop opposition to Plaintiffs' motion for leave and now consents to the Plaintiffs' request to file the Second Amended Complaint attached to the Plaintiffs' motion for leave;

**IT IS HEREBY ORDERED** that Plaintiffs may file the Second Amended Complaint that Navistar consented to, pursuant to Federal Rule of Civil Procedure 15(a)(2);

**IT IS FURTHER ORDERED** that Navistar shall have 14 days from the entry of this order to answer, move or otherwise respond to the Second Amended Complaint.  Navistar does not waive any challenges to the Second Amended Complaint on Rule 12 grounds.

SO ORDERED.

Dated: September 24, 2024  
     Detroit, Michigan

s/Mark A. Goldsmith  
MARK A. GOLDSMITH  
United States District Judge

The above order is stipulated to:

| | |
|---|---|
| /s/*Scott R. Murphy (by permission)* | /s/*Thomas J. Davis* |
| BARNES & THORNBURG LLP | KIENBAUM, HARDY, VIVIANO, |
| By:   Scott R. Murphy (P68015) | PELTON & FORREST, P.L.C. |
|     Anthony C. Sallah (P84136) | By:   Joseph E. Viviano (P60378) |
| 171 Monroe Ave., N.W. Suite 1000 |     Thomas J. Davis (P78626) |
| Grand Rapids, MI 48903 |     Marianne J. Grano (P82901) |
| (616) 742-3930 | 48 S. Main St., Ste. 2 |
| smurphy@btlaw.com | Mt. Clemens, MI  48043 |
| asallah@btlaw.com | (586) 469-1580 |
| | jviviano@khvpf.com |
| *Counsel for Defendant* | tdavis@khvpf.com |
| | mgrano@khvpf.com |
| | |
| | *Counsel for Plaintiffs* |