UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GLS LEASCO, INC. and
CENTRAL TRANSPORT, LLC,

    Plaintiffs,

v.

NAVISTAR, INC.,

Defendant.

Case No. 23-cv-12927

Hon. Mark A. Goldsmith

Magistrate Judge Anthony P. Patti

---

## Index of Exhibits to
## Plaintiffs' Brief in Support of Motion for a Protective Order re: Defendant's 30(b)(6) Notice Related to "Discovery about Discovery"

| | |
|---|---|
| **Exhibit A** | Excerpts, Deposition of Guy Sean Carmichael |
| **Exhibit B** | Sept. 24, 2024 Letter to Navistar's Counsel |
| **Exhibit C** | July 26, 2024 Letter to Plaintiffs' Counsel |
| **Exhibit D** | 30(b)(6) Deposition Notice to GLS |
| **Exhibit E** | 30(b)(6) Deposition Notice to Central Transport |
| **Exhibit F** | August 6, 2024 Letter to Navistar's Counsel |
| **Exhibit G** | August 19, 2024 Email to Plaintiffs' counsel |
| **Exhibit H** | August 26, 2024 Email to Navistar's Counsel |
| **Exhibit I** | Excerpts, Deposition Transcript of Kyle Blain |
| **Exhibit J** | Excerpts, Deposition Transcript of Brianne Perkins |
| **Exhibit K** | Excerpts, Deposition Transcript of Nick Schmalenberg |

2

| | |
|---|---|
| **Exhibit L** | Navistar's September 20, 2024 Letter to Plaintiffs' counsel |
| **Exhibit M** | Excerpts, Deposition Transcript of Jim Lollis |

544621

2