Case 2:23-cv-12927-MAG-APP, ECF No. 30-14, PageID.365 Filed 09/25/24 Page 1 of 4
GLS LEASCO vs NAVISTAR
LOLLIS, JIMMY on 08/06/2024

EXHIBIT M

```
 1              IN THE UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF MICHIGAN
 2                      SOUTHERN DIVISION

 3   GLS LEASCO, INC. And         )
     CENTRAL TRANSPORT LLC,       )
 4                                )
                  PLAINTIFFS,     )
 5                                )
     VS.                          )  CASE NO. 23-cv-12927
 6                                )
     NAVISTAR, INC,               )
 7                                )
                  DEFENDANT.      )
 8

 9             ------------------------------------

10                       ORAL DEPOSITION OF

11                       JIMMY DEAN LOLLIS

12                         AUGUST 6, 2024

13             ------------------------------------

14

15      ORAL DEPOSITION OF JIMMY DEAN LOLLIS, produced as a

16   witness at the instance of the PLAINTIFF, and duly

17   sworn, was taken in the above-styled and numbered

18   cause on the 6th of August, 2024, from 9:01 a.m. to

19   4:52 p.m., before Jennifer Norman, CCR in and for the

20   State of Arkansas, reported by machine shorthand, at

21   the 1130 East Millap, Fayetteville, Arkansas 72703,

22   pursuant to the Federal Rules of Civil Procedure.

23

24

25
```



www.ArkansasRealtimeReporting.com

```
 1  their International dealer.  So that's how we picked
 2  up an account that was in Detroit.
 3  Q.  Gotcha.  All right.  And so break down a little
 4  bit more, then, what your duties are in fleet sales.
 5  A.  Basically, representation to the customer.  I'm
 6  basically the guy that goes and sees them; makes sure
 7  they're okay on a day-to-day basis; communicate with
 8  them.  We work on speccing the truck, make sure, you
 9  know, what they want to do as far as different type of
10  componentry on the truck, build that, and then we work
11  with Navistar to work through pricing and try to get
12  the order finished up, and then work through delivery
13  process, titling process, things like that.  The
14  dealer does that part of the job.
15  Q.  Okay. All right.  So would you say generally,
16  then, just in your estimation, are your duties more
17  facing the end customer like Central or PAM, or are
18  you more working for Navistar?  I mean, how would you
19  kind of describe your role?
20  A.  I work for the dealership.
21  Q.  Yeah.
22  A.  And I do work directly with the customer hopefully
23  on a day-to-day basis.
24  Q.  Okay.  And how about with Navistar; how often
25  would you interface with them?
```



1  A.  You pretty well look at Navistar almost daily
2  depending on what you're doing with them.  Of course,
3  obviously, I have to use their computer system, and I
4  look at data that comes to me; so I check that daily.
5              As far as working with the corporate
6  people, a lot of that has to do with early on when
7  they're working through pricing and construction,
8  build dates, and stuff like that.
9  Q.  Okay.
10 A.  And then, you know, we have, you know, regular
11 calls -- you know, not scheduled, but regular calls
12 based on what's going on with the account at the time.
13 Q.  Okay.  All right.  So tell me a little bit, then,
14 about the -- and I'm -- I obviously want to talk about
15 just Navistar here.  I understand Summit would work
16 with other manufacturers, but here I'm just curious
17 about Navistar.
18              So when you say that you work with them
19 on pricing, construction build dates, things like
20 that, give me a little bit more detail.
21 A.  As far as working with Navistar?
22 Q.  Correct.
23 A.  Well, as far as the --
24 Q.  I apologize.  And that was, like, multiple parts
25 in the question.



www.ArkansasRealtimeReporting.com

1  Q. Okay. All right. So here is my question, then.
2  So I guess you're -- well, let me ask you this.
3            What's your general familiarity with what
4  this lawsuit has to do with? Let's put it that way.
5  In your words.
6  A. The way I understand this, it has to do with the
7  delivery timing of the deal that was supposed to hit
8  in 2022.
9  Q. All right. And say a little bit more about that.
10 What do you mean by that?
11 A. Well, the trucks were not delivered as the cover
12 letter states.
13 Q. All right. All right. And so you were involved
14 with -- either at Summit, Rush, or Allegiance, you
15 were handling this account from the first agreement
16 being signed all the way until the last truck under
17 that agreement was delivered; right?
18 A. I was.
19 Q. And the last truck wasn't delivered until sometime
20 in 2023; right?
21 A. Yes. There was one lone straggler. There was one
22 truck that was totaled out as it was being transported
23 to Central Transport, and we had a brand-new one
24 built. So that was kind of the last straggler. It
25 literally wasn't delivered until August of 2023. But



www.ArkansasRealtimeReporting.com