UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GLS LEASCO, INC. and CENTRAL
TRANSPORT LLC,

    Plaintiffs,                    Case No. 23-cv-12927

v.                                   Hon. Mark A. Goldsmith

NAVISTAR, INC.,               Magistrate Judge Anthony P. Patti

    Defendant.

## INDEX OF EXHIBITS TO
## DEFENDANT NAVISTAR, INC.'S MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR PROTECTIVE ORDER (ECF NO. 30)

| | |
|---|---|
| **Exhibit A** | GLS Notice of Material Breach |
| **Exhibit B** | Perkins Deposition Excerpt |
| **Exhibit C** | April 13, 2022 Email, LOL-000047 |
| **Exhibit D** | GLS Deposition Excerpt |
| **Exhibit E** | April 21, 2022 Email, LOLL-000049 |
| **Exhibit F** | May 16, 2022 Email, ALLEGIANCE00000017 |
| **Exhibit G** | Hanvey Deposition Excerpt |
| **Exhibit H** | Schmalenberg Deposition Excerpt |
| **Exhibit I** | Production Chart |
| **Exhibit J** | Compiled Emails |