# EXHIBIT F

| From: | Brianne Perkins [bperkins@centraltransport.com] |
|---|---|
| Sent: | 5/16/2022 6:15:14 PM |
| To: | Jim Lollis [jlollis@allegiancetrucks.com] |
| Subject: | [EXTERNAL] RE: Central - Delivery Status |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the email address and know the content is safe.

Thank you!

**From:** Jim Lollis <jlollis@allegiancetrucks.com>
**Sent:** Monday, May 16, 2022 1:24 PM
**To:** Brianne Perkins <bperkins@centraltransport.com>
**Subject:** [EXTERNAL] RE: Central - Delivery Status

\*\*\*\*\*\*EXTERNAL email. Please proceed with caution.\*\*\*\*\*\*
Brianne

There are now (3) with ETAs for this week

| Serial # | ETA Date | City |
|---|---|---|
| PN458009 | 5/16/2022 | Bloomington |
| PN458012 | 5/16/2022 | Bloomington |
| PN458058 | 5/18/2022 | Bath |

(65) in transit with no ETA

| Serial # | Depot | City | State |
|---|---|---|---|
| PN458005 | Laredo | Bloomington | CA |
| PN458006 | Laredo | Bloomington | CA |
| PN458007 | San Antonio | Bloomington | CA |
| PN458008 | San Antonio | Bloomington | CA |
| PN458010 | San Antonio | Bloomington | CA |
| PN458011 | San Antonio | Bloomington | CA |
| PN458013 | Laredo | Bloomington | CA |
| PN458014 | Laredo | Bloomington | CA |
| PN458015 | Laredo | Hillside | IL |
| PN458016 | Laredo | Hillside | IL |
| PN458017 | Laredo | Hillside | IL |
| PN458018 | Laredo | Hillside | IL |
| PN458019 | Laredo | Hillside | IL |
| PN458020 | Laredo | Hillside | IL |
| PN458021 | Laredo | Hillside | IL |
| PN458022 | Laredo | Hillside | IL |
| PN458023 | Laredo | Hillside | IL |
| PN458024 | San Antonio | Hillside | IL |
| PN458025 | Laredo | Bloomington | CA |

| | | | |
|---|---|---|---|
| PN458026 | San Antonio | Bloomington | CA |
| PN458027 | Laredo | Bloomington | CA |
| PN458028 | Laredo | Bloomington | CA |
| PN458029 | Laredo | Bloomington | CA |
| PN458030 | Laredo | Bloomington | CA |
| PN458031 | Laredo | Bloomington | CA |
| PN458032 | Laredo | Bloomington | CA |
| PN458033 | Laredo | Bloomington | CA |
| PN458034 | Laredo | Bloomington | CA |
| PN458035 | Laredo | Bloomington | CA |
| PN458036 | Laredo | Hillside | IL |
| PN458037 | Laredo | Hillside | IL |
| PN458038 | Laredo | Hillside | IL |
| PN458039 | Laredo | Hillside | IL |
| PN458040 | Laredo | Hillside | IL |
| PN458041 | Laredo | Hillside | IL |
| PN458042 | San Antonio | Hillside | IL |
| PN458043 | San Antonio | Hillside | IL |
| PN458044 | Laredo | Hillside | IL |
| PN458045 | San Antonio | Hillside | IL |
| PN458046 | San Antonio | Bloomington | CA |
| PN458047 | Laredo | Bloomington | CA |
| PN458048 | Laredo | Bloomington | CA |
| PN458049 | Laredo | Bloomington | CA |
| PN458050 | Laredo | Bloomington | CA |
| PN458051 | San Antonio | Bloomington | CA |
| PN458052 | San Antonio | Bloomington | CA |
| PN458053 | San Antonio | Bloomington | CA |
| PN458054 | Laredo | Bloomington | CA |
| PN458055 | San Antonio | Bloomington | CA |
| PN458056 | Laredo | Bath | PA |
| PN458057 | Laredo | Bath | PA |
| PN458059 | Laredo | Bath | PA |
| PN458060 | Laredo | Bath | PA |
| PN458062 | Laredo | Bath | PA |
| PN458063 | Laredo | Bath | PA |
| PN458064 | Laredo | Bath | PA |
| PN458065 | Laredo | Bath | PA |
| PN458066 | Laredo | Bath | PA |
| PN458067 | Laredo | Bath | PA |
| PN458068 | Laredo | Bath | PA |
| PN458071 | Laredo | Bath | PA |
| PN458072 | Laredo | Bath | PA |
| PN458076 | Laredo | Bath | PA |
| PN458078 | Laredo | Bath | PA |
| PN458079 | Laredo | Bath | PA |

Jim Lollis
Fleet Sales Manager
Allegiance Trucks, LLC

---

**From:** Jim Lollis
**Sent:** Thursday, May 12, 2022 11:51 AM
**To:** Brianne Perkins <bperkins@centraltransport.com>
**Subject:** Central - Delivery Status

Brianne
At this time there are (61) completed and awaiting shipment
I have requested an update on the status and ETAs

There is one truck with an ETA for next week

| LAST 8 | Unit # | CT TERMINAL | TM City | Delivered Date | ETA Date |
|---|---|---|---|---|---|
| PN458058 | 232053 | 181 | Bath | | 5/17/2022 |

I will keep you posted


Jim Lollis
Fleet Sales Manager
Allegiance Trucks, LLC

479-530-3622

jlollis@alllegiancetrucks.com



ALLEGIANCE TRUCKS

This email cannot be used to create a binding contract. This message is confidential. It may also be privileged or otherwise protected by work product or other legal rules. If you have received it by mistake, please let us know by e-mail reply and delete it from your system; you may not copy this message or disclose its contents to anyone. The integrity and security of this message cannot be guaranteed on the Internet.