# EXHIBIT I

**Allegiance Production Comparison**

| Number | Bates | Date | Subject/Document Title | Produced by GLS? |
|---|---|---|---|---|
| 1 | ALLEGIANCE00002894 | 5/30/2023 | [EXTERNAL] - RE: Central - last 25 + 1 delivery status | No |
| 2 | ALLEGIANCE00002897 | 5/31/2023 | [EXTERNAL] - Last straight truck | No |
| 3 | ALLEGIANCE00002898 | 5/31/2023 | [EXTERNAL] - | No |
| 4 | ALLEGIANCE00002899 | 6/1/2023 | RE: [EXTERNAL] - RE: Central - last 25 shipping | No |
| 5 | ALLEGIANCE00002903 | 6/1/2023 | [EXTERNAL] - FW: 19509 | No |
| 6 | ALLEGIANCE00002905 | 6/1/2023 | - | No |
| 7 | ALLEGIANCE00002906 | 6/1/2023 | [EXTERNAL] - RE: 19509 | No |
| 8 | ALLEGIANCE00002909 | 6/2/2023 | [EXTERNAL] - FW: ST23003 | No |
| 9 | ALLEGIANCE00002911 | 6/2/2023 | [EXTERNAL] - RE: Central Transport - HX stock quote | No |
| 10 | ALLEGIANCE00002913 | 6/2/2023 | RE: [EXTERNAL] - FW: ST23003 | No |
| 11 | ALLEGIANCE00002916 | 6/5/2023 | [EXTERNAL] - FW: 19509 | No |
| 12 | ALLEGIANCE00002920 | 6/5/2023 | Re: [EXTERNAL] - FW: 19509 | No |
| 13 | ALLEGIANCE00002926 | 6/6/2023 | [EXTERNAL] - Delivery change | No |
| 14 | ALLEGIANCE00002929 | 6/6/2023 | RE: [EXTERNAL] - Delivery change | No |
| 15 | ALLEGIANCE00002934 | 6/7/2023 | RE: [EXTERNAL] - Delivery change | No |
| 16 | ALLEGIANCE00002936 | 6/8/2023 | [EXTERNAL] - RE: TSC Charger Harnesses | No |
| 17 | ALLEGIANCE00002937 | 6/9/2023 | RE: [EXTERNAL] - RE: TSC Charger Harnesses | No |
| 18 | ALLEGIANCE00002939 | 6/12/2023 | RE: [EXTERNAL] - RE: Central / Universal Box Truck delivery status | No |
| 19 | ALLEGIANCE00002941 | 6/12/2023 | RE: [EXTERNAL] - RE: TSC Charger Harnesses | No |

| | | | | |
|---|---|---|---|---|
| 20 | ALLEGIANCE00002947 | 6/12/2023 | [EXTERNAL] - RE: CENTRAL TRANSPORT - 2023 MV INVOICE PL749830 | No |
| 21 | ALLEGIANCE00002949 | 6/12/2023 | - | No |
| 22 | ALLEGIANCE00002951 | 6/12/2023 | - | No |
| 23 | ALLEGIANCE00002953 | 6/12/2023 | RE: [EXTERNAL] - RE: TSC Charger Harnesses | No |
| 24 | ALLEGIANCE00002960 | 6/13/2023 | [EXTERNAL] - RE: Central   MV Box truck IN-SERVICE DATE | No |
| 25 | ALLEGIANCE00002964 | 6/13/2023 | RE: [EXTERNAL] - RE: Central   MV Box truck IN-SERVICE DATE | No |
| 26 | ALLEGIANCE00002969 | 6/13/2023 | RE: [EXTERNAL] - RE: Central   MV Box truck IN-SERVICE DATE | No |
| 27 | ALLEGIANCE00002972 | 6/13/2023 | [EXTERNAL] - RE: Central Transport - Invoice # 32 | No |
| 28 | ALLEGIANCE00002974 | 6/13/2023 | - | No |
| 29 | ALLEGIANCE00002975 | 6/13/2023 | RE: [EXTERNAL] - RE: CENTRAL TRANSPORT - 2023 MV INVOICE PL749830 | No |
| 30 | ALLEGIANCE00002977 | 6/13/2023 | - | No |
| 31 | ALLEGIANCE00002978 | 6/13/2023 | [EXTERNAL] - RE: Spare box | No |
| 32 | ALLEGIANCE00002982 | 6/14/2023 | Re: [EXTERNAL] - RE: Central / Universal Box Truck delivery status | No |
| 33 | ALLEGIANCE00002985 | 6/14/2023 | - | No |
| 34 | ALLEGIANCE00002986 | 6/14/2023 | - | No |
| 35 | ALLEGIANCE00002987 | 6/14/2023 | - | No |
| 36 | ALLEGIANCE00002988 | 6/14/2023 | - | No |
| 37 | ALLEGIANCE00002989 | 6/14/2023 | - | No |
| 38 | ALLEGIANCE00002990 | 6/15/2023 | RE: [EXTERNAL] - RE: CENTRAL TRANSPORT - 2023 | No |

