# EXHIBIT J

| | |
|---|---|
| From: | Kyle Blain [kblain@centraltransport.com] |
| Sent: | 6/19/2023 9:05:47 PM |
| To: | Jim Lollis [jlollis@allegiancetrucks.com] |
| Subject: | [EXTERNAL] - RE: Nav Fund Distribution/Production 2022 0117 |

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the email address and know the content is safe.

Thanks Jim.

I don't see any trucks after May on this table?

# Kyle Blain
(586) 939-7000 ext. 2785
kblain@centraltransport.com

---

**From:** Jim Lollis <jlollis@allegiancetrucks.com>
**Sent:** Monday, June 19, 2023 5:00 PM
**To:** Kyle Blain <kblain@centraltransport.com>
**Subject:** [EXTERNAL] FW: Nav Fund Distribution/Production 2022 0117

******EXTERNAL email. Always use extra caution when opening attachments or links******
!
Kyle
This is the email I was looking for on productions quantities.
For your records if needed

Jim Lollis
Fleet Sales Manager
**Allegiance Trucks, LLC**

479-530-3622

---

**From:** Carmichael, Sean <Sean.Carmichael@Navistar.com>
**Sent:** Wednesday, January 19, 2022 3:54 PM
**To:** Jim Lollis <Lollisj@RushEnterprises.Com>
**Subject:** Fwd: Nav Fund Distribution/Production 2022 0117

CAUTION: This message was sent from an external email address. Please do not click on any link or open any attachment unless you know this content is safe. To report a suspicious email, click Report Message - Phishing in Outlook. On your mobile device forward to phishing@rushenterprises.com.

See below
Thank You,


Sean Carmichael
International Trucks- VP Southwest Region
5850 Granite Parkway
Suite 760

Plano, TX 75042 USA

**From:** Kyle Blain <kblain@centraltransport.com>
**Sent:** Tuesday, January 18, 2022 6:01:23 PM
**To:** Carmichael, Sean <Sean.Carmichael@Navistar.com>
**Subject:** RE: Nav Fund Distribution/Production 2022 0117

[EXTERNAL EMAIL – If you suspect the validity of this email, do not click any links and use the Phish Alert button to report it. If you do not see the Phish Alert button, immediately forward it to ReportSpam@navistar.com]

Expected truck production by month for the fleets.

## 2022 Truck Production Distribution
Updated 1/18/22

|  | Navistar | | | | | |
|---|---|---|---|---|---|---|
|  | CT DC | CT SLP | ULH DC | ULH SLP | PAM SLP | Total |
| January |  |  | 75 |  |  | 75 |
| Feb |  |  | 75 |  |  | 75 |
| Mar | 225 |  | 125 |  |  | 350 |
| Apr | 250 |  | 100 |  |  | 350 |
| May | 155 |  | 56 |  | 39 | 250 |
| June |  |  |  |  |  | 0 |
| July |  |  |  |  |  | 0 |
| August |  |  |  |  |  | 0 |
| September |  |  |  |  |  | 0 |
| October |  |  |  |  |  | 0 |
| November |  |  |  |  |  | 0 |
| December |  |  |  |  |  | 0 |
| Total | 630 | 0 | 431 | 0 | 39 | 1100 |

Let me know if you have want to review.

Thanks,

*Kyle Blain*
(586) 939-7000 ext. 2785
kblain@centraltransport.com

**From:** Kyle Blain <kblain@centraltransport.com>
**Sent:** Monday, January 17, 2022 9:46 AM
**To:** Carmichael, Sean <Sean.Carmichael@Navistar.com>
**Cc:** Kyle Blain <kblain@centraltransport.com>
**Subject:** RE: Nav Fund Distribution/Production 2022 0117

I have Jay getting me some information on the distribution of sleepers and daycabs but the January/February production of 75 units each will be Universal daycabs. 150 units total.

Will have the rest for you hopefully later today but wanted to get the early production to you as soon as possible.

