UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GLS LEASCO, INC. and
CENTRAL TRANSPORT LLC,

    Plaintiffs,

v.

NAVISTAR, INC.,

    Defendant.

Case No. 23-cv-12927

Hon. Mark A. Goldsmith

Magistrate Judge Anthony P. Patti

**STIPULATION AND ORDER
TO AMEND CASE MANAGEMENT AND SCHEDULING ORDER**

Plaintiffs GLS Leasco, Inc. and Central Transport LLC and Defendant Navistar, Inc., through their undersigned counsel, hereby stipulate to and respectfully request an Order from the Court to extend the deadline for Exhibit Lists through and including October 22, 2024, for good cause and as set forth below.

WHEREAS, the current Case Management and Scheduling Order (ECF 13), as amended (ECF 21), currently sets a deadline for Exhibit Lists of October 15, 2024.

WHEREAS, the parties are currently in the process of reviewing and supplementing document productions, conducting depositions and identifying deposition exhibits and potential trial exhibits.

WHEREAS, discovery currently closes on November 22, 2024.

THEREFORE, Plaintiffs and Defendant hereby stipulate and respectfully request, for good cause as set forth above, modification of the Scheduling Order in this case as follows:

1. The deadline for filing Exhibit Lists is extended through and including October 22, 2024.

2. All documents included on the October 22, 2024, Exhibit Lists that have not been previously produced will be produced simultaneously with the Exhibit Lists; and

3. All other deadlines shall remain intact.

Furthermore, Plaintiffs and Defendant reserve the right to supplement their Exhibit Lists by the completion of discovery.

    **IT IS SO ORDERED.**

s/Mark A. Goldsmith  
MARK A. GOLDSMITH  
UNITED STATES DISTRICT JUDGE

Dated: October 17, 2024

3

The above order is stipulated to:

<u>/s/*Scott R. Murphy with consent*</u>
BARNES & THORNBURG LLP
By:  Scott R. Murphy (P68015)
       Anthony C. Sallah (P84136)
171 Monroe Ave., N.W. Suite 1000
Grand Rapids, MI 48903
(616) 742-3930
smurphy@btlaw.com
asallah@btlaw.com

*Counsel for Defendant*

<u>/s/*Thomas J. Davis*</u>
KIENBAUM, HARDY, VIVIANO,
PELTON & FORREST, P.L.C.
By:   Joseph E. Viviano (P60378)
        Eric J. Pelton (P40635)
        Thomas J. Davis (P78626)
        Lauren J. Walas (P87669)
        Marianne J. Grano (P82901)
48 S. Main St., Ste. 2
Mt. Clemens, MI  48043
(586) 469-1580
jviviano@khvpf.com
epelton@khvpf.com
tdavis@khvpf.com
lwalas@khvpf.com

*Counsel for Plaintiffs*

546807