UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GLS LEASCO, INC. and CENTRAL
TRANSPORT LLC,

       Plaintiffs,                    Case No. 23-cv-12927

v.                               Hon. Mark A. Goldsmith

NAVISTAR, INC.,               Magistrate Judge Anthony P. Patti

       Defendant.

---

## DEFENDANT NAVISTAR, INC.'S
## <u>PRELIMINARY TRIAL EXHIBIT LIST</u>

Defendant Navistar, Inc. ("Navistar"), by counsel and pursuant to the Court's Amended Case Management Order [Dkt. No. 38], hereby submits the following preliminary trial exhibit list to Plaintiffs GLS LeasCo, Inc. and Central Transport LLC.

| Ex. No. | Description | May/Expect to Offer | BATES NO. |
|---|---|---|---|
| N-1 | **Email:** Jim Lollis to Kyle Blain<br>**Subject:** Central Transport – Navistar Offer 6-3-21<br>**Date:** 06/03/21 | May offer | NAV000034 58-00003461<br>Dep. Ex. D-5 |
| N-2 | **Email:** Jim Lollis to Sean Carmichael<br>**Subject:** Central Transport – Navistar offer 6-3-21 0605 UPDATED 6-24-21<br>**Date:** 6/25/21 | May offer | NAV000397 90-00039796<br>Dep. Ex. D-6 |
| N-3 | **Email:** Justin Fink to moroun@goctii.com, Kyle Blain; cc: Mark Belisle, Sean Carmichael, Jim Lollis | May Offer | NAV000054 49-52<br>Dep. Ex. D-7 |

44764860.2

1

| | | | |
|---|---|---|---|
| | **Subject:** Central Transport 2021 Calendar – Updated Letter<br>**Date:** 07/13/21 | | |
| N-4 | **July 13, 2021 Letter from Summit Holding to Kyle Blain**, "Final Copy" written in righthand corner | May Offer | GLSN-0000130-33<br>Dep. Ex. D-8 |
| N-5 | **Email:** Jim Lollis to Kyle Blain and Joe Hanvey<br>**Subject:** CENTRAL TRANSPORT / NAVISTAR MEETING NOTES 12-1-21<br>**Date:** 12/07/21 | May Offer | GLSN-0000428-29<br>Dep. Ex. D-9 |
| N-6 | **Email:** Kyle Blain to Sean Carmichael; cc: Kyle Blain<br>**Subject:** Meeting Outcome<br>**Date:** 12/17/21 | May Offer | NAV000131 70<br>Dep. Ex. D-10 |
| N-7 | **Email:** Kyle Blain to Mark Belisle, Sean Carmichael; cc: Kyle Blain and Joe Hanvey<br>**Subject:** Central/Navistar Meeting 2021 1217<br>**Date:** 12/17/21 | May Offer | GLSN-0000431<br>Dep. Ex. D-11 |
| N-8 | **Email:** Kyle Blain to Sean Carmichael, cc: Kyle Blain<br>**Subject:** Navistar 2022 Production Agreement<br>**Date:** 01/31/22 | Expect to Offer | NAV000136 86<br>Dep. Ex. D-12 |
| N-9 | **Email:** Jim Lollis to Joe Hanvey; cc: Kyle Blain, Jay Mason, Sean Carmichael<br>**Subject:** Central / Universal 2022 order<br>**Date:** 01/14/22 | May Offer | NAV000679 61<br>Dep. Ex. D-13 |
| N-10 | **Email:** Sean Carmichael to Kyle Blain; cc: Kyle Blain<br>**Subject:** Re: Nav Fund Distribution/Production 2022 0117<br>**Date:** 01/17/22 | Expect to Offer | NAV000141 22-23<br>Dep. Ex. D-14 |
| N-11 | **Written Document:** "Ct Costs" "Final" "Jan 22" | May Offer | GLSN-0000084<br>Dep. Ex. D-15 |

