

# NAVISTAR, INC.
## OPTIONAL TRADE-IN AGREEMENT

This Agreement is made this 6th day of November, 2017 between NAVISTAR, INC., a corporation organized and existing under the laws of the state of Delaware (herein "Navistar"), and GLS LEASCO, Inc. a corporation organized and existing under the laws of the state of Arkansas (herein "Customer") for the optional trade-in of International vehicles being purchased by Customer.

WHEREAS, Navistar has received from Customer a firm, non-cancelable vehicle sale order for (630) International brand vehicles as described in Schedule A, attached hereto.

NOW, THEREFORE, the parties agree as follows:

If Customer opts to exercise this Agreement, Navistar will, subject strictly to the following terms and conditions, accept in trade from Customer the vehicles identified in Schedule A. Upon acceptance of such vehicles, Navistar will give Customer a credit equal to the residual value of each such vehicle as specified in Schedule B, attached hereto, solely for use towards Customer's purchase of the same number of new replacement International vehicles which shall be ordered by customer (at the time of trade-in.) A Vehicle Identification Number (VIN) will be provided to the Customer for each vehicle in Schedule A within thirty (30) days of delivery of the vehicle to the Customer, and Navistar's obligation for trade-in is limited to those vehicles with a matching VIN to the one provided by Navistar as described in this paragraph.

## A.    NOTICE REQUIREMENT; EXCLUSIVE RIGHTS

At least six (6) months prior to the 48th month anniversary of the DTU date of the vehicles described in Schedule A to Customer, Customer shall give written notice to the Director of Finance and Vice President Used Trucks at Navistar that Customer intends to exercise this Agreement.  This notice shall specify the number of vehicles Customer intends to trade-in. Failure to notify within this time frame voids Navistar's obligation under this Agreement.

Notice must be sent to the following addresses by certified mail, return receipt requested:

> VP Used Truck Organization, Truck Group
> Director of Finance, Truck Group
> 2701 Navistar Drive
> Lisle, IL 60532

Customer shall advise Navistar in writing if Customer sells transfers or otherwise disposes of the vehicles in Schedule A. Such written notice shall be provided to either the VP Used Truck Organization or Director of Finance, Truck Group at 2701 Navistar Drive Lisle, Illinois 60532.

## B.    REORDER REQUIREMENT

1



EXHIBIT
Stinsa 88
8 14-24 M
PENGAD 800-631-6989

This Agreement is conditioned upon Customer's initial purchase of and payment in full for all the International vehicles described in Schedule A and upon Customer's meeting the trade-in requirements set forth herein for the vehicles. At the time of trade-in, Customer shall purchase the same number of new replacement vehicles from Navistar as the number of vehicles traded-in, and each replacement vehicle must have the same size or larger displacement engine as the vehicles described in Schedule A. Customer agrees that the residual values provided in Schedule B apply to trade-in only, and that the residual values will not be credited toward Customer's purchase of replacement vehicles until Customer makes payment arrangements for the replacement vehicles which are suitable to Navistar.

The pricing for such replacement vehicles shall be at Navistar's sole discretion, and may be adjusted to offset any disparity between the residual value set for a vehicle listed on schedule B and fair market value of each trade-in vehicles.

C.   NON-ASSIGNABILITY

This Agreement shall not be assigned by Customer without the prior express written approval of Navistar, and the vehicles traded in must be owned by Customer or its approved assignee at the time of trade-in.
In the event of a change in ownership over 50% of customer, Navistar will have the option, in its sole discretion, to:

1.  Maintain this Agreement in place with the new owner;
2.  Terminate this Agreement in its entirety; or
3.  Negotiate new trade-in values with the new owner, if such new trade-in values are agreed to in writing by Navistar and the new owner.

D.  DELIVERY OF TRUCKS BY CUSTOMER

By thirty (30) days after the 48th month anniversary of the DTU date of the vehicles described in Schedule A to Customer (for example, by September 1, 2018, for vehicles with a DTU date of August 1, 2014), and for which Customer has provided written notification pursuant to Section A above Customer will deliver the vehicles it intends to trade-in to the same location trucks were delivered when originally purchased (i.e. ~~Tontitown and Little Rock Arkansas~~). In the event the vehicles are delivered after the date specified *above*, the residual value will be decreased as shown in Schedule B. Customer will meet all requirements in sections E, F below. If any specific vehicle deviates from sections E, F, or G below, the residual value in Schedule B shall not apply to that specific vehicle and Navistar need not accept that specific vehicle in trade. The residual value in Schedule B shall remain in force and effect for any vehicles that do not so deviate.

E.  PREVIOUS MAINTENANCE AND USE OF VEHICLES; CONDITION AT TIME OF TRADE-IN.

Each vehicle delivered to Navistar for trade-in must meet the following criteria.

2

Compliance with these criteria shall be determined solely by Navistar after inspection of the vehicles by Navistar.  Customer shall also certify in writing that as of the delivery date the following criteria are met for each vehicle:

1.  Each vehicle has been used by Customer or its affiliate in normal operation and service, has not been subjected to unusually extreme or severe operating conditions.

2.  No modifications, changes, or deletions of equipment (except if required to restore the equipment to good condition) have been made to the chassis or cab, except as approved in writing by Navistar. <u>Glider kits are not acceptable.</u>

3.  The vehicle mileage as shown on the odometer and/or hubometer and the ECM reading is accurate.  In the event the ECM or odometer was replaced the customer will provide proof of change and the summation of the original and replacement ECM will be accepted as the accurate mileage for the vehicle.  ECM mileage or odometer will be used to determine the trade value, whichever is higher.

4.  The vehicle has been maintained in accordance with all manufacturers' approved maintenance schedules required to maintain warranty coverage, and the maintenance records are available for review by Navistar.

5.  The vehicle is in roadworthy condition, capable of operating as originally designed, and capable of passing any applicable federal safety inspection or state inspection in the state where it is registered.

6.  All standard and optional equipment originally on or in the vehicle chassis and body is still present and in working order.

7.  The vehicle meets the following additional requirements:

   a.  Unit(s) will be roadworthy, capable of operating as originally designed and passing all state and/or federal safety inspection requirements.

   b.  Must have current Federal DOT inspection sticker, or State certification.

   c.  Dents, body damage and/or rust damage allowance will be $500 or less including damage to fuel tanks and bumpers

   d.  Glass must pass DOT standards.

   e.  Interior must be in good condition. All Accessories including, but not limited to; radios, gauges, lights, air conditioning, and controls must be as originally installed and in good working order. No rips or tears in seats will be accepted.

   f.  All standard and optional equipment on or in truck chassis and body must be included and must be in a working order.

   g.  Engine must be in good working order.

   h.  All electronic engines must retain mileage information, which will be used for

3

mileage verification. Mileage will be calculated using ECM. In the event the ECM was replaced the customer must provide proof of the change and the summation of the original and replacement ECM will be used to determine the mileage for trade purposes.

i. All engines must be steamed cleaned prior to trade inspection. No fluid leaks on engine, accessory components, or drive train. Oil leaks are classified as (A) normal build up, (B) wet accumulation, and (C) drip. Classification (a) is acceptable, trades with (B) and (C) type are not acceptable and will need to be repaired/replaced.

j. Brake linings on all axles must be at least 9/32".

k. Brake drums must be D.O.T. acceptable. Brake drums may not exceed manufacturer's stated maximum diameter (.120" over original diameter). It is the customer's responsibility to replace drums not meeting stated criteria.

l. Batteries, starter, alternator and other ignition system components must be in sound condition and capable of starting and charging system under chassis own power.

m. All tires must be matched type by axle group (steering as well as rear drive); all sizes on units must be same. Any tire size exceptions must be noted in original appraisal, and specifically approved. Must have minimum remaining tread depth of 10/32". Measured at groove closest to centerline of each tire. No casings accepted that do not meet D.O.T. standards & requirements. No trailer tires. 3rd generation recaps will be accepted only if they are 7 year warranted casings with customer supplied documentation of the warranty.

n. No broken or cracked frames, springs, axle housings, and fifth wheels will be accepted (not excluding bushings).

o. Unit(s) will be de-identified (with heat gun, not scraper) before turn-in. Paint must NOT be damaged. Paint should be original or equivalent.

p. Trucks meeting the following criteria must pass a fluid sample analysis administered and facilitated by the Navistar Used Truck Organization; in the event they do not the customer must demonstrate the trucks were maintained based on Navistar standards.

q. Must provide negotiable title and be free of liens.

r. If units do not meet T&C upon third inspection, the customer will be responsible for the cost of any additional inspection at a cost of $250 per unit and will be invoiced separately to the customer.

