

**EXHIBIT G**

EXHIBIT
15



HOLDINGS

A HIGHER STANDARD OF VALUE

July 13, 2021

Mr. Kyle Blain
GLS LeasCo, Inc.
12225 Stephens Rd
Warren, MI 48089

Dear Mr. Blain,

Navistar and Summit Truck Group are working to secure production dates as early as possible based on the current production environment. At the time of this letter Navistar can supply (1,100) new 2023 International RH Daycab production slots from February to December 2022 along with (205) 2024 International RH Daycab production slots in January to February 2023. The production availability dictates that the trucks will be 2023 & 2024 model years.

New and Used Quantity and Pricing:

(1,305) 2023/2024 International RH Tractors, per spec proposal 3203-28.................................... $113,843
* 1,100 produced as 2023MY
* 205 produced as 2024MY
* Price will hold for all units included in agreement regardless of production timing or resulting model year
(1,046) Trades – schedule listed below

Optional warranty coverage
* 48/400 Custom Service contract ...............................................$ 2,750
* 48 month ($575 per occurrence) Towing warranty.................$  650

New Truck Delivery – based on available production at the time of this letter. Navistar will hold these production slots until July 14th 2021. Based on production availability, Navistar will work to pull January/February production into Q4 2022.

ARKANSAS / KANSAS / MISSISSIPPI / MISSOURI / NEW MEXICO / OKLAHOMA / TENNESSEE / TEXAS
summittruckgroup.com



CONFIDENTIAL

NAV00051899



**SUMMIT**
HOLDINGS

| New Truck Delivery | New Deliveries | Trades |
|---|---|---|
| February 2022 | 100 | 100 |
| March 2022 | 100 | 75 |
| April 2022 | 100 | 75 |
| May 2022 | 100 | 75 |
| June 2022 | 100 | 75 |
| July 2022 | 100 | 75 |
| August 2022 | 100 | 75 |
| September 2022 | 100 | 75 |
| October 2022 | 100 | 75 |
| November 2022 | 100 | 75 |
| December 2022 | 100 | 75 |
| January 2023 | 100 | 70 |
| February 2023 | 105 | 70 |
| March 2023 | | 56 |
| Totals | 1305 | 1046 |

New Truck Pricing to include the following:

- 48/400 optional trade residual at $ 55,000, executed per Navistar standard OT8 agreement, with exception of these specific updates below:
  - Upon notification of intent to execute trade agreement dealer will reserve production slots in line with trade end of term dates.
  - Replacement truck purchase agreement must be finalized with dealer at least 8 months prior to end of term or production slots will be released.
- 48/400 Engine and After-treatment warranty
- 2023MY escalator, steel surcharge and updated shipping charge for 2022 orders
- Upgrade to Bendix Fusion
- International 360 and Fleet Health – *included in Intelligent Fleet Care on all 2022 models and beyond.*
- Advanced Preventative Maintenance – *included in Intelligent Fleet Care on all 2022 models and beyond*
- Navistar Fleet Charge – Navistar will work with Central Transport to facilitate establishing an account for Central Transport and Universal Truckload Services with 60 day terms and appropriate credit line for each company, based on terms and conditions to be established.
- Financing – confirm financing through Navistar Capital at market interest rate on all new trucks ordered from Navistar in this proposal.
- NED Software – all maintenance locations
- DLB Software – all maintenance locations
- Navistar onsite and web training for all locations.
- Fuel Analytics – Software *under development with no release date at this time*



NAV00051900



## SUMMIT
### HOLDINGS
A HIGHER STANDARD OF VALUE

- Higher residual value if Central adds aluminum wheels and virgin rubber to the trucks at turn-in $2,000 estimated additional value
- Sleeper chassis can be substituted in place of daycabs based on the current new truck to trade ratio. Pricing to be updated base on new daycab pricing.
- Price guarantee does not include government mandates, greenhouse gas increases or associated costs, specification changes, additional destination charges, surcharges (including but not limited to fuel, steel, and other raw materials associated with Producer Price Index (PPI)), vendor price increases and availability, model discontinuation, or extended service contract price updates.
- OTA (Over the Air Programming) connection re-established on 2018MY/2019MY until OTB anniversary date

Trade In Pricing Notes:

- Central to turn in used trucks, oldest to newest, starting with the 2017MY used trucks
- (512) 2018MY RH Daycabs, (10) 2018MY LT Sleepers, and (205) 2019MY RH Daycabs to include:
    - 1 year, 100,000 mile after-treatment warranty to be added
    - Navistar will work with Central Transport on a case-by-case basis to policy any engine issues not covered by warranty
- All trades to meet Navistar Trade Terms and Conditions.
- International trucks with Optional Trade Back (OTB) agreement will be subject to OTB terms.
- Non International OTB agreement trucks, see pricing below
    - $0.07 mileage deduct after term mileage
    - $750 per month rollout starting on 5/1/2022 for all groups
- Pricing firm on 2017MY internationals with no mileage deductions applicable
    - Rollout will be applicable on these units beginning 5/1/2022

| Company | | Description | | | | | Mileage | |
|---|---|---|---|---|---|---|---|---|
| ULH | 2017 | Freightliner | CASCADIA | Daycab - Tandem Axle | 16 | $ 42,000 | 300,000 | May 1, 2022 |
| PAM | 2017 | International | PROSTAR | Daycab - Tandem Axle | 28 | $ 36,000 | 250,000 | May 1, 2022 |
| ULH | 2017 | Peterbilt | 579 117 | Daycab - Tandem Axle | 31 | $ 42,000 | 200,000 | May 1, 2022 |
| Central | 2017 | International | PROSTAR | Daycab - Tandem Axle | 73 | $ 35,000 | 400,000 | May 1, 2022 |
| ULH | 2018 | International | LT62F | Daycab - Tandem Axle | 13 | $ 56,000 | 150,000 | May 1, 2022 |
| ULH | Various | | | | 58 | Assorted 376 | | May 1, 2022 |
| Total Trades | | | | | 219 | | | |

Legal

- Your signature on this agreement confirms that, subject to Navistar and Summit's performance of this agreement, any disputes raised on their your letter dated July 1, 2021 regarding 2018 2019 model year trucks under the Optional Trade-In Agreement between Navistar, Inc. and GLS Leasco, Inc. are resolved.



CONFIDENTIAL

NAV00051901



**HOLDINGS**

A HIGHER STANDARD OF VALUE

Central Transport
Name and Title                     Signature                      Date       7/29/21

Navistar
Name and Title                     Signature                      Date       7/29/21

Justin Fink    CEO
Summit Truck Group
Name and Title                     Signature                      Date       7/29/21

ARKANSAS / KANSAS / MISSISSIPPI / MISSOURI / NEW MEXICO / OKLAHOMA / TENNESSEE / TEXAS
summittruckgroup.com

CONFIDENTIAL

NAV00051902