CONFIDENTIAL



Page 1

Page 1

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

GLS LEASCO, INC. and          )

CENTRAL TRANSPORT, LLC,        )

      Plaintiffs,          ) Case No.

    -vs-                       ) 23-cv-12927

NAVISTAR, INC.,                )

      Defendant.           )


    ***CONTAINS CONFIDENTIAL INFORMATION***

    The videotaped deposition of OLAWALE "WALE" AKINOSHO, called for examination, taken pursuant to the Federal Rules of Civil Procedure of the United States District Courts pertaining to the taking of depositions, taken before ALICE M. SCHWINGER, CSR NO. 84-2913, a Certified Shorthand Reporter of the State of Illinois, at 2020 Calamos Court, Naperville, Illinois, on the 20th day of August, A.D. 2024, commencing at 9:18 a.m.

CONFIDENTIAL

Page 46

of what you could build in a year and hypothetically what you could build in a month. I say hypothetically because, again, due to supply constraints, if a supplier said one thing, it would force us to react; right?

So hypothetically, if say you're supposed to build a hundred a month and you had 110, then we would say, okay, you need to push 10 out. Or if you were at 90, okay, you need to pull 10 in so that you could be at a hundred percent of what your number was or close to it.

Q. Okay. So -- well, why don't you explain this to me, then. So you're talking about the dealership. So I guess I need a more specific example. And let me put it this way. This is why I'm confused. You said that you're not the person making the decision as to what trucks are actually being built in the factory. So how is this different from deciding what trucks are actually being built in the factory?

A. Well, I would just say this is the number. I wouldn't go say you need to move this one specific order or tell the plant which order to move because that would be grounds for trouble, and

Page 47

it would cause all kinds of confusion. So I would just advise the dealer that this is the number you need to move to get to a hundred percent of where you need to be.

Q. Now, how would that work with a co-op deal where Navistar was actually -- well, actually, you tell me in your words co-op deal, how is that different from the situation you've just described with dealers?

A. So with the co-op deals, again, this is a high-priority customer, so I tend to not tell you to push those out. It's more we're just working with whatever the dealer needs it to be to take care of the customer.

Q. Well, we're going to get into the bare -- into specifics because the -- this agreement here, Exhibit 15 and 38, the two letter agreements, those were co-op deals; correct?

A. Correct.

Q. With --

A. I think so.

Q. Okay. And just -- and I just want to be clear for the record. You understood that this agreement was to produce trucks that were going to

Page 48

go to Central, Universal, and PAM; correct?

A. Yes.

Q. One agreement, three companies getting the trucks?

A. Yes.

Q. And Central -- I mean, often it was just referred to as Central, but it would be for all three; right?

A. Yes.

Q. Okay. And so Central, or all three of these companies, were high priority; is that right?

A. Yes.

Q. Okay. And when you say "high priority," what exactly do you mean by that?

A. They were a high -- high-profile, high-priority customer. They buy a lot of trucks.

Q. And we're going to get into the specific details, but you're certainly aware that there came a time where there were not enough -- there was not enough production to make the trucks that were under this order; is that right?

MR. SALLAH: Object to form.

BY THE WITNESS:

A. Let me think about that. I believe we

Page 49

always had high priority for these customers to make sure that whatever was needed, we tried to get it done.

BY MR. DAVIS:

Q. Well, my question was not that. You -- you re -- you recall, and we're going to go into the documents in a moment, but I just want to see what you remember before I give you the documents.

A. Mm-hmm.

Q. There came a time where that 1305 got cut down to about 1105. Do you remember that?

A. Not really.

Q. You don't remember there being a cut?

A. I remember there were changes, but I don't remember it was a cut.

Q. Okay. And so you then don't remember a second cut down to 600?

A. I don't remember a cut.

Q. Okay.

A. Again, in my world, changes happen a lot.

Q. All right. Well --

A. So you have to be specific.

Q. All right. Well, tell me about what --

CONFIDENTIAL

Page 66

terminology about the order board. Okay?

A.   Okay.

Q.   So let me hand you a document, which will now be 112. Let me pull it.

THE WITNESS:  Can I have a bathroom break?

MR. DAVIS:  Yeah, this is a good time.  Let's go ahead and take a break.

THE VIDEOGRAPHER:  Going off the record.  The time is 10:30 a.m.

(WHEREUPON, a short break was taken.)

THE VIDEOGRAPHER:  Going on the record.  The time is 10:41 a.m.

BY MR. DAVIS:

Q.   Okay.  Mr. Akinosho, I'm going to hand you Exhibit 112, and let the court reporter mark it, please.

(WHEREUPON, a certain document was marked Exhibit No. 112, for identification, as of August 20, 2024.)

BY MR. DAVIS:

Q.   And so this is a document that Navistar produced to us.  The control label is NAV00063252,

Page 67

and it is a November 29, 2021, Board of Directors 2022 Operating Plan from Navistar.

Mr. Akinosho, do you ever see documents of this nature in the course of your duties?

A.   No.

Q.   Okay.  Well, I want to ask you about something that's within it that hopefully you will be able to answer.  So why don't you turn to, if you look at the bottom right, the page that ends with 63267.

