

EXHIBIT J



# BOARD OF DIRECTORS

2022 Operating Plan
November 29, 2021



**NAVISTAR®**

CONFIDENTIAL

NAV00063252

# Executive Summary

## Economy & Industry

✓ US GDP expected to grow by 4% in 2022 contributing to strong growth in the industry

✓ Truck Class 6-8 industry expected at 400k units, 18.3% higher from 2021 forecast of 338k units

   o   School bus industry expected at 30k, 11% higher YoY

✓ Easing of supply disruptions critical to achieving industry growth and commercial success

✓ Inflationary pressures to continue driven in part by labor market at full employment levels

## Commercial & Operations

✓ Navistar to increase its Class 6-8 order share by 1.8 ppt YoY, in-line with the strategic plan

✓ Material cost increases largely offset by Truck price increases

✓ Aftersales business pressing ahead with initiatives to offset VIO and impacts of BDP dissolution

✓ San Antonio Plant on schedule to start production in January – eMV production to begin in June

✓ Significant investments in product development to support growth and disruptive technology initiatives

## Financials

✓ ~$12B of revenues driven by stabilizing supply chain and strong industry

✓ 5.0% ROS reflective of inflationary environment & strategic investments; close to TRATON target glidepath on normalized basis



CONFIDENTIAL and Proprietary to Navistar

# PEOPLE + CULTURE



CONFIDENTIAL

NAV00063254

# Executive Summary

## People + Culture Areas of Focus

✓ Employee Experience is the focus of the new People and Culture organization and clearly an area of interest in the organization with a 61% response rate to our Employee Experience (EX) survey

✓ DEI is a key imperative for the employee experience

✓ The People 4.0 teams have made significant progress and will focus on several key areas in 2022

✓ Our turnover rate, projected at over 9%, suggests the War for Talent and the Great Resignation are impacting Navistar

## People + Culture Organization Transformation

✓ The People + Culture Organization started their transformation in 2022 and will accelerate the pace of change in 2022

✓ Modernization through Technology is only one of the ways we will transform to enable our Big Idea

**NAVISTAR®**

**CONFIDENTIAL and Proprietary to Navistar**

CONFIDENTIAL

NAV00063255

**The People + Culture organization started with an idea.  That idea led us to our goal and sets our priorities for 2022 and beyond**

## The big idea

We believe that the passion and potential of people is unleased when they bring their best selves to work and life every day – leading with purpose, living our values, cultivating a diverse culture and embracing innovation and change.

#whatmatters



## Our goal

Therefore - our goal is to build an HR organization that is focused on an inclusive employee experience that aligns with our business purpose and values and fosters a culture that thrives through change agility, leaders in every seat, wellbeing and diversity.

#peopleandculture

**NAVISTAR®**

CONFIDENTIAL and Proprietary to Navistar

# The Employee Experience



CONFIDENTIAL and Proprietary to Navistar

NAV00063257

CONFIDENTIAL

# Employee Experience Survey

## Improving the employee experience will have a positive impact across the business

✓ Increased performance      ✓ Increased revenue

✓ Lower attrition      ✓ A better customer experience

**Enterprise-wide Focus: Overall, I feel that my career goals can be met at Navistar**



CONFIDENTIAL and Proprietary to Navistar

CONFIDENTIAL

NAV00063258

# Diversity, Equity & Inclusion – Focus Areas for 2022

**Vision:** Empower an inclusive and engaged culture that drives a sense of belonging and that celebrates and respects our differences.

**Position Statement:** Navistar stands united with people of all races, cultures, identities, sexual orientations, ages, religions, abilities, languages, experiences and expressions. We condemn all forms of injustice and intolerance; we hold ourselves and each other accountable for building an equitable and inclusive workplace in which diverse teams thrive.



NAVISTAR USA DEMOGRAPHICS

25% FEMALE   35% PEOPLE OF COLOR   42% GEN X


**Learning Journey**
Power, Privilege, and Bias Leadership
Workshops and more


**Cross Brand Collaboration**
Pluralism and Inclusion
Group statement and initiatives


**Diverse Recruiting**
Create relationships with colleges and universities
Improve representation


**Continue Inclusive Conversations**
Shifting Gears Series
Guest Speakers


**Demographic Analytics**
Awareness and goal creation


**Supplier Diversity**
Increase Diverse spend by $20M
Portal enhancements
Spend dashboard

**NAVISTAR®**

CONFIDENTIAL and Proprietary to Navistar

CONFIDENTIAL

NAV00063259

# People 4.0 teams are building an operating system that enables and supports the transformation of our Culture

## Three teams are commissioned to lead the way:



**A New Way of Working**

Holly Coombes



**A New Way of Leading**

Monisha Anthony



**A New Way of Learning**

Katie Byczek



## 2022 Focus Areas:

**Reimagining the Future of Work**

Embracing new tools and norms of working

**Radical Candor**

Creating a culture that cares personally and challenges directly

**Communities of Practice**

A "one-stop-shop" for Navistar knowledge



CONFIDENTIAL and Proprietary to Navistar

CONFIDENTIAL

# There is a worker shortage in the United States

✓ First time in US history **working age population (20-64) is shrinking** (*US Census Bureau*)

✓ Large segments of the economy continue to open at the same time and labor supply is constrained, resulting in shortages which are **likely to remain for the better part of 2021 and 2022**. Employers have been deeply impacted. Qualified workers are once again hard to find, and retention rates are low. *(Conference Board)*

✓ **Tech occupations** are also experiencing a tight labor market as the US economy shifts to more online activity and digital transformation grows

✓ **Recruiting and retention difficulties** are more pronounced in blue-collar and manual services jobs

✓ The US Census' Household Pulse Survey from March shows that **6.3 million were not working** because they were caring for children not in school or daycare, and 4.2 million were afraid of catching or spreading the virus

✓ **Massive retirement** of baby boomers further reduces labor supply

Fewer people in labor market → Worker shortage → Competition for talent → Increased compensation → Higher attrition

NAVISTAR®

CONFIDENTIAL and Proprietary to Navistar

# San Antonio Plant (STX) provides an example of how competitive the hiring landscape is

✓ The combination of a surge in demand with stagnant labor supply created historic recruiting difficulties starting in April and May of 2021. As the economy re-opens all at once, the demand for workers is surging. *(Conference Board)*

✓ Over 60 other employers in the market in San Antonio – searching for similar hourly talent.

