GLS LEASCO vs NAVISTAR
LOLLIS, JIMMY on 08/06/2024

**EXHIBIT X**

Page 1

```
          IN THE UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF MICHIGAN
                   SOUTHERN DIVISION

GLS LEASCO, INC. And        )
CENTRAL TRANSPORT LLC,      )
                            )
          PLAINTIFFS,       )
                            )
VS.                         ) CASE NO. 23-cv-12927
                            )
NAVISTAR, INC,              )
                            )
          DEFENDANT.        )
```

-----------------------------------

ORAL DEPOSITION OF

JIMMY DEAN LOLLIS

AUGUST 6, 2024

-----------------------------------

ORAL DEPOSITION OF JIMMY DEAN LOLLIS, produced as a witness at the instance of the PLAINTIFF, and duly sworn, was taken in the above-styled and numbered cause on the 6th of August, 2024, from 9:01 a.m. to 4:52 p.m., before Jennifer Norman, CCR in and for the State of Arkansas, reported by machine shorthand, at the 1130 East Millap, Fayetteville, Arkansas 72703, pursuant to the Federal Rules of Civil Procedure.

Page 102

1   concern you that you weren't able to order the full
2   amount?
3   A. I think I did send him an email at one time going:
4   Hey, I need to get these 300 ordered.
5       I don't remember exactly, but it does --
6   but that does ring a bell.
7   Q. Okay. And why did it concern you?
8   A. I just like to get all my trucks in line and get
9   them ordered and see some production dates because we
10  have to manage that.
11  Q. All right. And did you ever get an explanation
12  from Sean as to why he wouldn't allow you to order the
13  1,305?
14  A. I -- I don't recall --
15  Q. Okay.
16  A. -- on that.
17           (Exhibit 42 marked for identification.)
18  Q. All right. So I'm going to give you Exhibit 42.
19  A. Okay. Okay.
20  Q. All right. So this is now dated the next day,
21  8/25/2021; correct?
22  A. Yes.
23  Q. And I'm sorry. So this is Exhibit Number 42. All
24  right. So this is an email from you to Carmichael on
25  8/25/2021, and this is you placing 1,000 RH orders for

Page 103

1   Central Transport; correct?
2   A. Correct.
3   Q. All right. So looking at this production date,
4   this list, the quantity for February 2022 is 75;
5   right?
6   A. Yes.
7   Q. And that's less than the 100 that was set forth on
8   the agreement a couple weeks earlier; right?
9   A. Correct.
10  Q. And that's accurate -- that's the same going down
11  the list? It was supposed to be 100 per month until
12  January 20 -- and I'm sorry -- 100 per month until
13  February 2023 when there was supposed to be 105;
14  correct?
15  A. Correct.
16  Q. So for every month from February on, there was 25
17  or so less trucks ordered than was promised; right?
18  A. That would be -- according to this chart, that's
19  correct. But there -- when you order trucks, you put
20  in there the month that you want them built. Okay?
21      So that was -- somewhere or another, I'm
22  sure there's an email or some communication this is
23  how they wanted them put in the system. And then
24  Navistar will go in and rearrange the system, massage
25  the numbers to get them where they need them to be.

Page 104

1   So usually it's a pretty fluid environment for a while
2   on the numbers.
3   Q. Well, let me ask you this: So this email, it's
4   you sending to Carmichael a thousand RH order, and
5   then the quantities are listed?
6   A. This is -- yeah, this is how we set them up.
7   Q. Okay. So who made the decision to break it out
8   the way it did with 50 -- well, January 2022 is listed
9   twice, 50 a month, and then February 75, and so forth.
10  Who made that decision how to break them up like that?
11  A. My -- again, my assumption is -- my guess is that
12  we were directed to do this by Navistar.
13  Q. All right. Okay. So you don't believe that you
14  made a decision to provide less trucks than what
15  was --
16  A. I would not do that, no.
17  Q. Okay. And why would you not do that?
18  A. I would stick to the schedule, the original
19  schedule as planned.
20  Q. Okay. If it was up to you, you would have --
21  A. But, again --
22  Q. -- you would have honored the agreement if it was
23  up to you?
24  A. I would have, yes. But I -- I never order trucks
25  unless I'm directed by Navistar how to do it.

