**EXHIBIT TT**

| | |
|---|---|
| From: | Nestler, Greg [Greg.Nestler@bmo.com] |
| Sent: | 8/11/2022 5:55:23 AM |
| To: | Jim Lollis [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=3842da41b1bc4c7685074c0d8dcbeab4-jlollis] |
| Subject: | [EXTERNAL] RE: [EXTERNAL] RE: ELC/Central Delivery Schedule |

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the email address and know the content is safe.

Thanks, Jim.  This is helpful.  So, looks like 300 built, with 202 invoiced (185 showing on spreadsheet + 17 on invoice #8), leaving 98 built units still to be delivered.  Any idea how many of the 98 you expect to invoice by end of August?

**From:** Jim Lollis <jlollis@allegiancetrucks.com>
**Sent:** Wednesday, August 10, 2022 9:05 AM
**To:** Nestler, Greg <Greg.Nestler@bmo.com>
**Subject:** RE: [EXTERNAL] RE: ELC/Central Delivery Schedule

External Email: Use caution with links and attachments. | Courriel externe : Faites preuve de prudence en ce qui a trait aux liens et aux pièces jointes.

Greg

See the trucks is yellow for unbuilt units

Jim Lollis
Fleet Sales Manager
Allegiance Trucks, LLC

**From:** Nestler, Greg <Greg.Nestler@bmo.com>
**Sent:** Wednesday, August 10, 2022 7:52 AM
**To:** Jim Lollis <jlollis@allegiancetrucks.com>
**Subject:** [EXTERNAL] RE: ELC/Central Delivery Schedule

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the email address and know the content is safe.

Jim,

Following on below.  You were going to check the build/delivery schedule and send me an update on remaining order.

Thanks,

Greg

**From:** Nestler, Greg
**Sent:** Thursday, July 28, 2022 2:32 PM
**To:** Jim Lollis <jlollis@allegiancetrucks.com>
**Subject:** RE: ELC/Central Delivery Schedule

That means you didn't get this one either.  Who do you work for 😊

LOLL-0003226

**From:** Nestler, Greg
**Sent:** Thursday, July 28, 2022 1:55 PM
**To:** Jim Lollis <Lollisj@RushEnterprises.Com>
**Subject:** ELC/Central Delivery Schedule

Jim,

A week or two ago, you mentioned that deliveries were going to slow going into August and then pick back up in September. You were going to check the build/delivery schedule and send me an update on remaining order. Do you have this?

Thanks,

**Greg Nestler**
VP Relationship Manager

**Navistar Capital, a BMO Financial Group program**
110 E Irving Park Rd
Roselle, IL  60172

greg.nestler@bmo.com
M (816) 797-8960

Visit us at navistarcapital.com
Visit BMO Transportation Finance at bmotf.com
View our inventory at bmoasset.com
Follow BMO Transportation Finance on LinkedIn

This email and its attachments are confidential. Any unauthorized use or disclaimer is prohibited. If you receive this email in error, please notify me by reply email and permanently delete the original without making any copies or disclosing its contents.

LOLL-0003227