UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GLS LEASCO, INC. and
CENTRAL TRANSPORT, LLC,

    Plaintiffs,

v.

    NAVISTAR, INC.,

Defendant.

Case No. 23-cv-12927

Hon. Mark A. Goldsmith

Magistrate Judge Anthony P. Patti

## Index of Exhibits to
## Brief in Support of Plaintiffs' Motion to Compel Discovery

| | |
|---|---|
| **Exhibit 1** | Defendant's Interrogatory Answers and Objections to Plaintiffs' 30(b)(6) Deposition Topics 20-34 Re: Affirmative Defenses |
| **Exhibit 2** | Plaintiff's First Interrogatories to Defendant |
| **Exhibit 3** | Plaintiff's Second Interrogatories to Defendant |
| **Exhibit 4** | Plaintiff's Third Interrogatories to Defendant |
| **Exhibit 5** | Plaintiffs' Third Requests for Production of Documents to Defendant |
| **Exhibit 6** | Excerpts, Deposition of Mark Belisle |
| **Exhibit 7** | Defendant's Answers and Objections to Plaintiff's Third Set of Interrogatories |
| **Exhibit 8** | Defendant's Responses and Objections to Plaintiffs' Third Requests for Production of Documents |
| **Exhibit 9** | Plaintiffs' Re-Notice of Taking Video Recorded Rule 30(b)(6) Deposition of Navistar, Inc. |

- 2 -

| | |
|---|---|
| **Exhibit 10** | Excerpts, Deposition of Navistar, Inc. |
| **Exhibit 11** | November 27, 2024 Letter to Navistar's Counsel |
| **Exhibit 12** | Emails Between Plaintiffs' Counsel and Navistar's Counsel |

556243