**EXHIBIT 3**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GLS LEASCO, INC. and
CENTRAL TRANSPORT, LLC,

    Plaintiffs,

v.

NAVISTAR, INC.,

    Defendant.

Case No. 23-cv-12927

Hon. Mark A. Goldsmith

Magistrate Judge Anthony P. Patti

## PLAINTIFFS' SECOND INTERROGATORIES TO DEFENDANT

Plaintiffs GLS Leasco, Inc. and Central Transport, LLC, by and through their attorneys, and pursuant to Federal Rule of Civil Procedure 33, request that Defendant Navistar, Inc. ("Navistar") answer the following Interrogatories within 30 days.

## DEFINITIONS AND INSTRUCTIONS

As used in these Interrogatories, the following terms shall have the following meanings:

A. "Person" or "persons" or "third-party" or "third-parties" includes any individual, corporation, limited liability company, partnership, group, association, union, fraternity, company, sole proprietor, store, establishment, place, firm, co-partnership, joint venture, government, governmental department, governmental agency, or any other organization or entity.

B. Reference to any person or entity shall include, but is not limited to, each and every officer, director, attorney, employee, or agent of each such person or entity.

C. "GLS" shall collectively refer to Plaintiffs and their employees, agents, and representatives.

D. "You" or "your" or "Navistar" shall refer to Navistar, Inc. and any individuals acting

D.  "You" or "your" or "Navistar" shall refer to Navistar, Inc. and any individuals acting

D.  "You" or "your" or "Navistar" shall refer to Navistar, Inc. and any individuals acting

D.  "You" or "your" or "Navistar" shall refer to Navistar, Inc. and any individuals acting

or purporting to act on its behalf, as well as its divisions or affiliate companies, and any of its successors or predecessors-in-interest.

E.  Unless otherwise specified, the term "Complaint" means the Amended Complaint filed in Case No. 23-cv-12927 in the United States District Court for the Eastern District of Michigan on March 8, 2024.

F.  These requests are continuing under Federal Rule of Civil Procedure 26(e) and you have a duty seasonably to amend your responses if you learn that your response is in some material respect incomplete or incorrect.

## INTERROGATORIES

5.  For each of the following models of tractors, please state the total number of tractors that Navistar manufactured in each month from January 2022 through June 2022. Please note that this Interrogatory is not limited to tractors manufactured for GLS or its affiliates, but rather seeks the total number of tractors manufactured for any purchaser during the months identified.

   a. 2023 International RH A26 Day-cab Tractors

   b. 2023 International LT X15 Day-cab Tractors

   c. 2023 International LT X15 Sleeper Tractors

**ANSWER:**

7.     For each month from January 2022 to September 2023, please provide a list of all customers who received one or more of the following models of tractors and, for each customer, state the number of each model that the customer received and the price that the customer paid for each model.

   a. 2023 International RH A26 Day-cab Tractors

   b. 2023 International LT X15 Day-cab Tractors

   c. 2023 International LT X15 Sleeper Tractors

**ANSWER:**

7.     For each month from January 2022 to September 2023, please identify:

   a. the number of used 2018 International RH day-cab tractors sold by Navistar's used-truck organization in that month; and

   b. the average price Navistar received for those RH day-cab tractors in that month.

   c. the number of used 2018 International LT day-cab tractors sold by Navistar's used truck organization in that month; and

   d. (d)     the average price Navistar received for those LT day-cab tractors in that month.

**ANSWER:**

          KIENBAUM HARDY
          VIVIANO PELTON & FORREST, PLC:

By:   */s/Thomas J. Davis*
      Joseph E. Viviano (P60378)
      Thomas J. Davis (P78626)
      Marianne J. Grano (P82901)
Counsel for Plaintiff
48 S. Main Street, Suite 2
Mount Clemens, MI 48043
(586) 469-1580
jviviano@khvpf.com
tdavis@khvpf.com
mgrano@khvpf.com

and

BOIES SCHILLER FLEXNER LLP
By: Hamish P.M. Hume
Co-Counsel for Plaintiff
1401 New York Ave. NW
Washington, DC 20005
(202) 274-1149
hhume@bsfllp.com

Date: June 24, 2024

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 24, 2024, she caused to be served a copy of Plaintiffs' Second Interrogatories to Defendant and this Certificate of Service via e-mail and U.S. Mail upon:

    Scott R. Murphy
    Anthony C. Sallah
    Barnes & Thornburg LLP
    171 Monroe Ave., N.W. Ste. 1000
    Grand Rapids, MI 48905
    smurphy@btlaw.com
    asallah@btlaw.com

          */s/Michelle R. Beveridge*
          Michelle R. Beveridge, Legal Assistant
          Kienbaum Hardy Viviano Pelton & Forrest, P.L.C.