

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GLS LEASCO, INC. and<br>CENTRAL TRANSPORT, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>NAVISTAR, INC.,<br><br>    Defendant. | Case No. 23-cv-12927<br><br>Hon. Mark A. Goldsmith<br><br>Magistrate Judge Anthony P. Patti |

**PLAINTIFF GLS LEASCO, INC.'S THIRD INTERROGATORIES TO DEFENDANT**

Plaintiff GLS Leasco, Inc., by and through its attorneys, and pursuant to Federal Rule of Civil Procedure 33, requests that Defendant Navistar, Inc. ("Navistar") answer the following Interrogatories within 30 days.

**DEFINITIONS AND INSTRUCTIONS**

As used in these Interrogatories, the following terms shall have the following meanings:

A. Reference to any person or entity shall include, but is not limited to, each and every officer, director, attorney, employee, or agent of each such person or entity.

B. "Navistar" shall refer to Navistar, Inc. and any individuals acting or purporting to act on its behalf, as well as its divisions or affiliate companies, and any of its successors or predecessors-in-interest.

C. These requests are continuing under Federal Rule of Civil Procedure 26(e) and you have a duty seasonably to amend your responses if you learn that your response is in some material respect incomplete or incorrect.

1

**INTERROGATORIES**

8. For each of the customers identified for the Vehicle Class ("VC") of Heavy ("HVY") on NAV00051498 ("SW Dealer Placeholder Customer List 19Aug2021 (004).xlsx"), please state the following:

   a. The total number of tractors that Navistar was contractually obligated to build for that customer in 2022;

   b. The date that Navistar signed the contract(s) that required it to build tractors for that customer in 2022;

   c. The total number of tractors that Navistar actually built for that customer in 2022.

**ANSWER:**

9. For each of the customers listed in the "Heavy" tab of NAV00133058 ("CY 22 Cornerstone Customers – Feedback v3.xlsx"), please state the following:

   a. The total number of tractors that Navistar was contractually obligated to build for that customer in 2022;

   b. The date that Navistar signed the contract(s) that required it to build tractors for that customer in 2022;

   c. The total number of tractors that Navistar actually built for that customer in 2022;

   d. The total number of LT625 6x4 tractors that Navistar was contractually obligated to build for that customer from January 2022 through June 2022;

   e. The total number of RH613 6x4 tractors that Navistar was contractually obligated to build for that customer from January 2022 through June 2022;

2

    f. The total number of LT625 6x4 tractors that Navistar actually built for that customer from January 2022 through June 2022; and

    g. The total number of RH613 6x4 tractors that Navistar actually built for that customer from January 2022 through June 2022.

**ANSWER:**

10. To the extent not already identified in Navistar's answers to Interrogatory Nos. 8 and 9, for each of Navistar's co-op or national account customers of heavy tractors, please state the following:

    a. The total number of heavy class tractors that Navistar was contractually obligated to build for that customer in 2022;

    b. The date that Navistar signed the contract(s) that required it to build heavy class tractors for that customer in 2022;

    c. The total number of heavy class tractors that Navistar actually built for that customer in 2022;

    d. The total number of LT625 6x4 tractors that Navistar was contractually obligated to build for that customer from January 2022 through June 2022;

    e. The total number of RH613 6x4 tractors that Navistar was contractually obligated to build for that customer from January 2022 through June 2022;

    f. The total number of LT625 6x4 tractors that Navistar actually built for that customer from January 2022 through June 2022; and

    g. The total number of RH613 6x4 tractors that Navistar actually built for that customer from January 2022 through June 2022.

**ANSWER:**

11. For each of Navistar's "small" customers, as Mark Belisle defined that term at his deposition (*see* Belisle Dep. 54:3-9, 64:21-65:1), please state the following:

    a. The total number of heavy class tractors that Navistar was contractually obligated to build for that customer in 2022;

    b. The date that Navistar signed the contract(s) that required it to build heavy class tractors for that customer in 2022;

    c. The total number of heavy class tractors that Navistar actually built for that customer in 2022;

    d. The total number of LT625 6x4 tractors that Navistar was contractually obligated to build for that customer from January 2022 through June 2022;

    e. The total number of RH613 6x4 tractors that Navistar was contractually obligated to build for that customer from January 2022 through June 2022;

    f. The total number of LT625 6x4 tractors that Navistar actually built for that customer from January 2022 through June 2022; and

    g. The total number of RH613 6x4 tractors that Navistar actually built for that customer from January 2022 through June 2022.

**ANSWER:**

12. For each month in 2022, please state the following:

    a. the total number of heavy class tractors that Navistar built as stock;

    b. the total number of LT625 6x4 tractors that Navistar built as stock; and

4

    c. the total number of RH613 6x4 tractors that Navistar built as stock.

**ANSWER:**

13. For each of the orders submitted by Summit Truck Group and/or Allegiance Truck Group on behalf of Plaintiffs in 2021 and 2022, please identify (1) the date on which the tractors in that order were originally scheduled to begin production; (2) whether that date ever changed; and (3) for each instance in which that date changed, (a) the date that it was changed; (b) the date to which it was changed; (c) the individual who made the decision to change the date; and (d) the reason for the change.

**ANSWER:**

14. For each of the MY 2018 LT625 6x4 and MY 2018 RH613 6x4 tractors sold by Navistar's Used Truck Organization ("UTO") between January 1, 2022 and September 30, 2023, please state the following:

    a. The date that the UTO acquired or received the tractor;

    b. The date that the UTO listed the tractor or otherwise made the tractor available for sale;

    c. The price at which the UTO listed the tractor; and

    d. The name of the purchaser.

**ANSWER:**

15. Please identify all facts that Navistar intends to rely upon at trial to support the contention made by David Brown at his deposition that Navistar's reductions in production in 2022

5

were "mostly proportional" across customers. In Navistar's answer, also identify the reductions that were not "proportional" and the reasons why.

**ANSWER:**

KIENBAUM HARDY
VIVIANO PELTON & FORREST, P.L.C.:


By:   */s/ Thomas J. Davis*
      Eric J. Pelton (P40635)
      Joseph E. Viviano (P60378)
      Thomas J. Davis (P78626)
      Marianne J. Grano (P82901)
      Lauren Walas (P87669)
Counsel for Plaintiffs
280 N. Old Woodward Ave.
Ste. 400
Birmingham, MI 48009
(248) 645-0000
epelton@khvpf.com
jviviano@khvpf.com
tdavis@khvpf.com
mgrano@khvpf.com
lwalas@khvpf.com

Dated: October 23, 2024

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that on October 23, 2024, she caused to be served a copy of Plaintiff GLS Leasco, Inc.'s Third Interrogatories to Defendant and this Certificate of Service via e-mail and U.S. Mail upon:

    Scott R. Murphy
    Anthony C. Sallah
    Sydney Imes
    Barnes & Thornburg LLP
    171 Monroe Ave., N.W. Ste. 1000
    Grand Rapids, MI 49503
    scott.murphy@btlaw.com
    anthony.sallah@btlaw.com
    sydney.imes@btlaw.com

                               */s/ Lauren Walas*
                               Lauren Walas