CONFIDENTIAL **EXHIBIT 6**

Page 1

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

GLS LEASCO, INC. and )
CENTRAL TRANSPORT, LLC, )
       Plaintiffs, ) Case No.
  -vs- ) 23-cv-12927
NAVISTAR, INC., )
       Defendant. )


***CONTAINS CONFIDENTIAL INFORMATION***

The deposition of MARK BELISLE, called for examination, taken pursuant to the Federal Rules of Civil Procedure of the United States District Courts pertaining to the taking of depositions, taken before ALICE M. SCHWINGER, CSR NO. 84-2913, a Certified Shorthand Reporter of the State of Illinois, at 2020 Calamos Court, Naperville, Illinois, on the 22nd day of August, A.D. 2024, commencing at 9:02 a.m.

Page 70

1  Q.  I'm just asking what you had in your
2  mind.  I don't --
3  A.  Continue to -- to expand our market
4  share and our customer base.
5  MR. PELTON:  All right.  Let's take a quick
6  break.  Off the record.
7  THE VIDEOGRAPHER:  Going off the record.  The
8  time is 10:34 a.m.
9      (WHEREUPON, a short break was
10       taken.)
11 THE VIDEOGRAPHER:  Going on the record.  The
12 time is 10:43 a.m.
13 BY MR. PELTON:
14 Q.  You mentioned an order board.  What is
15 the order board?
16 A.  That's a general term that we use for
17 the number of orders that we have taken in and
18 where they're slotted.
19 Q.  Orders taken in and you said where
20 slotted?
21 A.  Yes.
22 Q.  When does an order get taken in?
23 A.  When a dealer places it or a national
24 accounts people place it into our system.

Page 71

1  Q.  So does the dealer place it in there?
2  A.  For anything that is sold through a
3  dealer, the dealer places the order.
4  Q.  Who maintains this order board?
5  A.  Order to delivery.
6  Q.  And who all has access to it?
7  A.  To the information from it or to the --
8  to the scheduling system?
9  Q.  Well, is the scheduling system something
10 different than the order board?
11 A.  The scheduling system is what you
12 schedule the orders into that creates the order
13 board.
14 Q.  So let's focus on Central Transport.  If
15 they're doing a co-op deal with a dealer, at what
16 point does the dealer put the data into the order
17 board?
18 MR. MURPHY:  Object to form.  Foundation.
19 BY THE WITNESS:
20 A.  The dealer will put an order into the
21 order board when a deal is done or he places a
22 stock order.  It is at the dealer's determination
23 when they place an order.
24 BY MR. PELTON:

Page 72

1  Q.  If there's not enough trucks for the
2  order or there's not enough available for the
3  dealer to get stock orders, does the system tell
4  them that?
5  A.  It does not.
6  Q.  They just put it in anyway, and it has
7  to get sorted from there?
8  A.  We will provide them notifications when
9  we are full on a -- any componentry or product line
10 or where the production dates are pushed out to.
11 Q.  Who does that?
12 A.  Order to delivery provides the
13 information.
14 Q.  Do you know in particular who in order
15 and delivery -- order to delivery?
16 A.  It would be Maria Averhart's group.
17 Q.  So if the dealer's working on a deal and
18 they want to preserve the trucks for that deal and
19 the deal's not consummated yet, they would have to
20 put it in stock orders, or could they put it in for
21 that customer?
22 A.  If the deal is not consummated?
23 Q.  Mm-hmm.
24 A.  A dealer has the option to place orders.

