UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GLS LEASCO, INC. and CENTRAL
TRANSPORT LLC,

    Plaintiffs,

v.

NAVISTAR, INC.,

    Defendant.

Case No. 23-cv-12927

Hon. Mark A. Goldsmith

Magistrate Judge Anthony P. Patti

## APPENDIX
## INDEX OF EXHIBITS

| | |
|---|---|
| Exhibit A | Navistar's Responses to Plaintiffs' First Set of Requests for Production of Documents dated February 5, 2024. |
| Exhibit B | Navistar's Responses to Plaintiffs' Second Set of Requests for Production of Documents dated August 2, 2024. |
| Exhibit C | Plaintiffs' Meet and Confer Letter dated July 8, 2024. |
| Exhibit D | Navistar's Meet and Confer Letter dated July 22, 2024. |
| Exhibit E | Navistar's Responses to Plaintiffs' Third Set of Requests for Production of Documents dated November 22, 2024. |
| Exhibit F | Navistar's Responses to Plaintiffs' Third Set of Interrogatories dated November 22, 2024. |