# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GLS LEASCO, INC., | |
| Plaintiff, | Case No. 23-cv-12927 |
| v. | Hon. Mark A. Goldsmith |
| NAVISTAR, INC., | Magistrate Judge Anthony P. Patti |
| Defendant. | |

## NAVISTAR, INC.'S OBJECTIONS AND RESPONSES TO GLS LEASCO, INC.'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

Defendant Navistar, Inc. ("Navistar" or "Defendant") hereby responses to Plaintiff GLS Leasco, Inc.'s ("GLS" or "Plaintiff") Requests for Production of Documents as follows:

### GENERAL RESPONSES AND OBJECTIONS

To avoid undue and unnecessary repetition, each of the responses below is made subject to and incorporates the following General Responses and Objections:

1. Navistar objects to each request to the extent that it seeks information that is subject to the attorney-client privilege, the work product privilege, or any other applicable privilege. Navistar will not produce privileged documents or other information. To the extent that any privileged information is inadvertently produced, such production shall not operate as or constitute a waiver of any privilege and, upon notice, the receiving party shall promptly return all such information, however maintained.

2. Navistar objects to each request to the extent that it fails to describe the documents sought with reasonable particularity, as required by Federal Rules of Civil Procedure. In particular, and by way of example, Navistar objects to requests that seek all documents "relating to" or "related to" a given subject because such requests do not describe with reasonable particularity the documents

requested and improperly call upon Navistar to make legal judgments about which records are and which records are not "related to" the requests.

3. Navistar's responses are based on and limited to information and documents in its possession, custody, or control. Navistar objects to each request to the extent that it seeks information from persons or entities other than Navistar.

4. Navistar objects to each request to the extent that it is vague, overbroad, unduly burdensome and/or seeks information that is irrelevant, immaterial or not proportional to the needs of the case.

5. Navistar reserves the right to introduce or make use of at any hearing and at trial documents or information not known to exist after a reasonable search undertaken to comply with the requests, to make supplemental disclosures and to make any further objections that may become apparent as additional documents and/or information are located during discovery and thereafter.

6. Navistar's response that it will provide an answer in response to any request for discovery should not be construed as suggesting that information or documents of the type requested exist. The response should only be construed as indicating that Navistar will provide information or produce documents of the type requested if they are in Navistar's possession, custody, or control and are not privileged or otherwise exempt from production.

7. Navistar objects to each Definition, Instruction, and request to the extent that it seeks to impose a duty or burden upon Navistar that is greater than or different than those imposed by the Federal Rules of Civil Procedure. Navistar assumes no burden greater than or different than those imposed by those Rules.

8. Navistar objects to each request to the extent that it purports to require the production of information or documents that (i) are already in Plaintiff's possession, custody, or control; (ii) are in the possession, custody, or control of third-parties; (iii) are in the public domain; (iv) are otherwise

as accessible to Plaintiff as they are to Navistar; or (v) can reasonably be obtained more conveniently from a source other than Navistar.

9. In each and every answer, or subpart thereof, to request where an objection is interposed, the objection shall be construed to preserve all rights to enter similar objections as to any future supplemental answer to such request. Moreover, a failure to object herein shall not constitute a waiver of any objection that may be interposed as to future supplemental answers.

10. Navistar objects to each request to the extent that it utilizes words or phrases that: (i) assume facts not established; (ii) constitute, form, imply, require or call for a legal conclusion; or (iii) incorporate a characterization based upon a legal conclusion. Furthermore, objection is generally made to each request to the extent that it contains incomplete, inaccurate or misleading descriptions or characterizations of facts, events or pleadings. No response constitutes agreement with, or acceptance of, any such assumption, implication, conclusion, description or characterization.

11. Navistar objects to producing duplicative or repetitive documents as overly broad, unduly burdensome, and not proportional to the needs of the case. Navistar further objects to creating, for the purposes of this litigation, alternative formats of documents, information or data maintained in a different format in the ordinary course of business.

12. Navistar objects to providing information or producing documents that contain confidential, sensitive, and proprietary business information, the disclosure of which would be detrimental to Navistar's business interests.

