# EXHIBIT C



KIENBAUM I HARDY
VIVIANO I PELTON I FORREST

280 N. Old Woodward
Suite 400
Birmingham, MI 48009
248.645.0000

48 S. Main Street
Suite 2
Mt. Clemens, MI 48043
586.469.1580
www.khvpf.com

July 8, 2024

*Via Email & U.S. Mail*

Scott R. Murphy
Anthony C. Sallah
Barnes & Thornburg LLP
171 Monroe Ave., N.W., Ste. 1000
Grand Rapids, MI 48905
smurphy@btlaw.com
asallah@btlaw.com

>    *Re:*   *GLS Leasco, Inc. et al. v Navistar, Inc.*
>            *Case No. 23-cv-12927*

Dear Counsel:

In review of Navistar's production, it appears that Navistar has produced some—but not all—of its weekly "Orders and Production Update" reports. See, e.g., NAV00084413. Similarly, Navistar's production included only some Sales, Marketing & Aftersales Weekly Bullets (*see, e.g.*, NAV00000478) and only some Integrated Business Planning Management Business Review presentations (*see, e.g.*, NAV00004778). Such documents are responsive to multiple Requests for Production, including Request for Production Nos. 2, 4, 5, 7, 8, 33, and 35.

No later than July 22, 2024, please produce a complete set of (1) all Navistar's final weekly "Orders and Production Update" reports from January 1, 2021 to September 30, 2023; (2) all Sales, Marketing & Aftersales Weekly Bullets from January 1, 2021 to September 30, 2023; and (3) all Integrated Business Planning Management Business Reviews from January 1, 2021 to September 30, 2023.

Very truly yours,

Thomas J. Davis

Thomas J. Davis

TJD/mrb

cc:    Joseph E. Viviano
       Marianne J. Grano

533283_2



KIENBAUM | HARDY
VIVIANO | PELTON | FORREST

280 N. Old Woodward
Suite 400
Birmingham, MI 48009
248.645.0000

48 S. Main Street
Suite 2
Mt. Clemens, MI 48043
586.469.1580
www.khvpf.com

July 11, 2024

*Via Email & U.S. Mail*

Scott R. Murphy
Anthony C. Sallah
Barnes & Thornburg LLP
171 Monroe Ave., N.W., Ste. 1000
Grand Rapids, MI 48905
smurphy@btlaw.com
asallah@btlaw.com

> Re:   ***GLS Leasco, Inc. et al. v Navistar, Inc.***
>        ***Case No. 23-cv-12927***

Scott:

We've identified three additional matters to address with respect to Navistar's document production.

*First*, it appears that on August 31, 2021, Navistar hosted a webinar regarding "important update[s]" on the "2022 order board." It is referred to in other documents that Navistar flagged as responsive to our Requests for Production. We haven't received any videos/webinars/etc., including this one. Such documents are responsive to Request for Production Nos. 2, 33, and 35. Please provide this webinar and any other responsive material like it.

*Second*, the document NAV00096102 contains a Dealer Cooperative Support Agreement between Navistar and Allegiance regarding Central Transport. It makes reference to terms incorporated from a "Program Policy." That policy does not appear to have been produced.

*Third*, some of the documents from Navistar's productions are illegible as black-and-white images. Accordingly, pursuant to Exhibit A to the parties' Stipulation Regarding ESI Production Specifications, we request that Navistar re-produce the following documents in native format:

- NAV00014025
- NAV00014763
- NAV00019567
- NAV00016642
- NAV00016608
- NAV00016468
- NAV00016616

Scott R. Murphy
Anthony C. Sallah
July 11, 2024
Page 2

- NAV00017105
- NAV00017121
- NAV00017763
- NAV00017810
- NAV00017844
- NAV00017864
- NAV00017918
- NAV00019644
- NAV00019686
- NAV00019690
- NAV00019698
- NAV00019707
- NAV00019841
- NAV00019849
- NAV00019877
- NAV00019905
- NAV00019974
- NAV00020047
- NAV00020263
- NAV00020810
- NAV00021707
- NAV00022859
- NAV00029884
- NAV00024153
- NAV00024752
- NAV00024762
- NAV00087222

Finally, we need to discuss the timeline for producing privilege logs. Please supplement Navistar's production by July 25, 2024 and give me some dates for a discussion on the privilege log issue.

Very truly yours,

Thomas J. Davis

TJD/mrb

cc:   Joseph E. Viviano
      Eric J. Pelton