# EXHIBIT D



171 Monroe Avenue, NW, Suite 1000
Grand Rapids, MI 49503-2694 U.S.A.
(616) 742-3930
Fax (616) 742-3999

www.btlaw.com

Scott R. Murphy
(616) 742-3930
smurphy@btlaw.com

July 22, 2024

**Via Email**

Thomas J. Davis
Kienbaum Hardy Viviano Pelton & Forrest, PLC
280 N. Old Woodward Ave
Birmingham, MI 48043

> RE: *GLS Leasco, Inc., et al. v. Navistar Inc.*, United States District Court for the Eastern District of Michigan, Case No. 23-cv-12927-MAG-APP

Dear Thomas:

We write in response to Plaintiff GLS Leasco, Inc.'s ("GLS") letters to Defendant Navistar, Inc. ("Navistar"), dated July 8, 2024 and July 11, 2024.

## I. Response to GLS's July 8, 2024 Letter

In GLS's July 8, 2024 letter, GLS indicated that it did not believe that Navistar's prior document productions included all weekly "Orders and Production Update" reports, all "Sales, Marketing & Aftersales Weekly Bullets", or all "Integrated Business Planning Management Business Review" presentations. We have identified at least 78 documents containing the reports referenced in your letter. During our search, we noticed that in some instances a report, such as the IBP Reviews, was not generated for a particular month – e.g., November 2021. However, this appeared to be due to the fact that the October edition was late and the December edition was early. Navistar has conducted a reasonable search and identified additional reports that it will provide in a supplemental production.

## II. Response to GLS's July 11, 2024 Letter

In GLS's July 11, 2024 letter, GLS identified three additional matters that warranted discussion regarding Navistar's document production. First, GLS indicated that it identified a webinar that Navistar hosted on August 31, 2021. This webinar was referred to in other previously produced documents. GLS requested any videos of this webinar and related webinars. Of note, it is Navistar's understanding that this August 31, 2021 webinar was not recorded and as such there is no video to produce. Navistar is verifying this, and will provide definitive confirmation. Navistar

Thomas J. Davis
July 22, 2024
Page 2

can also confirm whether any other webinars were indeed recorded if GLS can specify the dates of any other applicable webinars.

      Second, GLS requested that a "Program Policy" related to document NAV00096102 be produced. However, it is Navistar's understanding that is has already produced this policy but will produce another copy with its supplemental production.

      Third, GLS requested that some documents from Navistar's prior production be reproduced in native format. Those have already be reproduced in native format. The applicable information can be found at:

https://url.us.m.mimecastprotect.com/s/0Ak1C5yo1lHxOOj5Izid0T?domain=aspera02-us.ftitechnology.com

Password: mGFU5<cN801x

      Please contact me if you have further questions.

Regards,

BARNES & THORNBURG LLP

*/s/ Scott R. Murphy*

Scott R. Murphy

cc:    Joseph E. Viviano (jviviano@khvpf.com)
        Marianne J. Grano (mgrano@khvpf.com)
        Eric J. Pelton (epelton@khvpf.com)