| | | | | |
|---|---|---|---|---|
| | | | MV INVOICE PL749830 | |
| 39 | ALLEGIANCE00002992 | 6/15/2023 | - | No |
| 40 | ALLEGIANCE00002994 | 6/15/2023 | [EXTERNAL] - | No |
| 41 | ALLEGIANCE00002995 | 6/15/2023 | - | No |
| 42 | ALLEGIANCE00002996 | 6/17/2023 | [EXTERNAL] - Powerpoint Review | No |
| 43 | ALLEGIANCE00002997 | 6/19/2023 | [EXTERNAL] - FW: 2017 International trucks 2022 1206 | No |
| 44 | ALLEGIANCE00003000 | 6/19/2023 | [EXTERNAL] - RE: Nav Fund Distribution/Production 2022 0117 | No |
| 45 | ALLEGIANCE00003005 | 6/21/2023 | [EXTERNAL] - RE: Central - delivered not in service | No |
| 46 | ALLEGIANCE00003007 | 6/23/2023 | [EXTERNAL] - VIN for pup spec | No |
| 47 | ALLEGIANCE00003008 | 6/23/2023 | RE: [EXTERNAL] - VIN for pup spec | No |
| 48 | ALLEGIANCE00003010 | 6/23/2023 | [EXTERNAL] - International truck invoice request | No |
| 49 | ALLEGIANCE00003011 | 6/26/2023 | RE: [EXTERNAL] - RE: CENTRAL TRANSPORT - 2023 MV INVOICE PL749830 | No |
| 50 | ALLEGIANCE00003014 | 6/26/2023 | RE: [EXTERNAL] - RE: CENTRAL TRANSPORT - 2023 MV INVOICE PL749830 | No |
| 51 | ALLEGIANCE00003017 | 6/27/2023 | RE: [EXTERNAL] - RE: Central / Universal Box Truck delivery status | No |
| 52 | ALLEGIANCE00003020 | 6/27/2023 | [EXTERNAL] - RE: International truck invoice request INVOICE # 33 06671 | No |
| 53 | ALLEGIANCE00003022 | 6/27/2023 | - | No |
| 54 | ALLEGIANCE00003024 | 6/29/2023 | [EXTERNAL] - RE: Central - delivery status 6-29-23 | No |