Thanks,

## *Kyle Blain*
(586) 939-7000 ext. 2785
kblain@centraltransport.com

---

**From:** Kyle Blain
**Sent:** Saturday, January 15, 2022 3:08 PM
**To:** Carmichael, Sean <Sean.Carmichael@Navistar.com>
**Subject:** Nav Fund Distribution

Afternoon Sean.

The breakout of the $6.2M would be the following:

LGSI - $600K by check
Central Transport - $5.6M preferably by check

Talk to you next week.

Thanks,

## *Kyle Blain*
(586) 939-7000 ext. 2785
kblain@centraltransport.com

This email cannot be used to create a binding contract. This message is confidential. It may also be privileged or otherwise protected by work product or other legal rules. If you have received it by mistake, please let us know by e-mail reply and delete it from your system; you may not copy this message or disclose its contents to anyone. The integrity and security of this message cannot be guaranteed on the Internet.

Disclaimer Confidentiality Notice: This e-mail, and any attachments and/or documents linked to this email, are intended for the addressee and may contain information that is privileged, confidential, proprietary, or otherwise protected by law. Any dissemination, distribution, or copying is prohibited. This notice serves as a confidentiality marking for the purpose of any confidentiality or nondisclosure agreement. If you have received this communication in error, please contact the original sender.

| | |
|---|---|
| From: | Kyle Blain [kblain@centraltransport.com] |
| Sent: | 6/30/2023 3:21:36 PM |
| To: | Justin Fink [jfink@allegiancetrucks.com] |
| CC: | Jim Lollis [jlollis@allegiancetrucks.com]; Brianne Perkins [bperkins@centraltransport.com]; Gabe Monnig [gmonnig@allegiancetrucks.com]; Dustin Taylor [dtaylor@allegiancetrucks.com] |
| Subject: | RE: [EXTERNAL] - FW: 2017 International trucks 2022 1206 |

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the email address and know the content is safe.

Deal.

***Kyle Blain***
(586) 939-7000 ext. 2785
kblain@centraltransport.com

---

**From:** Justin Fink <jfink@allegiancetrucks.com>
**Sent:** Friday, June 30, 2023 10:52 AM
**To:** Kyle Blain <kblain@centraltransport.com>
**Cc:** Jim Lollis <jlollis@allegiancetrucks.com>; Kyle Blain <kblain@centraltransport.com>; Brianne Perkins <bperkins@centraltransport.com>; Gabe Monnig <gmonnig@allegiancetrucks.com>; Dustin Taylor <dtaylor@allegiancetrucks.com>
**Subject:** [EXTERNAL] Re: [EXTERNAL] - FW: 2017 International trucks 2022 1206

******EXTERNAL email. Always use extra caution when opening attachments or links******
!
Hi Kyle -

In reference to unit # 17910 VIN 3HCDHSNR3HL502645.

This unit remains on the Allentown PA ( Bath PA ) lot. Our proposal to settle is we Allegiance send the title back to Central Transport, in exchange for the storage bill against unit # 17910 VIN 3HCDHSNR3HL502645 to be forgiven as well as any further recourse against Allegiance and Navistar as it relates to this unit.

Please let me know if this works -- Once agreed upon, Allegiance will arrange for the title to be overnighted to your attention.

Thank you
Justin


Get Outlook for iOS

---

**From:** Kyle Blain <kblain@centraltransport.com>
**Sent:** Monday, June 19, 2023 1:51 PM
**To:** Justin Fink <jfink@allegiancetrucks.com>
**Cc:** Jim Lollis <jlollis@allegiancetrucks.com>; Kyle Blain <kblain@centraltransport.com>; Brianne Perkins <bperkins@centraltransport.com>
**Subject:** [EXTERNAL] - FW: 2017 International trucks 2022 1206

ALLEGIANCE00003026

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the email address and know the content is safe.

Justin, we still have a lien on one unit, at our Allentown facility, that is being held for payment on the storage charges that accumulated last year.

17910   3HCDHSNR3HL502645

How do you propose we settle this out?