| N-12 | **Email:** Jim Lollis to Kyle Blain **Subject:** FW: Nav Fund Distribution/Production 2022 0117 **Date:** 06/19/23 | Expect to Offer | GLSN-0000008-10 Dep. Ex. D-16 |
|---|---|---|---|
| N-13 | **Email:** Jim Lollis to Brianne Perkins, Ashley Pelletier; cc: Joe Hanvey, Jay Mason, Mason Stewart, Michael Corn **Subject:** CENTRAL AND UNIVERSAL PRODUCTION DATE AS OF 2-7-22 **Date:** 2/7/22 | Expect to Offer | Dep. Ex. D-17 |
| N-14 | **Email:** Brianne Perkins to Joe Hanvey and Kyle Blain **Subject:** CENTRAL AND UNIVERSAL PRODUCTION DATES 2-7-22 **Date:** 02/08/22 | Expect to Offer | GLSN-0000416-19 Dep. Ex. D-18 |
| N-15 | **Email:** Jim Lollis to Brianne Perkins, Ashley Pelletier; cc: Joe Hanvey, Jay Mason, Mason Stewart, Michael Corn **Subject:** RE: CENTRAL AND UNIVERSAL PRODUCTION DATE AS OF 2-13-22 **Date:** 02/13/22 | Expert to Offer | NAV00016007-8 Dep. Ex. D-19 |
| N-16 | **Chart:** Written statement "NavProd 2/16/22"; Date: 2/13/22 | Expect to Offer | GLSN-0000073 Dep. Ex. D-20 |
| N-17 | **Email:** Sean Carmichael to Kyle Blain, cc: Jim Lollis **Subject:** [EXTERNAL] Navistar Updated Cover Letter Central 2022 Cal **Date:** 02/17/22 | May Offer | GLSN-0000064-67 Dep. Ex. D-21 |
| N-18 | **February 18, 2022 Letter from Navistar to Kyle Blain,** "Navistar is working diligently…" | Expect to Offer | GLSN-0000424-25 Dep. Ex. D-22 |
| N-19 | **Email:** Sean Carmichael to Kyle Blain; cc: Jim Lollis **Subject:** RE: Navistar Updated Cover Letter Central 2022 Cal | May Offer | NAV00016780-88 Dep. Ex. D-23 |

44764860.2

| | **Date:** 02/23/22 | | |
|---|---|---|---|
| N-20 | **Email:** Kyle Blain to Sean Carmichael; cc: Jim Lollis<br>**Subject:** RE: Navistar Updated Cover Letter 2022 00223<br>**Date:** 02/23/22 | May Offer | GLSN-0000062-66<br>Dep. Ex. D-24 |
| N-21 | **Email:** Jim Lollis to Brianne Perkins, Ashley Pelletier; cc: Joe Hanvey, Jay Mason, Dustin Taylor, Sean Carmichael, Jim Lollis<br>**Subject:** CENTRAL AND UNIVERSAL PRODUCTION STATUS<br>**Date:** 02/25/22 | Expect to Offer | Dep. Ex. D-25 |
| N-22 | **Email:** Sean Carmichael to Jim Lollis<br>**Subject:** FW: Navistar Updated Cover Letter Central 2022 0223<br>**Date:** 03/14/22 | May Offer | NAV00017531-33<br>Dep. Ex. D-26 |
| N-23 | **Email:** Kyle Blain to Sean Carmichael<br>**Subject:** MY2023 Navistar OTB Agreement Revisions 2022 0314<br>**Date:** 03/14/22 | May Offer | NAV00017650-57<br>Dep. Ex. D-27 |
| N-24 | **Order Content:** Written "2023 R/H/W/A26", "Minuteman Trucks, Inc." "Job Number: 458005" | May Offer | GLSN-0000435-42<br>Dep. Ex. D-28 |
| N-25 | **Email:** Sean Carmichael to Kyle Blain; cc: Jim Lollis<br>**Subject:** Navistar updated cover letter for Central Universal and PAM<br>**Date:** 04/04/22 | May Offer | NAV00019314-19<br>Dep. Ex. D-29 |
| N-26 | **Email:** Sean Carmichael to Kyle Blain; cc: Jim Lollis<br>**Subject:** [EXTERNAL] Navistar updated cover letter for Central Universal and Pam<br>**Date:** 04/04/22 | May Offer | GLSN-0000056-61<br>Dep. Ex. D-30 |
| N-27 | **Email:** Sean Carmichael to Kyle Blain; cc: Jim Lollis | May Offer | NAV00019575-77<br>Dep. Ex. D-31 |