F. Navistar will accept vehicles in trade and allow the residual value specified in Schedule B only after receiving the following documents from Customer:

1. The title free of all liens and any encumbrances whatsoever.

2. GLS LEASCO to supply UTO written proof of payment of Federal Highway Use Tax on VINS referenced in Schedule B

3. Proof of payment for ad valorem tax where required or indemnification against any liability for such taxes accruing during the period of ownership by Customer.

4. A signed and dated vehicle odometer statement.

G. Navistar will not accept in trade any vehicle under this Agreement nor allow Customer any residual value specified in Schedule B until the vehicles have been delivered to, inspected by, and accepted by Navistar as meeting all the requirements described above and until all other obligations of Customer under this Agreement have been satisfied.

If any of the foregoing terms and conditions are not met, this Agreement shall be void and Navistar shall be under no obligation to accept in trade those vehicles in violation of the foregoing terms and conditions and shall not be otherwise obligated or incur any liability to Customer or any third party with respect to the vehicles.

IN WITNESS WHEREOF, the parties have respectfully caused this instrument to be executed in triplicate, as of the date first above written.

NAVISTAR, INC.

*Jeffrey M Sass*
Jeffrey M Sass (May 21, 2018)

Jeff Sass
Senior VP, North American Sales

*Mark Belisle*
Mark Belisle (May 21, 2018)

Mark Belisle
Senior VP, Distribution & Export

*Justina Batchelor*
Justina Batchelor (Jun 15, 2018)

Kyle Howard Batchelor
VP, Used Truck Organization


CUSTOMER

President / CFO – GLS LEASCO


DEALER

Justin Fink
President & CEO
SUMMIT TRUCK GROUP

6

## SCHEDULE A
## CUSTOMER'S REQUIRED PURCHASE OF NEW VEHICLES

| CUSTOMER: | GLS LEASCO |
|---|---|
| DEALER: | SUMMIT TRUCK GROUP |
| REGION: | SOUTHWEST (228) |

| | | | |
|---|---|---|---|
| QUANTITY: | 620 | COLOR: | WHITE YELLOW |
| MODEL YEAR: | 2018 | PS: | YES |
| MODEL: | RH | AC: | YES |
| CAB CONFIG: | DAYCAB | INTERIOR: | Diamond |
| ENGINE: | A26 | 5TH WHL: | AIR SLIDE |
| JAKE: | YES | SUSP: | AIR RIDE |
| TRANSMISSION: | Eaton Advantage 10-speed manual | GEAR RATIO: | 3.25 |
| FRT AXLE: | MFS-12-143A W-TRK, 12,350 | REAR AXLE: | MT-40-14X-4CFR, 40,000 lbs |

| | | | |
|---|---|---|---|
| QUANTITY: | 10 | COLOR: | WHITE YELLOW |
| MODEL YEAR: | 2018 | PS: | YES |
| MODEL: | LT | AC: | YES |
| CAB CONFIG: | SLEEPER | INTERIOR: | Diamond |
| ENGINE: | A26 | 5TH WHL: | AIR SLIDE |
| JAKE: | YES | SUSP: | IROS |
| TRANSMISSION: | Eaton Advantage 10-speed manual | GEAR RATIO: | 3.36 |
| FRT AXLE: | HEND STEERTEK 12,350 | REAR AXLE: | MT-40-14X-4CFR, 40,000 lbs |

| OTHER/NOTES: | |
|---|---|
| | |
| | |
| | |

7

## SCHEDULE B
## RESIDUAL VALUE'S PER VEHICLES TRADED IN

**RH MY 2018 DAYCAB**
By 30 days after the 48th month
anniversary of the DTU date to Customer

$62,000 if 400,000 miles or
less. Deduct $2500 if Central Transport
elects to meet extraordinary List (schedule
c)

**LT MY 2018 SLEEPERS**
By 30 days after the 48th month
anniversary of the DTU date to Customer

$83,000 if 400,000 miles or
less. Deduct $2500 if Central Transport
elects to meet extraordinary List (schedule
c)

For each additional month after the 48th
month anniversary of the DTU date to Customer

minus $750 per month,
minus $0.07 cents per additional mile

After the term of this Agreement plus twelve months, the residual value is zero regardless of mileage.

Schedule C

**NAVISTAR, Inc.**
**UTO- GLS LEASCO Extraordinary List.**

1. Unit(s) will be road worthy, capable of operating and passing Federal Safety Inspection requirements including D.O.T.

2. Extraordinary body damage allowance items will include severely damaged items that prevent the unit from passing a D.O.T inspection or operating safely on the public highways.

3. No broken glass.

4. Interior must be in good condition, clean with no major damage that would pose a safety risk to the operator.

5. All standard and optional equipment on or in truck chassis and body must be included and be in a working order. Examples: A/C operation, air dryers, and fan hubs. APU's are not expected to meet this requirement.

6. Catastrophic engine failures will be addressed on a case by case basis.

7. All electronic engines must retain mileage information.

8. No fluid leaks on engine, accessory components, or drive train. Oil leaks are classified as (A) normal build up, (B) wet accumulation, and (C) drip. Classification (A) and (B) are acceptable, trades with (C) type are not acceptable and will need to be repaired/replaced.

9. Brake components will be considered acceptable if the unit passes a D.O.T inspection.

10. Batteries, starter, alternator and other ignition system components must be in working condition and capable of starting and charging system under chassis own power.

11. All tires must pass a D.O.T inspection to be considered acceptable.

12. No broken cracked or bent frames, cross members, springs, axle housings, bushings or fifth wheels will be accepted.

13. Customer must provide negotiable title, free of all liens.

14. Customer must provide a written statement, signed and dated, stating as to whether there was or was not a prior taxable use of the vehicle.

9

| | Model and configuration | MODEL YEAR | CENTRAL Unit # | LAST 8 | DTU DATE |
|---|---|---|---|---|---|
| 1 | 2018 LT - SLPR | 2018 | 19060 | JN661335 | |
| 2 | 2018 LT - SLPR | 2018 | 19061 | JN661336 | |
| 3 | 2018 LT - SLPR | 2018 | 19062 | JN661337 | |
| 4 | 2018 LT - SLPR | 2018 | 19063 | JN661338 | |
| 5 | 2018 LT - SLPR | 2018 | 19064 | JN661339 | |
| 6 | 2018 LT - SLPR | 2018 | 19065 | JN661340 | |
| 7 | 2018 LT - SLPR | 2018 | 19066 | JN661341 | |
| 8 | 2018 LT - SLPR | 2018 | 19067 | JN661342 | |
| 9 | 2018 LT - SLPR | 2018 | 19068 | JN661343 | |
| 10 | 2018 LT - SLPR | 2018 | 19069 | JN661344 | |

| | Model and configuration | MODEL YEAR | CENTRAL Unit # | LAST 8 | DTU DATE |
|---|---|---|---|---|---|
| 11 | 2018 RH -DC | 2018 | 18890 | JL634325 | |
| 12 | 2018 RH -DC | 2018 | 18891 | JL634326 | |
| 13 | 2018 RH -DC | 2018 | 18892 | JL634327 | |
| 14 | 2018 RH -DC | 2018 | 18893 | JL634328 | |
| 15 | 2018 RH -DC | 2018 | 18894 | JL634329 | |
| 16 | 2018 RH -DC | 2018 | 18895 | JL634330 | |
| 17 | 2018 RH -DC | 2018 | 18896 | JL634331 | |
| 18 | 2018 RH -DC | 2018 | 18897 | JL634332 | |
| 19 | 2018 RH -DC | 2018 | 18898 | JL634333 | |
| 20 | 2018 RH -DC | 2018 | 18899 | JL634334 | |
| 21 | 2018 RH -DC | 2018 | 18900 | JL634335 | |
| 22 | 2018 RH -DC | 2018 | 18901 | JL634336 | |
| 23 | 2018 RH -DC | 2018 | 18902 | JL634337 | |
| 24 | 2018 RH -DC | 2018 | 18903 | JL634338 | |
| 25 | 2018 RH -DC | 2018 | 18904 | JL634339 | |
| 26 | 2018 RH -DC | 2018 | 18905 | JL634340 | |
| 27 | 2018 RH -DC | 2018 | 18906 | JL634341 | |
| 28 | 2018 RH -DC | 2018 | 18907 | JL634342 | |
| 29 | 2018 RH -DC | 2018 | 18908 | JL634343 | |
| 30 | 2018 RH -DC | 2018 | 18909 | JL634344 | |
| 31 | 2018 RH -DC | 2018 | 18910 | JL634345 | |
| 32 | 2018 RH -DC | 2018 | 18911 | JL634346 | |
| 33 | 2018 RH -DC | 2018 | 18912 | JL634347 | |
| 34 | 2018 RH -DC | 2018 | 18913 | JL634348 | |
| 35 | 2018 RH -DC | 2018 | 18914 | JL634349 | |
| 36 | 2018 RH -DC | 2018 | 18915 | JL634350 | |
| 37 | 2018 RH -DC | 2018 | 18916 | JL634351 | |