You know what?  There's a good chance I handed you my highlighted copy, so let me -- let me see that one real quick.  I'm sorry.  I think I handed you the wrong one.  Yep, I sure did.

MR. DAVIS:  All right.  So we're going to have to mark -- sorry.  This is one for him.  I gave him my copy by accident, so that's going to be 112.

THE COURT REPORTER:  Will that come off, or no?

MR. DAVIS:  Probably not.  Let's just do a new sticker.

BY MR. DAVIS:

Q.   Okay.  So turn -- at the bottom right-hand corner, there's going to be a -- you see

Page 68

the little page numbers?  So go to the one that's 63267.

A.   Okay.

Q.   All right.  So you see there under the executive summary, it says:  Truck and bus.  And then the second check mark there says:  Order board filled since late spring and price increases being applied to all existing sold orders.

Do you see that?

A.   Yes.

Q.   Okay.  So do you remember -- and, actually, and let me just follow up.  Turn two pages from there under 63269.  On the left, it says:  Business environment, customer demand exceeds supplier capacity.

Do you see that?

A.   Yes.

Q.   And then on the right-hand side, it says:  Navistar impacts, 2022 order board filled in May 2021.

Do you see that?

A.   Yes.

Q.   So looking at this, does that comport with your memory that the 2022 order board filled

Page 69

by May 2021?

A.   That's possible.

Q.   Why don't you tell me what it means for the order board to be filled?

A.   It means that we had a number of what we believe we could reasonably build in a year, and if the orders match that number, that's full, like a cup can't take more than what it can take.

(WHEREUPON, there was a brief interruption.)

BY THE WITNESS:

A.   A cup can't take more than what you can put in it.

BY MR. DAVIS:

Q.   So -- so your understanding of when -- when somebody at Navistar says the order board is filled, that means as of May 2021, there were already more orders than production capacity; is that right?

A.   Hypothetically.

Q.   Okay.  Well, I'm asking, you work with the order board, so is that your understanding of what order board filled means?  You said -- well, your example was that a cup can't hold more water

CONFIDENTIAL

Page 70

than the cup can hold; right?

A.   Sure.

Q.   So in this example, by May 2021, the cup was already filled to the top with orders?

A.   Yes.

Q.   All right.  And the cup, meaning what Navistar could produce?

A.   Yes.

Q.   Okay.  And that's your memory, that the order board had filled by May 2021; right?

A.   That's what is here.

Q.   Okay.  Do you have any reason to doubt that that was true?

A.   No.  I mean, I can't remember 2022 exact, but this is a document to the board, so I would think it has to be what was the case.

Q.   Okay.  And that's all I'm getting at.  You don't have any knowledge to say no, this was wrong?

A.   No.

Q.   I want you to turn two more pages to 63271.  And up at the upper right-hand side, it says original -- well, two things.  First, the slide is order -- significant order board carryover

Page 71

into 2023 necessary.

Do you see that?

A.   Yes.

Q.   Okay.  And then it says:  Original Class 6-8 truck customer demand exceeds 100,000 units.

Right?

A.   Yes.

Q.   And then it says:  Closed 2022 order board in spring 2021.

Do you see that?

A.   Yes.

Q.   All right.  So let me just ask you what your understanding, first of all, when you say the 2022 order board, that is referring to orders for trucks that were to be produced in the year 2022; correct?

A.   That is correct.

Q.   All right.  And when it says significant order board carryover, what does carryover mean to you?

A.   It means orders slotted for a particular year would have pushed into the next year.

Q.   So just to be clear, that means -- what this is saying is that orders that were supposed to

Page 72

be produced in 2020 -- I'm sorry, orders that were supposed to be produced in 2022 are going to have to get pushed to 2023 because they don't have enough capacity to build them in 2022; is that right?

A.   Yes.

Q.   Okay.  And that's your understanding of what that carryover in the order board is?

A.   Carryover adjustments, that it slipped into the next year.

Q.   Okay.  That's something you've worked with in your role is dealing with carryover issues; right?

A.   We all had to, yes.

Q.   Okay.  And, you know, I apologize.  I don't think I asked this very specific basic question.  What is the actual order board?  I've seen a lot of Excel spreadsheets, but what is the order board?

A.   The order board is just a thing, a database of orders that are building, period.

Q.   So the order board is just the database that contains the information on what vehicles are to be produced when?

Page 73

A.   Yes.

Q.   Okay.  And when we're looking at those spreadsheets, those spreadsheets are generated from this database, when we're looking at the Excel spreadsheets?

A.   For the most part, yes.

Q.   Okay.  All right.  So I'm now going to give you Exhibit 113.

(WHEREUPON, a certain document was marked Exhibit No. 113, for identification, as of August 20, 2024.)

BY MR. DAVIS:

Q.   All right.  And so I've handed you -- this is a Navistar-produced document.  The control label is NAV00037298.

A.   Sir, can you repeat that?

Q.   Yes.  I'm just saying that the -- this at the bottom means that it was produced by Navistar and the number that Navistar put on it is 00037298.  I just want to make sure we're looking at the same document.

A.   Okay.

Q.   And this is an e-mail chain between Sean