✓ In addition to recruiting new workers, employers may also be having trouble keeping workers. The voluntary quits rate is at a historic high. As the war for talent intensifies, workers have a wider array of options, and more confidence in their ability to advance their career by finding a new job.

## Salaried Hiring Plan

## Hourly Hiring Plan



# We will continue practicing innovative and creative ways to source candidates will living the culture necessary to retain talent

**NAVISTAR®**

*CONFIDENTIAL and Proprietary to Navistar*

CONFIDENTIAL

NAV00063262

# Voluntary turnover is on track to be ~50% higher than the previous two-year average

✓ We will increase focus on recognition and retention strategies

✓ Benchmarking our benefits programs will help ensure our competitiveness

✓ Re-establishing a robust wellness program is necessary

✓ We will conduct our regular pay equity study and adjust as needed



**Turnover Trends**

Legend: Rep/Hourly Voluntary Turnover — Sal Non Rep Voluntary Turnover — Total Navistar Voluntary Turnover — DOL "Quit" Rate

**Salaried Non-Rep Cumulative Voluntary Turnover**
(note: Sep-Dec 2021 are projections)

9.08%
6.84%
6.38%
5.01%
4.55%
3.06%
0.38%
0.34%
0.25%

*NAVISTAR®*

CONFIDENTIAL and Proprietary to Navistar

CONFIDENTIAL

NAV00063263

To create a more effective and modern HR organization, we are aligning our People + Culture organization and resources around these key areas.



**Business Partnership**

The HR organization will provide Organizational Development and Talent Management support to top business management

**Staffing Strategy**

There will be a new focus on the Talent Acquisition staffing strategy and associated programs for the organization.

**EX and Change Leadership**

We will build our EX and Change Leadership capabilities, focusing on employee listening and change enablement tools and methodologies for the organization, partnering with COEs to develop a strategy and programs to support the People dimension of Purpose.

**Data Analytics and HR Technology**

There will be a new focus on data analytics methodology and tools and the HR technology roadmap.

**Global Mobility**

The HR organization will grow the capabilities to support inbound integration work, expat and impat assignments and relocation, impat processes, etc.

**Solution Delivery and Project Support**

We will build a flexible pool of HR specialists who act as resources to support the business and projects.

CONFIDENTIAL and Proprietary to Navistar

CONFIDENTIAL

# In addition to organization changes, we are working with TRATON Group and brands on a Technology Roadmap #HRGoesDigital



CONFIDENTIAL and Proprietary to Navistar

CONFIDENTIAL

NAV00063265

# COMMERCIAL



CONFIDENTIAL

NAV00063266

# Executive Summary

## Truck & Bus

✓  Supply challenges and inflationary trends will determine commercial success

✓  Order board filled since late Spring and price increases being applied on all existing sold orders

✓  BEVs goal to surpass 700 vehicles

## Parts Business

✓  Navistar missing out on parts industry growth due to lack of proprietary engine and emission parts business

✓  Blue Diamond Parts JV with Ford dissolved in 2021

**NAVISTAR®**

*CONFIDENTIAL and Proprietary to Navistar*

CONFIDENTIAL

# Vision 2025 Started the Commercial Transformation





## Vision 2025 launched in 2020

- Customer at the Center
- Partnership/Shared Vision
- Uptime
- Training
- Dealer Consolidation

## Success to date

- 8,900 Truck customers, up +18%
- +100 new Truck salespeople
- Dealer groups to 135 from 170
- Standardized Dealer Systems
- Dealer and Customer Experience Surveys (Bus)

## Commercial Dealer Accelerator 1.0

- Rolled out across Benchmark 30
  - Sales Huddles
  - Segmented Value Selling
  - Multi-customer demo program
  - 50% of small customers sold on sales programs

*CONFIDENTIAL and Proprietary to Navistar*

CONFIDENTIAL

NAV00063268

# Supply Challenges Determine Commercial Success in 2022

**BUSINESS ENVIRONMENT**  **NAVISTAR IMPACTS**

**Customer Demand Exceeds Supplier Capacity**

- 2022 orderboard filled in May 2021
  - Market share determined by supply base
- Opportunities needed to create / deepen customer relationships and engage dealer salespeople: new technology, aftersales service
- Customers running trucks longer

**Material and Logistics Costs Increasing**

- Need to increase prices on Sold orders multiple times

**Used Truck Inventory at All-Time Low**

- Limited Used Truck receipts/sales in 1st Half
  - 2nd Half risk when New Truck supply improves
- Industry Used Truck pricing at all-time high

**Connected Vehicle Environment Progresses**

- Aftersales ecosystem and customer experience becomes even more critical
- OCC incorporated into all product lines
- Sale of Services

**Electric Mobility Gains Momentum**

- e-Bus and e-MV as Regular Production
- Dealer Sales and Service support initiated
- Federal Government funding of E-Vehicles and infrastructure

**Aftermarket Industry Growth is primarily Based on Engine Parts Sales**

- Low proprietary VIO inhibits revenue growth
  - Significant growth limited to inorganic options

**NAVISTAR**®

CONFIDENTIAL and Proprietary to Navistar

CONFIDENTIAL

NAV00063269

# U.S. / Canada Truck & Bus Segment Performance Improving Across All Categories

| | 2022 Proposed Plan | 2021 8+4 Forecast | B/(W) vs 2021 8+4 Forecast | Fiscal 2022 Strategic Plan |
|---|---|---|---|---|
| Industry | 430k | 365k | 65k | 378k |
| Chargeouts | 83.4k | 56.3k | 27.1k | 73.3k |
| Market Share - Class 6-8 | 16.5% | 14.7% | 1.8% | 16.5% |
| Market Share - Bus | 37.8% | 36.3% | 1.5% | 37.8% |
| Total Variable Margin | $1,353M | $876M | $477M | $1,341M |
| Commercial Impact on VM | $207M / 3.4 ppt | $27M / 0.6 ppt | $180M / 2.8 ppt | $13M / 0.2 ppt |
| Average VM / Unit | $16,200 | $15,600 | $600 | $18,300 |
| UTO Inventory (Units) | 2,250 | 1,450 | (800) | 2,500 |
| UTO EBIT | ($15M) | $15M | ($30M) | ($34M) |