Page 105

1   Q. All right. And this is when you said Sean never
2   gave an explanation as to why this was directed this
3   way?
4   A. Excuse me?
5   Q. Sean Carmichael never gave you an explanation as
6   to why it was directed to be this way?
7   A. I don't recall one, no.
8   Q. Okay.
9   A. I'm not saying -- there may be some communication
10  out there, but I don't remember it.
11  Q. All right. Let me just ask about a couple of the
12  people on this email real quick. So I think we see
13  Olawale Akinosho. You mentioned him earlier. He is
14  the guy who helps with scheduling; is that right?
15  A. Yes. He would be -- at that time, I guess he
16  would be over working with the factory to get the
17  orders done the way Sean would want them done.
18  Q. Okay. And who is Maria Averhart?
19  A. Maria is the lady I mentioned earlier this
20  morning. And she is at the factory and she handles
21  scheduling, among other things. But if you have
22  scheduling issues, that would be someone that I would
23  contact. Christy is in the same situation, but she's
24  no longer there.
25  Q. Christy Guerrero Cavazos?

**Page 114**

1  production time frame.  There was a group of Universal
2  trucks that needed to be built as soon as possible,
3  and then regular split production would start where we
4  build some Universal, some Centrals.  For some reason
5  or another, the bulk of the earlier trucks got built
6  for Universal.
7  Q.  Okay.  And you would agree, apart from -- I
8  understand there was the early order that needed to be
9  placed for Universal.  That was a smaller order of
10 trucks; right?
11 A.  Yes.  I don't remember.  I think 75, but don't
12 hold me to that.
13 Q.  And then apart from that, the factory started
14 producing many more Universal trucks than Central
15 trucks?
16 A.  That's correct.
17 Q.  And that was not at the request of Central or
18 Universal?
19 A.  No, that was not.
20 Q.  That was Navistar's decision?
21        MR. MURPHY:  Object to the form and
22    foundation.
23 A.  The factory or someone moved that, yes.
24 Q.  Well, factory or someone?  Who else --
25 A.  Well --

**Page 115**

1  Q.  -- apart from Navistar could have made that
2  decision?
3  A.  Well, again, I don't know who makes those
4  decisions.  I know we had asked about why it was being
5  done that way.
6  Q.  Did you ever get an answer?
7  A.  I don't remember specifically.  There probably
8  wasn't.  It didn't seem to get changed.
9  Q.  Okay.  Was that concerning to you?
10 A.  Excuse me?
11 Q.  Was that concerning to you?
12 A.  It was.  And I think I did discuss that with Sean
13 and with Central.
14 Q.  Okay.  Why was it concerning to you?
15 A.  Well, I didn't think we were going to meet the
16 delivery dates.
17 Q.  What did Carmichael have to say, from your
18 recollection?
19 A.  I don't remember any -- any specific thing that he
20 said off the top of my head.
21 Q.  Do you remember him trying to blame Central for
22 that?
23        MR. MURPHY:  Object to the form.  Asked
24    and answered.
25 A.  No, not off the top of my head.  I don't know how

**Page 116**

1  Central would have a say in the production time.
2        (Exhibit 45 marked for identification.)
3  Q.  Okay.  All right.  I'm going to give you -- we're
4  going to jump ahead.  So we're going to go to exhibit
5  number -- well, this will be 45.  Here's 45.
6        THE WITNESS:  Good?
7        MR. EVERETT:  Uh-huh.
8  Q.  And we're going to get -- Mr. Lollis, this is a
9  very large document.  We're going to get to some of
10 the 2023 stuff later.
11 A.  Oh, okay.
12 Q.  But I want to direct you to the first page here.
13 A.  Sure.
14 Q.  So this is an email from you to Sean Carmichael
15 dated March 24, 2023.  And you copied Justin Fink;
16 correct?
17 A.  Yes.
18 Q.  All right.  And we'll discuss -- and you say at
19 the beginning you're disappointed in Navistar.  We'll
20 talk about that a little bit later.
21        I wanted to ask you about this.  You say:
22 I know this does not matter to the decision-makers,
23 but I want to state this for the record again.  And
24 then you wrote; correct?  Central did not choose the
25 way the trucks were allocated and distributed; right?