Page 73

1  We do not see an actual PO that says the customer
2  has agreed to that transaction.
3  Q.  But I'm saying before the agreement is
4  final, they can put an order in?
5  A.  A dealer can put an order in any time
6  they want.
7  Q.  And if there's -- is there any pushback
8  from OTD if the order board's getting too full to
9  be able to fulfill that order?
10 A.  Are we talking in historical terms, or
11 are we talking during this time frame?
12 Q.  This time frame.
13 A.  Because they are very different.
14 Q.  2021 and 2022, I want to talk about what
15 this system looked like at that time.  Okay?
16 A.  Okay.
17 Q.  So the dealer is working on a deal with
18 one of your RVPs.  They're hopeful.  They believe
19 they're going to get there.  Do they go ahead and
20 put something in the order board -- they can go
21 ahead and put something in the order board?
22 A.  Yes.
23 Q.  So if they think they're going to have a
24 thousand truck deal, they can just go in there and

Page 78

```
 1    Q.  Who runs that?
 2    A.  Order to delivery.
 3    Q.  Who decides what order, chronological
 4  order, order board orders are put in?  Who slots
 5  them, in other words?
 6    A.  In historical terms or during this time
 7  frame?
 8    Q.  2021, 2022.
 9    A.  CRC would have slotted the orders.
10    Q.  Do you know what criteria they used to
11  slot the orders?
12    A.  They -- at that point in time, they were
13  working from an allocation spreadsheet that was put
14  together by the sales organization.
15    Q.  Your organization?
16    A.  Correct.
17    Q.  So did your organization have control
18  over how they got slotted?
19    A.  Provided guidance.
20    Q.  To CRC?
21    A.  Correct.
22    Q.  Who was the final authority on how they
23  got slotted?
24    A.  CRC.
```

Page 79

```
 1    Q.  And did your RVPs or you have to lobby
 2  CRC for certain customers because you thought it
 3  was important they get theirs slotted before
 4  others?
 5    A.  I think there is a -- lobby is not a
 6  good word.
 7    Q.  How would you describe it?
 8    A.  Working in conjunction with CRC.
 9    Q.  Collaborate?
10    A.  Correct.
11    Q.  Who in particular -- would you get
12  involved in that collaborative process?
13    A.  No.
14    Q.  Your RVPs would?
15    A.  David Brown would.
16    Q.  David Brown on behalf of the sales
17  organization?
18    A.  Correct.
19    Q.  And would the RVPs then work with David
20  Brown to try and give him an indication of how
21  important slotting is for the particular sales?
22    A.  Yes.
23    Q.  Would they be lobbying David?
24    A.  Yes.
```

Page 80

```
 1    Q.  Because I'm sure they all want to get
 2  their orders filled and get the trucks out to the
 3  customer; right?
 4    A.  Yes.
 5    Q.  And did David have authority to set the
 6  slotting or just he would provide information to
 7  CRC who had final say?
 8    A.  Provide the information and CRC has
 9  final say.
10    Q.  And that was Kerri Podewell?
11    A.  No.  That's CSA.  CRC is Maria Averhart.
12    Q.  Maria.  Right.  You mentioned her.
13        Did you ever have to get involved to
14  provide guidance to either Mr. Brown or your RVPs
15  or Ms. Averhart on how to slot these?
16    A.  Only at a high level.
17    Q.  Would an RVP come to you and say -- did
18  an RVP come to you and say, we really got to get
19  this one filled before these others?  Did that
20  happen?
21    A.  Are we still talking specifically
22  Central Transport --
23    Q.  So you got here an agreement for 1300
24  trucks.  Do you recall discussions with
```

Page 81

```
 1  Mr. Carmichael about how those should get slotted?
 2    A.  I do not.
 3    Q.  Do you recall discussions with
 4  Mr. Brown?
 5    A.  I do not.
 6    Q.  Is it likely you had those discussions,
 7  given the size of the order?
 8    A.  Likely on the order that was actually
 9  placed.
10    Q.  Meaning?  There's 1300 -- do you know if
11  these 1300 trucks ever got placed on the order
12  board?
13    A.  I do not.
14    Q.  And if the -- Summit in this case had
15  held off doing that for some reason, would it be on
16  Mr. Carmichael to ensure that happened?
17    A.  He would work with Summit.
18    Q.  On a co-op deal like this?
19    A.  Correct.
20    Q.  And your testimony is you don't know if
21  they got in this order board or not?
22    A.  I do not know if this one --
23
24    Q.  Yeah, 1300.
```

21 (Pages 78 to 81)