13. Navistar objects to all requests that seek documents that fail to provide a reasonable timeframe.

**REQUESTS TO PRODUCE**

**REQUEST NO. 1:** Produce all documents related to the negotiation of the July 13, 2021 letter agreement referenced at Paragraph 15 of the Complaint.

**RESPONSE:** Navistar objects to this request on the basis that it is overly broad, unduly burdensome, and lacking in specificity. Subject to and without waiving these objections or the foregoing General Objections, Navistar will produce all relevant, non-privileged documents to the extent such documents are in Navistar's possession, custody and control.

**REQUEST NO. 2:** Produce all documents related to the performance of the July 13, 2021 letter agreement referenced at Paragraph 15 of the Complaint.

**RESPONSE:** Navistar objects to this request on the basis that it is overly broad, unduly burdensome, and lacking in specificity. Subject to and without waiving these objections or the foregoing General Objections, Navistar will produce all relevant, non-privileged documents to the extent such documents are in Navistar's possession, custody and control.

**REQUEST NO. 3:** Produce all documents related to the negotiation of the April 8, 2022 Letter Agreement attached as Exhibit A to the Complaint.

**RESPONSE:** Navistar objects to this request on the basis that it is overly broad, unduly burdensome, and lacking in specificity. Subject to and without waiving these objections or the foregoing General Objections, Navistar will produce all relevant, non-privileged documents to the extent such documents are in Navistar's possession, custody and control.

**REQUEST NO. 4:** Produce all documents related to the performance of the April 8, 2022 Letter Agreement attached as Exhibit A to the Complaint, including without limitation all communications between the parties, all internal and external communications, all scheduling records, all production records, all delivery records, and all invoices.

**RESPONSE:** Navistar objects to this request on the basis that it is overly broad, unduly burdensome, and lacking in specificity. Subject to and without waiving these objections or the

foregoing General Objections, Navistar will produce all relevant, non-privileged documents to the extent such documents are in Navistar's possession, custody and control.

**REQUEST NO. 5:** Produce all documents, including internal and external communications, data, analysis, reports, surveys, or market information, regarding the strength, weakness, or condition of the used truck market for the period from January 1, 2021 to December 31, 2022.

**RESPONSE:** Navistar objects to this request on the basis that it is overly broad, unduly burdensome, and lacking in specificity. Subject to and without waiving these objections and the foregoing General Objections, Navistar will produce all relevant, non-privileged documents to the extent such documents are in Navistar's possession, custody and control.

**REQUEST NO. 6:** Produce all documents, including internal analyses, reports, surveys, or market data or information, regarding Navistar's decision to relocate its used truck center to Joliet, Illinois.

**RESPONSE:** Navistar objects to this request on the basis that it is overly broad, unduly burdensome, and not reasonably calculated to lead to the discovery of relevant, admissible evidence.

**REQUEST NO. 7:** Produce all documents reflecting Navistar's difficulty or delay in producing new tractors for any reason during the time period from January 1, 2021 to December 31, 2022, including without limitation any issues related to Navistar' s Bendix Fusion collision mitigation system or the allegedly "historic supply chain issues" referenced in Navistar's answer to Paragraph 20 of the Complaint.

**RESPONSE:** Navistar objects to this request on the basis that it is overly broad, unduly burdensome, and lacking in specificity.  Subject to and without waiving these objections or the

5

foregoing General Objections, Navistar will produce all relevant, non-privileged documents to the extent such documents are in Navistar's possession, custody and control.

**REQUEST NO. 8:** Produce all documents related to Navistar's delay or difficulty in producing the tractors identified in the April 8, 2022 Letter Agreement attached as Exhibit A to the Complaint.

**RESPONSE:** Navistar objects to this request on the basis that it is overly broad, unduly burdensome, and lacking in specificity. Subject to and without waiving these objections or the foregoing General Objections, Navistar will produce all relevant, non-privileged documents to the extent such documents are in Navistar's possession, custody and control.

**REQUEST NO. 9:** Produce all documents reflecting the provision by Navistar to other buyers any production slots reserved for or promised to GLS in the April 8, 2022 Letter Agreement attached as Exhibit A to the Complaint.

**RESPONSE:** Navistar objects to this request on the basis that it is overly broad, unduly burdensome, and lacking in specificity. Subject to and without waiving these objections or the foregoing General Objections, Navistar will produce all relevant, non-privileged documents to the extent such documents are in Navistar's possession, custody and control.