| | | | | |
|---|---|---|---|---|
| 55 | ALLEGIANCE00003026 | 6/30/2023 | RE: [EXTERNAL] - FW: 2017 International trucks 2022 1206 | No |
| 56 | ALLEGIANCE00003029 | 6/30/2023 | [EXTERNAL] - RE: Central DE-06671 documentation | No |
| 57 | ALLEGIANCE00003030 | 6/30/2023 | [EXTERNAL] - RE: Central DE-06671 documentation | No |
| 58 | ALLEGIANCE00003031 | 6/30/2023 | - | No |
| 59 | ALLEGIANCE00003069 | 7/6/2023 | [EXTERNAL] - Delivery for replacement truck | No |
| 60 | ALLEGIANCE00003070 | 7/6/2023 | RE: [EXTERNAL] - Delivery for replacement truck | No |
| 61 | ALLEGIANCE00003072 | 7/7/2023 | [EXTERNAL] - RE: Central - delivery status 7-6-23 | No |
| 62 | ALLEGIANCE00003075 | 7/7/2023 | RE: [EXTERNAL] - RE: Central - delivery status 7-6-23 | No |
| 63 | ALLEGIANCE00003079 | 7/7/2023 | [EXTERNAL] - International truck Invoice request | No |
| 64 | ALLEGIANCE00003080 | 7/7/2023 | RE: [EXTERNAL] - International truck Invoice request | No |
| 65 | ALLEGIANCE00003082 | 7/10/2023 | RE: [EXTERNAL] - International truck Invoice request | No |
| 66 | ALLEGIANCE00003085 | 7/10/2023 | [EXTERNAL] - RE: Central Transport - Invoice # 34 | No |
| 67 | ALLEGIANCE00003086 | 7/10/2023 | - | No |
| 68 | ALLEGIANCE00003088 | 7/13/2023 | RE: [EXTERNAL] - RE: Central / Universal Box Truck delivery status | No |
| 69 | ALLEGIANCE00003092 | 7/13/2023 | RE: [EXTERNAL] - RE: Central / Universal Box Truck delivery status | No |
| 70 | ALLEGIANCE00003097 | 7/13/2023 | RE: [EXTERNAL] - RE: Central / Universal Box Truck delivery status | No |

4

| | | | | |
|---|---|---|---|---|
| 71 | ALLEGIANCE00003103 | 7/13/2023 | RE: [EXTERNAL] - RE: Central / Universal Box Truck delivery status | No |
| 72 | ALLEGIANCE00003109 | 7/13/2023 | [EXTERNAL] - ETAs | No |
| 73 | ALLEGIANCE00003110 | 7/13/2023 | [EXTERNAL] - Morgan discount on last ST | No |
| 74 | ALLEGIANCE00003111 | 7/13/2023 | [EXTERNAL] - Delivery ETA | No |
| 75 | ALLEGIANCE00003112 | 7/13/2023 | RE: [EXTERNAL] - Delivery ETA | No |
| 76 | ALLEGIANCE00003114 | 7/17/2023 | RE: [EXTERNAL] - Delivery ETA | No |
| 77 | ALLEGIANCE00003117 | 7/17/2023 | RE: [EXTERNAL] - Delivery ETA | No |
| 78 | ALLEGIANCE00003121 | 7/27/2023 | [EXTERNAL] - RE: CENTRAL TRANSPORT - DELIVERY STATUS 7-25-23 | No |
| 79 | ALLEGIANCE00003124 | 7/27/2023 | RE: [EXTERNAL] - RE: CENTRAL TRANSPORT - DELIVERY STATUS 7-27-23 | No |
| 80 | ALLEGIANCE00003128 | 7/31/2023 | RE: [EXTERNAL] - RE: CENTRAL TRANSPORT - DELIVERY STATUS 7-31-23 | No |
| 81 | ALLEGIANCE00003137 | 7/31/2023 | - | No |
| 82 | ALLEGIANCE00003164 | 8/1/2023 | [EXTERNAL] - Invoice request | No |
| 83 | ALLEGIANCE00003165 | 8/2/2023 | [EXTERNAL] - Last Straight truck | No |
| 84 | ALLEGIANCE00003166 | 8/3/2023 | [EXTERNAL] - RE: CENTRAL TRANSPORT - INVOICE # 35 | No |
| 85 | ALLEGIANCE00003167 | 8/3/2023 | - | No |
| 86 | ALLEGIANCE00003173 | 8/3/2023 | - | No |
| 87 | ALLEGIANCE00003181 | 8/8/2023 | - | No |
| 88 | ALLEGIANCE00003182 | 8/9/2023 | [EXTERNAL] - RE: Equipment Leasing #35 | No |