Thank you,

**Kyle Blain**
(586) 939-7000 ext. 2785
kblain@centraltransport.com

---

**From:** Kyle Blain <kblain@centraltransport.com>
**Sent:** Tuesday, December 6, 2022 9:11 AM
**To:** Brianne Perkins <bperkins@centraltransport.com>; Justin Fink <jfink@allegiancetrucks.com>; Robichaud, Joe <jrobichaud@allegiancetrucks.com>; Frederick, Brock M <Brock.Frederick@Navistar.com>
**Cc:** Kevin Kalczynski <kkalczynski@centraltransport.com>; Kyle Blain <kblain@centraltransport.com>
**Subject:** RE: 2017 International trucks 2022 1206

Good morning.

Is there a plan to address the last of these units? Some have been ready for sold and ready for pick up for over six months.

One way or another this equipment will be removed from our yards before the end of the year. I would prefer that they are picked up by your teams but if we need to have them impounded that is, unfortunately, something we are prepared to do.

Please advise.

Thank you,

**Kyle Blain**
(586) 939-7000 ext. 2785
kblain@centraltransport.com

---

**From:** Brianne Perkins <bperkins@centraltransport.com>
**Sent:** Friday, November 11, 2022 1:48 PM
**To:** Justin Fink <jfink@allegiancetrucks.com>
**Cc:** Joe Robichaud <jrobichaud@allegiancetrucks.com>; Kyle Blain <kblain@centraltransport.com>
**Subject:** 2017 International trucks

Good afternoon Justin,

We currently still have 19 tractors on our property, and as we stand today we have not received any payment for storage fees charged; to date the storage fees unpaid totals are $85,750.00 While I understand the ultimately is Navistar who is to move these trucks, your group has handled the deal. Justin, we have been doing business together for a

ALLEGIANCE00003027

decade now and I know we both don't like to work this way. What can we do to get this resolved so we can put this deal to bed and move forward together?

## Remaining units on site

| UNIT | VIN | SHOP |
|---|---|---|
| 17956 | 3HCDHSNR9HL502696 | GIBSONIA, PA |
| 17910 | 3HCDHSNR3HL502645 | BATH, PA |
| 17950 | 3HCDHSNR8HL502690 | BATH, PA |
| 17961 | 3HCDHSNR9HL502701 | BATH, PA |
| 17962 | 3HCDHSNR0HL502702 | BATH, PA |
| 17921 | 3HCDHSNRXHL502657 | HILLSIDE, IL |
| 17953 | 3HCDHSNR3HL502693 | HILLSIDE, IL |
| 17900 | 3HCDHSNR5HL481815 | COLTON, CA |
| 17901 | 3HCDHSNR7HL483985 | COLTON, CA |
| 17902 | 3HCDHSNR4HL502637 | COLTON, CA |
| 17903 | 3HCDHSNR6HL502638 | COLTON, CA |
| 17904 | 3HCDHSNR8HL502639 | COLTON, CA |
| 17905 | 3HCDHSNR4HL502640 | COLTON, CA |
| 17906 | 3HCDHSNR6HL502641 | COLTON, CA |
| 17907 | 3HCDHSNR8HL502642 | COLTON, CA |
| 17908 | 3HCDHSNRXHL502643 | COLTON, CA |
| 17909 | 3HCDHSNR1HL502644 | COLTON, CA |
| 17946 | 3HCDHSNR9HL502682 | COLTON, CA |
| 17973 | 3HCDHSNR5HL502713 | COLTON, CA |

Brianne Perkins
Maintenance
O: 586.939.7000 Ext. 2957
C: 734-444-3883
12225 Stephens Rd.
Warren, MI 48089
bperkins@centraltransport.com



This email cannot be used to create a binding contract. This message is confidential. It may also be privileged or otherwise protected by work product or other legal rules. If you have received it by mistake, please let us know by e-mail reply and delete it from your system; you may not copy this message or disclose its contents to anyone. The integrity and security of this message cannot be guaranteed on the Internet.

| | |
|---|---|
| From: | Kyle Blain [kblain@centraltransport.com] |
| Sent: | 6/2/2023 7:57:19 PM |
| To: | Jim Lollis [jlollis@allegiancetrucks.com] |
| Subject: | [EXTERNAL] - RE: Central Transport - HX stock quote |

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the email address and know the content is safe.