| | | | |
|---|---|---|---|
| | **Subject:** RE: Navistar updated cover letter for Central Universal and PAM – Updates requested 2022 0405<br>**Date:** 04/08/22 | | |
| N-28 | **Email:** Jim Lollis to Brianne Perkins; cc: Kyle Blain, Mason Stewart<br>**Subject:** RE: [EXTERNAL] FW: 2023 INT RH TRACKER<br>**Date:** 04/13/22 | May Offer | Dep. Ex. D-32; Opp. Brief Ex. E. |
| N-29 | April 21, 2022 Email | Expect to Offer | LOLL-000049<br>Ex. E to Response |
| N-30 | **Email:** Jim Lollis to Kyle Blain; cc: Brianne Perkins<br>**Subject:** RE: Tires on New Production<br>**Date:** 04/25/22 | Expect to Offer | NAV00020181<br>Dep. Ex. D-33 |
| N-31 | **Written Document:** "GLS Downtime" "11 weeks" "5/1/22" | Expect to Offer | GLSN-0000051<br>Dep. Ex. D-34 |
| N-32 | **Written Document:** "5/2/22" "1/15-5/2" | Expect to Offer | GLSN-0000072<br>Dep. Ex. D-35 |
| N-33 | **Email:** Kyle Blain to Sean Carmichael<br>**Subject:** RE: Navistar updated cover letter for Central Universal and PAM – Updates requests 2022 0405<br>**Date:** 05/13/22 | May Offer | GLSN-0000034-38<br>Dep. Ex. D-36 |
| N-34 | **Written Document:** "Navistar – 2019 Tractor trade" "Sean Carmichael 5/16/22 0900" | Expect to Offer | GLSN-0000039<br>Dep. Ex. D-37 |
| N-35 | **Email:** Kyle Blain to Sean Carmichael; cc: Kyle Blain<br>**Subject:** Navistar Agreement Signed 2022 0518<br>**Date:** 05/18/22 | May Offer | NAV00088382<br>Dep. Ex. D-38 |

| | | | |
|---|---|---|---|
| N-36 | **Email:** Kyle Blain to Sean Carmichael; cc: Olawale Akinosho and Kyle Blain<br>**Subject:** RE: OTB's for the Central PAM and Universal<br>**Date:** 05/23/22 | May Offer | NAV000213 76-84<br>Dep. Ex. D-39 |
| N-37 | **Email:** Kyle Blain to Jim Lollis; cc: Brianne Perkins, Becky Butler<br>**Subject:** [EXTERNAL] RE: [EXTERNAL] MVs/RH's<br>**Date:** 05/24/22 | May Offer | ALLEGIAN CE00000046-48<br>Dep. Ex. D-40 |
| N-38 | **Email:** Kyle Blain to Sean Carmichael<br>**Subject:** Production<br>**Date:** 05/26/22 | Expect to Offer | NAV000893 62<br>Dep. Ex. D-41 |
| N-39 | **Email:** Kyle Blain to Jim Lollis; cc: Brianne Perkins, Becky Butler, Ken Stopczynski, Kyle Blain<br>**Subject:** [EXTERNAL] RE: CENTRAL TRANSPORT – INVOICE 6-13-22<br>**Date:** 06/13/22 | Expect to Offer | Dep. Ex. D-42 |
| N-40 | **Email:** Brianne Perkins to Michael Corn; cc: Kyle Blain, Jim Lollis, Chas Voyles, Bonnie Baumgtner<br>**Subject:** [EXTERNAL] RE: [EXTERNAL] RE: 455 HP turn trucks.xlsx<br>**Date:** 06/21/22 | May Offer | ALLEGIAN CE00000351-55<br>Dep. Ex. D-43 |
| N-41 | **Email:** Brianne Perkins to Michael Corn and Joe Hanvey; cc: Kyle Blain, Jim Lollis, Chas Voyles, Bonnie Baumgartner<br>**Subject:** RE: 455 HP turn up trucks.xlsx<br>**Date:** 06/22/22 | May Offer | ALLEGIAN CE00000359-61<br>Dep. Ex. D-44 |
| N-42 | **Email:** Brianne Perkins to Jim Lollis and Becky Butler<br>**Subject:** FW: Attached Image<br>**Date:** 07/22/22 | May Offer | ALLEGIAN CE00000708-09<br>Dep. Ex. D-45 |
| N-43 | **Email:** Kyle Blain to Mark Belisle and Sean Carmichael | May Offer | NAV000958 47-48 |