| | Model and configuration | MODEL YEAR | CENTRAL Unit # | LAST 8 | DTU DATE |
|---|---|---|---|---|---|
| 38 | 2018 RH -DC | 2018 | 18917 | JL634352 | |
| 39 | 2018 RH -DC | 2018 | 18918 | JL634353 | |
| 40 | 2018 RH -DC | 2018 | 18919 | JL634354 | |
| 41 | 2018 RH -DC | 2018 | 18920 | JL634355 | |
| 42 | 2018 RH -DC | 2018 | 18921 | JL634356 | |
| 43 | 2018 RH -DC | 2018 | 18922 | JL634357 | |
| 44 | 2018 RH -DC | 2018 | 18923 | JL634358 | |
| 45 | 2018 RH -DC | 2018 | 18924 | JL634359 | |
| 46 | 2018 RH -DC | 2018 | 18925 | JL634360 | |
| 47 | 2018 RH -DC | 2018 | 18926 | JL634361 | |
| 48 | 2018 RH -DC | 2018 | 18927 | JL634362 | |
| 49 | 2018 RH -DC | 2018 | 18928 | JL634363 | |
| 50 | 2018 RH -DC | 2018 | 18929 | JL634364 | |
| 51 | 2018 RH -DC | 2018 | 18930 | JL634365 | |
| 52 | 2018 RH -DC | 2018 | 18931 | JL634366 | |
| 53 | 2018 RH -DC | 2018 | 18932 | JL634367 | |
| 54 | 2018 RH -DC | 2018 | 18933 | JL634368 | |
| 55 | 2018 RH -DC | 2018 | 18934 | JL634369 | |
| 56 | 2018 RH -DC | 2018 | 18935 | JL634370 | |
| 57 | 2018 RH -DC | 2018 | 18936 | JL634371 | |
| 58 | 2018 RH -DC | 2018 | 18937 | JL634372 | |
| 59 | 2018 RH -DC | 2018 | 18938 | JL634373 | |
| 60 | 2018 RH -DC | 2018 | 18939 | JL634374 | |
| 61 | 2018 RH -DC | 2018 | 18940 | JL634375 | |
| 62 | 2018 RH -DC | 2018 | 18941 | JL634376 | |
| 63 | 2018 RH -DC | 2018 | 18942 | JL634377 | |
| 64 | 2018 RH -DC | 2018 | 18943 | JL634378 | |
| 65 | 2018 RH -DC | 2018 | 18944 | JL634379 | |
| 66 | 2018 RH -DC | 2018 | 18945 | JL634380 | |
| 67 | 2018 RH -DC | 2018 | 18946 | JL634381 | |
| 68 | 2018 RH -DC | 2018 | 18947 | JL634382 | |
| 69 | 2018 RH -DC | 2018 | 18948 | JL634383 | |
| 70 | 2018 RH -DC | 2018 | 18949 | JL634384 | |
| 71 | 2018 RH -DC | 2018 | 18950 | JL637734 | |
| 72 | 2018 RH -DC | 2018 | 18951 | JL637735 | |
| 73 | 2018 RH -DC | 2018 | 18952 | JL637736 | |
| 74 | 2018 RH -DC | 2018 | 18953 | JL637737 | |
| 75 | 2018 RH -DC | 2018 | 18954 | JL637738 | |
| 76 | 2018 RH -DC | 2018 | 18955 | JL637739 | |
| 77 | 2018 RH -DC | 2018 | 18956 | JL637740 | |
| 78 | 2018 RH -DC | 2018 | 18957 | JL637741 | |
| 79 | 2018 RH -DC | 2018 | 18958 | JL637742 | |

| | Model and configuration | MODEL YEAR | CENTRAL Unit # | LAST 8 | DTU DATE |
|---|---|---|---|---|---|
| 80 | 2018 RH -DC | 2018 | 18959 | JL637743 | |
| 81 | 2018 RH -DC | 2018 | 18960 | JL637744 | |
| 82 | 2018 RH -DC | 2018 | 18961 | JL637745 | |
| 83 | 2018 RH -DC | 2018 | 18962 | JL637746 | |
| 84 | 2018 RH -DC | 2018 | 18963 | JL637747 | |
| 85 | 2018 RH -DC | 2018 | 18964 | JL637748 | |
| 86 | 2018 RH -DC | 2018 | 18965 | JL637749 | |
| 87 | 2018 RH -DC | 2018 | 18966 | JL637750 | |
| 88 | 2018 RH -DC | 2018 | 18967 | JL637751 | |
| 89 | 2018 RH -DC | 2018 | 18968 | JL637752 | |
| 90 | 2018 RH -DC | 2018 | 18969 | JL637753 | |
| 91 | 2018 RH -DC | 2018 | 18970 | JL637754 | |
| 92 | 2018 RH -DC | 2018 | 18971 | JL637755 | |
| 93 | 2018 RH -DC | 2018 | 18972 | JL637756 | |
| 94 | 2018 RH -DC | 2018 | 18973 | JL637757 | |
| 95 | 2018 RH -DC | 2018 | 18974 | JL637758 | |
| 96 | 2018 RH -DC | 2018 | 18975 | JL637759 | |
| 97 | 2018 RH -DC | 2018 | 18976 | JL637760 | |
| 98 | 2018 RH -DC | 2018 | 18977 | JL637761 | |
| 99 | 2018 RH -DC | 2018 | 18978 | JL637762 | |
| 100 | 2018 RH -DC | 2018 | 18979 | JL637763 | |
| 101 | 2018 RH -DC | 2018 | 19010 | JL637797 | |
| 102 | 2018 RH -DC | 2018 | 19011 | JL637798 | |
| 103 | 2018 RH -DC | 2018 | 19012 | JL637799 | |
| 104 | 2018 RH -DC | 2018 | 19013 | JL637800 | |
| 105 | 2018 RH -DC | 2018 | 19014 | JL637801 | |
| 106 | 2018 RH -DC | 2018 | 19015 | JL637802 | |
| 107 | 2018 RH -DC | 2018 | 19016 | JL637803 | |
| 108 | 2018 RH -DC | 2018 | 19017 | JL637804 | |
| 109 | 2018 RH -DC | 2018 | 19018 | JL637805 | |
| 110 | 2018 RH -DC | 2018 | 19019 | JL637806 | |
| 111 | 2018 RH -DC | 2018 | 19020 | JL637807 | |
| 112 | 2018 RH -DC | 2018 | 19021 | JL637808 | |
| 113 | 2018 RH -DC | 2018 | 19022 | JL637809 | |
| 114 | 2018 RH -DC | 2018 | 19023 | JL637810 | |
| 115 | 2018 RH -DC | 2018 | 19024 | JL637811 | |
| 116 | 2018 RH -DC | 2018 | 19025 | JL637812 | |
| 117 | 2018 RH -DC | 2018 | 19026 | JL637813 | |
| 118 | 2018 RH -DC | 2018 | 19027 | JL637814 | |
| 119 | 2018 RH -DC | 2018 | 19028 | JL637815 | |
| 120 | 2018 RH -DC | 2018 | 19029 | JL637816 | |
| 121 | 2018 RH -DC | 2018 | 19030 | JL637817 | |