2022 Plan Commercial Impact includes Outbound Freight Increase

**NAVISTAR**®

CONFIDENTIAL and Proprietary to Navistar

CONFIDENTIAL

NAV00063270

## Significant Order Board Carry Over Into 2023 Necessary



**Original Class 6-8 Truck customer demand exceeds 100K units**

- Exceeds Plan production of 68K
- Closed 2022 orderboard in Spring 2021

**Class 6-8 Truck 12-month order share up**

- 4.3 ppt YOY to 17.0% (Oct 2021)

**Reducing customer demand to available production based on**

- Relationship
- Margin
- Growth
- 13L prop. Engine
- Parts Purchases

# Managing Customer Portfolio while Increasing Dealer Sales Mix



### Medium and Heavy On-Highway Allocation

## 2022 Price Increases

| | Bus | Medium | Severe MRD | Severe HDD | Heavy |
|---|---|---|---|---|---|
| Total | $4,000 | $3,400 | $3,250 | $4,500 | $4,200 |
| % | 5.0% | 5.7% | 3.8% | 3.9% | 4.4% |

**Managing portfolio toward smaller customers**

- Moving from 44/56 to 50/50 split between National Accounts and Dealer business

- 25% of Dealer production to small customers

- Continue growing Dealer customer base

- ~ 1 PPT improved margin due to sales mix

**Targeting overall Dealer portfolio to 60%+ (incl. Severe) of production**

**Top 10 Customers remain significant**

- ~ 45% of Heavy volume

- ~ 70% of Medium volume

**Significant price/surcharge levels applied and negotiated to all existing customer orders**

CONFIDENTIAL and Proprietary to Navistar

CONFIDENTIAL

# Vocational: Targeting Government, Construction and Utility with New Products and Enhanced Relationships



**Historical strength in Vocational Market**

**~ 45% of industry is 13L**

**New HX product taking Construction segment share from Paccar**

**TEM 250 and Diamond Logic growing Utility share**

- Growing to 35% penetration with Altec
- Pull-through activities with end users: Quanta, Hydro-Quebec

**Growing Government share with Sourcewell**

**Connected Vehicle Advantage**

CONFIDENTIAL and Proprietary to Navistar

CONFIDENTIAL

# IC Bus: Retain Leadership in a Rapidly Changing Industry



## Safety & Technology

- Execute connected & safety technology leadership roadmaps
- Increase agility and speed to market of emerging technologies
- Maintain thought leadership position in EV adoption

## Leverage Strength of Dealer Network

- Commercial Transformation and Sales Enablement
- eMobility readiness
- Prepare for Next Generation CE launch

## CX Management and VOC

- Evolve CX management culture & survey impact
- Expand electronic PDI process in dealer channel
- Continue on-time delivery improvements

**NAVISTAR**®

CONFIDENTIAL and Proprietary to Navistar

CONFIDENTIAL

# Used Truck: Going into 2022 with Record Low Inventory & Record High Pricing



**UTO volume of intake: low in H1, "normal" in H2**

**Currently, late model vehicles selling for close to original new truck price**

**Values expected to decline in H2 with *expected* increase in new truck deliveries and supply of trades**

**Focus:**

- "Retailing" of corporate inventory
- Collaborating with Dealers to expand capacity

*NAVISTAR®*

**CONFIDENTIAL** *and Proprietary to Navistar*

CONFIDENTIAL

NAV00063275

# OnCommand Connection: Standard on All Products by Q3 2022



## Benefits for Customers and Navistar

### CUSTOMERS

- Improved Uptime and TCO
- Asset protection: Vehicle tracking / geo-fencing
- Vehicle Health Monitoring
- Fleet Management Services
- Tailored solutions and tools sets by customer segment and vocation



### BEST-IN-CLASS CUSTOMER EXPERIENCE

### NAVISTAR

- Consistent, controlled data collection across all vehicle segments
- Improved analytics capabilities, modeling
- Lower costs across the enterprise
- Unlocks new sources of revenue
- Continues to position Navistar as an innovator and technology leader

### IMPROVED INSIGHTS, MARKET SHARE, MARGINS

## OCC ON PATH TO TURN INTO A PROFIT CENTER

CONFIDENTIAL and Proprietary to Navistar

CONFIDENTIAL

# BEV: Will Have a Significant Presence in Navistar's (& Industry's) Future





| Forecast Volume – Electric Units | 2022 | 2025 | 2030 |
|---|---|---|---|
| Navistar Volume – Bus | 420 | 3,060 | 5,085 |
| Navistar Volume – Medium 6-7 | 305 | 1,562 | 7,476 |
| Navistar Volume – Heavy | - | 1,953 | 5,153 |
| Navistar Volume – Severe Service | - | - | 3,346 |
| **Navistar Volume - Total** | **725** | **6,575** | **21,059** |

Note: Reflects constraints and sales plan

**Initial eMV and CE Electric units delivered**

- Interest in EV higher than expected

**eMobility Customer Experience team in place (October 2021)**

- Dedicated EV team to support IT & IC teams, educate dealers & customers

**NEXT experience trailer launched January 2022**

**eMV to be first vehicle produced at San Antonio**

**Federal "Build Back Better" program supports electric vehicles**

**NAVISTAR®**

CONFIDENTIAL and Proprietary to Navistar

CONFIDENTIAL

NAV00063277

# Parts Business: Engine & Emission Components Continue to Drive Industry Growth

## US/CN Aftermarket Parts Industry Forecast



$34B → 7.1% → $37B

2021          2022



| Category | Value |
|---|---|
| Engine & Emission | 8.5% |
| Undercarriage | 5.3% |
| Cab/Chassis | 7.0% |
| Power Transmission | 5.6% |
| Other | 6.1% |
| Electrical | 9.9% |
| Electronics | 7.7% |