**Page 117**

1  A.  Correct.
2  Q.  And that's true; right?
3  A.  That's what I was saying a minute ago.  Yes.
4  Q.  All right.  You said: The factory pushed the
5  white Universal trucks into production first over
6  repeated requests to move yellow Central trucks into
7  earlier slots; correct?
8  A.  That's correct.
9  Q.  And that's a true statement?
10 A.  That's correct.  Yes.
11 Q.  Okay.  The repeated requests were by you, or who?
12 A.  I requested that through -- there's emails
13 somewhere; and you may have them.  But there's emails
14 somewhere where I'm going back and forth with Sean and
15 Maria saying: This is not correct.  We've got to have
16 more Central trucks built.  You're pushing all the
17 Universal trucks ahead of Central.
18 Q.  All right.
19 A.  Paraphrasing that point.
20 Q.  Okay.  You would also agree that's certainly not
21 the way you ordered the trucks; right?  You did not
22 order Central trucks to be produced later after
23 Universal?
24 A.  Again, the way I recall it, every truck was
25 ordered as a Central truck, and then I had to go back

Page 118

1  in and change the ones that needed to be Universal
2  trucks. I think the first group that was the critical
3  group that Navistar had told Central they would be
4  able to deliver January/February, those were ordered
5  as Universal. The rest of them they had to give me a
6  breakdown, and I had to go in and make those changes.
7  Q. Okay.
8  A. So then we asked for production to be, like,
9  spread out between both companies.
10 Q. And upon repeated requests, they did not move more
11 Central trucks up then?
12 A. They were not -- they did not, no.
13 Q. Did they ever give you an explanation as to why?
14 A. I don't remember an explanation.
15 Q. Okay. And then it says: Central trucks did not
16 start production until April 2022 and are still being
17 built today -- so as of March 2023 -- with final
18 production of the 2022 orders scheduled for April
19 2023; correct?
20 A. Okay. Which one are you on again? I'm sorry.
21 Q. The third sentence there that you said: Central
22 trucks did not start production until April of 2022.
23 A. Correct.
24 Q. Okay. So is that a true statement?
25 A. I believe that is true, yes.

Page 119

1  Q. Okay. And then the last sentence says: As we are
2  all aware, Central expected all production to be
3  complete by June 2022 as promised by Navistar.
4        Do you see that?
5  A. Correct.
6  Q. And that was your understanding that is what all
7  expected?
8  A. Correct.
9  Q. And that includes Navistar?
10 A. Yes.
11 Q. Okay. And so when you were saying "as we are all
12 aware," who were you referring to there?
13 A. That would be Central, Navistar, Summit.
14       (Exhibit 46 marked for identification.)
15 Q. Okay. All right. We'll come back to this
16 document in a minute. So we'll set this one aside,
17 but all right. Now I'm going to go to Exhibit 46.
18 Now we're going to go back to the sequence we were in
19 before.
20       MR. EVERETT: Yeah, okay.
21       THE WITNESS: That's the same one.
22       MR. DAVIS: Yeah, it's a follow-on to an
23    earlier exhibit.
24 Q. I just wanted to ask, so at this point as of 10/5,
25 you are indicating to Carmichael that there is 305

Page 120

1  slots needed to complete the agreement?
2  A. Yes.
3  Q. All right. Now, did those 305 -- those additional
4  305 were never ultimately placed, were they?
5  A. I don't remember placing those trucks, no.
6  Q. Okay. Now, there came a point in time where even
7  that thousand -- so the sequence, it was 1,305 under
8  the original agreement; right?
9  A. Sounds correct, yes.
10 Q. And then you were told you were only allowed to
11 order a thousand?
12 A. Correct.
13 Q. Okay. And then there came a time that thousand
14 was reduced further; correct?
15 A. I don't remember that. I remember at some time
16 during this time that became 1,100.
17 Q. All right.
18 A. So -- but there may be some shuffling in there
19 too.
20       (Exhibit 47 marked for identification.)
21 Q. All right. This will be 47.
22 A. Okay.
23 Q. All right. So this is an email from you to
24 Carmichael on November 16, 2021; correct?
25 A. Correct.