**REQUEST NO. 10:** Produce all documents reflecting communications between Navistar and GLS regarding Navistar's Bendix Fusion collision mitigation system for the period from January 1, 2021 to December 31, 2022.

**RESPONSE:** Subject to and without waiving the General Objections, Navistar will produce all relevant, non-privileged documents to the extent such documents are in Navistar's possession, custody and control.

**REQUEST NO. 11:** Produce all communications between Navistar and GLS for the period from January 1, 2021 to December 31, 2022 in any way related to GLS's trade-in rights or the residual value of the MY2018 Tractors referenced in the Complaint.

**RESPONSE:** Subject to and without waiving the General Objections, Navistar will produce all relevant, non-privileged documents to the extent such documents are in Navistar's possession, custody and control.

**REQUEST NO. 12:** Produce all written statements Navistar has obtained regarding the subject matter of the Complaint or Navistar's Affirmative Defenses.

**RESPONSE:** Navistar states that, to date, no written statements have been obtained. Navistar reserves the right to supplement this response should Navistar obtain any written statements.

**REQUEST NO. 13:** Produce all documents referenced in your initial disclosures or in your responses to interrogatories.

**RESPONSE:** Navistar objects to this request on the basis that it is overly broad, unduly burdensome, and lacking in specificity. Subject to and without waiving these objections or the foregoing General Objections, Navistar will produce all relevant, non-privileged documents to the extent such documents are in Navistar's possession, custody and control.

**REQUEST NO. 14:** Produce a copy of all subpoenas or *subpoenas duces tecum* you have issued related to this matter and a copy of all responsive documents.

**RESPONSE:** Navistar states that, to date, no subpoenas have been issued. Navistar reserves the right to supplement this response should Navistar issue any subpoenas.

**REQUEST NO. 15:** Produce all documents supporting or relating to your partial denial of Paragraph 4 of the Complaint.

**RESPONSE:** Navistar objects to this request on the basis that it is vague and lacking in specificity. Subject to and without waiving these objections and foregoing General Objections, Navistar will produce all relevant, non-privileged documents to the extent such documents are in their possession custody and control.

**REQUEST NO. 16:** Produce all documents supporting or relating to your partial denial of Paragraph 15 of the Complaint.

**RESPONSE:** Navistar objects to this request on the basis that it is overly broad, unduly burdensome, and lacking in specificity. Subject to and without waiving these objections or the foregoing General Objections, Navistar states that it will produce relevant, non-privileged documents related to the July 2021 Letter Agreement, to the extent such documents are in Navistar's possession, custody and control.

**REQUEST NO. 17:** Produce all documents supporting or relating to your partial denial of Paragraph 16 of the Complaint.

**RESPONSE:** Navistar objects to this request on the basis that it is overly broad, unduly burdensome, and lacking in specificity. Subject to and without waiving these objections or the foregoing General Objections, Navistar states that it will produce relevant, non-privileged documents related to the July 2021 Letter Agreement, to the extent such documents are in Navistar's possession, custody and control.

**REQUEST NO. 18:** Produce all documents supporting or relating to your partial denial of Paragraph 20 of the Complaint.

**RESPONSE:** Navistar objects to this request on the basis that it is overly broad, unduly burdensome, and lacking in specificity. Subject to and without waiving these objections or the foregoing General Objections, Navistar states that it will produce relevant, non-privileged documents

related to the supply of the Bendix fusion collision mitigation and documents related to any alleged delay in supplying the same, to the extent such documents are in Navistar's possession, custody and control.

**REQUEST NO. 19:** Produce all documents supporting or relating to your denial of Paragraph 22 of the Complaint.

**RESPONSE:** Navistar objects to this request on the basis that it is overly broad, unduly burdensome, and lacking in specificity. Subject to and without waiving these objections or the foregoing General Objections, Navistar states it will produce relevant, non-privileged documents related to the production schedule for new tractors, to the extent such documents are in Navistar's possession, custody and control.