| 89  | ALLEGIANCE00003188 | 8/14/2023 | [EXTERNAL] - RE: new truck | No |
|-----|--------------------|-----------|----------------------------|----|
| 90  | ALLEGIANCE00003190 | 8/14/2023 | RE: [EXTERNAL] - RE: new truck | No |
| 91  | ALLEGIANCE00003193 | 8/14/2023 | RE: [EXTERNAL] - RE: new truck | No |
| 92  | ALLEGIANCE00003199 | 8/21/2023 | [EXTERNAL] - RE: Central Transport - delivery status 8-21-23 | No |
| 93  | ALLEGIANCE00003201 | 8/22/2023 | [EXTERNAL] - Invoice check | No |
| 94  | ALLEGIANCE00003205 | 8/24/2023 | [EXTERNAL] - RE: Central CYY | No |
| 95  | ALLEGIANCE00003206 | 8/24/2023 | RE: [EXTERNAL] - RE: Central CYY | No |
| 96  | ALLEGIANCE00003208 | 8/24/2023 | [EXTERNAL] - FW: [EXTERNAL] Fw: Central CYY | No |
| 97  | ALLEGIANCE00003210 | 8/24/2023 | - | No |
| 98  | ALLEGIANCE00003211 | 8/24/2023 | RE: [EXTERNAL] - FW: [EXTERNAL] Fw: Central CYY | No |
| 99  | ALLEGIANCE00003213 | 8/24/2023 | RE: [EXTERNAL] - FW: [EXTERNAL] Fw: Central CYY | No |
| 100 | ALLEGIANCE00003215 | 8/24/2023 | RE: [EXTERNAL] - RE: Central CYY | No |
| 101 | ALLEGIANCE00003220 | 8/24/2023 | RE: [EXTERNAL] - FW: [EXTERNAL] Fw: Central CYY | No |
| 102 | ALLEGIANCE00003222 | 8/28/2023 | [EXTERNAL] - Warranty | No |
| 103 | ALLEGIANCE00003223 | 8/29/2023 | [EXTERNAL] - RE: Central Transport - International MV Box Truck In-Service date | No |
| 104 | ALLEGIANCE00003225 | 8/29/2023 | RE: [EXTERNAL] - RE: Central Transport - International MV Box Truck In-Service date | No |
| 105 | ALLEGIANCE00003227 | 8/29/2023 | RE: [EXTERNAL] - RE: Central Transport - International MV Box Truck In-Service date | No |
| 106 | ALLEGIANCE00003230 | 8/29/2023 | [EXTERNAL] - RE: CENTRAL - FINAL LT DAYCAB | No |

6

| | | | | |
|---|---|---|---|---|
| 107 | ALLEGIANCE00003234 | 8/30/2023 | [EXTERNAL] - MSO | No |
| 108 | ALLEGIANCE00003235 | 9/1/2023 | [EXTERNAL] - RE: CENTRAL - FINAL LT DAYCAB | No |
| 109 | ALLEGIANCE00003240 | 9/1/2023 | RE: [EXTERNAL] - RE: CENTRAL - FINAL LT DAYCAB | No |
| 110 | ALLEGIANCE00003246 | 9/1/2023 | RE: [EXTERNAL] - RE: CENTRAL - FINAL LT DAYCAB | No |
| 111 | ALLEGIANCE00003252 | 9/1/2023 | [EXTERNAL] - RE: Used box trucks | No |
| 112 | ALLEGIANCE00003254 | 9/1/2023 | RE: [EXTERNAL] - RE: Used box trucks | No |
| 113 | ALLEGIANCE00003257 | 9/5/2023 | [EXTERNAL] - Last truck for International day cab deliveries | No |
| 114 | ALLEGIANCE00003258 | 9/5/2023 | - | No |
| 115 | ALLEGIANCE00003259 | 9/5/2023 | [EXTERNAL] - RE: CENTRAL TRANSPORT - INVOICE # 38 | No |
| 116 | ALLEGIANCE00003261 | 9/5/2023 | - | No |
| 117 | ALLEGIANCE00003263 | 9/5/2023 | - | No |
| 118 | ALLEGIANCE00003264 | 9/5/2023 | RE: [EXTERNAL] - RE: Last Straight truck | No |
| 119 | ALLEGIANCE00003266 | 9/6/2023 | RE: [EXTERNAL] - RE: CENTRAL TRANSPORT - INVOICE # 38 | No |
| 120 | ALLEGIANCE00003270 | 9/6/2023 | RE: [EXTERNAL] - RE: CENTRAL TRANSPORT - INVOICE # 38 | No |
| 121 | ALLEGIANCE00003275 | 9/6/2023 | RE: [EXTERNAL] - RE: Last Straight truck | No |
| 122 | ALLEGIANCE00003278 | 9/6/2023 | RE: [EXTERNAL] - RE: Last Straight truck | No |
| 123 | ALLEGIANCE00003282 | 9/6/2023 | RE: [EXTERNAL] - RE: Last Straight truck | No |
| 124 | ALLEGIANCE00003288 | 9/6/2023 | RE: [EXTERNAL] - RE: Last Straight truck 15078417-3 | No |
| 125 | ALLEGIANCE00003294 | 9/6/2023 | RE: [EXTERNAL] - RE: Last Straight truck 15078417-3 | No |