Thanks Jim. Let me review and will get back to you.

Thanks,

**Kyle Blain**
(586) 939-7000 ext. 2785
kblain@centraltransport.com

---

**From:** Jim Lollis <jlollis@allegiancetrucks.com>
**Sent:** Thursday, June 1, 2023 11:40 AM
**To:** Kyle Blain <kblain@centraltransport.com>
**Subject:** [EXTERNAL] Central Transport - HX stock quote

******EXTERNAL email. Always use extra caution when opening attachments or links******
!
Kyle

At this time Allegiance has (10) 2024 HX stock productions slots scheduled for October 2023.
We still have time to change the order to meet Central's specifications.
Attached are specifications matching the specifications you sent to me last week.

(10) 2024 International HX - $175,393

The pricing is based on the attached specifications with a 5-year warranty on engine and aftertreatment with CARB.
Any additional locals needing to be added would need to be quoted ( Decals, Bumper Guards, DOT ..............)

I would also like to review the specifications with the end user to confirm any changes they may want to make.
I would then list and price these change requests for your review and acceptance .

The production time and quantity could change based on stock availability , parts supply, and a possible mandatory order quantity reduction by Navistar.

Thank you.

Jim Lollis
Fleet Sales Manager
**Allegiance Trucks, LLC**

479-530-3622

---

**From:** Kyle Blain <kblain@centraltransport.com>
**Sent:** Tuesday, May 23, 2023 3:01 PM

**To:** Jim Lollis <jlollis@allegiancetrucks.com>
**Subject:** [EXTERNAL] - HX HD Spec

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the email address and know the content is safe.

Attached is the spec.

## Kyle Blain
(586) 939-7000 ext. 2785
kblain@centraltransport.com

**From:** 002M.002@centraltransport.com <002M.002@centraltransport.com>
**Sent:** Tuesday, May 23, 2023 3:59 PM
**To:** Kyle Blain <kblain@centraltransport.com>
**Subject:** Attached Image

This email cannot be used to create a binding contract. This message is confidential. It may also be privileged or otherwise protected by work product or other legal rules. If you have received it by mistake, please let us know by e-mail reply and delete it from your system; you may not copy this message or disclose its contents to anyone. The integrity and security of this message cannot be guaranteed on the Internet.

ALLEGIANCE00002912

| | |
|---|---|
| From: | Kyle Blain [kblain@centraltransport.com] |
| Sent: | 8/3/2023 3:44:25 PM |
| To: | Jim Lollis [jlollis@allegiancetrucks.com] |
| CC: | Brianne Perkins [bperkins@centraltransport.com]; Becky Butler [bbutler@centraltransport.com]; Ken Stopczynski [kstop@crownenterprisesinc.com]; Dean Noble [deanoble@crownenterprisesinc.com] |
| Subject: | [EXTERNAL] - RE: CENTRAL TRANSPORT - INVOICE # 35 |
| Attachments: | DE-07105 MSO COPIES.pdf; Invoice 07105 2023 0802.pdf |

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the email address and know the content is safe.

Signed copies attached.

**_Kyle Blain_**
(586) 939-7000 ext. 2785
kblain@centraltransport.com

---

**From:** Jim Lollis <jlollis@allegiancetrucks.com>
**Sent:** Wednesday, August 2, 2023 6:13 PM
**To:** Kyle Blain <kblain@centraltransport.com>
**Cc:** Brianne Perkins <bperkins@centraltransport.com>
**Subject:** CENTRAL TRANSPORT - INVOICE # 35

******EXTERNAL email. Always use extra caution when opening attachments or links******
!
Kyle
Invoice # 35 attached.

Thank you.