| | | | |
|---|---|---|---|
| | **Subject:** RE: MY2023 Nav Agreement – Fund Disbursement<br>**Date:** 07/23/22 | | Dep. Ex. D-46 |
| N-44 | **Email:** Joe Hanvey to Jim Lollis, Clint Kline, and Terry Back; cc: Kyle Blain, Brianne Perkins, Joe Hanvey<br>**Subject:** [EXTERNAL] 2023 LT X15 w/Allison 4000 series spec<br>**Date:** 08/25/22 | May Offer | ALLEGIANCE00000954-57<br>Dep. Ex. D-47 |
| N-45 | **Email:** Kyle Blain to Jim Lollis; cc: Brianne Perkins, Joe Hanvey, Jay Mason, Michael Corn, Justin Fink<br>**Subject:** RE: [EXTERNAL] – NAVISTAR – BRAKE SUPPLIER ISSUES 2022 1028<br>**Date:** 10/28/22 | May Offer | NAV00026433-55<br>Dep. Ex. D-48 |
| N-46 | **Email:** Jim Lollis to Kyle Blain; cc: Joe Hanvey, Jay Mason, Brianne Perkins, Michael Corn, Sean Carmichael, Justin Fink<br>**Subject:** RE: [EXTERNAL] – RE: NAVISTAR – BRAKE SUPPLIER ISSUES 2022 MERITOR OPTION<br>**Date:** 11/09/22 | May Offer | NAV00027085-106<br>Dep. Ex. D-49 |
| N-47 | **GLS LeasCo., Inc. Bill of Sale:** Name: LGSI Equipment of Indiana LLC; Date: 1/27/2023 | May Offer | GLSN0002628-716<br>Dep. Ex. D-50 |
| N-48 | **Email:** Jim Lollis to Kyle Blain<br>**Subject:** [EXTERNAL] FW: New Tractor Pricing/Trade RFP – Navistar 2021 0128<br>**Date:** 02/23/21 | May Offer | GLSN0000579-83<br>Dep. Ex. D-51 |
| N-49 | **Email:** Brianne Perkins to Jim Lollis, cc: Becky Butler<br>**Subject:** [EXTERNAL] RE: [EXTERNAL] RE: Central title information<br>**Date:** 05/11/22 | May Offer | Perkins Dep. Ex. 53 |
| N-50 | **Email:** Brianne Perkins to Jim Lollis; cc: Kyle Blain, Beck Butler | May Offer | Perkins Dep. Ex. 54 |

44764860.2

| | | | |
|---|---|---|---|
| | **Subject:** [EXTERNAL] RE: [EXTERNAL] Invoice request for 2023 INT<br>**Date:** 05/26/22 | | |
| N-51 | **Email:** Brianne Perkins to Jim Lollis<br>**Subject:** [EXTERNAL] RH spec sheet<br>**Date:** 06/13/22 | May Offer | Perkins Dep. Ex. 55 |
| N-52 | **Email:** Brianne Perkins to Jim Lollis and Joe Hanvey<br>**Subject:** [EXTERNAL] RE: [EXTERNAL] Tail; light spec<br>**Date:** 06/13/22 | May Offer | Perkins Dep. Ex. 56 |
| N-53 | **Email:** Brianne Perkins to Jim Lollis<br>**Subject:** [EXTERNAL] RE: [EXTERNAL] New production dates<br>**Date:** 08/08/22 | Expect to Offer | ALLEGIANCE00000778-80<br>Perkins Dep. Ex. 57 |
| N-54 | **Email:** Steve Sevigny to Kyle Blain; cc: Brianne Perkins<br>**Subject:** [EXTERNAL] Re: 2018 INTL Offer 2023 0524<br>**Date:** 05/25/23 | May Offer | GLSN-0001962-64<br>Perkins Dep. Ex. 58 |
| N-55 | **Email:** Nick Schmalenberg to Joe Hanvey<br>**Subject:** RE: meeting bullet points<br>**Date:** 01/07/2022 | May Offer | GLSN-0000815-16<br>Schmalenberg Dep. Ex. 59 |
| N-56 | **Email:** Kyle Blain to MJ/MT Moroun's Office; cc: Nick Schmalenberg; bcc: Kyle Blain<br>**Subject:** MTM – 2018 International Daycab Sales<br>**Date:** 05/15/23 | May Offer | GLSN-0001902<br>Schmalenberg Dep. Ex. 60 |
| N-57 | **Email:** Mason Stewart to Tanya Daoud, Nick Schmalenberg, Kyle Blain, Joe Hanvey, Brianne Perkins, Corey Boland, Matthew Hart, Spencer Weyhing, Jacob Robinson, Amanda Marquez<br>**Subject:** RE: Budget Reports 05/20/23<br>**Date:** 05/24/23 | May Offer | GLSN-0001958-60<br>Schmalenberg Dep. Ex. 61 |