|  | Model and configuration | MODEL YEAR | CENTRAL Unit # | LAST 8 | DTU DATE |
|---|---|---|---|---|---|
| 122 | 2018 RH -DC | 2018 | 19031 | JL637818 | |
| 123 | 2018 RH -DC | 2018 | 19032 | JL637819 | |
| 124 | 2018 RH -DC | 2018 | 19033 | JL637820 | |
| 125 | 2018 RH -DC | 2018 | 19034 | JL637821 | |
| 126 | 2018 RH -DC | 2018 | 19035 | JL637822 | |
| 127 | 2018 RH -DC | 2018 | 19036 | JL637823 | |
| 128 | 2018 RH -DC | 2018 | 19037 | JL637824 | |
| 129 | 2018 RH -DC | 2018 | 19038 | JL637825 | |
| 130 | 2018 RH -DC | 2018 | 19039 | JL637826 | |
| 131 | 2018 RH -DC | 2018 | 19040 | JL651145 | |
| 132 | 2018 RH -DC | 2018 | 19041 | JL651146 | |
| 133 | 2018 RH -DC | 2018 | 19042 | JL651147 | |
| 134 | 2018 RH -DC | 2018 | 19043 | JL651148 | |
| 135 | 2018 RH -DC | 2018 | 19044 | JL651149 | |
| 136 | 2018 RH -DC | 2018 | 19045 | JL651150 | |
| 137 | 2018 RH -DC | 2018 | 19046 | JL651151 | |
| 138 | 2018 RH -DC | 2018 | 19047 | JL651152 | |
| 139 | 2018 RH -DC | 2018 | 19048 | JL651153 | |
| 140 | 2018 RH -DC | 2018 | 19049 | JL651154 | |
| 141 | 2018 RH -DC | 2018 | 19050 | JL651155 | |
| 142 | 2018 RH -DC | 2018 | 19051 | JL651156 | |
| 143 | 2018 RH -DC | 2018 | 19052 | JL651157 | |
| 144 | 2018 RH -DC | 2018 | 19053 | JL651158 | |
| 145 | 2018 RH -DC | 2018 | 19054 | JL651159 | |
| 146 | 2018 RH -DC | 2018 | 19055 | JL651160 | |
| 147 | 2018 RH -DC | 2018 | 19056 | JL651161 | |
| 148 | 2018 RH -DC | 2018 | 19057 | JL651162 | |
| 149 | 2018 RH -DC | 2018 | 19058 | JL651163 | |
| 150 | 2018 RH -DC | 2018 | 19059 | JL651164 | |
| 151 | 2018 RH -DC | 2018 | 18500 | JN072914 | |
| 152 | 2018 RH -DC | 2018 | 18501 | JN072915 | |
| 153 | 2018 RH -DC | 2018 | 18502 | JN072916 | |
| 154 | 2018 RH -DC | 2018 | 18503 | JN072917 | |
| 155 | 2018 RH -DC | 2018 | 18504 | JN072918 | |
| 156 | 2018 RH -DC | 2018 | 18505 | JN072919 | |
| 157 | 2018 RH -DC | 2018 | 18506 | JN072920 | |
| 158 | 2018 RH -DC | 2018 | 18507 | JN072921 | |
| 159 | 2018 RH -DC | 2018 | 18508 | JN072922 | |
| 160 | 2018 RH -DC | 2018 | 18509 | JN072923 | |
| 161 | 2018 RH -DC | 2018 | 18510 | JN072924 | |
| 162 | 2018 RH -DC | 2018 | 18511 | JN072925 | |
| 163 | 2018 RH -DC | 2018 | 18512 | JN072926 | |

| | Model and configuration | MODEL YEAR | CENTRAL Unit # | LAST 8 | DTU DATE |
|---|---|---|---|---|---|
| 164 | 2018 RH -DC | 2018 | 18513 | JN072927 | |
| 165 | 2018 RH -DC | 2018 | 18514 | JN072928 | |
| 166 | 2018 RH -DC | 2018 | 18515 | JN072929 | |
| 167 | 2018 RH -DC | 2018 | 18516 | JN072930 | |
| 168 | 2018 RH -DC | 2018 | 18517 | JN072931 | |
| 169 | 2018 RH -DC | 2018 | 18518 | JN072932 | |
| 170 | 2018 RH -DC | 2018 | 18519 | JN072933 | |
| 171 | 2018 RH -DC | 2018 | 18520 | JN072934 | |
| 172 | 2018 RH -DC | 2018 | 18521 | JN072935 | |
| 173 | 2018 RH -DC | 2018 | 18522 | JN072936 | |
| 174 | 2018 RH -DC | 2018 | 18523 | JN072937 | |
| 175 | 2018 RH -DC | 2018 | 18524 | JN072938 | |
| 176 | 2018 RH -DC | 2018 | 18525 | JN072939 | |
| 177 | 2018 RH -DC | 2018 | 18526 | JN072940 | |
| 178 | 2018 RH -DC | 2018 | 18527 | JN072941 | |
| 179 | 2018 RH -DC | 2018 | 18528 | JN072942 | |
| 180 | 2018 RH -DC | 2018 | 18529 | JN072943 | |
| 181 | 2018 RH -DC | 2018 | 18530 | JN073133 | |
| 182 | 2018 RH -DC | 2018 | 18531 | JN073134 | |
| 183 | 2018 RH -DC | 2018 | 18532 | JN073135 | |
| 184 | 2018 RH -DC | 2018 | 18533 | JN073136 | |
| 185 | 2018 RH -DC | 2018 | 18534 | JN073137 | |
| 186 | 2018 RH -DC | 2018 | 18535 | JN073138 | |
| 187 | 2018 RH -DC | 2018 | 18536 | JN073139 | |
| 188 | 2018 RH -DC | 2018 | 18537 | JN073140 | |
| 189 | 2018 RH -DC | 2018 | 18538 | JN073141 | |
| 190 | 2018 RH -DC | 2018 | 18539 | JN073142 | |
| 191 | 2018 RH -DC | 2018 | 18540 | JN073143 | |
| 192 | 2018 RH -DC | 2018 | 18541 | JN073144 | |
| 193 | 2018 RH -DC | 2018 | 18542 | JN073145 | |
| 194 | 2018 RH -DC | 2018 | 18543 | JN073146 | |
| 195 | 2018 RH -DC | 2018 | 18544 | JN073147 | |
| 196 | 2018 RH -DC | 2018 | 18545 | JN073148 | |
| 197 | 2018 RH -DC | 2018 | 18546 | JN073149 | |
| 198 | 2018 RH -DC | 2018 | 18547 | JN073150 | |
| 199 | 2018 RH -DC | 2018 | 18548 | JN073151 | |
| 200 | 2018 RH -DC | 2018 | 18549 | JN073152 | |
| 201 | 2018 RH -DC | 2018 | 18550 | JN073153 | |
| 202 | 2018 RH -DC | 2018 | 18551 | JN073154 | |
| 203 | 2018 RH -DC | 2018 | 18552 | JN073155 | |
| 204 | 2018 RH -DC | 2018 | 18553 | JN073156 | |
| 205 | 2018 RH -DC | 2018 | 18554 | JN073157 | |

| | Model and configuration | MODEL YEAR | CENTRAL Unit # | LAST 8 | DTU DATE |
|---|---|---|---|---|---|
| 206 | 2018 RH -DC | 2018 | 18555 | JN073158 | |
| 207 | 2018 RH -DC | 2018 | 18556 | JN073159 | |
| 208 | 2018 RH -DC | 2018 | 18557 | JN073160 | |
| 209 | 2018 RH -DC | 2018 | 18558 | JN073161 | |
| 210 | 2018 RH -DC | 2018 | 18559 | JN073162 | |
| 211 | 2018 RH -DC | 2018 | 18560 | JN073188 | |
| 212 | 2018 RH -DC | 2018 | 18561 | JN073189 | |
| 213 | 2018 RH -DC | 2018 | 18562 | JN073190 | |
| 214 | 2018 RH -DC | 2018 | 18563 | JN073191 | |
| 215 | 2018 RH -DC | 2018 | 18564 | JN073192 | |
| 216 | 2018 RH -DC | 2018 | 18565 | JN073193 | |
| 217 | 2018 RH -DC | 2018 | 18566 | JN073194 | |
| 218 | 2018 RH -DC | 2018 | 18567 | JN073195 | |
| 219 | 2018 RH -DC | 2018 | 18568 | JN073196 | |
| 220 | 2018 RH -DC | 2018 | 18569 | JN073197 | |
| 221 | 2018 RH -DC | 2018 | 18570 | JN073198 | |
| 222 | 2018 RH -DC | 2018 | 18571 | JN073199 | |
| 223 | 2018 RH -DC | 2018 | 18572 | JN073200 | |
| 224 | 2018 RH -DC | 2018 | 18573 | JN073201 | |
| 225 | 2018 RH -DC | 2018 | 18574 | JN073202 | |
| 226 | 2018 RH -DC | 2018 | 18575 | JN073203 | |
| 227 | 2018 RH -DC | 2018 | 18576 | JN073204 | |
| 228 | 2018 RH -DC | 2018 | 18577 | JN073205 | |
| 229 | 2018 RH -DC | 2018 | 18578 | JN073206 | |
| 230 | 2018 RH -DC | 2018 | 18579 | JN073207 | |
| 231 | 2018 RH -DC | 2018 | 18580 | JN073208 | |
| 232 | 2018 RH -DC | 2018 | 18581 | JN073209 | |
| 233 | 2018 RH -DC | 2018 | 18582 | JN073210 | |
| 234 | 2018 RH -DC | 2018 | 18583 | JN073211 | |
| 235 | 2018 RH -DC | 2018 | 18584 | JN073212 | |
| 236 | 2018 RH -DC | 2018 | 18585 | JN073213 | |
| 237 | 2018 RH -DC | 2018 | 18586 | JN073214 | |
| 238 | 2018 RH -DC | 2018 | 18587 | JN073215 | |
| 239 | 2018 RH -DC | 2018 | 18588 | JN073216 | |
| 240 | 2018 RH -DC | 2018 | 18589 | JN073217 | |
| 241 | 2018 RH -DC | 2018 | 18590 | JN074108 | |
| 242 | 2018 RH -DC | 2018 | 18591 | JN074109 | |
| 243 | 2018 RH -DC | 2018 | 18592 | JN074110 | |
| 244 | 2018 RH -DC | 2018 | 18593 | JN074111 | |
| 245 | 2018 RH -DC | 2018 | 18594 | JN074112 | |
| 246 | 2018 RH -DC | 2018 | 18595 | JN074113 | |
| 247 | 2018 RH -DC | 2018 | 18596 | JN074114 | |