Millions — $0, $5,000, $10,000, $15,000 — ■ 2021  ■ 2022

**US/CN aftermarket industry expected to grow 7.1% vs. Navistar at 3.3%**

- When adjusted for VIO decline, Navistar growth at 7.9%

**OE Dealers comprise approximately 50% of the Aftermarket Parts Industry**

**Engine and emission related components makeup ~40% of Parts market**

- Growth outpaces other parts categories

**Navistar's growth limited due to declining population of proprietary engines**

**Cummins 12% "commission"**

- $300M+ revenue unrecognized

CONFIDENTIAL and Proprietary to Navistar

CONFIDENTIAL

NAV00063278

# Projected Parts Revenue in 2022 Similar to 2021 Despite Structural Changes in the Business



| Key Metrics | 2021 Fcst | 2022 Op Plan |
|---|---|---|
| Parts Revenue | $2,131 | $2,154 |
| ROS | 23.2% | 21.1% |
| VIO Impact | ($70M) | ($81M) |
| Pricing | $48 | $60 |
| PDC Mix | 70.1% | 69.2% |

**Impact of VIO in 2022 estimated at over ($80M)**

- 50K unit reduction in proprietary engines aged 4-9 years

**Net impact of Blue Diamond Parts dissolution: ($87M) of revenue**

**Pricing & Dealer growth to offset above impacts**

**Decrease in ROS from lower PDC mix and lower PDC margins for fewer proprietary parts**

**Major add'l headwinds: Driver shortages, cost inflation, continued supply constraints**

**Major add'l tailwinds: Inorganic growth, e-commerce, Commercial Acceleration, Dealer Acceleration**

**NAVISTAR®**

CONFIDENTIAL and Proprietary to Navistar

CONFIDENTIAL

# MANUFACTURING



CONFIDENTIAL

NAV00063280

# Manufacturing has a long-term strategy imbedded in Manufacturing 4.0

**Network Conversion Cost**
- Lower conversion cost
- Industry 4.0
- Continuous improvement

**Inbound Logistics Benchmark Cost**
- Optimize supplier footprint
- Supplier close to operations
- Supplier partners

**Plant and Supply Chain Sustainability**
- Green supply chain
- Sustainable op efficiency
- Innovation

**Vertical Integration**
- Sub-assembly in-house
- EAP wage leverage
- Optimized part margins

### Manufacturing Vision

- To produce quality trucks that exceed our customers' expectations

- To deliver vehicles on-time within our customer expectations

- To achieve the best network conversion cost

CONFIDENTIAL and Proprietary to Navistar

CONFIDENTIAL

NAV00063281

# 2022 Manufacturing objectives to maintain strategic glidepath

**Launch San Antonio Manufacturing Plant**
- Lower conversion cost
- March 1, 2022 SOP
- Benchmark facility

**Insourcing/ Vertical Integration**
- CBE-1 PV builds
- Instrument panels
- Plastic parts painting & assembly

**Manufacturing Sustainability Roadmap**
- Paint solvent recycling/wastewater
- Introduce hydrogen forklifts
- Returnable containers

**Conversion Cost Normalization from Supplier Disruptions**
- Expedite reduction
- Balancing loads to avoid spot rate
- Trailer reduction/demerged

**Inbound Logistics Conversion Cost**
- Ryder logistics transition
- Cube utilization with STX launch
- Supplier footprint optimization

**NAVISTAR®**

CONFIDENTIAL and Proprietary to Navistar

CONFIDENTIAL

NAV00063282

# San Antonio (STX) recent and upcoming 2022 milestones

## 2021 Milestones

✓ Achieved beneficial occupancy to install process equipment

✓ First supplier announces plans to build facility near plant

✓ Supplier park developer on boarding firms for design and build and engaging suppliers to confirm building needs

## 2022 Milestones

✓ SOP January 3rd, 2022

✓ Start of ramp-up February 28th, 2022

✓ MV and HV production

✓ eMV production beginning June 2022



**NAVISTAR®**

CONFIDENTIAL and Proprietary to Navistar

CONFIDENTIAL

# Huntsville (CBE-1/GW) recent and upcoming 2022 milestones

## 2021 Milestones

✓ Certificate of occupancy received 9/17

✓ Equipment installation began on 9/20

✓ End-of-Line test stand for GW gearbox Installed

## 2022 Milestones

✓ March 2022 certification build for CBE-1/GW

✓ CBE-1 assembly line completion July 2022

✓ GW gearbox assembly line complete November 2022

✓ Production validation build of CBE-1/GW December 2022



**NAVISTAR®**

CONFIDENTIAL and Proprietary to Navistar

CONFIDENTIAL

NAV00063284

# Pivoting from project-based sustainability to a strategic sustainability roadmap



## Purpose

Navistar is committed to ensuring the long-term heath and viability of the company, its stakeholders, and the world we live in. The following sections detail the **specific elements and tools that enable Navistar to incorporate sustainable practices into its business operations and strategy.** The Navistar leadership team has chosen these best practices to demonstrate our commitment to our community, ensure our company's continued financial success, and enable us to maintain our position as a long-term leader in the North American commercial vehicle market.

*NAVISTAR*®

*CONFIDENTIAL and Proprietary to Navistar*

# CY22 truck conversion CPU expected to be in line with Strategic Plan, excluding external factors of ~$1,100/ unit



**Truck Conversion CPU**

[1]CY22 Normalized CPU is $3,090/ unit assuming mix, supplier, and down day disruptions are mitigated

*NAVISTAR®*

CONFIDENTIAL

CONFIDENTIAL and Proprietary to Navistar

NAV00063286

# Operations



CONFIDENTIAL

NAV00063287

# Navistar will have to recover on product investments and invest in resource development



Note: GAAP to IFRS transition from 2021 onwards

**NAVISTAR®**

CONFIDENTIAL and Proprietary to Navistar

NAV00063288

# Bus Product Roadmap

Key Challenges:

- **2024 Cummins Octane Timing**
- Intellipark Bendix Software Timing



**2024**

Q4: Cummins Octane + GHG 24 Engine Updates

Next Gen eCE

**2023**

New generation CE School bus launch

Q2: Wingman Fusion 3.0

**2022**

N2 Telematics Module

**2021**

Q4: Bendix IntelliPark

eBus

Critical Segment Launch

**NAVISTAR**®

CONFIDENTIAL and Proprietary to Navistar

CONFIDENTIAL

NAV00063289

# Medium Duty Product Roadmap



Key Challenges:
- Cummins **Octane Engine Packaging**
- **Extended Range eMV** Short wheelbase

**2024**

Q1 New Multispeed Automatic Transmission

Q4: HMI Updates

**2023**

Q2: Wingman Fusion 3.0 (Phase 1)

Q4: Cummins Octane + GHG 24 Engine Updates

Q4: Range Extended for eMV

Q4: Bendix Intellipark (MV)