Page 121

1  Q. All right. You say: Sean, Central ordered 1,305
2  2023 International RH based on a cover letter dated --
3  I'm sorry -- based on a cover letter signed 7/29/21;
4  correct?
5  A. Correct.
6  Q. And we've already talked about that?
7  A. Yeah.
8  Q. And then it says a thousand trucks were ordered on
9  8/25/21; correct?
10 A. Correct.
11 Q. All right. And then you mentioned the trucks were
12 ordered with $1,000 steel surcharge included in the
13 price. So that was built in already to those thousand
14 trucks?
15 A. Yes.
16 Q. Okay. And then you ask: Can you clarify the
17 following items pertaining to this order? One,
18 Navistar will cut the total order from 1,305 to 600
19 for 2022 production?
20       Do you see that?
21 A. I see that.
22 Q. Okay. Does that refresh your recollection that in
23 November of 2021, Navistar cut the production from
24 1,305 to 600?
25 A. You're saying am I aware that they cut the

Page 146

1    A. Yes.
2    Q. All right. So going to the last page here, it
3    shows a list of order ID numbers and the quantity that
4    total up to a thousand; correct?
5    A. Yes.
6    Q. So as of January 14th, you had placed a thousand
7    orders in the system, the Navistar system?
8    A. That looks correct, yes.
9    Q. Okay. And then if you go up to the first page,
10   you say that: Sean, the specs are not correct. Joe
11   made changes to the Central specs and the Universal
12   needs changes based on the company differences.
13         And then you say: I need to know how
14   many truck for Central and Universal. Right?
15   A. Yes.
16   Q. All right. And then you actually turned around
17   and told Joe Hanvey at Central that same day that he
18   needed to give you that information?
19   A. I was in continuous communication with Joe on
20   speccing. I don't know when the email went out or the
21   timeline on the communication.
22   Q. All right. This is Exhibit 52.
23         (Exhibit 52 marked for identification.)
24         MR. DAVIS: Kyle, 52.
25   A. Okay.

Page 147

1    Q. Okay. So a couple things on this email. First,
2    you say: Joe, I am being told your truck quantity
3    will be 1,100 for 2022.
4          Do you see that?
5    A. Yes.
6    Q. Does that refresh your memory at all as to when
7    you first learned that the order number was going to
8    go to 1,100?
9    A. You know, I recall getting a phone call at home
10   from Sean telling me that he had negotiated a deal for
11   1,100, no trades.
12   Q. Okay.
13   A. I don't -- I don't know if there's any direct
14   email to that fact or not.
15   Q. Okay. All right. And so you do ask him -- you
16   ask Joe Hanvey for the breakdown of how many trucks
17   for Central and Universal. And that's the same date,
18   June -- I'm sorry -- January 14, 2022?
19   A. Looks like it, yes.
20   Q. The same date as the prior exhibit we looked at;
21   right?
22   A. Yes.
23   Q. All right. And I'm sorry. What exhibit was that
24   again?
25   A. 51 and 52.

Page 148

1    Q. 52, yeah. Same date -- 51 and 52 are the same
2    dates; right? Correct?
3    A. Excuse me?
4    Q. Those are both the same date? 51 and 52 are both
5    January 14th?
6    A. They are, yes, that's correct, within eight
7    minutes -- six minutes of each other.
8    Q. Perfect. All right. And going back to
9    Exhibit 48. That might be the one I asked you to set
10   aside because we would be going back to it.
11   A. No. I think I finally stuck it in the hole.
12   Q. Did you?
13   A. Sorry.
14   Q. This is a June 19, 2023, email chain with you
15   and --
16         MR. MURPHY: Which one was that,
17   Counsel?
18         MR. DAVIS: 48. 48.
19         THE WITNESS: Got it.
20         MR. EVERETT: Let me see those. I'll
21   put them in sequence.
22         THE WITNESS: I got them out of whack
23   there. Sorry about that.
24   Q. All right. And going back to 48. We talked about
25   this before, but this is, then, on January 18, 2022.