**REQUEST NO. 20:** Produce all documents supporting or relating to your denial of Paragraph 25 of the Complaint.

**RESPONSE:** Navistar objects to this request on the basis that it is overly broad, unduly burdensome, and lacking in specificity. Subject to and without waiving these objections or the foregoing General Objections, Navistar states it will produce relevant, non-privileged documents related to Navistar's understanding of the market conditions for used tractors at the time the Letter Agreement was signed to the extent such documents are in Navistar's possession, custody and control.

**REQUEST NO. 21:** Produce all documents supporting or relating to your partial denial of Paragraph 26 of the Complaint.

**RESPONSE:** Navistar objects to this request on the basis that it is overly broad, unduly burdensome, and lacking in specificity. Subject to and without waiving these objections or the foregoing General Objections, Navistar states it will produce relevant, non-privileged documents

related to the Letter Agreement, to the extent such documents are in Navistar's possession, custody and control.

**REQUEST NO. 22:** Produce all documents supporting or relating to your denial of Paragraph 27 of the Complaint.

**RESPONSE:** Navistar objects to this request on the basis that it is overly broad, unduly burdensome, and lacking in specificity. Subject to and without waiving these objections or the foregoing General Objections, Navistar states it will produce relevant, non-privileged documents related to the Letter Agreement, to the extent such documents are in Navistar's possession, custody and control.

**REQUEST NO. 23:** Produce all documents supporting or relating to your denial of Paragraph 32 of the Complaint.

**RESPONSE:** Navistar objects to this request on the basis that it is overly broad, unduly burdensome, and lacking in specificity. Subject to and without waiving these objections or the foregoing General Objections, Navistar states it will produce relevant, non-privileged documents related to Navistar's understanding of market conditions at the time Navistar entered into the Letter Agreement, to the extent such documents are in Navistar's possession, custody and control.

**REQUEST NO. 24:** Produce all documents supporting or relating to your denial of Paragraph 33 of the Complaint.

**RESPONSE:** Navistar objects to this request on the basis that it is overly broad, unduly burdensome, and lacking in specificity. Subject to and without waiving these objections or the foregoing General Objections, Navistar states that it will produce relevant, non-privileged documents related to the Letter Agreement, to the extent such documents are in Navistar's possession, custody

and control. Navistar further reiterates that the contents of the Letter Agreement, and both parties' obligations under the Letter Agreement, speak for themselves.

**REQUEST NO. 25:** Produce all documents supporting or relating to your denial of Paragraph 34 of the Complaint.

**RESPONSE:** Navistar objects to this request on the basis that it is overly broad, unduly burdensome, and lacking in specificity. Subject to and without waiving these objections or the foregoing General Objections, Navistar states that it will produce relevant, non-privileged documents related to the Letter Agreement, to the extent such documents are in Navistar's possession, custody and control. Navistar further reiterates that the contents of the Letter Agreement, and both parties' obligations under the Letter Agreement, speak for themselves.

**REQUEST NO. 26:** Produce all documents supporting or relating to your denial of Paragraph 36 of the Complaint.

**RESPONSE:** Navistar objects to this request on the basis that it is overly broad, unduly burdensome, and lacking in specificity. Subject to and without waiving these objections or the foregoing General Objections, Navistar states that it will produce relevant, non-privileged documents related to the timing of Navistar's delivery of the new tractors, to the extent such documents are in Navistar's possession, custody and control.

**REQUEST NO. 27:** Produce all documents supporting or relating to your denial of Paragraph 37 of the Complaint.

**RESPONSE:** Navistar objects to this request on the basis that it is overly broad, unduly burdensome, and lacking in specificity. Subject to and without waiving these objections or the foregoing General Objections, Navistar states it will produce relevant, non-privileged documents

related to Navistar's delivery of new tractors to GLS, to the extent such documents are in Navistar's possession, custody and control.

**REQUEST NO. 28:** Produce all documents supporting or relating to your denial of Paragraph 39 of the Complaint.

**RESPONSE:** Navistar objects to this request on the basis that it is overly broad, unduly burdensome, and lacking in specificity. Subject to and without waiving these objections or the foregoing General Objections, Navistar states it will produce relevant, non-privileged documents related to Navistar's delivery of new tractors to GLS, to the extent such documents are in Navistar's possession, custody and control.