| | | | | |
|---|---|---|---|---|
| 126 | ALLEGIANCE00003301 | 9/8/2023 | RE: [EXTERNAL] - RE: Last Straight truck 15078417-3 | No |
| 127 | ALLEGIANCE00003310 | 9/9/2023 | RE: [EXTERNAL] - RE: Used box trucks | No |
| 128 | ALLEGIANCE00003314 | 9/9/2023 | RE: [EXTERNAL] - RE: Used box trucks | No |
| 129 | ALLEGIANCE00003341 | 9/19/2023 | [EXTERNAL] - Truck height | No |
| 130 | ALLEGIANCE00003345 | 9/20/2023 | [EXTERNAL] - 2020MY RH Agreement | No |
| 131 | ALLEGIANCE00003352 | 9/26/2023 | RE: [EXTERNAL] - RE: Last Straight truck | No |
| 132 | ALLEGIANCE00003357 | 9/26/2023 | RE: [EXTERNAL] - RE: Last Straight truck | No |

**Lollis Production Comparison**

| Number | Bates | Date | Subject/Document Title | Produced by GLS? |
|---|---|---|---|---|
| 1 | LOLL-0017156 | 5/30/2023 | Central - last 25 + 1 delivery status | No |
| 2 | LOLL-0017158 | 5/30/2023 | [EXTERNAL] - RE: Central - last 25 + 1 delivery status | No |
| 3 | LOLL-0017162 | 5/30/2023 | RE: [EXTERNAL] - RE: 200519 | No |
| 4 | LOLL-0017169 | 5/31/2023 | [EXTERNAL] - | No |
| 5 | LOLL-0017183 | 6/1/2023 | Central Transport - HX stock quote | No |
| 6 | LOLL-0017200 | 6/1/2023 | RE: [EXTERNAL] - RE: Central - last 25 shipping | No |
| 7 | LOLL-0017219 | 6/1/2023 | [EXTERNAL] - FW: 19509 | No |
| 8 | LOLL-0017222 | 6/1/2023 | [EXTERNAL] - RE: 19509 | No |
| 9 | LOLL-0017232 | 6/2/2023 | [EXTERNAL] - FW: ST23003 | No |
| 10 | LOLL-0017234 | 6/2/2023 | CENTRAL TRANSPORT - UPDATED WEEKLY SERVICE CALL | No |
| 11 | LOLL-0017237 | 6/2/2023 | RE: [EXTERNAL] - FW: ST23003 | No |