Jim Lollis
Fleet Sales Manager
Allegiance Trucks, LLC

479-530-3622

jlollis@allegiancetrucks.com

**ALLEGIANCE**
——— T R U C K S℠ ———


This email cannot be used to create a binding contract. This message is confidential. It may also be privileged or otherwise protected by work product or other legal rules. If you have received it by mistake, please let us know by e-mail reply and delete it from your system; you may not copy this message or disclose its contents to anyone. The integrity and security of this message cannot be guaranteed on the Internet.

ALLEGIANCE00003166

**ALLEGIANCE TRUCKS**

ALLEGIANCE TRUCKS SACO
AT MAINE, LLC
351 NORTH STREET
SACO ME 04072
(207) 289-6688

**INVOICE**

DATE: 08/02/2023
INVOICE #: 07105
SALESPERSON: Jim Lollis

**Bill To:**
EQUIPMENT LEASING COMPANY, LLC
12225 STEPHENS ROAD
WARREN MI 48089
P:(111) 111-1111

**Ship To:**
EQUIPMENT LEASING COMPANY, LLC
12225 STEPHENS ROAD
WARREN, MI 48089

Customer Number: 146674

| QTY | PURCHASING | | | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| 1 | New 2024 INTERNATIONAL LT  [STK#:325875 - VIN:3HSDZAPRXRN109871] | | | $108,377.81 | $108,377.81 |
| | FEDERAL EXCISE TAX (FET) | FET: $12,645.34 | Tire Credit: $252.70 | $12,392.64 | $12,392.64 |
| | CUSTOM WARRANTY | | | | $2,750.00 |
| | | | | TOTAL $123,520.45 | $123,520.45 |
| 1 | New 2024 INTERNATIONAL LT  [STK#:326046 - VIN:3HSDZAPR8RN109870] | | | $108,377.81 | $108,377.81 |
| | FEDERAL EXCISE TAX (FET) | FET: $12,645.34 | Tire Credit: $252.70 | $12,392.64 | $12,392.64 |
| | CUSTOM WARRANTY | | | | $2,750.00 |
| | | | | TOTAL $123,520.45 | $123,520.45 |
| 1 | New 2024 INTERNATIONAL LT  [STK#:326355 - VIN:3HSDZAPR5RN109874] | | | $108,377.81 | $108,377.81 |
| | FEDERAL EXCISE TAX (FET) | FET: $12,645.34 | Tire Credit: $252.70 | $12,392.64 | $12,392.64 |
| | CUSTOM WARRANTY | | | | $2,750.00 |
| | | | | TOTAL $123,520.45 | $123,520.45 |
| 1 | New 2024 INTERNATIONAL LT  [STK#:326356 - VIN:3HSDZAPRXRN109868] | | | $108,377.81 | $108,377.81 |
| | FEDERAL EXCISE TAX (FET) | FET: $12,645.34 | Tire Credit: $252.70 | $12,392.64 | $12,392.64 |
| | CUSTOM WARRANTY | | | | $2,750.00 |
| | | | | TOTAL $123,520.45 | $123,520.45 |
| 1 | New 2024 INTERNATIONAL LT  [STK#:326375 - VIN:3HSDZAPR3RN109873] | | | $108,377.81 | $108,377.81 |
| | FEDERAL EXCISE TAX (FET) | FET: $12,645.34 | Tire Credit: $252.70 | $12,392.64 | $12,392.64 |
| | CUSTOM WARRANTY | | | | $2,750.00 |
| | | | | TOTAL $123,520.45 | $123,520.45 |
| 1 | New 2024 INTERNATIONAL LT  [STK#:326376 - VIN:3HSDZAPR1RN109872] | | | $108,377.81 | $108,377.81 |
| | FEDERAL EXCISE TAX (FET) | FET: $12,645.34 | Tire Credit: $252.70 | $12,392.64 | $12,392.64 |
| | CUSTOM WARRANTY | | | | $2,750.00 |
| | | | | TOTAL $123,520.45 | $123,520.45 |