| N-58 | **Email:** Kyle Blain to Nick Schmalenberg **Subject:** MTM- Operation West Coast International 2023 0525 **Date:** 05/25/23 | May Offer | GLSN-0001973-75 Schmalenberg Dep. Ex. 62 |
|---|---|---|---|
| N-59 | **Email:** Kyle Blain to Nick Schmalenberg **Subject:** RE: Does this make sense? **Date:** 05/27/23 | May Offer | GLSN-0001987-88 Schmalenberg Dep. Ex. 63 |
| N-60 | **Email:** Kyle Blain to Nick Schmalenberg **Subject:** Navistar **Date:** 06/02/23 | May Offer | GLSN-0002016-21 Schmalenberg Dep. Ex. 64 |
| N-61 | **Email:** Nick Schmalenberg to Kyle Blain **Subject:** 2018 International Value Comparison.xlsx **Date:** 06/06/23 | May Offer | GLSN-0002046 Schmalenberg Dep. Ex. 65 |
| N-62 | **Chart:** Unit, VIN, Year, Model, Engine, TRK TYPE, Status, Buyer, Invoiced Buyer, Invoice Amount | May Offer | GLSN-0002627 Schmalenberg Dep. Ex. 66 |
| N-63 | **Email:** Kyle Blain to Mark Belisle, Sean Carmichael; cc: Kyle Blain and Joe Hanvey **Subject:** Central/Navistar Meeting 2021 1217 **Date:** 12/17/21 | May Offer | NAV00065880-81 Hanvey Dep. Ex. 67 |
| N-64 | **Email:** Joe Hanvey to Kyle Blain; cc: Joe Hanvey **Subject:** Meeting with Sean Carmichael bullet points **Date:** 12/20/21 | May Offer | GLSN-0000099-100 Hanvey Dep. Ex. 68 |
| N-65 | **Document:** "Jim Lollis as our facing dealer salesman" "Need to send an email asking for Jim to remain our salesman if we intend to use Allegiance as our facing dealer. Done." | May Offer | GLSN-0000419-22 Hanvey Dep. Ex. 69 |
| N-66 | **Email:** Joe Hanvey to Kyle Blain **Subject:** FW: [EXTERNAL] Offer on 2018 International RH Day Cabs **Date:** 06/03/22 | May Offer | GLSN-0001530-31 Hanvey Dep. Ex. 70 |

44764860.2

9

| N-67 | **Email:** Kyle Blain to Nick Schmalenberg, Joe Hanvey, Brianne Perkins **Subject:** Used Equip Trends **Date:** 06/16/22 | May Offer | GLSN-0001534-555 Hanvey Dep. Ex. 71 |
|---|---|---|---|
| N-68 | **Document:** International, 09/29/21, "Prepared for: Central Transport" "Model Profile" | May Offer | GLSN-0002829-36 Hanvey Dep. Ex. 72 |
| N-69 | **Stipulated Protective Order:** 09/20/24 | May Offer | Mason Dep. Ex. 73 |
| N-70 | **Email:** Jim Lollis to Jay Mason, Jim Lollis; cc: Michael Corn **Subject:** RE: Universal – (43) Trucks **Date:** 03/18/22 | May Offer | NAV00018010-11 Mason Dep. Ex. 74 |
| N-71 | **Chart:** Unit, VIN, YEAR, Model, Engine, TRK TYPE, Status, Buyer, Invoiced Buyer, Invoice Amount, Mileage at Time of Sale | May Offer | Mason Dep. Ex. 75 |
| N- 72 | July 13, 2021 Letter Agreement signed July 29, 2021. | May Offer | NAV00051899-00051902 Fink Dep. Ex.15 |
| N-73 | 2023 INT TRACKER NEW 1-11-2023 | Expect to Offer | GLS-0002914 |
| N-74 | **Email:** Sean Carmichael to Kyle Blain **Subject:** Navistar Updated Cover Letter Central 2022 Cal **Date:** 02/17/22 | May Offer | NAV00016306-00016310 Fink Dep. Ex.18 |
| N-75 | **Email:** Jim Lollis to Sean Carmichael **Subject:** CENTRAL/UNIVERSAL 2022 ORDERS **Date:** 11/16/21 | May Offer | Fink Dep. Ex.26 |
| N-76 | **Email:** J. Fink to K. Blain **Subject:** 2022 Proposal Letter – Updated with Changes Discussed **Date:** 07/03/21 | May Offer | Loll Dep. Ex.30 |
| N-77 | **Email:** Jim Lollis to Sean Carmichael **Subject:** CENTRAL - TRANSPORT ORDER (1000) | May Offer | NAV00007391 |