|   | Model and configuration | MODEL YEAR | CENTRAL Unit # | LAST 8 | DTU DATE |
|---|---|---|---|---|---|
| 248 | 2018 RH -DC | 2018 | 18597 | JN074115 | |
| 249 | 2018 RH -DC | 2018 | 18598 | JN074116 | |
| 250 | 2018 RH -DC | 2018 | 18599 | JN074117 | |
| 251 | 2018 RH -DC | 2018 | 18600 | JN074118 | |
| 252 | 2018 RH -DC | 2018 | 18601 | JN074119 | |
| 253 | 2018 RH -DC | 2018 | 18602 | JN074120 | |
| 254 | 2018 RH -DC | 2018 | 18603 | JN074121 | |
| 255 | 2018 RH -DC | 2018 | 18604 | JN074122 | |
| 256 | 2018 RH -DC | 2018 | 18605 | JN074123 | |
| 257 | 2018 RH -DC | 2018 | 18606 | JN074124 | |
| 258 | 2018 RH -DC | 2018 | 18607 | JN074125 | |
| 259 | 2018 RH -DC | 2018 | 18608 | JN074126 | |
| 260 | 2018 RH -DC | 2018 | 18609 | JN074127 | |
| 261 | 2018 RH -DC | 2018 | 18610 | JN074128 | |
| 262 | 2018 RH -DC | 2018 | 18611 | JN074129 | |
| 263 | 2018 RH -DC | 2018 | 18612 | JN074130 | |
| 264 | 2018 RH -DC | 2018 | 18613 | JN074131 | |
| 265 | 2018 RH -DC | 2018 | 18614 | JN074132 | |
| 266 | 2018 RH -DC | 2018 | 18615 | JN074133 | |
| 267 | 2018 RH -DC | 2018 | 18616 | JN074134 | |
| 268 | 2018 RH -DC | 2018 | 18617 | JN074135 | |
| 269 | 2018 RH -DC | 2018 | 18618 | JN074136 | |
| 270 | 2018 RH -DC | 2018 | 18619 | JN074137 | |
| 271 | 2018 RH -DC | 2018 | 18620 | JN074422 | |
| 272 | 2018 RH -DC | 2018 | 18621 | JN074423 | |
| 273 | 2018 RH -DC | 2018 | 18622 | JN074424 | |
| 274 | 2018 RH -DC | 2018 | 18623 | JN074425 | |
| 275 | 2018 RH -DC | 2018 | 18624 | JN074426 | |
| 276 | 2018 RH -DC | 2018 | 18625 | JN074427 | |
| 277 | 2018 RH -DC | 2018 | 18626 | JN074428 | |
| 278 | 2018 RH -DC | 2018 | 18627 | JN074429 | |
| 279 | 2018 RH -DC | 2018 | 18628 | JN074430 | |
| 280 | 2018 RH -DC | 2018 | 18629 | JN074431 | |
| 281 | 2018 RH -DC | 2018 | 18630 | JN074432 | |
| 282 | 2018 RH -DC | 2018 | 18631 | JN074433 | |
| 283 | 2018 RH -DC | 2018 | 18632 | JN074434 | |
| 284 | 2018 RH -DC | 2018 | 18633 | JN074435 | |
| 285 | 2018 RH -DC | 2018 | 18634 | JN074436 | |
| 286 | 2018 RH -DC | 2018 | 18635 | JN074437 | |
| 287 | 2018 RH -DC | 2018 | 18636 | JN074438 | |
| 288 | 2018 RH -DC | 2018 | 18637 | JN074439 | |
| 289 | 2018 RH -DC | 2018 | 18638 | JN074440 | |

| | Model and configuration | MODEL YEAR | CENTRAL Unit # | LAST 8 | DTU DATE |
|---|---|---|---|---|---|
| 290 | 2018 RH -DC | 2018 | 18639 | JN074441 | |
| 291 | 2018 RH -DC | 2018 | 18640 | JN074442 | |
| 292 | 2018 RH -DC | 2018 | 18641 | JN074443 | |
| 293 | 2018 RH -DC | 2018 | 18642 | JN074444 | |
| 294 | 2018 RH -DC | 2018 | 18643 | JN074445 | |
| 295 | 2018 RH -DC | 2018 | 18644 | JN074446 | |
| 296 | 2018 RH -DC | 2018 | 18645 | JN074447 | |
| 297 | 2018 RH -DC | 2018 | 18646 | JN074448 | |
| 298 | 2018 RH -DC | 2018 | 18647 | JN074449 | |
| 299 | 2018 RH -DC | 2018 | 18648 | JN074450 | |
| 300 | 2018 RH -DC | 2018 | 18649 | JN074451 | |
| 301 | 2018 RH -DC | 2018 | 18650 | JN074452 | |
| 302 | 2018 RH -DC | 2018 | 18651 | JN074453 | |
| 303 | 2018 RH -DC | 2018 | 18652 | JN074454 | |
| 304 | 2018 RH -DC | 2018 | 18653 | JN074455 | |
| 305 | 2018 RH -DC | 2018 | 18654 | JN074456 | |
| 306 | 2018 RH -DC | 2018 | 18655 | JN074457 | |
| 307 | 2018 RH -DC | 2018 | 18656 | JN074458 | |
| 308 | 2018 RH -DC | 2018 | 18657 | JN074459 | |
| 309 | 2018 RH -DC | 2018 | 18658 | JN074460 | |
| 310 | 2018 RH -DC | 2018 | 18659 | JN074461 | |
| 311 | 2018 RH -DC | 2018 | 18660 | JN074462 | |
| 312 | 2018 RH -DC | 2018 | 18661 | JN074463 | |
| 313 | 2018 RH -DC | 2018 | 18662 | JN074464 | |
| 314 | 2018 RH -DC | 2018 | 18663 | JN074465 | |
| 315 | 2018 RH -DC | 2018 | 18664 | JN074466 | |
| 316 | 2018 RH -DC | 2018 | 18665 | JN074467 | |
| 317 | 2018 RH -DC | 2018 | 18666 | JN074468 | |
| 318 | 2018 RH -DC | 2018 | 18667 | JN074469 | |
| 319 | 2018 RH -DC | 2018 | 18668 | JN074470 | |
| 320 | 2018 RH -DC | 2018 | 18669 | JN074471 | |
| 321 | 2018 RH -DC | 2018 | 18670 | JN074472 | |
| 322 | 2018 RH -DC | 2018 | 18671 | JN074473 | |
| 323 | 2018 RH -DC | 2018 | 18672 | JN074474 | |
| 324 | 2018 RH -DC | 2018 | 18673 | JN074475 | |
| 325 | 2018 RH -DC | 2018 | 18674 | JN074476 | |
| 326 | 2018 RH -DC | 2018 | 18675 | JN074477 | |
| 327 | 2018 RH -DC | 2018 | 18676 | JN074478 | |
| 328 | 2018 RH -DC | 2018 | 18677 | JN074479 | |
| 329 | 2018 RH -DC | 2018 | 18678 | JN074480 | |
| 330 | 2018 RH -DC | 2018 | 18679 | JN074481 | |
| 331 | 2018 RH -DC | 2018 | 18680 | JN074485 | |