**2022**

Q1: San Antonio Production

Q2: N2 Telematics Module

Q4: Bendix IntelliPark (eMV)

**2021**
New MV & eMV Launches

Critical Segment Launch

Traton Brand Collaboration

**NAVISTAR®**

CONFIDENTIAL and Proprietary to Navistar

CONFIDENTIAL

NAV00063290

# Heavy Duty Product Roadmap

**Key Challenges:**

- A26 13L **CERT Approval**
- **NP2 / FPP** launch readiness, **CERT builds**



**2026** Next Gen Aero Cab

**2025**

Q1: 5G Module — Q3: eRH Intro

**2024**

Q4: RH Refresh — Q4: Updated HMI — Cummins X15 2024 GHG

**2023**

Q1: Stowable Upper Bunk in Skyrise Sleeper — Q2: Wingman Fusion 3.0 (Phase 1) — Q3: International Integrated Powertrain

**2022**

Q1: Over the Air Programming — Q2: Supplemental Restraint System — Q4: Bendix IntelliPark — Q3: TSP Gateway Integrations Wave 2

**Q4 2021** GHG 21 A26

Critical Segment Launch

Traton Brand Collaboration

**NAVISTAR**®

**CONFIDENTIAL and Proprietary to Navistar**

CONFIDENTIAL

NAV00063291

# Continued supply chain challenges and inflationary pressures will significantly limit our ability to achieve YoY cost

- **Capacity constraints** at all **global chip suppliers** expected to continue throughout 2022

- **Significant premiums** being paid to secure chips from **broker market**

- **Steel prices** continue to remain at **historic highs**

- **Disruptions in overseas shipments** caused by container shortages, port congestion and railcar constraints

- **Spike in labor costs and labor shortages** in the US

- **Heightened pressure from all suppliers** to pass through increased costs

### Chips performance comparison





CRU Sheet Steel Index - 5 Year

# FY22 cumulative material cost forecast by month



**Cost Reductions pipeline – Cumulative Impact**

Target $52M

$3 $6 $10 $14 $17 $20 $24 $28 $31 $34 $36 $37

$(24)
$(50)
$(83)
$(114)
$(142)
$(169)
$(188)
$(210)
$(228)
$(242)
$(255)
$(264)

**Commodities - Cumulative Impact Glidepath**

| Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $(21) | $(44) | $(73) | $(100) | $(125) | $(148) | $(164) | $(182) | $(197) | $(208) | $(219) | $(227)* |

**Net Cost Reductions Pipeline**

*$(227)M does not include $15M of whitespace/task to achieve $52M target. Including this task, which was built into Op Plan, the cumulative number would be $(212)M.*

- FY22 Op Plan assumes an **overall 50% mitigation** of known supplier risks/threats
- Current **task to target is $15M**
- Continue to see flood of price increase requests coming through from suppliers and many suppliers are **resorting to 'stop ship' threats**

- 2022 impact of $(264)M assumes weighted avg. cost (WAC) of $1,596/ton for steel.
- **Top 3 commodities account for 80% of ($264)M impact** (sheet & scrap steel, aluminum).
- Second half assumes RMA/Contract adjustments will be flat based on forward prices averaging similarly to previous period
- Second half sensitivity +/-$20M per 10% movement

**NAVISTAR®**

CONFIDENTIAL and Proprietary to Navistar

# Material savings and commodities sensitivities summary



- Cummins has doubled the **initial price increase** request (now asking for about 4-5%)

- **Global tire negotiations not going well.** Total unfavorable impact expected to be $17M (plan only assumed $10M)

- Many Suppliers resorting **to 'stop ship' threats** to get price increases

- Steel mill price **re-negotiation successfully closed with Ternium** to get ~ $20M upside

# Emerging Technologies



CONFIDENTIAL

NAV00063295

# eMobility | Battery Electric Vehicle (BEV)
## Electrify full portfolio of vehicles and offer ecosystem solutions



**Market Overview:**

✓ 2021 eBus, eMV launches generated strong momentum

✓ 2022 outlook favorable, driven by continued economic growth, Infrastructure Bill stimulus package

**THE WALL STREET JOURNAL**

BUSINESS

**Infrastructure Projects to Boost Sales and Prices, Industry Executives Say**

Legislation's full impact won't be felt for months or longer, executives say, as money is allocated and projects are planned

**2022 Key Actions:**

✓ Dedicated sales team accelerating EV adoption at fleets, municipalities

✓ Drive build-out of charging infrastructure with launch customers, dealers

✓ Develop roadmap for integration of Group solution into Navistar BEV portfolio



Market Positioning

✓ Grow Sales & Service Team

✓ NEXTperience Trailer

✓ Leverage Infrastructure Bill



Partners / Eco-System

✓ Charging: InCharge, Electrify America, Quanta

✓ On route MW charging

✓ National Alliances



Group Solutions

✓ Propulsion systems

✓ North American battery

✓ Electric infrastructure

**CONFIDENTIAL and Proprietary to Navistar**

CONFIDENTIAL

NAV00063296

# eMobility | Fuel Cell Electric Vehicles (FCEV)
## Navistar as Group Lead Brand for hydrogen fuel cells



**Market Overview:**

✓ Largest fuel cell market potential is North America

✓ Fuel cells expected to have a meaningful share of class 8



**2022 Key Actions:**

✓ Bring demonstration truck to market in 2022

✓ Define and deploy a hydrogen and FCEV innovation ecosystem with OneH2

✓ Develop Group FCEV long haul strategy



**Market Positioning**

✓ Demo FCEV truck

✓ Build market excitement

✓ Regional to long haul



**Partners / Eco-System**

✓ OneH2

✓ GM fuel cells

✓ Alternative fuel cell partners



**Group Solutions**

✓ Lead FCEV development

✓ Leverage Group

✓ Regional to long haul



CONFIDENTIAL and Proprietary to Navistar

CONFIDENTIAL

NAV00063297



# Autonomous Vehicle
## Group Lead Brand for autonomous vehicles

**Market Overview:**

✓ Strong partnerships with TuSimple and Silicon Valley innovators

✓ Assessing Minimum Viable Product (MVP) as a path for Navistar-TuSimple to be first to market



**2022 Key Actions:**

✓ Build global autonomous organization, resources based in US with a global outlook