Page 149

1    That is when Sean Carmichael receives the breakdown
2    between Central and Universal that Carmichael forwards
3    to you; right?
4    A. Okay. Say that one more time, please.
5    Q. Sure. So on the 14th, you told Joe Hanvey,
6    copying Kyle Blain, that you needed the breakdown
7    between Central and Universal. We just looked at
8    that; right?
9    A. Okay.
10   Q. Right? And then this email here shows that on
11   January 18th, Sean Carmichael forwarded to you --
12   A. Oh.
13   Q. -- the email from Kyle Blain giving that
14   breakdown; right?
15   A. Okay.
16   Q. 630 Central and 431 Universal, 39 PAM; correct?
17   A. Okay. I understand. Yes.
18   Q. Okay. So within four days of when you asked
19   Hanvey, you had the information?
20   A. Looks like it, yes.
21   Q. Okay.
22         (Anthony Sallah enters Zoom
23   proceedings.)
24         (Exhibit 53 marked for identification.)
25   Q. Now I'm going to give you Exhibit 53. There you

Page 150

1  go. So I'll hand you Exhibit 53, which is an email
2  from you to Maria Averhart and Christy Guerrero
3  Cavazos dated January 20, 2022; correct?
4  A. Okay.
5  Q. Is that right?
6  A. Oh. I'm sorry. The question?
7  Q. Yeah. This is an email dated January 20, 2022,
8  from you to Maria Averhart and Christy Guerrero
9  Cavazos; right?
10  A. Yes, correct.
11  Q. And they are the two at the factory, you said, or
12  you believe they were with the factory?
13  A. I'm sorry. Say that one more time.
14  Q. Maria and Christy Guerrero being the women who
15  worked in the factory?
16  A. They would be my contact for production, yes.
17  Q. Okay. And this is reflecting your changing the
18  orders to indicate which are for Central and which are
19  for Universal; right?
20  A. Correct.
21  Q. So that was done within two days of when Kyle told
22  you the breakdown; right?
23  A. Yes, it looks like it, yeah.
24  Q. All right.
25  A. That takes a little while to go through and change

Page 151

1  each individually and get that to her.
2       (Exhibit 54 marked for identification.)
3  Q. All right. And then I'm going to hand you what's
4  going to be 54. There you go, 54.
5       MR. DAVIS: I only have three of this
6    one, Kyle.
7  A. Okay. What you got?
8  Q. There's a blank page. I'm not sure if there was a
9  page in the middle of this or not. I'll tear it out.
10      So this is an email -- Exhibit Number 54
11  is an email from you the same date, January 28, 2022,
12  to Maria Averhart and others; correct?
13  A. Yes.
14  Q. Okay. Who are these people, by the way? So we
15  already talked about Christy Guerrero. Who is Flores
16  Chapa?
17  A. Another employee of Navistar production. I don't
18  know most of these people.
19  Q. You don't know them?
20  A. A lot of them were on the original email that
21  Maria probably sent me. So I just copied them.
22  Q. I see. Do you know who Scott P Allen -- Scott
23  Allen is?
24  A. Yeah. Scott Allen was our production engineer.
25  So he was copied on it because of the specification

Page 152

1  and changes being made. So he would be someone that I
2  would contact going: Will this part work with this
3  part?
4  Q. Okay. And then you cc'd Carmichael, cc'd at the
5  very last one in the chain. All right. Who is DL CRC
6  Analysts? Do you know who that is?
7  A. No. That's an open email that goes to someone at
8  the plant.
9  Q. Okay. And then do you know who Daisy Tovias Perez
10  or David --
11  A. I do not, no.
12  Q. You just don't know? All right.
13  A. No, none of those.
14  Q. All right. So you say: Maria, the OCR was done
15  at the direction of Navistar corporate based on the
16  attached letter. Central agreed to take truck with
17  disabled CMS for more slots in early production. At
18  this time, we are told the 1,100 trucks will be built
19  from February to June.
20      Do you see that?
21  A. Yes.
22  Q. Okay. So do you recall the disabled CMS, does
23  that have to do with the Bendix collision mitigation
24  system?
25  A. That is the Bendix collision -- excuse me --

Page 153

1  collision mitigation system.
2  Q. All right. And your understanding was that
3  Navistar -- I'm sorry, that Central had agreed to take
4  trucks without that system in place in order to get
5  the trucks faster?
6  A. There was an issue getting cameras. So you could
7  get this collision mitigation, but it wouldn't be
8  operable, and then it could be added on later. And
9  then it looks like they decided to go ahead and
10  take -- there was some question back and forth were
11  they wanting it with them or not since they weren't
12  going to be -- they were going to be disabled. But
13  they had to try to go ahead and do that, which would
14  help us build trucks earlier.
15  Q. Okay. Because some customers wouldn't take the
16  trucks unless they had the Bendix system in place, and
17  that freed up slots?
18  A. That freed up slots, yes. There are certain
19  customers their safety department won't let them
20  operate without the camera.
21  Q. So as of January 20th, your understanding was that
22  Central had already agreed to those changes to have
23  the prewire option for the Bendix instead of having
24  Bendix in place?
25  A. Correct.