**REQUEST NO. 29:** Produce all documents supporting or relating to your denial of Paragraph 42 of the Complaint.

**RESPONSE:** Navistar objects to this request on the basis that it is overly broad, unduly burdensome, and lacking in specificity. Subject to and without waiving these objections or the foregoing General Objections, Navistar states it will produce relevant, non-privileged documents related to Navistar's delivery of new tractors to GLS and related to Navistar's performance under the Letter Agreement, to the extent such documents are in Navistar's possession, custody and control.

**REQUEST NO. 30:** Produce all documents supporting or relating to Navistar's Affirmative Defense that GLS's "Complaint is barred by the doctrine of unclean hands."

**RESPONSE:** Navistar objects to this request on the basis that it is overly broad, unduly burdensome, and lacking in specificity. Subject to and without waiving these objections or the foregoing General Objections, Navistar states it will produce relevant, non-privileged documents related to when GLS signed the Letter Agreement, the applicable build schedule, and GLS's

knowledge of the delays in the applicable build schedule to the extent such documents are in Navistar's possession, custody and control.

**REQUEST NO. 31:** Produce all documents supporting or relating to Navistar's Affirmative Defense that GLS "was the first party to materially breach."

**RESPONSE:** Navistar objects to this request on the basis that it is overly broad, unduly burdensome, and lacking in specificity. Subject to and without waiving these objections or the foregoing General Objections, Navistar states it will produce relevant, non-privileged documents related to when GLS signed the Letter Agreement, the applicable build schedule, and GLS's knowledge of the delays in the applicable build schedule to the extent such documents are in Navistar's possession, custody and control.

**REQUEST NO. 32:** Produce all documents supporting or relating to Navistar's Affirmative Defense that GLS "failed to satisfy the conditions precedent to recovery."

**RESPONSE:** Navistar objects to this request on the basis that it is overly broad, unduly burdensome, and lacking in specificity. Subject to and without waiving these objections or the foregoing General Objections, Navistar states it will produce relevant, non-privileged documents related to when GLS signed the Letter Agreement, the applicable build schedule and orders submitted by GLS, and GLS's knowledge of delays in the applicable build schedule to the extent such documents are in Navistar's possession, custody and control.

**REQUEST NO. 33:** Produce all documents supporting or relating to Navistar's Affirmative Defense that GLS's Complaint is "barred by the doctrine of impossibility, impracticability and/or frustration of purpose."

**RESPONSE:** Navistar objects to this request on the basis that it is overly broad, unduly burdensome, and lacking in specificity. Subject to and without waiving these objections or the

13

foregoing General Objections, Navistar's states that it will produce relevant, non-privileged documents related to the challenging market conditions and historic supply chain issues, to the extent such documents are in Navistar's possession, custody and control.

**REQUEST NO. 34:** Produce all documents supporting or relating to Navistar's Affirmative Defense that GLS "failed to mitigate its damages."

**RESPONSE:** Navistar objects to this request on the basis that it is overly broad, unduly burdensome, and lacking in specificity. Subject to and without waiving these objections or the foregoing General Objections, Navistar's states that it will produce relevant, non-privileged documents related to Navistar's understanding of GLS's damages, to the extent such documents are in Navistar's possession, custody and control.

**REQUEST NO. 35:** Produce all documents related to the establishment, approval, prioritization, or modification of Navistar's production schedules for tractors at the Navistar assembly plant in Escobedo, Mexico for the time period from July 1, 2021 to December 31, 2022.

**RESPONSE:** Navistar objects to this request on the basis that it is overly broad, unduly burdensome, and lacking in specificity. Subject to and without waiving these objections or the foregoing General Objections, Navistar's states that it will produce relevant, non-privileged documents related to the build schedule, to the extent such documents are in Navistar's possession, custody and control.

**REQUEST NO. 36:** Produce all contracts, including dealer allocation contracts, entered into by Navistar providing for calendar year 2022 production slots at the Navistar assembly plant in Escobedo, Mexico.

**RESPONSE:** Navistar objects to this request on the basis that it is overly broad, unduly burdensome, and lacking in specificity. Navistar further objects to this request as calling for information that is irrelevant and not proportional to the needs of the case.