| | | | | |
|---|---|---|---|---|
| 12 | LOLL-0017240 | 6/2/2023 | [EXTERNAL] - RE: Central Transport - HX stock quote | No |
| 13 | LOLL-0017242 | 6/2/2023 | medium duty selling price | No |
| 14 | LOLL-0017251 | 6/2/2023 | RE: [EXTERNAL] - FW: ST23003 | No |
| 15 | LOLL-0017263 | 6/6/2023 | [EXTERNAL] - Delivery change | No |
| 16 | LOLL-0017264 | 6/6/2023 | RE: [EXTERNAL] - Delivery change | No |
| 17 | LOLL-0017279 | 6/6/2023 | [EXTERNAL] - Accepted: [EXTERNAL] CENTRAL TRANSPORT - UPDATED SERVICE CALL 4:00 CST / 5:00 EST | No |
| 18 | LOLL-0017281 | 6/6/2023 | RE: [EXTERNAL] - Delivery change | No |
| 19 | LOLL-0017283 | 6/6/2023 | RE: [EXTERNAL] - Delivery change | No |
| 20 | LOLL-0017337 | 6/7/2023 | TSC Charger Harnesses | No |
| 21 | LOLL-0017338 | 6/8/2023 | [EXTERNAL] - RE: TSC Charger Harnesses | No |
| 22 | LOLL-0017347 | 6/8/2023 | Re: [EXTERNAL] - RE: TSC Charger Harnesses | No |
| 23 | LOLL-0017459 | 6/9/2023 | Re: [EXTERNAL] - RE: TSC Charger Harnesses | No |
| 24 | LOLL-0017461 | 6/9/2023 | RE: [EXTERNAL] - RE: TSC Charger Harnesses | No |
| 25 | LOLL-0017472 | 6/9/2023 | Re: [EXTERNAL] - RE: TSC Charger Harnesses | No |
| 26 | LOLL-0017486 | 6/12/2023 | FW: CENTRAL TRANSPORT - 2023 MV INVOICE PL749830 | No |
| 27 | LOLL-0017491 | 6/12/2023 | Central MV Box truck IN-SERVICE DATE | No |
| 28 | LOLL-0017492 | 6/12/2023 | FW: [EXTERNAL] - RE: TSC Charger Harnesses | No |

| 29 | LOLL-0017498 | 6/12/2023 | RE: [EXTERNAL] - RE: TSC Charger Harnesses | No |
|---|---|---|---|---|
| 30 | LOLL-0017505 | 6/12/2023 | [EXTERNAL] - RE: CENTRAL TRANSPORT - 2023 MV INVOICE PL749830 | No |
| 31 | LOLL-0017523 | 6/12/2023 | RE: [EXTERNAL] - RE: TSC Charger Harnesses | No |
| 32 | LOLL-0017563 | 6/13/2023 | [EXTERNAL] - RE: Central MV Box truck IN-SERVICE DATE | No |
| 33 | LOLL-0017565 | 6/13/2023 | RE: [EXTERNAL] - RE: Central MV Box truck IN-SERVICE DATE | No |
| 34 | LOLL-0017567 | 6/13/2023 | RE: [EXTERNAL] - RE: Central MV Box truck IN-SERVICE DATE | No |
| 35 | LOLL-0017573 | 6/13/2023 | RE: [EXTERNAL] - RE: Central MV Box truck IN-SERVICE DATE | No |
| 36 | LOLL-0017576 | 6/13/2023 | RE: [EXTERNAL] - RE: Central MV Box truck IN-SERVICE DATE | No |
| 37 | LOLL-0017579 | 6/13/2023 | Re: [EXTERNAL] - RE: Central MV Box truck IN-SERVICE DATE | No |
| 38 | LOLL-0017584 | 6/13/2023 | FW: Central Transport - Invoice # 32 | No |
| 39 | LOLL-0017587 | 6/13/2023 | [EXTERNAL] - RE: Central Transport - Invoice # 32 | No |
| 40 | LOLL-0017595 | 6/13/2023 | FW: [EXTERNAL] - RE: Central Transport - Invoice # 32 | No |
| 41 | LOLL-0017630 | 6/13/2023 | RE: [EXTERNAL] - RE: CENTRAL TRANSPORT - 2023 MV INVOICE PL749830 | No |