Total   $741,122.70

SELLER SIGNATURE                                     PURCHASER SIGNATURE

www.allegiancetrucks.com
Page 1 of 2

ALLEGIANCE00003173

326 375
226
611376
709766
109873

# CERTIFICATE OF ORIGIN FOR A VEHICLE



*A NAVISTAR COMPANY*

DATE: **JULY 20, 2023**
INVOICE NO.: **N30720149**
VEHICLE IDENTIFICATION NO.: **3HSDZAPR3RN109873**
YEAR: **2024**
MAKE: **INTERNATIONAL**
BODY TYPE: **TRUCK/TRACTOR**
SHIPPING WEIGHT: **16083**
H.P. (S.A.E.):
G.V.W.R.: **52350**
NO. CYLS.: **6**
SERIES OR MODEL: **LT625 6x4**
ENGINE NAME: **CUM X15 400 EX 400HP/1700 GOV**
ENGINE NO.: **80537029**

I, the undersigned authorized representative of the company, firm or corporation named below, hereby certify that the new vehicle described above is the property of the said company, firm or corporation and is transferred on the above date and under the Invoice Number indicated to the following distributor or dealer.

NAME OF DISTRIBUTOR, DEALER, ETC.

**ALLEGIANCE TRUCKS**
**130 MARKET ST.**
**FORT KENT, ME 04743**

```
*****************************
*   THIS VEHICLE HAS A      *
* 50-STATE EMISSION SYSTEM  *
*****************************
```

It is further certified that this was the first transfer of such new vehicle in ordinary trade and commerce.

**NAVISTAR, INC.**

BY: *Melanie Wilson*
(SIGNATURE OF AUTHORIZED AGENT)

1111 NORTHSHORE DR.
KNOXVILLE, TN 37919-3805
CITY-STATE

NAV 3161717

*3HSDZAPR3RN109873*

326355

226
611376
709766
109874

# CERTIFICATE OF ORIGIN FOR A VEHICLE



A NAVISTAR COMPANY

| | | |
|---|---|---|
| DATE | | INVOICE NO. |
| JULY 24, 2023 | | N30724079 |
| VEHICLE IDENTIFICATION NO. | YEAR | MAKE |
| 3HSDZAPR5RN109874 | 2024 | INTERNATIONAL |
| BODY TYPE | | SHIPPING WEIGHT |
| TRUCK/TRACTOR | | 16083 |
| H.P. (S.A.E.)   G.V.W.R. | NO. CYLS. | SERIES OR MODEL |
|    52350 | 6 | LT625 6x4 |
| ENGINE NAME | | ENGINE NO. |
| CUM X15 400 EX 400HP/1700 GOV | | 80537411 |

I, the undersigned authorized representative of the company, firm or corporation named below, hereby certify that the new vehicle described above is the property of the said company, firm or corporation and is transferred on the above date and under the Invoice Number indicated to the following distributor or dealer.

NAME OF DISTRIBUTOR, DEALER, ETC.

ALLEGIANCE TRUCKS
130 MARKET ST.
FORT KENT, ME 04743

```
*****************************
*   THIS VEHICLE HAS A      *
* 50-STATE EMISSION SYSTEM  *
*****************************
```

It is further certified that this was the first transfer of such new vehicle in ordinary trade and commerce.

NAVISTAR, INC.

BY: *Melanie Wilson*
(SIGNATURE OF AUTHORIZED REPRESENTATIVE)   (AGENT)

1111 NORTHSHORE DR.
KNOXVILLE, TN 37919-3805
CITY-STATE

NAV 3162302

*3HSDZAPR5RN109874*

# CERTIFICATE OF ORIGIN FOR A VEHICLE



A NAVISTAR COMPANY

| | | |
|---|---|---|
| DATE | | INVOICE NO. |
| JULY 17, 2023 | YEAR | N30717094 |
| VEHICLE IDENTIFICATION NO. | | MAKE |
| 3HSDZAPRXRN109871 | 2024 | INTERNATIONAL |
| BODY TYPE | | SHIPPING WEIGHT |
| TRUCK/TRACTOR | | 16083 |
| H.P. (S.A.E.)  G.V.W.R. | NO. CYLS. | SERIES OR MODEL |
| 52350 | 6 | LT625 6x4 |
| ENGINE NAME | | ENGINE NO. |
| CUM X15 400 EX 400HP/1700 GOV | | 80536762 |

I, the undersigned authorized representative of the company, firm or corporation named below, hereby certify that the new vehicle described above is the property of the said company, firm or corporation and is transferred on the above date and under the Invoice Number indicated to the following distributor or dealer.