| | | | |
|---|---|---|---|
| | **Date:** 08/25/21 | | Loll Dep. Ex.42 |
| N-78 | **Email:** Jim Lollis to Kyle Blain<br>**Subject:** CENTRAL TRANSPORT / NAVISTAR MEETING NOTES 12-1-21<br>**Date:** 12/07/21 | May Offer | CTRL792482 -792485<br>Loll Dep Ex. 50 |
| N-79 | **Email:** Jim Lollis to Sean Carmichael<br>**Subject:** CENTRAL OIDs for 2022 in the system<br>**Date:** 01/15/21 | May Offer | NAV000679 59-67960<br>Loll Dep. Ex.51 |
| N-80 | **Email:** Jim Lollis to Maria Averhart<br>**Subject:** CENTRAL AND UNIVERSAL ORDER STATUS 2-8-22<br>**Date:** 02/08/22 | May Offer | NAV000158 76-15877<br>Loll Dep. Ex.55 |
| N-81 | **Email:** Jim Lollis to Sean Carmichael<br>**Subject:** Central – Production Dates changes<br>**Date:** 05/04/22 | Expect to Offer | CTRL987518 -987519<br>Loll Dep. Ex.62 |
| N-82 | **Email:** Jim Lollis to Sean Carmichael<br>**Subject:** Central Production dates<br>**Date:** 11/08/23 | Expect to Offer | CTRL984566<br>Lollis Dep. Ex. 73 |
| N-83 | **Email:** Jim Lollis to Sean Carmichael<br>**Subject:** CENTRAL - TRANSPORT – CREDIT GIVEN DURING 2022 ORDER<br>**Date:** 08/25/21 | Expect to Offer | CTRL988068<br>Loll Dep. Ex.74 |
| N-84 | **Allegiance Truck Order # 710350** | Expect to Offer | Loll Dep. Ex.75 |
| N-85 | **Email:** Jim Lollis to Brianne Perkins<br>**Subject: RE:  Central – Delivery Status**<br>**Date:** 06/24/22 | Expect to Offer | Loll Dep. Ex.81 |
| N-86 | GLS Notice of Material Breach | May Offer | NAV001150 81-106<br>Opp. Brief Ex. A |
| N-87 | Expert Report of Mark Hosfield | Expect to Offer | |
| | Any Exhibit identified by Plaintiffs | XX | XX |

44764860.2

Navistar reserves the right to supplement and/or revise its Preliminary Trial Exhibit List in accordance with the Case Management Order.

Dated: October 22, 2024

BARNES & THORNBURG LLP

/s/ Scott R. Murphy
Scott R. Murphy (P68015)
Anthony C. Sallah (P84136)
171 Monroe Ave. NW, Suite 1000 Grand Rapids, MI 49503

616-742-3930

smurphy@btlaw.com
asallah@btlaw.com
*Attorneys for Defendant*

44764860.2

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was sent via U.S. mail

on October 22, 2024 to the following:

Joseph E. Viviano (P60378)
Thomas J. Davis (P78626)
Marianne J. Grano (P82901)
KIENBAUM, HARDY, VIVIANO,
PELTON & FORREST, P.L.C.
48 South Main Street, Suite 2
Mt. Clemens, MI  48043
(586) 469-1580
jviviano@khvpf.com
tdavis@khvpf.com
mgrano@khvpf.com


Hamish P.M. Hume
BOIES SCHILLER FLEXNER LLP
1401 New York Ave. NW
Washington, DC 20005
(202) 274-1149
hhume@bsfllp.com
*Counsel for Plaintiff*

/s/Scott R. Murphy
Scott Murphy (P68015)
*Counsel for Defendant Navistar Inc.*