| | Model and configuration | MODEL YEAR | CENTRAL Unit # | LAST 8 | DTU DATE |
|---|---|---|---|---|---|
| 332 | 2018 RH -DC | 2018 | 18681 | JN074486 | |
| 333 | 2018 RH -DC | 2018 | 18682 | JN074487 | |
| 334 | 2018 RH -DC | 2018 | 18683 | JN074488 | |
| 335 | 2018 RH -DC | 2018 | 18684 | JN074489 | |
| 336 | 2018 RH -DC | 2018 | 18685 | JN074490 | |
| 337 | 2018 RH -DC | 2018 | 18686 | JN074491 | |
| 338 | 2018 RH -DC | 2018 | 18687 | JN074492 | |
| 339 | 2018 RH -DC | 2018 | 18688 | JN074493 | |
| 340 | 2018 RH -DC | 2018 | 18689 | JN074494 | |
| 341 | 2018 RH -DC | 2018 | 18690 | JN074495 | |
| 342 | 2018 RH -DC | 2018 | 18691 | JN074496 | |
| 343 | 2018 RH -DC | 2018 | 18692 | JN074497 | |
| 344 | 2018 RH -DC | 2018 | 18693 | JN074498 | |
| 345 | 2018 RH -DC | 2018 | 18694 | JN074499 | |
| 346 | 2018 RH -DC | 2018 | 18695 | JN074500 | |
| 347 | 2018 RH -DC | 2018 | 18696 | JN074501 | |
| 348 | 2018 RH -DC | 2018 | 18697 | JN074502 | |
| 349 | 2018 RH -DC | 2018 | 18698 | JN074503 | |
| 350 | 2018 RH -DC | 2018 | 18699 | JN074504 | |
| 351 | 2018 RH -DC | 2018 | 18700 | JN074505 | |
| 352 | 2018 RH -DC | 2018 | 18701 | JN074506 | |
| 353 | 2018 RH -DC | 2018 | 18702 | JN074507 | |
| 354 | 2018 RH -DC | 2018 | 18703 | JN074508 | |
| 355 | 2018 RH -DC | 2018 | 18704 | JN074509 | |
| 356 | 2018 RH -DC | 2018 | 18705 | JN074510 | |
| 357 | 2018 RH -DC | 2018 | 18706 | JN074511 | |
| 358 | 2018 RH -DC | 2018 | 18707 | JN074512 | |
| 359 | 2018 RH -DC | 2018 | 18708 | JN074513 | |
| 360 | 2018 RH -DC | 2018 | 18709 | JN074514 | |
| 361 | 2018 RH -DC | 2018 | 18710 | JN074906 | |
| 362 | 2018 RH -DC | 2018 | 18711 | JN074907 | |
| 363 | 2018 RH -DC | 2018 | 18712 | JN074908 | |
| 364 | 2018 RH -DC | 2018 | 18713 | JN074909 | |
| 365 | 2018 RH -DC | 2018 | 18714 | JN074910 | |
| 366 | 2018 RH -DC | 2018 | 18715 | JN074911 | |
| 367 | 2018 RH -DC | 2018 | 18716 | JN074912 | |
| 368 | 2018 RH -DC | 2018 | 18717 | JN074913 | |
| 369 | 2018 RH -DC | 2018 | 18718 | JN074914 | |
| 370 | 2018 RH -DC | 2018 | 18719 | JN074915 | |
| 371 | 2018 RH -DC | 2018 | 18720 | JN074916 | |
| 372 | 2018 RH -DC | 2018 | 18721 | JN074917 | |
| 373 | 2018 RH -DC | 2018 | 18722 | JN074918 | |

| | Model and configuration | MODEL YEAR | CENTRAL Unit # | LAST 8 | DTU DATE |
|---|---|---|---|---|---|
| 374 | 2018 RH -DC | 2018 | 18723 | JN074919 | |
| 375 | 2018 RH -DC | 2018 | 18724 | JN074920 | |
| 376 | 2018 RH -DC | 2018 | 18725 | JN074921 | |
| 377 | 2018 RH -DC | 2018 | 18726 | JN074922 | |
| 378 | 2018 RH -DC | 2018 | 18727 | JN074923 | |
| 379 | 2018 RH -DC | 2018 | 18728 | JN074924 | |
| 380 | 2018 RH -DC | 2018 | 18729 | JN074925 | |
| 381 | 2018 RH -DC | 2018 | 18730 | JN074926 | |
| 382 | 2018 RH -DC | 2018 | 18731 | JN074927 | |
| 383 | 2018 RH -DC | 2018 | 18732 | JN074928 | |
| 384 | 2018 RH -DC | 2018 | 18733 | JN074929 | |
| 385 | 2018 RH -DC | 2018 | 18734 | JN074930 | |
| 386 | 2018 RH -DC | 2018 | 18735 | JN074931 | |
| 387 | 2018 RH -DC | 2018 | 18736 | JN074932 | |
| 388 | 2018 RH -DC | 2018 | 18737 | JN074933 | |
| 389 | 2018 RH -DC | 2018 | 18738 | JN074934 | |
| 390 | 2018 RH -DC | 2018 | 18739 | JN074935 | |
| 391 | 2018 RH -DC | 2018 | 18740 | JN092404 | |
| 392 | 2018 RH -DC | 2018 | 18741 | JN092405 | |
| 393 | 2018 RH -DC | 2018 | 18742 | JN092406 | |
| 394 | 2018 RH -DC | 2018 | 18743 | JN092407 | |
| 395 | 2018 RH -DC | 2018 | 18744 | JN092408 | |
| 396 | 2018 RH -DC | 2018 | 18745 | JN092409 | |
| 397 | 2018 RH -DC | 2018 | 18746 | JN092410 | |
| 398 | 2018 RH -DC | 2018 | 18747 | JN092411 | |
| 399 | 2018 RH -DC | 2018 | 18748 | JN092412 | |
| 400 | 2018 RH -DC | 2018 | 18749 | JN092413 | |
| 401 | 2018 RH -DC | 2018 | 18750 | JN092414 | |
| 402 | 2018 RH -DC | 2018 | 18751 | JN092415 | |
| 403 | 2018 RH -DC | 2018 | 18752 | JN092416 | |
| 404 | 2018 RH -DC | 2018 | 18753 | JN092417 | |
| 405 | 2018 RH -DC | 2018 | 18754 | JN092418 | |
| 406 | 2018 RH -DC | 2018 | 18755 | JN092419 | |
| 407 | 2018 RH -DC | 2018 | 18756 | JN092420 | |
| 408 | 2018 RH -DC | 2018 | 18757 | JN092421 | |
| 409 | 2018 RH -DC | 2018 | 18758 | JN092422 | |
| 410 | 2018 RH -DC | 2018 | 18759 | JN092423 | |
| 411 | 2018 RH -DC | 2018 | 18760 | JN092424 | |
| 412 | 2018 RH -DC | 2018 | 18761 | JN092425 | |
| 413 | 2018 RH -DC | 2018 | 18762 | JN092426 | |
| 414 | 2018 RH -DC | 2018 | 18763 | JN092427 | |
| 415 | 2018 RH -DC | 2018 | 18764 | JN092428 | |

| | Model and configuration | MODEL YEAR | CENTRAL Unit # | LAST 8 | DTU DATE |
|---|---|---|---|---|---|
| 416 | 2018 RH -DC | 2018 | 18765 | JN092429 | |
| 417 | 2018 RH -DC | 2018 | 18766 | JN092430 | |
| 418 | 2018 RH -DC | 2018 | 18767 | JN092431 | |
| 419 | 2018 RH -DC | 2018 | 18768 | JN092432 | |
| 420 | 2018 RH -DC | 2018 | 18769 | JN092433 | |
| 421 | 2018 RH -DC | 2018 | 19070 | JN347123 | |
| 422 | 2018 RH -DC | 2018 | 19071 | JN347124 | |
| 423 | 2018 RH -DC | 2018 | 19072 | JN347125 | |
| 424 | 2018 RH -DC | 2018 | 19073 | JN347126 | |
| 425 | 2018 RH -DC | 2018 | 19074 | JN347127 | |
| 426 | 2018 RH -DC | 2018 | 19075 | JN347128 | |
| 427 | 2018 RH -DC | 2018 | 19076 | JN347129 | |
| 428 | 2018 RH -DC | 2018 | 19077 | JN347130 | |
| 429 | 2018 RH -DC | 2018 | 19078 | JN347131 | |
| 430 | 2018 RH -DC | 2018 | 19079 | JN347132 | |
| 431 | 2018 RH -DC | 2018 | 19080 | JN347133 | |
| 432 | 2018 RH -DC | 2018 | 19081 | JN347134 | |
| 433 | 2018 RH -DC | 2018 | 19082 | JN347135 | |
| 434 | 2018 RH -DC | 2018 | 19083 | JN347136 | |
| 435 | 2018 RH -DC | 2018 | 19084 | JN347137 | |
| 436 | 2018 RH -DC | 2018 | 19085 | JN347138 | |
| 437 | 2018 RH -DC | 2018 | 19086 | JN347139 | |
| 438 | 2018 RH -DC | 2018 | 19087 | JN347140 | |
| 439 | 2018 RH -DC | 2018 | 19088 | JN347141 | |
| 440 | 2018 RH -DC | 2018 | 19089 | JN347142 | |
| 441 | 2018 RH -DC | 2018 | 19090 | JN347143 | |
| 442 | 2018 RH -DC | 2018 | 19091 | JN347144 | |
| 443 | 2018 RH -DC | 2018 | 19092 | JN347145 | |
| 444 | 2018 RH -DC | 2018 | 19093 | JN347146 | |
| 445 | 2018 RH -DC | 2018 | 19094 | JN347147 | |
| 446 | 2018 RH -DC | 2018 | 19095 | JN347148 | |
| 447 | 2018 RH -DC | 2018 | 19096 | JN347149 | |
| 448 | 2018 RH -DC | 2018 | 19097 | JN347150 | |
| 449 | 2018 RH -DC | 2018 | 19098 | JN347151 | |
| 450 | 2018 RH -DC | 2018 | 19099 | JN347152 | |
| 451 | 2018 RH -DC | 2018 | 19100 | JN347153 | |
| 452 | 2018 RH -DC | 2018 | 19101 | JN347154 | |
| 453 | 2018 RH -DC | 2018 | 19102 | JN347155 | |
| 454 | 2018 RH -DC | 2018 | 19103 | JN347156 | |
| 455 | 2018 RH -DC | 2018 | 19104 | JN347157 | |
| 456 | 2018 RH -DC | 2018 | 19105 | JN347158 | |
| 457 | 2018 RH -DC | 2018 | 19106 | JN347159 | |