✓ Develop Navistar autonomous eco-system with strong foundations for connectivity

✓ Define Group data strategy to maximize synergies across brands



**Market Positioning**

✓ Grow Navistar Autonomous organization

✓ Build capabilities, relationships, reputation throughout Silicon Valley



**Partners / Eco-System**

✓ TuSimple as primary, assess need for additional partners

✓ Utilize and build upon existing OnCommand Connect (OCC) platform



**Group Solutions**

✓ Integrate with TRATON Autonomous Org

✓ Align on development, data, business models

CONFIDENTIAL and Proprietary to Navistar

CONFIDENTIAL

# Information Technology



CONFIDENTIAL

NAV00063299

# 2022 – 2026 IT investments support all value streams and are focused on migration to target platforms



CONFIDENTIAL and Proprietary to Navistar

NAV00063300

# CY 22 Operating Plan – Transforming the way we work

## Investment Guiding Principles

- Investment in strengthening core with advanced technologies and accelerators
- Re-platforming to move away from legacy and reduce technical debt
- Establish the foundations and capabilities for business agility and new business innovations

### Order to Delivery
- ERP replacement across manufacturing plants
- Core MES system
- Manufacturing 4.0

### Engineer to Launch
- Prod Dev and Test Tools
- Emerging technologies

### Corp Service
- Application Consolidation (Traton)
- Supplier Master Management
- HCM Replacement (SAP)

### Cybersecurity & Core IT
- Zero Trust Preventive
- Security Response
- Data Loss Protection



**CY 2022 Spend: $65M**

Order to Delivery $1
Corporate Services $10
Core IT + Cybersecurity, $16
Digital Customer Experience, $30
Engineer to Launch $8

### Delivery to EOL/ Aftersales
- Customer Centric – claims, knowledge mgmt., communication
- Operational Excellence – Service customer experience, aftersales experience, learning management systems, warranty, electronic service tools

### Market to Sell
- Commercial Transformation
- Customers + Dealer's integration

### Connected Vehicle
- Cloud migration
- Autonomous vehicles

**NAVISTAR**®   *CONFIDENTIAL and Proprietary to Navistar*

CONFIDENTIAL                                                                 NAV00063301

# YoY IT expense increase driven by accounting changes and increased investment levels



In $Millions

| | Depreciation | Software Maint. Licenses | KTLO (Other) | Net New Devlop |
|---|---|---|---|---|
| 2021 Prior Forecast | $13.9 | $38.8 | $73.2 | $22.0 |
| 2022 Operating Plan | $13.2 | $46.2 | $88.7 | $35.2 |

■ 2021 Prior Forecast    ▩ 2022 Operating Plan

**NAVISTAR®**

CONFIDENTIAL and Proprietary to Navistar

CONFIDENTIAL

NAV00063302

# Financial Highlights



CONFIDENTIAL

NAV00063303

# Financial Summary

- ✓ $11.8B Group Revenue is up sharply, predominantly due to increased production volumes driven by improved stability within the supply base
  - ✓ Combined truck & bus market share increases to 18% in 2022

- ✓ Pricing actions, including surcharges, largely offset YoY material costs increases within the calendar year but have not yet returned Truck margins to our 5-year glidepath

- ✓ Parts revenue flat; however, declining vehicles in operation and lower PDC mix contribute to lower Parts ROS with fewer proprietary engine parts and growth in lower margin dealer sales

- ✓ Strategic investments in R&D and SG&A result in higher Structural Fixed Costs
  - ✓ SG&A remains within top quartile benchmark range of 7-9% of Revenue

- ✓ $590M Group Operating Profit delivers an ROS of 5.0%
  - ✓ Industrial Profit $510M; ROS 4.4%

- ✓ Net Cash flow of ($159)M include ($533)M of legal settlements and ($444)M of investments
  - ✓ Cash from Operations at $285M

**NAVISTAR®**

CONFIDENTIAL and Proprietary to Navistar

CONFIDENTIAL

# Financial performance reflective of cost challenges facing the industry

| | 2022 Operating Plan | | |
| --- | --- | --- | --- |
| | Total Group | Industrial | Fin. Services |
| **Total Revenue** | $11.8B | $11.6B | $0.2B |
| **Profit Contribution** | $2.3B | $2.1B | $0.2B |
| *Contribution Margin* | *19.4%* | *18.1%* | *79.3%* |
| **Fixed / Other Costs** | $1.7B | $1.6B | $0.1B |
| | *14.4%* | *13.7%* | *46.8%* |
| **Total Operating Profit** | $590M | $510M | $80M |
| *RoS* | *5.0%* | *4.4%* | *32.6%* |
| **Financial Result** | ($135M) | ($140M) | $5M |
| **Earnings Before Tax** | $455M | $370M | $85M |

*\*Numbers rounded for presentation*

**NAVISTAR®**

*CONFIDENTIAL and Proprietary to Navistar*

CONFIDENTIAL

NAV00063305

# Contribution margin of 19.4% flat to 2021 forecast as price increases and manufacturing performance offset material cost increases



CONFIDENTIAL and Proprietary to Navistar

CONFIDENTIAL

NAV00063306

# SG&A at 7.6% of revenue; within 7 – 9% target range while investing in areas of strategic focus



**FY18 – FY22 SG&A\***

*Excl. Supp Trust, Traton Merger Expense, Legal Settlements & Restructuring*
*\*\*2018-2020 US GAAP; 2021 US GAAP/IFRS; 2022 IFRS*

- Overall, FY22 SG&A is projected to be at 7.6% of revenue; within target range of 7% to 9%

- Plan encompasses investments of $103M in key strategic initiatives equating to 0.9% of revenue:

| Strategic Initiative | SG&A ($) |
|---|---|
| Infrastructure Investments | $28M |
| Emerging Technologies | $22M |
| Commercial Transformation | $21M |
| Business Transformation | $15M |
| TRATON Talent Exchange | $10M |
| Connected Vehicle Services | $7M |
| Total | $103M |

CONFIDENTIAL and Proprietary to Navistar

**NAVISTAR®**

CONFIDENTIAL

NAV00063307

# Segment results reflective of material cost and truck parc decline challenges



**Revenue**

Total: $11.8B

$9.00B — Truck
$2.15B — Parts
$635M — Global
$245M — Fin. Services
($195M) — Corporate/Elims