Page 162

1  about.
2  Q. And then your response to her was they're good to
3  go; right?
4  A. Good to go. And then she missed one. You know,
5  but anyway. But yes, they wanted to make sure they
6  didn't line-set without all the changes completed.
7  Q. Okay. And describe what line-setting means.
8  A. Line-set, when you finally line-set, which goes to
9  step 28, that means the trucks cannot be changed and
10 they will be built. So no one can stop them after
11 that. It's going down the line.
12 Q. So line-setting actually refers to the process of
13 setting up the line to produce the trucks with the
14 specs that you ordered?
15 A. You know, to make -- I guess for better
16 understanding, line-set means that all the parts are
17 acquired; all the parts are in place; the computer is
18 set up to build that truck. And they'll usually
19 "line-set" a truck usually around 30 days before
20 production.
21 Q. Okay. So as of February 10th, the factory was
22 telling you that they were able to start line-setting
23 the March orders for Central?
24 A. Looks like it, yes.
25 Q. Okay. And as you know -- do you know if that ever

Page 163

1  actually happened?
2  A. Well, and you've got to -- also something to take
3  into context, sometimes the factory is calling Central
4  and Universal trucks Central trucks. So they may be
5  talking about just the first group in this order. I
6  would have to go back and research that a little bit.
7  But I know that Central trucks started building in
8  March.
9  Q. Okay.
10 A. No. Excuse me. April.
11 Q. Let's back up. Because remember, this is a
12 continuation of your earlier email; right?
13 A. Yeah.
14 Q. And so if you look at your chart, you have Central
15 and Universal already broken out for the factory;
16 correct?
17 A. Correct.
18 Q. All right.
19 A. But they still -- the factory a lot of times
20 refers to both trucks as Central's. I always have to
21 watch that. So...
22 Q. All right. Let's actually back up a little bit
23 more on the same document, then. If you look at the
24 Maria Averhart, it's on the second page, bottom,
25 Maria Averhart to you, February 10, 2022, at 4:56 a.m.

Page 164

1  Do you see that one?
2  A. Yes. 4:56.
3  Q. Yep. And do you see the dates, they're listing
4  the dates for the production?
5  A. So you mean the date of the email?
6      MR. BLAIN: You've got to go back.
7  Q. No.
8  A. Oh. Please see dates below. Okay.
9  Q. Please see dates below. And then they have
10 638693, March 2022 --
11 A. There you go, yeah.
12 Q. All right. And then she says: The ones that are
13 not highlighted are correct.
14     So there's two that were highlighted, but
15 the rest are correct. Do you see that?
16 A. Yes.
17 Q. Okay. So order 638393 for March 2022, if you turn
18 to the first page that's the Central order; correct?
19     MR. EVERETT: The first page.
20 Q. Go to the last page. Order as CT, Central, order
21 638393, quantity 75, you asked for production to be
22 moved up from 10/25/2022; correct?
23 A. I'm saying so, if you've got it on there.
24 Q. Well, I want you to confirm so we understand.
25 A. So 638393?

Page 165

1  Q. Correct.
2  A. Okay.
3  Q. Turn to your chart at the last page.
4  A. Yes.
5  Q. The very first one; correct, says Central, order
6  for Central, 638393, quantity 75. And that was one
7  that you had asked to be moved up from an
8  October 25th, 2022 production date; right?
9  A. That is correct.
10 Q. All right. So she's -- so does that -- having
11 looked at this entire chain now, does that suggest
12 that they were indicating that they could start
13 line-setting the March orders for Central?
14 A. Yeah.
15 Q. Okay.
16 A. Yes. I see your point.
17     (Exhibit 57 marked for identification.)
18 Q. Now I'm going to hand you 16306. This is going to
19 be Navistar Exhibit 50. I'm sorry. Exhibit 57.
20     MR. EVERETT: This did not come to you;
21 right?
22     THE WITNESS: Uh-huh.
23     MR. EVERETT: There you are. You're
24 copied. I see it now.
25 A. Okay.