**REQUEST NO. 37:** Produce all documents supporting the contention in Navistar's section of the Rule 26(f) Joint Discovery Plan that "GLS did not sign the referenced Letter Agreement until May 18, 2022 and the purported 'production schedule' set forth in the April 8, 2022 letter was actually a build schedule based on available production and timely orders by the customer."

**RESPONSE:** Navistar objects to this request on the basis that it is overly broad, unduly burdensome, and lacking in specificity. Subject to and without waiving these objections or the foregoing General Objections, Navistar's states that it will produce relevant, non-privileged documents related to the parties execution of the Letter Agreement and Navistar's build schedule, to the extent such documents are in Navistar's possession, custody and control.

**REQUEST NO. 38:** Produce all documents supporting the contention in Navistar's section of the Rule 26(f) Joint Discovery Plan that "In other words, the tractors could not be built until GLS submitted its order to the relevant dealership and GLS knew the build schedule was already behind because it delayed ordering 555 of the tractors from the dealer until March of 2022."

**RESPONSE:** Navistar objects to this request on the basis that it is overly broad, unduly burdensome, and lacking in specificity. Subject to and without waiving these objections or the foregoing General Objections, Navistar's states that it will produce relevant, non-privileged documents related to the build schedule to the extent such documents are in Navistar's possession, custody and control.

**REQUEST NO. 39:** Produce all documents supporting the contention in Navistar's section of the Rule 26(f) Joint Discovery Plan that "Furthermore, the average residual sales price for Central

15

2018 International RH613 model tractors fluctuated based on OTB, mileage at the time of trade-in, and the tractors meeting full terms and conditions, all of which varied vehicle by vehicle."

**RESPONSE:** Navistar objects to this request on the basis that it is overly broad, unduly burdensome, and lacking in specificity. Subject to and without waiving these objections or the foregoing General Objections, Navistar's states that it will produce relevant, non-privileged documents related to Navistar's understanding of the tractor sale price and related market conditions, to the extent such documents are in Navistar's possession, custody and control.

**REQUEST NO. 40:** Produce all documents, agreements, and communications between Navistar, on the one hand, and Summit Holdings, Summit Truck Group, and/or Rush Enterprises regarding the July 13, 2021 letter agreement referenced at Paragraph 15 of the Complaint.

**RESPONSE:** Navistar objects to this request on the basis that it is overly broad, unduly burdensome, and lacking in specificity. Subject to and without waiving these objections or the foregoing General Objections, Navistar's states that it will produce relevant, non-privileged documents to the extent such documents are in Navistar's possession, custody and control.

**REQUEST NO. 41:** Produce all documents, agreements, and communications between Navistar, on the one hand, and Summit Holdings, Summit Truck Group, and/or Rush Enterprises regarding the sale or prospective sale of tractors to GLS or its affiliated entities for the time period from July 1, 2021 - December 31, 2022.

**RESPONSE:** Navistar objects to this request on the basis that it is overly broad, unduly burdensome, and lacking in specificity. Subject to and without waiving these objections or the foregoing General Objections, Navistar's states that it will produce relevant, non-privileged documents to the extent such documents are in Navistar's possession, custody and control.

Dated: February 5, 2024                    BARNES & THORNBURG LLP

*Scott R. Murphy*
Scott R. Murphy (P68015)
Anthony C. Sallah (P84136)
171 Monroe Ave. NW, Suite 1000
Grand Rapids, MI 49503
(616) 742-3930
smurphy@btlaw.com
asallah@btlaw.com
*Attorneys for Defendant Navistar Inc.*

17

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was e-mailed and mail on February 5, 2024 to the following:

Joseph E. Viviano (P60378)
Thomas J. Davis (P78626)
Marianne J. Grano (P82901)
KIENBAUM, HARDY, VIVIANO,
PELTON & FORREST, P.L.C.
48 South Main Street, Suite 2
Mt. Clemens, MI 48043
(586) 469-1580
jviviano@khvpf.com
tdavis@khvpf.com
mgrano@khvpf.com

Hamish P.M. Hume
BOIES SCHILLER FLEXNER LLP
1401 New York Ave. NW
Washington, DC 20005
(202) 274-1149
hhume@bsfllp.com

*Counsel for Plaintiff*

*Scott R. Murphy*
Scott Murphy (P68015)
*Counsel for Defendant Navistar Inc.*