| | | | | |
|---|---|---|---|---|
| 42 | LOLL-0017946 | 6/15/2023 | RE: [EXTERNAL] - RE: CENTRAL TRANSPORT - 2023 MV INVOICE PL749830 | No |
| 43 | LOLL-0017961 | 6/15/2023 | [EXTERNAL] - | No |
| 44 | LOLL-0018010 | 6/17/2023 | [EXTERNAL] - Powerpoint Review | No |
| 45 | LOLL-0018013 | 6/19/2023 | [EXTERNAL] - FW: 2017 International trucks 2022 1206 | No |
| 46 | LOLL-0018022 | 6/19/2023 | [EXTERNAL] - RE: Nav Fund Distribution/Production 2022 0117 | No |
| 47 | LOLL-0018039 | 6/21/2023 | [EXTERNAL] - RE: Central - delivered not in service | No |
| 48 | LOLL-0018047 | 6/21/2023 | RE: [EXTERNAL] - RE: Central - delivered not in service | No |
| 49 | LOLL-0018059 | 6/23/2023 | [EXTERNAL] - VIN for pup spec | No |
| 50 | LOLL-0018060 | 6/23/2023 | RE: [EXTERNAL] - VIN for pup spec | No |
| 51 | LOLL-0018070 | 6/23/2023 | RE: [EXTERNAL] - VIN for pup spec | No |
| 52 | LOLL-0018072 | 6/23/2023 | [EXTERNAL] - International truck invoice request | No |
| 53 | LOLL-0018074 | 6/23/2023 | Re: [EXTERNAL] - VIN for pup spec | No |
| 54 | LOLL-0018096 | 6/26/2023 | RE: [EXTERNAL] - RE: CENTRAL TRANSPORT - 2023 MV INVOICE PL749830 | No |
| 55 | LOLL-0018099 | 6/26/2023 | RE: [EXTERNAL] - RE: CENTRAL TRANSPORT - 2023 MV INVOICE PL749830 | No |
| 56 | LOLL-0018136 | 6/26/2023 | Fwd: [EXTERNAL] - VIN for pup spec | No |
| 57 | LOLL-0018220 | 6/27/2023 | International truck invoice request INVOICE # 33 | No |

| 58 | LOLL-0018245 | 6/27/2023 | [EXTERNAL] - RE: International truck invoice request INVOICE # 33 06671 | No |
|---|---|---|---|---|
| 59 | LOLL-0018285 | 6/29/2023 | Central - delivery status 6-29-23 | No |
| 60 | LOLL-0018286 | 6/29/2023 | [EXTERNAL] - RE: Central - delivery status 6-29-23 | No |
| 61 | LOLL-0018299 | 6/29/2023 | RE: [EXTERNAL] - RE: Central - delivery status 6-29-23 | No |
| 62 | LOLL-0018334 | 6/30/2023 | Central - delivery status 6-30-23 | No |
| 63 | LOLL-0018337 | 6/30/2023 | Re: [EXTERNAL] - FW: 2017 International trucks 2022 1206 | No |
| 64 | LOLL-0018344 | 6/30/2023 | RE: [EXTERNAL] - FW: 2017 International trucks 2022 1206 | No |
| 65 | LOLL-0018348 | 6/30/2023 | RE: [EXTERNAL] - FW: 2017 International trucks 2022 1206 | No |
| 66 | LOLL-0018400 | 6/30/2023 | Central DE-06671 documentation | No |
| 67 | LOLL-0018441 | 6/30/2023 | RE: Central DE-06671 documentation | No |
| 68 | LOLL-0018442 | 6/30/2023 | RE: Central DE-06671 documentation | No |
| 69 | LOLL-0018481 | 6/30/2023 | [EXTERNAL] - RE: Central DE-06671 documentation | No |
| 70 | LOLL-0018482 | 6/30/2023 | Re: [EXTERNAL] - RE: Central DE-06671 documentation | No |
| 71 | LOLL-0018484 | 6/30/2023 | [EXTERNAL] - RE: Central DE-06671 documentation | No |
| 72 | LOLL-0018523 | 6/30/2023 | Fwd: [EXTERNAL] - RE: Central DE-06671 documentation | No |

**Navistar Production Comparison**

| Number | Bates | Date | Subject/Document Title | Produced by GLS? |
|---|---|---|---|---|
| 1 | NAV00030320 | 8/14/2023 | "Re: Final Payment/Credit" | No |
| 2 | NAV00115362 | 6/2/2023 | "Follow up meeting" | No |
| 3 | NAV00029986 | 6/28/2023 | "Navistar Proposal- CT/PAM/Universal Fleets 2023" | No |
| 4 | NAV00029987 | - | Navistar Deliveries- CY 2023-24 | No |
| 5 | NAV00029988 | - | Navistar Proposal- Central/PAM/Universal Fleets 6/28/23 | No |
| 6 | NAV00115230 | 6/1/2023 | "FW: MY2018-19 INTL Status 2023 0202" | No |
| 7 | NAV00115231 | - | Unit/Vin/Year spreadsheet | No |
| 8 | NAV00116372 | 6/17/2023 | Powerpoint Review | No |