NAME OF DISTRIBUTOR, DEALER, ETC.

ALLEGIANCE TRUCKS
130 MARKET ST.
FORT KENT, ME 04743

```
****************************
*   THIS VEHICLE HAS A     *
* 50-STATE EMISSION SYSTEM *
****************************
```

It is further certified that this was the first transfer of such new vehicle in ordinary trade and commerce.

NAVISTAR, INC.

BY: *Melanie Wilson*
(SIGNATURE OF AUTHORIZED REPRESENTATIVE)    (AGENT)

1111 NORTHSHORE DR.
KNOXVILLE, TN 37919-3805
CITY-STATE

NAV 3160891

*3HSDZAPRXRN109871*

ALLEGIANCE00003169

226
611376
709766
109868

326356

# CERTIFICATE OF ORIGIN FOR A VEHICLE

**A NAVISTAR COMPANY**

| | | |
|---|---|---|
| DATE | | INVOICE NO. |
| JULY 24, 2023 | YEAR | N30724084 |
| VEHICLE IDENTIFICATION NO. | | MAKE |
| 3HSDZAPRXRN109868 | 2024 | INTERNATIONAL |
| BODY TYPE | | SHIPPING WEIGHT |
| TRUCK/TRACTOR | | 16083 |
| H.P. (S.A.E.)   G.V.W.R. | NO. CYLS. | SERIES OR MODEL |
|   52350 | 6 | LT625 6x4 |

ENGINE NAME
CUM X15 400 EX 400HP/1700 GOV

ENGINE NO.
80536529

I, the undersigned authorized representative of the company, firm or corporation named below, hereby certify that the new vehicle described above is the property of the said company, firm or corporation and is transferred on the above date and under the Invoice Number indicated to the following distributor or dealer.

NAME OF DISTRIBUTOR, DEALER, ETC.

ALLEGIANCE TRUCKS
130 MARKET ST.
FORT KENT, ME 04743

```
****************************
*   THIS VEHICLE HAS A      *
* 50-STATE EMISSION SYSTEM  *
****************************
```

It is further certified that this was the first transfer of such new vehicle in ordinary trade and commerce.

NAVISTAR, INC.

BY: _Melanie Wilson_ (signature)
(SIGNATURE OF AUTHORIZED REPRESENTATIVE)   (AGENT)

1111 NORTHSHORE DR.
KNOXVILLE, TN 37919-3805
CITY-STATE

NAV 3162303

*3HSDZAPRXRN109868*

ALLEGIANCE00003170

336096

226
611376
709766
109870

## CERTIFICATE OF ORIGIN FOR A VEHICLE



A NAVISTAR COMPANY

DATE: JULY 22, 2023
INVOICE NO.: N30722052
VEHICLE IDENTIFICATION NO.: 3HSDZAPR8RN109870
YEAR: 2024
MAKE: INTERNATIONAL
BODY TYPE: TRUCK/TRACTOR
SHIPPING WEIGHT: 16083
H.P. (S.A.E.):
G.V.W.R.: 52350
NO. CYLS.: 6
SERIES OR MODEL: LT625 6x4
ENGINE NAME: CUM X15 400 EX 400HP/1700 GOV
ENGINE NO.: 80536530

I, the undersigned authorized representative of the company, firm or corporation named below, hereby certify that the new vehicle described above is the property of the said company, firm or corporation and is transferred on the above date and under the Invoice Number indicated to the following distributor or dealer.