| | Model and configuration | MODEL YEAR | CENTRAL Unit # | LAST 8 | DTU DATE |
|---|---|---|---|---|---|
| 458 | 2018 RH -DC | 2018 | 19107 | JN347160 | |
| 459 | 2018 RH -DC | 2018 | 19108 | JN347161 | |
| 460 | 2018 RH -DC | 2018 | 19109 | JN347162 | |
| 461 | 2018 RH -DC | 2018 | 19110 | JN347163 | |
| 462 | 2018 RH -DC | 2018 | 19111 | JN347164 | |
| 463 | 2018 RH -DC | 2018 | 19112 | JN347165 | |
| 464 | 2018 RH -DC | 2018 | 19113 | JN347166 | |
| 465 | 2018 RH -DC | 2018 | 19114 | JN347167 | |
| 466 | 2018 RH -DC | 2018 | 19115 | JN347168 | |
| 467 | 2018 RH -DC | 2018 | 19116 | JN347169 | |
| 468 | 2018 RH -DC | 2018 | 19117 | JN347170 | |
| 469 | 2018 RH -DC | 2018 | 19118 | JN347171 | |
| 470 | 2018 RH -DC | 2018 | 19119 | JN347172 | |
| 471 | 2018 RH -DC | 2018 | 19120 | JN347173 | |
| 472 | 2018 RH -DC | 2018 | 19121 | JN347174 | |
| 473 | 2018 RH -DC | 2018 | 19122 | JN347175 | |
| 474 | 2018 RH -DC | 2018 | 19123 | JN347176 | |
| 475 | 2018 RH -DC | 2018 | 19124 | JN347177 | |
| 476 | 2018 RH -DC | 2018 | 19125 | JN347178 | |
| 477 | 2018 RH -DC | 2018 | 19126 | JN347179 | |
| 478 | 2018 RH -DC | 2018 | 19127 | JN347180 | |
| 479 | 2018 RH -DC | 2018 | 19128 | JN347181 | |
| 480 | 2018 RH -DC | 2018 | 19129 | JN347182 | |
| 481 | 2018 RH -DC | 2018 | 18770 | JN634144 | |
| 482 | 2018 RH -DC | 2018 | 18771 | JN634145 | |
| 483 | 2018 RH -DC | 2018 | 18772 | JN634146 | |
| 484 | 2018 RH -DC | 2018 | 18773 | JN634147 | |
| 485 | 2018 RH -DC | 2018 | 18774 | JN634148 | |
| 486 | 2018 RH -DC | 2018 | 18775 | JN634149 | |
| 487 | 2018 RH -DC | 2018 | 18776 | JN634150 | |
| 488 | 2018 RH -DC | 2018 | 18777 | JN634151 | |
| 489 | 2018 RH -DC | 2018 | 18778 | JN634152 | |
| 490 | 2018 RH -DC | 2018 | 18779 | JN634153 | |
| 491 | 2018 RH -DC | 2018 | 18780 | JN634154 | |
| 492 | 2018 RH -DC | 2018 | 18781 | JN634155 | |
| 493 | 2018 RH -DC | 2018 | 18782 | JN634156 | |
| 494 | 2018 RH -DC | 2018 | 18783 | JN634157 | |
| 495 | 2018 RH -DC | 2018 | 18784 | JN634158 | |
| 496 | 2018 RH -DC | 2018 | 18785 | JN634159 | |
| 497 | 2018 RH -DC | 2018 | 18786 | JN634160 | |
| 498 | 2018 RH -DC | 2018 | 18787 | JN634161 | |
| 499 | 2018 RH -DC | 2018 | 18788 | JN634162 | |

| | Model and configuration | MODEL YEAR | CENTRAL Unit # | LAST 8 | DTU DATE |
|---|---|---|---|---|---|
| 500 | 2018 RH -DC | 2018 | 18789 | JN634163 | |
| 501 | 2018 RH -DC | 2018 | 18790 | JN634164 | |
| 502 | 2018 RH -DC | 2018 | 18791 | JN634165 | |
| 503 | 2018 RH -DC | 2018 | 18792 | JN634166 | |
| 504 | 2018 RH -DC | 2018 | 18793 | JN634167 | |
| 505 | 2018 RH -DC | 2018 | 18794 | JN634168 | |
| 506 | 2018 RH -DC | 2018 | 18795 | JN634169 | |
| 507 | 2018 RH -DC | 2018 | 18796 | JN634170 | |
| 508 | 2018 RH -DC | 2018 | 18797 | JN634171 | |
| 509 | 2018 RH -DC | 2018 | 18798 | JN634172 | |
| 510 | 2018 RH -DC | 2018 | 18799 | JN634173 | |
| 511 | 2018 RH -DC | 2018 | 18800 | JN634175 | |
| 512 | 2018 RH -DC | 2018 | 18801 | JN634176 | |
| 513 | 2018 RH -DC | 2018 | 18802 | JN634177 | |
| 514 | 2018 RH -DC | 2018 | 18803 | JN634178 | |
| 515 | 2018 RH -DC | 2018 | 18804 | JN634179 | |
| 516 | 2018 RH -DC | 2018 | 18805 | JN634180 | |
| 517 | 2018 RH -DC | 2018 | 18806 | JN634181 | |
| 518 | 2018 RH -DC | 2018 | 18807 | JN634182 | |
| 519 | 2018 RH -DC | 2018 | 18808 | JN634183 | |
| 520 | 2018 RH -DC | 2018 | 18809 | JN634184 | |
| 521 | 2018 RH -DC | 2018 | 18810 | JN634185 | |
| 522 | 2018 RH -DC | 2018 | 18811 | JN634186 | |
| 523 | 2018 RH -DC | 2018 | 18812 | JN634187 | |
| 524 | 2018 RH -DC | 2018 | 18813 | JN634188 | |
| 525 | 2018 RH -DC | 2018 | 18814 | JN634189 | |
| 526 | 2018 RH -DC | 2018 | 18815 | JN634190 | |
| 527 | 2018 RH -DC | 2018 | 18816 | JN634191 | |
| 528 | 2018 RH -DC | 2018 | 18817 | JN634192 | |
| 529 | 2018 RH -DC | 2018 | 18818 | JN634193 | |
| 530 | 2018 RH -DC | 2018 | 18819 | JN634194 | |
| 531 | 2018 RH -DC | 2018 | 18820 | JN634195 | |
| 532 | 2018 RH -DC | 2018 | 18821 | JN634196 | |
| 533 | 2018 RH -DC | 2018 | 18822 | JN634197 | |
| 534 | 2018 RH -DC | 2018 | 18823 | JN634198 | |
| 535 | 2018 RH -DC | 2018 | 18824 | JN634199 | |
| 536 | 2018 RH -DC | 2018 | 18825 | JN634200 | |
| 537 | 2018 RH -DC | 2018 | 18826 | JN634201 | |
| 538 | 2018 RH -DC | 2018 | 18827 | JN634202 | |
| 539 | 2018 RH -DC | 2018 | 18828 | JN634203 | |
| 540 | 2018 RH -DC | 2018 | 18829 | JN634204 | |
| 541 | 2018 RH -DC | 2018 | 18830 | JN634205 | |