**Operating Profit**

Total: $590M

$415M — Truck
$470M — Parts
$35M — Global
$80M — Fin. Services
($410M) — Corporate/Elims

- ➤ Strong industry and stable supply chain propels Truck revenues to $9B; Trucks margins impacted by higher commodities cost partially offset by price increases

- ➤ Parts offsets truck parc & proprietary business decline through growth in all makes parts business, however at lower margins

- ➤ Global business continues strong rebound from Pandemic lows

- ➤ Financial services revenues represent strong truck market and larger asset base

**NAVISTAR®**

CONFIDENTIAL

*CONFIDENTIAL and Proprietary to Navistar*

NAV00063308

# Performance slightly behind Nav 4.0 glide path & TRATON target on normalized basis



CONFIDENTIAL and Proprietary to Navistar

CONFIDENTIAL

NAV00063309

# Net cash flow worsens in 2022 due to $500M+ in legal settlements partially offset by improvements in gross cash flow and NWC

| | 2022 Operating Plan | 2021 Forecast |
|---|---|---|
| Gross Cash Flow | $536 | $253 |
| Change in Working Capital* | $250 | ($346) |
| Change in Trade Payable | $0 | $462 |
| Legal Settlements** | ($533) | ($187) |
| Other Changes | $33 | $229 |
| Cash from Operations | $285 | $411 |
| Investments in PP&E | ($275) | ($395) |
| Capitalized Development Costs / Other | ($169) | ($95) |
| Cash from Investing | ($444) | ($490) |
| Net Cash Flow | ($159) | ($79) |

*Working capital includes Pension/OPEB, interest, warranty, and UTO
**Legal settlements include remainder of Shy and EPA in 2022. Shy, EGR, and DOD are included in 2021

**NAVISTAR®**

CONFIDENTIAL and Proprietary to Navistar

CONFIDENTIAL

NAV00063310

# Downside Industrial EBIT of 3.0% RoS, 5.0% in upside due to stable supply chain

| | 2022 Downside | 2022 Proposed Plan | 2022 Upside |
|---|---|---|---|
| Production | 92k | 104k | 111k |
| Class 6-8 Industry | 338k | 400k | 425k |
| Share of Market | 16.0% | 16.5% | 17.0% |
| Class 6-8 Chargeouts | 57k | 69k | 75k |
| Worldwide Chargeouts | 93k | 105k | 112k |
| Industrial Revenue | $10.6B | $11.6B | $12.1B |
| Industrial Op Profit | $320M | $510M | $610M |
| RoS | 3.0% | 4.4% | 5.0% |
| P&L Actions - B/(W) | | | |
| SG&A [A] | $50M | | ($40M) |
| Product Development | $25 | | $0M |
| Industrial EBIT w/ actions | $395M | | $570M |
| RoS | 3.7% | N/A | 4.7% |
| Cash conservation actions | | | $0M |
| Capital | $50 | | $0M |
| Total Cash Impact [B] | $125M | | ($40M) |

[A] Upside in SG&A assumes $25M of IT Investment acceleration and $15M AI. Downside assumes $35M task & $15M in lower AI

[B] P&L benefits assumed 1:1 for cash impacts for the purposes of this exercise

## Downside Assumptions & Mitigating Actions:

- Supply base recovers more slowly in 2022; Class 6-8 share lower by 0.5ppt

- Class 6-8 industry remains flat YoY; remaining severely suppressed in the first half

- SG&A & PD expenses reduced in cognizance of tight environment

- Capital investments curtailed for non strategic initiatives

## Upside Assumptions:

- Supply base recovers more strongly in the second half of the year

- Class 6-8 industry similar to 2019 record industry of 428k

- Stronger conditions allow acceleration of IT and infrastructure investments

**NAVISTAR®**

CONFIDENTIAL

CONFIDENTIAL and Proprietary to Navistar

NAV00063311

# APPENDIX



CONFIDENTIAL

NAV00063312

# Financial performance reflective of cost challenges facing the industry

|  | 2022 Operating Plan | | | | |
|---|---|---|---|---|---|
|  | Q1 | Q2 | Q3 | Q4 | 2022 Full Year Operating Plan |
| **Sales of Manufactured Products, net** | $2.3B | $3.1B | $3.2B | $3.1B | $11.7B |
| **Finance Revenues** | $45M | $45M | $45M | $45M | $180M |
| **Sales and Revenues, net** | $2.3B | $3.1B | $3.3B | $3.1B | $11.8B |
| **Cost of Products Sold** | $2.0B | $2.6B | $2.7B | $2.6B | $9.9B |
| **Gross Margin** <br> *% of Revenue* | $335M <br> *14.4%* | $520M <br> *16.7%* | $540M <br> *16.4%* | $500M <br> *16.2%* | $1,900M <br> *16.1%* |
| **SG&A** | $235M | $240M | $225M | $220M | $920M |
| **Engineering** | $85M | $95M | $90M | $70M | $340M |
| **NFC Interest Expense** | $10M | $10M | $10M | $10M | $50M |
| **Other Income / Expense** | $10M | $10M | $10M | $15M | $50M |
| **Other Items** | ($10M) | ($10M) | ($10M) | ($15M) | ($50M) |
| **Operating Profit** <br> *RoS* | $5M <br> *0.2%* | $175M <br> *5.6%* | $215M <br> *6.5%* | $200M <br> *6.5%* | $590M <br> *5.0%* |

*\*Numbers rounded for presentation*

*A - 2022 Strategic Plan is per USGAAP and old fiscal year (Nov 2021 - Oct 2022)*