Page 166

1   Q. All right. So you're copied. You mentioned you
2   weren't that involved in the negotiations here, but
3   you were at least copied on this draft of the --
4   A. Yes.
5   Q. -- what would come to be the April agreement;
6   correct?
7   A. It looks like it, yes.
8   Q. All right.
9   A. It looks like it.
10  Q. All right. So as of this date anyway, your
11  understanding was that the Bendix issue had already
12  been taken care of from Central's perspective because
13  they agreed to go without Bendix; right?
14  A. They agreed to go without Bendix, but then they
15  came back and decided to change that again.
16  Q. Who are you saying -- who is "they"?
17  A. Well, through Kyle; right?
18  Q. You can't ask him the questions.
19  A. I'm sorry. That's true.
20  Q. So you're saying at some point they decided to add
21  Bendix back in?
22  A. We added Bendix back in.
23  Q. And who is the "we" there?
24  A. Excuse me?
25  Q. Who is the "we" in that sentence?

Page 167

1   A. Central decided to add Bendix back in. And I
2   believe I received that information from Kyle.
3   Q. All right. As of this date, though, you were
4   being told again that the units would be built and
5   delivered by June; correct?
6   A. I'm sorry. Say that again.
7   Q. As of this date, you were still being told that
8   all the units would be built and delivered by June;
9   correct?
10  A. That was how it was stated in the cover letter if
11  I remember correctly, yes.
12  Q. All right. And turning to -- turning to the
13  attachment there, what Navistar was suggesting --
14  A. I'm sorry. What was your question?
15  Q. I'm going to the cover letter there.
16  A. Yes.
17  Q. All right. Where you're showing 342 builds -- RH
18  truck builds for March, and then 342 for April?
19  A. Yes.
20  Q. You would agree that that offer at that time was
21  not consistent with what you were seeing in the orders
22  that Navistar had in its own system; right?
23  A. I don't recall exactly how I was seeing it. But,
24  yes, that doesn't look like that would have been
25  correct as far as the order board at the time.

Page 168

1   Q. All right. So the order board -- as far as you
2   understood the order board, in reality it was
3   different than what Navistar was representing to
4   Central; correct?
5   A. That's correct. But also at that time, again, it
6   was very fluid. They were moving it in and out.
7   So...
8   Q. All right. Now, do you remember there was a time
9   that came where Sean Carmichael was asking you to
10  produce documents -- I think you discussed this, but
11  he was asking you to send him documents to produce in
12  the litigation. Do you remember that?
13  A. Yes.
14  Q. And I'll tell you Allegiance produced emails, and
15  one of those emails, they sent the folder and it was
16  actually called "CT-legal sent to Sean." Does that
17  sound like a folder that you created on your Outlook?
18  A. And what was it called again?
19  Q. "CT-legal sent to Sean."
20  A. That may be. I don't remember off the top of my
21  head.
22  Q. Do you think if you were pulling --
23  A. CT legal-Sean, that sounds like something I
24  would -- I would abbreviate.
25  Q. Okay. And you were just -- he asked you to gather

Page 169

1   this material for purposes of the lawsuit; correct?
2   A. He did ask me, yes.
3   Q. And I don't know if I asked you this, but did you
4   have any conversations with him about the lawsuit --
5   A. Not --
6   Q. -- at that time?
7   A. Not that I'm aware of, except just that I guess
8   what -- I guess the bulk he talked about is we were
9   being sued -- or Navistar was being sued over delivery
10  times I think is what he said.
11  Q. All right.
12  A. But there wasn't any in-depth.
13  Q. Did you share with him, at that time, your opinion
14  on that matter?
15  A. I don't remember sharing my opinion at that time.
16  Q. Did you have an opinion?
17  A. I probably do, but I'm not sure if I need to share
18  it or not.
19  Q. Yeah. Why don't you go ahead and share your
20  opinion.
21  A. Oh what part?
22  Q. On whether or not you think Navistar failed
23  to deliver on its promises.
24      MR. EVERETT: He's thinking I'm going to
25  tell you not to answer that question.