NAME OF DISTRIBUTOR, DEALER, ETC.

ALLEGIANCE TRUCKS
130 MARKET ST.
FORT KENT, ME 04743

```
****************************
*   THIS VEHICLE HAS A     *
* 50-STATE EMISSION SYSTEM *
****************************
```

It is further certified that this was the first transfer of such new vehicle in ordinary trade and commerce.

NAVISTAR, INC.

BY: *Melanie Wilson*
(SIGNATURE OF AUTHORIZED) 1110 NORTHSHORE DR. (AGENT)
KNOXVILLE, TN 37919-3805
CITY-STATE

NAV 3161718

*3HSDZAPR8RN109870*

ALLEGIANCE00003171

Each undersigned seller certifies to the best of his knowledge, information and belief under penalty of law that the vehicle is new and has not been registered in this or any state at the time of delivery and the vehicle is not subject to any security interests other than disclosed herein and warrant title to the vehicle.

FOR VALUE RECEIVED I TRANSFER THE VEHICLE DESCRIBED ON THE FACE OF THIS CERTIFICATE TO:

**DISTRIBUTION-DEALER ASSIGNMENT NUMBER 1**

NAME OF PURCHASER(S): Equipment Leasing Company LLC
ADDRESS: 12225 Stephens Rd, Warren, MI 48089
I certify to the best of my knowledge that the odometer reading is 5 No Tenths
DEALER: AT Maine, LLC   D78
NAME OF DEALERSHIP   DEALER'S LICENSE NUMBER
By: _____
Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to me before this _____ day of _____ Year _____
State of _____
County of _____
Notary Public
USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

**DISTRIBUTION-DEALER ASSIGNMENT NUMBER 2**

NAME OF PURCHASER(S): _____
ADDRESS: _____
I certify to the best of my knowledge that the odometer reading is _____ No Tenths
DEALER: _____
NAME OF DEALERSHIP   DEALER'S LICENSE NUMBER
By: _____
Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to me before this _____ day of _____ Year _____
State of _____
County of _____
Notary Public
USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

**DISTRIBUTION-DEALER ASSIGNMENT NUMBER 3**

NAME OF PURCHASER(S): _____
ADDRESS: _____
I certify to the best of my knowledge that the odometer reading is _____ No Tenths
DEALER: _____
NAME OF DEALERSHIP   DEALER'S LICENSE NUMBER
By: _____
Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to me before this _____ day of _____ Year _____
State of _____
County of _____
Notary Public
USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

**DISTRIBUTION-DEALER ASSIGNMENT NUMBER 4**

NAME OF PURCHASER(S): _____
ADDRESS: _____
I certify to the best of my knowledge that the odometer reading is _____ No Tenths
DEALER: _____
NAME OF DEALERSHIP   DEALER'S LICENSE NUMBER
By: _____
Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to me before this _____ day of _____ Year _____
State of _____
County of _____
Notary Public
USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

**ODOMETER DISCLOSURE FOR RETAIL SALE**

Federal Law requires you to state the odometer mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.
I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked. Odometer Reading _____ 5 _____ No Tenths. ☐ The mileage stated is in excess of its mechanical limits. ☐ The odometer reading is not the actual mileage.
WARNING ODOMETER DISCREPANCY
Signature(s) of Seller(s): _____
Printed Name(s) of Seller(s): AT-MAINE, LLC  D78
Dealer's No
Signature(s) of Purchaser(s): _____
Printed Name(s) of Purchaser(s): Equipment Leasing Company LLC
Company Name (if Applicable): _____
Address of Purchaser(s): 12225 Stephens Rd, Warren, MI 48089
Date of Statement _____ Date of sale _____
Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to me before this _____ day of _____ Year _____
Notary Public
State of _____
County of _____
USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

**LIENHOLDER**

1st lien in favor of: BMO Harris Bank NA
whose address is: PO Box 35707, Billings, MT 59107-5707
2nd lien in favor of: _____
whose address is: _____

ALLEGIANCE00003172