| | Model and configuration | MODEL YEAR | CENTRAL Unit # | LAST 8 | DTU DATE |
|---|---|---|---|---|---|
| 542 | 2018 RH -DC | 2018 | 18831 | JN634206 | |
| 543 | 2018 RH -DC | 2018 | 18832 | JN634207 | |
| 544 | 2018 RH -DC | 2018 | 18833 | JN634208 | |
| 545 | 2018 RH -DC | 2018 | 18834 | JN634209 | |
| 546 | 2018 RH -DC | 2018 | 18835 | JN634210 | |
| 547 | 2018 RH -DC | 2018 | 18836 | JN634211 | |
| 548 | 2018 RH -DC | 2018 | 18837 | JN634212 | |
| 549 | 2018 RH -DC | 2018 | 18838 | JN634213 | |
| 550 | 2018 RH -DC | 2018 | 18839 | JN634214 | |
| 551 | 2018 RH -DC | 2018 | 18840 | JN634215 | |
| 552 | 2018 RH -DC | 2018 | 18841 | JN634216 | |
| 553 | 2018 RH -DC | 2018 | 18842 | JN634217 | |
| 554 | 2018 RH -DC | 2018 | 18843 | JN634218 | |
| 555 | 2018 RH -DC | 2018 | 18844 | JN634219 | |
| 556 | 2018 RH -DC | 2018 | 18845 | JN634220 | |
| 557 | 2018 RH -DC | 2018 | 18846 | JN634221 | |
| 558 | 2018 RH -DC | 2018 | 18847 | JN634222 | |
| 559 | 2018 RH -DC | 2018 | 18848 | JN634223 | |
| 560 | 2018 RH -DC | 2018 | 18849 | JN634224 | |
| 561 | 2018 RH -DC | 2018 | 18850 | JN634225 | |
| 562 | 2018 RH -DC | 2018 | 18851 | JN634226 | |
| 563 | 2018 RH -DC | 2018 | 18852 | JN634227 | |
| 564 | 2018 RH -DC | 2018 | 18853 | JN634228 | |
| 565 | 2018 RH -DC | 2018 | 18854 | JN634229 | |
| 566 | 2018 RH -DC | 2018 | 18855 | JN634230 | |
| 567 | 2018 RH -DC | 2018 | 18856 | JN634231 | |
| 568 | 2018 RH -DC | 2018 | 18857 | JN634232 | |
| 569 | 2018 RH -DC | 2018 | 18858 | JN634233 | |
| 570 | 2018 RH -DC | 2018 | 18859 | JN634234 | |
| 571 | 2018 RH -DC | 2018 | 18860 | JN634295 | |
| 572 | 2018 RH -DC | 2018 | 18861 | JN634296 | |
| 573 | 2018 RH -DC | 2018 | 18862 | JN634297 | |
| 574 | 2018 RH -DC | 2018 | 18863 | JN634298 | |
| 575 | 2018 RH -DC | 2018 | 18864 | JN634299 | |
| 576 | 2018 RH -DC | 2018 | 18865 | JN634300 | |
| 577 | 2018 RH -DC | 2018 | 18866 | JN634301 | |
| 578 | 2018 RH -DC | 2018 | 18867 | JN634302 | |
| 579 | 2018 RH -DC | 2018 | 18868 | JN634303 | |
| 580 | 2018 RH -DC | 2018 | 18869 | JN634304 | |
| 581 | 2018 RH -DC | 2018 | 18870 | JN634305 | |
| 582 | 2018 RH -DC | 2018 | 18871 | JN634306 | |
| 583 | 2018 RH -DC | 2018 | 18872 | JN634307 | |

| | Model and configuration | MODEL YEAR | CENTRAL Unit # | LAST 8 | DTU DATE |
|---|---|---|---|---|---|
| 584 | 2018 RH -DC | 2018 | 18873 | JN634308 | |
| 585 | 2018 RH -DC | 2018 | 18874 | JN634309 | |
| 586 | 2018 RH -DC | 2018 | 18875 | JN634310 | |
| 587 | 2018 RH -DC | 2018 | 18876 | JN634311 | |
| 588 | 2018 RH -DC | 2018 | 18877 | JN634312 | |
| 589 | 2018 RH -DC | 2018 | 18878 | JN634313 | |
| 590 | 2018 RH -DC | 2018 | 18879 | JN634314 | |
| 591 | 2018 RH -DC | 2018 | 18880 | JN634315 | |
| 592 | 2018 RH -DC | 2018 | 18881 | JN634316 | |
| 593 | 2018 RH -DC | 2018 | 18882 | JN634317 | |
| 594 | 2018 RH -DC | 2018 | 18883 | JN634318 | |
| 595 | 2018 RH -DC | 2018 | 18884 | JN634319 | |
| 596 | 2018 RH -DC | 2018 | 18885 | JN634320 | |
| 597 | 2018 RH -DC | 2018 | 18886 | JN634321 | |
| 598 | 2018 RH -DC | 2018 | 18887 | JN634322 | |
| 599 | 2018 RH -DC | 2018 | 18888 | JN634323 | |
| 600 | 2018 RH -DC | 2018 | 18889 | JN634324 | |
| 601 | 2018 RH -DC | 2018 | 18980 | JN637764 | |
| 602 | 2018 RH -DC | 2018 | 18981 | JN637765 | |
| 603 | 2018 RH -DC | 2018 | 18982 | JN637766 | |
| 604 | 2018 RH -DC | 2018 | 18983 | JN637767 | |
| 605 | 2018 RH -DC | 2018 | 18984 | JN637768 | |
| 606 | 2018 RH -DC | 2018 | 18985 | JN637769 | |
| 607 | 2018 RH -DC | 2018 | 18986 | JN637770 | |
| 608 | 2018 RH -DC | 2018 | 18987 | JN637771 | |
| 609 | 2018 RH -DC | 2018 | 18988 | JN637772 | |
| 610 | 2018 RH -DC | 2018 | 18989 | JN637773 | |
| 611 | 2018 RH -DC | 2018 | 18990 | JN637774 | |
| 612 | 2018 RH -DC | 2018 | 18991 | JN637775 | |
| 613 | 2018 RH -DC | 2018 | 18992 | JN637776 | |
| 614 | 2018 RH -DC | 2018 | 18993 | JN637777 | |
| 615 | 2018 RH -DC | 2018 | 18994 | JN637778 | |
| 616 | 2018 RH -DC | 2018 | 18995 | JN637779 | |
| 617 | 2018 RH -DC | 2018 | 18996 | JN637780 | |
| 618 | 2018 RH -DC | 2018 | 18997 | JN637781 | |
| 619 | 2018 RH -DC | 2018 | 18998 | JN637782 | |
| 620 | 2018 RH -DC | 2018 | 18999 | JN637783 | |
| 621 | 2018 RH -DC | 2018 | 19000 | JN637784 | |
| 622 | 2018 RH -DC | 2018 | 19001 | JN637785 | |
| 623 | 2018 RH -DC | 2018 | 19002 | JN637786 | |
| 624 | 2018 RH -DC | 2018 | 19003 | JN637787 | |
| 625 | 2018 RH -DC | 2018 | 19004 | JN637788 | |

|     | Model and configuration | MODEL YEAR | CENTRAL Unit # | LAST 8 | DTU DATE |
|-----|-------------------------|------------|----------------|--------|----------|
| 626 | 2018 RH -DC | 2018 | 19005 | JN637789 | |
| 627 | 2018 RH -DC | 2018 | 19006 | JN637790 | |
| 628 | 2018 RH -DC | 2018 | 19007 | JN637791 | |
| 629 | 2018 RH -DC | 2018 | 19008 | JN637792 | |
| 630 | 2018 RH -DC | 2018 | 19009 | JN637793 | |

# Central Transport OTB - 620 Units

Adobe Sign Document History                                    05/15/2018

| | |
|---|---|
| Created: | 06/14/2018 |
| By: | Frank Gentile (frank.gentile@navistar.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAHqX-GJ3fa42bSv75RGjMktBGH7sQV9Ag |

## "Central Transport OTB - 620 Units" History

- Document created by Frank Gentile (frank.gentile@navistar.com)
  06/14/2018 - 11:35:02 AM CDT- IP address: 108.171.131.186

- Document emailed to Justina Batchelor (justina.morosin@navistar.com) for signature
  06/14/2018 - 11:36:54 AM CDT

- Document viewed by Justina Batchelor (justina.morosin@navistar.com)
  06/14/2018 - 11:47:09 AM CDT- IP address: 107.77.210.166

- Document e-signed by Justina Batchelor (justina.morosin@navistar.com)
  Signature Date: 06/15/2018 - 9:00:58 AM CDT - Time Source: server- IP address: 108.171.131.186

- Signed document emailed to Frank Gentile (frank.gentile@navistar.com) and Justina Batchelor
  (justina.morosin@navistar.com)
  06/15/2018 - 9 00 58 AM CDT

**NAVISTAR**   Adobe Sign