CONFIDENTIAL and Proprietary to Navistar

CONFIDENTIAL

# Segment results reflective of material cost and parc decline challenges

| | | 2022 Operating Plan | | | 2022 Full Year Operating Plan |
|---|---|---|---|---|---|
| | | Q1 | Q2 | Q3 | Q4 | |
| **Revenue** | **Truck** | $1.7B | $2.4B | $2.6B | $2.4B | $9.0B |
| | **Parts** | $520M | $550M | $550M | $530M | $2,150M |
| | **Global** | $140M | $155M | $170M | $170M | $635M |
| | **Corporate/Elims** | ($45M) | ($50M) | ($50M) | ($45M) | ($195M) |
| | **Fin. Services** | $60M | $60M | $60M | $60M | $245M |
| | **Total** | $2.3B | $3.1B | $3.3B | $3.1B | $11.8B |
| **Operting Profit** | **Truck Opr Profit** RoS | ($25M) -1.5% | $135M 5.6% | $160M 6.3% | $150M 6.3% | $415M 4.6% |
| | **Parts Opr Profit** RoS | $115M 22.1% | $120M 21.8% | $125M 22.7% | $115M 21.7% | $470M 21.9% |
| | **Global Opr Profit** RoS | $5M 3.6% | $10M 6.5% | $10M 5.9% | $10M 5.9% | $35M 5.5% |
| | **Corporate/Elims Opr Profit** RoS | ($105M) n/a | ($110M) n/a | ($100M) n/a | ($95M) n/a | ($410M) n/a |
| | **Fin. Services PBT** RoS | $15M 25.0% | $20M 33.3% | $20M 33.3% | $20M 33.3% | $80M 32.7% |
| | **Total Opr Profit** RoS | $5M 0.2% | $175M 5.6% | $215M 6.5% | $200M 6.5% | $590M 5.0% |

*Numbers rounded for presentation

**NAVISTAR®**

CONFIDENTIAL and Proprietary to Navistar

CONFIDENTIAL

NAV00063314

# Hourly Hiring Funnel – Last 45 days



✓ PSI Assessment Process

✓ Goal = 80 Team Member applicants per week

✓ Averaging 61 per week

✓ Current Team Member pool = 257

✓ Of total applicants: 20% did not initiate online assessment, 10% incomplete

✓ Margin of error for applicants who have applied twice or multiple roles. Improvement effort in process.

**NAVISTAR®**

CONFIDENTIAL and Proprietary to Navistar

CONFIDENTIAL

NAV00063315

# Escobedo Logistics Center (ELC) – 800K Square Feet; First Major Insourcing Project Launched within the Insourcing Facility



**Completed DCM Line**

CONFIDENTIAL and Proprietary to Navistar

NAVISTAR®

CONFIDENTIAL

NAV00063316

# L4 Autonomous Product Roadmap

Key Challenges to Product Launches:
- ADAS Domain Controller (ADC) readiness
- Data ownership and connectivity flow disagreement
- TuSimple timing risk



**2027**
Potential Phase II Model for TCO Optimization (LT)

**Q1 - 2025**
Class A Tractor L4 Production Launch (LT)

**Q3 - 2023**
Validation start for Production Intent Development Units (LT)

CONFIDENTIAL and Proprietary to Navistar

# Severe Service Product Roadmap



Key Challenges for Product Launches
- Intellipark Bendix Software Timing
- Wingman Fusion 3.0 Bendix Timing Delays

**Q4 2024** — HV Refresh, International Integrated Powertrain, Cummins 2024 GHG

**Q2 2023** — Wingman Fusion 3.0 (Phase 1)

**Q4 2022** — Endurant HD/XD Transmission, Bendix IntelliPark

**Q3 2021** — N2 Telematics Module

**2021** — HX Refresh, GHG 21 A26

Critical Segment Launch

Traton Brand Collaboration

CONFIDENTIAL and Proprietary to Navistar

**NAVISTAR®**

CONFIDENTIAL

NAV00063318

# Connected Roadmap

Key Challenges to Product Launches:
- Chip shortages risk N2 standardization in 2022



## Q1 - 2025
5G Module
*Models: LT & RH*

## Q3 - 2022
- Gateway integration for TSP
- Mobile App
  *Models: LT & RH*

## Q2 - 2022
Remote unlock
*Models: LT & RH*

## Q1 - 2022
- Over the Air Programming (A26 & Cummins)
  *Models: ALL*

**NAVISTAR**®

*CONFIDENTIAL and Proprietary to Navistar*

CONFIDENTIAL

NAV00063319

# Connected Roadmap



**Key Challenges to Product Launches:**
- Chip shortages risk N2 standardization in 2022

**2025**
- Traton common module 4 (CM4) 5G global hardware
- Digital Key* – driver access and authorization
- Autonomous vehicle data monetization

**2024**
- Video event and driver behavior portal
- Usage based Insurance*
- 3rd party application integration with digital driver workplace

**2023**
- Smart trailer integration *
- Advanced safety integration
- Truck-as-a-Wallet solution enabling weight stations, tolling and fueling, payments

**2022**
- N2 standardization in Medium/Vocational/ School Bus
- Gateway Integration with major telematics service providers and system suppliers
- OTA for all engines, transmissions and major components
- Remote vehicle unlock
- Mobile app for small and medium size fleets

**2021**
- LT Standard with 5 years of connected service and Intelligent Fleet Care
- Over the Air (OTA) Programming for line haul engines

OnCommand. Connection

Critical Segment Launch

NAVISTAR®

CONFIDENTIAL and Proprietary to Navistar

CONFIDENTIAL

NAV00063320

# R&D Historical Spend

| in Millions | 2018 | 2019 | 2020 | 2021* | 2022 |
|---|---|---|---|---|---|
| **Primary R&D Costs** | $ 297 | $ 319 | $ 321 | $ 362 | $ 415 |
| of which capitalized development costs | | | | (75) | (155) |
| Capitalization Ratio (in %) | | | | 21% | 37% |
| Amortization of Cap Develop Cost | | | | 41 | $ 81 |
| **Engineering Expense** | $ 297 | $ 319 | $ 321 | $ 328 | $ 340 |
| | | | | | |
| Preliminary Sales Revenue | $ 10,090 | $ 11,061 | $ 7,335 | $ 8,351 | $ 11,695 |
| Primary R&D Costs | $ 297 | $ 319 | $ 321 | 362 | $ 415 |
| R&D Ratio to Revenue (in %) | 2.9% | 2.9% | 4.4% | 4.3% | 3.5% |
| | | | | | |
| *Includes Sea World Spend* | | | | $ 25 | $ 6 |

*\* Mid Year IFRS Implementation driving hlaf year impact for Capitalization and Amortization spend*

**NAVISTAR®**

CONFIDENTIAL and Proprietary to Navistar

CONFIDENTIAL

# Headcount Ramp



Operating Plan 2022

*NAVISTAR®*

CONFIDENTIAL

**CONFIDENTIAL** and Proprietary to Navistar

NAV00063322