# EXHIBIT A

*Proposed Motion to Exclude Expert Testimony of Michael N. Kahaian*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

GLS LEASCO, INC., and CENTRAL TRANSPORT LLC

                    Plaintiffs,

      v.

NAVISTAR, INC.

                    Defendant.

Civil Action No. 23-cv-12927

Hon. Mark A. Goldsmith

Magistrate Judge Anthony P. Patti

## DEFENDANT'S MOTION TO EXCLUDE THE OPINIONS OF PLAINTIFFS' DAMAGES EXPERT MICHAEL KAHAIAN

# TABLE OF CONTENTS

Page

**STATEMENT OF ISSUE PRESENTED** ....................................................III

**CONTROLLING OR MOST APPROPRIATE AUTHORITIES** ...................IV

**INTRODUCTION AND SUMMARY OF ARGUMENT** ...................................... 2

**BACKGROUND** ............................................................................................ 4

I.      THE PARTIES & PLAINTIFFS' CLAIMS........................................... 4

II.     KAHAIAN'S OPINIONS AND ASSUMPTIONS.................................... 6

        A.      Lost Resale Value .................................................................. 6

        B.      Excessive Costs....................................................................... 7

**LEGAL STANDARD** .................................................................................... 8

**ARGUMENT** ................................................................................................. 9

I.      KAHAIAN'S OPINIONS SHOULD BE EXCLUDED .................................. 9

        A.      Kahaian's Delivery Date Assumption Is Contradicted By The Facts
                And Plaintiffs' Theory Of The Case. .................................... 10

        B.      Kahaian's Resale Date Assumption Has No Evidentiary Basis and
                Is Contradicted By The Facts. ............................................... 12

                1.      *The Resale Date Assumption Has No Evidentiary Basis.*...... 12

                2.      *Evidence Directly Contradicts The Resale Date Assumption.* ... 14

        C.      Kahaian's Resale Price Assumption Is Unreliable.................. 16

                1.      *The Actual Sales And Offer Prices For Plaintiffs' Used Trucks
                        Undermines Kahaian's Resale Price Assumption.* .................. 17

                2.      *Kahaian Makes No Effort To Consider The Effect Of The Used
                        Trucks' Specifications And Characteristics On Price.* ............ 18

                3.      *Kahaian Does Not Control For The Price Effect Of A Bulk Sale
                        Of Hundreds Of Used Trucks.* ................................................ 19

D.     Kahaian Incredibly Calculates Damages For Used Trucks (1) Actually Resold And (2) Still Operated By Plaintiffs .................................. 20

**CONCLUSION** .......................................................................................... 21

CERTIFICATE OF CONFERENCE ............................................................. 22

CERTIFICATE OF SERVICE ....................................................................... 23

LOCAL RULE CERTIFICATION ................................................................. 24

## STATEMENT OF ISSUE PRESENTED

Whether the Court should exclude the opinions of Mr. Michael Kahaian, the damages expert for Plaintiffs GLS Leasco, Inc. ("GLS") and Central Transport LLC ("Central"), under Federal Rule of Evidence 702 because Plaintiffs cannot demonstrate by a preponderance of the evidence that Kahaian's testimony is based on sufficient facts or data, derives from reliable principles and methods, or reflects a reliable application of the principles and methods to the facts of the case.

## CONTROLLING OR MOST APPROPRIATE AUTHORITIES

1. Federal Rule of Evidence 702 ...................................................................iii, iv, 4, 8

2. *Daubert v. Merrell Dow Pharms., Inc.*,
   509 U.S. 579, 589-590 (1993) ............................................................... iv, 9

3. *Rondigo, L.L.C. v. Casco Twp.*,
   537 F. Supp. 2d 891 (E.D. Mich. 2008) ............................................... iv, 4

# <u>TABLE OF AUTHORITIES</u>

**Page(s)**

## Cases

*Bowlers' Alley, Inc. v. Cincinnati Ins. Co.*,
Case No. 13-138044, 2015, WL 3441155 (E.D. Mich. May 28, 2015) ..................... 16

*Daubert v. Merrell Dow Pharms., Inc.*,
509 U.S. 579, 589-590 (1993) ................................................................................. iv, 8

*Ellipsis, Inc. v. The Color Works, Inc.*,
428 F. Supp. 2d 752 (W.D. Tenn. 2006) .................................................................. 9, 14

*Endless River Techs., LLC v. TransUnion, LLC*,
Case Nos. 23-3087/3144, 2025 WL 233659 (6th Cir. Jan. 17, 2025) ................. 11, 17

*Finkelman v. Nat'l Football League*,
810 F.3d 187 (3d Cir. 2016) .......................................................................................... 19

*Jordan v. Menjoulet*,
Case No. 13-13804, 2023 WL 2746795 (E.D. Mich. Mar. 31, 2023) ......................... 8

*Multimatic, Inc. v. Faurecia Interior Sys. USA, Inc.*,
358 F. App'x 643 (6th Cir. 2009) ......................................................................... 8, 9, 14

*Newburgh/Six Mile Ltd. P'ship II v. Adlabs Films USA, Inc.*,
724 F. Supp. 2d 740 (E.D. Mich. 2010) ..................................................................... 21

*Rondigo, L.L.C. v. Casco Twp.*,
537 F. Supp. 2d 891 (E.D. Mich. 2008) ................................................................... iv, 3

*Rose v. Truck Centers, Inc.*,
388 F. App'x. 528 (6th Cir. 2010) .......................................................................... 9, 10

*Universal Coin & Bullion, Ltd. v. Fed. Express Corp.*,
No. 2:12-cv-2778-SHM-dkv, 2015 WL 12001264 (W.D. Tenn. June
30, 2015) ....................................................................................................................... 13

*Williams v. Syphan*,
Case No. 22-3222, 2023 WL 1305084 (6th Cir. Jan. 31, 2023) .................................. 9

**Other Authorities**

Federal Rule of Evidence 702....................................................................iii, iv, 4, 8

Local Rule 5.1(a) ............................................................................................. 24

Local Rule 7.1(d)(3) ........................................................................................ 24

## INTRODUCTION AND SUMMARY OF ARGUMENT

This case revolves around a letter agreement executed in May 2022 between Defendant Navistar, Inc. and Plaintiff GLS ("Letter Agreement"). Plaintiffs assert Navistar promised under the Letter Agreement to deliver model-year 2023 trucks ("New Trucks") on a specified timeframe and that Navistar failed to do so. Plaintiffs allege they consequently lost the opportunity to re-sell 630 of their older model-year 2018 trucks ("Used Trucks") in a favorable market. Plaintiffs engaged Michael Kahaian to quantify the value of that supposed lost opportunity. Although Navistar disputes that Plaintiffs can establish their claim, *see* ECF Nos. 36, 50, this motion focuses on Kahaian's unreliable and inadmissible damages calculations.

Kahaian's damages calculations are built on three flawed assumptions (collectively, the "Flawed Assumptions"): (1) the Letter Agreement obligated Navistar to deliver the New Trucks in April, May, and June 2022 (the "Delivery Date Assumption"); (2) Plaintiffs would have resold Used Trucks in a one-to-one ratio in the same month as New Trucks were delivered (the "Resale Date Assumption")[1]; and (3) Plaintiffs would have received the average of auction and retail sales prices for used trucks sold in individual transactions during those months when selling the Used Trucks (the "Resale Price Assumption").

---

[1] Kahaian assumes the parties contracted for the delivery of 330 Used Trucks in June but that GLS would have sold only 294 Used Trucks that same month, excluding stolen and scrapped Used Trucks. Kahaian Dep. at pp. 104:16–21, attached as Exhibit A.

Kahaian commits critical errors at each step of his analysis:

*First*, Kahaian's Delivery Date Assumption conflicts with the Letter Agreement (which contains no such promise), the facts (the Letter Agreement was not fully executed until May 18), and even Plaintiffs' case theory (Plaintiffs have now disavowed any delivery obligation in April or May).

*Second*, Kahaian's Resale Date Assumption has no basis in the record and is definitively contradicted by the facts: Plaintiffs sold only 30 Used Trucks by June 2022 despite receiving 114 New Trucks by then.

*Third*, Kahaian's Resale Price Assumption is significantly higher than the price Plaintiffs sold Used Trucks in May and June 2022. Kahaian also considered no factor or characteristic of Plaintiffs' Used Trucks that could cause them to sell for less than the "average" price on which he relies. And Kahaian's entire model depends on Plaintiffs flooding the market with a bulk transaction of six-hundred-plus trucks—but he does nothing to account for the effect such a transaction would have on price.

*Fourth*, Kahaian then compounds his errors by including damages for Used Trucks (1) sold during May and June 2022 and (2) that Plaintiffs chose not to sell at all and continue to operate to this day.

This is not the first time Kahaian has relied on unsupported assumptions—his opinions have been excluded for that exact reason before. In *Rondigo, L.L.C. v. Casco Twp.*, 537 F. Supp. 2d 891, 895 (E.D. Mich. 2008), the court found that "[s]everal of the factual foundations and resulting extrapolations in [Kahaian's] report are fundamentally

3

flawed or unsupported, and result in the unprincipled application of this otherwise reliable methodology to the facts of this case."

Here again, the facts directly contradict Kahaian's assumptions, and Kahaian's damages calculations should be excluded under Federal Rule of Evidence 702.

## BACKGROUND

### I.   THE PARTIES & PLAINTIFFS' CLAIMS

Navistar sells trucks and buses, as well as engines and other components for those vehicles.  *See* ECF No. 29, PageID.248 ¶ 11.  Plaintiffs are two corporate affiliates in the business of hauling freight, and GLS often buys trucks that it leases to Central for use in Central's business.  *Id.*

On May 18, 2022, GLS executed the Letter Agreement for the manufacture of 1,100 New Trucks.  Letter Agreement, attached as <u>Exhibit B</u>.  Navistar had prepared a draft of the agreement in February 2022, which stated, "based on available production at the time," Navistar could build new trucks on the following schedule:

| New Truck Delivery – based on available production at the time of this letter. | | | |
|---|---|---|---|
| **New Truck Build Month** | **RH New Truck Builds** | **LT New Truck Builds** | **Trades** |
| January | 42 | | 0 |
| February | 32 | | 0 |
| March | 342 | | 0 |
| April | 42 | 300 | 0 |
| May | 3 | 339 | 0 |
| June- Spillover month | | | 0 |
| **Total** | **461** | **639** | **0** |

*Id.*  The parties continued negotiating terms, and Navistar signed an updated draft of the letter agreement, which still featured the above schedule, on April 8.  GLS executed the Letter Agreement over a month later on May 18.

In bringing this suit, Plaintiffs originally alleged that the available build schedule in the Letter Agreement they entered on May 18 required Navistar to deliver New Trucks based on the Delivery Date Assumption (*i.e.*, that Navistar contracted to deliver New Trucks in April, May, and June 2022).  *Id.* ¶ 37.[2]  Plaintiffs have since abandoned that assumption, arguing instead that Navistar contracted to deliver the 630 New Trucks "by the end of June 2022."  ECF No. 55, PageID.1893 ¶ 43.

According to Plaintiffs, GLS planned to lease 630 of the New Trucks to Central for its trucking business, allegedly allowing GLS to immediately sell an equal number of Used Trucks.  ECF No. 29, PageID.252 ¶ 28.  Plaintiffs allege that Navistar's failure to deliver all New Trucks by the end of June prevented Plaintiffs from selling the Used Trucks "in a historically strong used tractor market" and caused them to incur maintenance and other expenses for continued use of the Used Trucks.  ECF No. 55, PageID.1894 ¶¶ 52–53.

---

[2] The Letter Agreement contemplated that Navistar would produce 1,100 model-year 2023 trucks, but only 630 of those trucks are at issue in this litigation.  ECF No. 29, PageID.253 ¶ 29.  There is no dispute that Navistar ultimately delivered every New Truck contemplated under the Letter Agreement. *Id.* at PageID.256 ¶ 39.

## II.    KAHAIAN'S OPINIONS AND ASSUMPTIONS

Kahaian is an accountant who has never worked for a trucking company and has no experience assessing what influences buyers of used semi-trucks.  Am. Kahaian Rpt., ¶ 5, attached as Exhibit C; *see id.* Rept. Ex. B; Kahaian Dep. at p. 20:3–10, Ex. A. Nevertheless, he purports to quantify two measures of damages here, Lost Resale Value and Excessive Costs, both of which are based on some or all of the Flawed Assumptions and thus should be excluded.

### A.    Lost Resale Value

Kahaian's first measure of damages supposedly reflects Plaintiffs' inability to capitalize on the purported April – June 2022 "strong" resale market ("Lost Resale Value").  Am. Kahaian Rpt., ¶¶ 28–35, Ex. C.  Kahaian calculates Lost Resale Value by (1) first calculating what he purports to be the "Expected Resale Value" of the New Trucks and then (2) subtracting what he describes as the "Actual Resale Value" to arrive at a "Lost Resale Value" of around $24.8 million.

*Expected Resale Value*.  To calculate Expected Resale Value, Kahaian uses the Delivery Date and Resale Date Assumptions to arrive at an "expected month of sale." He then applies the Resale Price Assumption—that in any given month the Used Trucks would have been resold at a price equal to the monthly average of market price

and auction price for trucks with 400,000 miles—and multiplies the resulting price by the number of Used Trucks he assumed would have been sold each month.

Kahaian's chart illustrating his "Expected Resale Value" calculations is below:

| | Month | Number of Units | | Market Value RH 400K Miles [c] [d] | | Expected Resale Value Per Unit [e] | Expected Resale Value |
|---|---|---|---|---|---|---|---|
| | | Expected Delivery Month [a] | Expected Month of Sale [b] | Auction | Market | | |
| 1 | 11/30/2021 | - | - | $ 52,745 | $ 68,471 | $ 60,608 | $ - |
| 2 | 12/31/2021 | - | - | 56,032 | 71,900 | 63,966 | - |
| 3 | 1/31/2022 | - | - | 59,315 | 75,570 | 67,443 | - |
| 4 | 2/28/2022 | - | - | 61,723 | 78,709 | 70,216 | - |
| 5 | 3/31/2022 | - | - | 62,397 | 80,395 | 71,396 | - |
| 6 | 4/30/2022 | 75 | 75 | 61,057 | 80,094 | 70,575 | 5,293,147 |
| 7 | 5/31/2022 | 225 | 225 | 58,114 | 77,865 | 67,989 | 15,297,626 |
| 8 | 6/30/2022 | 330 | 294 | 54,340 | 74,321 | 64,330 | 18,913,127 |

Am. Kahaian Rpt., Rpt. Ex. D, Schedule 2, Ex. C; *see also id.* at ¶ 21.

*Actual Resale Value*.  To determine "Actual Resale Value," Kahaian adds together the total sales for any Used Trucks actually sold, offers for six unsold Used Trucks, and the **auction price** (not the average of the auction and market prices) as of February 2, 2025, for all other unsold Used Trucks.  Am. Kahaian Rpt., ¶¶ 36–39, Ex. C.

## B.  Excessive Costs

Kahaian devotes just three paragraphs of his report to his second measure of damages: purported losses from supposed additional maintenance and fuel costs incurred because the Used Trucks were not immediately sold in April – June 2022 ("Excessive Costs").  Am. Kahaian Rpt., ¶¶ 41–43, Ex. C.  Kahaian incorporates his Delivery Date Assumption and Resale Date Assumption—that GLS would have sold the Used Trucks in the same month that the New Trucks were delivered—into his

Excessive Costs opinion, theorizing that maintenance and fuel costs incurred in operating the Used Trucks after June 2022 are "damages." *See id.* He estimates them to equal $2.17 million. *See id.*

## LEGAL STANDARD

Under Rule 702, Plaintiffs have the burden to prove that Kahaian's opinions a) "will help the trier of fact to understand the evidence or to determine a fact in issue"; b) are based on "sufficient facts or data"; c) are the "product of reliable principles and methods"; and d) "reflect[] a reliable application of the principles and methods to the facts of the case." Fed. R. Evid. 702. These are "critical questions" of "admissibility"—not merely "of weight." Fed. R. Evid. 702 advisory committee's note to 2023 amendments. Courts should thus exclude damages opinions that lack reliable or relevant bases, including those that rely on faulty assumptions. *See, e.g., Jordan v. Menjoulet*, Case No. 13–13804, 2023 WL 2746795, at *7 (E.D. Mich. Mar. 31, 2023) (Goldsmith, J.) ("Because [the expert] provides no explanation for this opinion, the Court will exclude this testimony.") (citing *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579, 589-590 (1993); *Multimatic, Inc. v. Faurecia Interior Sys. USA, Inc.*, 358 F. App'x 643, 654 (6th Cir. 2009) (excluding expert opinion where expert did not reliably apply economic principles).

## ARGUMENT

## I.   KAHAIAN'S OPINIONS SHOULD BE EXCLUDED

Kahaian's opinions are littered with the types of problems courts regularly find render expert opinions unreliable and inadmissible: assumptions with either no basis in fact at all, or based solely on Plaintiffs' bare assertions. *See Williams v. Syphan*, Case No. 22-3222, 2023 WL 1305084, at *3 (6th Cir. Jan. 31, 2023) (every expert, for each opinion, must explain "how and why [he or she] reached a particular result"); *Multimatic, Inc.*, 358 F. App'x. at 654 ("Experts may not assume facts without some support for those assumptions[.]"); *Ellipsis, Inc. v. The Color Works, Inc.*, 428 F. Supp. 2d 752, 761 (W.D. Tenn. 2006) (expert's report unreliable where, among other things, he "predicted a growth [in the relevant market] without any specific basis for such an assumption"). Worse still, record evidence and Plaintiffs' own theory of their case directly contradict many of Kahaian's Flawed Assumptions. *See Rose v. Truck Centers, Inc.*, 388 F. App'x. 528, 535 (6th Cir. 2010) (an expert's conclusion is unreliable where it is based on an assumption contradicted by the evidence).

Because these Flawed Assumptions permeate both Kahaian's Lost Resale Value and Excessive Costs opinions, both must be excluded.

### A. Kahaian's Delivery Date Assumption Is Contradicted By The Facts And Plaintiffs' Theory Of The Case.

Kahaian's Delivery Date Assumption—that Navistar contracted to deliver New Trucks in April, May, and June 2022—does not square with (1) the facts of the case; (2) the text of the Letter Agreement; or (3) Plaintiffs' current theory of the case.

First, GLS did not sign the Letter Agreement until May 18, 2022. Letter Agreement at p. 4, Ex. B. It is impossible for it to impose an obligation to deliver New Trucks ***in the past*** in April and most of May given this timing.

Second, the Letter Agreement contains no promise to deliver trucks on any schedule. Instead, it outlines International's then-current ***production*** capacity and available **"*build months*.**" Letter Agreement at p. 2, Ex. B (emphasis added). But Plaintiffs' own witnesses testified that a "build month" is different from a delivery date. Blain Dep. at 175:23–25, attached as Exhibit D (testifying the build month is distinct from the delivery month); Perkins Dep. at p. 105:9–22, attached as Exhibit E (estimating two to four weeks between the estimated build date and estimated delivery date); Lollis Dep. at pp. 271:15–272:17, attached as Exhibit F (confirming a distinction between the delivery and production build date). There is simply no contractual commitment to deliver vehicles in April, May, and June and, without that, Kahaian's calculation is untethered to the facts of the case. *Rose*, 388 F. App'x at 535 (excluding expert's opinion where photo evidence directly contradicted expert's assumption).

Kahaian tries to justify his opinion by assuming that delivery should occur 30 days after production. Even if that were true, a truck built in April would then be delivered at the earliest in *May*, so the assumption does not justify Kahaian's methodology. In any event, Kahaian testified that the only basis for the 30-day assumption was his client's say so. Of course, that is insufficient. *E.g.*, *Endless River Techs., LLC v. TransUnion, LLC*, Case Nos. 23-3087/3144, 2025 WL 233659, at *8 (6th Cir. Jan. 17, 2025) (finding damages calculation unreliable where expert simply relied on profit projections from client without independent verification).

Third, in light of the above facts, Plaintiffs no longer argue that the Letter Agreement required deliveries in April or May. Instead, to survive summary judgment, Plaintiffs only now contend the Letter Agreement required delivery "by the end of June 2022." ECF No. 55, PageID.1893 ¶ 43. This directly contradicts Kahaian's assumption that the Letter Agreement promised delivery of 75 New Trucks in April and 225 in May. Indeed, according to Plaintiffs' new theory, there should be no damages at all for the *114* trucks delivered by June 2022. Kahaian's opinions, therefore, are not tethered to the facts of the case even as Plaintiffs present them. *Endless River Techs., LLC*, 2025 WL 233659, at *8 (excluding expert's lost profit calculations as "not 'sufficiently tied' to the facts of th[e] case" where expert did not measure damages based on the appropriate date).

11

## B.   Kahaian's Resale Date Assumption Has No Evidentiary Basis and Is Contradicted By The Facts.

Kahaian's Resale Date Assumption—that GLS would have sold the Used Trucks in the same month that the New Trucks were delivered—is also flawed: (1) it has no reliable evidentiary basis; and (2) record evidence flatly contradicts it.

### 1.   *The Resale Date Assumption Has No Evidentiary Basis.*

In supporting his Resale Date Assumption, Kahaian cites (1) information he claims reflects a strong resale market without trying to connect that to **GLS's** ability to sell the Used Trucks in April, May, and June 2022; and (2) uncorroborated discussions with GLS that he neither explains nor tests.  Am. Kahaian Rpt., ¶¶ 33–34, Ex. C.  Neither basis comes close to supporting Kahaian's assumption.

First, Kahaian relies on information in the four footnotes (23–26) to paragraph 34 of his report, but none of it supports that GLS could have and would have sold every Used Truck in the same month the New Trucks were delivered.

The materials cited in footnotes 24 and 26 simply provide estimates for the mileage of Central MY2018 Trucks and purport to identify factors contributing to increased tractor prices generally.  Am. Kahaian Rpt., ¶ 34 n.24, 26, Ex. C.

In footnote 25, Kahaian cites a chart in a previous July 2021 Agreement between GLS and Navistar.  The July 2021 Agreement between Navistar, GLS, and Summit Truck Group (Navistar's dealer representative) stated that Navistar would supply 1,100 model-year 2023 trucks and that GLS would have the "option to turn in" 1,046 used

12

trucks.   ECF No. 29, PageID.250 ¶ 19; Am. Kahaian Rpt., ¶¶ 16–17, Ex. C.[3]   As Kahaian describes, the July 2021 Agreement shows an agreement to have "the same number of units delivered and ***traded*** within a given month." Am. Kahaian Rpt., ¶ 34 n.25, Ex. C (emphasis added).   But that Navistar agreed to take units on ***trade*** in the same month it would deliver them to Plaintiffs under an entirely different contract has no bearing on Plaintiffs' ability to make ***bulk sales*** in an open market over a year later.

Finally, in footnote 23, Kahaian points to one slide of a 26-page Navistar slide deck concerning "inventory aging" of Navistar trucks for twelve months ending in March 2022.  *See* (NAV000019861), at p. 13, attached as <u>Exhibit G</u>.  This slide relates to Navistar's sale of trucks, not sales by private fleets like Plaintiffs.  And, more to the point, the slide does not contain any information on the typical time between purchase and resale.  When asked to explain how the slide supported his opinion, Kahaian merely parroted back the slide's text and baldly stated it showed "the market . . . was a lot higher than it was [] previous."  Kahaian Dep., at pp. 147:7–148:6, 152:11–20, Ex. A. That does not support the assumption that GLS could have sold the Used Trucks one-to-one the same month New Trucks came in.

Even viewing the four footnotes together, the "information and data" Kahaian cherry-picks has no bearing on his assumption.  And courts in the Sixth Circuit have excluded experts' similarly flawed calculations.  *See, e.g.*, *Universal Coin & Bullion, Ltd. v.*

---

[3] The Letter Agreement superseded the July 2021 Agreement.  *See* Letter Agreement, at 1, Ex. B.

*Fed. Express Corp.*, No. 2:12-cv-2778-SHM-dkv, 2015 WL 12001264, at *7–8 (W.D. Tenn. June 30, 2015) (data reflecting increased demand for gold cannot support expert's conclusion regarding projected sales where plaintiff primarily sold rare coins).

Second, Kahaian also claims to rely on unrecorded "review or discussions with [GLS and Central]" to support his same-month sale assumption. *See,* Kahaian Dep., at p. 126:8–12, Ex. A; Am. Kahaian Rpt. ¶ 33 & n.22, Ex. C. But when pressed for details, he could not provide **any** reliable details about these supposed "discussions." Kahaian instead was vague and non-specific, and simply stated he had "a number of conversations" but he "do[esn't] know which one," only that he "would have had that discussion." *See* Kahaian Dep., at p. 143:12–16, Ex. A. He also speculated that his assumption came from the testimony of Ms. Brianne Perkins, Central's Fleet Manager, *see id.* at 145:7-15, but Perkins said nothing about the timeline of Used Truck sales as compared to delivery, and Kahaian points to none. *See* Perkins Dep., at pp. 91:15–92:4, Ex. E. Nor did any other Plaintiff representative.

### 2. *Evidence Directly Contradicts The Resale Date Assumption.*

Record evidence that Kahaian ignores also flatly contradicts his Resale Date Assumption. An expert's opinion is unreliable if he fails to "analyze many other factors" than those considered "that would affect" his supposed analysis. *Ellipsis, Inc.*, 428 F. Supp. 2d at 761; *see also Multimatic, Inc.*, 358 F. App'x at 654 (expert's "utterly

14

speculative" lost profits award properly excluded where expert failed to consider historical data or other contributing factors in his profits estimate).

Kahaian ignores that GLS's actual sales data definitively proves that Plaintiffs did ***not*** sell a Used Truck in the same month Navistar delivered each New Truck. For example:

- GLS received 114 New Trucks by June 2022 but sold only 30 Used Trucks by then;

- GLS received 74 New Trucks in July 2022 but sold none that month; and

- GLS received 90 New Trucks in August 2022 but sold only 21 Used Trucks that month.

Am. Kahaian Rpt., Ex. C; Ex. F, at pp. 1–4; Hosfield Rebuttal Rpt. at 19, attached as Exhibit H. Just as glaringly, despite all New Trucks having been delivered by May 2023, Plaintiffs still have not sold (and continue to use) 166 Used Trucks to this day, over two years later. Blain Dep., at p. 323:7–21, Ex. D (testifying GLS continues to operate unsold Used Trucks and they continue to generate revenue).

Kahaian nowhere accounts for these facts. Instead, he repeatedly testified that the "inventory numbers [of the delivered New Trucks] were not high enough" for GLS to sell its Used Trucks; that is, Kahaian claims that if all New Trucks were delivered in April, May, and June 2022, Plaintiffs could have made a single bulk sale of Used Trucks in those same months. *See, e.g.*, Kahaian Dep., at pp. 88:5–20, 138:20–21, Ex. A. But Kahaian could not identify any specific, reliable record evidence to back up his assertion

and admitted he was "not aware of conversations" with any potential buyers for all 630 Used Trucks. *See id.* at p. 96:13–21.

In fact, GLS' President Mr. Blain testified that they "were advertising and started the advertising in ***April*** for more of ***a retail, smaller lot perspective***." Blain Dep., at 257:12–258:9 (further testifying a "smaller lot" "could be 20 trucks") (emphasis added), Ex. D. Plaintiffs thus had made the decision to try to sell smaller, 20-truck lots before GLS even executed the Letter Agreement in May 2022. And if GLS could only sell 30 Used Trucks in May and June despite the delivery of 114 New Trucks, there is simply no basis to assume GLS would have sold any additional Used Trucks had more New Trucks been delivered in April, May, or June.

Kahaian's Resale Date Assumption lacks any basis in and is contradicted by the record facts, rendering Kahaian's methodology unreliable and excludable. *Bowlers' Alley, Inc. v. Cincinnati Ins. Co.*, No. 13–13804, 2015 WL 3441155, at *6–8 (E.D. Mich. May 28, 2015) (excluding expert's opinion on the cause of overhead lighting fixtures failure because he did not verify his assumptions, disregarded contradictory testimony, and did not examine the light fixtures).

### C. Kahaian's Resale Price Assumption Is Unreliable.

Kahaian's Resale Price Assumption—that Plaintiffs could have sold the Used Trucks at a price equal to the monthly average of market price and auction price for trucks with 400,000 miles—ignores: (1) the actual prices at which Plaintiffs sold Used Trucks; (2) the differences between Plaintiffs' Used Trucks and the "average" truck;

and (3) the fact that flooding the market with a "bulk order" of hundreds of additional trucks would inevitably lower the market price and the price Plaintiffs could receive for the Used Trucks.

> 1.   *The Actual Sales And Offer Prices For Plaintiffs' Used Trucks Undermines Kahaian's Resale Price Assumption.*

Kahaian assumes that Plaintiffs would have sold 75 Used Trucks in April for $70,575 each, 225 Used Trucks in May for $67,989 each, and 294 Used Trucks in June for $64,330 each.  Am. Kahaian Rpt., at Rpt. Ex. D, Schedule 2, Ex. C.  In making that assumption, Kahaian ignores that, for example, on May 9 and May 13 Plaintiffs sold five Used Trucks for only $60,000.  *Id.* at Rpt. Ex. E, Ex. C.  Again in June, State Line Truck Sales offered to pay $60,000 for 200 Used Trucks in an arm's length transaction. *See* Hanvey Dep. at 85:11–96:18, attached as <u>Exhibit I</u>; *see id.*, at Dep. Ex. D-70.

Kahaian tried to explain away his choice to ignore that critical data by asserting the monthly average price of "auction and market values for [2018 used trucks]" from Truck Paper is "empirical data" from an "independent source" and that he used a "consistent methodology" (*i.e.*, using a monthly average of auction and market values for 2018 used trucks) to arrive at his "Expected Resale Value."  Kahaian Dep., at pp. 159:17–160:14, Ex. A.  But the actual sales prices GLS received for Used Trucks are also "empirical" and apply to the exact type of Used Trucks Plaintiffs owned, maintained in the exact way Plaintiffs maintained them, and sold into the exact market Plaintiffs sell into.  *See Endless River Techs.*, 2025 WL 233659, at *8 (expert's profit

projection unreliable given the "stark gap between the profit projection's estimates and the Quote Exchange's real-world earnings").

        2.    *Kahaian Makes No Effort To Consider The Effect Of The Used Trucks' Specifications And Characteristics On Price.*

Kahaian's methodology also turns a blind eye to several factors that make market-wide averages unreliable. Kahaian admitted he did not consider factors that impact a buyer's willingness to buy a used semi-truck like the truck's condition, features, and specifications. *See* Kahaian Dep., at 177:19–178:13, Ex. A (admitting he did not account for these factors); Hosfield Rebuttal Rpt., at p. 20, Ex. H (citing Stinsa Dep. at 44) (noting Kahaian disregarded the many undesirable features of the Used Trucks, including "the A26 engine, manual transmission, steel wheels, yellow color, enormous package size for day cabs, and Central's poor reputation for maintenance").

Instead, Kahaian considered only two datapoints: the month of hypothetical sale and truck mileage. *See* Kahaian Dep., at pp. 173:18–175:12, 177:19–178:13, Ex. A. But rather than look at the actual odometer readings of the Used Trucks—which was available to him—he opted instead to assume each Used Truck had logged 400,000 miles. Am. Kahaian Rpt., ¶ 34, Ex. C. Recognizing this failure, Kahaian asserted that there was not a "material difference" in mileage of the Used Trucks, but failed to explain how or why. Kahaian Dep., at p. 162:1–23, Ex. A.

3.   *Kahaian Does Not Control For The Price Effect Of A Bulk Sale Of Hundreds Of Used Trucks.*

To mask other failings of his assumptions, Kahaian asserts Plaintiffs were not selling Used Trucks in a one-to-one ratio with deliveries of New Trucks by speculating that, if Navistar had delivered all the New Trucks in April, May, and June, Plaintiffs would have sold all 630 of their Used Trucks in a single bulk sale.

Fundamental laws of supply and demand show that Kahaian's assumptions are irreconcilable.  *See, e.g., Finkelman v. Nat'l Football League*, 810 F.3d 187, 200 (3d Cir. 2016) (noting that "an increase in supply leads to lower prices").  First, a large injection of supply into the market would lower the market price.  Second, a bulk sale would have lowered the price that Plaintiffs received for two reasons: the expected "volume" discount, and the fact that a wholesale buyer would buy for resale and need to buy at a price that would allow it to profit on its resale of individual trucks.  Thus, even if Kahaian's Resale Price Assumption was a reliable way to estimate the price of a single incremental Used Truck sale (it is not for the reasons in Section C, above), it is divorced from what Kahaian is purportedly calculating (the price in a massive bulk sale).[4]

---

[4] Kahaian's "bulk sale" theory also conflicts with his expectation that some sales would have happened in April, some in May, and some in June.  If Plaintiffs were going to sell the Used Trucks in a bulk sale, they could only have done so after all the New Trucks were delivered in June.

### D.    Kahaian Incredibly Calculates Damages For Used Trucks (1) Actually Resold And (2) Still Operated By Plaintiffs

Kahaian makes two additional errors that undermine the reliability of his calculations for both Lost Resale Value and Excessive Costs damages.

First, Kahaian includes damages for about thirty Used Trucks that Plaintiffs *in fact sold in May and June 2022*. Kahaian Dep., at p. 79:11–21, Ex. A (testifying his damages calculation includes trucks sold in May and June because Plaintiffs "didn't achieve the full amount"). At the outset, sales of these trucks were—according to Plaintiffs' theory—enabled by Navistar's delivery of New Trucks in those months. And at summary judgment, Plaintiffs argued only that delivery was required by June. So there can be no liability for New Trucks delivered before then and thus no Lost Resale Value damages stemming from their delivery. In any event, for Used Trucks sold in May and June 2022, there is no basis to hypothesize about the price at which they "would" have sold for in that time. The actual sales price that Plaintiffs received is the sales price they "would" have received, and there can be no damages for such trucks.

Second, Kahaian also includes damages for the 166 remaining Used Trucks still in service and operated by Plaintiffs, in the form of both Lost Resale Value and Excessive Costs damages. But these are trucks that Plaintiffs simply chose to operate instead of resell, and thus could not give rise to "lost" resale damages. Although Kahaian suggests Plaintiffs would have sold these Used Trucks if Navistar had delivered all the New Trucks in April, May, and June 2022, this contention is again belied by the

fact Plaintiffs did receive 114 New Trucks by June 2022 but only resold 30 Used Trucks. And there is simply no credible evidence that Plaintiffs could not have resold any of those Used Trucks in the two years since Navistar completed delivery of them.  In any event, even if all of Kahaian's contentions were true, he fails to account for the lease revenue Plaintiffs have earned from these Used Trucks in the past three years (which they could not have earned if the Used Trucks had been resold).  *See, e.g., Newburgh/Six Mile Ltd. P'ship II v. Adlabs Films USA, Inc.*, 724 F. Supp. 2d 740, 756 (E.D. Mich. 2010) (landlord's damages award reduced by operational reserves and gross profits incurred by operating the premises despite tenant's breach).

## CONCLUSION

For all these reasons, Defendant respectfully requests that the Court exclude Kahaian from offering his opinions here.

Respectfully submitted,

Dated: August 18, 2025
By  /s/  Scott R. Murphy
    Scott R. Murphy (P68015)
    BARNES & THORNBURG LLP
    Scott R. Murphy (P68015)
    Anthony C. Sallah (P84136)
    171 Monroe Ave. NW, Suite 1000
    Grand Rapids, MI 49503
    616-742-3930
    smurphy@btlaw.com
    asallah@btlaw.com

    *Attorneys for Defendant Navistar, Inc. n/k/a International Motors LLC*

**CERTIFICATE OF CONFERENCE**

I certify that on April 3, 2025 movants put Plaintiffs and the Court on alert that they intended to file this motion. On August 18, 2025 movants conferred by phone with counsel for Plaintiffs who stated that they are opposed to this motion.

/s/ *Scott R. Muprhy*
Scott R. Murphy

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

*/s/ Scott R. Murphy*
Scott R. Murphy

## LOCAL RULE CERTIFICATION

I, Scott R. Murphy, certify that this document complies with Local Rule 5.1(a), including: double-spaced (except for quoted materials and footnotes); at least one inch margins on the top, sides, and bottom; consecutive page numbering; and type size of all text and footnotes that is no smaller than 10-1/2 characters per inch (for non-proportional fonts) or 14 point (for proportional fonts).  I also certify that it is the appropriate length.  Local Rule 7.1(d)(3).

/s/ Scott R. Murphy
Scott R. Murphy

24

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GLS LEASCO, INC. and CENTRAL
TRANSPORT LLC,

        Plaintiffs,                      Case No. 23-cv-12927

v.                                    Hon. Mark A. Goldsmith

NAVISTAR, INC.,               Magistrate Judge Anthony P. Patti

        Defendant.

---

# APPENDIX
# INDEX OF EXHIBITS

| | |
|---|---|
| Exhibit A | Michael Kahaian Deposition Transcript, 2/12/25 |
| Exhibit B | Letter Agreement between Navistar, Inc., GLS Leasco, Inc. and Allegiance Truck Group dated April 8, 2022 |
| Exhibit C | Amended Expert Report of Michael N. Kahaian, 2/7/24 |
| Exhibit D | Kyle Blain Deposition Transcript, Vol I: 9/10/24 & Vol II: 9/11/24 |
| Exhibit E | Brianne Perkins Deposition Transcript, 9/18/24 |
| Exhibit F | Jimmy Lollis Deposition Transcript, 8/6/24 |
| Exhibit G | NAV 000019861 |
| Exhibit H | Rebuttal Expert Report and Disclosure of Mark J. Hosfield, 10/9/24 |
| Exhibit I | Nathan Hanvey Deposition Transcript, 9/19/24 |

# Exhibit A

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION


GLS LEASCO, INC., and
CENTRAL TRANSPORT LLC,

          Plaintiffs,

vs.               Case No. 23-cv-12927-MAG-APP

NAVISTAR, INC.,

          Defendant.

_____/



DEPONENT:     MICHAEL NISHAN KAHAIAN

DATE:         Wednesday, February 12, 2025

TIME:         9:05 a.m.

LOCATION:     280 N. Old Woodward Avenue, Suite 400
               Birmingham, Michigan 48009

REPORTED BY:  Angela Hemby, CSR-5113.
               Certified Court Reporter/Notary Public


Fortz Legal Support

www.FortzLegal.com

844.730.4066



GLS LEASCO, INC. v NAVISTAR, INC.
KAHAIAN, MICHAEL 02/12/2025

Job 36835
10..13

Page 10

1    the numbers change, and so I have to update it
2    to make sure it was more accurate certainly
3    before deposition.
4  Q   Do you know -- and I am going into some of your
5       background here. Approximately how many times
6       have you actually testified at trial in
7       connection with your services as an expert
8       witness?
9  A   Actually, don't know the exact number. But
10      trials probably, I will estimate, between 15
11      and 20 times. I am not including arbitrations
12      though which is a form of trial.
13 Q   How many trials in the last year?
14 A   I don't think I have testified in any trials in
15      the last 12 months. I am looking at my CV.
16      Sorry.
17 Q   Okay. And in connection with your experience
18      in trial testimony, is it fair to say that you
19      testified both on the plaintiff's side and on
20      the defense side?
21 A   Yes.
22 Q   Okay. And if you could, give an approximate
23      number of how many arbitration proceedings you
24      testified in?
25 A   Probably ten roughly. I don't know the exact

Page 11

1    number.
2  Q   Any within the last year?
3  A   No.
4  Q   Okay.
5  A   Well -- no, not the last year.
6  Q   Does the CV attached as Exhibit B to your
7       expert report, would that reflect your complete
8       education and work history?
9  A   No.
10 Q   Okay. And how does it not reflect?
11 A   Well, I think you said work history. I think I
12      state who I work for today and what my firm
13      does. And I also note that I, prior to forming
14      this company, I was a managing director and
15      shareholder at Stout. But I don't go into all
16      the prior work history, so it's not a complete
17      listing of my work history.
18 Q   And when were you employed by Stout?
19 A   In October of 2006, I believe, is when I
20      started at Stout.
21 Q   And when did you leave?
22 A   October of 2016.
23 Q   And presumably, by your prior answer, that you
24      left Stout to start your own company?
25 A   Yes.

Page 12

1  Q   Okay. Were you the sole founder of Accurity?
2  A   Yes.
3  Q   And are you still the -- what is your current
4       position with Accurity Group, LLC?
5  A   Managing member.
6  Q   How many people do you have working with you?
7  A   I think in total there is probably 12 people
8       that work with the firm in some capacity.
9  Q   Office located Atlanta?
10 A   Atlanta and Detroit. And then also we have an
11      office in Baltimore, Maryland.
12 Q   And your undergraduate degree was from the
13      University of Michigan?
14 A   University of Michigan-Dearborn, yes.
15 Q   Other than your undergraduate degree, did you
16      ever receive any master's degrees or --
17 A   (Interposing) So in my education post
18      bachelors from University of Michigan-Dearborn
19      was primarily in the professional services
20      field, but not post-graduate in terms of
21      master's degrees, anything like that.
22 Q   Does Accurity Group, LLC, do they provide any
23      services other than expert-related services in
24      connection with litigation?
25 A   Yes.

Page 13

1  Q   Okay. What are the other types of services
2       that the company provides?
3  A   We do business valuations, and they are not
4       always related to litigation, they could be
5       related to transactions or estate gift tax that
6       I did valuations. We do forensic accounting
7       work in a non-litigation environment sometimes.
8       We do things, like, other consulting services
9       such as royalty audits and that require
10      expertise that we possess but are not related
11      to litigation. Those are the ones that come to
12      mind. There might be some other things that we
13      do in the field of economic or accounting
14      consulting.
15 Q   If you could put a percentage on the work
16      that's non-litigation related versus litigation
17      related, what percentage would you put?
18 A   I can only speak, you know, for the business
19      that I generate. And I think it's probably,
20      depending on the year, I would say sometimes we
21      have projects that are higher percentage of
22      non-litigation. But I would say on average
23      probably 80 percent litigation versus non.
24           And when I say non, I mean,
25      sometimes there is pre-litigation that ends up

GLS LEASCO, INC. v NAVISTAR, INC.
KAHAIAN, MICHAEL 02/12/2025

Job 36835
14..17

Page 14

1  in litigation but not necessarily in the
2  beginning of the engagement.
3  Q  Prior to this engagement by GLS and Central,
4     had you ever worked with those two entities
5     before?
6  A  I had never worked with GLS, but I had worked
7     with Central Transport.
8  Q  Okay. And other than Central Transport, have
9     you worked with any other affiliates or related
10    companies under what I just call Moroun, you
11    know, family tree?
12 A  Yes. I think -- I don't know the exact
13    relationship or who owns the entities
14    specifically. But certainly affiliated, yes, I
15    have.
16 Q  Okay. So you worked in the past with Central
17    in what capacity?
18 A  Recently was retained in a matter that they
19    were involved in against the Michigan
20    Department of Transportation as a financial
21    expert on damages.
22 Q  And what year were you engaged in connection
23    with that matter?
24 A  I don't remember. It may have been 2021 or
25    2022.

Page 15

1  Q  Is that matter still ongoing?
2  A  Actually, I believe it literally just settled,
3     like, Monday.
4  Q  Okay. All right. Were you asked to testify at
5     all in that matter?
6  A  I believe I was supposed to testify, at least I
7     think they ordered a dep, and then it never
8     happened.
9  Q  Okay.
10 A  I think dates got pushed and ultimately sounds
11    like they settled the case without deposition.
12 Q  Were there any other parties to that litigation
13    other than Central Transport and MDOT?
14 A  I don't believe so.
15 Q  And you had mentioned there may have been some
16    other entities that you also performed some
17    work for related entities?
18 A  I am sorry. Yes.
19 Q  Okay. Could you identify those, please?
20 A  One that comes to mind is Universal Truckload.
21 Q  And what capacity were you engaged by
22    Universal?
23 A  I was their economic damages expert in a
24    Georgia case.
25 Q  Is that case still pending?

Page 16

1  A  No.
2  Q  How long ago were you involved in that case?
3  A  I want to say it was 2017 timeframe.
4  Q  Could you describe in general what that dispute
5     was about?
6  A  There was a -- an individual who was an agent
7     for Universal who had left and went to a
8     competing company. And so there was litigation
9     over violations of taking confidential
10    information and utilizing it in violation of
11    the contract. That's my general recollection
12    of the case.
13 Q  And with respect to the Central, MDOT dispute,
14    what was your general recollection of what that
15    dispute was about?
16 A  That was a eminent domain case related to
17    the -- I think it was the new bridge. So a
18    part of their terminal where the trucks would
19    go, that land was condemned and/or not
20    condemned but taken for a period of time, which
21    had an impact on the business. So there was
22    a -- there were costs and also economic damages
23    that they had suffered as a result of that, and
24    a variety of different elements.
25 Q  So in order to construct the new bridge, they

Page 17

1     had to condemn property that was owned by
2     Central Transport?
3  A  I believe that's correct, yes.
4  Q  Okay. Do you have any past experience with
5     purchasing, leasing, or selling commercial
6     semi-trucks?
7  A  Can you ask that again?
8  Q  Do you have any past experience with -- well,
9     in your capacity as an expert witness in
10    connection with purchasing, leasing, or selling
11    commercial semi-trucks?
12 A  So my capacity as a forensic accountant and
13    economic damages expert, I was thinking about
14    that this morning. I recall doing an
15    investigation of a trucking company where I had
16    to learn about things such as purchasing of
17    trucks, and leasing, and financing. I know I
18    think I might have also been involved in a case
19    where economic damages were at stake in a --
20    for a trucking company on the west side of
21    Michigan.
22 Q  In connection with the first engagement you
23    referenced, the investigation of the trucking
24    company, do you recall which trucking company
25    that was?

GLS LEASCO, INC. v NAVISTAR, INC.
KAHAIAN, MICHAEL 02/12/2025

Job 36835
18..21

Page 18

1  A   I do.  But again, it was one of those
2      engagements where it was highly confidential.
3      So I always pause before I would answer a
4      question like that because of public record.
5      It could have an impact if I was under a
6      protective order of some kind that would
7      preclude me from speaking about it.
8  Q   All right.  Were you engaged by a company to
9      conduct the investigation?
10 A   Yes.
11 Q   Okay.
12 A   A law firm.
13 Q   A law firm.
14         And do you recall how long ago
15     that was?
16 A   It was when I was still with Stout.  I believe
17     it was probably in the 2009, '10 timeframe, is
18     my best recollection.
19 Q   In connection with that engagement, did you
20     have to research at all the process of selling
21     used semi-trucks?
22 A   I don't recall in that one if it was the
23     purchase and sale, but certainly was dealing
24     with the accounting treatment because there was
25     alleged manipulation of the accounting records

Page 19

1      that would have had to deal with inventory
2      which would have been trucks in their -- in
3      their inventory.  So I would have to have
4      learned the process about how they, you know,
5      purchased trucks and leased them, and how they
6      conducted their business in order to understand
7      the elements that were being investigated from
8      a financial perspective.
9  Q   But as far as purchasing and selling both new
10     and used trucks, do you have specific
11     experience as an expert in dealing with that
12     other than this case, obviously?
13 A   I think there was another case where -- I think
14     I remember the name of that one.  It was
15     Transcorp, it was another trucking company that
16     we did work for.  There was some litigation.  I
17     don't recall testifying in that case.  It's
18     been probably close to 15 years since I worked
19     on that matter.
20         But to answer your question, I
21     don't recall specifically if I was dealing with
22     the purchase and sale and resale of new or used
23     vehicles.
24 Q   In those two matters you just referenced, are
25     they identified at all in your CV in Exhibit B?

Page 20

1  A   No, it wouldn't be, because I don't believe I
2      testified in either one of those cases.
3  Q   Okay.  Other than what you have learned in this
4      case, and the documents you referenced in this
5      case, do you have any experience in assessing,
6      you know, what influences potential buyers
7      would consider in purchasing used semi-trucks?
8  A   Specifically used semi-trucks?  I don't recall
9      specifically any experience that I would have
10     on that.
11         I know I have done quite a bit
12     of work in auto dealerships, and, you know, a
13     number of capacities where there is sale of
14     products, whether they were consumer or
15     commercial sales.
16         But my familiarity is based on
17     almost 30 years of experience in doing
18     consulting work within -- there are a variety
19     of industries including trucking industry.
20 Q   And if you could identify the top five factors
21     you think that go into determining the purchase
22     price, either of a semi-truck or an automobile,
23     what would those top five factors be?
24 A   I'm not sure I have an answer on top five.  I'm
25     not claiming to be an expert in the sale of

Page 21

1      semi-trucks.
2          But certainly from an economic
3      perspective, it would depend on a lot of
4      factors in terms of, you know, location, which
5      country, what regulations potentially there are
6      in that industry, you know, ability to obtain
7      financing, interest rates, truck conditions,
8      mileage, you know, warranties, things of that
9      nature may go into that.
10         But in terms of importance, it
11     might be on an individual-by-individual basis
12     that someone determines each one of those
13     factors, or maybe others, that are of greater
14     importance that are in that top five.
15 Q   Would you agree with me that the mileage of the
16     vehicle was a very important factor in
17     determining the price of a vehicle?
18 A   It could be.
19 Q   Are there other instances where it wouldn't
20     matter?
21 A   Sure.
22 Q   Can you provide some examples?
23 A   I mean, in this case.  There is evidence that
24     shows that mileage was not the main factor in
25     determining value.

GLS LEASCO, INC. v NAVISTAR, INC.
KAHAIAN, MICHAEL 02/12/2025

Job 36835
22..25

Page 22

1  Q   And what was the main factor in determining
2       value in this case?
3  A   In this case?
4  Q   Yes.
5  A   I don't understand the question.
6  Q   Well, you just said that mileage wasn't the
7       main factor in contributing or determining the
8       value in this case. And I'm asking you, well,
9       what was the main factor?
10  A   Well, again, in this case it would depend on
11      the timeframe as well.
12             So a particular timeframe, I
13      believe it's in Exhibit G of my report, you
14      will see that in some cases the mileage at
15      higher trucks the values were higher from a
16      market perspective than they were on trucks
17      that had lower miles. But that wasn't
18      necessarily the case in a later period as you
19      can see in the data as well.
20  Q   Right.
21             But from a general perspective
22      though, aside from fluctuations in the market,
23      in just determining a vehicle's value, factors
24      such as mileage, the condition of the vehicle,
25      the options, the model/make of the vehicle,

Page 23

1       those would all be important factors in
2       determining the value of the vehicle, would you
3       agree with that statement?
4  A   Again, from a general sense, I would say that
5       consumers or, you know, in this particular
6       area, they may have different thresholds of
7       what they find most important when determining
8       what's most important in their purchase, and
9       then, you know, prices of function of the
10      market generally.
11  Q   Have you ever been excluded by a court or an
12      arbitrator for testifying as a party's expert
13      witness?
14  A   I have not been excluded as an expert in any
15      case. I have had opinions taken out in one
16      case in particular.
17  Q   And which case was that?
18  A   That was the Rondigo, LLC versus Casco
19      Township.
20  Q   I think I actually read that case. That's from
21      like 2008 timeframe roughly?
22  A   The case was -- I think my opinions were in
23      2006. And then I think the judge gave an
24      opinion before trial in 2009 that my opinions
25      were based on assumptions that were not -- or

Page 24

1       they were contradicted by evidence that I had
2       not seen or considered; and, therefore, as a
3       result, excluded the opinion not based on my
4       qualifications or methodology but simply
5       because the foundation of the inputs was found
6       to be incorrect.
7  Q   So the assumptions you were -- you made in that
8       case contradicted the actual facts that came
9       out in discovery?
10  A   Well, there was conflicting facts. I was
11      relying on information that the court
12      determined was not applicable based on the
13      other side producing evidence or information
14      that I had not seen. And again, that was based
15      on the size of the property that I was using as
16      a basis for my conclusion, and I did not have
17      the ability to up my -- update my opinion; and
18      therefore, the judge said that the opinion
19      would not be relied upon in the court.
20  Q   Other than Rondigo case, are there other
21      matters in which your opinions were excluded as
22      an expert?
23  A   There was one other case that was a Oakland
24      County case where I had produced an opinion and
25      testimony. And the other side made a motion in

Page 25

1       limine because they said that an expert wasn't
2       needed in the case, and the judge granted them
3       the motion. They said I looked good in a suit
4       and knew what I was doing, but not needed. And
5       for some reason the judge agreed. I disagreed,
6       but...
7  Q   Understood.
8             Is that identified in your CV on
9       Exhibit B?
10  A   I think so. I think so.
11  Q   That's all right. We can move on.
12             I did identify the Rondigo case
13      on there.
14             Have you ever utilized a, you
15      know, but-for loss-profit analysis to measure
16      economic damages in any other commercial
17      disputes other than this case?
18  A   I'm sure that I have, yes.
19  Q   Have you ever testified, or been involved in, a
20      case in the Eastern District of Michigan with
21      our current judge, Judge Goldsmith?
22  A   I am sure I have been involved in cases where
23      Judge Goldsmith was the presiding judge, but
24      I -- I don't know for sure. I have heard his
25      name, and I know I have seen it on pleadings.

Page 26

1 Sometimes judges change. But yes, I have been
2 involved in cases where he has been listed as
3 the judge.
4 Q Moving on to, like, scope of your engagement.
5 When you were initially engaged in this matter,
6 was it on behalf of both GLS and Central or was
7 it just GLS at the time?
8 A I don't know. I think it was always both, but
9 I'm not one hundred percent certain that I
10 recall that distinction changing at any time.
11 Q Okay. And in your capacity as an expert, I
12 mean, obviously you have been retained by GLS
13 to opine on their lost profits, correct?
14 A I don't know if that's how I worded it as lost
15 profits, but certainly the lost value
16 associated with the trucks at hand in this
17 case.
18 Q So you wouldn't consider lost profits more of a
19 lost value analysis --
20 A (Interposing) I am just making -- I am sorry.
21 I will let you finish.
22 Q -- if you had to describe it?
23 A I think I described it the way that I worded it
24 in my report.
25 Q And do you have two separate engagement

Page 27

1 letters, one with GLS and one with Central,
2 defining the scope of your services?
3 A I don't believe so. I think it was one
4 engagement letter.
5 Q And your opinions are based on the economic
6 damages suffered by GLS and Central as a result
7 of a breach of contract, is that right?
8 A I think there is other claims, but that's the
9 primary claim, yes.
10 Q Are you offering any opinions as to the damages
11 suffered by GLS or Central in connection with
12 the fraud claim?
13 A No.
14 Q Okay.
15 A I believe, I have to say, I don't believe I
16 have been asked to do that.
17 Q Have you been asked at all to give expert
18 opinion as to the exemplary damages suffered by
19 either GLS or Central?
20 A I have not been asked to do that, no.
21 Q Have you ever testified or gave opinions in any
22 capacity on a party's "exemplary damages"?
23 A Not that I recall, no.
24 Q You had mentioned your -- Mr. Perun as
25 assisting in the preparation of the report.

Page 28

1 Was the report peer reviewed at all by anyone
2 other than Mr. Perun?
3 A Yeah. So we have a pretty good process of what
4 we call QC, or quality control. Obviously they
5 missed the date on the front. There may be
6 some other typos. But yes, we go through a
7 process of QC in the report.
8 Q And could you describe that QC process?
9 A Sure. We have somebody within the
10 organization, the team, who will review the
11 report with a -- we call it a fresh set of
12 eyes, not necessarily involved in the case, but
13 then can review it objectively for any either
14 grammatical, spelling, or typographical-type of
15 errors potentially, or sometimes it's spacing
16 and things like that.
17 Q So you have someone proofread the report before
18 it's issued?
19 A Yes.
20 Q And are all of the opinions you intend to offer
21 in this case, are they contained in this expert
22 report?
23 A In terms of what I have been engaged to do, I
24 would say yes. I may have some opinions that
25 are not directly stated within the report that

Page 29

1 are, you know, if asked. But in terms of the
2 conclusions I have come to, I believe it
3 includes my full opinions.
4 Q Okay. And you have made a number of
5 assumptions in this report, would you agree
6 with that?
7 A Yes.
8 Q Okay. Have any of those assumptions changed at
9 all since you initially issued the report, and
10 then obviously updated the report as of
11 February 7th, 2025?
12 A So you might have to be more specific. But in
13 terms of assumptions, you know, I changed --
14 some of the data I changed, so some of those
15 assumptions changed based on the failures
16 included --
17 Q (Interposing) And -- I am sorry to interrupt.
18 I wouldn't really consider those
19 assumptions, like, the fact that additional
20 trucks were sold after the initial report.
21 I guess what I am trying to
22 understand is, are there a number of factual
23 allegations that you took as if true. And I'm
24 wondering, have you changed at all any of those
25 underlying assumptions that make up your

Page 74

1  but when you made the original assumption of 30
2  days, and didn't have the benefit of this
3  analysis that Central apparently provided to
4  you, what did you base your assumption on back
5  when you prepared the report?
6  A   It's probably a discussion with the client at
7      that time.  And it is acceptable for experts to
8      rely on representations made by their clients.
9      And I didn't have a reason to dispute it.  It
10     seemed reasonable, and they knew their
11     business, and know their business better than I
12     do.
13 Q   You said, probably a conversation with
14     my customer -- or with the client.  I mean, are
15     you saying, do you know whether there was a
16     conversation or are you just saying you think
17     there may have been a conversation?
18 A   Well, there is a number of conversations, but
19     clearly this was an assumption that needed to
20     be made, I didn't make it up.  So that would be
21     based on an assumption or discussion with the
22     client.
23 Q   But you just don't recall having that
24     conversation today?
25 A   Again, I don't remember which -- when I had

Page 75

1      that conversation.  But clearly it had to be
2      based on a representation made to me, and, you
3      know, I needed to note that.  I probably could
4      have, but did not do that in the footnote.
5  Q   In paragraph 22, you state, "Navistar failed to
6      meet the replacement unit delivery schedule."
7      Correct?
8  A   Yes.
9  Q   Okay.  Is that with respect to all of the units
10     or did Navistar actually deliver some of the
11     units within this expected delivery schedule?
12 A   So overall they failed to meet the delivery
13     schedule as stated in the chart above number
14     22.  In terms of did they produce some trucks,
15     I believe they did.
16 Q   Okay.
17 A   I think it was 18 and -- I don't know if it was
18     May or June, I think it was one of those months
19     they delivered 18.
20 Q   18 in May and 95 in June, does that sound
21     accurate?
22 A   95 or 96.  But, yeah, that sounds about right.
23 Q   Okay.  With respect to the 18 that they
24     delivered in May of 2022, did GLS sell those
25     trucks?

Page 76

1  A   Sell the 18 that they received?
2  Q   Yes.
3  A   They received the 18, and that would have been
4      the replacement for the 18s that they would
5      not have been able to sell.
6  Q   That's what I am getting at.  So, I mean, they
7      delivered the 18 in May, right?  And your
8      report assumes that they could sell the 18 upon
9      delivery of the 18.  So I'm asking, did they
10     actually sell the 18 trucks that -- the 2018
11     trucks in May having received 18 from Navistar
12     2023 model year trucks?
13 A   So I don't have the data in front of me, but I
14     think that they sold 17 in that month.
15 Q   Would that be reflected in your exhibit, I
16     think it's Exhibit E?
17 A   Yes.
18 Q   Last column, month sold?
19 A   Yes.
20 Q   Okay.  And if you tally up the ones in May
21     there is 18 there, but one of them does say
22     scrap, do you see that?
23 A   I do.
24 Q   Okay.  What -- do you know what the story is
25     behind that one?

Page 77

1  A   So behind that one, and I think there was a
2      total of 25 that were identified as scrap.  And
3      so it would not have been reasonable to include
4      those as a sale of a truck that was operable at
5      that time for the amount that would have been
6      expected for a resale.  So I excluded those
7      from the calculation.
8  Q   So these -- so if I understand it correctly,
9      Navistar delivers 18 Model Year 2023 tractors
10     in May, and GLS, according to this, sold 18
11     Model Year 2023 tractors in May, correct?
12 A   So they are disposed of.
13 Q   Yes.
14         And with respect to the trucks
15     delivered in June, Navistar delivered -- what
16     was the number again?  How many in June, if you
17     remember?
18 A   I have to look.
19 Q   95?
20 A   I think it is 96.
21 Q   96 or 95.  96?
22 A   Right.
23 Q   All right.  So Navistar delivers 96 in June.
24     And how many -- when I say 96, I mean 96, 2023
25     Model Year.  I believe those were LT trucks.

GLS LEASCO, INC. v NAVISTAR, INC.
KAHAIAN, MICHAEL 02/12/2025

Job 36835
78..81

Page 78

1  How many did GLS sell?
2          MR. PELTON: Of the 2018s?
3          MR. MURPHY: Of the 2018s,
4  yeah. Sorry.
5  A  **Somewhere I think around 13.**
6  Q  (Continuing by Mr. Murphy): Yeah. I think you
7  can look at your Exhibit E and actually count
8  out the 13 that they sold?
9  A  **Yes.**
10 Q  Okay. So the 17 that were sold in May, and the
11 13 that were sold in June, are those part of
12 your "impacted units"?
13 A  **Yes.**
14 Q  Why?
15 A  **They were sold. And they received, you know,**
16    **an invoice amount or dollar amount for those**
17    **sales. And so those would be offset against**
18    **the but-for sales that were in the loss of**
19    **resale if they would have met the full delivery**
20    **schedule.**
21 Q  But those were delivered within the delivery
22 schedule?
23 A  **And they were sold.**
24 Q  Right.
25          So why are they part of the

Page 79

1  impacted units?
2  A  **Well, they are part of the offset against what**
3    **would have been sold if they had achieved the**
4    **entire amount before the -- before June.**
5  Q  But they were delivered and sold in this window
6  that you were talking about, right?
7  A  **Yes.**
8  Q  They were delivered in May, sold in May;
9  delivered in June, sold in June. Why are they
10 part of the impacted units?
11 A  **I am giving an offset for the amount that they**
12    **received on those sold units.**
13 Q  But you are still claiming damages on them,
14 correct?
15 A  **Yes.**
16 Q  Why?
17 A  **Well, because they didn't achieve the full**
18    **amount at that time. And they would have been**
19    **able to sell them in that market because they**
20    **would have had the volume of trucks that they**
21    **could have offloaded at that time.**
22 Q  I am not following your answer. I don't
23 understand.
24          Navistar delivered those trucks
25 within the contractually required window that

Page 80

1  you described, GLS sold those trucks within the
2  same month, and yet you're still claiming
3  damages on them?
4  A  **Well, there is a volume difference, too. 18**
5    **versus, you know, achieving 75 or 300 within**
6    **those months.**
7  Q  Well, wouldn't it be harder to sell 300 trucks
8  instead of 18?
9  A  **Not necessarily, if you have a buyer willing to**
10    **buy, you know, hundreds of them. They are not**
11    **necessarily going to buy 18 from you if they**
12    **can get 200 from another dealer.**
13 Q  Okay. Just so I understand. Despite the fact
14 that Navistar delivered these trucks within the
15 delivery window that you described in your
16 export report, and despite the fact that GLS
17 sold those trucks in the same month, you're
18 still claiming damages on them because they
19 didn't sell them for the amount you thought
20 they should have sold them for, is that
21 correct?
22          MR. PELTON: I am going to
23 object to the factual assumption, and the
24 question.
25 A  **So there is an incremental difference between**

Page 81

1  **what was calculated and then what they actually**
2  **sold it for. I am giving you proper offset for**
3  **what they received and that they would have**
4  **been able to receive a higher amount based on**
5  **having a higher volume that they had bargained**
6  **for in the agreement.**
7  Q  (Continuing by Mr. Murphy): All right. So
8  you're essentially -- your opinions are that
9  they still suffered damages because they were
10 sold at a value less than the average between
11 the auction and retail value, is that correct?
12 A  **Well, again, I would have to look at it on a**
13    **truck-by-truck basis. But there is certainly**
14    **instances where they sold it for higher than**
15    **what the Truck Paper amount showed within the**
16    **schedule as well. So I'm being consistent with**
17    **the application.**
18 Q  All right. I am trying to understand better,
19 sir, why these are included as your impacted
20 units. And from what I can gather, but despite
21 the fact that Navistar delivered them in this
22 window that you describe in your expert report,
23 and GLS sold them within the same window,
24 you're still claiming damages because Navistar
25 didn't deliver all of the trucks?

Page 82

1  A    So the expectation was based on what the
2    contract stated that they would receive all the
3    trucks before -- by June. That was -- there is
4    testimony on that, the agreement says that.
5           And so if you get 18 or a
6    smaller number, it actually has an impact on
7    your ability to sell them because the volumes
8    that they could have sold that would have been
9    higher and they could have offloaded the
10    MY 18s more effectively during that time
11    period. They were not able to do that because
12    they didn't receive the full amount during that
13    time period.
14  Q    Did they -- did GLS have offers for these
15    bigger volumes that you're describing, do you
16    know?
17  A    I know there were negotiations on a couple of
18    deals. I don't know the specific amounts, if
19    that's what you are asking me.
20  Q    Okay. All right. So I'm not going to change
21    your mind that we should get -- you should
22    reduce the number of impacted units because
23    Navistar actually delivered the trucks in the
24    window of time that you say they were required
25    to deliver them, and GLS sold them in the same

Page 83

1    month. You're still not going to reduce your
2    number of impacted units, you're sticking by
3    that number?
4           MR. PELTON: Object to the form.
5  A    Well, you're asking me why -- I think your
6    question was, why am I calculating the damages
7    on trucks that were delivered in that
8    timeframe. And I answered that.
9  Q    (Continuing by Mr. Murphy): Delivered and
10    sold.
11  A    Well, delivered, and then there were sales of
12    the MY 18s at that time. So I am giving you
13    my answer on that, to the extent there is a
14    number attributed to that, I am not sure it's a
15    material number, but.
16  Q    So these sales to bulk and truck sales, right,
17    the $60,000, it's your opinion that GLS should
18    have sold those for more money because had
19    Navistar delivered all the trucks they would
20    have gotten more money for those?
21  A    Or it could have, you know, it's a but-for
22    assessment. And so if you are going back in
23    time, and there is an expectation that they
24    would have delivered, meaning Navistar would
25    have delivered according to what they committed

Page 84

1    to, would the negotiations or the ability for
2    GLS to sell the MY 18s had been at rates
3    higher, and my assumption is yes.
4  Q    So your assumption is that this sale to
5    Vulcan Truck Sales for 60 grand a truck, they
6    would have gotten more money because if
7    Navistar would have delivered all the trucks
8    under that delivery schedule, that's your
9    assumption?
10  A    Well, the assumption isn't that simple. They
11    may not have sold to Vulcan Truck Sales because
12    maybe they would have already -- the trucks
13    that were committed to in the delivery
14    schedule, to another buyer. That wasn't the
15    case.
16  Q    Here is the trickier question. So we just
17    established you said 96 trucks, Navistar
18    delivered 96 trucks in June, but Central only
19    sold 13, right?
20  A    Right.
21  Q    Okay. Those 13 were part of your impacted
22    units, correct? Even though they sold them --
23    Navistar delivered them in June and GLS sold
24    them in June, they are still part of your
25    impacted units, is that right?

Page 85

1  A    Yes.
2  Q    Okay. What about the other 83, what about the
3    other 83 trucks that were delivered, were those
4    part of the impacted units?
5  A    Yes.
6  Q    Okay. Why would they be part of the impacted
7    units if Navistar actually delivered them
8    within the window that you described in, what,
9    paragraph 21 of your expert report?
10  A    Well, again, it's -- you know, we're talking
11    about 18 and 95 trucks that were delivered in
12    that window.
13  Q    Yeah.
14  A    And not the full 300 that was supposed to be
15    provided in that window, or the 630. And --
16  Q    (Interposing) Let me ask you this. What if --
17           MR. PELTON: (Interposing) Hold
18    on. Let him finish his answer.
19           MR. MURPHY: Sorry.
20  A    And therefore, that very well may have impacted
21    their ability to sell the units that they could
22    have sold if they received all of those trucks.
23    They definitely had negotiations or discussions
24    with companies to purchase, you know, in the
25    hundreds. And so my understanding is they lose

GLS LEASCO, INC. v NAVISTAR, INC.
KAHAIAN, MICHAEL 02/12/2025

Job 36835
86..89

Page 86

1  those deals because they didn't get those
2  trucks timely. And so in terms of them being
3  impacted and not being able to sell them as
4  quickly, it could very well be because they
5  didn't have the volumes that they bargained for
6  with Navistar on the expected delivery
7  schedule.
8  Q   (Continuing by Mr. Murphy):  What if Navistar
9      in June had delivered 325 trucks instead of the
10     330, would your opinion be the same?
11 A   You are asking me a hypothetical?
12 Q   Yeah.
13 A   I don't know. I would have to look at the
14     data.
15 Q   Your expert report assumes that GLS could sell
16     the 2018 model year trucks in the same month,
17     pretty much the same day as they received
18     delivery of the new trucks, is that correct?
19 A   Yeah. That's another one that I disagree with.
20     I believe it's within the same month.
21 Q   Okay.
22 A   Not necessarily the same day. There is a two
23     to four-weeks, which is within the same month.
24 Q   So if Navistar had delivered, for example, 330
25     trucks in June of 2022, your opinion is that

Page 87

1      GLS could have sold 330 trucks in June?
2  A   So if they would have produced 330 trucks in
3      June, they could have sold 330, that's a
4      hypothetical. And yes, I believe they could
5      have sold that volume.
6  Q   I am sorry. But your damages model is premised
7      on that, correct?
8  A   Again, based on the volumes and specifically
9      that that market at that time, the volumes
10     definitely made a difference.
11 Q   Okay. But what I am asking, your damages model
12     is premised on the fact that Navistar was
13     supposed to deliver 330 trucks in June, and GLS
14     would have sold 330 trucks, 2018 trucks in
15     June?
16 A   Well, not 330. They were supposed to deliver
17     630 in June.
18 Q   I am only talking about in June.
19 A   Well, okay, your hypothetical is if we ignore
20     prior periods and only look at June, you're
21     asking me if they've delivered 330 trucks in
22     June that could GLS have sold 330 trucks, you
23     know, within the two- to four-week timeframe?
24 Q   Right.
25 A   Again, I don't know how to answer it because

Page 88

1      it's -- it's removing other factors or facts
2      associated with the case, and it's a narrowly
3      defined hypothetical that I am not sure I can
4      answer.
5  Q   Well, let's go with the facts then. Navistar
6      delivered 96 in June.
7  A   Okay.
8  Q   Why was GLS only able to sell 13?
9          MR. PELTON:  That's been asked
10     and answered.
11         MR. MURPHY:  No, I have not
12     asked that question.
13 A   So I know they actually sold the 13; however,
14     if they would have delivered the amount
15     according to the contract, or the agreement,
16     that they had other buyers lined up for a
17     larger amount. If they didn't have that larger
18     amount then they were going to lose that sale
19     which is also part of what the assumption is
20     that they could have sold them.
21 Q   (Continuing by Mr. Murphy):  Which buyers did
22     they have lined up?
23 A   I know that there was All Truck was one where
24     they had potentially 200 that could have been
25     sold.

Page 89

1  Q   When was that offer?
2  A   I don't know about the offer. But I believe it
3      was in negotiation at that time, that was a
4      real buyer. And when it was discovered that
5      they were not going to get the trucks on time
6      they lost that deal, GLS and Central lost that
7      deal.
8  Q   When did All Truck want the trucks?
9  A   I'm not sure. But certainly would have been in
10     that -- the timeframe of the expected delivery
11     schedule.
12 Q   Are you sure about that?
13 A   Yeah. I mean, I'm assuming that would have
14     been that timeframe, otherwise --
15 Q   (Interposing)  Otherwise they would have sold
16     them?
17 A   No, not necessarily. I'm saying that if they
18     had an order for 200 and had negotiations in
19     early '22, you get to April, May, and you
20     realize I don't have those trucks, you are
21     going to likely lose that deal.
22 Q   Did you look at that All Truck offer?
23 A   I don't recall. I probably need to look at a
24     document to refresh my recollection.
25 Q   Do you recall actually physically looking at a

GLS LEASCO, INC. v NAVISTAR, INC.
KAHAIAN, MICHAEL 02/12/2025

Job 36835
90..93

Page 90

1    document from All Truck where they made an
2    offer to purchase 200 trucks?
3 A  I don't know if I have that offer or not. I
4    would have to -- I don't know if I have seen it
5    or not. I would have to see a document to
6    refresh my recollection.
7 Q  Who did you speak to that gave you that
8    information?
9 A  Well, it was certainly within the discussions I
10   had with counsel and the client.
11 Q So getting back to the -- to the 83 trucks that
12   Navistar delivered in June, but GLS couldn't
13   sell the 2018 trucks. Are you claiming as part
14   of your damages the full amount of that -- the
15   full amount of this value of that truck, the
16   average between the auction value and the
17   retail value, are you claiming all of that as
18   part of your damages?
19 A  To the extent there is an offset for what they
20   actually sold it for, no.
21 Q  Okay. Well, we just went through, they didn't
22   sell any trucks and -- they only sold 13 trucks
23   in June, correct?
24 A  No, that's correct.
25 Q  And I'm trying to figure out, on the 83 that

Page 91

1    were leftover. So Navistar delivers 96, they
2    sell 13, leaving 83. And those 83 are part of
3    your impacted units, correct?
4 A  Yes.
5 Q  As well as the 13 that were even sold, those
6    were part of your impacted units, right?
7 A  Right. But again, not to cut you off, but your
8    statement that that's part of the damages,
9    there is an offset for the amounts that they
10   did sell these trucks for that is part of the
11   mitigation, but we reduced that number. So I
12   have counted for the reduction of the sales of
13   those units.
14 Q  Right. I mean, that's just the sale of all the
15   trucks, the 2018 trucks, correct? I mean, does
16   that account for what time they were sold?
17 A  Well, up through February 2nd of this year,
18   it accounts for the sales of those trucks that
19   they didn't have at the time to replace. So it
20   does account for their sale using actual
21   dollars received associated with those trucks.
22 Q  All right. But your -- your opinions assume
23   that when Central receives a truck they can
24   sell it in the same month, right? They could
25   sell a 2018 the same month, they could swap it

Page 92

1    out, right?
2 A  Well, again, the assumption is that they would
3    have received all the trucks in accordance with
4    the agreement at that time, where they had
5    prospective buyers lined up, if they could have
6    sold the replacement trucks, or I should say
7    the trucks that were going to be replaced, at
8    that time, in a hot market. And when that
9    window closes, now you are stuck with a number
10   of other factors.
11        And so when they did sell these
12   other units in the environment that was
13   impacted because they didn't receive the units
14   within the -- the agreed upon period. There
15   was an offset for those actual sales against
16   the amount that is in a but-for scenario they
17   could have been sold had they obtained the
18   MY 23s in the delivery schedule.
19 Q  We talked about All Truck. You said you recall
20   there was -- they had buyers lined up, I think
21   is your terminology. And you said there was an
22   offer from All Truck for 200 trucks, is that
23   correct?
24 A  Again, I don't know what the -- if there was an
25   offer, I know they were in negotiations. So I

Page 93

1    don't know specifically what the offer was.
2    But I know that they had the opportunity to
3    sell multiple hundred, 200 in this case, right
4    out of the gate.
5 Q  How do you know that?
6 A  Well, I think it's documented within testimony
7    and also in discussions with the client.
8 Q  Whose testimony?
9 A  Again, I am not sure if he testified
10   specifically to it. But I know Mr. Blain
11   definitely was involved in that, and he would
12   have been the one that I received that
13   information from.
14 Q  Other than the negotiations between All Truck
15   and GLS for the potential sale of 200 trucks,
16   were there any other buyers lined up, as you
17   said. that you are aware of?
18 A  I am aware of a potential 100 to 200 that
19   through Navistar could have been sold through I
20   think a connection in Viet Nam, that's what I
21   am aware of.
22 Q  That was through Navistar?
23 A  I think that was the connection within through
24   Navistar to a group in Viet Nam.
25 Q  All right. So going back to this All Truck

GLS LEASCO, INC. v NAVISTAR, INC.
KAHAIAN, MICHAEL 02/12/2025

Job 36835
94..97

Page 94

1 negotiation. When were those negotiations
2 taking place?
3 A   I am not sure if it was in late '21, but
4 certainly within the early part of 2022.
5 Q   All right. January of 2022?
6 A   Well, I don't know if it was January, but
7 early, early 2022.
8 Q   Do you know if it was January, February, March?
9 Do you know what month specifically?
10 A   I don't know specific months.
11 Q   And your recollection is there is documentation
12 reflecting this?
13 A   That's my recollection, yes.
14 Q   And do you know why All Truck didn't want to
15 buy 83 instead of 200 of the trucks that
16 Navistar actually delivered in June?
17 A   I don't know if they were offered 83, or if at
18 that point the negotiations were already, you
19 know, have already dissolved.
20 Q   Do you know whether anyone at GLS said, hey, I
21 can't get you 200 but I can get you 83 from
22 June, do you know if any of those discussions
23 took place?
24 A   I don't know.
25 Q   Did you talk to anyone at GLS to figure out why

Page 95

1 when they received 96 trucks in June they could
2 only sell 13?
3 A   So I recall asking questions related to that.
4 And I know that the issues were that the
5 volumes were not high enough, I believe, but
6 also that the deals that they had for those
7 trucks to be moved and that volumes were not
8 met. And so that left them with having to try
9 to mitigate the loss of not being able to have
10 those deals with, you know, smaller groups,
11 which is why they sold 13 instead of 96 in one
12 month.
13 Q   So -- just so I understand this correctly.
14 Your testimony is they -- you know, when you
15 asked them, okay, you received 96 trucks in
16 June, you could only sell 13, the response from
17 GLS was, well, we needed more trucks, we didn't
18 get the full volume. We could have sold if
19 there were 200 trucks but we only got 96 so
20 that's all -- you know, we couldn't sell any of
21 them?
22          MR. PELTON: Object to the form.
23 A   I don't know if they couldn't sell any of them.
24 Q   (Continuing by Mr. Murphy): Or 13 of them.
25 A   Right. 13 out of the 96. But they were

Page 96

1 working diligently in the situation they were
2 in where they had an expectation of receiving
3 these trucks, and they did not receive them in
4 the volume or in the totally that was agreed
5 to.
6 Q   Who were they talking to in June that was
7 telling them, hey, we need more trucks, we
8 can't just buy the 83, we need more trucks?
9 Who were the potential buyers?
10 A   I don't -- I don't know if that conversation
11 happened the way you are explaining it, so I
12 don't know.
13 Q   Were there any conversations with any potential
14 buyers about the need for higher volumes of
15 trucks?
16 A   So I'm not aware of conversations. I know
17 there were advertisements for the full amount
18 of those number of trucks being available. So
19 they were certainly working diligently to get
20 it out there that they had this volume of
21 trucks out there for sale.
22 Q   I'm not talking about advertising or marketing.
23 I am talking about actual buyers who, according
24 to your testimony, if they had higher volumes
25 they would have been able to sell these trucks,

Page 97

1 but they didn't have the higher volumes. I'm
2 wondering who were those buyers out there that
3 were going to buy these trucks at these higher
4 volumes?
5 A   Again, I used the All Truck and the Viet Nam
6 deal as two examples that there was interested
7 buyers in the volumes that would have been
8 available had Navistar met the delivery
9 schedule.
10 Q   But we just went over this with All Truck.
11 There wasn't actually any offer that you
12 remember, you just recalled negotiations, is
13 that correct?
14 A   Well, I know asking about it in terms of
15 understanding was there, but were there buyers
16 for these volumes, and they clearly
17 demonstrated that there were buyers potentially
18 at those volumes. And that they wouldn't have
19 been able to sell them because they, at that
20 time, they didn't receive the volume that was
21 expected. So once All Truck knew that they
22 weren't going to get the trucks from GLS they
23 moved on. And I think that's indicative of the
24 timeframe that they were in where people were
25 trying to get trucks any way they could.

GLS LEASCO, INC. v NAVISTAR, INC.
KAHAIAN, MICHAEL 02/12/2025

Job 36835
98..101

Page 98

1  Q   Okay. Do you know whether All Truck made an
2      offer to purchase 200 Model Year 2018 tractors?
3  A   **As I sit here, I don't recall seeing a written**
4      **offer.**
5  Q   Okay. And you don't recall what -- other than
6      sometime in the first half of 2022, you don't
7      recall what specific month these discussions
8      were taking place?
9  A   **Again, I don't want to speculate. But**
10     **certainly was within the timeframe prior to**
11     **when GLS and Central were expecting the**
12     **delivery of 23s.**
13 Q   And as you sit here today, you don't recall if
14     this negotiations were in the form of an email
15     or written correspondence between GLS and All
16     Truck?
17 A   **Again, if I had a document to refresh my**
18     **recollection, I don't know specifically if it**
19     **was an offer or if there was an email, if it**
20     **was, you know, what it was.**
21 Q   So the answer is, no, you don't know?
22 A   **Well, again, I don't have anything in front of**
23     **me to refresh my recollection. As I sit here,**
24     **I don't recall seeing a written offer, but that**
25     **doesn't mean I haven't seen one, I just don't**

Page 99

1      **remember seeing it.**
2  Q   Well, that's what I am asking, you don't
3      remember?
4  A   **Again, if I had something to look at I could**
5      **probably refresh my recollection, like seeing**
6      **something. But I don't remember sitting here**
7      **if I have seen an offer or not.**
8          MR. PELTON: Get through the
9      topic, let's take a break.
10         MR. MURPHY: Yeah, we can take a
11     break. Thank you.
12         [ A break was taken at
13     11:21 a.m. ]
14         [ Back on the record at
15     11:34 a.m. ]
16         MR. MURPHY: Back on the record.
17 Q   (Continuing by Mr. Murphy): Mr. Kahaian, just
18     a few follow-up questions to round out that
19     last line of questioning.
20         When we were talking about the
21     fact that Navistar had delivered 96 tractors in
22     June of 2022, and I asked you, well, why
23     couldn't GLS sell 96 tractors, they only sold
24     13. And I believe the answer was something
25     along the lines that they weren't at high

Page 100

1      enough volumes.
2          Is part of your assumption in
3      this report that GLS could only make bulk sales
4      during this delivery window?
5  A   **I don't believe so. I think they could have**
6      **sold one-offs, if you will. But in terms of**
7      **the demand at that time, there certainly was**
8      **evidence that I believe that my client**
9      **expressed to me that there were buyers that**
10     **were buying, or were able to buy, willing to**
11     **buy, at higher volumes which would make more**
12     **sense that they could have moved them as**
13     **quickly as we were assuming.**
14 Q   At what volumes would Navistar had to deliver,
15     in your opinion, to take advantage of these
16     offers at higher volumes?
17 A   **Well, they would have had to have met the**
18     **schedule that they agreed to.**
19 Q   So let's go back to the example with All State.
20     If Navistar had delivered, let's say, 200
21     tractors in May of 2022, would -- and you have
22     this offer for -- or you have these
23     negotiations or discussions with All State for
24     200 tractors, would you have reduced your
25     number of impacted units if Navistar had, in

Page 101

1      fact, delivered 200 trucks in May of 2022?
2  A   **I mean, it's possible. I mean, they didn't, so**
3      **I don't have the ability to make that judgment**
4      **or determination.**
5  Q   So in order to reduce the number of impacted
6      units, would you require that there be some
7      offer in hand, like, a actual offer to purchase
8      the trucks?
9  A   **So I did actually reduce -- I think there was a**
10     **handful of trucks that they received offers**
11     **that they declined, and I gave full credit for**
12     **those as an offset.**
13 Q   But that didn't actually reduce the number of
14     impacted units, though, right? That was just
15     an offset that you gave for those offers?
16 A   **Correct. Because they had offers, rejected**
17     **them. And if that was the case, I gave an**
18     **offset for that amount being that they rejected**
19     **the offer.**
20 Q   Being that GLS rejected the offer?
21 A   **Right.**
22 Q   Correct?
23         And was it because the, you
24     know, the offer was too low, or do you recall
25     that?

GLS LEASCO, INC. v NAVISTAR, INC.
KAHAIAN, MICHAEL 02/12/2025

Job 36835
102..105

Page 102

1 A I don't remember the specific reasons as I sit
2 here. But I wanted to cover and make sure that
3 I was reducing or considering other facts
4 similar to, you know, the scrap or there is a
5 stolen trailer, as well.
6 Q Yeah. You reduced the number of impacted units
7 in paragraph 29. You recall, there were --
8 according to your expert report, there were 612
9 Model Year 2018 RHs that were part of the
10 no-trade agreement under the 2011 letter
11 agreement, is that correct?
12 A Yes.
13 Q All right. And then I -- you reduced that by
14 18 to account for scrapped and stolen Model
15 Year 2018 tractors to arrive at your number of
16 594 Model Year 2018 units, and that's what you
17 define as impacted units, correct?
18 A Yes.
19 Q What would it take, you know, under the
20 scenario that we just described, at what point
21 in time would you actually reduce the number of
22 impacted units based on the fact that Navistar
23 actually delivered trucks within that window of
24 time?
25 A So, again, it's -- I sort of covered this.

Page 103

1 But the period itself, if they would have
2 adhered to the agreement, meaning delivered all
3 trucks before June, I think I may have
4 considered that there may not have been any
5 impacted units. But because they didn't
6 deliver the full amount in that schedule, in
7 that timeframe, that put all of them at risk or
8 at issue.
9 Q Well, I guess what I am trying to understand
10 is, is this an all-or-nothing proposition that
11 unless you deliver 75 in April, 225 in May, and
12 330 in June, I am going to consider them all
13 impacted units or, and the other example, what
14 if Navistar only delivered 50 in April, and 200
15 in May, and 300 in June, would you at that
16 point in time reduce the number of impacted
17 units?
18 A So my view on what you described, because I
19 don't know if we would be sitting here if that
20 happened. So I don't know if I would have had
21 to consider an analysis. However, that didn't
22 happen.
23 So what I have to deal with is
24 the data I do have. The but-for scenario is
25 reduced, or the amounts I don't believe would

Page 104

1 be reasonably computed as damages, and that
2 would be on the stolen or scrapped vehicles.
3 And then as far as the impacted
4 ones, those volumes, like I said, that the
5 client had demonstrated to me that they made
6 significant efforts to make the sales of the
7 2018s as the 23s were rolling in at the
8 lower volumes. And so that's what I am
9 determining is reasonable to calculate under a
10 but-for in an actual.
11 MR. MURPHY: Strike that as
12 nonresponsive. But let me ask another
13 question.
14 MR. PELTON: We'll leave that to
15 the judge.
16 Q (Continuing by Mr. Murphy): So there were only
17 594 impacted units, correct?
18 A Well, there was, again, the 630 that I adjusted
19 it for units that I didn't believe were
20 reasonable to include in the impacted number.
21 So I reduced it to 594, that's correct.
22 Q Your export report uses the defined term
23 impacted units as 594 Model Year 2018 units,
24 correct?
25 A Yes.

Page 105

1 Q Okay. So under this delivery schedule, really
2 the only important thing is when were 594 units
3 delivered, right? Because whether there were
4 630 is really not relevant, it's only when did
5 the 594 units get delivered so GLS could go out
6 and sell their tractors, is that correct?
7 A I think I understand your question. And I
8 believe the answer is, yes. But I want to make
9 sure I'm not misunderstanding if you have a
10 follow-up.
11 Q Do you know when Navistar actually achieved the
12 delivery of at least 594 tractors?
13 A I would have to look.
14 Q Okay. If I said they had achieved that point
15 in March of 2023, would you have any reason to
16 disagree with me? I mean, I guess we could
17 just figure it out by looking at a chart.
18 A Yeah, I don't have the chart in front of me.
19 But March of 2023 -- I think that's -- I think
20 that's correct.
21 Q Okay.
22 A I think that's right. I mean, I'm looking at
23 my Exhibit H just to see the dates. I think it
24 was February of 2023. Well, actually, it was
25 January of 2023 they got 66.

GLS LEASCO, INC. v NAVISTAR, INC.
KAHAIAN, MICHAEL 02/12/2025

Job 36835
106..109

Page 106

1  Q   So your Exhibit H reflects the delivery dates
2       for actual delivery month?
3  A   Yes.
4  Q   Okay. And they are numbered. And so, for
5       example, by the end of June 30 it looks like
6       1 -- or 114 tractors had been delivered,
7       correct?
8  A   You said by June?
9  Q   By the end of June. June 30, on Exhibit H,
10      page 3 of 16, you have 114 being delivered by
11      June 30, 2022?
12 A   Yes. That sounds right.
13 Q   Okay. And so by August 31, 200 -- well,
14      actually, by August 31, just so I am reading
15      your Exhibit H correctly, 278 tractors had been
16      delivered by Navistar, is that correct?
17 A   Probably right. I would like -- I could
18      probably use a calculator to be precise.
19 Q   Well, there are numbered, right? I mean, they
20      start at number 1 and go all the way through?
21 A   You're right. I am sorry, the cumulative
22      number on the left. You are right, 278.
23 Q   That's what I was going off. Two hundred
24      seventy-eight had been delivered by the end of
25      August.

Page 107

1       Do you know when this -- when
2  you referred to this All Truck offer, do you
3  know at all when they wanted those
4  trucks -- those 200 trucks to be delivered?
5  A   Probably have to ask Mr. Blain about that. I
6       don't know when they stopped negotiations or
7       were not satisfied with the fact that the
8       trucks weren't available at that time.
9  Q   I'm asking you, sir, do you know when All State
10      wanted the trucks to be delivered?
11 A   You probably would have to ask Mr. Blain about
12      that.
13 Q   So you don't know?
14 A   I don't know the date. But I know that I was
15      told that that discussion was over because they
16      didn't have the trucks available on the
17      timeframe that All State -- or All Truck wanted
18      them.
19 Q   So Mr. Blain told you that these negotiations
20      ceased with All State because GLS couldn't
21      deliver the trucks within the timeframe that
22      they wanted them?
23 A   Yeah.
24      I think it's All Truck, I said
25      All State as well. But --

Page 108

1  Q   (Interposing) All Truck. I'm sorry.
2  A   But yes, that's my understanding from what he
3       told me.
4  Q   Apologies about the reference to All State.
5  A   No, I did it, too.
6       MR. PELTON: I think Mr. Murphy
7  started it though.
8       MR. MURPHY: I may have started
9  it.
10      MR. PELTON: We know what you
11  meant.
12 Q   (Continuing by Mr. Murphy): I want to go back
13      to this offer from -- or this in addition to
14      All Truck you mentioned an offer from Navistar
15      between 100 to 200 trucks for potential buyer
16      in Viet Nam, do you recall that?
17 A   Your question was about an offer, I don't know
18      if there was an offer. I know there was an
19      opportunity. To the extent where these details
20      are, you would need to ask Mr. Blain.
21 Q   Okay. So you don't know whether an offer was,
22      in fact, made for 100 or 200 trucks?
23 A   Right. I don't know. I know that was the
24      volume I was told, and that's the extent of it.
25 Q   Do you know when these discussions took place?

Page 109

1  A   I don't know specific dates. I believe it
2       would have been contemporaneous with -- prior
3       to the expectation of the delivery of the
4       trucks in accordance with the contract.
5  Q   So you don't know when the discussions took
6       place?
7  A   That's correct. I already said that I don't
8       know.
9  Q   Okay. And do you know who the discussions took
10      place between, who at Navistar, who at GLS?
11 A   I don't know who the parties were. I could
12      tell you that Mr. Blain likely was involved,
13      and he would have been the one that had made me
14      aware of it.
15 Q   And would that fact, right, that there were
16      these discussions, don't know really when they
17      took place, don't know who they really were,
18      there wasn't an offer, would those support your
19      assumption that GLS could have made sales had
20      Navistar delivered trucks at a higher volume?
21 A   Yes. And I think that's the point of why I
22      wanted to understand if there was potential
23      buyers at the volumes that I was assuming. And
24      I felt satisfied that was reasonable, if that
25      was the case.

GLS LEASCO, INC. v NAVISTAR, INC.
KAHAIAN, MICHAEL 02/12/2025

Job 36835
110..113

Page 110

1  Q   So -- and you based that off of All Truck and
2       this Viet Nam buyer?
3  A   Well, those are two examples that had the
4       volumes that were in, you know, those totals,
5       if you will. So it gave me a basis upon which
6       I could estimate, you know, what could have
7       been sold for the 2018s at that time if they
8       had achieved the schedule, delivery schedule
9       that was committed to in the agreement.
10 Q   All right. So you reference this Viet Nam deal
11      and you say 100 to 200, which is a big
12      difference, right? So I want to only focus on
13      the 100 piece. We just went through that
14      delivery schedule and Navistar had delivered
15      over 100 trucks by the end of June, right? So
16      why -- why wouldn't you reduce the number of
17      impacted units because Navistar had, in fact,
18      delivered 100 units by the end of June and
19      there was this potential buyer that you are
20      aware of that would have taken 100 trucks?
21 A   Well, I don't know if it's as simple as what
22      you're saying. I think you would need to
23      understand from Mr. Blain, you know, when those
24      discussions would have broke down. If they
25      broke down in March or April, let's say, then

Page 111

1       it wouldn't have mattered if they got 100
2       trucks by June with that particular buyer.
3  Q   Do you know if those discussions broke down at
4       that time period? I thought you said you
5       didn't even know when the discussions took
6       place?
7  A   Well, I prefaced my answer with, you have to
8       ask Mr. Blain because I am sure there is other
9       details associated with that that I am not
10      aware of. Again, I used it for support that
11      there were volumes that buyers were interested
12      in that could have bought the 2018s.
13 Q   And I guess my response is, well, they had
14      delivered the volumes that you were speaking
15      of, the 100 trucks or so, with this potential
16      buyer in Viet Nam?
17 A   Again, I am going based on the fact that there
18      was a discussion of volumes that were 100 to
19      200. I don't say that there is an offer, or
20      there is no understanding of when those
21      discussions would have broke down, would you
22      have to ask Mr. Blain about that.
23 Q   Okay. Footnote number 15 of your expert report
24      references an understanding that Plaintiffs are
25      not alleging lost resale value damages on the

Page 112

1       10 LT tractors as a result of being able to
2       sell them at a price that mitigated their
3       damages.
4  A   Yes, I see that.
5  Q   Okay. Now were the 10 LT tractors, were they
6       part of the 612 units that were part of the
7       no-trade agreement?
8  A   That I am not a one hundred percent sure of.
9  Q   I mean, were they part of -- would they have
10      been included in your impacted units had they
11      not been able to sell those trucks?
12 A   No. I mean, I wouldn't have included them, and
13      I think I footnoted that they are not alleging
14      damages on those ten, so they would not be part
15      of the assessment.
16 Q   As a result of being able to sell them at a
17      price that mitigated their damages, I am
18      saying, well, if they didn't sell them at a
19      price that mitigated their damages, would you
20      have included those 10 LT tractors as part of
21      your impacted units?
22 A   I don't know. I didn't include them. But you
23      are saying, if they didn't sell them would they
24      be included, is that what you are what asking
25      me?

Page 113

1  Q   I am just trying to reconcile the numbers here.
2       You got a footnote in there in 15, and you say
3       we are not alleging lost resale value damages
4       on the 10 LT tractors because we sold them at a
5       price that mitigated our damages. And I'm
6       trying to figure out where they fit into the
7       612 Model Year 2018 units?
8  A   So they don't. If you look at the schedule E
9       or Exhibit E on page 18 of 18, you will see the
10      630 is the total, which is what was in the
11      delivery schedule. I removed the 10, those LTs
12      that were sold. I removed the 25 of scrap and
13      one that was stolen. So if you do the math, 36
14      off 630 is 594. Does that help?
15 Q   All right. I'm sorry. Walk me through that
16      again. Because paragraph 29 says, Central
17      Transport owned 612 Model Year 2018 RH 613
18      units that were part of the no-trade agreement,
19      right? And then you say, after excluding scrap
20      and stolen MY 2018 tractors, you determined
21      that they sustained economic damages on 594 of
22      the Model Year 2018 units, correct?
23 A   So if I could -- I said that, yes.
24 Q   Right. And so I am trying to figure out where
25      the 10 LT tractors fit into this?

Page 114

1  A   So the 10 fall into the 630, which was on the
2      delivery schedule.
3  Q   But that's with the model year 2023 tractors.
4      The 630 relate to the model year 2023 tractors.
5      We're talking about the used trucks, the 612
6      used trucks.  And then you note in footnote 15
7      there were 10 LT tractors that were sold at a
8      price that mitigated the damages.  Were those
9      10 LT tractors, were those 2018 tractors?
10 A   The 10 -- I believe the 10 were.  But again, my
11     reference is to the agreement -- for the 612 is
12     in reference to the agreement on page 3, just
13     denoting that there are 612, 2018s were part
14     of what was in the no-trade agreement notes.
15         In terms of how I calculated the
16     number of units that were impacted, the
17     expectation was 630 RH, and I removed the 10
18     from that number.  I don't know if it was part
19     of the 612 or not.  I think those are mutually
20     exclusive issues.
21 Q   No.  The 630 relate to the 2023 trucks that
22     were going to be sold to Central.
23         The 612 are the universe of used
24     trucks they had, right?  The universe of 2018
25     model year trucks, according to your paragraph

Page 115

1      29, they had 612 to dispose of.  You then
2      reduced those by the numbers that were scrapped
3      and stolen to reach a number of 594.  And I'm
4      trying to figure out, if 10 LT tractors were
5      sold, and that mitigated their damages, why is
6      that 594 not reduced by another 10?
7  A   Well, if you go to Exhibit E you will see how I
8      did the math on it.  On the very last page.
9  Q   Your paragraph 29 references Exhibit D,
10     schedule 3.
11 A   Exhibit D, schedule 3.  Okay.
12 Q   Right.  There is really -- and that just
13     identifies one 428 RH sold; and two, 166 RH
14     unsold.
15 A   Right.
16 Q   For 594.
17 A   Yeah.  That's where that is a reference to.  So
18     the number is consistent with what was in
19     paragraph 29.
20 Q   Where do the 10 LT trucks fit in there?
21 A   If you go to Exhibit E, 18 of 18, at the
22     bottom.
23 Q   All right.  This is a list of all the trucks
24     that were sold?
25 A   Exhibit E.

Page 116

1  Q   Yeah.  That's what I am looking at.
2  A   Correct.
3  Q   Status of the Model Year 2018 tractors?
4  A   Right.  If you go to the last page.
5  Q   Right.  I'm following you.  I'm at the last
6      page.
7  A   At the bottom you will see there is a sub
8      total.  Sub total, and grand total of 630
9      units.  You will see that there is scrap of 25,
10     stolen 1, sold 428, unsold 166.  And then there
11     is the LTs sold that was 10 of them.  And so
12     if you removed the 10, the 25, and the 1 from
13     630 you get 594.
14 Q   I guess I'm having trouble reconciling this
15     summary with your statement in
16     footnote -- excuse me, your statement in
17     paragraph 29 that Central only owned 612 Model
18     Year 2018s that were part of the no-trade
19     agreement, is that not accurate?  Or should
20     that number be 630?
21 A   So if you look at the footnote, if you were to
22     look at the agreement, April 8th agreement,
23     dated -- I am sorry, it's Exhibit 38?
24         MR. PELTON:  Yes.
25 A   Exhibit 38, the agreement, you go to the third

Page 117

1      page you will see that there is a reference to
2      the 612.  It's just a reference to the number
3      of tractors that were in the 2018s that were
4      the RH day tab of 612.  It doesn't have -- it
5      doesn't really effect the reconciliation that I
6      do from the 630, and then what ultimately I
7      reconciled were the 594 on Exhibit E.
8  Q   (Continuing by Mr. Murphy):  I guess the two
9      reconciliations are different though, wouldn't
10     you agree?
11 A   No.  You don't have to reconcile the 612.  It's
12     not part of the calculation.  It's a reference
13     to what was in the no-trade agreement notes and
14     agreement.
15 Q   Well, that's where you define the impacted
16     units in paragraph 29?
17 A   Right.  That there was 612 recognized within
18     the agreement.
19 Q   Uh-huh.
20 A   Within the no-trade agreement notes.  But there
21     were 630 on the delivery schedule that we were
22     supposed to receive.
23 Q   I understand -- how many 2018 used trucks did
24     Central have?
25 A   I believe it was 620.

Page 118

1  Q   All right. So it's not -- you don't think they
2      had 612 Model Year 2018 tractors? Well, based
3      on the -- where are you getting the 620?
4  A   From the schedule of what was sold in Exhibit
5      E.
6          There was 630, but 10 of them
7      were LTs that they had sold that we did not
8      include. So that left 620. When I reduced
9      that by the 26, it left 594 impacted units.
10 Q   So it's your testimony then that you believe
11     that Central had 620 RH 2018 tractors?
12 A   Yes. Based on the data I have by VIN number,
13     yes.
14 Q   Can you give me any further detail on the sale
15     of these 10 LT tractors other than what's
16     stated in this footnote 15?
17 A   Well, what they sold, there was identified that
18     they -- that 10 of the 630 were the LT
19     tractors, which my understanding is were not
20     part of what was being claimed as -- as lost
21     sales or trade-in units.
22 Q   All right. And I guess I'm trying to figure
23     out, we just went over in detail why, you know,
24     you wouldn't reduce the amount of impacted
25     units based on Navistar's delivery of 96 units

Page 119

1      in June because they weren't high enough
2      volumes, and yet here we have an instance where
3      only 10 tractors were being sold, and you gave
4      credit for those, or they, you know, they
5      didn't include those as impacted units, and I
6      am trying to figure out why?
7  A   My understanding they were LT units.
8  Q   So the LT units were easier to sell than the
9      RHs?
10 A   No. I just don't believe that they were
11     seeking damages or able to seek damages on the
12     LT units.
13 Q   Why?
14 A   My understanding is the RH -- the RH units were
15     the ones that were impacted based on the lack
16     of the delivery schedule met in accordance with
17     the contract.
18 Q   Okay. In paragraph -- let me make sure I
19     covered these.
20         In paragraph 26 -- you reference
21     in paragraph 26 b, the incurred maintenance
22     costs and incremental fuel costs that would
23     have been avoided had plaintiffs received
24     replacement units in accordance with the
25     schedule.

Page 120

1          How many of the Model Year 2018
2      RH tractors are you claiming, you know,
3      additional maintenance costs and incremental
4      fuel costs?
5  A   It depends on when the trucks were actually
6      delivered.
7  Q   Okay. And so, for example, if Navistar had
8      delivered, what did we say, 114 by the end of
9      June, you wouldn't be claiming maintenance and
10     incremental costs on 114 of those trucks
11     because Navistar had, in fact, delivered that
12     many by the end of June?
13 A   That's right.
14 Q   Okay. And where in your expert report does it
15     reflect that?
16 A   So in -- I know specifically if you are looking
17     at the -- for the fuel, incremental fuel costs,
18     that was the one where if you were to follow
19     Exhibit H you would see the number of units
20     impacted changes when trucks are received
21     because then they are not using 2018s longer
22     than they would have otherwise bargained for.
23     And so that incremental fuel cost is based on
24     the number of months and miles ultimately in
25     the incremental fuel amount, difference between

Page 121

1      the fuel efficiency, if you will. So when they
2      received the 2023s, the impact on the 2018s
3      ceases on those units.
4  Q   Okay.
5  A   And the same thing for the repair costs. Those
6      amounts were only specifically items that were
7      repairs they would not have incurred on for
8      what they would have received the 2023s and
9      been able to sell the 2018s, and also make
10     sure that we did not include things that would
11     have happened in both scenarios. So if
12     somebody crashed a truck, we didn't include the
13     repair costs for that. Those were excluded
14     because that wouldn't have been exclusively
15     related to a repair that would have been needed
16     on those particular units as a result of not
17     obtaining the 2023s.
18 Q   Okay. So -- just so I can understand this.
19     With respect to maintenance costs, you ceased
20     calculating damages on maintenance costs upon
21     the delivery of the 2023 tractors from
22     Navistar. So Navistar delivered 114 by the end
23     of June. You weren't claiming maintenance
24     costs on 114 to GLS trucks, correct?
25 A   That's my understanding. I made a reference to

Page 122

1    the document that I relied upon.
2  Q   Right.
3  A   And provided by the client.
4  Q   Just to extrapolate a little further then, if
5      Navistar had delivered, I think we agreed on
6      this earlier, 594 trucks by the end of
7      February 2023, right?  So they covered the full
8      number of the impacted units, then there
9      shouldn't be any additional maintenance costs
10     being claimed after February of 2023, is that
11     correct?
12 A   I will have to see if that's what we did or
13     not.  But I believe that's accurate, yes.
14 Q   And would the same hold true then for the
15     incremental fuel costs?
16 A   The incremental fuel costs, yes.  I know that's
17     the case.  And you can see that in Exhibit H of
18     the report.
19         Right.  There is no incremental
20     fuel costs calculated post March of 2023.
21 Q   Which exhibit is that?
22 A   H.
23 Q   H?
24 A   And just to make sure I am clear.  I don't know
25     if that would be the case on the expenses or

Page 123

1    the repair expenses if they would have ceased
2    after they received the trucks or not.
3  Q   Why not?
4  A   That might not make sense.
5  Q   Well, they got delivery of the new truck,
6      why -- why would you continue to include the
7      maintenance costs after all of the trucks had
8      been delivered?
9  A   Well, because you are outside of the timeframe
10     where you could have sold them to offset those
11     costs.  And if you are in a timeframe where you
12     can't sell them, and what that market would
13     have been, then you are continuing to incur
14     maintenance costs.  I have to go back and check
15     that though.  It's something I have to look at
16     to make sure that we did that consistent with
17     what I just testified to.
18 Q   Do you know whether or not once they took
19     delivery of a new 2023 truck whether they
20     continued to run the 2018s?
21 A   Yes.
22 Q   They did continue to run them even though they
23     had a replacement truck?
24 A   In many cases, yes, they did.
25 Q   Okay.  And are you claiming maintenance costs

Page 124

1    on their decision to continue to run the 2018
2    trucks even though they had a replacement 2023
3    truck in their possession?
4  A   Yes.
5  Q   Why?
6  A   Because at that point, the market conditions
7      had changed to an extent where they had these
8      trucks on the road now, and they wouldn't have
9      otherwise had them.  Now they are in a
10     situation where they can't sell them so they
11     continue to incur maintenance on trucks they
12     wouldn't have had.
13 Q   They have the replacement trucks?
14 A   Yeah.  But again, in the scenario where we have
15     replacement trucks, rather than keeping trucks
16     idle, you know, and deteriorating they would
17     put them on the roads except they could utilize
18     them to mitigate, you know, the losses that
19     they were incurring.
20 Q   So is it your testimony that they just started
21     running more trucks like they ran the new ones,
22     and they ran the old ones?
23 A   Yeah, they ran both, yeah.  I know we talked
24     about it earlier.  But yeah, they ran both.
25     They didn't have to run both, but they were

Page 125

1    running both of them.
2  Q   So it was a decision of GLS to continue to run
3      the 2018 trucks even though they had
4      replacement 2023 trucks in their possession?
5  A   Yes.  I think they kept both of them on the
6      road, and were making every effort to sell the
7      2018s.  And in many cases they were still
8      utilizing them.
9  Q   When you say they made every effort to try to
10     sell these 2018 tractors.  And I want to be
11     specific to you, know, a given time period.  In
12     2023, right, when they had received all of the
13     new international trucks, the 23s by
14     February, what efforts were they undertaking in
15     that timeframe to try to sell the Model Year
16     2018 tractors?  If you. know.  I'm talking
17     specifically about calendar year 2023.
18 A   I have to go back potentially to review some
19     documents.  But I know there were efforts every
20     month that were being made to mitigate the loss
21     by finding buyers, coordinating with different
22     option groups, internally figuring out price
23     adjustments that they needed to make
24     potentially.  So these were all decisions that
25     were being made, you know, on a monthly basis.

Page 126

1      But specifically March you're asking?
2   Q   No.  I specifically asked about 2023.
3   A   I thought you said specifically March of 2023.
4   Q   No.  The calendar year 2023.
5          MR. PELTON:  You need him to
6   clarify for the calendar year.
7   A   Oh, okay, sorry.
8          So I know, again, based on my
9   review or discussions with client, I know they
10  were doing things every month.  You know, even
11  after my report I know they were still
12  obviously selling more units.
13  Q   (Continuing by Mr. Murphy):  Okay.  So it's
14  your testimony that in every month in calendar
15  2023 they were undertaking all these efforts to
16  try to sell the 2018 tractors?
17  A   My understanding is that on a monthly basis, if
18  you looked every month, they were making an
19  effort to mitigate their losses on the 2018
20  trucks.
21  Q   Paragraph 34 you state, After considering these
22  factors, I determined that Plaintiffs could
23  have sold the impacted units in the same month
24  as the replacement units were delivered at the
25  same price equal to the midpoint of the auction

Page 127

1   and market sales price achieved in the market
2   for similar tractors with 400,000 miles,
3   correct?  That's paragraph 34.
4   A   Yes, yes.  And defined expected value I have
5   defined references.
6   Q   Right.  We'll get to those.  I just want to
7   understand this statement first.
8          Okay.  So we just talked about
9   the 96 that were delivered in June of 22, which
10  is in the window, and the fact that they could
11  only sell 13, right?
12  A   Well, they sold 13, right.
13  Q   Right.  Okay.
14  A   That's correct.
15  Q   So is that statement accurate then that -- that
16  I determined that they could sell the impacted
17  units in the same month as the replacement
18  units were delivered at the -- were delivered
19  at the sale price equal to the midpoint of the
20  auction and market sales prices achieved in the
21  market for similar tractors with 400 miles?
22  A   Okay.  I'm sorry.  Can you repeat the question?
23  Q   Of course.
24  A   Or read back, maybe.
25  Q   No, I will try to clarify.

Page 128

1          Step back.  We just talked about
2   the 96 trucks that were delivered in June, and
3   the fact that GLS could only sell 13.  And I
4   believe your testimony was, well, it wasn't at
5   the volumes that were required under the
6   contract, correct?
7   A   Yes.
8   Q   Okay.  But the statement in 34 says, After
9   considering these factors, I determined that
10  Plaintiffs could have sold the impacted units
11  in the same month as the replacement units were
12  delivered.  Is that true?
13  A   In isolation, I don't believe you could make
14  that statement that if they received less than
15  what they bargained for in the agreement.  But
16  if that's what you are inferring then it says
17  what it says.  But I believe it is predicated
18  on and receiving all the units within the
19  timeframe that was expected under the contract.
20  Q   Okay.  So what you're saying is this statement
21  should say, I determined that Plaintiffs could
22  have sold the -- would have sold, it says could
23  have sold, the impacted units in the same month
24  as the replacement units were delivered, but
25  you're saying, well, that would only be true if

Page 129

1   all of the trucks delivered, so 75, 225
2   and 330?
3   A   Right.
4   Q   Is that your testimony?
5   A   By June they would have received, you know, all
6   594 trucks that they would have been able to
7   replace.
8   Q   Okay.
9   A   In this case, you're saying 96 in June without
10  consideration of the additional trucks.  And I
11  think we already covered this, but I think the
12  volume certainly mattered.
13  Q   Right.  But so your statement, I determined
14  that Plaintiffs could have sold the impacted
15  units in the same month as the replacement
16  units were delivered.  That's only true, you're
17  saying, if they, you know, delivered the
18  volumes that were required under the agreement?
19  A   Right.  And the but-for world, they would have
20  received all the units on time, that they could
21  have sold all the units within the next month,
22  in that month.
23  Q   So if they only delivered 400 of the
24  replacement units instead of the 594, then
25  that -- they wouldn't have been able to sell

Page 130

1    them?
2  A  I don't know if that's true or not, maybe.
3  Q   Would you agree with me then that this
4    statement in here is not correct, I determined
5    that Plaintiffs could have sold the impacted
6    units in the same month as the replacement
7    units were delivered?
8  A  No, I think it's correct in the right context.
9    I think you are trying to isolate it for
10    purposes of -- for the way you viewed it, the
11    amounts that were received at that time rather
12    than in the context of they did not receive all
13    the units that they understood was agreed to in
14    the agreement.
15  Q   Okay.  So Navistar delivered 96 trucks in June
16    of 2022, correct?
17  A   Yes.
18  Q   Why couldn't they -- I mean, this statement
19    says they could have sold them in the same
20    month, does it not?
21  A   Again, you are taking that statement in
22    isolation outside of the understanding of that
23    this was in the but-for scenario, they could
24    have sold them if they had delivered on the
25    contract in terms of the volumes.

Page 131

1  Q   So your assumption there is based -- this
2    statement is only true if, one, Navistar
3    delivered 75 trucks in April, 225 trucks in
4    May, and 330 trucks in June, then this
5    statement would be true, correct?
6  A   Well, I think you could say if they delivered
7    all of the trucks according with the contract
8    as of June --
9  Q   (Interposing)  Right.
10  A   -- then that statement's true.
11          But again, you know, taking
12    liberties on context is important to isolate
13    and make sure that it's clear.
14  Q   So it's your testimony and assumption that had
15    Navistar delivered 75 trucks in April, GLS
16    would have sold 75 trucks in April, correct?
17  A   Within that month, two to four weeks, yes.
18  Q   And if Navistar had delivered 225 trucks in
19    May, GLS would have sold 225 trucks in May?
20  A   Or could have.  The assumption is that they --
21    they -- my calculation is that they would have
22    sold them.
23  Q   I mean, your assumption in this expert report
24    is that they sold every single truck in the
25    same month as the truck was delivered, is that

Page 132

1    correct?
2  A   Within the same month, yes, two to four weeks.
3  Q   And same with June, right?  June of 2022 they
4    delivered 330 trucks, and your client sells 330
5    trucks, correct?
6  A   Well, 294.  But yes.
7  Q   What if Navistar delivered those 330 trucks in
8    June -- on June 30th, 2022?
9  A   If they would have delivered, all of those
10    trucks on June 30th?
11  Q   Yeah.
12  A   I suppose you could make the argument that it
13    would have sold it in two to four weeks, and it
14    would have happened in July.
15  Q   Right.
16  A   Yeah, that makes sense.
17  Q   Okay.  Did you take that into consideration in
18    your calculations at all?  When you provide
19    this delivery schedule, what happens if the
20    trucks delivered at the end of the month as
21    opposed to the beginning of the month?
22  A   So it could have gone into the next month.  But
23    I don't believe it would have been a material
24    difference if it was two weeks.  I used the
25    same month.  But if it was, you know, four

Page 133

1    weeks and you are saying they delivered it at
2    the end of June, I can't really quibble with
3    you that it would have been, you know, two to
4    four weeks later which would have spilled into
5    the next month.
6  Q   Now your assumption in paragraph 34 that
7    delivery equals sale in the same month, right,
8    that's the assumption.  You reference, I
9    believe, one footnote 23 that relates to that
10    issue, right?  And it says, Data produced by
11    Navistar provides evidence that used trucks
12    during this time were sold quickly.  See for
13    example, and you give a specific reference, do
14    you see that?
15  A   I do.
16  Q   Okay.  Other than that document, is there any
17    other evidence that you are relying upon to say
18    that Navistar -- that GLS, had Navistar
19    delivered the 594 trucks in that window that,
20    GLS would have absolutely sold every single one
21    of those 594 trucks.  Any evidence other than
22    what's in this footnote 23?
23  A   Well, I have four footnotes there, but you are
24    saying specifically 23.  Anything other than
25    that?

Page 134

1  Q   Yeah.  The other footnotes don't relate to that
2      issue, sir.  If you want to go through them you
3      are welcome to.
4              Twenty-three is the only one
5      that relates to the fact that your opinion
6      assumes that GLS is going to sell the exact
7      same number of trucks that Navistar delivers in
8      that three-month window of time?
9              MR. PELTON:  I will object, it's
10     argumentative.
11 A   So certainly I reference what was in 23, but
12     again, in context of the entire report.  If you
13     go back to the overview of the used tractor
14     industry, I make several references to Navistar
15     data or documents that demonstrate that this
16     was an unprecedented market and trucks were
17     moving very quickly.  So you know, again, I
18     know you could sort of isolate one thing and
19     say is that the only thing that you are relying
20     upon.  And I say, no, it's the one footnote
21     that's there, but certainly part of, you know,
22     what I relied upon in being able to do the
23     calculation that I did.
24 Q   (Continuing by Mr. Murphy):  Okay.  So show me
25     the other part of the report where you rely on

Page 135

1      different information.
2  A   Like I said, if you go to the tractor -- used
3      tractor industry, number 25, I think I have 8
4      references, you know, to different things,
5      either -- and they are all Navistar documents.
6  Q   Okay.  So on paragraph 25 a says, January 2022,
7      which is not in the delivery window, right?
8      Advertising listing on Truck Paper increases
9      24 percent month over month but sales prices
10     continue to climb by another 18 percent.  How
11     does that relate to GLS' ability to sell a
12     truck in the same month that Navistar delivers
13     the truck?
14 A   Well, all of it, I think.  You take into
15     consideration that this isn't something that
16     I'm relying upon in isolation that one person
17     told me or whatnot.  If they -- definitely was
18     a lot of information out there within your
19     client's documents sets that showed higher
20     profits than normal, you know, inventory,
21     volumes and, you know, there is obviously an
22     aggressiveness, things like that, that I am
23     relying upon overall that demonstrate the turn
24     around to sell trucks in this market was very
25     quick.  I don't think it's a mystery.  I think

Page 136

1      there is a lot of testimony related to that,
2      too.
3  Q   All right.  We are going to break this down
4      very specifically, all right.  And we are going
5      to go through each one of these, and I want you
6      to explain to me in that 25 a, which you just
7      referenced, where does that support your
8      assumption that GLS could have sold the truck
9      in the same month that Navistar delivered the
10     truck?
11             MR. PELTON:  I am going to
12     object, it's argumentative, and it's been asked
13     and answered.
14             MR. MURPHY:  No, it wasn't
15     answered.
16             MR. PELTON:  Oh, it was.
17 A   So, again, each one of these that I listed here
18     are referring to the overall market.  And so
19     when you are looking at documents within
20     Navistar's possession that were produced in
21     this case.  There is specific references to the
22     strength of the market whether it relates to
23     inventory, volumes, or higher profitability,
24     that demonstrate that this market was extremely
25     strong in the first part of 2022.

Page 137

1  Q   (Continuing by Mr. Murphy):  Okay.  And what I
2      am talking about is GLS' ability to sell trucks
3      in April, May, and June, right?  And your
4      report assumes that they would have sold trucks
5      in the same month they were delivered in April
6      month [ sic ] and June, 75, 222, and 330.
7      Paragraph 25 a refers to an advertising in
8      Truck Paper in January of 2022 about an
9      increase in sales, right?  That's in January.
10     B references inventory increased in January of
11     2022, c references January of 2022, d -- where
12     do any of these articles specifically address
13     GLS' ability to sell a truck in the same month
14     the truck's delivered?
15 A   Well, it's an assumption I'm making based on a
16     lot of documentation of evidence, you know,
17     outside of -- or included in these, whether
18     it's January, February, March, April, and it
19     says May, you know, even Navistar didn't
20     believe pricing pressures would start until
21     2023.  So there is evidence that this was an
22     unprecedented market.  I believe it's not a
23     mystery.  You know, I put a lot of references
24     here because I think it's important that the
25     foundation of the unprecedented nature of the

Page 138

1   market was established to make the assumption.
2         So I clearly believe that I can
3   rely upon this timeframe and these documents
4   that reference them, you know, that it's not a
5   mystery that this wasn't a market that had the
6   ability to turn, you know, vehicles out, the
7   2018s specifically, very quickly.
8   Q   Okay. But doesn't that seem to contradict the
9       fact that Navistar did deliver 96 in June and
10      they could only sell 13? I mean, they seemed
11      like they are -- I can't reconcile these two
12      thoughts. On one hand you are saying it was a
13      very strong market and they could sell the
14      truck in the same month it's delivered, but
15      then we have evidence that they are delivered
16      96 trucks and they could only sell 13, like,
17      how do you reconcile those two?
18  A   Well, I mean, we are pretty much stuck on this
19      issue then because I have answered a number of
20      times that the inventory numbers were not high
21      enough. You keep saying 96, and I am saying
22      there was supposed to be 630 delivered by June,
23      and they did not hit those numbers, so.
24  Q   Right. Why would you assume that GLS could
25      have sold 75 trucks in April but yet they

Page 139

1   couldn't sell 96 trucks in June?
2   A   Well, I mean, April and June are two months
3       apart. That's one -- that could be one reason.
4       But again, you know, the volume of those trucks
5       by that timeframe, you know, they didn't have
6       that number of trucks that they agreed to.
7   Q   I am saying in the very first, you know, month
8       of your window, right? It's May, or April, 75
9       trucks. I mean, we just went through this
10      whole discussion about how the 93 trucks
11      weren't enough volume, right, to do the sale.
12      And how could you ever assume that in April
13      they would have sold 75 trucks?
14  A   Well, they had the expectation of having 300 by
15      May, and you are talking about 96 in June. I
16      think right there, there is a pretty strong
17      disparity between 300 and then 96 that you
18      mentioned. And yet it was supposed to be 630
19      by June. So, again, it's a volume issue.
20  Q   I am -- no, your analysis assumes 75 get
21      delivered in April, 75 get sold in April,
22      right?
23  A   Yes.
24  Q   Okay. But why would you assume that in April
25      they could sell 75 but they couldn't in June?

Page 140

1   A   Well, I already answered that. The full
2       volumes weren't attained. And you are trying
3       to move two months later and saying that is the
4       same time period. I don't believe that's the
5       case.
6   Q   Okay. So you are saying that the demands were
7       different in those months?
8   A   I mean, it could have been. Obviously only 13
9       out of 96 were sold, so something must have
10      changed.
11  Q   Is it your opinion that the All Truck offer,
12      they would have scooped up those 75 in April?
13  A   I don't know. I don't know if they would have
14      scooped up anything.
15  Q   Well, who -- who would have purchased the 75
16      trucks in April that your report assumes?
17  A   I don't know. It's a hypothetical buyer. And
18      the All Truck references that there was demand
19      in volumes that would have covered that in most
20      of that -- those figures. So and those were
21      gone. Those opportunities were gone by the
22      time they started receiving trucks in June.
23  Q   All right. So as far as the April 75 is
24      concerned, as you sit here today, you can't
25      identify any particular buyer that had an offer

Page 141

1   ready, willing, and able to purchase those 75
2   trucks, is that correct?
3   A   Well, it's -- the way you are asking the
4       question I think I have demonstrated, you know,
5       based on what I adhere to in performing
6       economic damages that there was a demand in the
7       market, there was actual potential buyers
8       identified that they were in discussions with,
9       and then I have the agreement that says there
10      was going to be over 600 trucks that would be
11      delivered by June. And yet, they didn't
12      receive that volume, and my understanding is
13      they lost out on those deals.
14  Q   All right. I am just asking a very simple
15      question, sir. I want to know if you're aware
16      of an offer that was made to GLS to purchase 75
17      tractors, Model Year 2018 tractors, in April of
18      2022, are you aware of an offer?
19  A   No.
20  Q   Okay. Now other than this paragraph 25 where
21      we just talked about, you know, these different
22      factors that reflect the strong resale market,
23      and this footnote 23, is there any other data
24      or information in this expert report or
25      anywhere else that supports your assumption

Page 142

1    that GLS would have sold every single one of
2    its used trucks had Navistar delivered the
3    truck within the same month?
4  A  I know that in discussions with my client they
5    believe that was a reasonable assumption.
6    Based on my review of some of the testimony,
7    that's probably a part of it.
8  Q  Okay.  Discussions with client and review of
9    testimony.
10         Okay.  Other than your
11    discussions with your client, your review of
12    the testimony, this footnote 23, and the
13    paragraph 25 that we just went over, is there
14    any other information or data that you rely on
15    to make your assumption that your client would
16    have sold every one of the impacted units had
17    Navistar delivered the 2023 tractors according
18    to the schedule outlined in your expert report?
19  A  Not that I could think of right now, but I
20    believe it forms a sufficient basis for me to
21    make that assumption.
22  Q  I am just trying to nail down what you are
23    relying on.
24  A  That's fair.  I am just answering the question.
25  Q  So conversations with client, which client did

Page 143

1    you speak to?  Or which person, which
2    representative of GLS?
3  A  Kyle Blain.
4  Q  Kyle Blain, okay.
5  A  Uh-huh.
6  Q  And you recall Mr. Blain telling you that, yes,
7    had Navistar delivered 75 trucks in April, I
8    would have sold 75 trucks in April?
9  A  Clearly speaking with him to confirm, you know,
10    that assumption would have been important.  So,
11    yeah, he would have confirmed that.
12  Q  I am asking, do you remember that conversation
13    with him?
14  A  I had a number of conversations, and I am
15    saying, I don't know which one, but that we
16    would have had that discussion.
17  Q  So he did, in fact, tell you that, yes, I would
18    have sold every one of these trucks had
19    Navistar delivered the 23s, you know, in these
20    months?
21  A  Or that -- or could have reasonably done that.
22    And so I -- that was the assumption that I
23    relied upon as well.
24  Q  But he told you that?
25  A  Well, we spoke about a lot of things.  But

Page 144

1    clearly, the timing of how quickly they could
2    have sold these units, the 2018 units was, you
3    know, important and then definitely we would
4    have discussed that.
5  Q  Okay.  So you did discuss it then.  I am
6    trying -- I am trying to nail down, did you
7    actually have this discussion with him, or if
8    you can't recall, you can't recall, I just want
9    to know?
10  A  I recall I had many discussions with him.  And
11    my answer remains that we certainly would have
12    had that discussion.
13  Q  So you did talk to him about that then, you're
14    certain of that?
15  A  I certainly spoke to him about the ability for
16    them to have turned vehicles within the same
17    month that they received the 23s.
18  Q  Okay.  And you referenced deposition testimony,
19    whose deposition testimony did that come out
20    in?
21  A  Again, I didn't reference it specifically.  So
22    my recollection of it is that -- that there
23    would have been testimony, I believe from
24    Mr. Blain or Ms. Perkins, potentially
25    Mr. Lawless, about the market, how it was at

Page 145

1    that time.
2  Q  So it's your testimony that Ms. Perkins said we
3    can sell a truck within the same month it gets
4    delivered, and we would have sold all of our
5    trucks had Navistar delivered them?
6    Ms. Perkins said that?
7  A  Well, again, you keep adding to the question
8    and I want to make sure it's clear for the
9    record.  But you said, she said could and
10    would.  And I just want to be clear, I believe
11    she says, within the same month, or two to four
12    weeks I think was the timing of the turnaround
13    sale of a truck replaced by a new model.  But
14    to the extent she said it the way you described
15    it, I don't know if that's the case.
16  Q  All right.  So how you did -- so you said she
17    testified she could turn around the sale within
18    two to four weeks?
19  A  Well, the timeframe of turning around a vehicle
20    at that time was -- could be within two to four
21    weeks.
22  Q  Okay.  And Ms. Perkins said that?
23  A  Again, I don't have it in front of me, but I
24    believe it was her, based on my recollection.
25    It could have been Mr. Blain, but for some

Page 146

1     reason I recall it was Ms. Perkins' testimony.
2  Q   Mr. Lawless, did he say that, two to four
3     weeks?
4  A   No, I don't know if he said two to four weeks.
5     He was -- I think I looked at his testimony and
6     his involvement that with respect to how
7     quickly a truck would go from production to
8     delivery.
9  Q   Okay.  So he didn't actually speak about GLS'
10    ability to sell a new truck once one gets
11    delivered from Navistar?
12 A   So I don't know if he did or not.  I just don't
13    recall if he did speak on that specifically.
14 Q   So this footnote 23, you referenced this
15    document from Navistar, do you see that?  And
16    it says, data produced by Navistar provides
17    evidence used trucks during this time period
18    were sold quickly.
19        And I am trying to figure out,
20    how does that support your claim that GLS would
21    have sold the trucks, and I think it's in the
22    same month.  I mean, I think your opinion
23    actually says, they could have sold the
24    impacted units in the same month as the
25    replacement units, correct?  That's what your

Page 147

1     opinion says.
2  A   Yes.
3  Q   Okay.  So where in this document -- and we'll
4     mark it as Exhibit Number 6.
5         [ Deposition Exhibit Number K-6
6     was marked for identification. ]
7  Q   (Continuing by Mr. Murphy):  I think -- so you
8     referenced page 19 -- 19861.  I am trying to
9     figure out where on this page does it support
10    your assumption?  Just to help out here, the
11    bottom right-hand corner there is the Bates
12    number, right?  And so your report actually
13    references 19861.  And so if you turn to that
14    page there is a bar chart on there.
15 A   Okay.  I see it.
16        Okay.  So the bullet points on
17    this demonstrate that the overage inventory is
18    up.  It says 11 to 10 units since last month,
19    but steady and healthy at only 6 percent.  A
20    year ago this figure was 1100 units and
21    43 percent of inventory.  So by measure of the
22    chart, and what's described here, it points me
23    to, again, evidence within their documentation
24    that -- that units could be -- were delivered
25    quickly.  Let me see what I said in that

Page 148

1     report.
2         Right.  It demonstrates that the
3     market was -- was a lot higher than it was in
4     previous.  And they make reference to being
5     healthy at only 6 percent, which obviously
6     these numbers were higher than that.
7  Q   Yeah.  I think my question is a little
8     different.
9         My question is, here you state
10    that, Plaintiffs could have sold the impacted
11    units in the same month as the replacement
12    units were delivered.  And I'm trying to figure
13    out, what on this document, what on this page
14    supports that assumption?
15 A   Well, again, you know, you're asking a question
16    once again in isolation based on one reference
17    of footnote and not the others.
18        So if we look at all of those
19    footnotes, I think that supports the statement
20    that I made in number 34.
21 Q   Okay.  Footnote number 24 says, This is a
22    representative of the mileage of Central's
23    Model Year 2018 tractors.  You would agree with
24    me, that has nothing to do with the timing of
25    GLS' ability to sell a new truck, right?

Page 149

1  A   Why would I agree with you on that?
2  Q   Footnote 24 just -- it's just talking about the
3     mileage of Model Year 2018 trucks.  It's not
4     talking about how long it takes GLS to sell a
5     truck once they receive a new one, right?  Or
6     am I missing something?
7  A   I think you are missing something.
8  Q   Okay.
9  A   There is four footnotes.  That's one of four.
10 Q   I know, I'm going through each one of them.  So
11    I am starting with 24.  We can cross that one
12    off.
13 A   I know, but you are making statements that I
14    would agree with you that it has nothing to do
15    with it where I referenced it in connection
16    with three other footnotes which forms the
17    basis of my opinion, not one isolated footnote.
18    So I'm sorry if that's not fitting with what
19    the answers you are looking for.  But -- not
20    true.
21 Q   Explain to me how footnotes 24, 25, and 26
22    support your statement in paragraph 34 that, I
23    determined that Plaintiffs could have sold the
24    impacted units in the same month as the
25    replacement units were delivered?

Page 150

1   A   So reference 23, 24, 25, and 26 were the
2   footnotes.  Okay.  I don't have them in front
3   of me other than the reference in 23 that you
4   gave me, and also my Exhibit E that's
5   referenced.
6           But however, there are two
7   additional footnotes.  We have July 2021
8   agreement in footnote 25 that also included
9   delivery schedule that show the same number of
10  units delivered and traded within a given month
11  providing additional evidence that tractors can
12  be decommissioned in the same month.  So
13  without that understanding, it's not a complete
14  statement to ask me in isolation about number
15  23 or number 24.
16          Number 26 is a reference to Tony
17  Stinsa's deposition from August of 2024, and
18  even references pages 44 and 45, which if I had
19  in front of me I could probably read the
20  reference, but the reference is low inventory
21  levels and new participants entering the truck
22  market contributed to the increased tractor
23  prices.  So it's a price and the ability to
24  decommission tractors in the same month along
25  with looking at the representative mileage on

Page 151

1   the tractors, which would have to be something
2   that's considered, and the documentation that
3   shows that the -- about the inventory aging
4   levels that are in Navistar's own documents on
5   nav19861.
6           So all of those in connection
7   with one another provide a foundation or basis
8   that I make in the statement in number 34 of my
9   report.
10  Q   Okay.  How does footnote 25 when it states, The
11      July 2021 agreement included a delivery
12      schedule that shows the same number of units
13      being delivered, and traded in a given
14      month.  You would agree with me that traded in
15      is different than selling a unit, correct?
16  A   Not necessarily.  You could trade in a unit,
17      that's like a sale.
18  Q   All right.  That was pursuant to the trade in
19      agreement, correct?
20  A   Yeah.  Again, it's one of the components that
21      form the basis that it's not unprecedented that
22      you could turn a unit around within a month,
23      within the same month.
24  Q   Okay.  So the fact that under a 2021 agreement
25      that there was a schedule in there that showed

Page 152

1   number of units delivered, and then a trade in
2   within the given month, you are saying that
3   supports your claim that Plaintiffs could have
4   sold all of their used trucks, the impacted
5   units, in the same month as the replacement
6   units were delivered?  That's -- the support,
7   one of the supports --
8   A   (Interposing) One.
9   Q   -- assumption?
10  A   Correct.  I would say one of.
11  Q   And then this document here, right, this chart
12      supports it?
13  A   Sure.
14  Q   How?
15  A   It shows that the inventory levels, you know,
16      greater than 120 days or 6 percent, they are at
17      11, 10 units.  And so it shows that their aging
18      was extremely healthy.  And so it's another
19      data point that shows that the turning around
20      of inventory was quick.
21  Q   Who -- this refers to Navistar's inventory
22      though, correct?
23  A   Yes.
24  Q   How does it have anything to do with GLS'
25      ability to sell a truck within the month they

Page 153

1   receive one?
2   A   Well, Navistar sells trucks, right?  And
3       wouldn't they have good data on how quickly you
4       could turn around and sell their inventory?
5   Q   Well, this says nothing about how quickly they
6       turned around the sale of a truck.  There is
7       not -- anything in here that says that,
8       correct?
9   A   Well, the -- it doesn't say specifically that,
10      but it's inferred based on the levels of
11      inventory that are stated within the document.
12  Q   Okay.
13  A   During the timeframe that we are talking about.
14  Q   So you inferred because inventory was up that
15      means that this --
16  A   (Interposing) No.
17  Q   -- you could quickly sell a truck?
18  A   No.  If you look at the documents, the data
19      shows that the inventory levels dropped.  And
20      so, therefore, at that period of time the
21      historical amounts that they had because it was
22      lower that means there was the inventory
23      turnaround times would be faster if you follow
24      the line graph towards a lower number in March
25      of 2022 -- February, March of 2022.

Page 154

1 Q   So this isn't even -- pertain to the window of
2     timing which GLS would sell their trucks,
3     correct?
4 A   **Well, sure it does.**
5 Q   Well, this ends on March 31, 22. Your chart
6     says they are going to sell 75 in April.
7 A   **Okay. But again, if you look at other**
8     **documentation, research we did within the**
9     **industry background, the Sandhill Paper, and**
10    **other research we did, supports that this was**
11    **consistent around that same time period in**
12    **terms of volumes and the demand.**
13 Q   And why didn't they sell all of the trucks in
14    the same month that they received them in June
15    of 2022?
16         MR. PELTON:  We've been over
17    this about 15 times.
18 A   **So, again, consistent with the answers I have**
19    **given previously, they did not deliver**
20    **according to the expectation in the contract.**
21    **And there is certainly a different volume**
22    **number. And deals had been lost at that time**
23    **that, potential deals I should say, where they**
24    **could have turned around these volumes much**
25    **quicker.**

Page 155

1         MR. MURPHY:  All right.  We can
2     take a break.
3         [ A break was taken at
4     12:54 p.m. ]
5         [ Back on the record at
6     1:23 p.m. ]
7         MR. PELTON:  Just to make a
8     record, obviously I'm here for the Plaintiffs,
9     and Mr. Murphy, of course, doing the
10    questioning.  Anthony has been in and out,
11    which is fine.  But we had somebody on the Zoom
12    I wanted to have identified for the record.
13        MR. MURPHY:  That is Mark Longo
14    with Stout.
15 Q   (Continuing by Mr. Murphy):  All right.
16    Mr. Kahaian, back after our lunch break here.
17        Wanted to follow-up on where we
18    left off here.  And looking specifically, sir,
19    at paragraph 35 of your expert report.  I just
20    want to walk through this.
21        You reference Exhibit D in
22    schedule 2 to arrive at your figure of expected
23    resale value of $39,504,000, is that correct?
24 A   **Yes.**
25 Q   Okay.  If you flip to that exhibit, just want

Page 156

1     to nail down some of the assumptions here.
2     I believe we've already
3     went -- went over the expected delivery and
4     expected sale month as being the same, and you
5     have that reflected in your chart here on
6     Exhibit D under the expected delivery month,
7     expected month of sale, correct?
8 A   **Yes.**
9 Q   All right.  Walk me through here how you
10    calculated the expected resale value per unit.
11 A   **So that's the -- the average essentially of the**
12    **columns to the left, auction and market, which**
13    **is in the Truck Paper data for those particular**
14    **months that correspond with those rows.**
15 Q   And is the Truck Paper data, is that included
16    within your expert report?
17 A   **The data I relied upon, yes.**
18 Q   And what exhibit's that at?
19 A   **I believe it's G.**
20 Q   And Exhibit G.  That data that you are relying
21    upon, is that specific to the Model Year 2018
22    RH International Tractor, is that correct?
23 A   **Yes.**
24 Q   So it wouldn't include like sleeper cabs or,
25    you know, trucks manufactured by other

Page 157

1     manufacturers such as Peterbuilt, or Mack, or
2     anything like that?
3 A   **I don't believe so.  Not based on what I**
4     **understand that date to be pulled and what we**
5     **requested.**
6 Q   Why did you take the average between the
7     auction and market price?
8 A   **I wanted to be conservative by using a number**
9     **that wasn't as low as the auction but wasn't as**
10    **high as the average market.  And so I picked**
11    **a -- a midpoint.**
12    **Also, the information that I had**
13    **demonstrated the GLS was, you know, marketing**
14    **these for sale roughly in that range as well.**
15 Q   Well, you had data from your client, right,
16    that reflected the actual sale price for a
17    number of trucks in both May and June, correct?
18 A   **Yes.**
19 Q   And we talked about those earlier, the 17 in
20    May, the 13 in June.  I guess I am trying to
21    figure out, why would you use the actual data
22    from -- were those all arm's-length
23    negotiations, to your knowledge?
24 A   **Yes.  To my knowledge, they were, yes.**
25 Q   And so if they were arm's-length negotiations

Page 158

1 by your client during the relevant time period,
2 wouldn't that be the most indicative of what an
3 expected resale value should be?
4 A Not necessarily because the impact was already
5 being felt in terms of the damages.
6 Q What impact?
7 A Well, the impact of not receiving the trucks
8 that were according to the agreement.
9 Q I'm talking about the sales to these, you know,
10 I think you identify the customers in one of
11 your other exhibits, Exhibit E, you know, to
12 give any evidence to suggest that bulk and
13 truck sales was purchasing these at a lower
14 value because of what Navistar was doing under
15 its contract?
16 A So that -- I'm operating under the assumption
17 that the impact is already being felt in terms
18 of the sales that were actually occurring.
19 Q How -- what impact were they feeling?
20 A Well, they didn't receive the trucks according
21 with the agreement, the volumes that
22 they expected, and there was already issues
23 with the timeframe being extended.
24 Q I guess I'm -- I'm struggling here because you
25 look in May of 2022, you've got what you just

Page 159

1 described as an arm's-length transaction
2 between GLS and Bulk and Truck Sales, they
3 negotiate a price of $60,000, okay. And yet
4 you're claiming they should have received
5 $67,989, is that correct?
6 A Right. So the incremental loss on those is
7 roughly 7,000 per truck.
8 Q Right.
9 A Right.
10 Q But why wouldn't you just use the actual value
11 that two unrelated parties negotiated at a
12 arm's-length deal as your expected resale
13 value?
14 A So I did use the actual values in the actual
15 scenario. You are asking why I didn't use it
16 in the but-for, is that your question?
17 Q I am asking why you didn't apply the $60,000 as
18 the expected resale value in May when you had
19 actual data that that was what the going price
20 was in an arm's-length transaction?
21 A So you just agreed with what I was asking you.
22 Because I was using a consistent methodology
23 where I was using empirical data at that time
24 and it demonstrated that the rate was an
25 average of 67,000 versus what they actually

Page 160

1 received at that time which was 60,000.
2 Q What empirical data are you referring to? I
3 thought you just testified that you simply took
4 the average between auction and market price
5 and that's how you became up with the expected
6 resale value?
7 A Maybe we are having a difference of opinion on
8 the definition of empirical data.
9 But I used the Truck Paper data
10 which is an independent source, and that
11 provided me with auction and market values for
12 the RH 18s at that time. And so, therefore,
13 I used that number. It's a consistent
14 methodology throughout the entire analysis.
15 Q Okay. And is there any reason to think that
16 the sales that were negotiated with Brian Bell
17 James Group were anything other than
18 arm's-length transaction negotiated between two
19 unaffiliated parties?
20 A No, there is no reason to believe that.
21 Q Okay.
22 A I mean, a couple of those trucks were sold at
23 amounts higher than the average that I used in
24 the but-for. And so that would have the impact
25 of a negative on the overall damage model.

Page 161

1 Q Why did you just simply average -- use an
2 average of 400,000 miles for all 594 impacted
3 units?
4 A I felt that it was a reasonable assumption to
5 make because that was roughly the -- I was
6 finding the average to be for all the trucks.
7 I didn't go and look at every single truck and
8 then adjust it for, you know, mileage above or
9 below, so using an average. And if you do
10 that, which I believe your expert did, you will
11 find that the number's not really material. So
12 I feel strongly that, you know, what I did was
13 reasonable, and correct, and reliable.
14 Q But you -- would you at least agree with me
15 that going through every individual truck, and
16 actually taking the actual mileage, and making
17 a minor adjustment is more accurate than the
18 method that you took?
19 A More accurate? Perhaps, but contextually
20 within how I prepared the analysis, the mileage
21 number really wasn't as necessary to figure out
22 in terms of value of those trucks at that time.
23 Q Okay. So you're thinking that it, you know,
24 the mileage was really immaterial to
25 determining the value of the truck?

GLS LEASCO, INC. v NAVISTAR, INC.                                          Job 36835
KAHAIAN, MICHAEL 02/12/2025                                                162..165

Page 162

1  A   Certainly at the time that we're talking about,
2      this window of opportunity that was lost. You
3      could see from the Truck Paper data that trucks
4      with 500,000 miles or 600,000 in many cases in
5      certain months were selling at higher than
6      trucks that had 300,000 miles or 400,000 miles.
7          So it wasn't indicative of one
8      for one. So the very nature of that I didn't
9      find it necessary to do a mileage adjustment.
10     Could have done that, but I didn't find it
11     necessary, and it turns out that it was not
12     really a material difference.
13 Q   Do you know what the difference was?
14 A   I don't -- I don't know.
15 Q   So how do you know if it was material or not if
16     you don't even know what the difference is?
17 A   Because in response to your expert's critique
18     as one of the things that he was critical of my
19     assessment. And so in looking at that
20     particular issue, if we were to run his
21     numbers, recalculate them compared to mine on
22     that one isolated critique, it really wasn't a
23     material difference.
24 Q   I know. But I just asked you if you knew what
25     the difference was, and you said no. And so

Page 163

1      then I asked, well, how do you know whether it
2      was material or not?
3  A   Because we tested it.
4  Q   Well, so you do know what it was?
5  A   I would have to go back and look at the exact
6      difference. But again, it wasn't material.
7  Q   So you did actually determine the difference,
8      and your testimony is that it wasn't material?
9  A   Exactly. Yes, I did, and it wasn't material.
10     You are asking me what the number was, I said I
11     don't know. It wasn't material.
12 Q   I misunderstood your answer because I thought
13     you said you didn't determine what the
14     difference was, but now you are telling me you
15     did and it wasn't material.
16 A   If the record reflects that I said that, I
17     didn't do it. I don't believe I did it,
18     perhaps. But someone in our group did and --
19 Q   (Interposing) Okay.
20 A   -- and determined that it wasn't material.
21 Q   Let me show you what was -- actually, I don't
22     see that this was marked as an exhibit before.
23     I will mark this one as K-7.
24             [ Deposition Exhibit Number K-7
25     was marked for identification. ]

Page 164

1  Q   (Continuing by Mr. Murphy): All right. First
2      of all, with respect to Exhibit K-7, and it's
3      Bates number GLSN2046. And then the
4      accompanying attachment.
5          Do you know if this was one of
6      the documents that you relied upon in preparing
7      your expert report?
8  A   I don't know. Probably want to refer to
9      whether it's listed in the documents considered
10     list.
11 Q   That's what I am looking for.
12         Yeah, it does appear to be
13     identified on document 335, or line item 335.
14         As you sit here today, do you
15     remember seeing this or reviewing this
16     document?
17 A   I mean, there is hundreds. And you know, it's
18     hard for me to remember every document that I
19     rely upon. So possible, but I have seen a lot
20     of documents with emails and schedules, so.
21 Q   Right. And this document, it's an email from
22     Mr. Schamlenberg to Mr. Blain, and he's -- what
23     it looks like what he is appearing to do is
24     calculating damages based on his analysis.
25         And I guess my question is, in

Page 165

1      preparing your expert report, did you reference
2      or rely upon this analysis at all?
3          MR. PELTON: Object to lack of
4      foundation on what Schamlenberg's intent might
5      have been. But you can answer.
6  A   I don't -- I don't know. I don't think I
7      relied on this, you know. But certainly was
8      information we had, but to what weight I gave
9      it, I don't -- I don't know.
10 Q   (Continuing by Mr. Murphy): Okay. So with
11     respect to the 166 units that remain unsold,
12     and you define those as unsold units in
13     paragraph 37, what date did you use to
14     calculate, you know, the value, right, the
15     offset that you would apply toward that?
16 A   For the unsold, you're asking?
17 Q   Yes, sir.
18 A   It would have been the February 2025 Truck
19     Paper auction value as of that date, for the
20     400,000-mile trucks.
21 Q   Why wouldn't you use the date, the value of
22     those trucks, you know, the average between the
23     auction, and the retail at the time, you know,
24     Navistar had actually delivered all 594 model
25     year 2023 tractors?

GLS LEASCO, INC. v NAVISTAR, INC.
KAHAIAN, MICHAEL 02/12/2025

Job 36835
166..169

Page 166

1  A   Oh, because they are unsold, they remain
2      unsold, so they are still incurring damages on
3      those.  I am giving credit as an offset based
4      on the auction value as of the most present
5      date.
6  Q   Wouldn't you agree with me though that if there
7      was any decline in value from the point in time
8      which Navistar had already delivered all 594
9      trucks, which was approximately March of 2023,
10     you know, fast forward almost two years later,
11     that delay has nothing to do with the timing in
12     which Navistar delivered these trucks?
13 A   Well, obviously I don't agree because my
14     calculations don't fit with what you've
15     described.  So, no.
16 Q   So why -- why wouldn't you use the value of
17     when they were actually delivered?  You know,
18     the same model used with everyone -- you know,
19     all the other tractors, why did you switch to
20     this different and just go with an auction
21     value present day?
22 A   I'm doing it present day now.
23 Q   Right.
24 A   Because they still have 166 trucks that have
25     not been sold.  Again, we're dealing with a

Page 167

1      situation that if all the trucks were delivered
2      according to the agreement, in that market it
3      could have been sold quickly, and they would
4      have obtained a much higher number.  Because we
5      missed that hot market, we still have trucks
6      that have not been able to been sold and, you
7      know, we still have them on hand.  To say that
8      that they would have -- I think we covered that
9      earlier.  But to say that after that timeframe
10     that they would have or should have calculated
11     the number at those particular dates was not
12     reasonable to me.
13 Q   Okay.  So presuming these 166 trucks remain
14     unsold for another two years, would you have to
15     make another adjustment to your expert report
16     to reduce it to the auction value from two
17     years from now?
18 A   Assuming that date is two years from now, I
19     probably would do that, yes.
20 Q   Okay.
21 A   Because that would be the value you could
22     attribute to them at that date.
23 Q   Are you aware of any facts or evidence that
24     would demonstrate that GLS could not sell these
25     trucks in February of 2023?

Page 168

1  A   I mean, yeah, I am aware of that.
2  Q   Okay.  What -- what data are you aware of that
3      reflects they couldn't sell the trucks?
4  A   Well, that they didn't sell them, is one.
5      Probably the biggest point.
6  Q   Anything else other than the fact that they
7      just weren't sold?
8  A   Well, that they were trying to sell them.  You
9      know, based on the information that they are
10     actively trying to sell these vehicles and have
11     been unsuccessful.
12 Q   Okay.  Who at GLS has been actively trying to
13     sell these trucks from the date when Navistar
14     delivered all of the trucks under the, you
15     know, the agreement, the 594, which was in
16     February of 2023 until now, almost two years
17     later?  Who at GLS has been in charge of those
18     sales efforts?
19 A   My understanding is that it's Kyle Blain and
20     Brianne Perkins.
21 Q   Anyone else?
22 A   I'm not aware who else is specifically
23     involved.
24 Q   Do you know whether they could have sold these
25     166 remaining unsold trucks if they lowered the

Page 169

1      price back in 20 -- late 2022 or early 2023?
2  A   There were other factors that contributed to
3      them missing this window, and some of those
4      dealt with the fact that they had -- they had
5      debt on these that were well in excess of what
6      they could sell them for.  So I think there was
7      some aspect of that that precluded them from
8      selling them.
9          They also had, my understanding
10     is, there is an agreement within a certain
11     timeframe after.  And I think it was -- I heard
12     it's called a gentleman's agreement that they
13     wouldn't sell the trucks for less than 55,000
14     at that time because of a agreement they had
15     with Navistar to not do that so that they
16     wouldn't depress the market potentially in
17     terms of price.
18          I think there is some other
19     factors, too.  But those are the ones off the
20     top of my head, reasons why a simple price
21     reduction wouldn't allow them to, you know,
22     simply sell the trucks at an earlier date.
23 Q   So you mentioned debt on the trucks, how
24     would -- do you know what that debt was on the
25     trucks?

GLS LEASCO, INC. v NAVISTAR, INC.
KAHAIAN, MICHAEL 02/12/2025

Job 36835
170..173

Page 170

1   A   I don't know what the exact amount was on each
2       truck. But I know that as time continued you
3       will see the values were dropping, they were
4       selling as many as they could. But then there
5       is a certain point where they were put in a
6       hole on those, let's say on the remaining
7       trucks.
8   Q   You know, I'm looking at -- you know, you have
9       166 tractors that still haven't been sold. And
10      we delivered the last of the 594 back in
11      February of 2023, which is two years ago,
12      right?
13          And so what prevented GLS from
14      at least selling the trucks at that time when
15      they would have gotten a higher price than they
16      would today?
17          MR. PELTON: It's been asked and
18      answered.
19  A   So the time period you are talking about, the
20      window we all -- I think most people would
21      agree, been documented was in that early '22 to
22      mid '22 level.
23          So if GLS is getting trucks from
24      Navistar in February, March of 2023, we are
25      talking about almost a year later. The market

Page 171

1       was dramatically changed at that point such
2       that to try to move the 2018 trucks, now they
3       are another year older. The market has got way
4       more supply.
5           So, again, from damages
6       perspective, we missed that window which should
7       have been met according to the agreement. And
8       because it wasn't, we now have a situation
9       where mitigation efforts are impacted by other
10      factors that weren't present in the early '22
11      timeframe.
12  Q   (Continuing by Mr. Murphy):  So is it your
13      testimony then that it was impossible for GLS
14      to sell those model year 20 -- or 2018 tractors
15      at or around the same time Navistar had
16      delivered all 594 model year 2023 tractors?
17  A   I am not going to say it was impossible because
18      they did sell some, they just didn't sell all
19      of them.
20  Q   Okay. Going back to page 8 of your expert
21      report.
22          In paragraph 24 you reference
23      Truck Paper as a source of information that you
24      relied upon, correct?
25  A   Yes.

Page 172

1   Q   What process did you use to discern, you know,
2       values based on the data you were getting from
3       Truck Paper?
4   A   I don't understand your question. What do you
5       mean?
6   Q   How did you rely upon the information in Truck
7       Paper to arrive at, you know, the values that
8       are reflected in this paragraph 24?
9   A   So when looking at information that's compiled
10      by industry sources, there is a level of
11      understanding that the data that they provide,
12      you know, information is provided is static and
13      you can analyze it or look at it and see if you
14      can glean anything from it.
15          In terms of -- I think you asked
16      me about we tested it or not, is that what you
17      asked me? I am sorry.
18  Q   My understanding is, when you access Truck
19      Paper, right, there are a number of different
20      input fields you can select in order to
21      determine or pull data from your input fields.
22      And I'm trying to understand, did you
23      physically do that process yourself or did you
24      assign that to someone else on your team to
25      mine that data from Truck Paper?

Page 173

1   A   So Truck Paper data was utilized, you know,
2       understand it's utilized in the market,
3       especially the tractor industry here. And
4       they -- the client, I would say the -- the
5       Plaintiff in this case, had that data. And
6       then when I wanted to determine, you know,
7       that -- use that information, we were able to
8       get that information directly from Truck Paper.
9       And I -- I didn't pull that data specifically
10      but certainly I had someone from my team pull
11      it.
12  Q   So someone on your team went in Truck Data and
13      they, you know, determined condition of
14      vehicle, truck model, model year, engine type,
15      features, all that stuff, that was done by
16      someone on your team, you know, through the use
17      of Truck Paper?
18  A   I don't know if we went to that level. I think
19      we obtained it by mileage.
20  Q   Okay.
21  A   And by date. And then, you know, they provided
22      that information, and we tracked off of that.
23  Q   So the only two data points that you used in
24      analyzing the data from Truck Paper were
25      producing mileage, and what was the other one?

GLS LEASCO, INC. v NAVISTAR, INC.
KAHAIAN, MICHAEL 02/12/2025

Job 36835
174..177

Page 174

1  A   The date.
2  Q   The date of what?
3  A   The month.  The month of transaction that they
4      accumulated, yeah.
5  Q   So the only data point you used is mileage?
6  A   Well, we also had if it was an auction sale or
7      if it was a market day sale within that month
8      based on the mileage.  Those were the key, you
9      know, determinants of the data that I used.
10 Q   Did you identify or -- your input data
11     concerning the model of the truck?
12 A   I believe it was the 2018s.  The MY truck
13     2018.
14 Q   That's the year.  I am talking about the model.
15 A   Well, the model, the RH 2018s would have been
16     those trucks.
17 Q   So they did input that data, the RH data for
18     the Model Year 2018 tractors?
19 A   We wouldn't have been asking data for other
20     types of vehicles, if that is what you are
21     asking.
22 Q   I just asked you what data you input, and you
23     said just the mileage and the year.  And now
24     you are telling me something different.
25 A   Forgive me for misinterpreting or

Page 175

1      misunderstanding that that was your question.
2      You asked about a bunch of other features, and
3      if we looked at it from that standpoint.  And I
4      said, the factors were mileage, and date, and
5      then whether it was auction or market sale.  I
6      guess the understanding is that it would have
7      been the trucks that were relevant in this
8      case.
9          So sorry if I didn't answer it
10     that way, it's not as if I was trying to give
11     you a misguided answer, sort of what you are
12     indicating.
13 Q   So do you know if your team member used the
14     same engine type?
15 A   I don't know if engine type was an issue.
16 Q   Was there any input field in Truck Paper that
17     would ask about the actual condition of the
18     truck?
19 A   I believe there is many other factors that you
20     can select or deselect when it comes to what
21     you're deriving the data on.  But I don't
22     believe that was one of the functions that we
23     delineated.
24 Q   Okay.  And that's what I am trying to get at,
25     sir, is that there are a number of different

Page 176

1      fields that you can select and deselect.  And
2      I'm trying to figure out what your team did to
3      come up with its value based upon that data.
4      And so if you can't answer it, that's fine.  If
5      someone else did it then, you know, direct me
6      to the person who actually may have did that
7      analysis.
8  A   So no, I can answer that question.
9  Q   Okay.
10 A   So I -- we had asked for the MY 18
11     international RH for time periods of -- I think
12     it was November of 2021.  I have to look here
13     real quick.  From November of 2021 through most
14     current data.  They have up until February of
15     2025.  And then we sectioned that off into an
16     auction or market transaction by trucks with
17     mileage in the 100,000, 200,000, all the way up
18     to 800,000.  So there is eight different slices
19     of it.
20         But we did not ask for more
21     granular data on engine types, also, because
22     engine type in terms of analysis that I did
23     wouldn't have been an issue in terms of the
24     market that they were selling in, or should
25     have been able to sell in.

Page 177

1  Q   And you didn't factor at the granular level
2      what the condition of the tractor was?
3  A   Well, again, the condition of the tractor at
4      the time of where they should have received the
5      2023s wasn't really an issue.  They
6      should -- they would have been able to sell
7      them very quickly.
8  Q   Regardless if the tractor hit a telephone pole
9      and was completely smashed, it wouldn't matter
10     what the condition of the tractor was?
11 A   Okay.  So the scrap ones we didn't include.
12 Q   Let's not talk scrap ones.
13 A   The stolen ones we didn't include.
14 Q   What about the ones with dents and scratches
15     and, you know, brakes needed to be replaced,
16     all those types of things that go toward the
17     condition of a truck, you didn't factor that in
18     determining the value?
19 A   Right.  Or the color, or if it was -- had a
20     warranty attached to it, and all the other
21     things that would have made it a $100,000 truck
22     versus a $70,000 truck at that time.
23 Q   You didn't take into consideration the type of
24     wheels on the truck, right?
25 A   Correct.

GLS LEASCO, INC. v NAVISTAR, INC.
KAHAIAN, MICHAEL 02/12/2025

Job 36835
178..181

Page 178

1  Q   You didn't take into consideration the
2      condition of the truck, correct?
3  A   At that time, correct, we did not.
4  Q   Okay.  You didn't take into consideration the
5      maintenance record of the truck, correct?
6  A   Not specifically, no.
7  Q   Okay.  You didn't take into consideration
8      whether there were new tires on the truck, or
9      if the tires were spent, correct?
10 A   So, just so you know, my full answer is it
11     wouldn't have mattered at that time.  That was
12     clear.  So no, I didn't delineate the data to
13     that level because it wasn't necessary.
14 Q   Because someone was going to pay the average
15     between the retail and auction price regardless
16     of any of those factors, that's your testimony?
17 A   No, that's not my testimony.  They could have
18     paid higher than the market number, that was an
19     average.  I took an average of the market and
20     the auction, which is a very conservative way
21     to look at it.  And it was -- it's reasonable.
22 Q   And so you're taking an average of the market
23     and the retail, that average it didn't take
24     into consideration whatsoever the factors that
25     I just talked about, condition of the truck,

Page 179

1      what kind of wheels it had, those types of
2      factors, correct?
3  A   I disagree with you.  I think it does take into
4      effect those because it's all the trucks in
5      those categories, which would have had wheel
6      issues, potentially scratches, and they sold at
7      prices that were in those averages.
8  Q   How do you know that?
9  A   Because it's every truck that was sold whether
10     at auction or market with those mileage.  So
11     under your hypothetical, I would have to have
12     gone in and seen which scratches were on all
13     600 trucks to see if that would have had an
14     incremental impact on how I could determine the
15     value they could have gotten in the sale.  Not
16     necessary nor would that be reasonable to do.
17 Q   You don't think it would have been necessary or
18     reasonable to actually inspect the condition of
19     the 594 trucks, the impacted units, to
20     determine value?  You didn't have to look at
21     condition whatsoever?
22 A   On a specific truck-by-truck basis?
23 Q   Yeah.
24 A   No.  Certainly not within the timeframe that
25     they could have sold these trucks.  They were

Page 180

1      flying off the shelves, if you will, to use an
2      expression.  There wasn't a need for there to
3      be this, which engine, how many scratches did
4      it have, what type of wheels did it have.  The
5      market dictated that.  The prices on average in
6      both in auction and in market were increasing.
7  Q   And it's your testimony that during this time
8      period in April, May and June, trucks were
9      flying off the shelf, is that right?
10 A   The early part of 2022 when trucks were moving
11     very quickly.
12 Q   All right.
13 A   According to --
14 Q   (Interposing)  I think you used the term,
15     flying off the shelf, right?
16 A   Well, as an expression, I said, yes.
17 Q   But in that time period.  I am trying to nail
18     down the time period.  It's April when we were
19     supposed to deliver 75, it's May when we were
20     supposed deliver to 225, and it's June when we
21     were supposed to deliver 230, correct?
22 A   Same time period.
23 Q   All right.
24 A   The volumes clearly weren't delivered.  So we
25     want to make sure we make that point for the

Page 181

1      ninth time, I think.
2  Q   We understand your point on that one.  Clear.
3  A   Maybe.
4  Q   Okay.  I want to focus now, Mr. Kahaian, on
5      paragraph 38 of your expert report.
6          And I think you actually alluded
7      to this earlier in your deposition that -- that
8      you -- you gave a credit back to Navistar in
9      the form of -- we'll call it offer proceeds for
10     offers that were made to purchase impacted
11     units that were not accepted, correct?
12 A   Correct.
13 Q   And here it states that there were six impacted
14     units that offers were made toward, and based
15     on your discussions with management, you
16     determined that you were going to reduce the
17     damages by 110,000 because Central even -- they
18     didn't -- they didn't accept the offers,
19     correct?
20 A   Yes.
21 Q   Okay.  And do you recall who made these offers?
22 A   I don't.
23 Q   Okay.
24 A   There is references to Bates stamped
25     information that --

GLS LEASCO, INC. v NAVISTAR, INC.
KAHAIAN, MICHAEL 02/12/2025

Job 36835
182..185

Page 182

1  Q   (Interposing) Yeah, yeah. I've got those
2       documents here with me. I am going to pull
3       that up.
4  A   **That might refresh my recollection of who it**
5       **was.**
6  Q   Do you recall if they were in -- actually, what
7       time period do you recall those offers were
8       made?
9  A   **I would have to see the schedule. I don't**
10      **remember the dates.**
11 Q   Okay. I think you referred to two different
12      Bates numbers that reflect these offers, and
13      one is GLS2259. And yeah, I think that one
14      reflects an offer that was made in August of
15      2023, is that -- yeah, okay.
16            So 2259 and 2231, do you see
17      that?
18 A   **Yes.**
19 Q   Okay. In the first one, the 2259, I have that
20      in front of me here. Let me just make this a
21      little smaller for you.
22            Does that refresh your
23      recollection as to the specific offer we are
24      referring to? I am sorry, I can probably
25      scroll up.

Page 183

1  A   **Yeah, I can read it.**
2  Q   Right down here is the Bates number, which is
3       the same on your chart here. And then there is
4       a little bit more background in the offer.
5            MR. PELTON: How many pages is
6       this?
7            MR. MURPHY: It's only one page,
8       yeah.
9            MR. PELTON: It looks like there
10      is several.
11           MR. MURPHY: I apologize.
12           **THE WITNESS: Right. I**
13      **referenced that document. So that's the**
14      **document I am referring to.**
15           MR. PELTON: Can we print this?
16           MR. MURPHY: Sure. That will be
17      great. I will email it to you right now.
18           MR. SALLAH: I can do that,
19      Scott.
20           MR. MURPHY: If you want to do
21      that I can ask you some questions, if you can
22      bear with me here.
23 Q   (Continuing by Mr. Murphy): So it starts with
24      an email on August 12, 2023 from Brianne
25      Perkins saying, hey there, I hope you are doing

Page 184

1       well. I wanted to check in on the last truck
2       you have on consignment for us. Any luck?
3            Do you remember speaking with
4       Ms. Perkins at all about -- about putting
5       trucks on consignment?
6  A   **No.**
7  Q   Okay. All right. And she is emailing Steve
8       Sevigny at 7E Sales, LLC. And he says in
9       response, we have a few guys looking here all
10      of a sudden. Funny you reached out. We have
11      these guys maybe needing four to five. We have
12      turned down lots of ridiculous offers. Have
13      you moved a bunch of them, he says. And then
14      she responds, lot, no.
15            So it continues on to the point
16      where they state finally, they say, I have an
17      offer from Steve for five trucks. The one he
18      has on consignment and the four below. He
19      wants 20,000 each for these units -- 20,000
20      each. They are priced at 25,000 currently.
21      And the one consignment would be 27,000. These
22      four trucks are currently being prepped for
23      service; however, we have 31 other trucks to
24      choose from so this would not short us.
25      Thoughts?

Page 185

1            And is it your understanding
2       that Navistar ultimately rejected -- excuse me.
3       GLS ultimately rejected that offer, correct?
4  A   **That is my understanding, yes.**
5  Q   But in your report you said, look, they made an
6       offer for 20 grand for five trucks, they
7       rejected it. I am at least going to give them
8       the credit for those five trucks for a total of
9       $100,000, is that correct?
10 A   **Right. I asked for -- well, yeah, that's**
11      **correct.**
12 Q   Okay. You say, as a result of an offer being
13      made, I conservatively considered the offer
14      proceeds as an additional offset against the
15      expected resale value?
16 A   **Yes.**
17 Q   All right. Now if -- if GLS had received other
18      offers under similar circumstances where they
19      just didn't want to sell them for the price the
20      person was offering, would you similarly give a
21      credit toward the offer proceeds, if that, in
22      fact, had happened?
23 A   **Well, I think, you know, from discussions with**
24      **Mr. Blain, he said that they did get offers but**
25      **they weren't bon fide offers, meaning somebody**

# Exhibit B



Navistar, Inc.
5050 Granite Parkway, Suite 700
Plano, TX 75024

Sean Carmichael
Vice President
Southwest Region

P: 972-377-1208
C: 409-422-8042
E: sean.carmichael@navistar.com

April 8, 2022

Mr. Kyle Blain
GLS LeasCo, Inc.
12225 Stephens Rd
Warren, MI 48089

Dear Mr. Blain,

Navistar is working diligently to secure production dates as early as possible based on the current production environment. At the time of this letter Navistar can supply (1,100) new 2023 International LT/RH production slots from January 2022 thru June 2022. The production availability dictates that the trucks will be 2023 model year. This Letter Agreement is intended to replace the previous agreement among GLS LeasCo., Summit Truck Group and Navistar dated July 13th, 2021.

**New and Used Quantity and Pricing per unit:**

(500) 2023 International RH A26 Day-cab Tractors (Proposal: 3202-44)...............................$116,317*
    *For Bendix Prewire with credit for aftermarket install of Radar add $1,839
  RH A26 optional coverages:
- 48mo / 400,000 mile Custom Service Contract - Chassis Warranty....................$2,750
- 48mo ($550 per occurrence) - Towing Warranty...............................................$650

(561) 2023 International LT X15 Day-cab Tractors (Proposal: 9219-02)................................$116,317*
    *For Bendix Prewire with credit for aftermarket install of Radar add $1,839
  LT X15 optional coverages:
- 36mo / 400,000 mile Custom Service Contract - Chassis Warranty..................... $3,200
- 36mo ($550 per occurrence) - Towing Warranty...........................................$550
- 36mo / 400,000 mile Engine & After-treatment................................................$1,875

(39) 2023 International LT X15 Sleeper Tractors (Proposal: 2746-59)............................$137,754
  LT X15 optional coverages:
- 60mo / 600,000 mile Custom Service Contract - Chassis Warranty.................... $6,100
- 60mo ($550 per occurrence) - Towing Warranty...........................................$800
- 60mo / 600,000 mile Engine & After-treatment................................................$5,780

ALLEGIANCE00000089

New Truck Delivery – based on available production at the time of this letter

| New Truck Build Month | RH New Truck Builds | LT New Truck Builds | Trades |
|---|---|---|---|
| January | 42 | | 0 |
| February | 32 | | 0 |
| March | 342 | | 0 |
| April | 42 | 300 | 0 |
| May | 3 | 339 | 0 |
| June- Spillover month | | | 0 |
| Total | 461 | 639 | 0 |

**New Truck Pricing to include the following:**

- Payment 30-day terms with $25.00 per day liquidated damages per unit for late funding of new units.
- 48mo / 400,000 mile optional trade residual for MY23 RH A26/LT X15 Day-cab 6x4 at $55,000
  - Higher Optional Trade residual value if Central adds aluminum wheels and virgin rubber to the trucks at turn-in $2,000 estimated additional value.
  - Requires the execution of a separate Optional Trade Back ("OTB") Agreement which will include notification of intent to exercise the option 8 months prior to the 48th month anniversary of the trucks delivered under this agreement. Subject to replacement new truck deal finalization, production slots will be secured.
- 48mo / 400,000 mile optional trade residual for MY23 LT X15 Sleeper 6x4 at $58,500 which includes virgin rubber at turn-in ($1,000 deduct for non-virgin rubber at turn-in)
  - Requires the execution of a separate Optional Trade Back ("OTB") Agreement which will include notification of intent to exercise the option 8 months prior to the 48th month anniversary of the trucks delivered under this agreement. Subject to replacement new truck deal finalization, production slots will be secured.
- 48mo / 400,000 mile Engine and After-treatment warranty.
- 2023MY steel/commodities surcharge and updated shipping charge for 2022 orders
- Bendix Fusion prewire only (RH A26 Day-cab & LT X15 Day-cab models only) (Navistar add for secondary market only). Unit price above of $116,317 includes reduction in lieu of radar installation credit. If credit for radar aftermarket install is requested at time of order, please see aftermarket install feature code price listed above.
- International 360 and Fleet Health – *included in intelligent Fleet Care on all 2022 models and newer*.
- Advanced Preventative Maintenance – *included in intelligent Fleet Care on all 2022 models and newer*.
- Navistar Fleet Charge – Navistar will work with Central Transport to facilitate establishing an account for Central Transport and Universal Truckload Services with 60-day terms and appropriate credit line for each company, based on terms and conditions to be established.
- Financing – financing may be available through Navistar Capital at market interest rate on all new trucks ordered from Navistar in this Letter Agreement.
- NED Software – all maintenance locations
- DLB Software – all maintenance locations
- Navistar onsite and web training for all locations.
- Fuel Analytics – Software *under development with no release date currently*
- The CY23 and CY24 price increase will be based on the greater of a 1.5% increase or the change in the PPI Industry code, Transportation Equipment Truck and Bus Body - WPU1413, comparing an average of the 6 months index values prior to the first produced unit in CY23 and CY24 to an equivalent period the prior year. The annual economic price increase will be based on the last invoiced price including surcharges.

ALLEGIANCE00000090

• Price guarantee does not include government mandates, greenhouse gas increases or associated costs, specification changes, additional destination charges, vendor price increases and availability, model discontinuation, or extended service contract price updates.

## No Trade Agreement Notes:

• Navistar agrees to pay Central $6,200,000 upon payment for the MY23 1,100 new units under this Letter Agreement.
• Disbursement of funds will be as follows:
  o Check in the amount of $600,000 made out to LGSI
  o Check in the amount of $4,000,000 made out to Central Transport
  o Fleet Charge Credit of $1,600,000 applied to Central Transports account
• Central/Universal and PAM Transportation will dispose of all 941 trades associated with this package. Late model units outlined below.
• (827) 2018-2019MY DayCabs to include:
  o Up to a 1 year, 100,000 mile after-treatment warranty. Such warranty will be cancelled upon delivery of a corresponding new truck delivered in the same month.

Prior to delivery of new units, Central to provide VIN number of units being taken out of service in that month.

| Company | Year | Make | Model | Description | Count | Average Residual Purchase Price | Preferred Term/Mileage | Refund Start Date |
|---|---|---|---|---|---|---|---|---|
| Central | 2017 | International | PROSTAR | Daycab - Tandem Axle | 75 | $36,000 | 400,000 | May 1, 2022 |
| PAM | 2017 | International | PROSTAR | Daycab - Tandem Axle | 26 | $36,000 | 250,000 | May 1, 2022 |
| Central | 2018 | International | RH613 | Daycab - Tandem Axle | 612 | $57,000 | 400,000 | May 1, 2022 |
| Central | 2018 | International | LT62F | Daycab - Tandem Axle X15 | 10 | $58,000 | 400,000 | May 1, 2022 |
| ULH | 2018 | International | LT62F | Skyrise Sleeper | 13 | $56,000 | 150,000 | May 1, 2022 |
| Central | 2019 | International | RH613 | Daycab - Tandem Axle | 205 | $65,000 | 300,000 | May 1, 2022 |
| | | | | Total | 941 | | | |

• GLS LeasCo. agrees to supply Navistar a VIN list for all 941 trade units associated with the "No Trade Agreement".
• GLS LeasCo. will work with Central/Universal and PAM Transportation to allow Navistar the opportunity to replace connecting rods prior to the sale/auctions of units that are currently in-service RH A26 units within the suspected production range of connecting-rod issues and within population targeted for proactive repairs
  o Navistar service team to provide VIN list for affected group and will be in contact with Central Transport on logistical details.
• Navistar UTO is requesting first right of refusal to purchase Central/Universal/PAM International branded trade units if they are being priced for sale at or below equivalent OTB values (*OTB values in chart above represented as residual value or purchase offer).
• As part of the "No Trade Agreement" associated with the $6.2M payment, Central/Universal and PAM Transportation have been compensated for the following:
  o Assistance for the disposal of the 941 units included in the table above.
  o Rental invoices associated with delayed current and future production on units that were to be in serviced in the first quarter of 2022.
  o Rental invoices associated with previous model year(s) delayed production resulting in 2017-2019 International trade units remaining in service.
  o Rental invoices associated with downtime associated with QLS, connecting rods issues and DPF/DOC items.
  o OnCommand/3G/4G and 5G communication devices associated with all model year 2018 - 2020 units. All expense to add such communication devices for model year 2021 and newer will be at Central/Universal and PAM Transportations expense moving forward.
  o This Agreement Letter is all-encompassing for any and all current or future issues for 941 model year 2017 - 2019 International units and terminates any and all other agreements pertaining to these units.

ALLEGIANCE00000091

Thank you again for your business and continued partnership!

Kyle Blain
Vice President, Maintenance
GLS LeasCo, Inc.

5/2/22
Date

Sean Carmichael
Vice President, SW Region
Navistar, Inc.

7-8-2022
Date

Allegiance Truck Group

Date

# Exhibit C

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION


Case No. 23-cv-12927



GLS LEASCO, INC, and

CENTRAL TRANSPORT LLC

Plaintiffs,

vs.

NAVISTAR, INC.,

Defendant



EXPERT REPORT OF

MICHAEL N. KAHAIAN CPA/ABV, CFE, CFF, CVA

August 23, 2024



**Michael N. Kahaian CPA/ABV, CFE, CFF, CVA**
**www.accuritygroup.com**

**Table of Contents**

I.      Scope of Opinion and Disclosures ................................................................. 4
II.     Qualifications ................................................................................................. 5
III.    Relevant Background ..................................................................................... 6
IV.     Overview of the Used Tractor Industry ......................................................... 8
V.      Analysis of Economic Damages .................................................................. 10
VI.     Assumptions and Limiting Conditions ......................................................... 14

## Exhibits & Appendices

Exhibit A……….…..……………………………………………………………Documents Considered
Exhibit B...…………….……...………………………………………………...….. Curriculum Vitae
Exhibit C…………………….…………………………………………Summary of Economic Damages
Exhibit D…………………………………………………………..…….…………Lost Resale Value
Exhibit E………………………………………………………Status of Central Transport's MY 2018 Tractors
Exhibit F…………………………………...Detail of Navistar MY 2023 and MY 2024 Tractor Deliveries
Exhibit G……………………………………….……………..Values of MY 2018 RH Tractors by Month
Exhibit H…………………………….…………………………………………Incremental Fuel Costs

## I. Scope of Opinion and Disclosures

1. I, Michael N. Kahaian, a Managing Director at Accurity Group, LLC ("Accurity"), have been retained by GLS Leasco, Inc ("GLS") and Central Transport LLC ("Central" and collectively, "Plaintiffs") to provide professional opinions of the alleged economic damages sustained by Plaintiffs as a result of the alleged actions of Navistar, Inc. ("Navistar" or "Defendant") as presented in the March 8, 2024 Amended Complaint.

2. My opinions, as detailed herein, are based on the information made available to me. I reserve the right to supplement my opinions should additional information be made available to me subsequent to the date of this report.

3. Accurity is compensated at a rate of $350 per hour for time incurred by me. Other individuals from Accurity also provided assistance in this matter; their hourly rates range from $190 per hour to $350 per hour.

4. Additionally, this report includes a listing of the documents that I and/or others at Accurity have received, reviewed, and/or considered in forming the basis for my opinions. A detailed list of the sources of information considered is presented in **Exhibit A**.

## II.  Qualifications

5.  I am the Managing Director of Accurity, a Certified Public Accountant (CPA), Certified Fraud Examiner (CFE), Certified in Financial Forensics (CFF), Accredited in Business Valuations (ABV), and a Certified Valuation Analyst (CVA). I graduated from the University of Michigan – Dearborn in 1996 with a Bachelor's in Business Administration and a concentration in accounting. I have previously served as president of the Detroit Chapter of the American Society of Appraisers and as chair of the Michigan Association of Certified Public Accountants Fraud Task Force. I am also a Life Fellow and Former Trustee for the Oakland County Bar Foundation.

6.  I have consulted with lawyers and their clients regarding economic and financial issues related to litigation and business disputes. A majority of my consulting assignments have been on dispute issues related to the assessment and estimation of economic damages.

7.  With the aforementioned education, training, and experience I am well established to offer the opinions contained herein. A copy of my curriculum vitae, which includes a list of my testimony over the past four years, written publications, and speaking engagements over the last ten years, is attached as **Exhibit B.**

## III. Relevant Background[1]

### Background of the Parties

8.  GLS is a Michigan corporation that is in the business of purchasing, leasing, and selling commercial trucks.

9.  Central is a limited liability company organized under the laws of the State of Michigan.

10. Navistar sells trucks, buses, and parts and offers related financial services in the State of Michigan and throughout the United States and Canada.

### Overview of Dispute

11. GLS, acting for itself and on behalf of various affiliated entities, including Central, made purchases from Navistar in the past, including six hundred and thirty (630) Model Year 2018 tractors that are at issue in this lawsuit (the "MY2018 Tractors").[2]

12. GLS purchased the MY2018 Tractors for the purpose of leasing those tractors to Central.

13. On November 6, 2017, Navistar and GLS entered into an Optional Trade-In Agreement that granted GLS the option to trade in the MY2018 Tractors for a specified residual value ("Trade-In Agreement").

14. In or around February 2021, GLS issued a request for quotation for new tractors to multiple original equipment manufacturers, including Navistar.

15. In April 2021, GLS notified Navistar it had been selected to supply 1,305 tractors, many of which would be supplied to Central.

16. GLS and Navistar signed a letter agreement dated July 13, 2021 for the supply of 1,305 International Tractors (the "July 2021 Agreement").

17. Under the July 2021 Agreement:

    a)  Navistar agreed to supply 1,100 2023MY tractors and 205 2024MY tractors;

    b)  Navistar recognized GLS' option to turn in 1046 used tractors (including the MY2018 Tractors);

    c)  Navistar agreed that the new MY2023 units would be produced and delivered to GLS from February 2022 to December 2022; and,

    d)  Navistar agreed that the new MY 2024 units would be produced and delivered to GLS from January 2023 to February 2023.

18. Sometime thereafter, GLS and Navistar entered into negotiations for a new letter agreement.

---

[1] Amended Complaint.
[2] I understand that Central is not claiming damages on 10 LT tractors because of its ability to sell them at a price that mitigated its damages. As a result, this report only presents lost resale value economic damages in connection with the MY2018 RH tractors.

19. In a letter dated April 8, 2022, Navistar and GLS entered into an agreement (the "Letter Agreement") which was intended to replace the July 2021 Agreement.

20. GLS alleges that Navistar and GLS entered into the Letter Agreement with the mutual understanding and recognition that Navistar's earlier production schedule for the new tractors would allow GLS and Central to take advantage of the strong resale market for used trucks (including for the MY2018 Tractors).

21. Under the Letter Agreement, among other things, Navistar agreed to produce 1,100 MY 2023 tractors from January 2022 through May 2022. Included within these units, Central expected the delivery of **630** new Tractors ("Replacement Unit(s)") as follows ("Delivery Schedule"):[3]

| Central's Expected Delivery Schedule | |
| --- | --- |
| **Period** | **# Units** |
| **1** April 2022 | 75 |
| **2** May 2022 | 225 |
| **3** June 2022 | 330 |
| **4** **Total** | **630** |

22. Navistar failed to meet the Replacement Unit Delivery Schedule. Consequently, Navistar's alleged actions resulted in Plaintiffs sustaining economic damages associated with selling the MY2018 Tractors at a lower price than it would have had Navistar met the delivery requirements of the Replacement Units. In addition, Navistar's delay in delivering the Replacement Units resulted in Central incurring repair & maintenance costs and incremental fuel expenses that otherwise would have been avoided.

---

[3] See the Letter Agreement, CT - UTS  VIN LIST  2-13-22 - PRODUCITONS DATES A.xls, and per discussions with Management. The Delivery Schedule was assumed to be 30 days after the production date.

### IV.   Overview of the Used Tractor Industry

23.  The Replacement Unit Delivery Schedule was critical to Plaintiffs' ability to take advantage of the strong resale market. As detailed in the chart below, used heavy-duty tractor inventory levels were at multi-year lows, causing resale prices to be at multi-year highs.[4]



24.  Consistent with the foregoing graphs, Truck Paper—a listing provider for used trucks, trailers, and related equipment—maintains a comprehensive database of used tractor auctions and observed market prices. The graph below summarizes the resale prices reported by Truck Paper for tractors with specifications similar to Plaintiffs' MY2018 Tractors.[5]



---

[4] https://www.sandhills.com/news/article/250040890.
[5] TruckPaper.com VIP value tool.

25. In addition to third-party data detailing that the used tractor market was strong during the period that Plaintiffs planned to sell the MY 2018 Tractors, information produced by Navistar corroborated that a strong resale market existed. For example, Navistar reported in:

  a) January 2022: *"Advertised listings on Truck Paper increased 24% month over month, but sales prices continued to climb by another 18% (going parabolic)* [emphasis added]." [6] [7]

  b) January 2022: *"While inventory increased from a very low in December* [2021]*, it is still 50% of the typical cyclical low."* [8]

  c) January 2022: Medium-duty unit being offered by Pensky [was listed] for $10K+ more than the original cost after 4 years and nearly 200k miles." [9]

  d) March 2022: Navistar achieved *"much higher profits per unit than* [their] *Op*[erating] *Plan..."* and that they need to continue to *"make hay while the sun is shining."* [10]

  e) March 2022: Navistar reported that inventory aging was *"extremely healthy"* with 6% of units greater than 120 days old compared to 43% of units a year ago. [11]

  f) March 2022: Through 3 months, Navistar reported $9 million of net margin compared to an operating plan of $10 million through 6 months. [12]

  g) March 2022: Navistar reported a priority to *"continue buying"* and that they *"had to be aggressive to win everything right now."* [13]

  h) May 2022: Navistar didn't believe pricing pressures would start until 2023. [14]

---

[6] NAV00014025 at 14027

[7] Around this time period, *"in some cases, people were paying as much for a used truck as a new truck"* (Deposition of Tony Stinsa dated August 14, 2024, page 141).

[8] NAV00014025 at 14027

[9] NAV00014025 at 14030

[10] NAV00019849 at 19860.

[11] NAV00019849 at 19861.

[12] NAV00019849 at 19870.

[13] NAV00019849 at 19870.

[14] NAV00021021.

---

**V.   Analysis of Economic Damages**

---

26. Based on my review of information exchanged between the parties and used MY2018 resale data, I determined that Navistar's failure to meet the Replacement Units Delivery Schedule resulted in Plaintiffs sustaining economic damages associated with:

   a) Selling the MY2018 Tractors at a lower price than it would have had Navistar met the Replacement Units Delivery Schedule ("Lost Resale Value");[15] and,

   b) Incurring maintenance costs and incremental fuel costs that otherwise would have been avoided had Plaintiffs received Replacement Units in accordance with the Replacement Unit Delivery Schedule.

27. In the following sections of this report, I describe the information I reviewed and considered in reaching my opinions of economic damages sustained by Plaintiffs.

**Lost Resale Value**

28. Navistar's failure to adhere to the Replacement Unit Delivery Schedule delayed GLS' ability to sell the MY2018 Tractors because they needed to continue to be used by Central to avoid disruption to its operations. As a result, the economic damages sustained by Plaintiffs can be assessed by comparing the market value of the MY2018 tractors as of the Delivery Schedule ("Expected Resale Value") to the actual sales value achieved by Plaintiffs ("Actual Resale Value").



**Lost Resale Value Calculation**

Expected Resale Value (Market Value as of the Letter Agreement Delivery Schedule) — Actual Resale Value = Lost Resale Value

*Number of MY2018 Impacted Units*

29. Central Transport owned **612** MY2018 RH613 units that were part of the no-trade agreement.[16] After excluding scrapped and stolen MY2018 tractors, I determined that Plaintiffs sustained economic damages on **594** MY2018 units ("Impacted Units"). Details of my analysis are included in **Exhibit D, Schedule 3**.

*Expected Resale Value*

30. To determine the Expected Resale Value of the Impacted Units, I considered pricing information exchanged between the parties and third-party sales data from Truck Paper for tractors with similar specifications (e.g., make, model, year, engine, mileage).

---

[15] I understand that the Plaintiffs are not alleging lost resale value damages on the 10 LT tractors as a result of being able to sell them at a price that mitigated their damages.
[16] See the Letter Agreement No Trade Agreement notes.

31. I understand that Navistar believed it could achieve a higher selling price than Plaintiffs for tractors sold by its used truck division because it offered warranties, new tires, steel wheels, and preferred color(s).[17]

32. As a result, I relied on third-party sale transaction data from Truck Paper for similar tractors (e.g., same make, mileage, engine, model, and year) to determine the Expected Resale Value of the Impacted Units.[18] [19]

33. At the time Plaintiffs would have sold the Impacted Units, the industry was experiencing multi-year lows in inventory.[20] [21] In addition, I understand that Central planned to list the Impacted Units for sale prior to delivery of the Replacement Units to take advantage of the strong resale market.[22]

34. After considering these factors, I determined that Plaintiffs could have sold the Impacted Units in the same month as the Replacement Units were delivered at a sale price equal to the midpoint of auction and market sale prices achieved in the market for similar tractors with 400,000 miles ("Expected Unit Value").[23] [24] [25] [26]

35. After considering the Replacement Unit Delivery Schedule, the resulting sale date, and the corresponding Expected Unit Value, I determined that the Expected Resale Value of the Impacted Units totaled approximately **$39,704,000.** Details of my analysis are included in **Exhibit D, Schedule 2.**

*Actual Resale Value*

36. As of the date of this report, Central has sold **296** MY2018 tractors for an amount totaling approximately **$12,489,000.**[27]

37. I understand that Plaintiffs has made reasonable efforts to mitigate its losses, but despite listing all the Impacted Units for sale,[28] approximately **298** units remain unsold ("Unsold Units"). Central's inability to sell the Unsold Units resulted from Defendant's failure to meet the Replacement Unit Delivery Schedule, which caused the Unsold Units to be listed for sale in a marketplace that was less seller-friendly due to the used-tractor inventory rebounding from multi-year lows, [29] original

---

[17] See NAV00087222 at page 19.
[18] Although I utilized Truck Paper's auction and market values, other research sources (e.g., ACT Research) reported similar market values. See for example ACT Research - 2018 INT RH TA DC Historical Pricing Detail 2024 0718.xls. Furthermore, Navistar's Customer Price List reported higher market values than Truck Paper and ACT Research.
[19] Navistar also relies on pricing reported by Truck Paper. See, for example, the deposition of Tony Stinsa dated August 14, 2024, page 52.
[20] See the Overview of the Used Tractor Industry section of this report.
[21] At around this time, demand for used tractors was so high that some of Navistar's sale representatives were fighting Navistar from raising prices because they didn't want good customers to *"pay that much"* (Deposition of Tony Stinsa dated August 14, 2023, page 146).
[22] Per my discussions with management.
[23] Data produced by Navistar provides evidence that used tractors during this time period were sold quickly. See, for example, NAV00019849 at 19861.
[24] This is representative of the mileage of Central's MY2018 Tractors. See Exhibit E.
[25] The July 2021 Agreement also includes a delivery schedule that shows the same number of units delivered and traded in within a given month, providing additional evidence that tractors can be decommissioned in the same month.
[26] Low inventory levels and new participants entering the trucking market contributed to increased tractor prices. See, for example, the deposition of Tony Stinsa dated August 14, 2024, pages 44-45.
[27] See Exhibit E.
[28] See, for example, NAV00085345 at 85347.
[29] https://www.sandhills.com/news/article/250040890.

11

equipment manufacturers ("OEM") ability to produce new inventory,[30] and consumers' increased access to more selections of new and used tractors.[31]



38. As a result of there being Unsold Units, I made inquiries with management to identify if any offers were made but not accepted for these units. Based on my discussions with management, I understand that Central received offers for approximately **6** Impacted Units at a price totaling **$110,000** ("Offer Proceeds"). As a result of an offering being made, I conservatively considered the Offer Proceeds as an additional offset against the Expected Resale Value.

39. For the remaining **292** Impacted Units, despite Central not receiving an offer for these units, I considered the auction value as of July 31, 2024 (approximately **$7,699** per unit) as an additional offset against the Expected Resale Value (totaling approximately **$2,248,000**). A summary of the total Actual Resale Value proceeds is included in the table below:

| | Calculation of Actual Resale Value on Impacted Units | | | |
|---|---|---|---|---|
| | **Description** | **# Tractors** | **Value Per** | **Actual Resale Value** |
| 1 | Sold | 296 | | $12,488,499 |
| 2 | Unsold Units With Offer (GLSN-0002259) | 5 | 20,000 | 100,000 |
| 3 | Unsold With Offer (GLSN-0002231) | 1 | 10,000 | 10,000 |
| 4 | **Subtotal - Offer Proceeds** | **6** | **30,000** | **110,000** |
| 5 | Unsold Units | 292 | 7,699 | 2,248,114 |
| 6 | **Grand Total - Actual Resale Value on Impacted Units** | **594** | | **$14,846,612** |

---

[30] https://www.freightwaves.com/news/used-truck-prices-fall-as-oem-supply-chain-clears
[31] Based on discussions with management and https://www.freightwaves.com/news/why-the-used-trucks-pricing-bubble-finally-burst and https://www.freightwaves.com/news/used-truck-prices-what-was-up-has-come-down-way-down.

### *Lost Resale Value*

40. After deducting the Actual Resale Value from the Expected Resale Value, I determined that Plaintiffs sustained economic damages in the form of lost resale totaling approximately **$24,857,000**. Details of my analysis are included below and in **Exhibit D, Summary**.

| | Description | # Tractors | Expected Resale Value | - | Actual Resale Value | = | Lost Resale Value |
|---|---|---|---|---|---|---|---|
| 1 | Lost Resale Value | 594 | $39,703,623 | | $14,846,612 | | $24,857,011 |

## Out-Of-Pocket Repair & Maintenance Costs

41. Due to Defendants' failure to meet the Replacement Unit Delivery Schedule, Central incurred costs related to repairs and maintenance items that would have been covered under the Replacement Units' warranty or avoided by operating new tractors. I reviewed costing records detailing these additional expenses amounted to approximately **$2,170,000**.[32]

## Incremental Fuel Costs

42. Defendants' failure to meet the Replacement Unit Delivery Schedule caused Central to incur incremental fuel costs because the MY2018 Tractors are less fuel efficient than the Replacement Units.

43. To calculate these incremental fuel costs, I analyzed the differences in fuel efficiency and the duration of the delay in receiving the Replacement Units. I estimated that each tractor was operated for **5,684** miles per month during the delay period,[33] resulting in incremental fuel costs of approximately **$650,000**. Details of my analysis are presented in **Exhibit H**.

## Conclusion of Economic Damages

44. A summary of economic damages by category is included in the table below and presented **in Exhibit C**. Furthermore, if Plaintiffs are entitled to prejudgment interest, and the Court does not make that determination itself, I reserve the right to calculate the interest awarded to Plaintiffs.

| | Category | Amount |
|---|---|---|
| 1 | Lost Resale Value | $24,857,011 |
| 2 | Out-of Pocket Repair & Maintenance Costs | 2,169,633 |
| 3 | Incremental Fuel Costs | 650,005 |
| 4 | **Total Economic Damages** | **$27,676,648** |

---

[32] See 2018 INTL Parts-Labor Costs 0422 through 0423 - Normal Maintenance Related Items Removed 2024 0725.xls
[33] For tractors sold before April 2023, the average monthly mileage was 5,684 per month based on the conservative assumption that all units were placed in service in July 2017. See **Exhibit E** for mileage by tractor.

## VI.   Assumptions and Limiting Conditions

45.   My conclusions are based on the information received to date.  I reserve the right to change those conclusions should additional information be provided subsequent to the date of this report.

46.   No one that worked on this engagement has any known financial interest in any parties to this litigation or the outcome of the analysis.  Further, Accurity's compensation is neither based nor contingent on the results of the analysis.

47.   My conclusions are applicable for the stated date and purpose only and may not be appropriate for any other date or purpose.  This report is solely for use in the cited dispute, for the purpose stated herein, and is not to be referred to or distributed, in whole or in part, without prior written consent.

Submitted By:

_____

Michael N. Kahaian CPA/ABV, CFE, CFF, CVA
Accurity Group, LLC

# Exhibit A

## Documents Considered

**GLS Leasco, Inc. et al  v. Navistar, Inc.**                                                                    **Exhibit A**
**Documents Considered**

**Pleadings**

1   Navistar Complaint
2   Amended Complaint

**Other**

3   Deposition of Tony Stinsa dated August 14, 2024
4   July 31 2021 Agreement and April 8, 2022 Letter Agreement
5   NAV00000802.pdf
6   ALLEDIANCE00005053.pdf
7   ALLEGIANCE00005062.xlsx
8   NAV00000802.pdf
9   NAV00029884.pdf
10  NAV00014025.pdf
11  NAV00014763.pdf
12  NAV00016468.pdf
13  NAV00016607.pdf
14  NAV00016608.pdf
15  NAV00016612.XLSX
16  NAV00016613.XLSX
17  NAV00016614.pdf
18  NAV00016616.pdf
19  NAV00016620.XLSX
20  NAV00016621.XLSX
21  NAV00016642.pdf
22  NAV00017105.pdf
23  NAV00017121.pdf
24  NAV00017417.pdf
25  NAV00017465.pdf
26  NAV00017763.pdf
27  NAV00017810.pdf
28  NAV00017844.pdf
29  NAV00017864.pdf
30  NAV00017918.pdf
31  NAV00018107.pdf
32  NAV00019567.pdf
33  NAV00019644.pdf
34  NAV00019686.pdf
35  NAV00019690.pdf
36  NAV00019698.pdf
37  NAV00019707.pdf
38  NAV00019849.pdf
39  NAV00019877.pdf
40  NAV00019905.pdf
41  NAV00019913.pdf

**GLS Leasco, Inc. et al  v. Navistar, Inc.**                                               **Exhibit A**
**Documents Considered**

| | |
|---|---|
| 42 | NAV00019974.pdf |
| 43 | NAV00020035.pdf |
| 44 | NAV00020040.XLSX |
| 45 | NAV00020041.XLSX |
| 46 | NAV00020047.pdf |
| 47 | NAV00020052.XLSX |
| 48 | NAV00020053.XLSX |
| 49 | NAV00020263.pdf |
| 50 | NAV00020810.pdf |
| 51 | NAV00020814.pdf |
| 52 | NAV00020958.pdf |
| 53 | NAV00020993.pdf |
| 54 | NAV00021021.pdf |
| 55 | NAV00021027.pdf |
| 56 | NAV00021463.pdf |
| 57 | NAV00021692.pdf |
| 58 | NAV00021705.pdf |
| 59 | NAV00021707.pdf |
| 60 | NAV00022859.pdf |
| 61 | NAV00024153.pdf |
| 62 | NAV00024752.pdf |
| 63 | NAV00024762.pdf |
| 64 | NAV00102408.XLSX |
| 65 | NAV00101033.pdf |
| 66 | NAV00102407.pdf |
| 67 | NAV00095961.XLSX |
| 68 | NAV00088538.pdf |
| 69 | NAV00088541.XLSX |
| 70 | NAV00095960.pdf |
| 71 | GLSN-0002609.pdf |
| 72 | GLSN-0000008.pdf |
| 73 | GLSN-0000494.pdf |
| 74 | GLSN-0000495.pdf |
| 75 | GLSN-0000654.pdf |
| 76 | GLSN-0000656.pdf |
| 77 | GLSN-0000710.pdf |
| 78 | GLSN-0000750.pdf |
| 79 | GLSN-0000751.pdf |
| 80 | GLSN-0000755.pdf |
| 81 | GLSN-0000756.pdf |
| 82 | GLSN-0000757.pdf |
| 83 | GLSN-0000763.pdf |
| 84 | GLSN-0000764.pdf |
| 85 | GLSN-0000768.pdf |

**GLS Leasco, Inc. et al  v. Navistar, Inc.**
**Documents Considered**

**Exhibit A**

| 86 | GLSN-0000785.pdf |
|---|---|
| 87 | GLSN-0000791.pdf |
| 88 | GLSN-0000797.pdf |
| 89 | GLSN-0000825.pdf |
| 90 | GLSN-0000826.pdf |
| 91 | GLSN-0000827.pdf |
| 92 | GLSN-0000831.pdf |
| 93 | GLSN-0000876.pdf |
| 94 | GLSN-0000922.pdf |
| 95 | GLSN-0000969.pdf |
| 96 | GLSN-0001017.pdf |
| 97 | GLSN-0001107.pdf |
| 98 | GLSN-0001109.pdf |
| 99 | GLSN-0001111.pdf |
| 100 | GLSN-0001113.pdf |
| 101 | GLSN-0001114.pdf |
| 102 | GLSN-0001115.pdf |
| 103 | GLSN-0001116.pdf |
| 104 | GLSN-0001124.pdf |
| 105 | GLSN-0001126.pdf |
| 106 | GLSN-0001127.pdf |
| 107 | GLSN-0001128.pdf |
| 108 | GLSN-0001129.pdf |
| 109 | GLSN-0001137.pdf |
| 110 | GLSN-0001139.pdf |
| 111 | GLSN-0001140.pdf |
| 112 | GLSN-0001141.pdf |
| 113 | GLSN-0001142.pdf |
| 114 | GLSN-0001143.pdf |
| 115 | GLSN-0001144.pdf |
| 116 | GLSN-0001146.pdf |
| 117 | GLSN-0001147.pdf |
| 118 | GLSN-0001148.pdf |
| 119 | GLSN-0001149.pdf |
| 120 | GLSN-0001150.pdf |
| 121 | GLSN-0001151.pdf |
| 122 | GLSN-0001153.pdf |
| 123 | GLSN-0001154.pdf |
| 124 | GLSN-0001155.pdf |
| 125 | GLSN-0001156.pdf |
| 126 | GLSN-0001163.pdf |
| 127 | GLSN-0001165.pdf |
| 128 | GLSN-0001167.pdf |
| 129 | GLSN-0001168.pdf |

**GLS Leasco, Inc. et al v. Navistar, Inc.**          **Exhibit A**
**Documents Considered**

| | |
|---|---|
| **130** | GLSN-0001169.pdf |
| **131** | GLSN-0001170.pdf |
| **132** | GLSN-0001177.pdf |
| **133** | GLSN-0001179.pdf |
| **134** | GLSN-0001182.pdf |
| **135** | GLSN-0001185.pdf |
| **136** | GLSN-0001186.pdf |
| **137** | GLSN-0001187.pdf |
| **138** | GLSN-0001188.pdf |
| **139** | GLSN-0001189.pdf |
| **140** | GLSN-0001190.pdf |
| **141** | GLSN-0001191.pdf |
| **142** | GLSN-0001192.pdf |
| **143** | GLSN-0001193.pdf |
| **144** | GLSN-0001196.pdf |
| **145** | GLSN-0001263.pdf |
| **146** | GLSN-0001269.pdf |
| **147** | GLSN-0001275.pdf |
| **148** | GLSN-0001279.pdf |
| **149** | GLSN-0001288.pdf |
| **150** | GLSN-0001290.pdf |
| **151** | GLSN-0001292.pdf |
| **152** | GLSN-0001295.pdf |
| **153** | GLSN-0001298.pdf |
| **154** | GLSN-0001301.pdf |
| **155** | GLSN-0001302.pdf |
| **156** | GLSN-0001328.pdf |
| **157** | GLSN-0001330.pdf |
| **158** | GLSN-0001331.pdf |
| **159** | GLSN-0001332.pdf |
| **160** | GLSN-0001333.pdf |
| **161** | GLSN-0001334.pdf |
| **162** | GLSN-0001335.pdf |
| **163** | GLSN-0001336.pdf |
| **164** | GLSN-0001345.pdf |
| **165** | GLSN-0001354.pdf |
| **166** | GLSN-0001360.pdf |
| **167** | GLSN-0001366.pdf |
| **168** | GLSN-0001367.pdf |
| **169** | GLSN-0001403.pdf |
| **170** | GLSN-0001406.pdf |
| **171** | GLSN-0001442.pdf |
| **172** | GLSN-0001443.pdf |
| **173** | GLSN-0001445.pdf |

**GLS Leasco, Inc. et al  v. Navistar, Inc.**                                                    **Exhibit A**
**Documents Considered**

| | |
|---|---|
| **174** | GLSN-0001446.pdf |
| **175** | GLSN-0001522.pdf |
| **176** | GLSN-0001523.pdf |
| **177** | GLSN-0001529.pdf |
| **178** | GLSN-0001530.pdf |
| **179** | GLSN-0001532.pdf |
| **180** | GLSN-0001534.pdf |
| **181** | GLSN-0001535.pdf |
| **182** | GLSN-0001556.pdf |
| **183** | GLSN-0001557.pdf |
| **184** | GLSN-0001561.pdf |
| **185** | GLSN-0001563.pdf |
| **186** | GLSN-0001567.pdf |
| **187** | GLSN-0001571.pdf |
| **188** | GLSN-0001574.pdf |
| **189** | GLSN-0001578.pdf |
| **190** | GLSN-0001580.pdf |
| **191** | GLSN-0001602.pdf |
| **192** | GLSN-0001615.pdf |
| **193** | GLSN-0001617.pdf |
| **194** | GLSN-0001630.pdf |
| **195** | GLSN-0001632.pdf |
| **196** | GLSN-0001633.pdf |
| **197** | GLSN-0001635.pdf |
| **198** | GLSN-0001639.pdf |
| **199** | GLSN-0001641.pdf |
| **200** | GLSN-0001642.pdf |
| **201** | GLSN-0001649.pdf |
| **202** | GLSN-0001650.pdf |
| **203** | GLSN-0001657.pdf |
| **204** | GLSN-0001658.pdf |
| **205** | GLSN-0001665.pdf |
| **206** | GLSN-0001666.pdf |
| **207** | GLSN-0001668.pdf |
| **208** | GLSN-0001671.pdf |
| **209** | GLSN-0001674.pdf |
| **210** | GLSN-0001677.pdf |
| **211** | GLSN-0001678.pdf |
| **212** | GLSN-0001680.pdf |
| **213** | GLSN-0001684.pdf |
| **214** | GLSN-0001689.pdf |
| **215** | GLSN-0001694.pdf |
| **216** | GLSN-0001699.pdf |
| **217** | GLSN-0001700.pdf |

**GLS Leasco, Inc. et al  v. Navistar, Inc.**                                                                                                      **Exhibit A**
**Documents Considered**

218  GLSN-0001701.pdf
219  GLSN-0001706.pdf
220  GLSN-0001708.pdf
221  GLSN-0001710.pdf
222  GLSN-0001712.pdf
223  GLSN-0001714.pdf
224  GLSN-0001716.pdf
225  GLSN-0001718.pdf
226  GLSN-0001723.pdf
227  GLSN-0001724.pdf
228  GLSN-0001725.pdf
229  GLSN-0001727.pdf
230  GLSN-0001729.pdf
231  GLSN-0001731.pdf
232  GLSN-0001732.pdf
233  GLSN-0001734.pdf
234  GLSN-0001735.pdf
235  GLSN-0001736.pdf
236  GLSN-0001737.pdf
237  GLSN-0001738.pdf
238  GLSN-0001750.pdf
239  GLSN-0001754.pdf
240  GLSN-0001756.pdf
241  GLSN-0001760.pdf
242  GLSN-0001765.pdf
243  GLSN-0001766.pdf
244  GLSN-0001767.pdf
245  GLSN-0001768.pdf
246  GLSN-0001769.pdf
247  GLSN-0001770.pdf
248  GLSN-0001771.pdf
249  GLSN-0001772.pdf
250  GLSN-0001773.pdf
251  GLSN-0001774.pdf
252  GLSN-0001776.pdf
253  GLSN-0001778.pdf
254  GLSN-0001779.pdf
255  GLSN-0001781.pdf
256  GLSN-0001782.pdf
257  GLSN-0001784.pdf
258  GLSN-0001785.pdf
259  GLSN-0001787.pdf
260  GLSN-0001794.pdf
261  GLSN-0001799.pdf

**GLS Leasco, Inc. et al  v. Navistar, Inc.**　　　　　　　　　　　　　　　　　　　　　　　　　　　**Exhibit A**
**Documents Considered**

| | |
|---|---|
| 262 | GLSN-0001801.pdf |
| 263 | GLSN-0001802.pdf |
| 264 | GLSN-0001804.pdf |
| 265 | GLSN-0001809.pdf |
| 266 | GLSN-0001813.pdf |
| 267 | GLSN-0001817.pdf |
| 268 | GLSN-0001821.pdf |
| 269 | GLSN-0001822.pdf |
| 270 | GLSN-0001823.pdf |
| 271 | GLSN-0001824.pdf |
| 272 | GLSN-0001825.pdf |
| 273 | GLSN-0001826.pdf |
| 274 | GLSN-0001827.pdf |
| 275 | GLSN-0001828.pdf |
| 276 | GLSN-0001829.pdf |
| 277 | GLSN-0001833.pdf |
| 278 | GLSN-0001841.pdf |
| 279 | GLSN-0001845.pdf |
| 280 | GLSN-0001849.pdf |
| 281 | GLSN-0001850.pdf |
| 282 | GLSN-0001854.pdf |
| 283 | GLSN-0001871.pdf |
| 284 | GLSN-0001872.pdf |
| 285 | GLSN-0001873.pdf |
| 286 | GLSN-0001880.pdf |
| 287 | GLSN-0001881.pdf |
| 288 | GLSN-0001884.pdf |
| 289 | GLSN-0001885.pdf |
| 290 | GLSN-0001888.pdf |
| 291 | GLSN-0001902.pdf |
| 292 | GLSN-0001903.pdf |
| 293 | GLSN-0001905.pdf |
| 294 | GLSN-0001909.pdf |
| 295 | GLSN-0001913.pdf |
| 296 | GLSN-0001921.pdf |
| 297 | GLSN-0001926.pdf |
| 298 | GLSN-0001931.pdf |
| 299 | GLSN-0001936.pdf |
| 300 | GLSN-0001941.pdf |
| 301 | GLSN-0001942.pdf |
| 302 | GLSN-0001943.pdf |
| 303 | GLSN-0001944.pdf |
| 304 | GLSN-0001945.pdf |
| 305 | GLSN-0001946.pdf |

**GLS Leasco, Inc. et al  v. Navistar, Inc.**   **Exhibit A**
**Documents Considered**

| | |
|---|---|
| 306 | GLSN-0001947.pdf |
| 307 | GLSN-0001949.pdf |
| 308 | GLSN-0001950.pdf |
| 309 | GLSN-0001951.pdf |
| 310 | GLSN-0001952.pdf |
| 311 | GLSN-0001962.pdf |
| 312 | GLSN-0001965.pdf |
| 313 | GLSN-0001969.pdf |
| 314 | GLSN-0001973.pdf |
| 315 | GLSN-0001974.pdf |
| 316 | GLSN-0001976.pdf |
| 317 | GLSN-0001977.pdf |
| 318 | GLSN-0001979.pdf |
| 319 | GLSN-0001981.pdf |
| 320 | GLSN-0001982.pdf |
| 321 | GLSN-0001983.pdf |
| 322 | GLSN-0001984.pdf |
| 323 | GLSN-0001985.pdf |
| 324 | GLSN-0001986.pdf |
| 325 | GLSN-0001987.pdf |
| 326 | GLSN-0001989.pdf |
| 327 | GLSN-0001994.pdf |
| 328 | GLSN-0001999.pdf |
| 329 | GLSN-0002004.pdf |
| 330 | GLSN-0002014.pdf |
| 331 | GLSN-0002040.pdf |
| 332 | GLSN-0002041.pdf |
| 333 | GLSN-0002044.pdf |
| 334 | GLSN-0002045.pdf |
| 335 | GLSN-0002046.pdf |
| 336 | GLSN-0002047.pdf |
| 337 | GLSN-0002052.pdf |
| 338 | GLSN-0002053.pdf |
| 339 | GLSN-0002054.pdf |
| 340 | GLSN-0002055.pdf |
| 341 | GLSN-0002132.pdf |
| 342 | GLSN-0002135.pdf |
| 343 | GLSN-0002178.pdf |
| 344 | GLSN-0002221.pdf |
| 345 | GLSN-0002223.pdf |
| 346 | GLSN-0002225.pdf |
| 347 | GLSN-0002227.pdf |
| 348 | GLSN-0002229.pdf |
| 349 | GLSN-0002230.pdf |

**GLS Leasco, Inc. et al  v. Navistar, Inc.**                                                    **Exhibit A**
**Documents Considered**

| | |
|---|---|
| **350** | GLSN-0002231.pdf |
| **351** | GLSN-0002232.pdf |
| **352** | GLSN-0002233.pdf |
| **353** | GLSN-0002235.pdf |
| **354** | GLSN-0002237.pdf |
| **355** | GLSN-0002238.pdf |
| **356** | GLSN-0002253.pdf |
| **357** | GLSN-0002255.pdf |
| **358** | GLSN-0002256.pdf |
| **359** | GLSN-0002258.pdf |
| **360** | GLSN-0002259.pdf |
| **361** | GLSN-0002263.pdf |
| **362** | GLSN-0002267.pdf |
| **363** | GLSN-0002269.pdf |
| **364** | GLSN-0002271.pdf |
| **365** | GLSN-0002272.pdf |
| **366** | GLSN-0002273.pdf |
| **367** | GLSN-0002274.pdf |
| **368** | GLSN-0002275.pdf |
| **369** | GLSN-0002276.pdf |
| **370** | GLSN-0002277.pdf |
| **371** | GLSN-0002278.pdf |
| **372** | GLSN-0002279.pdf |
| **373** | GLSN-0002281.pdf |
| **374** | GLSN-0002283.pdf |
| **375** | GLSN-0002285.pdf |
| **376** | GLSN-0002287.pdf |
| **377** | GLSN-0002290.pdf |
| **378** | GLSN-0002297.pdf |
| **379** | GLSN-0002298.pdf |
| **380** | GLSN-0002299.pdf |
| **381** | GLSN-0002302.pdf |
| **382** | GLSN-0002305.pdf |
| **383** | GLSN-0002308.pdf |
| **384** | GLSN-0002309.pdf |
| **385** | GLSN-0002310.pdf |
| **386** | GLSN-0002312.pdf |
| **387** | GLSN-0002313.pdf |
| **388** | GLSN-0002314.pdf |
| **389** | GLSN-0002315.pdf |
| **390** | GLSN-0002318.pdf |
| **391** | GLSN-0002321.pdf |
| **392** | GLSN-0002322.pdf |
| **393** | GLSN-0002323.pdf |

**GLS Leasco, Inc. et al  v. Navistar, Inc.**                                                                    **Exhibit A**
**Documents Considered**

| | |
|---|---|
| 394 | GLSN-0002325.pdf |
| 395 | GLSN-0002326.pdf |
| 396 | GLSN-0002340.pdf |
| 397 | GLSN-0002341.pdf |
| 398 | GLSN-0002343.pdf |
| 399 | GLSN-0002345.pdf |
| 400 | GLSN-0002349.pdf |
| 401 | GLSN-0002376.pdf |
| 402 | GLSN-0002377.pdf |
| 403 | GLSN-0002378.pdf |
| 404 | GLSN-0002379.pdf |
| 405 | GLSN-0002380.pdf |
| 406 | GLSN-0002382.pdf |
| 407 | GLSN-0002383.pdf |
| 408 | GLSN-0002386.pdf |
| 409 | GLSN-0002387.pdf |
| 410 | GLSN-0002388.pdf |
| 411 | GLSN-0002389.pdf |
| 412 | GLSN-0002390.pdf |
| 413 | GLSN-0002391.pdf |
| 414 | GLSN-0002392.pdf |
| 415 | GLSN-0002394.pdf |
| 416 | GLSN-0002395.pdf |
| 417 | GLSN-0002397.pdf |
| 418 | GLSN-0002398.pdf |
| 419 | GLSN-0002400.pdf |
| 420 | GLSN-0002401.pdf |
| 421 | GLSN-0002403.pdf |
| 422 | GLSN-0002404.pdf |
| 423 | GLSN-0002406.pdf |
| 424 | GLSN-0002411.pdf |
| 425 | GLSN-0002412.pdf |
| 426 | GLSN-0002413.pdf |
| 427 | GLSN-0002419.pdf |
| 428 | GLSN-0002425.pdf |
| 429 | GLSN-0002431.pdf |
| 430 | GLSN-0002446.pdf |
| 431 | GLSN-0002447.pdf |
| 432 | GLSN-0002449.pdf |
| 433 | GLSN-0002455.pdf |
| 434 | GLSN-0002456.pdf |
| 435 | GLSN-0002457.pdf |
| 436 | GLSN-0002458.pdf |
| 437 | GLSN-0002459.pdf |

**GLS Leasco, Inc. et al  v. Navistar, Inc.**                                              **Exhibit A**
**Documents Considered**

| | |
|---|---|
| 438 | GLSN-0002462.pdf |
| 439 | GLSN-0002466.pdf |
| 440 | GLSN-0002467.pdf |
| 441 | GLSN-0002475.pdf |
| 442 | GLSN-0002476.pdf |
| 443 | GLSN-0002477.pdf |
| 444 | GLSN-0002478.pdf |
| 445 | GLSN-0002483.pdf |
| 446 | GLSN-0002484.pdf |
| 447 | GLSN-0002499.pdf |
| 448 | GLSN-0002500.pdf |
| 449 | GLSN-0002501.pdf |
| 450 | GLSN-0002502.pdf |
| 451 | GLSN-0002503.pdf |
| 452 | GLSN-0002506.pdf |
| 453 | GLSN-0002507.pdf |
| 454 | GLSN-0002508.pdf |
| 455 | GLSN-0002509.pdf |
| 456 | GLSN-0002510.pdf |
| 457 | GLSN-0002511.pdf |
| 458 | GLSN-0002512.pdf |
| 459 | GLSN-0002513.pdf |
| 460 | GLSN-0002514.pdf |
| 461 | GLSN-0002515.pdf |
| 462 | GLSN-0002516.pdf |
| 463 | GLSN-0002517.pdf |
| 464 | GLSN-0002518.pdf |
| 465 | GLSN-0002519.pdf |
| 466 | GLSN-0002520.pdf |
| 467 | GLSN-0002525.pdf |
| 468 | GLSN-0002527.pdf |
| 469 | GLSN-0002528.pdf |
| 470 | GLSN-0002530.pdf |
| 471 | GLSN-0002531.pdf |
| 472 | GLSN-0002533.pdf |
| 473 | GLSN-0002534.pdf |
| 474 | GLSN-0002536.pdf |
| 475 | GLSN-0002537.pdf |
| 476 | GLSN-0002538.pdf |
| 477 | GLSN-0002540.pdf |
| 478 | GLSN-0002541.pdf |
| 479 | GLSN-0002546.pdf |
| 480 | GLSN-0002547.pdf |
| 481 | GLSN-0002548.pdf |

**GLS Leasco, Inc. et al  v. Navistar, Inc.**                                              **Exhibit A**
**Documents Considered**

| | |
|---|---|
| 482 | GLSN-0002553.pdf |
| 483 | GLSN-0002557.pdf |
| 484 | GLSN-0002562.pdf |
| 485 | GLSN-0002563.pdf |
| 486 | GLSN-0002564.pdf |
| 487 | GLSN-0002565.pdf |
| 488 | GLSN-0002566.pdf |
| 489 | GLSN-0002567.pdf |
| 490 | GLSN-0002568.pdf |
| 491 | GLSN-0002569.pdf |
| 492 | GLSN-0002570.pdf |
| 493 | GLSN-0002571.pdf |
| 494 | GLSN-0002572.pdf |
| 495 | GLSN-0002573.pdf |
| 496 | GLSN-0002574.pdf |
| 497 | GLSN-0002575.pdf |
| 498 | GLSN-0002576.pdf |
| 499 | GLSN-0002577.pdf |
| 500 | GLSN-0002578.pdf |
| 501 | GLSN-0002579.pdf |
| 502 | GLSN-0002580.pdf |
| 503 | GLSN-0002581.pdf |
| 504 | GLSN-0002582.pdf |
| 505 | GLSN-0002583.pdf |
| 506 | GLSN-0002584.pdf |
| 507 | GLSN-0002585.pdf |
| 508 | GLSN-0002586.pdf |
| 509 | GLSN-0002587.pdf |
| 510 | GLSN-0002588.pdf |
| 511 | GLSN-0002589.pdf |
| 512 | GLSN-0002590.pdf |
| 513 | GLSN-0002591.pdf |
| 514 | GLSN-0002592.pdf |
| 515 | GLSN-0002593.pdf |
| 516 | GLSN-0002594.pdf |
| 517 | GLSN-0002595.pdf |
| 518 | GLSN-0002596.pdf |
| 519 | GLSN-0002599.pdf |
| 520 | GLSN-0002603.pdf |
| 521 | GLSN-0002604.pdf |
| 522 | GLSN-0002605.pdf |
| 523 | GLSN-0002606.pdf |
| 524 | GLSN-0002607.pdf |
| 525 | GLSN-0002608.pdf |

**GLS Leasco, Inc. et al v. Navistar, Inc.**                    **Exhibit A**
**Documents Considered**

| | |
|---|---|
| 526 | GLSN-0002603.XLSX |
| 527 | GLSN-0000495.XLSX |
| 528 | GLSN-0000826.XLSX |
| 529 | GLSN-0000827.XLSX |
| 530 | GLSN-0001186.XLSX |
| 531 | GLSN-0001188.XLSX |
| 532 | GLSN-0001190.XLSX |
| 533 | GLSN-0001192.XLSX |
| 534 | GLSN-0001332.XLSX |
| 535 | GLSN-0001367.XLSX |
| 536 | GLSN-0001580.XLSX |
| 537 | GLSN-0001617.XLSX |
| 538 | GLSN-0001700.XLSX |
| 539 | GLSN-0001731.XLSX |
| 540 | GLSN-0001734.XLSX |
| 541 | GLSN-0001736.XLS |
| 542 | GLSN-0001738.XLS |
| 543 | GLSN-0001801.XLSX |
| 544 | GLSN-0001804.XLSX |
| 545 | GLSN-0001822.XLSX |
| 546 | GLSN-0001824.XLSX |
| 547 | GLSN-0001826.XLSX |
| 548 | GLSN-0001828.XLSX |
| 549 | GLSN-0001881.XLSX |
| 550 | GLSN-0001885.XLSX |
| 551 | GLSN-0001942.XLSX |
| 552 | GLSN-0001944.XLSX |
| 553 | GLSN-0001946.XLSX |
| 554 | GLSN-0001949.XLSX |
| 555 | GLSN-0001951.XLSX |
| 556 | GLSN-0001983.XLSX |
| 557 | GLSN-0001984.XLSX |
| 558 | GLSN-0001986.XLSX |
| 559 | GLSN-0002041.XLSX |
| 560 | GLSN-0002045.XLSX |
| 561 | GLSN-0002047.XLSX |
| 562 | GLSN-0002053.XLSX |
| 563 | GLSN-0002055.XLSX |
| 564 | GLSN-0002272.XLSX |
| 565 | GLSN-0002274.XLSX |
| 566 | GLSN-0002276.XLSX |
| 567 | GLSN-0002298.XLSX |
| 568 | GLSN-0002312.XLSX |
| 569 | GLSN-0002314.XLSX |

**GLS Leasco, Inc. et al v. Navistar, Inc.**               **Exhibit A**
**Documents Considered**

| | |
|---|---|
| 570 | GLSN-0002387.XLSX |
| 571 | GLSN-0002412.XLSX |
| 572 | GLSN-0002456.XLSX |
| 573 | GLSN-0002458.XLSX |
| 574 | GLSN-0002467.XLSX |
| 575 | GLSN-0002476.XLSX |
| 576 | GLSN-0002478.XLSX |
| 577 | GLSN-0002507.XLS |
| 578 | GLSN-0002509.XLS |
| 579 | GLSN-0002511.XLS |
| 580 | NAV00087222.pdf |
| 581 | NAV00020981.pdf |
| 582 | NAV00020987.pdf |
| 583 | NAV00020993.pdf |
| 584 | NAV00021027.pdf |
| 585 | NAV0085345.pdf |
| 586 | NAV00088892.pdf |
| 587 | NAV00020981.pdf |
| 588 | NAV00020987.pdf |
| 589 | NAV00020993.pdf |
| 590 | NAV00021027.pdf |
| 591 | NAV00021705.pdf |
| 592 | NAV00021707.pdf |
| 593 | NAV00028033.pdf |
| 594 | NAV00087222 - Bates numbers for each page.pdf |
| 595 | NAV00087222 - color.pdf |
| 596 | NAV00088538.pdf |
| 597 | NAV00088542.XLSX |
| 598 | NAV00088564.pdf |
| 599 | UTC 2018 RH Sales in '21-Oct '22 (no bulk sales).xls |
| 600 | CT - UTS VIN LIST 2-13-22 - PRODUCITONS DATES A.xls |
| 601 | Adams re shocking sales price for used Central cabs.pdf |
| 602 | April 2022 Navistar discussing our 600 cab sale.pdf |
| 603 | Further April 2022 Navistar discussing our 600 cab sale.pdf |
| 604 | Stinsa - deflation on A16 cabs.pdf |
| 605 | 2018 Trucks Sold.xlsx |
| 606 | 2023 Truck Build and Deliveries.xlsx |
| 607 | 2023 Truck Deliveries.xlsx |
| 608 | Fuel Economy Information.xlsx |
| 609 | July 13, 2021 Agreement.pdf |
| 610 | Link to audio for radio interview - Navistar 2021.txt |
| 611 | Navistar relocates Used Truck Center.pdf |
| 612 | CENTRAL (330) 2023 LT PRODUCTION DATES_2022 1014.xlsx |
| 613 | CT - UTS VIN LIST 2-13-22 - PRODUCITONS DATES.xlsx |

**GLS Leasco, Inc. et al  v. Navistar, Inc.**                                                   **Exhibit A**
**Documents Considered**

614  FW_ CT - UTS  VIN LIST  2-13-22 - PRODUCITONS DATES_xlsx.msg
615  2018 International RH Trucks Sold Update 2024 0722.xls
616  2018 INTL Parts-Labor Costs 0422 through 0423 - Normal Maintenance Related Items Removed 2024 0725.xls
617  Ritchie Brothers Auction Sales RH613 A26 MY2018-20 2020-2024 06
618  ACT Research - 2018 INT RH TA DC Historical Pricing Detail 2024 0718.xlsx

**Research**
619  Trucks & Construction Equipment Drive 111% YOY Increase In Record AuctionTime.com February Sale _ Truck Paper Blog.pdf
620  Inventory Declines Across High-Volume Age Groups Driving Equipment Value Increases _ Truck Paper Blog.pdf
621  Inventory Levels Flatten In Heavy-Duty Truck & Farm Equipment Markets _ Truck Paper Blog.pdf
622  Inventory Levels Show Signs Of Life In Certain Truck & Construction Equipment Segments _ Truck Paper Blog.pdf
623  Sandhills Global _ As Equipment Inventory Levels Drop, Gap Narrows Between Auction Values and Asking Values.pdf
624  Sandhills Global _ AuctionTime.com Closes 2021 with 3-Day, Record-Setting $72 Million Sale.pdf
625  Sandhills Global _ Inventory Levels Flatten in Heavy-Duty Truck and Farm Equipment Markets.pdf
626  Sandhills Global _ Demand for Long-Haul Trucks and Trailers Remains Weak.pdf
627  vip.truckpaper.com values for MY2018 RH and LT tractors
628  https://www.eia.gov/dnav/pet/PET_PRI_GND_DCUS_NUS_M.htm (average price for years 2022 and 2023)
629  https://www.freightwaves.com/news/used-truck-prices-fall-as-oem-supply-chain-clears
630  https://www.freightwaves.com/news/why-the-used-trucks-pricing-bubble-finally-burst
631  https://www.freightwaves.com/news/used-truck-prices-what-was-up-has-come-down-way-down

# Exhibit B

## Curriculum Vitae





# MICHAEL KAHAIAN
## CPA/ABV, CFE, CFF, CVA
### MANAGING DIRECTOR



922 Highway 81 E., Suite 100
McDonough, GA 30252 USA



Atlanta: 404.295.7553
Detroit: 586.212.5181



mkahaian@accuritygroup.com



accuritygroup.com

### EDUCATION

B.B.A., Accounting
University of Michigan - Dearborn

### DESIGNATIONS

Certified Public Accountant Accredited in Business Valuation (CPA/ABV)

Certified Fraud Examiner (CFE)

Certified in Financial Forensics (CFF)

Certified Valuation Analyst (CVA)

### PRACTICE AREAS

Complex Business Litigation Labor & Employment Disputes Intellectual Property Disputes Shareholder Disputes

Trade Secrets & Restrictive Covenants Transaction Disputes

### INDUSTRY FOCUS

Automotive
Consumer, Retail, Food & Beverage Financials
Healthcare & Life Sciences Technology, Media & Telecommunications

### PROFESSIONAL MEMBERSHIPS

The Association of Certified Fraud Examiners (ACFE)
American Institute of Certified Public Accountants (AICPA)
National Association of Certified Valuation Analysts (NACVA)
Michigan Association of CPAs (MiCPA)

Michael N. Kahaian (Mick) is the founding Member and Managing Director of Accurity Group, LLC. Mr. Kahaian has provided dispute advisory services for numerous purposes including internal corporate investigations, forensic accounting issues, economic damage assessments, business valuation, business interruption, and recall claims. He has testified in a variety of venues including depositions, arbitrations, bench and jury trials and has been qualified as an expert witness in regards to accounting issues, economic damage assessments, and business valuations in a variety of disputed matters. In addition to testimony, Mr. Kahaian has participated in numerous mediation sessions and has presented before boards of directors as well as boards of education in connection with his findings related to forensic audits conducted under his direction.

## EXPERIENCE

Mr. Kahaian's experience encompasses a wide range of industries including financial institutions, construction, entertainment venues, healthcare, manufacturing, professional practices, retail, agriculture, food manufacturing and distribution, high-tech businesses, insurance, education and charter schools, telecommunications and transportation, real estate, automobile dealerships, and sports franchises. Mr. Kahaian has also provided valuation and consulting services for clients with international operations.

Prior to forming Accurity Group, Mr. Kahaian was a shareholder and Managing Director at Stout Risius Ross, Inc. (Stout), a national valuation and consulting firm. At Stout, he was a senior leader of the Forensic Services Group and National Practice Leader of the Electronic Discovery Services Group.

Mr. Kahaian is Past President of the Detroit Chapter ASA. He is also Past Chair of the Michigan Association of Certified Public Accountants (MACPA) Fraud Task Force, and a Life Fellow and Former Trustee for the Oakland County Bar Foundation.

Mr. Kahaian has presented numerous continuing education seminars on forensic accounting and fraud related topics.



**MICHAEL RATAJAM**
CPA / ABV, CFE, CFF, CVA
**MANAGING DIRECTOR**

## TESTIMONY EXPERIENCE

• Atlanta Georgetown Retirement Residence, LLC v. Dunwoody Township Homeowners Association, et al., In the Superior Court of Dekalb County, State of Georgia, 2024, 2021

• Performance Auto of NJ, LLC, et al., v. Bruno Dibello & Co., LLC, et al., Superior Court of New Jersey, Law Division, Morris County, 2024

• In the Matter of Denials of the 2020 and 2021 TPM Certifications of Grand River Enterprises to be on the Montana Tobacco Product Directory, Before the Attorney General of the State of Montana, 2024

• RTAE Holdings, LLC v. Infinity Stone Ventures Corp., f/k/a Contakt World Technolgies, Corp., United States District Court For the District of Delaware, 2024

• Aspire Solutions, Inc. v. J6 Management Consulting, LLC, United States District Court for the Northern District of Georgia – Atlanta Division, 2023

• In the 2005-2007 NPM Adjustment Proceedings Before the Arbitration Panel Pursuant to Section XI(c) of the Master Settlement Agreement -- State of Maryland Proceeding, Washington, D.C., 2023

• H.J. Martin & Sons, Inc. v. Ferrellgas, Inc., et al., District Court North Central Judicial District, State of North Dakota, County of Ward, 2023

• Lakeside Surfaces, Inc. v. Cambria Company, LLC, United States District Court Western District of Michigan, Southern Division, 2022

• The Canopy Affairs Group, LLC. v. Terra Capital Industries, LLC, et al., In the Circuit Court for the County of Wayne, State of Michigan, Business Court, 2022

• Conlan Abu, et al. v. Stanley B. Dickson, Jr., et al., Oakland County Circuit Court, Michigan, 2022, 2020
• CER Group Innovative Solutions v. Access Jackson Employment Services, LLC d/b/a Access Point, In Arbitration , 2022
• Todd White v. Acell, Inc., United States District Court of Maryland – Northern Division, 2022

• General Packaging Products, Inc. v. Volflex, Inc., et al.. In the Circuit of Cook County, State of Illinois County Department, Chancery Division, 2022

• J.D. Parks, et al v. Cannon, Clark, Holman and Associates, PLLC, et al., In the Chancery Court for Putnam County, Tennessee at Cookeville, 2021

• Bon Appetit Management Company v. Albion College, United States District Court for the Western District of Michigan, 2021

• In Re: Salem Consumer Square OH, LLC, U.S. Bankruptcy Court for the Western District of Pennsylvania, 2021

• The State of Illinois ex rel. Iris Thompson v. Educational Data Systems, Incorporated, et al. In the Circuit Court of Cook County, Illinois County Department, Law Division, 2021

• IHS Global Limited, et al. v. Trade Data Monitor, et al., United States District Court For The District of South Carolina Charleston Division, 2021

• John F. Taylor v. Dunning Motors, Inc., et al. – Private Arbitration, 2020

• Amir Kaki, M.D., and Mahir Elder, M.D., v. Tenet Healthcare Corporation, et al., JAMS Arbitration, 2020

• Naveed Mahfooz, M.D., et al. v. Prime Accountable Care, LLC, et al., In the Circuit Court for the County of Oakland, Business Court, State of Michigan, 2020

• Pumps & Systems, Inc. v. MCRL, Inc., et al., In the Circuit Court of the County of Wayne, State of Michigan, 2020, 2019

**MICHAEL J. KAHAIAN**
**C P A / A B V , C F E , C F F , C V A**
MANAGING DIRECTOR

ACCURITY
G R O U P

## TESTIMONY EXPERIENCE

- In Re: Pamela Sue Spurgeon, Debtor, General Retirement System of the City of Detroit, et al. v. Pamela Sue Spurgeon, The United States Bankruptcy Court, Northern District of California, 2019

- Laura Williamson v. Digital Risk, LLC, et al., U.S. District Court For the Middle District of Florida, Orlando Division, 2019

- Ric-Man Construction, Inc. v. Neyer, Tiseo & Hindo, LTD., State of Michigan, In the Circuit Court for the County of Wayne, 2019

- Tiresoles of Jacksonville, Inc. v. Conlan Tire Co., LLC and Arnold L. Byrd, Jr., U.S. District Court Middle District of Florida, Jacksonville Division, 2019

- MSP Partners Realty, LLC v. Westchester Surplus Lines Insurance Company, U.S. District Court, Southern District of Florida, West Palm Beach Division 2019

- In the 2004 NPM Adjustment Proceedings Before the Arbitration Panels Pursuant to Section XI(c) of the Master Settlement Agreement -- State of Maryland Hearing, Washington, D.C., 2018

- Wind Logistics Professional LLC, et al., v. Universal Truckload, Inc. v. Ace Doran, LLC, et al., U.S. District Court, Northern District of Georgia, 2017

- Steven Phipps v. Mainstream Holdings, Inc., et al., State of Missouri, In the Circuit Court of Christian County, 2017

- General Retirement System of the City of Detroit, et al. v. Capozzoli Advisory for Pensions, Inc., et al., State of Michigan, In the Circuit Court for the County of Wayne, 2015, 2016

- Amelia Quelas v. Daimler Trucks North America, LLC, et al., State of Michigan, In the Circuit Court for the County of Wayne, 2014 and 2015

- Barrie T. O'Brien v. American Label & Tag, Inc., et al., State of Michigan, In the Circuit Court for the County of Wayne, 2015

- Insight Teleservices, Inc. v. Zip Mail Services, Inc., U.S. District Court, Eastern District of Michigan, 2015

- Angel Allen v. Blue Water Area Transportation Commission, et al., State of Michigan, In the Court of the County of St. Clair, 2014 and 2015

- Contract Design Group, Inc. et al. v. Wayne State University, et al., U.S. District Court, Eastern District of Michigan, Southern Division, 2012, 2014
- Barbara Nelson Louys Trust No.1 u/a/d November 28, 1998, State of Michigan, Probate Court for the County of Dickinson, 2014

- Authorized Integrators Network, LLC v. Wirepath Home Systems, LLC d/b/a Snap AV, U.S. District Court, Eastern District of Michigan, Southern Division, 2013

- Kellogg Company, et al. v. FPC Flexible Packaging Corp., et al., U.S. District Court, Western District Court of Michigan, Southern Division, 2013

- AUM Renewable Energy, LLC, et al. v. Prasad Gullapalli, American Arbitration Association, Michigan, 2013

- Flagstar Bank, FSB v. Contemporary Title Solution, et al., State of Texas, In the District Court of Collin County, Texas, 2012 and 2013

- Fire CATT, LLC v. National fire Asset Testing, LLC d/b/a NFA Testing, LLC and Patrick G. Fenton, State of Michigan, In the Circuit Court for the County of Oakland, 2012

- Zia Shadows, LLC, et al. v. City of Las Cruces, New Mexico, et al., the State of New Mexico County of Dona Ana, Third Judicial District Court, 2012

- King Spa Sauna, LLC, et al. v. David M. Park, State of Illinois, In the Circuit Court of Cook County, Illinois, 2012

MICHAEL RATHAI
CPA/ABV, CFE, CFF, CVA
MANAGING DIRECTOR



## TESTIMONY EXPERIENCE

- In the Matter of the Stephen F. Slavik, Sr. Trust Agreement Dated May 26, 1987, as Amended and Restated, State of Michigan, Probate Court for the County of Oakland, 2011

- Bruce G. Kefgen v. East Detroit Public Schools, Private Arbitration, Michigan 2011

- Yaldo v. Yaldo, Private Arbitration, Michigan, 2010

- 5420 Beckley Road, LLC v. Minges Creek Mall, LLC, et al. State of Michigan, Circuit Court for the County of Calhoun, 2010

- Richard M. Lewiston, et al. v. Jeffrey Howard Brown, U.S. Bankruptcy Court, Eastern District of Michigan, Southern Division, 2010

- Bob Ridings, Inc. v. Chrysler Group, LLC, American Arbitration Association, Illinois, 2010

- Edison Oakland Public School Academy v. EdisonLearning, Inc., American Arbitration Association, Michigan, 2010

- NTW Sales, Inc., et al. v. North American Dismantling Corp., et al., State of Michigan, Circuit Court for the County of Wayne, 2009 & 2010

- Gregory J. Damman, et al. v. Damman Holdings, L.C., et al., State of Michigan, Circuit Court for the County of Oakland, 2009

- JGR Associates, L.L.C., et al. v. Wittlesey Associates, Inc., et al., Private Arbitration, Michigan, 2009

- Albert Papazian, et al. v. Mark Papazian, State of Michigan, Circuit Court for the County of Oakland, 2007

- The United States of America v. Richard Blanchard, U.S. District Court, Eastern District of Michigan, Southern Division, 2007

- Catner v. Catner, State of Michigan, Circuit Court for the County of Oakland, 2007

- Considine v. Considine, Private Arbitration, Michigan, 2007

- Rondigo, LLC, et al. v. Casco Township, U.S. District Court, Eastern District of Michigan, Southern Division, 2006

- The City of Sterling Heights, Michigan, et al. v. United National Insurance Company, et al., U.S. District Court, Eastern District of Michigan, Southern Division, 2006

- Clogg v. Clogg, State of Michigan, Circuit Court for the County of Livingston, 2006

- Berry v. Berry, State of Michigan, Circuit Court for the County of Livingston, 2006-

- N.I.P.P. Royal Oak, Inc. v. The City of Royal Oak Michigan, et al., U.S. District Court, Eastern District of Michigan, Southern Division, 2006

- Erickson's Flooring & Supply Co. v. Basic Coating, et al., U.S. District Court, Eastern District of Michigan, Southern Division, 2006

- Attisha v. Attisha, Private Arbitration, Michigan, 2006

- Richter v. Richter, Private Arbitration, Michigan, 2006

- Potti v. Potti, State of Michigan, Circuit Court for the County of Livingston, 2006

- Cassar v. Cassar, State of Michigan, Circuit Court for the County of Oakland, 2005

- Knuth v. Knuth, State of Michigan, Circuit Court for the County of Oakland, 2004

- Vanderveer v. Vanderveer, Private Arbitration, Michigan, 2004

**MICHAEL KATHAIAN**
CPA/ABV, CFE, CFF, CVA
MANAGING DIRECTOR



## TESTIMONY EXPERIENCE

- Vanderveer v. Vanderveer, Private Arbitration, Michigan, 2004

- Barakat v. Barakat, State of Michigan, Circuit Court for the County of Wayne, 2004

## PUBLICATIONS
- "The Impact of Expense Reimbursement Fraud," The SRR Journal, Fall 2013

- "Using Forensic Accounting in Trust Disputes," American Bar Association-Newsletter, Spring 2013

- "Managing Risk Associated with Occupational Fraud," the SRR Journal, Spring 2013

- "Game On or Over: When the Whistle Blows Will Corporations be Ready for Dodd-Frank," the SRR Journal, Fall 2011

- "Using Forensic Accounting in Trust Disputes," The SRR Journal, Spring 2011

- "Recent Trends in Litigation: An In-House Counsel Perspective," The SRR Journal, Spring 2011

- "The Perfect Storm: The Effect of Corporate Downsizing on Internal Controls and Occupational Fraud," The SRR Journal, Spring 2011

- Managing Occupational Fraud Risks," The SRR Journal, Fall 2010


## SPEECHES AND SEMINARS
- "Fraud at the Executive Level: Corporate Internal Investigations" presented to the Michigan Association of Certified Public Accountants' Anti-Fraud Issues Conference, May 21, 2014

- "Using Economic Experts in Litigation," presented to the Association of Litigation Support Specialists, Michigan, September 2012

- "Fighting Fraud through Superior Internal Controls," at the MACPA's West Michigan Management Information & Business Show, June 7, 2012

- "Fraud Risks and Mitigation through Internal Controls," presented to the MACPA's Mega Conference, December 7, 2011

- "The Dodd-Frank Wall Street Reform & Consumer Protection Act," presented at the 2nd Annual Hot Topics for Financial Executives Seminar, hosted by Financial Executives International (Detroit Chapter), PwC, and Stout Risius Ross, Inc., November 9, 2011

- "Fraud Risks and Mitigation through Internal Control," presented to the MACPA's Mega Conference, October 26, 2011

- "Using Economic Experts in Litigation," presented to the Armenian Bar Association's Mid-Year Meeting, September 24, 2011

# Exhibit C

## Summary of Economic Damages

**GLS Leasco, Inc. et al  v. Navistar, Inc.**                                                    **Exhibit C**
**Summary of Economic Damages**                                                                  **Summary**

| | Category | Amount | Reference |
|---|---|---|---|
| **1** | Lost Resale Value | $24,857,011 | Exhibit D |
| **2** | Out-of-Pocket Repair & Maintenance Costs | 2,169,633 | [a] |
| **3** | Incremental Fuel Costs | 650,005 | Exhibit H |
| | | | |
| **4** | **Total Economic Damages** | **$27,676,648** | |

[a]  Source: 2018 INTL Parts-Labor Costs 0422 through 0423 - Normal Maintenance Related Items Removed 2024 0725.xls.

# Exhibit D

## Lost Resale Value

**GLS Leasco, Inc. et al  v. Navistar, Inc.**        **Exhibit D**
**Summary of Lost Resale Value**        **Summary**

| | Description | # of Tractors | Expected Resale Value - | Actual Resale Value = | Lost Resale Value | Reference |
|---|---|---|---|---|---|---|
| 1 | Lost Resale Value | 594 | $39,703,623 | $14,846,612 | $24,857,011 | Exhibit D, Schedule 1 |

Source: Exhibit D, Schedule 1.

**GLS Leasco, Inc. et al  v. Navistar, Inc.**
**Calculation of Lost Resale Value**

**Exhibit D**
**Schedule 1**

| | Tractor Type | Status | # of Tractors [a] | Expected Resale Value - [b] | Actual Resale Value | = | Lost Resale Value |
|---|---|---|---|---|---|---|---|
| 1 | RH | Sold | 296 | $ 19,784,970 | $ 12,488,499 | [c] | $ 7,296,472 |
| 2 | RH | Unsold | 298 | 19,918,653 | 2,358,114 | [d] | 17,560,539 |
| 3 | **Total** | | **594** | **$ 39,703,623** | **$ 14,846,612** | | **$ 24,857,011** |

[a] Source: Exhibit D, Schedule 3.
[b] Source: Exhibit D, Schedule 2.
[c] Source: Exhibit E.
[d] Considers offers received but not accepted (5 units at $20,000 per unit [GLSN-0002259] and 1 unit at $10,000 [GLSN-0002231]. The remaining 292 units, the actual resale value was calculated to be equal to the auction value observed as of July 2024 ($7,699) with mileage of 400,000. See Exhibit G.

**GLS Leasco, Inc. et al  v. Navistar, Inc.**
**Calculation of Expected Resale Value**

**Exhibit D**
**Schedule 2**

| | Month | Number of Units | | Market Value RH 400K Miles [c] [d] | | Expected Resale Value Per Unit [e] | Expected Resale Value |
| | | Expected Delivery Month [a] | Expected Month of Sale [b] | Auction | Market | | |
|---|---|---|---|---|---|---|---|
| 1 | 11/30/2021 | - | - | $ 50,831 | $ 69,005 | $ 59,918 | $        - |
| 2 | 12/31/2021 | - | - | 53,975 | 72,149 | 63,062 | - |
| 3 | 1/31/2022 | - | - | 58,612 | 76,625 | 67,619 | - |
| 4 | 2/28/2022 | - | - | 56,885 | 77,655 | 67,270 | - |
| 5 | 3/31/2022 | - | - | 57,817 | 81,324 | 69,571 | - |
| 6 | 4/30/2022 | 75 | 75 | 56,576 | 82,697 | 69,636 | 5,222,732 |
| 7 | 5/31/2022 | 225 | 225 | 54,210 | 82,531 | 68,371 | 15,383,463 |
| 8 | 6/30/2022 | 330 | 294 | 50,480 | 79,435 | 64,957 | 19,097,429 |
| 9 | 7/31/2022 | - | - | 46,834 | 74,613 | 60,724 | - |
| 10 | 8/31/2022 | - | - | 47,367 | 72,086 | 59,727 | - |
| 11 | 9/30/2022 | - | - | 48,189 | 70,723 | 59,456 | - |
| 12 | 10/31/2022 | - | - | 46,977 | 69,511 | 58,244 | - |
| 13 | 11/30/2022 | - | - | 43,826 | 66,211 | 55,019 | - |
| 14 | 12/31/2022 | - | - | 42,125 | 63,690 | 52,907 | - |
| 15 | **Total** | **630** | **594** | | | | **$  39,703,623** |

*Expected Resale Value Allocated by Status*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 16 | Sold | | 296 | | | | $  19,784,970 |
| 17 | Unsold | | 298 | | | | $  19,918,653 |
| 18 | **Total** | | **594** | | | | **$  39,703,623** |

[a]  Source: Delivery Schedule was expected to be 30 days after the build schedule presented in the Letter Agreement and CT - UTS  VIN LIST  2-13-22 - PRODUCITONS DATE

[b]  Sales were calculated to occur in the same month as the delivery of new tractors. See Exhibit D, Schedule 3 for the calulation that determines number of Tractors applicable to economic damages.

[c]  Average mileage of Central's MY 2018 Tractors was approxiamtely 400,000 miles per unit. See Exhibit E.

[d]  Source: Exhibit G.

[e]  Expected Resale Value Per Unit was calculated based on a 50% weight of market value and 50% auction value.

**GLS Leasco, Inc. et al  v. Navistar, Inc.**　　　　　　　　　　　　　　　　　　　　**Exhibit D**
**Calculation of the Number of Impacted Units**　　　　　　　　　　　　　　　　**Schedule 3**

| | MY 2018 Tractor Type | Status | # of Impacted Units [a] [b] |
|---|---|---|---|
| 1 | RH | Sold | 296 |
| 2 | RH | Unsold | 298 |
| 3 | **Total** | | **594** |

[a] Source: Exhibit E and number of units in the Letter Agreement (612 RH units and 10 LT units).
[b] Excludes scrapped and stolen RH tractors and LT tractors.

**Exhibit E**

Status of Central Transport's MY 2018 Tractors

**GLS Leasco, Inc. et al  v. Navistar, Inc.**
**Status of Central Transport's MY 2018 Tractors**

Exhibit E

| | Tractor Type | Unit | VIN | Year | Model | Buyer | Invoiced Buyer | Invoice Amount | Mileage at Time of Sale | Status | Month Sold |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | RH | 18813 | 3HSDWTZR8JN634188 | 2018 | RH613 | | 8/3/2018 | | 1569 | Scrap | 8/31/2018 |
| 2 | RH | 18795 | 3HSDWTZR4JN634169 | 2018 | RH613 | | 3/2/2020 | | 252812 | Scrap | 3/31/2020 |
| 3 | RH | 18778 | 3HSDWTZR9JN634152 | 2018 | RH613 | | 11/18/2020 | | 296000 | Scrap | 11/30/2020 |
| 4 | RH | 18960 | 3HCDWTZR6JL637744 | 2018 | RH613 | scrapped | 4/7/2021 | | 302101 | Scrap | 4/30/2021 |
| 5 | RH | 18930 | 3HCDWTZR5JL634365 | 2018 | RH613 | scrapped | 4/8/2021 | | 331564 | Scrap | 4/30/2021 |
| 6 | RH | 18788 | 3HSDWTZR1JN634162 | 2018 | RH613 | | 6/8/2021 | | 365000 | Scrap | 6/30/2021 |
| 7 | RH | 19080 | 3HSDWTZR5JN347133 | 2018 | RH613 | | 6/8/2021 | | 322973 | Scrap | 6/30/2021 |
| 8 | RH | 18513 | 3HSDWTZR3JN072927 | 2018 | RH613 | | 8/6/2021 | | 313228 | Scrap | 8/31/2021 |
| 9 | RH | 18509 | 3HSDWTZR6JN072923 | 2018 | RH613 | | 10/26/2021 | | 295680 | Scrap | 10/31/2021 |
| 10 | LT | 19061 | 3HSDZTZR1JN661336 | 2018 | RH613 | Vulcan Truck Sales LLC | 5/9/2022 | $60,000.00 | | Sold | 5/31/2022 |
| 11 | LT | 19066 | 3HSDZTZR5JN661341 | 2018 | RH613 | Vulcan Truck Sales LLC | 5/9/2022 | $60,000.00 | | Sold | 5/31/2022 |
| 12 | LT | 19068 | 3HSDZTZR8JN661343 | 2018 | RH613 | Vulcan Truck Sales LLC | 5/9/2022 | $60,000.00 | | Sold | 5/31/2022 |
| 13 | LT | 19063 | 3HSDZTZR5JN661338 | 2018 | RH613 | Vulcan Truck Sales LLC | 5/13/2022 | $60,000.00 | | Sold | 5/31/2022 |
| 14 | LT | 19064 | 3HSDZTZR7JN661339 | 2018 | RH613 | Vulcan Truck Sales LLC | 5/13/2022 | $60,000.00 | | Sold | 5/31/2022 |
| 15 | RH | 19084 | 3HSDWTZR2JN347137 | 2018 | RH613 | R A EQUIPMENT | 5/25/2022 | $  1,000.00 | 24015 | Scrap | 5/31/2022 |
| 16 | LT | 19065 | 3HSDZTZR3JN661340 | 2018 | RH613 | Vulcan Truck Sales LLC | 5/26/2022 | $60,000.00 | | Sold | 5/31/2022 |
| 17 | RH | 18510 | 3HSDWTZR8JN072924 | 2018 | RH613 | BRIEN BELL JAMES GROUP | 5/27/2022 | $ 64,825.00 | 386864 | Sold | 5/31/2022 |
| 18 | RH | 18512 | 3HSDWTZR1JN072926 | 2018 | RH613 | BRIEN BELL JAMES GROUP | 5/27/2022 | $ 64,825.00 | 307134 | Sold | 5/31/2022 |
| 19 | RH | 18532 | 3HSDWTZR8JN073135 | 2018 | RH613 | BRIEN BELL JAMES GROUP | 5/27/2022 | $ 64,825.00 | 379225 | Sold | 5/31/2022 |
| 20 | RH | 18570 | 3HSDWTZRXJN073198 | 2018 | RH613 | BRIEN BELL JAMES GROUP | 5/27/2022 | $ 64,825.00 | 453459 | Sold | 5/31/2022 |
| 21 | RH | 18575 | 3HSDWTZRXJN073203 | 2018 | RH613 | BRIEN BELL JAMES GROUP | 5/27/2022 | $ 68,325.00 | 296786 | Sold | 5/31/2022 |
| 22 | RH | 18680 | 3HSDWTZR7JN074485 | 2018 | RH613 | BRIEN BELL JAMES GROUP | 5/27/2022 | $ 61,325.00 | 537092 | Sold | 5/31/2022 |
| 23 | RH | 18722 | 3HSDWTZR1JN074918 | 2018 | RH613 | BRIEN BELL JAMES GROUP | 5/27/2022 | $ 64,825.00 | 315856 | Sold | 5/31/2022 |
| 24 | RH | 18920 | 3HSDWTZR1JL634355 | 2018 | RH613 | BRIEN BELL JAMES GROUP | 5/27/2022 | $ 68,325.00 | 410732 | Sold | 5/31/2022 |
| 25 | LT | 19060 | 3HSDZTZRXJN661335 | 2018 | RH613 | Vulcan Truck Sales LLC | 5/27/2022 | $60,000.00 | | Sold | 5/31/2022 |
| 26 | LT | 19067 | 3HSDZTZR7JN661342 | 2018 | RH613 | Vulcan Truck Sales LLC | 5/27/2022 | $60,000.00 | | Sold | 5/31/2022 |
| 27 | LT | 19069 | 3HSDZTZR0JN661344 | 2018 | RH613 | Vulcan Truck Sales LLC | 5/31/2022 | $60,000.00 | | Sold | 5/31/2022 |
| 28 | RH | 18672 | 3HSDWTZR2JN074474 | 2018 | RH613 | BRIEN BELL JAMES GROUP | 6/3/2022 | $ 64,825.00 | 400380 | Sold | 6/30/2022 |
| 29 | RH | 18675 | 3HSDWTZR8JN074477 | 2018 | RH613 | BRIEN BELL JAMES GROUP | 6/3/2022 | $ 64,825.00 | 355326 | Sold | 6/30/2022 |
| 30 | RH | 18692 | 3HSDWTZR4JN074497 | 2018 | RH613 | BRIEN BELL JAMES GROUP | 6/3/2022 | $ 64,825.00 | 434753 | Sold | 6/30/2022 |
| 31 | RH | 18833 | 3HSDWTZRXJN634208 | 2018 | RH613 | BRIEN BELL JAMES GROUP | 6/3/2022 | $ 64,825.00 | 370526 | Sold | 6/30/2022 |
| 32 | RH | 18877 | 3HSDWTZR5JN634312 | 2018 | RH613 | BRIEN BELL JAMES GROUP | 6/3/2022 | $ 64,825.00 | 451815 | Sold | 6/30/2022 |
| 33 | RH | 18996 | 3HSDWTZR9JN637780 | 2018 | RH613 | BRIEN BELL JAMES GROUP | 6/3/2022 | $ 68,325.00 | 283431 | Sold | 6/30/2022 |
| 34 | RH | 19018 | 3HSDWTZRXJL637805 | 2018 | RH613 | BRIEN BELL JAMES GROUP | 6/3/2022 | $ 64,825.00 | 302008 | Sold | 6/30/2022 |
| 35 | RH | 19020 | 3HSDWTZR3JL637807 | 2018 | RH613 | BRIEN BELL JAMES GROUP | 6/3/2022 | $ 64,825.00 | 362880 | Sold | 6/30/2022 |
| 36 | RH | 19029 | 3HCDWTZR5JL637816 | 2018 | RH613 | BRIEN BELL JAMES GROUP | 6/3/2022 | $ 64,825.00 | 369140 | Sold | 6/30/2022 |

**GLS Leasco, Inc. et al v. Navistar, Inc.**                                                                                              **Exhibit E**
**Status of Central Transport's MY 2018 Tractors**

| | Tractor Type | Unit | VIN | Year | Model | Buyer | Invoiced Buyer | Invoice Amount | Mileage at Time of Sale | Status | Month Sold |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 37 | RH | 18797 | 3HSDWTZR2JN634171 | 2018 | RH613 | BRIEN BELL JAMES GROUP | 6/10/2022 | $ 68,325.00 | 290366 | Sold | 6/30/2022 |
| 38 | RH | 18842 | 3HSDWTZR0JN634217 | 2018 | RH613 | BRIEN BELL JAMES GROUP | 6/10/2022 | $ 64,825.00 | 442781 | Sold | 6/30/2022 |
| 39 | LT | 19062 | 3HSDZTZR3JN661337 | 2018 | RH613 | Vulcan Truck Sales LLC | 6/10/2022 | $75,000.00 | | Sold | 6/30/2022 |
| 40 | RH | 19123 | 3HSDWTZR1JN347176 | 2018 | RH613 | BRIEN BELL JAMES GROUP | 6/10/2022 | $ 68,325.00 | 268972 | Sold | 6/30/2022 |
| 41 | RH | 18681 | 3HSDWTZR9JN074486 | 2018 | RH613 | | 7/13/2022 | | 336150 | Scrap | 7/31/2022 |
| 42 | RH | 18501 | 3HSDWTZR7JN072915 | 2018 | RH613 | UNIVERSAL | 8/19/2022 | $ 55,000.00 | 465938 | Sold | 8/31/2022 |
| 43 | RH | 18565 | 3HSDWTZR0JN073193 | 2018 | RH613 | UNIVERSAL | 8/19/2022 | $ 55,000.00 | 503900 | Sold | 8/31/2022 |
| 44 | RH | 18581 | 3HSDWTZR0JN073209 | 2018 | RH613 | UNIVERSAL | 8/19/2022 | $ 55,000.00 | 409914 | Sold | 8/31/2022 |
| 45 | RH | 18582 | 3HSDWTZR7JN073210 | 2018 | RH613 | UNIVERSAL | 8/19/2022 | $ 55,000.00 | 465572 | Sold | 8/31/2022 |
| 46 | RH | 18748 | 3HSDWTZR4JN092412 | 2018 | RH613 | UNIVERSAL | 8/19/2022 | $ 55,000.00 | 265472 | Sold | 8/31/2022 |
| 47 | RH | 18760 | 3HSDWTZR0JN092424 | 2018 | RH613 | UNIVERSAL | 8/19/2022 | $ 55,000.00 | 246552 | Sold | 8/31/2022 |
| 48 | RH | 18777 | 3HSDWTZR7JN634151 | 2018 | RH613 | UNIVERSAL | 8/19/2022 | $ 55,000.00 | 477737 | Sold | 8/31/2022 |
| 49 | RH | 18781 | 3HSDWTZR4JN634155 | 2018 | RH613 | UNIVERSAL | 8/19/2022 | $ 55,000.00 | 350902 | Sold | 8/31/2022 |
| 50 | RH | 18814 | 3HSDWTZRXJN634189 | 2018 | RH613 | UNIVERSAL | 8/19/2022 | $ 55,000.00 | 194100 | Sold | 8/31/2022 |
| 51 | RH | 18815 | 3HSDWTZR6JN634190 | 2018 | RH613 | UNIVERSAL | 8/19/2022 | $ 55,000.00 | 399458 | Sold | 8/31/2022 |
| 52 | RH | 18835 | 3HSDWTZR8JN634210 | 2018 | RH613 | UNIVERSAL | 8/19/2022 | $ 55,000.00 | 216846 | Sold | 8/31/2022 |
| 53 | RH | 18893 | 3HSDWTZR9JL634328 | 2018 | RH613 | UNIVERSAL | 8/19/2022 | $ 55,000.00 | 459034 | Sold | 8/31/2022 |
| 54 | RH | 18895 | 3HSDWTZR7JL634330 | 2018 | RH613 | UNIVERSAL | 8/19/2022 | $ 55,000.00 | 452851 | Sold | 8/31/2022 |
| 55 | RH | 18957 | 3HCDWTZRXJL637741 | 2018 | RH613 | UNIVERSAL | 8/19/2022 | $ 55,000.00 | 111801 | Sold | 8/31/2022 |
| 56 | RH | 18977 | 3HCDWTZR5JL637761 | 2018 | RH613 | UNIVERSAL | 8/19/2022 | $ 55,000.00 | 460799 | Sold | 8/31/2022 |
| 57 | RH | 18983 | 3HSDWTZR6JN637767 | 2018 | RH613 | UNIVERSAL | 8/19/2022 | $ 55,000.00 | 257666 | Sold | 8/31/2022 |
| 58 | RH | 19008 | 3HSDWTZR5JN637792 | 2018 | RH613 | UNIVERSAL | 8/19/2022 | $ 55,000.00 | 497809 | Sold | 8/31/2022 |
| 59 | RH | 19040 | 3HSDWTZR9JL651145 | 2018 | RH613 | UNIVERSAL | 8/19/2022 | $ 55,000.00 | 326424 | Sold | 8/31/2022 |
| 60 | RH | 19059 | 3HSDWTZR2JL651164 | 2018 | RH613 | UNIVERSAL | 8/19/2022 | $ 55,000.00 | 466759 | Sold | 8/31/2022 |
| 61 | RH | 19106 | 3HSDWTZR1JN347159 | 2018 | RH613 | UNIVERSAL | 8/19/2022 | $ 55,000.00 | 369187 | Sold | 8/31/2022 |
| 62 | RH | 19114 | 3HSDWTZR0JN347167 | 2018 | RH613 | UNIVERSAL | 8/19/2022 | $ 55,000.00 | 527626 | Sold | 8/31/2022 |
| 63 | RH | 18678 | 3HSDWTZR8JN074480 | 2018 | RH613 | | 9/9/2022 | | 203958 | Scrap | 9/30/2022 |
| 64 | RH | 18650 | 3HSDWTZR3JN074452 | 2018 | RH613 | UNIVERSAL | 9/20/2022 | $ 55,000.00 | 395297 | Sold | 9/30/2022 |
| 65 | RH | 18652 | 3HSDWTZR7JN074454 | 2018 | RH613 | UNIVERSAL | 9/20/2022 | $ 55,000.00 | 371000 | Sold | 9/30/2022 |
| 66 | RH | 18659 | 3HSDWTZR4JN074461 | 2018 | RH613 | UNIVERSAL | 9/20/2022 | $ 55,000.00 | 393720 | Sold | 9/30/2022 |
| 67 | RH | 18739 | 3HSDWTZR1JN074935 | 2018 | RH613 | UNIVERSAL | 9/20/2022 | $ 55,000.00 | 263337 | Sold | 9/30/2022 |
| 68 | RH | 18751 | 3HSDWTZRXJN092415 | 2018 | RH613 | UNIVERSAL | 9/20/2022 | $ 55,000.00 | 361924 | Sold | 9/30/2022 |
| 69 | RH | 18782 | 3HSDWTZR6JN634156 | 2018 | RH613 | UNIVERSAL | 9/20/2022 | $ 55,000.00 | 408373 | Sold | 9/30/2022 |
| 70 | RH | 18858 | 3HSDWTZR9JN634233 | 2018 | RH613 | UNIVERSAL | 9/20/2022 | $ 55,000.00 | 428222 | Sold | 9/30/2022 |
| 71 | RH | 18860 | 3HSDWTZR9JN634295 | 2018 | RH613 | UNIVERSAL | 9/20/2022 | $ 55,000.00 | 232521 | Sold | 9/30/2022 |
| 72 | RH | 18878 | 3HSDWTZR7JN634313 | 2018 | RH613 | UNIVERSAL | 9/20/2022 | $ 55,000.00 | 277557 | Sold | 9/30/2022 |

**GLS Leasco, Inc. et al  v. Navistar, Inc.**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Exhibit E**
**Status of Central Transport's MY 2018 Tractors**

| | Tractor Type | Unit | VIN | Year | Model | Buyer | Invoiced Buyer | Invoice Amount | Mileage at Time of Sale | Status | Month Sold |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 73 | RH | 18879 | 3HSDWTZR9JN634314 | 2018 | RH613 | UNIVERSAL | 9/20/2022 | $ 55,000.00 | 295495 | Sold | 9/30/2022 |
| 74 | RH | 18947 | 3HSDWTZR4JL634382 | 2018 | RH613 | UNIVERSAL | 9/20/2022 | $ 55,000.00 | 218589 | Sold | 9/30/2022 |
| 75 | RH | 18956 | 3HCDWTZR8JL637740 | 2018 | RH613 | UNIVERSAL | 9/20/2022 | $ 55,000.00 | 419847 | Sold | 9/30/2022 |
| 76 | RH | 18961 | 3HCDWTZR7JL637745 | 2018 | RH613 | UNIVERSAL | 9/20/2022 | $ 55,000.00 | 408840 | Sold | 9/30/2022 |
| 77 | RH | 19010 | 3HSDWTZR4JL637797 | 2018 | RH613 | UNIVERSAL | 9/20/2022 | $ 55,000.00 | 425810 | Sold | 9/30/2022 |
| 78 | RH | 19049 | 3HSDWTZRXJL651154 | 2018 | RH613 | UNIVERSAL | 9/20/2022 | $ 55,000.00 | 291374 | Sold | 9/30/2022 |
| 79 | RH | 19070 | 3HSDWTZR2JN347123 | 2018 | RH613 | UNIVERSAL | 9/20/2022 | $ 55,000.00 | 428561 | Sold | 9/30/2022 |
| 80 | RH | 19071 | 3HSDWTZR4JN347124 | 2018 | RH613 | UNIVERSAL | 9/20/2022 | $ 55,000.00 | 359568 | Sold | 9/30/2022 |
| 81 | RH | 19089 | 3HSDWTZR6JN347142 | 2018 | RH613 | UNIVERSAL | 9/20/2022 | $ 55,000.00 | 160018 | Sold | 9/30/2022 |
| 82 | RH | 19109 | 3HSDWTZR1JN347162 | 2018 | RH613 | UNIVERSAL | 9/20/2022 | $ 55,000.00 | 407423 | Sold | 9/30/2022 |
| 83 | RH | 18502 | 3HSDWTZR9JN072916 | 2018 | RH613 | UNIVERSAL | 9/23/2022 | $ 55,000.00 | 394000 | Sold | 9/30/2022 |
| 84 | RH | 18504 | 3HSDWTZR2JN072918 | 2018 | RH613 | UNIVERSAL | 9/23/2022 | $ 55,000.00 | 228074 | Sold | 9/30/2022 |
| 85 | RH | 18506 | 3HSDWTZR0JN072920 | 2018 | RH613 | UNIVERSAL | 9/23/2022 | $ 55,000.00 | 253324 | Sold | 9/30/2022 |
| 86 | RH | 18507 | 3HSDWTZR2JN072921 | 2018 | RH613 | UNIVERSAL | 9/23/2022 | $ 55,000.00 | 367882 | Sold | 9/30/2022 |
| 87 | RH | 18539 | 3HSDWTZR5JN073142 | 2018 | RH613 | UNIVERSAL | 9/23/2022 | $ 55,000.00 | 303332 | Sold | 9/30/2022 |
| 88 | RH | 18541 | 3HSDWTZR9JN073144 | 2018 | RH613 | UNIVERSAL | 9/23/2022 | $ 55,000.00 | 416175 | Sold | 9/30/2022 |
| 89 | RH | 18557 | 3HSDWTZR7JN073160 | 2018 | RH613 | UNIVERSAL | 9/23/2022 | $ 55,000.00 | 312594 | Sold | 9/30/2022 |
| 90 | RH | 18571 | 3HSDWTZR1JN073199 | 2018 | RH613 | UNIVERSAL | 9/23/2022 | $ 55,000.00 | 394559 | Sold | 9/30/2022 |
| 91 | RH | 18572 | 3HSDWTZR4JN073200 | 2018 | RH613 | UNIVERSAL | 9/23/2022 | $ 55,000.00 | 387066 | Sold | 9/30/2022 |
| 92 | RH | 18587 | 3HSDWTZR6JN073215 | 2018 | RH613 | UNIVERSAL | 9/23/2022 | $ 55,000.00 | 432200 | Sold | 9/30/2022 |
| 93 | RH | 18593 | 3HSDWTZRXJN074111 | 2018 | RH613 | UNIVERSAL | 9/23/2022 | $ 55,000.00 | 495600 | Sold | 9/30/2022 |
| 94 | RH | 18603 | 3HSDWTZR2JN074121 | 2018 | RH613 | UNIVERSAL | 9/23/2022 | $ 55,000.00 | 396899 | Sold | 9/30/2022 |
| 95 | RH | 18615 | 3HSDWTZR9JN074133 | 2018 | RH613 | UNIVERSAL | 9/23/2022 | $ 55,000.00 | 372116 | Sold | 9/30/2022 |
| 96 | RH | 18620 | 3HSDWTZR5JN074422 | 2018 | RH613 | UNIVERSAL | 9/23/2022 | $ 55,000.00 | 472207 | Sold | 9/30/2022 |
| 97 | RH | 18621 | 3HSDWTZR7JN074423 | 2018 | RH613 | UNIVERSAL | 9/23/2022 | $ 55,000.00 | 216596 | Sold | 9/30/2022 |
| 98 | RH | 18630 | 3HSDWTZR8JN074432 | 2018 | RH613 | UNIVERSAL | 9/23/2022 | $ 55,000.00 | 412570 | Sold | 9/30/2022 |
| 99 | RH | 18638 | 3HSDWTZR7JN074440 | 2018 | RH613 | UNIVERSAL | 9/23/2022 | $ 55,000.00 | 285700 | Sold | 9/30/2022 |
| 100 | RH | 18666 | 3HSDWTZR7JN074468 | 2018 | RH613 | UNIVERSAL | 9/23/2022 | $ 55,000.00 | 451075 | Sold | 9/30/2022 |
| 101 | RH | 18689 | 3HSDWTZR8JN074494 | 2018 | RH613 | UNIVERSAL | 9/23/2022 | $ 55,000.00 | 413565 | Sold | 9/30/2022 |
| 102 | RH | 18723 | 3HSDWTZR3JN074919 | 2018 | RH613 | UNIVERSAL | 9/23/2022 | $ 55,000.00 | 228346 | Sold | 9/30/2022 |
| 103 | RH | 18526 | 3HSDWTZR6JN072940 | 2018 | RH613 | UNIVERSAL | 10/28/2022 | $ 55,000.00 | 432618 | Sold | 10/31/2022 |
| 104 | RH | 18537 | 3HSDWTZR1JN073140 | 2018 | RH613 | UNIVERSAL | 10/28/2022 | $ 55,000.00 | 750199 | Sold | 10/31/2022 |
| 105 | RH | 18756 | 3HSDWTZR3JN092420 | 2018 | RH613 | UNIVERSAL | 10/28/2022 | $ 55,000.00 | 177003 | Sold | 10/31/2022 |
| 106 | RH | 18818 | 3HSDWTZR1JN634193 | 2018 | RH613 | UNIVERSAL | 10/28/2022 | $ 55,000.00 | 180136 | Sold | 10/31/2022 |
| 107 | RH | 18965 | 3HCDWTZR4JL637749 | 2018 | RH613 | UNIVERSAL | 10/28/2022 | $ 55,000.00 | 394334 | Sold | 10/31/2022 |
| 108 | RH | 18969 | 3HCDWTZR7JL637753 | 2018 | RH613 | UNIVERSAL | 10/28/2022 | $ 55,000.00 | 404000 | Sold | 10/31/2022 |

**GLS Leasco, Inc. et al v. Navistar, Inc.**  **Exhibit E**
**Status of Central Transport's MY 2018 Tractors**

| | Tractor Type | Unit | VIN | Year | Model | Buyer | Invoiced Buyer | Invoice Amount | Mileage at Time of Sale | Status | Month Sold |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 109 | RH | 18978 | 3HCDWTZR7JL637762 | 2018 | RH613 | UNIVERSAL | 10/28/2022 | $ 55,000.00 | 257531 | Sold | 10/31/2022 |
| 110 | RH | 19085 | 3HSDWTZR4JN347138 | 2018 | RH613 | UNIVERSAL | 10/28/2022 | $ 55,000.00 | 317864 | Sold | 10/31/2022 |
| 111 | RH | 19101 | 3HSDWTZR2JN347154 | 2018 | RH613 | UNIVERSAL | 10/28/2022 | $ 55,000.00 | 537399 | Sold | 10/31/2022 |
| 112 | RH | 19112 | 3HSDWTZR7JN347165 | 2018 | RH613 | UNIVERSAL | 10/28/2022 | $ 55,000.00 | 219018 | Sold | 10/31/2022 |
| 113 | RH | 18752 | 3HSDWTZR1JN092416 | 2018 | RH613 | UNIVERSAL | 12/2/2022 | $ 52,000.00 | 404502 | Sold | 12/31/2022 |
| 114 | RH | 18776 | 3HSDWTZR5JN634150 | 2018 | RH613 | UNIVERSAL | 12/2/2022 | $ 52,000.00 | 282541 | Sold | 12/31/2022 |
| 115 | RH | 18816 | 3HSDWTZR8JN634191 | 2018 | RH613 | UNIVERSAL | 12/2/2022 | $ 52,000.00 | 268100 | Sold | 12/31/2022 |
| 116 | RH | 18834 | 3HSDWTZR1JN634209 | 2018 | RH613 | UNIVERSAL | 12/2/2022 | $ 52,000.00 | 247196 | Sold | 12/31/2022 |
| 117 | RH | 18840 | 3HSDWTZR7JN634215 | 2018 | RH613 | UNIVERSAL | 12/2/2022 | $ 52,000.00 | 488000 | Sold | 12/31/2022 |
| 118 | RH | 18887 | 3HSDWTZR8JN634322 | 2018 | RH613 | UNIVERSAL | 12/2/2022 | $ 52,000.00 | 229265 | Sold | 12/31/2022 |
| 119 | RH | 18888 | 3HSDWTZRXJN634323 | 2018 | RH613 | UNIVERSAL | 12/2/2022 | $ 52,000.00 | 249191 | Sold | 12/31/2022 |
| 120 | RH | 18894 | 3HSDWTZR0JL634329 | 2018 | RH613 | UNIVERSAL | 12/2/2022 | $ 52,000.00 | 484555 | Sold | 12/31/2022 |
| 121 | RH | 18954 | 3HSDWTZRXJL637738 | 2018 | RH613 | UNIVERSAL | 12/2/2022 | $ 52,000.00 | 263136 | Sold | 12/31/2022 |
| 122 | RH | 18967 | 3HCDWTZR2JL637751 | 2018 | RH613 | UNIVERSAL | 12/2/2022 | $ 52,000.00 | 293193 | Sold | 12/31/2022 |
| 123 | RH | 18968 | 3HCDWTZR4JL637752 | 2018 | RH613 | UNIVERSAL | 12/2/2022 | $ 52,000.00 | 244600 | Sold | 12/31/2022 |
| 124 | RH | 18979 | 3HCDWTZR9JL637763 | 2018 | RH613 | UNIVERSAL | 12/2/2022 | $ 52,000.00 | 433575 | Sold | 12/31/2022 |
| 125 | RH | 19058 | 3HSDWTZR0JL651163 | 2018 | RH613 | UNIVERSAL | 12/2/2022 | $ 52,000.00 | 340551 | Sold | 12/31/2022 |
| 126 | RH | 19099 | 3HSDWTZR9JN347152 | 2018 | RH613 | UNIVERSAL | 12/2/2022 | $ 52,000.00 | 473515 | Sold | 12/31/2022 |
| 127 | RH | 19107 | 3HSDWTZR8JN347160 | 2018 | RH613 | UNIVERSAL | 12/2/2022 | $ 52,000.00 | 351554 | Sold | 12/31/2022 |
| 128 | RH | 19110 | 3HSDWTZR3JN347163 | 2018 | RH613 | UNIVERSAL | 12/2/2022 | $ 52,000.00 | 362828 | Sold | 12/31/2022 |
| 129 | RH | 19111 | 3HSDWTZR5JN347164 | 2018 | RH613 | UNIVERSAL | 12/2/2022 | $ 52,000.00 | 402248 | Sold | 12/31/2022 |
| 130 | RH | 18762 | 3HSDWTZR4JN092426 | 2018 | RH613 | 7 E SALES/Consignment | 1/20/2023 | $ 48,743.57 | 328196 | Sold | 1/31/2023 |
| 131 | RH | 18503 | 3HSDWTZR0JN072917 | 2018 | RH613 | UNIVERSAL | 1/27/2023 | $ 47,000.00 | 586829 | Sold | 1/31/2023 |
| 132 | RH | 18527 | 3HSDWTZR8JN072941 | 2018 | RH613 | UNIVERSAL | 1/27/2023 | $ 47,000.00 | 474125 | Sold | 1/31/2023 |
| 133 | RH | 18545 | 3HSDWTZR6JN073148 | 2018 | RH613 | UNIVERSAL | 1/27/2023 | $ 47,000.00 | 437207 | Sold | 1/31/2023 |
| 134 | RH | 18584 | 3HSDWTZR0JN073212 | 2018 | RH613 | UNIVERSAL | 1/27/2023 | $ 47,000.00 | 368630 | Sold | 1/31/2023 |
| 135 | RH | 18588 | 3HSDWTZR8JN073216 | 2018 | RH613 | UNIVERSAL | 1/27/2023 | $ 47,000.00 | 479950 | Sold | 1/31/2023 |
| 136 | RH | 18592 | 3HSDWTZR8JN074110 | 2018 | RH613 | UNIVERSAL | 1/27/2023 | $ 47,000.00 | 336934 | Sold | 1/31/2023 |
| 137 | RH | 18594 | 3HSDWTZR1JN074112 | 2018 | RH613 | UNIVERSAL | 1/27/2023 | $ 47,000.00 | 383471 | Sold | 1/31/2023 |
| 138 | RH | 18595 | 3HSDWTZR3JN074113 | 2018 | RH613 | UNIVERSAL | 1/27/2023 | $ 47,000.00 | 508890 | Sold | 1/31/2023 |
| 139 | RH | 18598 | 3HSDWTZR9JN074116 | 2018 | RH613 | UNIVERSAL | 1/27/2023 | $ 47,000.00 | 337800 | Sold | 1/31/2023 |
| 140 | RH | 18609 | 3HSDWTZR3JN074127 | 2018 | RH613 | UNIVERSAL | 1/27/2023 | $ 47,000.00 | 257810 | Sold | 1/31/2023 |
| 141 | RH | 18629 | 3HSDWTZR6JN074431 | 2018 | RH613 | UNIVERSAL | 1/27/2023 | $ 47,000.00 | 382483 | Sold | 1/31/2023 |
| 142 | RH | 18633 | 3HSDWTZR3JN074435 | 2018 | RH613 | UNIVERSAL | 1/27/2023 | $ 47,000.00 | 279270 | Sold | 1/31/2023 |
| 143 | RH | 18636 | 3HSDWTZR9JN074438 | 2018 | RH613 | UNIVERSAL | 1/27/2023 | $ 47,000.00 | 269893 | Sold | 1/31/2023 |
| 144 | RH | 18637 | 3HSDWTZR0JN074439 | 2018 | RH613 | UNIVERSAL | 1/27/2023 | $ 47,000.00 | 258422 | Sold | 1/31/2023 |

**GLS Leasco, Inc. et al v. Navistar, Inc.**                                                                                    **Exhibit E**
**Status of Central Transport's MY 2018 Tractors**

| | Tractor Type | Unit | VIN | Year | Model | Buyer | Invoiced Buyer | Invoice Amount | Mileage at Time of Sale | Status | Month Sold |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 145 | RH | 18656 | 3HSDWTZR4JN074458 | 2018 | RH613 | UNIVERSAL | 1/27/2023 | $ 47,000.00 | 419468 | Sold | 1/31/2023 |
| 146 | RH | 18664 | 3HSDWTZR3JN074466 | 2018 | RH613 | UNIVERSAL | 1/27/2023 | $ 47,000.00 | 460498 | Sold | 1/31/2023 |
| 147 | RH | 18669 | 3HSDWTZR7JN074471 | 2018 | RH613 | UNIVERSAL | 1/27/2023 | $ 47,000.00 | 396999 | Sold | 1/31/2023 |
| 148 | RH | 18671 | 3HSDWTZR0JN074473 | 2018 | RH613 | UNIVERSAL | 1/27/2023 | $ 47,000.00 | 379601 | Sold | 1/31/2023 |
| 149 | RH | 18682 | 3HSDWTZR0JN074487 | 2018 | RH613 | UNIVERSAL | 1/27/2023 | $ 47,000.00 | 358020 | Sold | 1/31/2023 |
| 150 | RH | 18686 | 3HSDWTZR2JN074491 | 2018 | RH613 | UNIVERSAL | 1/27/2023 | $ 47,000.00 | 307516 | Sold | 1/31/2023 |
| 151 | RH | 18694 | 3HSDWTZR7JN074499 | 2018 | RH613 | UNIVERSAL | 1/27/2023 | $ 47,000.00 | 430010 | Sold | 1/31/2023 |
| 152 | RH | 18700 | 3HSDWTZR9JN074505 | 2018 | RH613 | UNIVERSAL | 1/27/2023 | $ 47,000.00 | 248318 | Sold | 1/31/2023 |
| 153 | RH | 18707 | 3HSDWTZR6JN074512 | 2018 | RH613 | UNIVERSAL | 1/27/2023 | $ 47,000.00 | 501874 | Sold | 1/31/2023 |
| 154 | RH | 18715 | 3HSDWTZR9JN074911 | 2018 | RH613 | UNIVERSAL | 1/27/2023 | $ 47,000.00 | 390630 | Sold | 1/31/2023 |
| 155 | RH | 18727 | 3HSDWTZR5JN074923 | 2018 | RH613 | UNIVERSAL | 1/27/2023 | $ 47,000.00 | 384484 | Sold | 1/31/2023 |
| 156 | RH | 18744 | 3HSDWTZR2JN092408 | 2018 | RH613 | UNIVERSAL | 1/27/2023 | $ 47,000.00 | 367241 | Sold | 1/31/2023 |
| 157 | RH | 18817 | 3HSDWTZRXJN634192 | 2018 | RH613 | UNIVERSAL | 1/27/2023 | $ 47,000.00 | 272516 | Sold | 1/31/2023 |
| 158 | RH | 18819 | 3HSDWTZR3JN634194 | 2018 | RH613 | UNIVERSAL | 1/27/2023 | $ 47,000.00 | 283599 | Sold | 1/31/2023 |
| 159 | RH | 18823 | 3HSDWTZR0JN634198 | 2018 | RH613 | UNIVERSAL | 1/27/2023 | $ 47,000.00 | 396872 | Sold | 1/31/2023 |
| 160 | RH | 18949 | 3HSDWTZR8JL634384 | 2018 | RH613 | UNIVERSAL | 1/27/2023 | $ 47,000.00 | 274564 | Sold | 1/31/2023 |
| 161 | RH | 18950 | 3HSDWTZR2JL637734 | 2018 | RH613 | UNIVERSAL | 1/27/2023 | $ 47,000.00 | 251633 | Sold | 1/31/2023 |
| 162 | RH | 19117 | 3HSDWTZR0JN347170 | 2018 | RH613 | UNIVERSAL | 1/27/2023 | $ 47,000.00 | 460671 | Sold | 1/31/2023 |
| 163 | RH | 18514 | 3HSDWTZR5JN072928 | 2018 | RH613 | Ritchie Brothers | 1/29/2023 | $ 6,750.00 | 517190 | Sold | 1/31/2023 |
| 164 | RH | 18558 | 3HSDWTZR9JN073161 | 2018 | RH613 | UNIVERSAL | 2/10/2023 | $ 47,000.00 | 418000 | Sold | 2/28/2023 |
| 165 | RH | 18614 | 3HSDWTZR7JN074132 | 2018 | RH613 | UNIVERSAL | 2/10/2023 | $ 47,000.00 | 259320 | Sold | 2/28/2023 |
| 166 | RH | 18747 | 3HSDWTZR2JN092411 | 2018 | RH613 | UNIVERSAL | 2/10/2023 | $ 47,000.00 | 719000 | Sold | 2/28/2023 |
| 167 | RH | 18764 | 3HSDWTZR8JN092428 | 2018 | RH613 | UNIVERSAL | 2/10/2023 | $ 47,000.00 | 224829 | Sold | 2/28/2023 |
| 168 | RH | 18766 | 3HSDWTZR6JN092430 | 2018 | RH613 | UNIVERSAL | 2/10/2023 | $ 47,000.00 | 403085 | Sold | 2/28/2023 |
| 169 | RH | 18783 | 3HSDWTZR8JN634157 | 2018 | RH613 | UNIVERSAL | 2/10/2023 | $ 47,000.00 | 391764 | Sold | 2/28/2023 |
| 170 | RH | 18859 | 3HSDWTZR0JN634234 | 2018 | RH613 | UNIVERSAL | 2/10/2023 | $ 47,000.00 | 284984 | Sold | 2/28/2023 |
| 171 | RH | 18948 | 3HSDWTZR6JL634383 | 2018 | RH613 | UNIVERSAL | 2/10/2023 | $ 47,000.00 | 344286 | Sold | 2/28/2023 |
| 172 | RH | 18973 | 3HCDWTZR3JL637757 | 2018 | RH613 | UNIVERSAL | 2/10/2023 | $ 47,000.00 | 315615 | Sold | 2/28/2023 |
| 173 | RH | 18975 | 3HCDWTZR7JL637759 | 2018 | RH613 | UNIVERSAL | 2/10/2023 | $ 47,000.00 | 281500 | Sold | 2/28/2023 |
| 174 | RH | 19016 | 3HSDWTZR6JL637803 | 2018 | RH613 | UNIVERSAL | 2/10/2023 | $ 47,000.00 | 435667 | Sold | 2/28/2023 |
| 175 | RH | 19034 | 3HSDWTZR8JL637821 | 2018 | RH613 | UNIVERSAL | 2/10/2023 | $ 47,000.00 | 255113 | Sold | 2/28/2023 |
| 176 | RH | 19042 | 3HSDWTZR2JL651147 | 2018 | RH613 | UNIVERSAL | 2/10/2023 | $ 47,000.00 | 239990 | Sold | 2/28/2023 |
| 177 | RH | 19047 | 3HSDWTZR6JL651152 | 2018 | RH613 | UNIVERSAL | 2/10/2023 | $ 47,000.00 | 341655 | Sold | 2/28/2023 |
| 178 | RH | 19086 | 3HSDWTZR6JN347139 | 2018 | RH613 | UNIVERSAL | 2/10/2023 | $ 47,000.00 | 348627 | Sold | 2/28/2023 |
| 179 | RH | 19088 | 3HSDWTZR4JN347141 | 2018 | RH613 | UNIVERSAL | 2/10/2023 | $ 47,000.00 | 350723 | Sold | 2/28/2023 |
| 180 | RH | 19104 | 3HSDWTZR8JN347157 | 2018 | RH613 | UNIVERSAL | 2/10/2023 | $ 47,000.00 | 386407 | Sold | 2/28/2023 |

**GLS Leasco, Inc. et al  v. Navistar, Inc.**  
**Status of Central Transport's MY 2018 Tractors**

Exhibit E

| | Tractor Type | Unit | VIN | Year | Model | Buyer | Invoiced Buyer | Invoice Amount | Mileage at Time of Sale | Status | Month Sold |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 181 | RH | 18712 | 3HSDWTZRJN074908 | 2018 | RH613 | Ritchie Brothers | 2/16/2023 | $ 14,500.00 | 502948 | Sold | 2/28/2023 |
| 182 | RH | 18505 | 3HSDWTZR4JN072919 | 2018 | RH613 | UNIVERSAL | 3/3/2023 | $ 47,000.00 | 435487 | Sold | 3/31/2023 |
| 183 | RH | 18542 | 3HSDWTZR0JN073145 | 2018 | RH613 | UNIVERSAL | 3/3/2023 | $ 47,000.00 | 320875 | Sold | 3/31/2023 |
| 184 | RH | 18583 | 3HSDWTZR9JN073211 | 2018 | RH613 | UNIVERSAL | 3/3/2023 | $ 47,000.00 | 337411 | Sold | 3/31/2023 |
| 185 | RH | 18605 | 3HSDWTZR6JN074123 | 2018 | RH613 | UNIVERSAL | 3/3/2023 | $ 47,000.00 | 468909 | Sold | 3/31/2023 |
| 186 | RH | 18710 | 3HSDWTZR5JN074906 | 2018 | RH613 | UNIVERSAL | 3/3/2023 | $ 47,000.00 | 351737 | Sold | 3/31/2023 |
| 187 | RH | 18743 | 3HSDWTZR8JN092407 | 2018 | RH613 | UNIVERSAL | 3/3/2023 | $ 47,000.00 | 199078 | Sold | 3/31/2023 |
| 188 | RH | 18838 | 3HSDWTZR3JN634213 | 2018 | RH613 | UNIVERSAL | 3/3/2023 | $ 47,000.00 | 311285 | Sold | 3/31/2023 |
| 189 | RH | 18951 | 3HSDWTZR4JL637735 | 2018 | RH613 | UNIVERSAL | 3/3/2023 | $ 47,000.00 | 213110 | Sold | 3/31/2023 |
| 190 | RH | 18974 | 3HCDWTZR5JL637758 | 2018 | RH613 | UNIVERSAL | 3/3/2023 | $ 47,000.00 | 378677 | Sold | 3/31/2023 |
| 191 | RH | 19011 | 3HSDWTZR6JL637798 | 2018 | RH613 | UNIVERSAL | 3/3/2023 | $ 47,000.00 | 254286 | Sold | 3/31/2023 |
| 192 | RH | 19038 | 3HSDWTZR5JL637825 | 2018 | RH613 | UNIVERSAL | 3/3/2023 | $ 47,000.00 | 293659 | Sold | 3/31/2023 |
| 193 | RH | 19057 | 3HSDWTZR9JL651162 | 2018 | RH613 | UNIVERSAL | 3/3/2023 | $ 47,000.00 | 450541 | Sold | 3/31/2023 |
| 194 | RH | 19087 | 3HSDWTZR2JN347140 | 2018 | RH613 | UNIVERSAL | 3/3/2023 | $ 47,000.00 | 318577 | Sold | 3/31/2023 |
| 195 | RH | 19120 | 3HSDWTZR6JN347173 | 2018 | RH613 | UNIVERSAL | 3/3/2023 | $ 47,000.00 | 333914 | Sold | 3/31/2023 |
| 196 | RH | 18556 | 3HSDWTZR0JN073159 | 2018 | RH613 | UNIVERSAL | 3/24/2023 | $ 47,000.00 | 489600 | Sold | 3/31/2023 |
| 197 | RH | 18574 | 3HSDWTZR8JN073202 | 2018 | RH613 | UNIVERSAL | 3/24/2023 | $ 47,000.00 | 242845 | Sold | 3/31/2023 |
| 198 | RH | 18590 | 3HSDWTZRXJN074108 | 2018 | RH613 | UNIVERSAL | 3/24/2023 | $ 47,000.00 | 395264 | Sold | 3/31/2023 |
| 199 | RH | 18591 | 3HSDWTZR1JN074109 | 2018 | RH613 | UNIVERSAL | 3/24/2023 | $ 47,000.00 | 365200 | Sold | 3/31/2023 |
| 200 | RH | 18676 | 3HSDWTZRXJN074478 | 2018 | RH613 | UNIVERSAL | 3/24/2023 | $ 47,000.00 | 402681 | Sold | 3/31/2023 |
| 201 | RH | 18711 | 3HSDWTZR7JN074907 | 2018 | RH613 | UNIVERSAL | 3/24/2023 | $ 47,000.00 | 367468 | Sold | 3/31/2023 |
| 202 | RH | 18839 | 3HSDWTZR5JN634214 | 2018 | RH613 | UNIVERSAL | 3/24/2023 | $ 47,000.00 | 304585 | Sold | 3/31/2023 |
| 203 | RH | 18897 | 3HSDWTZR0JL634332 | 2018 | RH613 | UNIVERSAL | 3/24/2023 | $ 47,000.00 | 368534 | Sold | 3/31/2023 |
| 204 | RH | 18899 | 3HSDWTZR4JL634334 | 2018 | RH613 | UNIVERSAL | 3/24/2023 | $ 47,000.00 | 239999 | Sold | 3/31/2023 |
| 205 | RH | 18964 | 3HCDWTZR3JL637748 | 2018 | RH613 | UNIVERSAL | 3/24/2023 | $ 47,000.00 | 252906 | Sold | 3/31/2023 |
| 206 | RH | 18987 | 3HSDWTZR8JN637771 | 2018 | RH613 | UNIVERSAL | 3/24/2023 | $ 47,000.00 | 305385 | Sold | 3/31/2023 |
| 207 | RH | 18988 | 3HSDWTZRXJN637772 | 2018 | RH613 | UNIVERSAL | 3/24/2023 | $ 47,000.00 | 182888 | Sold | 3/31/2023 |
| 208 | RH | 19012 | 3HSDWTZR8JL637799 | 2018 | RH613 | UNIVERSAL | 3/24/2023 | $ 47,000.00 | 491972 | Sold | 3/31/2023 |
| 209 | RH | 19033 | 3HSDWTZR6JL637820 | 2018 | RH613 | UNIVERSAL | 3/24/2023 | $ 47,000.00 | 211930 | Sold | 3/31/2023 |
| 210 | RH | 19039 | 3HSDWTZR7JL637826 | 2018 | RH613 | UNIVERSAL | 3/24/2023 | $ 47,000.00 | 411195 | Sold | 3/31/2023 |
| 211 | RH | 19041 | 3HSDWTZR0JL651146 | 2018 | RH613 | UNIVERSAL | 3/24/2023 | $ 47,000.00 | 173749 | Sold | 3/31/2023 |
| 212 | RH | 19043 | 3HSDWTZR4JL651148 | 2018 | RH613 | UNIVERSAL | 3/24/2023 | $ 47,000.00 | 199788 | Sold | 3/31/2023 |
| 213 | RH | 19044 | 3HSDWTZR6JL651149 | 2018 | RH613 | UNIVERSAL | 3/24/2023 | $ 47,000.00 | 404198 | Sold | 3/31/2023 |
| 214 | RH | 19056 | 3HSDWTZR7JL651161 | 2018 | RH613 | UNIVERSAL | 3/24/2023 | $ 47,000.00 | 342786 | Sold | 3/31/2023 |
| 215 | RH | 19072 | 3HSDWTZR6JN347125 | 2018 | RH613 | UNIVERSAL | 3/24/2023 | $ 47,000.00 | 380209 | Sold | 3/31/2023 |
| 216 | RH | 19121 | 3HSDWTZR8JN347174 | 2018 | RH613 | UNIVERSAL | 3/24/2023 | $ 47,000.00 | 308112 | Sold | 3/31/2023 |

**GLS Leasco, Inc. et al v. Navistar, Inc.**  **Exhibit E**
**Status of Central Transport's MY 2018 Tractors**

| | Tractor Type | Unit | VIN | Year | Model | Buyer | Invoiced Buyer | Invoice Amount | Mileage at Time of Sale | Status | Month Sold |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 217 | RH | 18518 | 3HSDWTZR7JN072932 | 2018 | RH613 | UNIVERSAL | 4/14/2023 | $ 47,000.00 | 244703 | Sold | 4/30/2023 |
| 218 | RH | 18544 | 3HSDWTZR4JN073147 | 2018 | RH613 | UNIVERSAL | 4/14/2023 | $ 47,000.00 | 322525 | Sold | 4/30/2023 |
| 219 | RH | 18564 | 3HSDWTZR9JN073192 | 2018 | RH613 | UNIVERSAL | 4/14/2023 | $ 47,000.00 | 454211 | Sold | 4/30/2023 |
| 220 | RH | 18641 | 3HSDWTZR2JN074443 | 2018 | RH613 | UNIVERSAL | 4/14/2023 | $ 47,000.00 | 281758 | Sold | 4/30/2023 |
| 221 | RH | 18660 | 3HSDWTZR6JN074462 | 2018 | RH613 | UNIVERSAL | 4/14/2023 | $ 47,000.00 | 377597 | Sold | 4/30/2023 |
| 222 | RH | 18665 | 3HSDWTZR5JN074467 | 2018 | RH613 | UNIVERSAL | 4/14/2023 | $ 47,000.00 | 212219 | Sold | 4/30/2023 |
| 223 | RH | 18691 | 3HSDWTZR1JN074496 | 2018 | RH613 | UNIVERSAL | 4/14/2023 | $ 47,000.00 | 328924 | Sold | 4/30/2023 |
| 224 | RH | 18695 | 3HSDWTZRXJN074500 | 2018 | RH613 | UNIVERSAL | 4/14/2023 | $ 47,000.00 | 305852 | Sold | 4/30/2023 |
| 225 | RH | 18714 | 3HSDWTZR7JN074910 | 2018 | RH613 | UNIVERSAL | 4/14/2023 | $ 47,000.00 | 353305 | Sold | 4/30/2023 |
| 226 | RH | 18780 | 3HSDWTZR2JN634154 | 2018 | RH613 | UNIVERSAL | 4/14/2023 | $ 47,000.00 | 233500 | Sold | 4/30/2023 |
| 227 | RH | 18822 | 3HSDWTZR9JN634197 | 2018 | RH613 | UNIVERSAL | 4/14/2023 | $ 47,000.00 | 286746 | Sold | 4/30/2023 |
| 228 | RH | 18836 | 3HSDWTZRXJN634211 | 2018 | RH613 | UNIVERSAL | 4/14/2023 | $ 47,000.00 | 250900 | Sold | 4/30/2023 |
| 229 | RH | 18885 | 3HSDWTZR4JN634320 | 2018 | RH613 | UNIVERSAL | 4/14/2023 | $ 47,000.00 | 233268 | Sold | 4/30/2023 |
| 230 | RH | 18896 | 3HSDWTZR9JL634331 | 2018 | RH613 | UNIVERSAL | 4/14/2023 | $ 47,000.00 | 518600 | Sold | 4/30/2023 |
| 231 | RH | 18900 | 3HSDWTZR6JL634335 | 2018 | RH613 | UNIVERSAL | 4/14/2023 | $ 47,000.00 | 349923 | Sold | 4/30/2023 |
| 232 | RH | 19021 | 3HCDWTZR6JL637808 | 2018 | RH613 | Ritchie Brothers | 4/14/2023 | $ 1,135.00 | 604950 | Scrap | 4/30/2023 |
| 233 | RH | 19102 | 3HSDWTZR4JN347155 | 2018 | RH613 | UNIVERSAL | 4/14/2023 | $ 47,000.00 | 423411 | Sold | 4/30/2023 |
| 234 | RH | 19105 | 3HSDWTZRXJN347158 | 2018 | RH613 | UNIVERSAL | 4/14/2023 | $ 47,000.00 | 434781 | Sold | 4/30/2023 |
| 235 | RH | 19113 | 3HSDWTZR9JN347166 | 2018 | RH613 | UNIVERSAL | 4/14/2023 | $ 47,000.00 | 411924 | Sold | 4/30/2023 |
| 236 | RH | 18573 | 3HSDWTZR6JN073201 | 2018 | RH613 | UNIVERSAL | 5/1/2023 | $ 36,900.00 | 139403 | Sold | 5/31/2023 |
| 237 | RH | 18618 | 3HSDWTZR4JN074136 | 2018 | RH613 | UNIVERSAL | 5/1/2023 | $ 36,900.00 | 240978 | Sold | 5/31/2023 |
| 238 | RH | 18645 | 3HSDWTZRXJN074447 | 2018 | RH613 | UNIVERSAL | 5/1/2023 | $ 36,900.00 | 469000 | Sold | 5/31/2023 |
| 239 | RH | 18647 | 3HSDWTZR3JN074449 | 2018 | RH613 | UNIVERSAL | 5/1/2023 | $ 36,900.00 | 402010 | Sold | 5/31/2023 |
| 240 | RH | 18706 | 3HSDWTZR4JN074511 | 2018 | RH613 | UNIVERSAL | 5/1/2023 | $ 36,900.00 | 193805 | Sold | 5/31/2023 |
| 241 | RH | 18735 | 3HSDWTZR4JN074931 | 2018 | RH613 | UNIVERSAL | 5/1/2023 | $ 36,900.00 | 298760 | Sold | 5/31/2023 |
| 242 | RH | 18779 | 3HSDWTZR0JN634153 | 2018 | RH613 | UNIVERSAL | 5/1/2023 | $ 36,900.00 | 340444 | Sold | 5/31/2023 |
| 243 | RH | 18837 | 3HSDWTZR1JN634212 | 2018 | RH613 | UNIVERSAL | 5/1/2023 | $ 36,900.00 | 256625 | Sold | 5/31/2023 |
| 244 | RH | 18953 | 3HSDWTZR8JL637737 | 2018 | RH613 | UNIVERSAL | 5/1/2023 | $ 36,900.00 | 310259 | Sold | 5/31/2023 |
| 245 | RH | 18955 | 3HCDWTZR1JL637739 | 2018 | RH613 | UNIVERSAL | 5/1/2023 | $ 36,900.00 | 303306 | Sold | 5/31/2023 |
| 246 | RH | 18962 | 3HCDWTZR9JL637746 | 2018 | RH613 | UNIVERSAL | 5/1/2023 | $ 36,900.00 | 302899 | Sold | 5/31/2023 |
| 247 | RH | 18972 | 3HSDWTZR1JL637756 | 2018 | RH613 | UNIVERSAL | 5/1/2023 | $ 36,900.00 | 300378 | Sold | 5/31/2023 |
| 248 | RH | 18980 | 3HSDWTZR0JN637764 | 2018 | RH613 | UNIVERSAL | 5/1/2023 | $ 36,900.00 | 285989 | Sold | 5/31/2023 |
| 249 | RH | 18982 | 3HSDWTZR4JN637766 | 2018 | RH613 | UNIVERSAL | 5/1/2023 | $ 36,900.00 | 344241 | Sold | 5/31/2023 |
| 250 | RH | 19009 | 3HSDWTZR7JN637793 | 2018 | RH613 | UNIVERSAL | 5/1/2023 | $ 36,900.00 | 384290 | Sold | 5/31/2023 |
| 251 | RH | 19046 | 3HSDWTZR4JL651151 | 2018 | RH613 | UNIVERSAL | 5/1/2023 | $ 36,900.00 | 355048 | Sold | 5/31/2023 |
| 252 | RH | 19055 | 3HSDWTZR5JL651160 | 2018 | RH613 | UNIVERSAL | 5/1/2023 | $ 36,900.00 | 219990 | Sold | 5/31/2023 |

**GLS Leasco, Inc. et al v. Navistar, Inc.**  **Exhibit E**
**Status of Central Transport's MY 2018 Tractors**

| | Tractor Type | Unit | VIN | Year | Model | Buyer | Invoiced Buyer | Invoice Amount | Mileage at Time of Sale | Status | Month Sold |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 253 | RH | 19073 | 3HSDWTZR8JN347126 | 2018 | RH613 | UNIVERSAL | 5/1/2023 | $ 36,900.00 | 362868 | Sold | 5/31/2023 |
| 254 | RH | 19079 | 3HSDWTZR3JN347132 | 2018 | RH613 | UNIVERSAL | 5/1/2023 | $ 36,900.00 | 295640 | Sold | 5/31/2023 |
| 255 | RH | 19090 | 3HSDWTZR8JN347143 | 2018 | RH613 | UNIVERSAL | 5/1/2023 | $ 36,900.00 | 333200 | Sold | 5/31/2023 |
| 256 | RH | 19093 | 3HSDWTZR3JN347146 | 2018 | RH613 | UNIVERSAL | 5/1/2023 | $ 36,900.00 | 386652 | Sold | 5/31/2023 |
| 257 | RH | 19103 | 3HSDWTZR6JN347156 | 2018 | RH613 | UNIVERSAL | 5/1/2023 | $ 36,900.00 | 344451 | Sold | 5/31/2023 |
| 258 | RH | 19108 | 3HSDWTZRXJN347161 | 2018 | RH613 | UNIVERSAL | 5/1/2023 | $ 36,900.00 | 466557 | Sold | 5/31/2023 |
| 259 | RH | 19115 | 3HSDWTZR2JN347168 | 2018 | RH613 | UNIVERSAL | 5/1/2023 | $ 36,900.00 | 408711 | Sold | 5/31/2023 |
| 260 | RH | 19116 | 3HSDWTZR4JN347169 | 2018 | RH613 | UNIVERSAL | 5/1/2023 | $ 36,900.00 | 439139 | Sold | 5/31/2023 |
| 261 | RH | 19118 | 3HSDWTZR2JN347171 | 2018 | RH613 | UNIVERSAL | 5/1/2023 | $ 36,900.00 | 438888 | Sold | 5/31/2023 |
| 262 | RH | 18517 | 3HSDWTZR5JN072931 | 2018 | RH613 | UNIVERSAL | 5/15/2023 | $ 36,900.00 | 269534 | Sold | 5/31/2023 |
| 263 | RH | 18519 | 3HSDWTZR9JN072933 | 2018 | RH613 | UNIVERSAL | 5/15/2023 | $ 36,900.00 | 278103 | Sold | 5/31/2023 |
| 264 | RH | 18625 | 3HSDWTZR4JN074427 | 2018 | RH613 | UNIVERSAL | 5/15/2023 | $ 36,900.00 | 291315 | Sold | 5/31/2023 |
| 265 | RH | 18648 | 3HSDWTZRXJN074450 | 2018 | RH613 | UNIVERSAL | 5/15/2023 | $ 36,900.00 | 265310 | Sold | 5/31/2023 |
| 266 | RH | 18731 | 3HSDWTZR2JN074927 | 2018 | RH613 | UNIVERSAL | 5/15/2023 | $ 36,900.00 | 318809 | Sold | 5/31/2023 |
| 267 | RH | 18773 | 3HSDWTZR5JN634147 | 2018 | RH613 | UNIVERSAL | 5/15/2023 | $ 36,900.00 | 399042 | Sold | 5/31/2023 |
| 268 | RH | 18759 | 3HSDWTZR9JN092423 | 2018 | RH613 | LGSI Equipment of Indiana LLC | 5/18/2023 | $ 36,900.00 | 211196 | Sold | 5/31/2023 |
| 269 | RH | 18742 | 3HSDWTZR9JN092406 | 2018 | RH613 | Ritchie Brothers | 6/30/2023 | $ 6,310.00 | 549388 | Sold | 6/30/2023 |
| 270 | RH | 18876 | 3HSDWTZR3JN634311 | 2018 | RH613 | Ritchie Brothers | 7/11/2023 | $ 13,060.00 | 349235 | Sold | 7/31/2023 |
| 271 | RH | 18567 | 3HSDWTZR4JN073195 | 2018 | RH613 | Ritchie Brothers | 7/13/2023 | $ 760.00 | 360945 | Scrap | 7/31/2023 |
| 272 | RH | 18702 | 3HSDWTZR2JN074507 | 2018 | RH613 | Ritchie Brothers | 7/13/2023 | $ 5,410.00 | 231871 | Sold | 7/31/2023 |
| 273 | RH | 18798 | 3HSDWTZR4JN634172 | 2018 | RH613 | Ritchie Brothers | 7/13/2023 | $ 5,860.00 | 250834 | Sold | 7/31/2023 |
| 274 | RH | 18883 | 3HSDWTZR6JN634318 | 2018 | RH613 | Ritchie Brothers | 7/13/2023 | $ 5,410.00 | 616552 | Sold | 7/31/2023 |
| 275 | RH | 18999 | 3HSDWTZR4JN637783 | 2018 | RH613 | Ritchie Brothers | 7/13/2023 | $ 310.00 | 363158 | Scrap | 7/31/2023 |
| 276 | RH | 19030 | 3HCDWTZR7JL637817 | 2018 | RH613 | Ritchie Brothers | 7/14/2023 | $ (190.00) | 443923 | Scrap | 7/31/2023 |
| 277 | RH | 18543 | 3HSDWTZR2JN073146 | 2018 | RH613 | Ritchie Brothers | 7/20/2023 | $ 1,060.00 | 340010 | Scrap | 7/31/2023 |
| 278 | RH | 18670 | 3HSDWTZR9JN074472 | 2018 | RH613 | K&C Express Lines LLC | 7/26/2023 | $ 11,250.00 | 739001 | Sold | 7/31/2023 |
| 279 | RH | 18989 | 3HSDWTZR1JN637773 | 2018 | RH613 | K&C Express Lines LLC | 7/26/2023 | $ 11,250.00 | 805603 | Sold | 7/31/2023 |
| 280 | RH | 18810 | 3HSDWTZR2JN634185 | 2018 | RH613 | Almadela | 8/17/2023 | $ 20,100.00 | 555555 | Sold | 8/31/2023 |
| 281 | RH | 18812 | 3HSDWTZR6JN634187 | 2018 | RH613 | Almadela | 8/17/2023 | $ 20,100.00 | 521693 | Sold | 8/31/2023 |
| 282 | RH | 18958 | 3HCDWTZR1JL637742 | 2018 | RH613 | Almadela | 8/17/2023 | $ 20,150.00 | 526005 | Sold | 8/31/2023 |
| 283 | RH | 18601 | 3HSDWTZR4JN074119 | 2018 | RH613 | Ritchie Brothers | 8/31/2023 | $ 360.00 | 260105 | Scrap | 8/31/2023 |
| 284 | RH | 18719 | 3HSDWTZR6JN074915 | 2018 | RH613 | Ritchie Brothers | 8/31/2023 | $ 285.00 | 230112 | Scrap | 8/31/2023 |
| 285 | RH | 18868 | 3HSDWTZR4JN634303 | 2018 | RH613 | Ritchie Brothers | 9/14/2023 | $ 760.00 | 515365 | Scrap | 9/30/2023 |
| 286 | RH | 18933 | 3HCDWTZR0JL634368 | 2018 | RH613 | Impel Union Equip Solutions | 11/7/2023 | $ 1,750.00 | 194170 | Scrap | 11/30/2023 |
| 287 | RH | 18938 | 3HSDWTZR3JL634373 | 2018 | RH613 | scrapped | 12/28/2023 | | 384469 | Scrap | 12/31/2023 |
| 288 | RH | 18632 | 3HSDWTZR1JN074434 | 2018 | RH613 | Keith Ashner - L&M Fabrication | 1/24/2024 | $ 6,310.00 | 317970 | Sold | 1/31/2024 |

**GLS Leasco, Inc. et al  v. Navistar, Inc.**                                                                                                                            **Exhibit E**
**Status of Central Transport's MY 2018 Tractors**

| | Tractor Type | Unit | VIN | Year | Model | Buyer | Invoiced Buyer | Invoice Amount | Mileage at Time of Sale | Status | Month Sold |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 289 | RH | 18550 | 3HSDWTZRXJN073153 | 2018 | RH613 | Cole Bryan | 1/26/2024 | $ 4,500.00 | 668576 | Sold | 1/31/2024 |
| 290 | RH | 18600 | 3HSDWTZR2JN074118 | 2018 | RH613 | Cole Bryan | 1/26/2024 | $ 4,500.00 | 625461 | Sold | 1/31/2024 |
| 291 | RH | 18728 | 3HSDWTZR7JN074924 | 2018 | RH613 | Cole Bryan | 1/26/2024 | $ 4,500.00 | 601849 | Sold | 1/31/2024 |
| 292 | RH | 18936 | 3HSDWTZRXJL634371 | 2018 | RH613 | Cole Bryan | 1/26/2024 | $ 4,500.00 | 565495 | Sold | 1/31/2024 |
| 293 | RH | 18529 | 3HSDWTZR1JN072943 | 2018 | RH613 | Jim Lankey | 1/29/2024 | $ 7,000.00 | 445666 | Sold | 1/31/2024 |
| 294 | RH | 18563 | 3HSDWTZR7JN073191 | 2018 | RH613 | Cole Bryan | 1/29/2024 | $ 4,000.00 | 587277 | Sold | 1/31/2024 |
| 295 | RH | 19017 | 3HSDWTZR8JL637804 | 2018 | RH613 | Ritchie Brothers | 3/14/2024 | $ 1,970.00 | 546400 | Scrap | 3/31/2024 |
| 296 | RH | 18640 | 3HSDWTZR0JN074442 | 2018 | RH613 | Jim Lankey | 4/11/2024 | $ 7,000.00 | 439947 | Sold | 4/30/2024 |
| 297 | RH | 18726 | 3HSDWTZR3JN074922 | 2018 | RH613 | Jim Lankey | 4/11/2024 | $ 5,000.00 | 649568 | Sold | 4/30/2024 |
| 298 | RH | 18767 | 3HSDWTZR8JN092431 | 2018 | RH613 | Jim Lankey | 4/11/2024 | $ 6,000.00 | 574803 | Sold | 4/30/2024 |
| 299 | RH | 18857 | 3HSDWTZR7JN634232 | 2018 | RH613 | Jim Lankey | 4/11/2024 | $ 7,000.00 | 466904 | Sold | 4/30/2024 |
| 300 | RH | 19031 | 3HSDWTZR8JL637818 | 2018 | RH613 | Ritchie Brothers | 4/11/2024 | $ 4,425.00 | 300017 | Sold | 4/30/2024 |
| 301 | RH | 18622 | 3HSDWTZR9JN074424 | 2018 | RH613 | Ritchie Brothers | 5/9/2024 | $ 7,250.00 | 507285 | Sold | 5/31/2024 |
| 302 | RH | 18769 | 3HSDWTZR1JN092433 | 2018 | RH613 | Ritchie Brothers | 5/9/2024 | $ 7,500.00 | 532690 | Sold | 5/31/2024 |
| 303 | RH | 18792 | 3HSDWTZR9JN634166 | 2018 | RH613 | Ritchie Brothers | 5/9/2024 | $ 8,000.00 | 575649 | Sold | 5/31/2024 |
| 304 | RH | 18803 | 3HSDWTZR5JN634178 | 2018 | RH613 | Ritchie Brothers | 5/9/2024 | $ 7,250.00 | 450244 | Sold | 5/31/2024 |
| 305 | RH | 18808 | 3HSDWTZR9JN634183 | 2018 | RH613 | Ritchie Brothers | 5/9/2024 | $ 6,500.00 | 516662 | Sold | 5/31/2024 |
| 306 | RH | 18862 | 3HSDWTZR2JN634297 | 2018 | RH613 | Ritchie Brothers | 5/9/2024 | $ 9,000.00 | 263897 | Sold | 5/31/2024 |
| 307 | RH | 18892 | 3HSDWTZR7JL634327 | 2018 | RH613 | Ritchie Brothers | 5/9/2024 | $ 4,000.00 | 492725 | Sold | 5/31/2024 |
| 308 | RH | 18908 | 3HSDWTZR5JL634343 | 2018 | RH613 | Ritchie Brothers | 5/9/2024 | $ 6,750.00 | 645093 | Sold | 5/31/2024 |
| 309 | RH | 18909 | 3HCDWTZR8JL634344 | 2018 | RH613 | Ritchie Brothers | 5/9/2024 | $ 8,250.00 | 618672 | Sold | 5/31/2024 |
| 310 | RH | 18912 | 3HSDWTZR2JL634347 | 2018 | RH613 | Ritchie Brothers | 5/9/2024 | $ 6,500.00 | 410744 | Sold | 5/31/2024 |
| 311 | RH | 19000 | 3HSDWTZR6JN637784 | 2018 | RH613 | Ritchie Brothers | 5/9/2024 | $ 6,250.00 | 426180 | Sold | 5/31/2024 |
| 312 | RH | 18658 | 3HSDWTZR2JN074460 | 2018 | RH613 | Ritchie Brothers | 5/13/2024 | $ 2,355.00 | 478642 | Sold | 5/31/2024 |
| 313 | RH | 18959 | 3HCDWTZR3JL637743 | 2018 | RH613 | Ritchie Brothers | 5/13/2024 | $ 2,715.00 | 447431 | Sold | 5/31/2024 |
| 314 | RH | 18561 | 3HSDWTZR9JN073189 | 2018 | RH613 | Ritchie Brothers | 5/14/2024 | $ 6,500.00 | 535395 | Sold | 5/31/2024 |
| 315 | RH | 18586 | 3HSDWTZR4JN073214 | 2018 | RH613 | Ritchie Brothers | 5/14/2024 | $ 5,000.00 | 403254 | Sold | 5/31/2024 |
| 316 | RH | 18624 | 3HSDWTZR2JN074426 | 2018 | RH613 | Ritchie Brothers | 5/20/2024 | $ 7,100.00 | 350413 | Sold | 5/31/2024 |
| 317 | RH | 19002 | 3HSDWTZRXJN637786 | 2018 | RH613 | Ritchie Brothers | 5/23/2024 | $ 8,500.00 | 491748 | Sold | 5/31/2024 |
| 318 | RH | 18725 | 3HSDWTZR1JN074921 | 2018 | RH613 | Ritchie Brothers | 6/20/2024 | $ 5,500.00 | 348699 | Sold | 6/30/2024 |
| 319 | RH | 19025 | 3HSDWTZR7JL637812 | 2018 | RH613 | Ritchie Brothers | 6/21/2024 | $ 2,500.00 | 361416 | Sold | 6/30/2024 |
| 320 | RH | 19094 | 3HSDWTZR5JN347147 | 2018 | RH613 | Ritchie Brothers | 6/26/2024 | $ 4,500.00 | 566019 | Sold | 6/30/2024 |
| 321 | RH | 18730 | 3HSDWTZR0JN074926 | 2018 | RH613 | Mark Janack | 6/28/2024 | $ 6,144.00 | 513280 | Sold | 6/30/2024 |
| 322 | RH | 18750 | 3HSDWTZR8JN092414 | 2018 | RH613 | Mark Janack | 6/28/2024 | $ 6,144.00 | 496533 | Sold | 6/30/2024 |
| 323 | RH | 18809 | 3HSDWTZR0JN634184 | 2018 | RH613 | Mark Janack | 6/28/2024 | $ 6,144.00 | 471548 | Sold | 6/30/2024 |
| 324 | RH | 18811 | 3HSDWTZR4JN634186 | 2018 | RH613 | Mark Janack | 6/28/2024 | $ 6,142.00 | 439527 | Sold | 6/30/2024 |

**GLS Leasco, Inc. et al v. Navistar, Inc.**
**Status of Central Transport's MY 2018 Tractors**

**Exhibit E**

| | Tractor Type | Unit | VIN | Year | Model | Buyer | Invoiced Buyer | Invoice Amount | Mileage at Time of Sale | Status | Month Sold |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 325 | RH | 18929 | 3HSDWTZR2JL634364 | 2018 | RH613 | Mark Janack | 6/28/2024 $ | 6,142.00 | 463259 | Sold | 6/30/2024 |
| 326 | RH | 18986 | 3HSDWTZR6JN637770 | 2018 | RH613 | Mark Janack | 6/28/2024 $ | 6,142.00 | 458192 | Sold | 6/30/2024 |
| 327 | RH | 19036 | 3HSDWTZR1JL637823 | 2018 | RH613 | Mark Janack | 6/28/2024 $ | 6,142.00 | 488605 | Sold | 6/30/2024 |
| 328 | RH | 19052 | 3HCDWTZR6JL651157 | 2018 | RH613 | Ritchie Brothers | 7/10/2024 $ | 4,500.00 | 352527 | Sold | 7/31/2024 |
| 329 | RH | 19098 | 3HSDWTZR7JN347151 | 2018 | RH613 | Ritchie Brothers | 7/11/2024 $ | 9,250.00 | 404494 | Sold | 7/31/2024 |
| 330 | RH | 18500 | 3HSDWTZR5JN072914 | 2018 | RH613 | | | | 556633 | Unsold | |
| 331 | RH | 18508 | 3HSDWTZR4JN072922 | 2018 | RH613 | | | | 484439 | Unsold | |
| 332 | RH | 18511 | 3HSDWTZRXJN072925 | 2018 | RH613 | | | | 427641 | Unsold | |
| 333 | RH | 18515 | 3HSDWTZR7JN072929 | 2018 | RH613 | | | | 321451 | Unsold | |
| 334 | RH | 18516 | 3HSDWTZR3JN072930 | 2018 | RH613 | | | | 335322 | Unsold | |
| 335 | RH | 18520 | 3HSDWTZR0JN072934 | 2018 | RH613 | | | | 397779 | Unsold | |
| 336 | RH | 18521 | 3HSDWTZR2JN072935 | 2018 | RH613 | | | | 551510 | Unsold | |
| 337 | RH | 18522 | 3HSDWTZR4JN072936 | 2018 | RH613 | | | | 410900 | Unsold | |
| 338 | RH | 18523 | 3HSDWTZR6JN072937 | 2018 | RH613 | | | | 528246 | Unsold | |
| 339 | RH | 18524 | 3HSDWTZR8JN072938 | 2018 | RH613 | | | | 504313 | Unsold | |
| 340 | RH | 18525 | 3HSDWTZRXJN072939 | 2018 | RH613 | | | | 506499 | Unsold | |
| 341 | RH | 18528 | 3HSDWTZRXJN072942 | 2018 | RH613 | | | | 432593 | Unsold | |
| 342 | RH | 18530 | 3HSDWTZR4JN073133 | 2018 | RH613 | | | | 468475 | Unsold | |
| 343 | RH | 18531 | 3HSDWTZR6JN073134 | 2018 | RH613 | | | | 411777 | Unsold | |
| 344 | RH | 18533 | 3HSDWTZRXJN073136 | 2018 | RH613 | | | | 349631 | Unsold | |
| 345 | RH | 18534 | 3HSDWTZR1JN073137 | 2018 | RH613 | | | | 494333 | Unsold | |
| 346 | RH | 18535 | 3HSDWTZR3JN073138 | 2018 | RH613 | | | | 240175 | Unsold | |
| 347 | RH | 18536 | 3HSDWTZR5JN073139 | 2018 | RH613 | | | | 350000 | Unsold | |
| 348 | RH | 18538 | 3HSDWTZR3JN073141 | 2018 | RH613 | | | | 292000 | Unsold | |
| 349 | RH | 18540 | 3HSDWTZR7JN073143 | 2018 | RH613 | | | | 512781 | Unsold | |
| 350 | RH | 18546 | 3HSDWTZR8JN073149 | 2018 | RH613 | | | | 464851 | Unsold | |
| 351 | RH | 18547 | 3HSDWTZR4JN073150 | 2018 | RH613 | | | | 249000 | Unsold | |
| 352 | RH | 18548 | 3HSDWTZR6JN073151 | 2018 | RH613 | | | | 402015 | Unsold | |
| 353 | RH | 18549 | 3HSDWTZR8JN073152 | 2018 | RH613 | | | | 501141 | Unsold | |
| 354 | RH | 18551 | 3HSDWTZR1JN073154 | 2018 | RH613 | | | | 458704 | Unsold | |
| 355 | RH | 18552 | 3HSDWTZR3JN073155 | 2018 | RH613 | | | | 317726 | Unsold | |
| 356 | RH | 18553 | 3HSDWTZR5JN073156 | 2018 | RH613 | | | | 255370 | Unsold | |
| 357 | RH | 18554 | 3HSDWTZR7JN073157 | 2018 | RH613 | | | | 454995 | Unsold | |
| 358 | RH | 18555 | 3HSDWTZR9JN073158 | 2018 | RH613 | | | | 249222 | Unsold | |
| 359 | RH | 18559 | 3HSDWTZR0JN073162 | 2018 | RH613 | | | | 401894 | Unsold | |
| 360 | RH | 18560 | 3HSDWTZR7JN073188 | 2018 | RH613 | | | | 378465 | Unsold | |

**GLS Leasco, Inc. et al v. Navistar, Inc.**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Exhibit E**
**Status of Central Transport's MY 2018 Tractors**

| | Tractor Type | Unit | VIN | Year | Model | Buyer | Invoiced Buyer | Invoice Amount | Mileage at Time of Sale | Status | Month Sold |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 361 | RH | 18562 | 3HSDWTZR5JN073190 | 2018 | RH613 | | | | 312749 | Unsold | |
| 362 | RH | 18566 | 3HSDWTZR2JN073194 | 2018 | RH613 | | | | 316898 | Unsold | |
| 363 | RH | 18568 | 3HSDWTZR6JN073196 | 2018 | RH613 | | | | 330146 | Unsold | |
| 364 | RH | 18569 | 3HSDWTZR8JN073197 | 2018 | RH613 | | | | 585382 | Unsold | |
| 365 | RH | 18576 | 3HSDWTZR1JN073204 | 2018 | RH613 | | | | 385036 | Unsold | |
| 366 | RH | 18577 | 3HSDWTZR3JN073205 | 2018 | RH613 | | | | 447037 | Unsold | |
| 367 | RH | 18578 | 3HSDWTZR5JN073206 | 2018 | RH613 | | | | 268409 | Unsold | |
| 368 | RH | 18579 | 3HSDWTZR7JN073207 | 2018 | RH613 | | | | 302296 | Unsold | |
| 369 | RH | 18580 | 3HSDWTZR9JN073208 | 2018 | RH613 | | | | 400925 | Unsold | |
| 370 | RH | 18585 | 3HSDWTZR2JN073213 | 2018 | RH613 | | | | 344557 | Unsold | |
| 371 | RH | 18589 | 3HSDWTZRXJN073217 | 2018 | RH613 | | | | 367796 | Unsold | |
| 372 | RH | 18596 | 3HSDWTZR5JN074114 | 2018 | RH613 | | | | 375249 | Unsold | |
| 373 | RH | 18597 | 3HSDWTZR7JN074115 | 2018 | RH613 | | | | 456733 | Unsold | |
| 374 | RH | 18599 | 3HSDWTZR0JN074117 | 2018 | RH613 | | | | 320972 | Unsold | |
| 375 | RH | 18602 | 3HSDWTZR0JN074120 | 2018 | RH613 | | | | 446629 | Unsold | |
| 376 | RH | 18604 | 3HSDWTZR4JN074122 | 2018 | RH613 | | | | 471771 | Unsold | |
| 377 | RH | 18606 | 3HSDWTZR8JN074124 | 2018 | RH613 | | | | 432023 | Unsold | |
| 378 | RH | 18607 | 3HSDWTZRXJN074125 | 2018 | RH613 | | | | 235900 | Unsold | |
| 379 | RH | 18608 | 3HSDWTZR1JN074126 | 2018 | RH613 | | | | 511490 | Unsold | |
| 380 | RH | 18610 | 3HSDWTZR5JN074128 | 2018 | RH613 | | | | 427440 | Unsold | |
| 381 | RH | 18611 | 3HSDWTZR7JN074129 | 2018 | RH613 | | | | 455981 | Unsold | |
| 382 | RH | 18612 | 3HSDWTZR3JN074130 | 2018 | RH613 | | | | 303042 | Unsold | |
| 383 | RH | 18613 | 3HSDWTZR5JN074131 | 2018 | RH613 | | | | 375578 | Unsold | |
| 384 | RH | 18616 | 3HSDWTZR0JN074134 | 2018 | RH613 | | | | 319370 | Unsold | |
| 385 | RH | 18617 | 3HSDWTZR2JN074135 | 2018 | RH613 | | | | 335838 | Unsold | |
| 386 | RH | 18619 | 3HSDWTZR6JN074137 | 2018 | RH613 | | | | 299874 | Unsold | |
| 387 | RH | 18623 | 3HSDWTZR0JN074425 | 2018 | RH613 | | | | 236130 | Unsold | |
| 388 | RH | 18626 | 3HSDWTZR6JN074428 | 2018 | RH613 | | | | 240875 | Unsold | |
| 389 | RH | 18627 | 3HSDWTZR8JN074429 | 2018 | RH613 | | | | 312359 | Unsold | |
| 390 | RH | 18628 | 3HSDWTZR4JN074430 | 2018 | RH613 | | | | 385581 | Unsold | |
| 391 | RH | 18631 | 3HSDWTZRXJN074433 | 2018 | RH613 | | | | 350121 | Unsold | |
| 392 | RH | 18634 | 3HSDWTZR5JN074436 | 2018 | RH613 | | | | 456694 | Unsold | |
| 393 | RH | 18635 | 3HSDWTZR7JN074437 | 2018 | RH613 | | | | 267636 | Unsold | |
| 394 | RH | 18639 | 3HSDWTZR9JN074441 | 2018 | RH613 | | | | 530620 | Unsold | |
| 395 | RH | 18642 | 3HSDWTZR4JN074444 | 2018 | RH613 | | | | 340663 | Unsold | |
| 396 | RH | 18643 | 3HSDWTZR6JN074445 | 2018 | RH613 | | | | 524322 | Unsold | |

**GLS Leasco, Inc. et al v. Navistar, Inc.**
**Status of Central Transport's MY 2018 Tractors**

Exhibit E

| | Tractor Type | Unit | VIN | Year | Model | Buyer | Invoiced Buyer | Invoice Amount | Mileage at Time of Sale | Status | Month Sold |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 397 | RH | 18644 | 3HSDWTZR8JN074446 | 2018 | RH613 | | | | 350778 | Unsold | |
| 398 | RH | 18646 | 3HSDWTZR1JN074448 | 2018 | RH613 | | | | 277194 | Unsold | |
| 399 | RH | 18649 | 3HSDWTZR1JN074451 | 2018 | RH613 | | | | 328460 | Unsold | |
| 400 | RH | 18651 | 3HSDWTZR5JN074453 | 2018 | RH613 | | | | 549490 | Unsold | |
| 401 | RH | 18653 | 3HSDWTZR9JN074455 | 2018 | RH613 | | | | 354611 | Unsold | |
| 402 | RH | 18654 | 3HSDWTZR0JN074456 | 2018 | RH613 | | | | 453256 | Unsold | |
| 403 | RH | 18655 | 3HSDWTZR2JN074457 | 2018 | RH613 | | | | 253958 | Unsold | |
| 404 | RH | 18657 | 3HSDWTZR6JN074459 | 2018 | RH613 | | | | 312667 | Unsold | |
| 405 | RH | 18661 | 3HSDWTZR8JN074463 | 2018 | RH613 | | | | 237366 | Unsold | |
| 406 | RH | 18662 | 3HSDWTZRXJN074464 | 2018 | RH613 | | | | 268644 | Unsold | |
| 407 | RH | 18663 | 3HSDWTZR1JN074465 | 2018 | RH613 | | | | 489892 | Unsold | |
| 408 | RH | 18667 | 3HSDWTZR9JN074469 | 2018 | RH613 | | | | 439692 | Unsold | |
| 409 | RH | 18668 | 3HSDWTZR5JN074470 | 2018 | RH613 | | | | 498920 | Unsold | |
| 410 | RH | 18673 | 3HSDWTZR4JN074475 | 2018 | RH613 | | | | 433268 | Unsold | |
| 411 | RH | 18674 | 3HSDWTZR6JN074476 | 2018 | RH613 | | | | 335872 | Unsold | |
| 412 | RH | 18677 | 3HSDWTZR1JN074479 | 2018 | RH613 | | | | 237564 | Unsold | |
| 413 | RH | 18679 | 3HSDWTZRXJN074481 | 2018 | RH613 | | | | 405368 | Unsold | |
| 414 | RH | 18683 | 3HSDWTZR2JN074488 | 2018 | RH613 | | | | 584168 | Unsold | |
| 415 | RH | 18684 | 3HSDWTZR4JN074489 | 2018 | RH613 | | | | 440547 | Unsold | |
| 416 | RH | 18685 | 3HSDWTZR0JN074490 | 2018 | RH613 | | | | 466944 | Unsold | |
| 417 | RH | 18687 | 3HSDWTZR4JN074492 | 2018 | RH613 | | | | 394720 | Unsold | |
| 418 | RH | 18688 | 3HSDWTZR6JN074493 | 2018 | RH613 | | | | 397613 | Unsold | |
| 419 | RH | 18690 | 3HSDWTZRXJN074495 | 2018 | RH613 | | | | 533204 | Unsold | |
| 420 | RH | 18693 | 3HSDWTZR5JN074498 | 2018 | RH613 | | | | 233015 | Unsold | |
| 421 | RH | 18696 | 3HSDWTZR1JN074501 | 2018 | RH613 | | | | 312876 | Unsold | |
| 422 | RH | 18697 | 3HSDWTZR3JN074502 | 2018 | RH613 | | | | 276661 | Unsold | |
| 423 | RH | 18698 | 3HSDWTZR5JN074503 | 2018 | RH613 | | | | 467526 | Unsold | |
| 424 | RH | 18699 | 3HSDWTZR7JN074504 | 2018 | RH613 | | | | 313155 | Unsold | |
| 425 | RH | 18701 | 3HSDWTZR0JN074506 | 2018 | RH613 | | | | 412330 | Unsold | |
| 426 | RH | 18703 | 3HSDWTZR4JN074508 | 2018 | RH613 | | | | 598174 | Unsold | |
| 427 | RH | 18704 | 3HSDWTZR6JN074509 | 2018 | RH613 | | | | 269792 | Unsold | |
| 428 | RH | 18705 | 3HSDWTZR2JN074510 | 2018 | RH613 | | | | 495212 | Unsold | |
| 429 | RH | 18708 | 3HSDWTZR8JN074513 | 2018 | RH613 | | | | 322495 | Unsold | |
| 430 | RH | 18709 | 3HSDWTZRXJN074514 | 2018 | RH613 | | | | 507638 | Unsold | |
| 431 | RH | 18713 | 3HSDWTZR0JN074909 | 2018 | RH613 | | | | 596642 | Unsold | |
| 432 | RH | 18716 | 3HSDWTZR0JN074912 | 2018 | RH613 | | | | 248302 | Unsold | |

**GLS Leasco, Inc. et al v. Navistar, Inc.**  
**Status of Central Transport's MY 2018 Tractors**

Exhibit E

| | Tractor Type | Unit | VIN | Year | Model | Buyer | Invoiced Buyer | Invoice Amount | Mileage at Time of Sale | Status | Month Sold |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 433 | RH | 18717 | 3HSDWTZR2JN074913 | 2018 | RH613 | | | | 400024 | Unsold | |
| 434 | RH | 18718 | 3HSDWTZR4JN074914 | 2018 | RH613 | | | | 593932 | Unsold | |
| 435 | RH | 18720 | 3HSDWTZR8JN074916 | 2018 | RH613 | | | | 279983 | Unsold | |
| 436 | RH | 18721 | 3HSDWTZRXJN074917 | 2018 | RH613 | | | | 408971 | Unsold | |
| 437 | RH | 18724 | 3HSDWTZRXJN074920 | 2018 | RH613 | | | | 419374 | Unsold | |
| 438 | RH | 18729 | 3HSDWTZR9JN074925 | 2018 | RH613 | | | | 607145 | Unsold | |
| 439 | RH | 18732 | 3HSDWTZR4JN074928 | 2018 | RH613 | | | | 250119 | Unsold | |
| 440 | RH | 18733 | 3HSDWTZR6JN074929 | 2018 | RH613 | | | | 406764 | Unsold | |
| 441 | RH | 18734 | 3HSDWTZR2JN074930 | 2018 | RH613 | | | | 454888 | Unsold | |
| 442 | RH | 18736 | 3HSDWTZR6JN074932 | 2018 | RH613 | | | | 245581 | Unsold | |
| 443 | RH | 18737 | 3HSDWTZR8JN074933 | 2018 | RH613 | | | | 320584 | Unsold | |
| 444 | RH | 18738 | 3HSDWTZRXJN074934 | 2018 | RH613 | | | | 450423 | Unsold | |
| 445 | RH | 18740 | 3HSDWTZR5JN092404 | 2018 | RH613 | | | | 245667 | Unsold | |
| 446 | RH | 18741 | 3HSDWTZR7JN092405 | 2018 | RH613 | | | | 370459 | Unsold | |
| 447 | RH | 18745 | 3HSDWTZR4JN092409 | 2018 | RH613 | | | | 310993 | Unsold | |
| 448 | RH | 18746 | 3HSDWTZR0JN092410 | 2018 | RH613 | | | | 454915 | Unsold | |
| 449 | RH | 18749 | 3HSDWTZR6JN092413 | 2018 | RH613 | | | | 628379 | Unsold | |
| 450 | RH | 18753 | 3HSDWTZR3JN092417 | 2018 | RH613 | | | | 472673 | Unsold | |
| 451 | RH | 18754 | 3HSDWTZR5JN092418 | 2018 | RH613 | | | | 186718 | Unsold | |
| 452 | RH | 18755 | 3HSDWTZR7JN092419 | 2018 | RH613 | | | | 513996 | Unsold | |
| 453 | RH | 18757 | 3HSDWTZR5JN092421 | 2018 | RH613 | | | | 554843 | Unsold | |
| 454 | RH | 18758 | 3HSDWTZR7JN092422 | 2018 | RH613 | | | | 218141 | Unsold | |
| 455 | RH | 18761 | 3HSDWTZR2JN092425 | 2018 | RH613 | | | | 260000 | Unsold | |
| 456 | RH | 18763 | 3HSDWTZR6JN092427 | 2018 | RH613 | | | | 279655 | Unsold | |
| 457 | RH | 18765 | 3HSDWTZRXJN092429 | 2018 | RH613 | | | | 312536 | Unsold | |
| 458 | RH | 18768 | 3HSDWTZRXJN092432 | 2018 | RH613 | | | | 263509 | Unsold | |
| 459 | RH | 18770 | 3HSDWTZRXJN634144 | 2018 | RH613 | | | | 604225 | Unsold | |
| 460 | RH | 18771 | 3HSDWTZR1JN634145 | 2018 | RH613 | | | | 301348 | Unsold | |
| 461 | RH | 18772 | 3HSDWTZR3JN634146 | 2018 | RH613 | | | | 471995 | Unsold | |
| 462 | RH | 18774 | 3HSDWTZR7JN634148 | 2018 | RH613 | | | | 433572 | Unsold | |
| 463 | RH | 18775 | 3HSDWTZR9JN634149 | 2018 | RH613 | | | | 505100 | Unsold | |
| 464 | RH | 18784 | 3HSDWTZRXJN634158 | 2018 | RH613 | | | | 260162 | Unsold | |
| 465 | RH | 18785 | 3HSDWTZR1JN634159 | 2018 | RH613 | | | | 450232 | Unsold | |
| 466 | RH | 18786 | 3HSDWTZR8JN634160 | 2018 | RH613 | | | | 465133 | Unsold | |
| 467 | RH | 18787 | 3HSDWTZRXJN634161 | 2018 | RH613 | | | | 328996 | Unsold | |
| 468 | RH | 18789 | 3HSDWTZR3JN634163 | 2018 | RH613 | | | | 609427 | Unsold | |

**GLS Leasco, Inc. et al v. Navistar, Inc.**                                                                                                                    **Exhibit E**
**Status of Central Transport's MY 2018 Tractors**

|  | Tractor Type | Unit | VIN | Year | Model | Buyer | Invoiced Buyer | Invoice Amount | Mileage at Time of Sale | Status | Month Sold |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 469 | RH | 18790 | 3HSDWTZR5JN634164 | 2018 | RH613 | | | | 448541 | Unsold | |
| 470 | RH | 18791 | 3HSDWTZR7JN634165 | 2018 | RH613 | | | | 479421 | Unsold | |
| 471 | RH | 18793 | 3HSDWTZR0JN634167 | 2018 | RH613 | | | | 301213 | Unsold | |
| 472 | RH | 18794 | 3HSDWTZR2JN634168 | 2018 | RH613 | | | | 380189 | Unsold | |
| 473 | RH | 18796 | 3HSDWTZR0JN634170 | 2018 | RH613 | | | | 281034 | Unsold | |
| 474 | RH | 18799 | 3HSDWTZR6JN634173 | 2018 | RH613 | | | | 287819 | Unsold | |
| 475 | RH | 18800 | 3HSDWTZRXJN634175 | 2018 | RH613 | | | | 265591 | Unsold | |
| 476 | RH | 18801 | 3HSDWTZR1JN634176 | 2018 | RH613 | | | | 514383 | Unsold | |
| 477 | RH | 18802 | 3HSDWTZR3JN634177 | 2018 | RH613 | | | | 584438 | Unsold | |
| 478 | RH | 18804 | 3HSDWTZR7JN634179 | 2018 | RH613 | | | | 386991 | Unsold | |
| 479 | RH | 18805 | 3HSDWTZR3JN634180 | 2018 | RH613 | | | | 330185 | Unsold | |
| 480 | RH | 18806 | 3HSDWTZR5JN634181 | 2018 | RH613 | | | | 318262 | Unsold | |
| 481 | RH | 18807 | 3HSDWTZR7JN634182 | 2018 | RH613 | | | | 251234 | Unsold | |
| 482 | RH | 18820 | 3HSDWTZR5JN634195 | 2018 | RH613 | | | | 317050 | Unsold | |
| 483 | RH | 18821 | 3HSDWTZR7JN634196 | 2018 | RH613 | | | | 297931 | Unsold | |
| 484 | RH | 18824 | 3HSDWTZR2JN634199 | 2018 | RH613 | | | | 434258 | Scrap | |
| 485 | RH | 18825 | 3HSDWTZR5JN634200 | 2018 | RH613 | | | | 444428 | Unsold | |
| 486 | RH | 18826 | 3HSDWTZR7JN634201 | 2018 | RH613 | | | | 441736 | Unsold | |
| 487 | RH | 18827 | 3HSDWTZR9JN634202 | 2018 | RH613 | | | | 330000 | Unsold | |
| 488 | RH | 18828 | 3HSDWTZR0JN634203 | 2018 | RH613 | | | | 466013 | Unsold | |
| 489 | RH | 18829 | 3HSDWTZR2JN634204 | 2018 | RH613 | | | | 294253 | Unsold | |
| 490 | RH | 18830 | 3HSDWTZR4JN634205 | 2018 | RH613 | | | | 423907 | Unsold | |
| 491 | RH | 18831 | 3HSDWTZR6JN634206 | 2018 | RH613 | LEASED TO CONLAN | | | 422728 | Unsold | |
| 492 | RH | 18832 | 3HSDWTZR8JN634207 | 2018 | RH613 | | | | 433404 | Unsold | |
| 493 | RH | 18841 | 3HSDWTZR9JN634216 | 2018 | RH613 | | | | 308264 | Unsold | |
| 494 | RH | 18843 | 3HSDWTZR2JN634218 | 2018 | RH613 | | | | 429864 | Unsold | |
| 495 | RH | 18844 | 3HSDWTZR4JN634219 | 2018 | RH613 | | | | 359588 | Unsold | |
| 496 | RH | 18845 | 3HSDWTZR0JN634220 | 2018 | RH613 | | | | 397117 | Unsold | |
| 497 | RH | 18846 | 3HSDWTZR2JN634221 | 2018 | RH613 | | | | 409266 | Unsold | |
| 498 | RH | 18847 | 3HSDWTZR4JN634222 | 2018 | RH613 | | | | 469585 | Unsold | |
| 499 | RH | 18848 | 3HSDWTZR6JN634223 | 2018 | RH613 | | | | 398998 | Unsold | |
| 500 | RH | 18849 | 3HSDWTZR8JN634224 | 2018 | RH613 | | | | 319350 | Unsold | |
| 501 | RH | 18850 | 3HSDWTZRXJN634225 | 2018 | RH613 | | | | 351377 | Unsold | |
| 502 | RH | 18851 | 3HSDWTZR1JN634226 | 2018 | RH613 | | | | 365093 | Unsold | |
| 503 | RH | 18852 | 3HSDWTZR3JN634227 | 2018 | RH613 | | | | 444462 | Unsold | |
| 504 | RH | 18853 | 3HSDWTZR5JN634228 | 2018 | RH613 | | | | 353324 | Unsold | |

**GLS Leasco, Inc. et al v. Navistar, Inc.**  Exhibit E
**Status of Central Transport's MY 2018 Tractors**

| | Tractor Type | Unit | VIN | Year | Model | Buyer | Invoiced Buyer | Invoice Amount | Mileage at Time of Sale | Status | Month Sold |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 505 | RH | 18854 | 3HSDWTZR7JN634229 | 2018 | RH613 | | | | 349419 | Unsold | |
| 506 | RH | 18855 | 3HSDWTZR3JN634230 | 2018 | RH613 | | | | 474265 | Unsold | |
| 507 | RH | 18856 | 3HSDWTZR5JN634231 | 2018 | RH613 | | | | 352567 | Unsold | |
| 508 | RH | 18861 | 3HSDWTZR0JN634296 | 2018 | RH613 | | | | 635474 | Unsold | |
| 509 | RH | 18863 | 3HSDWTZR4JN634298 | 2018 | RH613 | | | | 287762 | Unsold | |
| 510 | RH | 18864 | 3HSDWTZR6JN634299 | 2018 | RH613 | | | | 325538 | Unsold | |
| 511 | RH | 18865 | 3HSDWTZR9JN634300 | 2018 | RH613 | | | | 457091 | Unsold | |
| 512 | RH | 18866 | 3HSDWTZR0JN634301 | 2018 | RH613 | | | | 547716 | Unsold | |
| 513 | RH | 18867 | 3HSDWTZR2JN634302 | 2018 | RH613 | | | | 454095 | Unsold | |
| 514 | RH | 18869 | 3HSDWTZR6JN634304 | 2018 | RH613 | | | | 231395 | Unsold | |
| 515 | RH | 18870 | 3HSDWTZR8JN634305 | 2018 | RH613 | | | | 243985 | Unsold | |
| 516 | RH | 18871 | 3HSDWTZRXJN634306 | 2018 | RH613 | | | | 217597 | Unsold | |
| 517 | RH | 18872 | 3HSDWTZR1JN634307 | 2018 | RH613 | | | | 302239 | Unsold | |
| 518 | RH | 18873 | 3HSDWTZR3JN634308 | 2018 | RH613 | | | | 329981 | Unsold | |
| 519 | RH | 18874 | 3HSDWTZR5JN634309 | 2018 | RH613 | | | | 391400 | Unsold | |
| 520 | RH | 18875 | 3HSDWTZR1JN634310 | 2018 | RH613 | | | | 522349 | Unsold | |
| 521 | RH | 18880 | 3HSDWTZR0JN634315 | 2018 | RH613 | | | | 302025 | Unsold | |
| 522 | RH | 18881 | 3HSDWTZR2JN634316 | 2018 | RH613 | | | | 544966 | Unsold | |
| 523 | RH | 18882 | 3HSDWTZR4JN634317 | 2018 | RH613 | | | | 525590 | Unsold | |
| 524 | RH | 18884 | 3HSDWTZR8JN634319 | 2018 | RH613 | | | | 564613 | Unsold | |
| 525 | RH | 18886 | 3HSDWTZR6JN634321 | 2018 | RH613 | | | | 272584 | Unsold | |
| 526 | RH | 18889 | 3HSDWTZR1JN634324 | 2018 | RH613 | | | | 497285 | Unsold | |
| 527 | RH | 18890 | 3HSDWTZR3JL634325 | 2018 | RH613 | | | | 568010 | Unsold | |
| 528 | RH | 18891 | 3HSDWTZR5JL634326 | 2018 | RH613 | | | | 277367 | Unsold | |
| 529 | RH | 18898 | 3HSDWTZR2JL634333 | 2018 | RH613 | | | | 305833 | Stolen | |
| 530 | RH | 18901 | 3HSDWTZR8JL634336 | 2018 | RH613 | | | | 299392 | Unsold | |
| 531 | RH | 18902 | 3HSDWTZRXJL634337 | 2018 | RH613 | | | | 415333 | Unsold | |
| 532 | RH | 18903 | 3HSDWTZR1JL634338 | 2018 | RH613 | | | | 234992 | Unsold | |
| 533 | RH | 18904 | 3HSDWTZR3JL634339 | 2018 | RH613 | | | | 214515 | Unsold | |
| 534 | RH | 18905 | 3HSDWTZRXJL634340 | 2018 | RH613 | | | | 296473 | Unsold | |
| 535 | RH | 18906 | 3HSDWTZR1JL634341 | 2018 | RH613 | | | | 465491 | Unsold | |
| 536 | RH | 18907 | 3HSDWTZR3JL634342 | 2018 | RH613 | | | | 263485 | Unsold | |
| 537 | RH | 18910 | 3HSDWTZR9JL634345 | 2018 | RH613 | | | | 543717 | Unsold | |
| 538 | RH | 18911 | 3HSDWTZR0JL634346 | 2018 | RH613 | | | | 488117 | Unsold | |
| 539 | RH | 18913 | 3HSDWTZR4JL634348 | 2018 | RH613 | | | | 314637 | Unsold | |
| 540 | RH | 18914 | 3HSDWTZR6JL634349 | 2018 | RH613 | | | | 283354 | Unsold | |

**GLS Leasco, Inc. et al v. Navistar, Inc.**                                                                                            Exhibit E
**Status of Central Transport's MY 2018 Tractors**

|     | Tractor<br>Type | Unit | VIN | Year | Model | Buyer | Invoiced<br>Buyer | Invoice<br>Amount | Mileage at<br>Time of Sale | Status | Month<br>Sold |
|-----|------|------|-----|------|-------|-------|-------|-------|-------|--------|------|
| 541 | RH | 18915 | 3HSDWTZR2JL634350 | 2018 | RH613 | | | | 339059 | Unsold | |
| 542 | RH | 18916 | 3HSDWTZR4JL634351 | 2018 | RH613 | | | | 457231 | Unsold | |
| 543 | RH | 18917 | 3HSDWTZR6JL634352 | 2018 | RH613 | | | | 454071 | Unsold | |
| 544 | RH | 18918 | 3HSDWTZR8JL634353 | 2018 | RH613 | | | | 228614 | Unsold | |
| 545 | RH | 18919 | 3HSDWTZRXJL634354 | 2018 | RH613 | | | | 455555 | Unsold | |
| 546 | RH | 18921 | 3HSDWTZR3JL634356 | 2018 | RH613 | | | | 394798 | Unsold | |
| 547 | RH | 18922 | 3HSDWTZR5JL634357 | 2018 | RH613 | | | | 299610 | Unsold | |
| 548 | RH | 18923 | 3HSDWTZR7JL634358 | 2018 | RH613 | | | | 400456 | Unsold | |
| 549 | RH | 18924 | 3HSDWTZR9JL634359 | 2018 | RH613 | | | | 317862 | Unsold | |
| 550 | RH | 18925 | 3HSDWTZR5JL634360 | 2018 | RH613 | | | | 459106 | Unsold | |
| 551 | RH | 18926 | 3HSDWTZR7JL634361 | 2018 | RH613 | | | | 352133 | Unsold | |
| 552 | RH | 18927 | 3HCDWTZRXJL634362 | 2018 | RH613 | | | | 520400 | Unsold | |
| 553 | RH | 18928 | 3HSDWTZR0JL634363 | 2018 | RH613 | | | | 579731 | Unsold | |
| 554 | RH | 18931 | 3HSDWTZR6JL634366 | 2018 | RH613 | | | | 320419 | Unsold | |
| 555 | RH | 18932 | 3HSDWTZR8JL634367 | 2018 | RH613 | | | | 363229 | Unsold | |
| 556 | RH | 18934 | 3HSDWTZR1JL634369 | 2018 | RH613 | | | | 208412 | Unsold | |
| 557 | RH | 18935 | 3HSDWTZR8JL634370 | 2018 | RH613 | | | | 337884 | Unsold | |
| 558 | RH | 18937 | 3HSDWTZR1JL634372 | 2018 | RH613 | | | | 494209 | Unsold | |
| 559 | RH | 18939 | 3HSDWTZR5JL634374 | 2018 | RH613 | | | | 341053 | Unsold | |
| 560 | RH | 18940 | 3HSDWTZR7JL634375 | 2018 | RH613 | | | | 228938 | Unsold | |
| 561 | RH | 18941 | 3HSDWTZR9JL634376 | 2018 | RH613 | | | | 331556 | Unsold | |
| 562 | RH | 18942 | 3HSDWTZR0JL634377 | 2018 | RH613 | | | | 476179 | Unsold | |
| 563 | RH | 18943 | 3HSDWTZR2JL634378 | 2018 | RH613 | | | | 417944 | Unsold | |
| 564 | RH | 18944 | 3HSDWTZR4JL634379 | 2018 | RH613 | | | | 500293 | Unsold | |
| 565 | RH | 18945 | 3HSDWTZR0JL634380 | 2018 | RH613 | | | | 409163 | Unsold | |
| 566 | RH | 18946 | 3HSDWTZR2JL634381 | 2018 | RH613 | | | | 479868 | Unsold | |
| 567 | RH | 18952 | 3HCDWTZR7JL637736 | 2018 | RH613 | | | | 289243 | Unsold | |
| 568 | RH | 18963 | 3HCDWTZR1JL637747 | 2018 | RH613 | | | | 296302 | Unsold | |
| 569 | RH | 18966 | 3HCDWTZR0JL637750 | 2018 | RH613 | | | | 236816 | Unsold | |
| 570 | RH | 18970 | 3HCDWTZR8JL637754 | 2018 | RH613 | | | | 354382 | Unsold | |
| 571 | RH | 18971 | 3HCDWTZR0JL637755 | 2018 | RH613 | | | | 396354 | Unsold | |
| 572 | RH | 18976 | 3HCDWTZR3JL637760 | 2018 | RH613 | | | | 415235 | Unsold | |
| 573 | RH | 18981 | 3HSDWTZR2JN637765 | 2018 | RH613 | | | | 332969 | Unsold | |
| 574 | RH | 18984 | 3HSDWTZR8JN637768 | 2018 | RH613 | | | | 330071 | Unsold | |
| 575 | RH | 18985 | 3HSDWTZRXJN637769 | 2018 | RH613 | | | | 294341 | Unsold | |
| 576 | RH | 18990 | 3HSDWTZR3JN637774 | 2018 | RH613 | | | | 171677 | Unsold | |

**GLS Leasco, Inc. et al v. Navistar, Inc.**

**Exhibit E**

**Status of Central Transport's MY 2018 Tractors**

|  | Tractor Type | Unit | VIN | Year | Model | Buyer | Invoiced Buyer | Invoice Amount | Mileage at Time of Sale | Status | Month Sold |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 577 | RH | 18991 | 3HSDWTZR5JN637775 | 2018 | RH613 |  |  |  | 463320 | Unsold |  |
| 578 | RH | 18992 | 3HSDWTZR7JN637776 | 2018 | RH613 |  |  |  | 264970 | Unsold |  |
| 579 | RH | 18993 | 3HSDWTZR9JN637777 | 2018 | RH613 |  |  |  | 545546 | Unsold |  |
| 580 | RH | 18994 | 3HSDWTZR0JN637778 | 2018 | RH613 |  |  |  | 298877 | Unsold |  |
| 581 | RH | 18995 | 3HSDWTZR2JN637779 | 2018 | RH613 |  |  |  | 252413 | Unsold |  |
| 582 | RH | 18997 | 3HSDWTZR0JN637781 | 2018 | RH613 |  |  |  | 337175 | Unsold |  |
| 583 | RH | 18998 | 3HSDWTZR2JN637782 | 2018 | RH613 |  |  |  | 223756 | Unsold |  |
| 584 | RH | 19001 | 3HSDWTZR8JN637785 | 2018 | RH613 |  |  |  | 464432 | Unsold |  |
| 585 | RH | 19003 | 3HSDWTZR1JN637787 | 2018 | RH613 |  |  |  | 472269 | Unsold |  |
| 586 | RH | 19004 | 3HSDWTZR3JN637788 | 2018 | RH613 |  |  |  | 426526 | Unsold |  |
| 587 | RH | 19005 | 3HSDWTZR5JN637789 | 2018 | RH613 |  |  |  | 485744 | Unsold |  |
| 588 | RH | 19006 | 3HSDWTZR1JN637790 | 2018 | RH613 |  |  |  | 504969 | Unsold |  |
| 589 | RH | 19007 | 3HSDWTZR3JN637791 | 2018 | RH613 |  |  |  | 472074 | Unsold |  |
| 590 | RH | 19013 | 3HCDWTZR1JL637800 | 2018 | RH613 |  |  |  | 527634 | Scrap |  |
| 591 | RH | 19014 | 3HSDWTZR2JL637801 | 2018 | RH613 |  |  |  | 530302 | Unsold |  |
| 592 | RH | 19015 | 3HCDWTZR5JL637802 | 2018 | RH613 |  |  |  | 517313 | Unsold |  |
| 593 | RH | 19019 | 3HSDWTZR1JL637806 | 2018 | RH613 |  |  |  | 452946 | Unsold |  |
| 594 | RH | 19022 | 3HSDWTZR7JL637809 | 2018 | RH613 |  |  |  | 519666 | Unsold |  |
| 595 | RH | 19023 | 3HSDWTZR3JL637810 | 2018 | RH613 |  |  |  | 326331 | Unsold |  |
| 596 | RH | 19024 | 3HSDWTZR5JL637811 | 2018 | RH613 |  |  |  | 491480 | Unsold |  |
| 597 | RH | 19026 | 3HSDWTZR9JL637813 | 2018 | RH613 |  |  |  | 390441 | Unsold |  |
| 598 | RH | 19027 | 3HCDWTZR1JL637814 | 2018 | RH613 |  |  |  | 555978 | Unsold |  |
| 599 | RH | 19028 | 3HSDWTZR2JL637815 | 2018 | RH613 |  |  |  | 341267 | Unsold |  |
| 600 | RH | 19032 | 3HCDWTZR0JL637819 | 2018 | RH613 |  |  |  | 346347 | Unsold |  |
| 601 | RH | 19035 | 3HSDWTZRXJL637822 | 2018 | RH613 |  |  |  | 377077 | Unsold |  |
| 602 | RH | 19037 | 3HSDWTZR3JL637824 | 2018 | RH613 |  |  |  | 508433 | Unsold |  |
| 603 | RH | 19045 | 3HCDWTZR3JL651150 | 2018 | RH613 |  |  |  | 365366 | Unsold |  |
| 604 | RH | 19048 | 3HCDWTZR9JL651153 | 2018 | RH613 |  |  |  | 248113 | Unsold |  |
| 605 | RH | 19050 | 3HCDWTZR2JL651155 | 2018 | RH613 |  |  |  | 352077 | Unsold |  |
| 606 | RH | 19051 | 3HSDWTZR3JL651156 | 2018 | RH613 |  |  |  | 569315 | Unsold |  |
| 607 | RH | 19053 | 3HSDWTZR7JL651158 | 2018 | RH613 |  |  |  | 463969 | Unsold |  |
| 608 | RH | 19054 | 3HSDWTZR9JL651159 | 2018 | RH613 |  |  |  | 353018 | Unsold |  |
| 609 | RH | 19074 | 3HSDWTZRXJN347127 | 2018 | RH613 |  |  |  | 370655 | Unsold |  |
| 610 | RH | 19075 | 3HSDWTZR1JN347128 | 2018 | RH613 |  |  |  | 457852 | Unsold |  |
| 611 | RH | 19076 | 3HSDWTZR3JN347129 | 2018 | RH613 |  |  |  | 514432 | Unsold |  |
| 612 | RH | 19077 | 3HSDWTZRXJN347130 | 2018 | RH613 |  |  |  | 529168 | Unsold |  |

**GLS Leasco, Inc. et al  v. Navistar, Inc.**                                                                                           **Exhibit E**
**Status of Central Transport's MY 2018 Tractors**

| | Tractor Type | Unit | VIN | Year | Model | Buyer | Invoiced Buyer | Invoice Amount | Mileage at Time of Sale | Status | Month Sold |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 613 | RH | 19078 | 3HSDWTZR1JN347131 | 2018 | RH613 | | | | 443194 | Unsold | |
| 614 | RH | 19081 | 3HSDWTZR7JN347134 | 2018 | RH613 | | | | 393432 | Unsold | |
| 615 | RH | 19082 | 3HSDWTZR9JN347135 | 2018 | RH613 | | | | 354676 | Unsold | |
| 616 | RH | 19083 | 3HSDWTZR0JN347136 | 2018 | RH613 | | | | 773531 | Unsold | |
| 617 | RH | 19091 | 3HSDWTZRXJN347144 | 2018 | RH613 | | | | 314627 | Unsold | |
| 618 | RH | 19092 | 3HSDWTZR1JN347145 | 2018 | RH613 | | | | 490339 | Unsold | |
| 619 | RH | 19095 | 3HSDWTZR7JN347148 | 2018 | RH613 | | | | 417171 | Unsold | |
| 620 | RH | 19096 | 3HSDWTZR9JN347149 | 2018 | RH613 | | | | 525334 | Unsold | |
| 621 | RH | 19097 | 3HSDWTZR5JN347150 | 2018 | RH613 | | | | 256658 | Unsold | |
| 622 | RH | 19100 | 3HSDWTZR0JN347153 | 2018 | RH613 | | | | 503016 | Unsold | |
| 623 | RH | 19119 | 3HSDWTZR4JN347172 | 2018 | RH613 | | | | 495140 | Unsold | |
| 624 | RH | 19122 | 3HSDWTZRXJN347175 | 2018 | RH613 | | | | 553265 | Unsold | |
| 625 | RH | 19124 | 3HSDWTZR3JN347177 | 2018 | RH613 | | | | 484072 | Unsold | |
| 626 | RH | 19125 | 3HSDWTZR5JN347178 | 2018 | RH613 | | | | 625501 | Unsold | |
| 627 | RH | 19126 | 3HSDWTZR7JN347179 | 2018 | RH613 | | | | 507189 | Unsold | |
| 628 | RH | 19127 | 3HSDWTZR3JN347180 | 2018 | RH613 | | | | 346657 | Unsold | |
| 629 | RH | 19128 | 3HSDWTZR5JN347181 | 2018 | RH613 | | | | 579580 | Unsold | |
| 630 | RH | 19129 | 3HSDWTZR7JN347182 | 2018 | RH613 | | | | 443074 | Unsold | |
| 631 | **Total** | | | | | | | **$ 13,112,699** | | | |

| | | Summary Statistics | | | |
|---|---|---|---|---|---|
| Truck Type | Sold Status | # Units | | Sale Value | Average Mileage |
| RH | Scrap | 25 | $ | 9,200 | 330,022 |
| RH | Sold | 296 | | 12,488,499 | 375,003 |
| RH | Unsold | 298 | | - | 396,005 |
| RH | Stolen | 1 | | - | 305,833 |
| **Subtotal** | | **620** | | **12,497,699** | |
| LT | Sold | 10 | | 615,000 | Unknown |
| **Subtotal** | | **10** | | **615,000** | |
| **Grand Total** | | **630** | | **$ 13,112,699** | |

*Source: 2018 International RH Trucks Sold Update 2024 0722.xls*

**Exhibit F**

Detail of Navistar MY 2023 and 2024 Tractor Deliveries

**GLS Leasco, Inc. et al  v. Navistar, Inc.**  **Exhibit F**
**Detail of Navistar MY 2023 and MY 2024 Tractor Deliveries**

|  | **Model** | **BRAKES** | **Unit #** | **VIN** | **Year** | **Order #** | **LOCATION** | **Delivered Date** | **Delivery Month** |
|---|---|---|---|---|---|---|---|---|---|
| 1 | RH | BENDIX | 232000 | 3HSDWTZR2PN458005 | 2023 | 638393 | BLOOMINGTON CA | 5/25/2022 | 5/31/2022 |
| 2 | RH | BENDIX | 232001 | 3HSDWTZR4PN458006 | 2023 | 638393 | BLOOMINGTON CA | 5/20/2022 | 5/31/2022 |
| 3 | RH | BENDIX | 232002 | 3HSDWTZR6PN458007 | 2023 | 638393 | BLOOMINGTON CA | 6/15/2022 | 6/30/2022 |
| 4 | RH | BENDIX | 232003 | 3HSDWTZR8PN458008 | 2023 | 638393 | BLOOMINGTON CA | 6/15/2022 | 6/30/2022 |
| 5 | RH | BENDIX | 232004 | 3HSDWTZRXPN458009 | 2023 | 638393 | BLOOMINGTON CA | 5/18/2022 | 5/31/2022 |
| 6 | RH | BENDIX | 232005 | 3HSDWTZR6PN458010 | 2023 | 638393 | BLOOMINGTON CA | 5/20/2022 | 5/31/2022 |
| 7 | RH | BENDIX | 232006 | 3HSDWTZR8PN458011 | 2023 | 638393 | BLOOMINGTON CA | 5/24/2022 | 5/31/2022 |
| 8 | RH | BENDIX | 232007 | 3HSDWTZRXPN458012 | 2023 | 638393 | BLOOMINGTON CA | 5/20/2022 | 5/31/2022 |
| 9 | RH | BENDIX | 232008 | 3HSDWTZR1PN458013 | 2023 | 638393 | BLOOMINGTON CA | 5/25/2022 | 5/31/2022 |
| 10 | RH | BENDIX | 232009 | 3HSDWTZR3PN458014 | 2023 | 638393 | BLOOMINGTON CA | 5/25/2022 | 5/31/2022 |
| 11 | RH | BENDIX | 232010 | 3HSDWTZR5PN458015 | 2023 | 638393 | HILLSIDE IL | 6/10/2022 | 6/30/2022 |
| 12 | RH | BENDIX | 232011 | 3HSDWTZR7PN458016 | 2023 | 638393 | HILLSIDE IL | 6/17/2022 | 6/30/2022 |
| 13 | RH | BENDIX | 232012 | 3HSDWTZR9PN458017 | 2023 | 638393 | HILLSIDE IL | 6/16/2022 | 6/30/2022 |
| 14 | RH | BENDIX | 232013 | 3HSDWTZR0PN458018 | 2023 | 638393 | HILLSIDE IL | 9/21/2022 | 9/30/2022 |
| 15 | RH | BENDIX | 232014 | 3HSDWTZR2PN458019 | 2023 | 638393 | HILLSIDE IL | 6/17/2022 | 6/30/2022 |
| 16 | RH | BENDIX | 232015 | 3HSDWTZR9PN458020 | 2023 | 638393 | HILLSIDE IL | 6/17/2022 | 6/30/2022 |
| 17 | RH | BENDIX | 232016 | 3HSDWTZR0PN458021 | 2023 | 638393 | HILLSIDE IL | 5/26/2022 | 5/31/2022 |
| 18 | RH | BENDIX | 232017 | 3HSDWTZR2PN458022 | 2023 | 638393 | HILLSIDE IL | 6/16/2022 | 6/30/2022 |
| 19 | RH | BENDIX | 232018 | 3HSDWTZR4PN458023 | 2023 | 638393 | HILLSIDE IL | 6/16/2022 | 6/30/2022 |
| 20 | RH | BENDIX | 232019 | 3HSDWTZR6PN458024 | 2023 | 638393 | HILLSIDE IL | 5/26/2022 | 5/31/2022 |
| 21 | RH | BENDIX | 232020 | 3HSDWTZR8PN458025 | 2023 | 638393 | BLOOMINGTON CA | 6/21/2022 | 6/30/2022 |
| 22 | RH | BENDIX | 232021 | 3HSDWTZRXPN458026 | 2023 | 638393 | BLOOMINGTON CA | 6/1/2022 | 6/30/2022 |
| 23 | RH | BENDIX | 232022 | 3HSDWTZR1PN458027 | 2023 | 638393 | BLOOMINGTON CA | 6/21/2022 | 6/30/2022 |
| 24 | RH | BENDIX | 232023 | 3HSDWTZR3PN458028 | 2023 | 638393 | BLOOMINGTON CA | 6/1/2022 | 6/30/2022 |
| 25 | RH | BENDIX | 232024 | 3HSDWTZR5PN458029 | 2023 | 638393 | BLOOMINGTON CA | 6/22/2022 | 6/30/2022 |
| 26 | RH | BENDIX | 232025 | 3HSDWTZR1PN458030 | 2023 | 638393 | BLOOMINGTON CA | 6/20/2022 | 6/30/2022 |
| 27 | RH | BENDIX | 232026 | 3HSDWTZR3PN458031 | 2023 | 638393 | BLOOMINGTON CA | 6/20/2022 | 6/30/2022 |
| 28 | RH | BENDIX | 232027 | 3HSDWTZR5PN458032 | 2023 | 638393 | BLOOMINGTON CA | 5/20/2022 | 5/31/2022 |
| 29 | RH | BENDIX | 232028 | 3HSDWTZR7PN458033 | 2023 | 638393 | BLOOMINGTON CA | 9/30/2022 | 9/30/2022 |
| 30 | RH | BENDIX | 232029 | 3HSDWTZR9PN458034 | 2023 | 638393 | BLOOMINGTON CA | 6/20/2022 | 6/30/2022 |
| 31 | RH | BENDIX | 232030 | 3HSDWTZR0PN458035 | 2023 | 638393 | BLOOMINGTON CA | 6/14/2022 | 6/30/2022 |

**GLS Leasco, Inc. et al v. Navistar, Inc.**                                           **Exhibit F**
**Detail of Navistar MY 2023 and MY 2024 Tractor Deliveries**

| | Model | BRAKES | Unit # | VIN | Year | Order # | LOCATION | Delivered Date | Delivery Month |
|---|---|---|---|---|---|---|---|---|---|
| 32 | RH | BENDIX | 232031 | 3HSDWTZR2PN458036 | 2023 | 638393 | HILLSIDE IL | 6/10/2022 | 6/30/2022 |
| 33 | RH | BENDIX | 232032 | 3HSDWTZR4PN458037 | 2023 | 638393 | HILLSIDE IL | 6/8/2022 | 6/30/2022 |
| 34 | RH | BENDIX | 232033 | 3HSDWTZR6PN458038 | 2023 | 638393 | HILLSIDE IL | 9/21/2022 | 9/30/2022 |
| 35 | RH | BENDIX | 232034 | 3HSDWTZR8PN458039 | 2023 | 638393 | HILLSIDE IL | 6/7/2022 | 6/30/2022 |
| 36 | RH | BENDIX | 232035 | 3HSDWTZR4PN458040 | 2023 | 638393 | HILLSIDE IL | 6/3/2022 | 6/30/2022 |
| 37 | RH | BENDIX | 232036 | 3HSDWTZR6PN458041 | 2023 | 638393 | HILLSIDE IL | 6/14/2022 | 6/30/2022 |
| 38 | RH | BENDIX | 232037 | 3HSDWTZR8PN458042 | 2023 | 638393 | HILLSIDE IL | 6/14/2022 | 6/30/2022 |
| 39 | RH | BENDIX | 232038 | 3HSDWTZRXPN458043 | 2023 | 638393 | HILLSIDE IL | 6/13/2022 | 6/30/2022 |
| 40 | RH | BENDIX | 232039 | 3HSDWTZR1PN458044 | 2023 | 638393 | HILLSIDE IL | 6/6/2022 | 6/30/2022 |
| 41 | RH | BENDIX | 232040 | 3HSDWTZR3PN458045 | 2023 | 638393 | HILLSIDE IL | 6/14/2022 | 6/30/2022 |
| 42 | RH | BENDIX | 232041 | 3HSDWTZR5PN458046 | 2023 | 638393 | BLOOMINGTON CA | 5/25/2022 | 5/31/2022 |
| 43 | RH | BENDIX | 232042 | 3HSDWTZR7PN458047 | 2023 | 638393 | BLOOMINGTON CA | 6/29/2022 | 6/30/2022 |
| 44 | RH | BENDIX | 232043 | 3HSDWTZR9PN458048 | 2023 | 638393 | BLOOMINGTON CA | 6/2/2022 | 6/30/2022 |
| 45 | RH | BENDIX | 232044 | 3HSDWTZR0PN458049 | 2023 | 638393 | BLOOMINGTON CA | 6/21/2022 | 6/30/2022 |
| 46 | RH | BENDIX | 232045 | 3HSDWTZR7PN458050 | 2023 | 638393 | BLOOMINGTON CA | 6/22/2022 | 6/30/2022 |
| 47 | RH | BENDIX | 232046 | 3HSDWTZR9PN458051 | 2023 | 638393 | BLOOMINGTON CA | 6/1/2022 | 6/30/2022 |
| 48 | RH | BENDIX | 232047 | 3HSDWTZR0PN458052 | 2023 | 638393 | BLOOMINGTON CA | 5/24/2022 | 5/31/2022 |
| 49 | RH | BENDIX | 232048 | 3HSDWTZR2PN458053 | 2023 | 638393 | BLOOMINGTON CA | 5/20/2022 | 5/31/2022 |
| 50 | RH | BENDIX | 232049 | 3HSDWTZR4PN458054 | 2023 | 638393 | BLOOMINGTON CA | 6/1/2022 | 6/30/2022 |
| 51 | RH | BENDIX | 232050 | 3HSDWTZR6PN458055 | 2023 | 638393 | BLOOMINGTON CA | 5/24/2022 | 5/31/2022 |
| 52 | RH | BENDIX | 232051 | 3HSDWTZR8PN458056 | 2023 | 638393 | BATH PA | 6/20/2022 | 6/30/2022 |
| 53 | RH | BENDIX | 232052 | 3HSDWTZRXPN458057 | 2023 | 638393 | BATH PA | 5/24/2022 | 5/31/2022 |
| 54 | RH | BENDIX | 232053 | 3HSDWTZR1PN458058 | 2023 | 638393 | BATH PA | 5/25/2022 | 5/31/2022 |
| 55 | RH | BENDIX | 232054 | 3HSDWTZR3PN458059 | 2023 | 638393 | BATH PA | 6/8/2022 | 6/30/2022 |
| 56 | RH | BENDIX | 232055 | 3HSDWTZRXPN458060 | 2023 | 638393 | BATH PA | 5/20/2022 | 5/31/2022 |
| 57 | RH | BENDIX | 232056 | 3HSDWTZR1PN458061 | 2023 | 638393 | BATH PA | 7/6/2022 | 7/31/2022 |
| 58 | RH | BENDIX | 232057 | 3HSDWTZR3PN458062 | 2023 | 638393 | BATH PA | 6/23/2022 | 6/30/2022 |
| 59 | RH | BENDIX | 232058 | 3HSDWTZR5PN458063 | 2023 | 638393 | BATH PA | 6/3/2022 | 6/30/2022 |
| 60 | RH | BENDIX | 232059 | 3HSDWTZR7PN458064 | 2023 | 638393 | BATH PA | 6/28/2022 | 6/30/2022 |
| 61 | RH | BENDIX | 232060 | 3HSDWTZR9PN458065 | 2023 | 638393 | BATH PA | 6/8/2022 | 6/30/2022 |
| 62 | RH | BENDIX | 232061 | 3HSDWTZR0PN458066 | 2023 | 638393 | BATH PA | 6/22/2022 | 6/30/2022 |
| 63 | RH | BENDIX | 232062 | 3HSDWTZR2PN458067 | 2023 | 638393 | BATH PA | 6/22/2022 | 6/30/2022 |

**GLS Leasco, Inc. et al v. Navistar, Inc.**                                                                    **Exhibit F**
**Detail of Navistar MY 2023 and MY 2024 Tractor Deliveries**

| | Model | BRAKES | Unit # | VIN | Year | Order # | LOCATION | Delivered Date | Delivery Month |
|---|---|---|---|---|---|---|---|---|---|
| 64 | RH | BENDIX | 232063 | 3HSDWTZR4PN458068 | 2023 | 638393 | BATH PA | 9/27/2022 | 9/30/2022 |
| 65 | RH | BENDIX | 232064 | 3HSDWTZR6PN458069 | 2023 | 638393 | BATH PA | 6/2/2022 | 6/30/2022 |
| 66 | RH | BENDIX | 232065 | 3HSDWTZR2PN458070 | 2023 | 638393 | BATH PA | 7/18/2022 | 7/31/2022 |
| 67 | RH | BENDIX | 232066 | 3HSDWTZR4PN458071 | 2023 | 638393 | BATH PA | 6/21/2022 | 6/30/2022 |
| 68 | RH | BENDIX | 232067 | 3HSDWTZR6PN458072 | 2023 | 638393 | BATH PA | 6/22/2022 | 6/30/2022 |
| 69 | RH | BENDIX | 232068 | 3HSDWTZR8PN458073 | 2023 | 638393 | BATH PA | 6/7/2022 | 6/30/2022 |
| 70 | RH | BENDIX | 232069 | 3HSDWTZRXPN458074 | 2023 | 638393 | BATH PA | 6/2/2022 | 6/30/2022 |
| 71 | RH | BENDIX | 232070 | 3HSDWTZR1PN458075 | 2023 | 638393 | BATH PA | 6/24/2022 | 6/30/2022 |
| 72 | RH | BENDIX | 232071 | 3HSDWTZR3PN458076 | 2023 | 638393 | BATH PA | 6/22/2022 | 6/30/2022 |
| 73 | RH | BENDIX | 232072 | 3HSDWTZR5PN458077 | 2023 | 638393 | BATH PA | 6/24/2022 | 6/30/2022 |
| 74 | RH | BENDIX | 232073 | 3HSDWTZR7PN458078 | 2023 | 638393 | BATH PA | 6/24/2022 | 6/30/2022 |
| 75 | RH | BENDIX | 232074 | 3HSDWTZR9PN458079 | 2023 | 638393 | BATH PA | 6/24/2022 | 6/30/2022 |
| 76 | LT | BENDIX | 232600 | 3HSDZAPR1PN642544 | 2023 | 709767 | WALBRIDGE | 11/15/2022 | 11/30/2022 |
| 77 | LT | BENDIX | 232601 | 3HSDZAPR3PN642545 | 2023 | 709767 | WALBRIDGE | 11/15/2022 | 11/30/2022 |
| 78 | LT | BENDIX | 232602 | 3HSDZAPR5PN642546 | 2023 | 709767 | WALBRIDGE | 11/13/2022 | 11/30/2022 |
| 79 | LT | BENDIX | 232603 | 3HSDZAPR7PN642547 | 2023 | 709767 | VANDALIA | 11/12/2022 | 11/30/2022 |
| 80 | LT | BENDIX | 232604 | 3HSDZAPR9PN642548 | 2023 | 709767 | VANDALIA | 11/12/2022 | 11/30/2022 |
| 81 | LT | BENDIX | 232605 | 3HSDZAPR0PN642549 | 2023 | 709767 | VANDALIA | 11/12/2022 | 11/30/2022 |
| 82 | LT | BENDIX | 232606 | 3HSDZAPR7PN642550 | 2023 | 709767 | BLAINE | 10/26/2022 | 10/31/2022 |
| 83 | LT | BENDIX | 232607 | 3HSDZAPR9PN642551 | 2023 | 709767 | BLAINE | 10/31/2022 | 10/31/2022 |
| 84 | LT | BENDIX | 232608 | 3HSDZAPR0PN642552 | 2023 | 709767 | BLAINE | 10/29/2022 | 10/31/2022 |
| 85 | LT | BENDIX | 232609 | 3HSDZAPR2PN642553 | 2023 | 709767 | HILLSIDE IL | 10/26/2022 | 10/31/2022 |
| 86 | LT | BENDIX | 232610 | 3HSDZAPR4PN642554 | 2023 | 709767 | HILLSIDE IL | 10/26/2022 | 10/31/2022 |
| 87 | LT | BENDIX | 232611 | 3HSDZAPR6PN642555 | 2023 | 709767 | HILLSIDE IL | 10/27/2022 | 10/31/2022 |
| 88 | LT | BENDIX | 232612 | 3HSDZAPR8PN642556 | 2023 | 709767 | HILLSIDE IL | 10/24/2022 | 10/31/2022 |
| 89 | LT | BENDIX | 232613 | 3HSDZAPRXPN642557 | 2023 | 709767 | HILLSIDE IL | 10/22/2022 | 10/31/2022 |
| 90 | LT | BENDIX | 232614 | 3HSDZAPR1PN642558 | 2023 | 709767 | HILLSIDE IL | 10/28/2022 | 10/31/2022 |
| 91 | LT | BENDIX | 232615 | 3HSDZAPR3PN642559 | 2023 | 709767 | BLOOMINGTON CA | 10/24/2022 | 10/31/2022 |
| 92 | LT | BENDIX | 232616 | 3HSDZAPRXPN642560 | 2023 | 709767 | BLOOMINGTON CA | 10/28/2022 | 10/31/2022 |
| 93 | LT | BENDIX | 232617 | 3HSDZAPR1PN642561 | 2023 | 709767 | BLOOMINGTON CA | 10/24/2022 | 10/31/2022 |
| 94 | LT | BENDIX | 232618 | 3HSDZAPR3PN642562 | 2023 | 709767 | BLOOMINGTON CA | 2/6/2023 | 2/28/2023 |
| 95 | LT | BENDIX | 232619 | 3HSDZAPR5PN642563 | 2023 | 709767 | BLOOMINGTON CA | 2/9/2023 | 2/28/2023 |

**GLS Leasco, Inc. et al v. Navistar, Inc.**                                                                    **Exhibit F**
**Detail of Navistar MY 2023 and MY 2024 Tractor Deliveries**

| | Model | BRAKES | Unit # | VIN | Year | Order # | LOCATION | Delivered Date | Delivery Month |
|---|---|---|---|---|---|---|---|---|---|
| 96 | LT | BENDIX | 232620 | 3HSDZAPR7PN642564 | 2023 | 709767 | BLOOMINGTON CA | 1/3/2023 | 1/31/2023 |
| 97 | LT | BENDIX | 232621 | 3HSDZAPR9PN642565 | 2023 | 709767 | TACOMA | 12/29/2022 | 12/31/2022 |
| 98 | LT | BENDIX | 232622 | 3HSDZAPR0PN642566 | 2023 | 709767 | TACOMA | 1/16/2023 | 1/31/2023 |
| 99 | LT | BENDIX | 232623 | 3HSDZAPR2PN642567 | 2023 | 709767 | TACOMA | 1/19/2023 | 1/31/2023 |
| 100 | LT | BENDIX | 232624 | 3HSDZAPR4PN642568 | 2023 | 709767 | WALBRIDGE | 12/29/2022 | 12/31/2022 |
| 101 | LT | BENDIX | 232625 | 3HSDZAPR6PN642569 | 2023 | 709767 | WALBRIDGE | 1/5/2023 | 1/31/2023 |
| 102 | LT | BENDIX | 232626 | 3HSDZAPR2PN642570 | 2023 | 709767 | WALBRIDGE | 1/24/2023 | 1/31/2023 |
| 103 | LT | BENDIX | 232627 | 3HSDZAPR4PN642571 | 2023 | 709767 | BLAINE | 1/13/2023 | 1/31/2023 |
| 104 | LT | BENDIX | 232628 | 3HSDZAPR6PN642572 | 2023 | 709767 | BLAINE | 1/9/2023 | 1/31/2023 |
| 105 | LT | BENDIX | 232629 | 3HSDZAPR8PN642573 | 2023 | 709767 | BLAINE | 1/5/2023 | 1/31/2023 |
| 106 | LT | BENDIX | 232075 | 3HSDZAPR3PN783115 | 2023 | 709759 | TACOMA | 7/13/2022 | 7/31/2022 |
| 107 | LT | BENDIX | 232076 | 3HSDZAPR5PN783116 | 2023 | 709759 | TACOMA | 7/6/2022 | 7/31/2022 |
| 108 | LT | BENDIX | 232077 | 3HSDZAPR7PN783117 | 2023 | 709759 | TACOMA | 6/21/2022 | 6/30/2022 |
| 109 | LT | BENDIX | 232078 | 3HSDZAPR9PN783118 | 2023 | 709759 | TACOMA | 6/13/2022 | 6/30/2022 |
| 110 | LT | BENDIX | 232079 | 3HSDZAPR0PN783119 | 2023 | 709759 | TACOMA | 7/13/2022 | 7/31/2022 |
| 111 | LT | BENDIX | 232080 | 3HSDZAPR7PN783120 | 2023 | 709759 | TACOMA | 7/5/2022 | 7/31/2022 |
| 112 | LT | BENDIX | 232081 | 3HSDZAPR9PN783121 | 2023 | 709759 | TACOMA | 7/13/2022 | 7/31/2022 |
| 113 | LT | BENDIX | 232082 | 3HSDZAPR0PN783122 | 2023 | 709759 | TACOMA | 6/22/2022 | 6/30/2022 |
| 114 | LT | BENDIX | 232083 | 3HSDZAPR2PN783123 | 2023 | 709759 | TACOMA | 6/28/2022 | 6/30/2022 |
| 115 | LT | BENDIX | 232084 | 3HSDZAPR4PN783124 | 2023 | 709759 | TACOMA | 6/30/2022 | 6/30/2022 |
| 116 | LT | BENDIX | 232085 | 3HSDZAPR6PN783125 | 2023 | 709759 | TACOMA | 7/8/2022 | 7/31/2022 |
| 117 | LT | BENDIX | 232096 | 3HSDZAPR8PN783126 | 2023 | 709759 | VANDALIA | 6/29/2022 | 6/30/2022 |
| 118 | LT | BENDIX | 232097 | 3HSDZAPRXPN783127 | 2023 | 709759 | VANDALIA | 7/21/2022 | 7/31/2022 |
| 119 | LT | BENDIX | 232098 | 3HSDZAPR1PN783128 | 2023 | 709759 | VANDALIA | 7/9/2022 | 7/31/2022 |
| 120 | LT | BENDIX | 232099 | 3HSDZAPR3PN783129 | 2023 | 709759 | VANDALIA | 7/10/2022 | 7/31/2022 |
| 121 | LT | BENDIX | 232100 | 3HSDZAPRXPN783130 | 2023 | 709759 | VANDALIA | 7/5/2022 | 7/31/2022 |
| 122 | LT | BENDIX | 232101 | 3HSDZAPR1PN783131 | 2023 | 709759 | VANDALIA | 7/9/2022 | 7/31/2022 |
| 123 | LT | BENDIX | 232102 | 3HSDZAPR3PN783132 | 2023 | 709759 | VANDALIA | 6/20/2022 | 6/30/2022 |
| 124 | LT | BENDIX | 232086 | 3HSDZAPR5PN783133 | 2023 | 709759 | TACOMA | 6/29/2022 | 6/30/2022 |
| 125 | LT | BENDIX | 232087 | 3HSDZAPR7PN783134 | 2023 | 709759 | BLAINE | 6/13/2022 | 6/30/2022 |
| 126 | LT | BENDIX | 232088 | 3HSDZAPR9PN783135 | 2023 | 709759 | BLAINE | 6/13/2022 | 6/30/2022 |
| 127 | LT | BENDIX | 232089 | 3HSDZAPR0PN783136 | 2023 | 709759 | BLAINE | 6/22/2022 | 6/30/2022 |

**GLS Leasco, Inc. et al  v. Navistar, Inc.**                                                   **Exhibit F**
**Detail of Navistar MY 2023 and MY 2024 Tractor Deliveries**

|     | Model | BRAKES | Unit # | VIN | Year | Order # | LOCATION | Delivered Date | Delivery Month |
|-----|-------|--------|--------|-----|------|---------|----------|---------|---------|
| 128 | LT | BENDIX | 232090 | 3HSDZAPR2PN783137 | 2023 | 709759 | BLAINE | 6/13/2022 | 6/30/2022 |
| 129 | LT | BENDIX | 232091 | 3HSDZAPR4PN783138 | 2023 | 709759 | BLAINE | 6/23/2022 | 6/30/2022 |
| 130 | LT | BENDIX | 232092 | 3HSDZAPR6PN783139 | 2023 | 709759 | BLAINE | 6/16/2022 | 6/30/2022 |
| 131 | LT | BENDIX | 232093 | 3HSDZAPR2PN783140 | 2023 | 709759 | BLAINE | 6/13/2022 | 6/30/2022 |
| 132 | LT | BENDIX | 232094 | 3HSDZAPR4PN783141 | 2023 | 709759 | BLAINE | 6/17/2022 | 6/30/2022 |
| 133 | LT | BENDIX | 232095 | 3HSDZAPR6PN783142 | 2023 | 709759 | BLAINE | 6/14/2022 | 6/30/2022 |
| 134 | LT | BENDIX | 232103 | 3HSDZAPR8PN783143 | 2023 | 709759 | VANDALIA | 7/10/2022 | 7/31/2022 |
| 135 | LT | BENDIX | 232104 | 3HSDZAPRXPN783144 | 2023 | 709759 | VANDALIA | 8/1/2022 | 8/31/2022 |
| 136 | LT | BENDIX | 232105 | 3HSDZAPR1PN783145 | 2023 | 709759 | VANDALIA | 8/15/2022 | 8/31/2022 |
| 137 | LT | BENDIX | 232106 | 3HSDZAPR3PN783146 | 2023 | 709759 | VANDALIA | 7/14/2022 | 7/31/2022 |
| 138 | LT | BENDIX | 232107 | 3HSDZAPR5PN783147 | 2023 | 709759 | VANDALIA | 7/26/2022 | 7/31/2022 |
| 139 | LT | BENDIX | 232108 | 3HSDZAPR7PN783148 | 2023 | 709759 | GIBSONIA, PA | 7/5/2022 | 7/31/2022 |
| 140 | LT | BENDIX | 232109 | 3HSDZAPR9PN783149 | 2023 | 709759 | GIBSONIA, PA | 8/12/2022 | 8/31/2022 |
| 141 | LT | BENDIX | 232110 | 3HSDZAPR5PN783150 | 2023 | 709759 | GIBSONIA, PA | 6/21/2022 | 6/30/2022 |
| 142 | LT | BENDIX | 232111 | 3HSDZAPR7PN783151 | 2023 | 709759 | GIBSONIA, PA | 7/6/2022 | 7/31/2022 |
| 143 | LT | BENDIX | 232112 | 3HSDZAPR9PN783152 | 2023 | 709759 | GIBSONIA, PA | 6/16/2022 | 6/30/2022 |
| 144 | LT | BENDIX | 232113 | 3HSDZAPR0PN783153 | 2023 | 709759 | GIBSONIA, PA | 7/20/2022 | 7/31/2022 |
| 145 | LT | BENDIX | 232114 | 3HSDZAPR2PN783154 | 2023 | 709759 | GIBSONIA, PA | 9/1/2022 | 9/30/2022 |
| 146 | LT | BENDIX | 232115 | 3HSDZAPR4PN783155 | 2023 | 709759 | GIBSONIA, PA | 7/25/2022 | 7/31/2022 |
| 147 | LT | BENDIX | 232116 | 3HSDZAPR6PN783156 | 2023 | 709759 | GIBSONIA, PA | 7/25/2022 | 7/31/2022 |
| 148 | LT | BENDIX | 232117 | 3HSDZAPR8PN783157 | 2023 | 709759 | GIBSONIA, PA | 6/21/2022 | 6/30/2022 |
| 149 | LT | BENDIX | 232118 | 3HSDZAPRXPN783158 | 2023 | 709759 | GIBSONIA, PA | 8/12/2022 | 8/31/2022 |
| 150 | LT | BENDIX | 232119 | 3HSDZAPR1PN783159 | 2023 | 709759 | GIBSONIA, PA | 6/16/2022 | 6/30/2022 |
| 151 | LT | BENDIX | 232120 | 3HSDZAPR8PN783160 | 2023 | 709759 | BLAINE | 6/22/2022 | 6/30/2022 |
| 152 | LT | BENDIX | 232121 | 3HSDZAPRXPN783161 | 2023 | 709759 | BLAINE | 6/13/2022 | 6/30/2022 |
| 153 | LT | BENDIX | 232122 | 3HSDZAPR1PN783162 | 2023 | 709759 | BLAINE | 6/13/2022 | 6/30/2022 |
| 154 | LT | BENDIX | 232123 | 3HSDZAPR3PN783163 | 2023 | 709759 | BLAINE | 6/17/2022 | 6/30/2022 |
| 155 | LT | BENDIX | 232124 | 3HSDZAPR5PN783164 | 2023 | 709759 | BLAINE | 6/17/2022 | 6/30/2022 |
| 156 | LT | BENDIX | 232125 | 3HSDZAPR7PN783165 | 2023 | 709759 | BLAINE | 6/13/2022 | 6/30/2022 |
| 157 | LT | BENDIX | 232126 | 3HSDZAPR9PN783166 | 2023 | 709759 | BLAINE | 6/13/2022 | 6/30/2022 |
| 158 | LT | BENDIX | 232127 | 3HSDZAPR0PN783167 | 2023 | 709759 | BLAINE | 6/13/2022 | 6/30/2022 |
| 159 | LT | BENDIX | 232128 | 3HSDZAPR2PN783168 | 2023 | 709759 | BLAINE | 6/20/2022 | 6/30/2022 |

**GLS Leasco, Inc. et al v. Navistar, Inc.**                                                                    **Exhibit F**
**Detail of Navistar MY 2023 and MY 2024 Tractor Deliveries**

|     | Model | BRAKES | Unit # | VIN | Year | Order # | LOCATION | Delivered Date | Delivery Month |
|-----|-------|--------|--------|-----|------|---------|----------|----------------|----------------|
| 160 | LT | BENDIX | 232129 | 3HSDZAPR4PN783169 | 2023 | 709759 | BLAINE | 7/8/2022 | 7/31/2022 |
| 161 | LT | BENDIX | 232130 | 3HSDZAPR0PN783170 | 2023 | 709759 | BLAINE | 6/13/2022 | 6/30/2022 |
| 162 | LT | BENDIX | 232131 | 3HSDZAPR2PN783171 | 2023 | 709759 | BLAINE | 6/22/2022 | 6/30/2022 |
| 163 | LT | BENDIX | 232132 | 3HSDZAPR4PN783172 | 2023 | 709759 | BLAINE | 7/12/2022 | 7/31/2022 |
| 164 | LT | BENDIX | 232133 | 3HSDZAPR6PN783173 | 2023 | 709759 | BLAINE | 7/1/2022 | 7/31/2022 |
| 165 | LT | BENDIX | 232134 | 3HSDZAPR8PN783174 | 2023 | 709759 | BLAINE | 6/23/2022 | 6/30/2022 |
| 166 | LT | BENDIX | 232135 | 3HSDZAPRXPN783175 | 2023 | 709759 | BLAINE | 6/20/2022 | 6/30/2022 |
| 167 | LT | BENDIX | 232136 | 3HSDZAPR1PN783176 | 2023 | 709759 | BLAINE | 7/5/2022 | 7/31/2022 |
| 168 | LT | BENDIX | 232137 | 3HSDZAPR3PN783177 | 2023 | 709759 | BLAINE | 6/23/2022 | 6/30/2022 |
| 169 | LT | BENDIX | 232138 | 3HSDZAPR5PN783178 | 2023 | 709759 | WALBRIDGE | 7/22/2022 | 7/31/2022 |
| 170 | LT | BENDIX | 232139 | 3HSDZAPR7PN783179 | 2023 | 709759 | WALBRIDGE | 7/21/2022 | 7/31/2022 |
| 171 | LT | BENDIX | 232140 | 3HSDZAPR3PN783180 | 2023 | 709759 | WALBRIDGE | 8/12/2022 | 8/31/2022 |
| 172 | LT | BENDIX | 232141 | 3HSDZAPR5PN783181 | 2023 | 709759 | WALBRIDGE | 7/21/2022 | 7/31/2022 |
| 173 | LT | BENDIX | 232142 | 3HSDZAPR7PN783182 | 2023 | 709759 | WALBRIDGE | 7/19/2022 | 7/31/2022 |
| 174 | LT | BENDIX | 232143 | 3HSDZAPR9PN783183 | 2023 | 709759 | WALBRIDGE | 7/20/2022 | 7/31/2022 |
| 175 | LT | BENDIX | 232144 | 3HSDZAPR0PN783184 | 2023 | 709759 | WALBRIDGE | 8/15/2022 | 8/31/2022 |
| 176 | LT | BENDIX | 232145 | 3HSDZAPR2PN783185 | 2023 | 709759 | WALBRIDGE | 8/15/2022 | 8/31/2022 |
| 177 | LT | BENDIX | 232146 | 3HSDZAPR4PN783186 | 2023 | 709759 | WALBRIDGE | 7/20/2022 | 7/31/2022 |
| 178 | LT | BENDIX | 232147 | 3HSDZAPR6PN783187 | 2023 | 709759 | INDIANAPOLIS | 6/30/2022 | 6/30/2022 |
| 179 | LT | BENDIX | 232148 | 3HSDZAPR8PN783188 | 2023 | 709759 | INDIANAPOLIS | 6/28/2022 | 6/30/2022 |
| 180 | LT | BENDIX | 232149 | 3HSDZAPRXPN783189 | 2023 | 709759 | INDIANAPOLIS | 6/20/2022 | 6/30/2022 |
| 181 | LT | BENDIX | 232150 | 3HSDZAPR4PN789523 | 2023 | 709760 | BLOOMINGTON CA | 7/13/2022 | 7/31/2022 |
| 182 | LT | BENDIX | 232151 | 3HSDZAPR6PN789524 | 2023 | 709760 | BLOOMINGTON CA | 7/14/2022 | 7/31/2022 |
| 183 | LT | BENDIX | 232152 | 3HSDZAPR8PN789525 | 2023 | 709760 | BLOOMINGTON CA | 7/11/2022 | 7/31/2022 |
| 184 | LT | BENDIX | 232153 | 3HSDZAPRXPN789526 | 2023 | 709760 | BLOOMINGTON CA | 7/6/2022 | 7/31/2022 |
| 185 | LT | BENDIX | 232154 | 3HSDZAPR1PN789527 | 2023 | 709760 | BLOOMINGTON CA | 7/6/2022 | 7/31/2022 |
| 186 | LT | BENDIX | 232155 | 3HSDZAPR3PN789528 | 2023 | 709760 | BLOOMINGTON CA | 7/5/2022 | 7/31/2022 |
| 187 | LT | BENDIX | 232156 | 3HSDZAPR5PN789529 | 2023 | 709760 | BLAINE | 8/8/2022 | 8/31/2022 |

**GLS Leasco, Inc. et al v. Navistar, Inc.**                                                                                    **Exhibit F**
**Detail of Navistar MY 2023 and MY 2024 Tractor Deliveries**

|     | Model | BRAKES | Unit # | VIN | Year | Order # | LOCATION | Delivered Date | Delivery Month |
|-----|-------|--------|--------|-----|------|---------|----------|----------------|----------------|
| 188 | LT | BENDIX | 232157 | 3HSDZAPR1PN789530 | 2023 | 709760 | BLAINE | 6/30/2022 | 6/30/2022 |
| 189 | LT | BENDIX | 232158 | 3HSDZAPR3PN789531 | 2023 | 709760 | BLAINE | 7/6/2022 | 7/31/2022 |
| 190 | LT | BENDIX | 232159 | 3HSDZAPR5PN789532 | 2023 | 709760 | BLAINE | 7/5/2022 | 7/31/2022 |
| 191 | LT | BENDIX | 232160 | 3HSDZAPR7PN789533 | 2023 | 709760 | BLAINE | 6/21/2022 | 6/30/2022 |
| 192 | LT | BENDIX | 232161 | 3HSDZAPR9PN789534 | 2023 | 709760 | BLAINE | 8/5/2022 | 8/31/2022 |
| 193 | LT | BENDIX | 232162 | 3HSDZAPR0PN789535 | 2023 | 709760 | BLOOMINGTON CA | 8/2/2022 | 8/31/2022 |
| 194 | LT | BENDIX | 232163 | 3HSDZAPR2PN789536 | 2023 | 709760 | BLOOMINGTON CA | 7/13/2022 | 7/31/2022 |
| 195 | LT | BENDIX | 232164 | 3HSDZAPR4PN789537 | 2023 | 709760 | BLOOMINGTON CA | 9/28/2022 | 9/30/2022 |
| 196 | LT | BENDIX | 232165 | 3HSDZAPR6PN789538 | 2023 | 709760 | BLOOMINGTON CA | 7/6/2022 | 7/31/2022 |
| 197 | LT | BENDIX | 232166 | 3HSDZAPR8PN789539 | 2023 | 709760 | BLOOMINGTON CA | 7/6/2022 | 7/31/2022 |
| 198 | LT | BENDIX | 232167 | 3HSDZAPR4PN789540 | 2023 | 709760 | BLOOMINGTON CA | 7/11/2022 | 7/31/2022 |
| 199 | LT | BENDIX | 232168 | 3HSDZAPR6PN789541 | 2023 | 709760 | BLAINE | 7/5/2022 | 7/31/2022 |
| 200 | LT | BENDIX | 232169 | 3HSDZAPR8PN789542 | 2023 | 709760 | BLAINE | 7/5/2022 | 7/31/2022 |
| 201 | LT | BENDIX | 232170 | 3HSDZAPRXPN789543 | 2023 | 709760 | BLAINE | 7/11/2022 | 7/31/2022 |
| 202 | LT | BENDIX | 232171 | 3HSDZAPR1PN789544 | 2023 | 709760 | BLAINE | 7/11/2022 | 7/31/2022 |
| 203 | LT | BENDIX | 232172 | 3HSDZAPR3PN789545 | 2023 | 709760 | BLAINE | 7/5/2022 | 7/31/2022 |
| 204 | LT | BENDIX | 232173 | 3HSDZAPR5PN789546 | 2023 | 709760 | BLAINE | 6/24/2022 | 6/30/2022 |
| 205 | LT | BENDIX | 232174 | 3HSDZAPR7PN789547 | 2023 | 709760 | BLOOMINGTON CA | 8/31/2022 | 8/31/2022 |
| 206 | LT | BENDIX | 232175 | 3HSDZAPR9PN789548 | 2023 | 709760 | BLOOMINGTON CA | 7/14/2022 | 7/31/2022 |
| 207 | LT | BENDIX | 232176 | 3HSDZAPR0PN789549 | 2023 | 709760 | BLOOMINGTON CA | 8/2/2022 | 8/31/2022 |
| 208 | LT | BENDIX | 232177 | 3HSDZAPR7PN789550 | 2023 | 709760 | BLOOMINGTON CA | 7/12/2022 | 7/31/2022 |
| 209 | LT | BENDIX | 232178 | 3HSDZAPR9PN789551 | 2023 | 709760 | BLOOMINGTON CA | 7/26/2022 | 7/31/2022 |
| 210 | LT | BENDIX | 232179 | 3HSDZAPR0PN789552 | 2023 | 709760 | BLOOMINGTON CA | 7/18/2022 | 7/31/2022 |
| 211 | LT | BENDIX | 232180 | 3HSDZAPR2PN789553 | 2023 | 709760 | BLAINE | 7/14/2022 | 7/31/2022 |
| 212 | LT | BENDIX | 232181 | 3HSDZAPR4PN789554 | 2023 | 709760 | BLAINE | 7/8/2022 | 7/31/2022 |
| 213 | LT | BENDIX | 232182 | 3HSDZAPR6PN789555 | 2023 | 709760 | BLAINE | 8/21/2022 | 8/31/2022 |
| 214 | LT | BENDIX | 232183 | 3HSDZAPR8PN789556 | 2023 | 709760 | BLAINE | 8/10/2022 | 8/31/2022 |
| 215 | LT | BENDIX | 232184 | 3HSDZAPRXPN789557 | 2023 | 709760 | BLAINE | 7/14/2022 | 7/31/2022 |

**GLS Leasco, Inc. et al  v. Navistar, Inc.**  Exhibit F
**Detail of Navistar MY 2023 and MY 2024 Tractor Deliveries**

|  | Model | BRAKES | Unit # | VIN | Year | Order # | LOCATION | Delivered Date | Delivery Month |
|---|---|---|---|---|---|---|---|---|---|
| 216 | LT | BENDIX | 232185 | 3HSDZAPR1PN789558 | 2023 | 709760 | BLAINE | 7/28/2022 | 7/31/2022 |
| 217 | LT | BENDIX | 232186 | 3HSDZAPR3PN789559 | 2023 | 709760 | BLOOMINGTON CA | 8/31/2022 | 8/31/2022 |
| 218 | LT | BENDIX | 232187 | 3HSDZAPRXPN789560 | 2023 | 709760 | BLOOMINGTON CA | 7/18/2022 | 7/31/2022 |
| 219 | LT | BENDIX | 232188 | 3HSDZAPR1PN789561 | 2023 | 709760 | BLOOMINGTON CA | 7/11/2022 | 7/31/2022 |
| 220 | LT | BENDIX | 232189 | 3HSDZAPR3PN789562 | 2023 | 709760 | BLOOMINGTON CA | 7/13/2022 | 7/31/2022 |
| 221 | LT | BENDIX | 232190 | 3HSDZAPR5PN789563 | 2023 | 709760 | BLOOMINGTON CA | 8/23/2022 | 8/31/2022 |
| 222 | LT | BENDIX | 232191 | 3HSDZAPR7PN789564 | 2023 | 709760 | BLOOMINGTON CA | 8/24/2022 | 8/31/2022 |
| 223 | LT | BENDIX | 232192 | 3HSDZAPR9PN789565 | 2023 | 709760 | BLAINE | 7/6/2022 | 7/31/2022 |
| 224 | LT | BENDIX | 232193 | 3HSDZAPR0PN789566 | 2023 | 709760 | BLAINE | 7/7/2022 | 7/31/2022 |
| 225 | LT | BENDIX | 232194 | 3HSDZAPR2PN789567 | 2023 | 709760 | BLAINE | 7/1/2022 | 7/31/2022 |
| 226 | LT | BENDIX | 232195 | 3HSDZAPR4PN789568 | 2023 | 709760 | BLAINE | 6/30/2022 | 6/30/2022 |
| 227 | LT | BENDIX | 232196 | 3HSDZAPR6PN789569 | 2023 | 709760 | BLAINE | 7/15/2022 | 7/31/2022 |
| 228 | LT | BENDIX | 232197 | 3HSDZAPR2PN789570 | 2023 | 709760 | BLAINE | 6/27/2022 | 6/30/2022 |
| 229 | LT | BENDIX | 232198 | 3HSDZAPR4PN789571 | 2023 | 709760 | TACOMA | 7/11/2022 | 7/31/2022 |
| 230 | LT | BENDIX | 232199 | 3HSDZAPR6PN789572 | 2023 | 709760 | TACOMA | 9/7/2022 | 9/30/2022 |
| 231 | LT | BENDIX | 232200 | 3HSDZAPR8PN789573 | 2023 | 709760 | INDIANAPOLIS | 8/23/2022 | 8/31/2022 |
| 232 | LT | BENDIX | 232201 | 3HSDZAPRXPN789574 | 2023 | 709760 | INDIANAPOLIS | 8/25/2022 | 8/31/2022 |
| 233 | LT | BENDIX | 232202 | 3HSDZAPR1PN789575 | 2023 | 709760 | INDIANAPOLIS | 8/19/2022 | 8/31/2022 |
| 234 | LT | BENDIX | 232203 | 3HSDZAPR3PN789576 | 2023 | 709760 | INDIANAPOLIS | 9/6/2022 | 9/30/2022 |
| 235 | LT | BENDIX | 232204 | 3HSDZAPR5PN789577 | 2023 | 709760 | INDIANAPOLIS | 9/12/2022 | 9/30/2022 |
| 236 | LT | BENDIX | 232205 | 3HSDZAPR7PN789578 | 2023 | 709760 | INDIANAPOLIS | 9/1/2022 | 9/30/2022 |
| 237 | LT | BENDIX | 232206 | 3HSDZAPR9PN789579 | 2023 | 709760 | INDIANAPOLIS | 6/30/2022 | 6/30/2022 |
| 238 | LT | BENDIX | 232207 | 3HSDZAPR5PN789580 | 2023 | 709760 | INDIANAPOLIS | 6/30/2022 | 6/30/2022 |
| 239 | LT | BENDIX | 232208 | 3HSDZAPR7PN789581 | 2023 | 709760 | BLOOMINGTON CA | 9/29/2022 | 9/30/2022 |
| 240 | LT | BENDIX | 232209 | 3HSDZAPR9PN789582 | 2023 | 709760 | BLOOMINGTON CA | 7/25/2022 | 7/31/2022 |
| 241 | LT | BENDIX | 232210 | 3HSDZAPR0PN789583 | 2023 | 709760 | BLOOMINGTON CA | 7/11/2022 | 7/31/2022 |
| 242 | LT | BENDIX | 232211 | 3HSDZAPR2PN789584 | 2023 | 709760 | BLOOMINGTON CA | 7/5/2022 | 7/31/2022 |
| 243 | LT | BENDIX | 232212 | 3HSDZAPR4PN789585 | 2023 | 709760 | BLOOMINGTON CA | 7/11/2022 | 7/31/2022 |
| 244 | LT | BENDIX | 232213 | 3HSDZAPR6PN789586 | 2023 | 709760 | BLOOMINGTON CA | 7/13/2022 | 7/31/2022 |
| 245 | LT | BENDIX | 232214 | 3HSDZAPR8PN789587 | 2023 | 709760 | BLOOMINGTON CA | 7/11/2022 | 7/31/2022 |
| 246 | LT | BENDIX | 232215 | 3HSDZAPRXPN789588 | 2023 | 709760 | WALBRIDGE | 8/23/2022 | 8/31/2022 |
| 247 | LT | BENDIX | 232216 | 3HSDZAPR1PN789589 | 2023 | 709760 | WALBRIDGE | 8/24/2022 | 8/31/2022 |

**GLS Leasco, Inc. et al v. Navistar, Inc.**                                          **Exhibit F**
**Detail of Navistar MY 2023 and MY 2024 Tractor Deliveries**

| | Model | BRAKES | Unit # | VIN | Year | Order # | LOCATION | Delivered Date | Delivery Month |
|---|---|---|---|---|---|---|---|---|---|
| 248 | LT | BENDIX | 232217 | 3HSDZAPR8PN789590 | 2023 | 709760 | WALBRIDGE | 9/27/2022 | 9/30/2022 |
| 249 | LT | BENDIX | 232218 | 3HSDZAPRXPN789591 | 2023 | 709760 | WALBRIDGE | 8/5/2022 | 8/31/2022 |
| 250 | LT | BENDIX | 232219 | 3HSDZAPR1PN789592 | 2023 | 709760 | WALBRIDGE | 9/6/2022 | 9/30/2022 |
| 251 | LT | BENDIX | 232220 | 3HSDZAPR3PN789593 | 2023 | 709760 | WALBRIDGE | 9/21/2022 | 9/30/2022 |
| 252 | LT | BENDIX | 232221 | 3HSDZAPR5PN789594 | 2023 | 709760 | WALBRIDGE | 8/3/2022 | 8/31/2022 |
| 253 | LT | BENDIX | 232222 | 3HSDZAPR7PN789595 | 2023 | 709760 | WALBRIDGE | 7/5/2022 | 7/31/2022 |
| 254 | LT | BENDIX | 232223 | 3HSDZAPR9PN789596 | 2023 | 709760 | WALBRIDGE | 7/13/2022 | 7/31/2022 |
| 255 | LT | BENDIX | 232224 | 3HSDZAPR0PN789597 | 2023 | 709760 | WALBRIDGE | 8/11/2022 | 8/31/2022 |
| 256 | LT | BENDIX | 232226 | 3HSDZAPR8PN822412 | 2023 | 709761 | HILLSIDE IL | 8/26/2022 | 8/31/2022 |
| 257 | LT | BENDIX | 232227 | 3HSDZAPRXPN822413 | 2023 | 709761 | HILLSIDE IL | 8/18/2022 | 8/31/2022 |
| 258 | LT | BENDIX | 232228 | 3HSDZAPR1PN822414 | 2023 | 709761 | HILLSIDE IL | 8/19/2022 | 8/31/2022 |
| 259 | LT | BENDIX | 232229 | 3HSDZAPR3PN822415 | 2023 | 709761 | HILLSIDE IL | 8/18/2022 | 8/31/2022 |
| 260 | LT | BENDIX | 232230 | 3HSDZAPR5PN822416 | 2023 | 709761 | HILLSIDE IL | 8/22/2022 | 8/31/2022 |
| 261 | LT | BENDIX | 232231 | 3HSDZAPR7PN822417 | 2023 | 709761 | HILLSIDE IL | 8/16/2022 | 8/31/2022 |
| 262 | LT | BENDIX | 232232 | 3HSDZAPR9PN822418 | 2023 | 709761 | HILLSIDE IL | 8/10/2022 | 8/31/2022 |
| 263 | LT | BENDIX | 232233 | 3HSDZAPR0PN822419 | 2023 | 709761 | HILLSIDE IL | 8/18/2022 | 8/31/2022 |
| 264 | LT | BENDIX | 232234 | 3HSDZAPR7PN822420 | 2023 | 709761 | HILLSIDE IL | 8/16/2022 | 8/31/2022 |
| 265 | LT | BENDIX | 232235 | 3HSDZAPR9PN822421 | 2023 | 709761 | HILLSIDE IL | 8/22/2022 | 8/31/2022 |
| 266 | LT | BENDIX | 232236 | 3HSDZAPR0PN822422 | 2023 | 709761 | HILLSIDE IL | 8/9/2022 | 8/31/2022 |
| 267 | LT | BENDIX | 232237 | 3HSDZAPR2PN822423 | 2023 | 709761 | HILLSIDE IL | 8/10/2022 | 8/31/2022 |
| 268 | LT | BENDIX | 232238 | 3HSDZAPR4PN822424 | 2023 | 709761 | BLOOMINGTON CA | 8/16/2022 | 8/31/2022 |
| 269 | LT | BENDIX | 232239 | 3HSDZAPR6PN822425 | 2023 | 709761 | BLOOMINGTON CA | 8/18/2022 | 8/31/2022 |
| 270 | LT | BENDIX | 232240 | 3HSDZAPR8PN822426 | 2023 | 709761 | BLOOMINGTON CA | 8/12/2022 | 8/31/2022 |
| 271 | LT | BENDIX | 232241 | 3HSDZAPRXPN822427 | 2023 | 709761 | BLOOMINGTON CA | 8/9/2022 | 8/31/2022 |
| 272 | LT | BENDIX | 232242 | 3HSDZAPR1PN822428 | 2023 | 709761 | BLOOMINGTON CA | 8/10/2022 | 8/31/2022 |
| 273 | LT | BENDIX | 232243 | 3HSDZAPR3PN822429 | 2023 | 709761 | BLOOMINGTON CA | 8/24/2022 | 8/31/2022 |
| 274 | LT | BENDIX | 232244 | 3HSDZAPRXPN822430 | 2023 | 709761 | BLOOMINGTON CA | 9/12/2022 | 9/30/2022 |
| 275 | LT | BENDIX | 232245 | 3HSDZAPR1PN822431 | 2023 | 709761 | BLOOMINGTON CA | 8/24/2022 | 8/31/2022 |
| 276 | LT | BENDIX | 232246 | 3HSDZAPR3PN822432 | 2023 | 709761 | BLOOMINGTON CA | 8/9/2022 | 8/31/2022 |
| 277 | LT | BENDIX | 232247 | 3HSDZAPR5PN822433 | 2023 | 709761 | BLOOMINGTON CA | 8/16/2022 | 8/31/2022 |
| 278 | LT | BENDIX | 232248 | 3HSDZAPR7PN822434 | 2023 | 709761 | BLOOMINGTON CA | 9/19/2022 | 9/30/2022 |
| 279 | LT | BENDIX | 232249 | 3HSDZAPR9PN822435 | 2023 | 709761 | BLOOMINGTON CA | 8/29/2022 | 8/31/2022 |

**GLS Leasco, Inc. et al v. Navistar, Inc.**  Exhibit F
**Detail of Navistar MY 2023 and MY 2024 Tractor Deliveries**

|  | Model | BRAKES | Unit # | VIN | Year | Order # | LOCATION | Delivered Date | Delivery Month |
|---|---|---|---|---|---|---|---|---|---|
| 280 | LT | BENDIX | 232250 | 3HSDZAPR0PN822436 | 2023 | 709761 | BLOOMINGTON CA | 8/10/2022 | 8/31/2022 |
| 281 | LT | BENDIX | 232251 | 3HSDZAPR2PN822437 | 2023 | 709761 | BLOOMINGTON CA | 8/10/2022 | 8/31/2022 |
| 282 | LT | BENDIX | 232252 | 3HSDZAPR4PN822438 | 2023 | 709761 | BLOOMINGTON CA | 8/29/2022 | 8/31/2022 |
| 283 | LT | BENDIX | 232253 | 3HSDZAPR6PN822439 | 2023 | 709761 | BLOOMINGTON CA | 8/9/2022 | 8/31/2022 |
| 284 | LT | BENDIX | 232254 | 3HSDZAPR2PN822440 | 2023 | 709761 | BLOOMINGTON CA | 8/18/2022 | 8/31/2022 |
| 285 | LT | BENDIX | 232255 | 3HSDZAPR4PN822441 | 2023 | 709761 | BLOOMINGTON CA | 8/8/2022 | 8/31/2022 |
| 286 | LT | BENDIX | 232256 | 3HSDZAPR6PN822442 | 2023 | 709761 | BLOOMINGTON CA | 8/8/2022 | 8/31/2022 |
| 287 | LT | BENDIX | 232257 | 3HSDZAPR8PN822443 | 2023 | 709761 | BLOOMINGTON CA | 8/18/2022 | 8/31/2022 |
| 288 | LT | BENDIX | 232258 | 3HSDZAPRXPN822444 | 2023 | 709761 | VANDALIA | 8/2/2022 | 8/31/2022 |
| 289 | LT | BENDIX | 232259 | 3HSDZAPR1PN822445 | 2023 | 709761 | VANDALIA | 9/1/2022 | 9/30/2022 |
| 290 | LT | BENDIX | 232260 | 3HSDZAPR3PN822446 | 2023 | 709761 | VANDALIA | 9/5/2022 | 9/30/2022 |
| 291 | LT | BENDIX | 232261 | 3HSDZAPR5PN822447 | 2023 | 709761 | VANDALIA | 9/7/2022 | 9/30/2022 |
| 292 | LT | BENDIX | 232262 | 3HSDZAPR7PN822448 | 2023 | 709761 | VANDALIA | 8/4/2022 | 8/31/2022 |
| 293 | LT | BENDIX | 232263 | 3HSDZAPR9PN822449 | 2023 | 709761 | VANDALIA | 8/10/2022 | 8/31/2022 |
| 294 | LT | BENDIX | 232264 | 3HSDZAPR5PN822450 | 2023 | 709761 | VANDALIA | 7/29/2022 | 7/31/2022 |
| 295 | LT | BENDIX | 232265 | 3HSDZAPR7PN822451 | 2023 | 709761 | VANDALIA | 8/3/2022 | 8/31/2022 |
| 296 | LT | BENDIX | 232266 | 3HSDZAPR9PN822452 | 2023 | 709761 | VANDALIA | 8/3/2022 | 8/31/2022 |
| 297 | LT | BENDIX | 232267 | 3HSDZAPR0PN822453 | 2023 | 709761 | VANDALIA | 8/4/2022 | 8/31/2022 |
| 298 | LT | BENDIX | 232268 | 3HSDZAPR2PN822454 | 2023 | 709761 | INDIANAPOLIS | 7/29/2022 | 7/31/2022 |
| 299 | LT | BENDIX | 232269 | 3HSDZAPR4PN822455 | 2023 | 709761 | INDIANAPOLIS | 8/8/2022 | 8/31/2022 |
| 300 | LT | BENDIX | 232270 | 3HSDZAPR6PN822456 | 2023 | 709761 | INDIANAPOLIS | 8/9/2022 | 8/31/2022 |
| 301 | LT | BENDIX | 232271 | 3HSDZAPR8PN822457 | 2023 | 709761 | INDIANAPOLIS | 8/15/2022 | 8/31/2022 |
| 302 | LT | BENDIX | 232272 | 3HSDZAPRXPN822458 | 2023 | 709761 | INDIANAPOLIS | 8/15/2022 | 8/31/2022 |
| 303 | LT | BENDIX | 232273 | 3HSDZAPR1PN822459 | 2023 | 709761 | INDIANAPOLIS | 8/15/2022 | 8/31/2022 |
| 304 | LT | BENDIX | 232274 | 3HSDZAPR8PN822460 | 2023 | 709761 | INDIANAPOLIS | 8/9/2022 | 8/31/2022 |
| 305 | LT | BENDIX | 232275 | 3HSDZAPRXPN822461 | 2023 | 709761 | BLOOMINGTON CA | 8/16/2022 | 8/31/2022 |
| 306 | LT | BENDIX | 232276 | 3HSDZAPR1PN822462 | 2023 | 709761 | BLOOMINGTON CA | 8/22/2022 | 8/31/2022 |
| 307 | LT | BENDIX | 232277 | 3HSDZAPR3PN822463 | 2023 | 709761 | BLOOMINGTON CA | 8/22/2022 | 8/31/2022 |
| 308 | LT | BENDIX | 232278 | 3HSDZAPR5PN822464 | 2023 | 709761 | BLOOMINGTON CA | 8/10/2022 | 8/31/2022 |
| 309 | LT | BENDIX | 232279 | 3HSDZAPR7PN822465 | 2023 | 709761 | BLOOMINGTON CA | 8/16/2022 | 8/31/2022 |
| 310 | LT | BENDIX | 232280 | 3HSDZAPR9PN822466 | 2023 | 709761 | BLOOMINGTON CA | 8/8/2022 | 8/31/2022 |
| 311 | LT | BENDIX | 232281 | 3HSDZAPR0PN822467 | 2023 | 709761 | BLOOMINGTON CA | 8/16/2022 | 8/31/2022 |

**GLS Leasco, Inc. et al v. Navistar, Inc.**  **Exhibit F**
**Detail of Navistar MY 2023 and MY 2024 Tractor Deliveries**

| | Model | BRAKES | Unit # | VIN | Year | Order # | LOCATION | Delivered Date | Delivery Month |
|---|---|---|---|---|---|---|---|---|---|
| 312 | LT | BENDIX | 232282 | 3HSDZAPR2PN822468 | 2023 | 709761 | BLOOMINGTON CA | 8/18/2022 | 8/31/2022 |
| 313 | LT | BENDIX | 232283 | 3HSDZAPR4PN822469 | 2023 | 709761 | BLOOMINGTON CA | 8/18/2022 | 8/31/2022 |
| 314 | LT | BENDIX | 232284 | 3HSDZAPR0PN822470 | 2023 | 709761 | BLOOMINGTON CA | 8/16/2022 | 8/31/2022 |
| 315 | LT | BENDIX | 232285 | 3HSDZAPR2PN822471 | 2023 | 709761 | BLOOMINGTON CA | 8/16/2022 | 8/31/2022 |
| 316 | LT | BENDIX | 232286 | 3HSDZAPR4PN822472 | 2023 | 709761 | BLOOMINGTON CA | 8/12/2022 | 8/31/2022 |
| 317 | LT | BENDIX | 232287 | 3HSDZAPR6PN822473 | 2023 | 709761 | BLOOMINGTON CA | 9/1/2022 | 9/30/2022 |
| 318 | LT | BENDIX | 232288 | 3HSDZAPR8PN822474 | 2023 | 709761 | BLOOMINGTON CA | 8/29/2022 | 8/31/2022 |
| 319 | LT | BENDIX | 232289 | 3HSDZAPRXPN822475 | 2023 | 709761 | BLOOMINGTON CA | 8/23/2022 | 8/31/2022 |
| 320 | LT | BENDIX | 232290 | 3HSDZAPR1PN822476 | 2023 | 709761 | TACOMA | 8/16/2022 | 8/31/2022 |
| 321 | LT | BENDIX | 232291 | 3HSDZAPR3PN822477 | 2023 | 709761 | TACOMA | 9/21/2022 | 9/30/2022 |
| 322 | LT | BENDIX | 232292 | 3HSDZAPR5PN822478 | 2023 | 709761 | TACOMA | 8/23/2022 | 8/31/2022 |
| 323 | LT | BENDIX | 232293 | 3HSDZAPR7PN822479 | 2023 | 709761 | TACOMA | 8/23/2022 | 8/31/2022 |
| 324 | LT | BENDIX | 232294 | 3HSDZAPR3PN822480 | 2023 | 709761 | TACOMA | 8/25/2022 | 8/31/2022 |
| 325 | LT | BENDIX | 232295 | 3HSDZAPR5PN822481 | 2023 | 709761 | TACOMA | 8/29/2022 | 8/31/2022 |
| 326 | LT | BENDIX | 232296 | 3HSDZAPR7PN822482 | 2023 | 709761 | TACOMA | 8/16/2022 | 8/31/2022 |
| 327 | LT | BENDIX | 232297 | 3HSDZAPR9PN822483 | 2023 | 709761 | TACOMA | 8/17/2022 | 8/31/2022 |
| 328 | LT | BENDIX | 232298 | 3HSDZAPR0PN822484 | 2023 | 709761 | TACOMA | 8/23/2022 | 8/31/2022 |
| 329 | LT | BENDIX | 232299 | 3HSDZAPR2PN822485 | 2023 | 709761 | TACOMA | 8/16/2022 | 8/31/2022 |
| 330 | LT | BENDIX | 232300 | 3HSDZAPR4PN822553 | 2023 | 709763 | KANSAS CITY | 11/21/2022 | 11/30/2022 |
| 331 | LT | BENDIX | 232301 | 3HSDZAPR6PN822554 | 2023 | 709763 | KANSAS CITY | 11/21/2022 | 11/30/2022 |
| 332 | LT | BENDIX | 232302 | 3HSDZAPR8PN822555 | 2023 | 709763 | KANSAS CITY | 11/28/2022 | 11/30/2022 |
| 333 | LT | BENDIX | 232303 | 3HSDZAPRXPN822556 | 2023 | 709763 | KANSAS CITY | 11/23/2022 | 11/30/2022 |
| 334 | LT | BENDIX | 232304 | 3HSDZAPR1PN822557 | 2023 | 709763 | KANSAS CITY | 11/21/2022 | 11/30/2022 |
| 335 | LT | BENDIX | 232305 | 3HSDZAPR3PN822558 | 2023 | 709763 | KANSAS CITY | 11/30/2022 | 11/30/2022 |
| 336 | LT | BENDIX | 232306 | 3HSDZAPR5PN822559 | 2023 | 709763 | WALBRIDGE | 12/9/2022 | 12/31/2022 |
| 337 | LT | BENDIX | 232307 | 3HSDZAPR1PN822560 | 2023 | 709763 | WALBRIDGE | 12/2/2022 | 12/31/2022 |
| 338 | LT | BENDIX | 232308 | 3HSDZAPR3PN822561 | 2023 | 709763 | WALBRIDGE | 12/2/2022 | 12/31/2022 |
| 339 | LT | BENDIX | 232309 | 3HSDZAPR5PN822562 | 2023 | 709763 | WALBRIDGE | 12/6/2022 | 12/31/2022 |
| 340 | LT | BENDIX | 232310 | 3HSDZAPR7PN822563 | 2023 | 709763 | WALBRIDGE | 11/22/2022 | 11/30/2022 |
| 341 | LT | BENDIX | 232311 | 3HSDZAPR9PN822564 | 2023 | 709763 | WALBRIDGE | 12/9/2022 | 12/31/2022 |
| 342 | LT | BENDIX | 232312 | 3HSDZAPR0PN822565 | 2023 | 709763 | BLOOMINGTON CA | 11/30/2022 | 11/30/2022 |
| 343 | LT | BENDIX | 232313 | 3HSDZAPR2PN822566 | 2023 | 709763 | BLOOMINGTON CA | 11/22/2022 | 11/30/2022 |

**GLS Leasco, Inc. et al v. Navistar, Inc.**                                                                    **Exhibit F**
**Detail of Navistar MY 2023 and MY 2024 Tractor Deliveries**

| | Model | BRAKES | Unit # | VIN | Year | Order # | LOCATION | Delivered Date | Delivery Month |
|---|---|---|---|---|---|---|---|---|---|
| 344 | LT | BENDIX | 232314 | 3HSDZAPR4PN822567 | 2023 | 709763 | BLOOMINGTON CA | 11/21/2022 | 11/30/2022 |
| 345 | LT | BENDIX | 232315 | 3HSDZAPR6PN822568 | 2023 | 709763 | BLOOMINGTON CA | 11/22/2022 | 11/30/2022 |
| 346 | LT | BENDIX | 232316 | 3HSDZAPR8PN822569 | 2023 | 709763 | BLOOMINGTON CA | 11/21/2022 | 11/30/2022 |
| 347 | LT | BENDIX | 232317 | 3HSDZAPR4PN822570 | 2023 | 709763 | BLOOMINGTON CA | 11/22/2022 | 11/30/2022 |
| 348 | LT | BENDIX | 232318 | 3HSDZAPR6PN822571 | 2023 | 709763 | BLOOMINGTON CA | 11/22/2022 | 11/30/2022 |
| 349 | LT | BENDIX | 232319 | 3HSDZAPR8PN822572 | 2023 | 709763 | BLOOMINGTON CA | 11/30/2022 | 11/30/2022 |
| 350 | LT | BENDIX | 232320 | 3HSDZAPRXPN822573 | 2023 | 709763 | BLOOMINGTON CA | 11/28/2022 | 11/30/2022 |
| 351 | LT | BENDIX | 232321 | 3HSDZAPR1PN822574 | 2023 | 709763 | BLOOMINGTON CA | 11/30/2022 | 11/30/2022 |
| 352 | LT | BENDIX | 232322 | 3HSDZAPR3PN822575 | 2023 | 709763 | BLOOMINGTON CA | 11/23/2022 | 11/30/2022 |
| 353 | LT | BENDIX | 232323 | 3HSDZAPR5PN822576 | 2023 | 709763 | BLOOMINGTON CA | 11/30/2022 | 11/30/2022 |
| 354 | LT | BENDIX | 232324 | 3HSDZAPR7PN822577 | 2023 | 709763 | BLOOMINGTON CA | 11/22/2022 | 11/30/2022 |
| 355 | LT | BENDIX | 232325 | 3HSDZAPR9PN822578 | 2023 | 709763 | BLOOMINGTON CA | 11/23/2022 | 11/30/2022 |
| 356 | LT | BENDIX | 232326 | 3HSDZAPR0PN822579 | 2023 | 709763 | BLOOMINGTON CA | 11/28/2022 | 11/30/2022 |
| 357 | LT | BENDIX | 232327 | 3HSDZAPR7PN822580 | 2023 | 709763 | BLOOMINGTON CA | 11/22/2022 | 11/30/2022 |
| 358 | LT | BENDIX | 232328 | 3HSDZAPR9PN822581 | 2023 | 709763 | BLOOMINGTON CA | 11/28/2022 | 11/30/2022 |
| 359 | LT | BENDIX | 232329 | 3HSDZAPR0PN822582 | 2023 | 709763 | BLOOMINGTON CA | 11/28/2022 | 11/30/2022 |
| 360 | LT | BENDIX | 232330 | 3HSDZAPR2PN822583 | 2023 | 709763 | HILLSIDE IL | 12/2/2022 | 12/31/2022 |
| 361 | LT | BENDIX | 232331 | 3HSDZAPR4PN822584 | 2023 | 709763 | HILLSIDE IL | 12/5/2022 | 12/31/2022 |
| 362 | LT | BENDIX | 232332 | 3HSDZAPR6PN822585 | 2023 | 709763 | HILLSIDE IL | 12/6/2022 | 12/31/2022 |
| 363 | LT | BENDIX | 232333 | 3HSDZAPR8PN822586 | 2023 | 709763 | HILLSIDE IL | 11/23/2022 | 11/30/2022 |
| 364 | LT | BENDIX | 232334 | 3HSDZAPRXPN822587 | 2023 | 709763 | HILLSIDE IL | 12/2/2022 | 12/31/2022 |
| 365 | LT | BENDIX | 232335 | 3HSDZAPR1PN822588 | 2023 | 709763 | HILLSIDE IL | 11/29/2022 | 11/30/2022 |
| 366 | LT | BENDIX | 232336 | 3HSDZAPR3PN822589 | 2023 | 709763 | HILLSIDE IL | 12/6/2022 | 12/31/2022 |
| 367 | LT | BENDIX | 232337 | 3HSDZAPRXPN822590 | 2023 | 709763 | HILLSIDE IL | 12/2/2022 | 12/31/2022 |
| 368 | LT | BENDIX | 232338 | 3HSDZAPR1PN822591 | 2023 | 709763 | HILLSIDE IL | 11/29/2022 | 11/30/2022 |
| 369 | LT | BENDIX | 232339 | 3HSDZAPR3PN822592 | 2023 | 709763 | BLOOMINGTON CA | 12/5/2022 | 12/31/2022 |
| 370 | LT | BENDIX | 232340 | 3HSDZAPR5PN822593 | 2023 | 709763 | BLOOMINGTON CA | 11/30/2022 | 11/30/2022 |
| 371 | LT | BENDIX | 232341 | 3HSDZAPR7PN822594 | 2023 | 709763 | BLOOMINGTON CA | 12/5/2022 | 12/31/2022 |
| 372 | LT | BENDIX | 232342 | 3HSDZAPR9PN822595 | 2023 | 709763 | BLOOMINGTON CA | 12/1/2022 | 12/31/2022 |
| 373 | LT | BENDIX | 232343 | 3HSDZAPR0PN822596 | 2023 | 709763 | BLOOMINGTON CA | 1/10/2023 | 1/31/2023 |
| 374 | LT | BENDIX | 232344 | 3HSDZAPR2PN822597 | 2023 | 709763 | BLOOMINGTON CA | 12/1/2022 | 12/31/2022 |
| 375 | LT | BENDIX | 232345 | 3HSDZAPR4PN822598 | 2023 | 709763 | BLOOMINGTON CA | 12/16/2022 | 12/31/2022 |

**GLS Leasco, Inc. et al v. Navistar, Inc.**
**Detail of Navistar MY 2023 and MY 2024 Tractor Deliveries**

**Exhibit F**

| | Model | BRAKES | Unit # | VIN | Year | Order # | LOCATION | Delivered Date | Delivery Month |
|---|---|---|---|---|---|---|---|---|---|
| 376 | LT | BENDIX | 232346 | 3HSDZAPR6PN822599 | 2023 | 709763 | BLOOMINGTON CA | 1/12/2023 | 1/31/2023 |
| 377 | LT | BENDIX | 232347 | 3HSDZAPR9PN822600 | 2023 | 709763 | BLOOMINGTON CA | 12/9/2022 | 12/31/2022 |
| 378 | LT | BENDIX | 232348 | 3HSDZAPR0PN822601 | 2023 | 709763 | BLOOMINGTON CA | 12/16/2022 | 12/31/2022 |
| 379 | LT | BENDIX | 232349 | 3HSDZAPR2PN822602 | 2023 | 709763 | BLOOMINGTON CA | 12/1/2022 | 12/31/2022 |
| 380 | LT | BENDIX | 232350 | 3HSDZAPR4PN822603 | 2023 | 709763 | BLOOMINGTON CA | 12/1/2022 | 12/31/2022 |
| 381 | LT | BENDIX | 232351 | 3HSDZAPR6PN822604 | 2023 | 709763 | BLOOMINGTON CA | 12/6/2022 | 12/31/2022 |
| 382 | LT | BENDIX | 232352 | 3HSDZAPR8PN822605 | 2023 | 709763 | BLOOMINGTON CA | 12/9/2022 | 12/31/2022 |
| 383 | LT | BENDIX | 232353 | 3HSDZAPRXPN822606 | 2023 | 709763 | BLOOMINGTON CA | 12/22/2022 | 12/31/2022 |
| 384 | LT | BENDIX | 232354 | 3HSDZAPR1PN822607 | 2023 | 709763 | BLOOMINGTON CA | 12/5/2022 | 12/31/2022 |
| 385 | LT | BENDIX | 232355 | 3HSDZAPR3PN822608 | 2023 | 709763 | BLOOMINGTON CA | 12/19/2022 | 12/31/2022 |
| 386 | LT | BENDIX | 232356 | 3HSDZAPR5PN822609 | 2023 | 709763 | VANDALIA | 12/5/2022 | 12/31/2022 |
| 387 | LT | BENDIX | 232357 | 3HSDZAPR1PN822610 | 2023 | 709763 | VANDALIA | 12/6/2022 | 12/31/2022 |
| 388 | LT | BENDIX | 232358 | 3HSDZAPR3PN822611 | 2023 | 709763 | VANDALIA | 12/9/2022 | 12/31/2022 |
| 389 | LT | BENDIX | 232359 | 3HSDZAPR5PN822612 | 2023 | 709763 | VANDALIA | 12/6/2022 | 12/31/2022 |
| 390 | LT | BENDIX | 232360 | 3HSDZAPR7PN822613 | 2023 | 709763 | VANDALIA | 12/5/2022 | 12/31/2022 |
| 391 | LT | BENDIX | 232361 | 3HSDZAPR9PN822614 | 2023 | 709763 | VANDALIA | 12/5/2022 | 12/31/2022 |
| 392 | LT | BENDIX | 232362 | 3HSDZAPR0PN822615 | 2023 | 709763 | VANDALIA | 12/9/2022 | 12/31/2022 |
| 393 | LT | BENDIX | 232363 | 3HSDZAPR2PN822616 | 2023 | 709763 | VANDALIA | 12/13/2022 | 12/31/2022 |
| 394 | LT | BENDIX | 232364 | 3HSDZAPR4PN822617 | 2023 | 709763 | VANDALIA | 2/21/2023 | 2/28/2023 |
| 395 | LT | BENDIX | 232365 | 3HSDZAPR6PN822618 | 2023 | 709763 | VANDALIA | 12/5/2022 | 12/31/2022 |
| 396 | LT | BENDIX | 232366 | 3HSDZAPR8PN822619 | 2023 | 709763 | VANDALIA | 12/14/2022 | 12/31/2022 |
| 397 | LT | BENDIX | 232367 | 3HSDZAPR4PN822620 | 2023 | 709763 | INDIANAPOLIS | 12/13/2022 | 12/31/2022 |
| 398 | LT | BENDIX | 232368 | 3HSDZAPR6PN822621 | 2023 | 709763 | INDIANAPOLIS | 12/6/2022 | 12/31/2022 |
| 399 | LT | BENDIX | 232369 | 3HSDZAPR8PN822622 | 2023 | 709763 | INDIANAPOLIS | 12/5/2022 | 12/31/2022 |
| 400 | LT | BENDIX | 232370 | 3HSDZAPRXPN822623 | 2023 | 709763 | INDIANAPOLIS | 12/12/2022 | 12/31/2022 |
| 401 | LT | BENDIX | 232371 | 3HSDZAPR1PN822624 | 2023 | 709763 | INDIANAPOLIS | 12/8/2022 | 12/31/2022 |
| 402 | LT | BENDIX | 232372 | 3HSDZAPR3PN822625 | 2023 | 709763 | INDIANAPOLIS | 12/12/2022 | 12/31/2022 |
| 403 | LT | BENDIX | 232373 | 3HSDZAPR5PN822626 | 2023 | 709763 | INDIANAPOLIS | 12/13/2022 | 12/31/2022 |
| 404 | LT | BENDIX | 232374 | 3HSDZAPR7PN822627 | 2023 | 709763 | INDIANAPOLIS | 12/8/2022 | 12/31/2022 |

**GLS Leasco, Inc. et al  v. Navistar, Inc.**                                                              **Exhibit F**
**Detail of Navistar MY 2023 and MY 2024 Tractor Deliveries**

| | Model | BRAKES | Unit # | VIN | Year | Order # | LOCATION | Delivered Date | Delivery Month |
|---|---|---|---|---|---|---|---|---|---|
| 405 | LT | WABCO | 232375 | 3HSDZAPR3PN876068 | 2023 | 709764 | INDIANAPOLIS | 1/20/2023 | 1/31/2023 |
| 406 | LT | WABCO | 232376 | 3HSDZAPR5PN876069 | 2023 | 709764 | INDIANAPOLIS | 1/20/2023 | 1/31/2023 |
| 407 | LT | WABCO | 232377 | 3HSDZAPR1PN876070 | 2023 | 709764 | INDIANAPOLIS | 1/24/2023 | 1/31/2023 |
| 408 | LT | WABCO | 232378 | 3HSDZAPR3PN876071 | 2023 | 709764 | BLOOMINGTON CA | 1/13/2023 | 1/31/2023 |
| 409 | LT | WABCO | 232379 | 3HSDZAPR5PN876072 | 2023 | 709764 | BLOOMINGTON CA | 1/17/2023 | 1/31/2023 |
| 410 | LT | WABCO | 232380 | 3HSDZAPR7PN876073 | 2023 | 709764 | BLOOMINGTON CA | 1/27/2023 | 1/31/2023 |
| 411 | LT | WABCO | 232381 | 3HSDZAPR9PN876074 | 2023 | 709764 | BLOOMINGTON CA | 1/17/2023 | 1/31/2023 |
| 412 | LT | WABCO | 232382 | 3HSDZAPR0PN876075 | 2023 | 709764 | BLOOMINGTON CA | 1/13/2023 | 1/31/2023 |
| 413 | LT | WABCO | 232383 | 3HSDZAPR2PN876076 | 2023 | 709764 | BLOOMINGTON CA | 1/13/2023 | 1/31/2023 |
| 414 | LT | WABCO | 232384 | 3HSDZAPR4PN876077 | 2023 | 709764 | BLOOMINGTON CA | 1/13/2023 | 1/31/2023 |
| 415 | LT | WABCO | 232385 | 3HSDZAPR6PN876078 | 2023 | 709764 | BLOOMINGTON CA | 1/17/2023 | 1/31/2023 |
| 416 | LT | WABCO | 232386 | 3HSDZAPR8PN876079 | 2023 | 709764 | BLOOMINGTON CA | 1/18/2023 | 1/31/2023 |
| 417 | LT | WABCO | 232387 | 3HSDZAPR4PN876080 | 2023 | 709764 | BLOOMINGTON CA | 1/17/2023 | 1/31/2023 |
| 418 | LT | WABCO | 232388 | 3HSDZAPR6PN876081 | 2023 | 709764 | BLOOMINGTON CA | 2/7/2023 | 2/28/2023 |
| 419 | LT | WABCO | 232389 | 3HSDZAPR8PN876082 | 2023 | 709764 | BLOOMINGTON CA | 1/17/2023 | 1/31/2023 |
| 420 | LT | WABCO | 232390 | 3HSDZAPRXPN876083 | 2023 | 709764 | BLOOMINGTON CA | 1/17/2023 | 1/31/2023 |
| 421 | LT | WABCO | 232391 | 3HSDZAPR1PN876084 | 2023 | 709764 | BLOOMINGTON CA | 1/17/2023 | 1/31/2023 |
| 422 | LT | WABCO | 232392 | 3HSDZAPR3PN876085 | 2023 | 709764 | BLOOMINGTON CA | 1/17/2023 | 1/31/2023 |
| 423 | LT | WABCO | 232393 | 3HSDZAPR5PN876086 | 2023 | 709764 | WALBRIDGE | 1/31/2023 | 1/31/2023 |
| 424 | LT | WABCO | 232394 | 3HSDZAPR7PN876087 | 2023 | 709764 | WALBRIDGE | 2/1/2023 | 2/28/2023 |
| 425 | LT | WABCO | 242118 | 3HSDZAPR6RN053380 | 2024 | 709765 | HILLSIDE IL | 2/28/2023 | 2/28/2023 |
| 426 | LT | WABCO | 242027 | 3HSDZAPR8RN053381 | 2024 | 709765 | WALBRIDGE | 2/7/2023 | 2/28/2023 |
| 427 | LT | WABCO | 242028 | 3HSDZAPRXRN053382 | 2024 | 709765 | WALBRIDGE | 2/8/2023 | 2/28/2023 |
| 428 | LT | WABCO | 242029 | 3HSDZAPR1RN053383 | 2024 | 709765 | WALBRIDGE | 2/1/2023 | 2/28/2023 |
| 429 | LT | WABCO | 242030 | 3HSDZAPR3RN053384 | 2024 | 709765 | WALBRIDGE | 1/26/2023 | 1/31/2023 |
| 430 | LT | WABCO | 242031 | 3HSDZAPR5RN053385 | 2024 | 709765 | WALBRIDGE | 2/2/2023 | 2/28/2023 |
| 431 | LT | WABCO | 242032 | 3HSDZAPR7RN053386 | 2024 | 709765 | WALBRIDGE | 2/7/2023 | 2/28/2023 |
| 432 | LT | WABCO | 242033 | 3HSDZAPR9RN053387 | 2024 | 709765 | WALBRIDGE | 2/1/2023 | 2/28/2023 |
| 433 | LT | WABCO | 242034 | 3HSDZAPR0RN053388 | 2024 | 709765 | WALBRIDGE | 2/21/2023 | 2/28/2023 |
| 434 | LT | WABCO | 242035 | 3HSDZAPR2RN053389 | 2024 | 709765 | BLAINE | 1/22/2023 | 1/31/2023 |
| 435 | LT | WABCO | 242036 | 3HSDZAPR9RN053390 | 2024 | 709765 | BLAINE | 1/30/2023 | 1/31/2023 |
| 436 | LT | WABCO | 242037 | 3HSDZAPR0RN053391 | 2024 | 709765 | BLAINE | 2/10/2023 | 2/28/2023 |

**GLS Leasco, Inc. et al v. Navistar, Inc.**  **Exhibit F**
**Detail of Navistar MY 2023 and MY 2024 Tractor Deliveries**

|  | Model | BRAKES | Unit # | VIN | Year | Order # | LOCATION | Delivered Date | Delivery Month |
|---|---|---|---|---|---|---|---|---|---|
| 437 | LT | WABCO | 242038 | 3HSDZAPR2RN053392 | 2024 | 709765 | BLAINE | 1/26/2023 | 1/31/2023 |
| 438 | LT | WABCO | 242039 | 3HSDZAPR4RN053393 | 2024 | 709765 | BLAINE | 1/23/2023 | 1/31/2023 |
| 439 | LT | WABCO | 242040 | 3HSDZAPR6RN053394 | 2024 | 709765 | BLAINE | 1/23/2023 | 1/31/2023 |
| 440 | LT | WABCO | 242041 | 3HSDZAPR8RN053395 | 2024 | 709765 | BLAINE | 1/21/2023 | 1/31/2023 |
| 441 | LT | WABCO | 242042 | 3HSDZAPRXRN053396 | 2024 | 709765 | BLAINE | 1/27/2023 | 1/31/2023 |
| 442 | LT | WABCO | 242043 | 3HSDZAPR1RN053397 | 2024 | 709765 | BLAINE | 2/10/2023 | 2/28/2023 |
| 443 | LT | WABCO | 242044 | 3HSDZAPR3RN053398 | 2024 | 709765 | BLAINE | 1/25/2023 | 1/31/2023 |
| 444 | LT | WABCO | 242045 | 3HSDZAPR5RN053399 | 2024 | 709765 | BLAINE | 2/3/2023 | 2/28/2023 |
| 445 | LT | WABCO | 242046 | 3HSDZAPR8RN053400 | 2024 | 709765 | BLAINE | 2/3/2023 | 2/28/2023 |
| 446 | LT | WABCO | 242047 | 3HSDZAPRXRN053401 | 2024 | 709765 | BLAINE | 2/3/2023 | 2/28/2023 |
| 447 | LT | WABCO | 242048 | 3HSDZAPR1RN053402 | 2024 | 709765 | BLAINE | 2/10/2023 | 2/28/2023 |
| 448 | LT | WABCO | 242049 | 3HSDZAPR3RN053403 | 2024 | 709765 | GIBSONIA, PA | 2/21/2023 | 2/28/2023 |
| 449 | LT | WABCO | 242050 | 3HSDZAPR5RN053404 | 2024 | 709765 | GIBSONIA, PA | 2/28/2023 | 2/28/2023 |
| 450 | LT | WABCO | 242051 | 3HSDZAPR7RN053405 | 2024 | 709765 | GIBSONIA, PA | 2/22/2023 | 2/28/2023 |
| 451 | LT | WABCO | 242053 | 3HSDZAPR9RN053406 | 2024 | 709765 | GIBSONIA, PA | 2/28/2023 | 2/28/2023 |
| 452 | LT | WABCO | 242054 | 3HSDZAPR0RN053407 | 2024 | 709765 | BLOOMINGTON CA | 2/10/2023 | 2/28/2023 |
| 453 | LT | WABCO | 242055 | 3HSDZAPR2RN053408 | 2024 | 709765 | BLOOMINGTON CA | 2/2/2023 | 2/28/2023 |
| 454 | LT | WABCO | 242056 | 3HSDZAPR4RN053409 | 2024 | 709765 | BLOOMINGTON CA | 2/16/2023 | 2/28/2023 |
| 455 | LT | WABCO | 242057 | 3HSDZAPR0RN053410 | 2024 | 709765 | BLOOMINGTON CA | 1/26/2023 | 1/31/2023 |
| 456 | LT | WABCO | 242058 | 3HSDZAPR2RN053411 | 2024 | 709765 | BLOOMINGTON CA | 1/27/2023 | 1/31/2023 |
| 457 | LT | WABCO | 242059 | 3HSDZAPR4RN053412 | 2024 | 709765 | BLOOMINGTON CA | 2/13/2023 | 2/28/2023 |
| 458 | LT | WABCO | 242060 | 3HSDZAPR6RN053413 | 2024 | 709765 | BLOOMINGTON CA | 2/7/2023 | 2/28/2023 |
| 459 | LT | WABCO | 242061 | 3HSDZAPR8RN053414 | 2024 | 709765 | BLOOMINGTON CA | 2/7/2023 | 2/28/2023 |
| 460 | LT | WABCO | 242062 | 3HSDZAPRXRN053415 | 2024 | 709765 | BLOOMINGTON CA | 2/6/2023 | 2/28/2023 |
| 461 | LT | WABCO | 242063 | 3HSDZAPR1RN053416 | 2024 | 709765 | BLOOMINGTON CA | 2/7/2023 | 2/28/2023 |
| 462 | LT | WABCO | 242064 | 3HSDZAPR3RN053417 | 2024 | 709765 | BLOOMINGTON CA | 2/7/2023 | 2/28/2023 |
| 463 | LT | WABCO | 242065 | 3HSDZAPR5RN053418 | 2024 | 709765 | BLOOMINGTON CA | 1/27/2023 | 1/31/2023 |
| 464 | LT | WABCO | 242066 | 3HSDZAPR7RN053419 | 2024 | 709765 | BLOOMINGTON CA | 2/6/2023 | 2/28/2023 |
| 465 | LT | WABCO | 242067 | 3HSDZAPR3RN053420 | 2024 | 709765 | BLOOMINGTON CA | 1/26/2023 | 1/31/2023 |
| 466 | LT | WABCO | 242068 | 3HSDZAPR5RN053421 | 2024 | 709765 | BLOOMINGTON CA | 1/26/2023 | 1/31/2023 |
| 467 | LT | WABCO | 242069 | 3HSDZAPR7RN053422 | 2024 | 709765 | HILLSIDE IL | 2/21/2023 | 2/28/2023 |
| 468 | LT | WABCO | 242070 | 3HSDZAPR9RN053423 | 2024 | 709765 | HILLSIDE IL | 2/3/2023 | 2/28/2023 |

**GLS Leasco, Inc. et al v. Navistar, Inc.**                                                                                    **Exhibit F**
**Detail of Navistar MY 2023 and MY 2024 Tractor Deliveries**

|     | Model | BRAKES | Unit # | VIN | Year | Order # | LOCATION | Delivered Date | Delivery Month |
|-----|-------|--------|--------|-----|------|---------|----------|----------------|----------------|
| 469 | LT | WABCO | 242073 | 3HSDZAPR0RN053424 | 2024 | 709765 | HILLSIDE IL | 2/9/2023 | 2/28/2023 |
| 470 | LT | WABCO | 242074 | 3HSDZAPR2RN053425 | 2024 | 709765 | HILLSIDE IL | 2/16/2023 | 2/28/2023 |
| 471 | LT | WABCO | 242075 | 3HSDZAPR4RN053426 | 2024 | 709765 | HILLSIDE IL | 2/8/2023 | 2/28/2023 |
| 472 | LT | WABCO | 242076 | 3HSDZAPR6RN053427 | 2024 | 709765 | HILLSIDE IL | 2/8/2023 | 2/28/2023 |
| 473 | LT | WABCO | 242077 | 3HSDZAPR8RN053428 | 2024 | 709765 | HILLSIDE IL | 2/10/2023 | 2/28/2023 |
| 474 | LT | WABCO | 242078 | 3HSDZAPRXRN053429 | 2024 | 709765 | HILLSIDE IL | 2/15/2023 | 2/28/2023 |
| 475 | LT | WABCO | 242079 | 3HSDZAPR6RN053430 | 2024 | 709765 | KANSAS CITY | 2/2/2023 | 2/28/2023 |
| 476 | LT | WABCO | 242080 | 3HSDZAPR8RN053431 | 2024 | 709765 | KANSAS CITY | 2/6/2023 | 2/28/2023 |
| 477 | LT | WABCO | 242081 | 3HSDZAPRXRN053432 | 2024 | 709765 | KANSAS CITY | 2/7/2023 | 2/28/2023 |
| 478 | LT | WABCO | 242082 | 3HSDZAPR1RN053433 | 2024 | 709765 | KANSAS CITY | 1/30/2023 | 1/31/2023 |
| 479 | LT | WABCO | 242083 | 3HSDZAPR3RN053434 | 2024 | 709765 | KANSAS CITY | 1/27/2023 | 1/31/2023 |
| 480 | LT | WABCO | 242084 | 3HSDZAPR5RN053435 | 2024 | 709765 | KANSAS CITY | 2/7/2023 | 2/28/2023 |
| 481 | LT | WABCO | 242087 | 3HSDZAPR7RN053436 | 2024 | 709765 | KANSAS CITY | 1/30/2023 | 1/31/2023 |
| 482 | LT | WABCO | 242088 | 3HSDZAPR9RN053437 | 2024 | 709765 | INDIANAPOLIS | 2/20/2023 | 2/28/2023 |
| 483 | LT | WABCO | 242089 | 3HSDZAPR0RN053438 | 2024 | 709765 | INDIANAPOLIS | 1/31/2023 | 1/31/2023 |
| 484 | LT | WABCO | 242090 | 3HSDZAPR2RN053439 | 2024 | 709765 | TACOMA | 3/14/2023 | 3/31/2023 |
| 485 | LT | WABCO | 242091 | 3HSDZAPR9RN053440 | 2024 | 709765 | TACOMA | 2/27/2023 | 2/28/2023 |
| 486 | LT | WABCO | 242092 | 3HSDZAPR0RN053441 | 2024 | 709765 | TACOMA | 2/7/2023 | 2/28/2023 |
| 487 | LT | WABCO | 242093 | 3HSDZAPR2RN053442 | 2024 | 709765 | TACOMA | 2/6/2023 | 2/28/2023 |
| 488 | LT | WABCO | 242094 | 3HSDZAPR4RN053443 | 2024 | 709765 | TACOMA | 2/20/2023 | 2/28/2023 |
| 489 | LT | WABCO | 242095 | 3HSDZAPR6RN053444 | 2024 | 709765 | TACOMA | 2/6/2023 | 2/28/2023 |
| 490 | LT | WABCO | 242096 | 3HSDZAPR8RN053445 | 2024 | 709765 | TACOMA | 2/6/2023 | 2/28/2023 |
| 491 | LT | WABCO | 242097 | 3HSDZAPRXRN053446 | 2024 | 709765 | TACOMA | 2/20/2023 | 2/28/2023 |
| 492 | LT | WABCO | 242098 | 3HSDZAPR1RN053447 | 2024 | 709765 | TACOMA | 2/9/2023 | 2/28/2023 |
| 493 | LT | WABCO | 242102 | 3HSDZAPR3RN053448 | 2024 | 709765 | BLOOMINGTON CA | 2/15/2023 | 2/28/2023 |
| 494 | LT | WABCO | 242103 | 3HSDZAPR5RN053449 | 2024 | 709765 | BLOOMINGTON CA | 2/6/2023 | 2/28/2023 |
| 495 | LT | WABCO | 242119 | 3HSDZAPR1RN053450 | 2024 | 709765 | BLOOMINGTON CA | 2/10/2023 | 2/28/2023 |
| 496 | LT | WABCO | 242120 | 3HSDZAPR3RN053451 | 2024 | 709765 | BLOOMINGTON CA | 2/21/2023 | 2/28/2023 |
| 497 | LT | WABCO | 242121 | 3HSDZAPR5RN053452 | 2024 | 709765 | BLOOMINGTON CA | 2/7/2023 | 2/28/2023 |
| 498 | LT | WABCO | 242122 | 3HSDZAPR7RN053453 | 2024 | 709765 | BLOOMINGTON CA | 2/10/2023 | 2/28/2023 |
| 499 | LT | WABCO | 242123 | 3HSDZAPR9RN053454 | 2024 | 709765 | BLOOMINGTON CA | 2/14/2023 | 2/28/2023 |
| 500 | LT | WABCO | 242130 | 3HSDZAPR9RN109800 | 2024 | 709766 | BLOOMINGTON CA | 5/25/2023 | 5/31/2023 |

**GLS Leasco, Inc. et al v. Navistar, Inc.**                                                                    **Exhibit F**
**Detail of Navistar MY 2023 and MY 2024 Tractor Deliveries**

|     | Model | BRAKES | Unit # | VIN | Year | Order # | LOCATION | Delivered Date | Delivery Month |
|-----|-------|--------|--------|-----|------|---------|----------|----------------|----------------|
| 501 | LT | WABCO | 242131 | 3HSDZAPR0RN109801 | 2024 | 709766 | BLOOMINGTON CA | 3/10/2023 | 3/31/2023 |
| 502 | LT | WABCO | 242132 | 3HSDZAPR2RN109802 | 2024 | 709766 | BLOOMINGTON CA | 2/28/2023 | 2/28/2023 |
| 503 | LT | WABCO | 242133 | 3HSDZAPR4RN109803 | 2024 | 709766 | BLOOMINGTON CA | 3/7/2023 | 3/31/2023 |
| 504 | LT | WABCO | 242134 | 3HSDZAPR6RN109804 | 2024 | 709766 | BLOOMINGTON CA | 3/20/2023 | 3/31/2023 |
| 505 | LT | WABCO | 242135 | 3HSDZAPR8RN109805 | 2024 | 709766 | BLOOMINGTON CA | 3/17/2023 | 3/31/2023 |
| 506 | LT | WABCO | 242136 | 3HSDZAPRXRN109806 | 2024 | 709766 | BLOOMINGTON CA | 3/2/2023 | 3/31/2023 |
| 507 | LT | WABCO | 242137 | 3HSDZAPR1RN109807 | 2024 | 709766 | BLOOMINGTON CA | 4/19/2023 | 4/30/2023 |
| 508 | LT | WABCO | 242138 | 3HSDZAPR3RN109808 | 2024 | 709766 | BLOOMINGTON CA | 3/7/2023 | 3/31/2023 |
| 509 | LT | WABCO | 242139 | 3HSDZAPR5RN109809 | 2024 | 709766 | BLOOMINGTON CA | 3/10/2023 | 3/31/2023 |
| 510 | LT | WABCO | 242140 | 3HSDZAPR1RN109810 | 2024 | 709766 | BLOOMINGTON CA | 3/28/2023 | 3/31/2023 |
| 511 | LT | WABCO | 242141 | 3HSDZAPR3RN109811 | 2024 | 709766 | BLAINE | 2/20/2023 | 2/28/2023 |
| 512 | LT | WABCO | 242142 | 3HSDZAPR5RN109812 | 2024 | 709766 | BLAINE | 2/20/2023 | 2/28/2023 |
| 513 | LT | WABCO | 242143 | 3HSDZAPR7RN109813 | 2024 | 709766 | BLAINE | 2/21/2023 | 2/28/2023 |
| 514 | LT | WABCO | 242144 | 3HSDZAPR9RN109814 | 2024 | 709766 | BLAINE | 2/20/2023 | 2/28/2023 |
| 515 | LT | WABCO | 242145 | 3HSDZAPR0RN109815 | 2024 | 709766 | BLAINE | 3/7/2023 | 3/31/2023 |
| 516 | LT | WABCO | 242146 | 3HSDZAPR2RN109816 | 2024 | 709766 | BLAINE | 2/27/2023 | 2/28/2023 |
| 517 | LT | WABCO | 242147 | 3HSDZAPR4RN109817 | 2024 | 709766 | BLAINE | 3/8/2023 | 3/31/2023 |
| 518 | LT | WABCO | 242148 | 3HSDZAPR6RN109818 | 2024 | 709766 | BLAINE | 2/27/2023 | 2/28/2023 |
| 519 | LT | WABCO | 242149 | 3HSDZAPR8RN109819 | 2024 | 709766 | BLAINE | 2/28/2023 | 2/28/2023 |
| 520 | LT | WABCO | 242150 | 3HSDZAPR4RN109820 | 2024 | 709766 | BLAINE | 2/27/2023 | 2/28/2023 |
| 521 | LT | WABCO | 242151 | 3HSDZAPR6RN109821 | 2024 | 709766 | BLAINE | 3/15/2023 | 3/31/2023 |
| 522 | LT | WABCO | 242152 | 3HSDZAPR8RN109822 | 2024 | 709766 | BLAINE | 3/2/2023 | 3/31/2023 |
| 523 | LT | WABCO | 242153 | 3HSDZAPRXRN109823 | 2024 | 709766 | BLAINE | 2/28/2023 | 2/28/2023 |
| 524 | LT | WABCO | 242154 | 3HSDZAPR1RN109824 | 2024 | 709766 | BLAINE | 2/27/2023 | 2/28/2023 |
| 525 | LT | WABCO | 242155 | 3HSDZAPR3RN109825 | 2024 | 709766 | WALBRIDGE | 3/15/2023 | 3/31/2023 |
| 526 | LT | WABCO | 242156 | 3HSDZAPR5RN109826 | 2024 | 709766 | WALBRIDGE | 3/13/2023 | 3/31/2023 |
| 527 | LT | WABCO | 242157 | 3HSDZAPR7RN109827 | 2024 | 709766 | WALBRIDGE | 3/8/2023 | 3/31/2023 |
| 528 | LT | WABCO | 242158 | 3HSDZAPR9RN109828 | 2024 | 709766 | WALBRIDGE | 3/13/2023 | 3/31/2023 |
| 529 | LT | WABCO | 242159 | 3HSDZAPR0RN109829 | 2024 | 709766 | WALBRIDGE | 3/9/2023 | 3/31/2023 |
| 530 | LT | WABCO | 242160 | 3HSDZAPR7RN109830 | 2024 | 709766 | WALBRIDGE | 3/9/2023 | 3/31/2023 |
| 531 | LT | WABCO | 242161 | 3HSDZAPR9RN109831 | 2024 | 709766 | WALBRIDGE | 3/17/2023 | 3/31/2023 |
| 532 | LT | WABCO | 242162 | 3HSDZAPR0RN109832 | 2024 | 709766 | WALBRIDGE | 3/22/2023 | 3/31/2023 |

**GLS Leasco, Inc. et al v. Navistar, Inc.**                                                                                     **Exhibit F**
**Detail of Navistar MY 2023 and MY 2024 Tractor Deliveries**

|     | Model | BRAKES | Unit # | VIN | Year | Order # | LOCATION | Delivered Date | Delivery Month |
|-----|-------|--------|--------|-----|------|---------|----------|----------------|----------------|
| 533 | LT | WABCO | 242163 | 3HSDZAPR2RN109833 | 2024 | 709766 | WALBRIDGE | 3/13/2023 | 3/31/2023 |
| 534 | LT | WABCO | 242164 | 3HSDZAPR4RN109834 | 2024 | 709766 | WALBRIDGE | 3/15/2023 | 3/31/2023 |
| 535 | LT | WABCO | 242165 | 3HSDZAPR6RN109835 | 2024 | 709766 | WALBRIDGE | 3/15/2023 | 3/31/2023 |
| 536 | LT | WABCO | 242166 | 3HSDZAPR8RN109836 | 2024 | 709766 | WALBRIDGE | 3/5/2023 | 3/31/2023 |
| 537 | LT | WABCO | 242167 | 3HSDZAPRXRN109837 | 2024 | 709766 | WALBRIDGE | 4/17/2023 | 4/30/2023 |
| 538 | LT | WABCO | 242168 | 3HSDZAPR1RN109838 | 2024 | 709766 | BLOOMINGTON CA | 3/20/2023 | 3/31/2023 |
| 539 | LT | WABCO | 242169 | 3HSDZAPR3RN109839 | 2024 | 709766 | BLOOMINGTON CA | 4/3/2023 | 4/30/2023 |
| 540 | LT | WABCO | 242170 | 3HSDZAPRXRN109840 | 2024 | 709766 | BLOOMINGTON CA | 4/11/2023 | 4/30/2023 |
| 541 | LT | WABCO | 242171 | 3HSDZAPR1RN109841 | 2024 | 709766 | BLOOMINGTON CA | 3/17/2023 | 3/31/2023 |
| 542 | LT | WABCO | 242172 | 3HSDZAPR3RN109842 | 2024 | 709766 | BLOOMINGTON CA | 3/28/2023 | 3/31/2023 |
| 543 | LT | WABCO | 242173 | 3HSDZAPR5RN109843 | 2024 | 709766 | BLOOMINGTON CA | 3/20/2023 | 3/31/2023 |
| 544 | LT | WABCO | 242174 | 3HSDZAPR7RN109844 | 2024 | 709766 | BLOOMINGTON CA | 4/14/2023 | 4/30/2023 |
| 545 | LT | WABCO | 242175 | 3HSDZAPR9RN109845 | 2024 | 709766 | BLOOMINGTON CA | 3/30/2023 | 3/31/2023 |
| 546 | LT | WABCO | 242176 | 3HSDZAPR0RN109846 | 2024 | 709766 | BLOOMINGTON CA | 3/29/2023 | 3/31/2023 |
| 547 | LT | WABCO | 242177 | 3HSDZAPR2RN109847 | 2024 | 709766 | BLOOMINGTON CA | 3/28/2023 | 3/31/2023 |
| 548 | LT | WABCO | 242178 | 3HSDZAPR4RN109848 | 2024 | 709766 | BLOOMINGTON CA | 3/17/2023 | 3/31/2023 |
| 549 | LT | WABCO | 242179 | 3HSDZAPR6RN109849 | 2024 | 709766 | BLOOMINGTON CA | 3/17/2023 | 3/31/2023 |
| 550 | LT | WABCO | 242180 | 3HSDZAPR2RN109850 | 2024 | 709766 | BLOOMINGTON CA | 6/30/2023 | 6/30/2023 |
| 551 | LT | WABCO | 242181 | 3HSDZAPR4RN109851 | 2024 | 709766 | BLOOMINGTON CA | 6/30/2023 | 6/30/2023 |
| 552 | LT | WABCO | 242182 | 3HSDZAPR6RN109852 | 2024 | 709766 | BLOOMINGTON CA | 6/30/2023 | 6/30/2023 |
| 553 | LT | WABCO | 242183 | 3HSDZAPR8RN109853 | 2024 | 709766 | BLOOMINGTON CA | 6/30/2023 | 6/30/2023 |
| 554 | LT | WABCO | 242184 | 3HSDZAPRXRN109854 | 2024 | 709766 | BLOOMINGTON CA | 6/30/2023 | 6/30/2023 |
| 555 | LT | WABCO | 242185 | 3HSDZAPR1RN109855 | 2024 | 709766 | HILLSIDE IL | 6/15/2023 | 6/30/2023 |
| 556 | LT | WABCO | 242186 | 3HSDZAPR3RN109856 | 2024 | 709766 | HILLSIDE IL | 6/21/2023 | 6/30/2023 |
| 557 | LT | WABCO | 242187 | 3HSDZAPR5RN109857 | 2024 | 709766 | HILLSIDE IL | 6/23/2023 | 6/30/2023 |
| 558 | LT | WABCO | 242188 | 3HSDZAPR7RN109858 | 2024 | 709766 | HILLSIDE IL | 6/30/2023 | 6/30/2023 |
| 559 | LT | WABCO | 242189 | 3HSDZAPR9RN109859 | 2024 | 709766 | HILLSIDE IL | 6/21/2023 | 6/30/2023 |
| 560 | LT | WABCO | 242190 | 3HSDZAPR5RN109860 | 2024 | 709766 | HILLSIDE IL | 6/22/2023 | 6/30/2023 |
| 561 | LT | WABCO | 242191 | 3HSDZAPR7RN109861 | 2024 | 709766 | HILLSIDE IL | 6/23/2023 | 6/30/2023 |
| 562 | LT | WABCO | 242192 | 3HSDZAPR9RN109862 | 2024 | 709766 | HILLSIDE IL | 6/23/2023 | 6/30/2023 |
| 563 | LT | WABCO | 242193 | 3HSDZAPR0RN109863 | 2024 | 709766 | HILLSIDE IL | 6/22/2023 | 6/30/2023 |
| 564 | LT | WABCO | 242194 | 3HSDZAPR2RN109864 | 2024 | 709766 | HILLSIDE IL | 6/23/2023 | 6/30/2023 |

**GLS Leasco, Inc. et al  v. Navistar, Inc.**                                                                                                    **Exhibit F**
**Detail of Navistar MY 2023 and MY 2024 Tractor Deliveries**

| | Model | BRAKES | Unit # | VIN | Year | Order # | LOCATION | Delivered Date | Delivery Month |
|---|---|---|---|---|---|---|---|---|---|
| 565 | LT | WABCO | 242195 | 3HSDZAPR4RN109865 | 2024 | 709766 | HILLSIDE IL | 6/15/2023 | 6/30/2023 |
| 566 | LT | WABCO | 242196 | 3HSDZAPR6RN109866 | 2024 | 709766 | HILLSIDE IL | 6/27/2023 | 6/30/2023 |
| 567 | LT | WABCO | 242197 | 3HSDZAPR8RN109867 | 2024 | 709766 | TACOMA | 6/19/2023 | 6/30/2023 |
| 568 | LT | WABCO | 242198 | 3HSDZAPRXRN109868 | 2024 | 709766 | BLOOMINGTON CA | 7/25/2023 | 7/31/2023 |
| 569 | LT | WABCO | 242199 | 3HSDZAPR1RN109869 | 2024 | 709766 | BLOOMINGTON CA | 8/14/2023 | 8/31/2023 |
| 570 | LT | WABCO | 242200 | 3HSDZAPR8RN109870 | 2024 | 709766 | BLOOMINGTON CA | 7/24/2023 | 7/31/2023 |
| 571 | LT | WABCO | 242201 | 3HSDZAPRXRN109871 | 2024 | 709766 | BLOOMINGTON CA | 7/18/2023 | 7/31/2023 |
| 572 | LT | WABCO | 242202 | 3HSDZAPR1RN109872 | 2024 | 709766 | BLOOMINGTON CA | 7/31/2023 | 7/31/2023 |
| 573 | LT | WABCO | 242203 | 3HSDZAPR3RN109873 | 2024 | 709766 | BLOOMINGTON CA | 7/21/2023 | 7/31/2023 |
| 574 | LT | WABCO | 242204 | 3HSDZAPR5RN109874 | 2024 | 709766 | BLOOMINGTON CA | 7/25/2023 | 7/31/2023 |
| 575 | LT | HALDEX | 242205 | 3HSDZAPRXRN159766 | 2024 | 115827 | HILLSIDE IL | 9/5/2023 | 9/30/2023 |
| 576 | LT | WABCO | 242000 | 3HSDZAPR5RN876088 | 2024 | 709764 | WALBRIDGE | 1/25/2023 | 1/31/2023 |
| 577 | LT | WABCO | 242001 | 3HSDZAPR7RN876089 | 2024 | 709764 | WALBRIDGE | 2/1/2023 | 2/28/2023 |
| 578 | LT | WABCO | 242002 | 3HSDZAPR3RN876090 | 2024 | 709764 | WALBRIDGE | 1/28/2023 | 1/31/2023 |
| 579 | LT | WABCO | 242003 | 3HSDZAPR5RN876091 | 2024 | 709764 | WALBRIDGE | 2/1/2023 | 2/28/2023 |
| 580 | LT | WABCO | 242004 | 3HSDZAPR7RN876092 | 2024 | 709764 | WALBRIDGE | 2/2/2023 | 2/28/2023 |
| 581 | LT | WABCO | 242005 | 3HSDZAPR9RN876093 | 2024 | 709764 | WALBRIDGE | 2/2/2023 | 2/28/2023 |
| 582 | LT | WABCO | 242006 | 3HSDZAPR0RN876094 | 2024 | 709764 | WALBRIDGE | 2/2/2023 | 2/28/2023 |
| 583 | LT | WABCO | 242007 | 3HSDZAPR2RN876095 | 2024 | 709764 | WALBRIDGE | 1/24/2023 | 1/31/2023 |
| 584 | LT | WABCO | 242008 | 3HSDZAPR4RN876096 | 2024 | 709764 | WALBRIDGE | 2/2/2023 | 2/28/2023 |
| 585 | LT | WABCO | 242009 | 3HSDZAPR6RN876097 | 2024 | 709764 | WALBRIDGE | 1/26/2023 | 1/31/2023 |
| 586 | LT | WABCO | 242010 | 3HSDZAPR8RN876098 | 2024 | 709764 | TACOMA | 1/26/2023 | 1/31/2023 |
| 587 | LT | WABCO | 242011 | 3HSDZAPRXRN876099 | 2024 | 709764 | TACOMA | 1/26/2023 | 1/31/2023 |
| 588 | LT | WABCO | 242012 | 3HSDZAPR2RN876100 | 2024 | 709764 | TACOMA | 1/20/2023 | 1/31/2023 |
| 589 | LT | WABCO | 242125 | 3HSDZAPR4RN876101 | 2024 | 709764 | TACOMA | 2/13/2023 | 2/28/2023 |
| 590 | LT | WABCO | 242129 | 3HSDZAPR6RN876102 | 2024 | 709764 | TACOMA | 1/19/2023 | 1/31/2023 |
| 591 | LT | WABCO | 242014 | 3HSDZAPR8RN876103 | 2024 | 709764 | TACOMA | 1/27/2023 | 1/31/2023 |
| 592 | LT | WABCO | 242015 | 3HSDZAPRXRN876104 | 2024 | 709764 | TACOMA | 1/30/2023 | 1/31/2023 |
| 593 | LT | WABCO | 242016 | 3HSDZAPR1RN876105 | 2024 | 709764 | TACOMA | 1/19/2023 | 1/31/2023 |
| 594 | LT | WABCO | 242017 | 3HSDZAPR3RN876106 | 2024 | 709764 | TACOMA | 1/23/2023 | 1/31/2023 |
| 595 | LT | WABCO | 242013 | 3HSDZAPR5RN876107 | 2024 | 709764 | KANSAS CITY | 1/10/2023 | 1/31/2023 |
| 596 | LT | WABCO | 242018 | 3HSDZAPR7RN876108 | 2024 | 709764 | KANSAS CITY | 1/12/2023 | 1/31/2023 |

**GLS Leasco, Inc. et al v. Navistar, Inc.**  **Exhibit F**
**Detail of Navistar MY 2023 and MY 2024 Tractor Deliveries**

|     | Model | BRAKES | Unit # | VIN | Year | Order # | LOCATION | Delivered Date | Delivery Month |
|-----|-------|--------|--------|-----|------|---------|----------|----------------|----------------|
| 597 | LT | WABCO | 242020 | 3HSDZAPR9RN876109 | 2024 | 709764 | KANSAS CITY | 1/16/2023 | 1/31/2023 |
| 598 | LT | WABCO | 242019 | 3HSDZAPR5RN876110 | 2024 | 709764 | KANSAS CITY | 1/9/2023 | 1/31/2023 |
| 599 | LT | WABCO | 242021 | 3HSDZAPR7RN876111 | 2024 | 709764 | KANSAS CITY | 1/18/2023 | 1/31/2023 |
| 600 | LT | WABCO | 242022 | 3HSDZAPR9RN876112 | 2024 | 709764 | KANSAS CITY | 1/18/2023 | 1/31/2023 |
| 601 | LT | WABCO | 242023 | 3HSDZAPR0RN876113 | 2024 | 709764 | BLOOMINGTON CA | 1/27/2023 | 1/31/2023 |
| 602 | LT | WABCO | 242024 | 3HSDZAPR2RN876114 | 2024 | 709764 | BLOOMINGTON CA | 1/23/2023 | 1/31/2023 |
| 603 | LT | WABCO | 242025 | 3HSDZAPR4RN876115 | 2024 | 709764 | BLOOMINGTON CA | 2/7/2023 | 2/28/2023 |
| 604 | LT | WABCO | 242026 | 3HSDZAPR6RN876116 | 2024 | 709764 | BLOOMINGTON CA | 2/13/2023 | 2/28/2023 |
| 605 | LT | WABCO | 242052 | 3HSDZAPR8RN876117 | 2024 | 709764 | BLOOMINGTON CA | 2/10/2023 | 2/28/2023 |
| 606 | LT | WABCO | 242071 | 3HSDZAPRXRN876118 | 2024 | 709764 | BLOOMINGTON CA | 2/28/2023 | 2/28/2023 |
| 607 | LT | WABCO | 242072 | 3HSDZAPR1RN876119 | 2024 | 709764 | BLOOMINGTON CA | 2/2/2023 | 2/28/2023 |
| 608 | LT | WABCO | 242085 | 3HSDZAPR8RN876120 | 2024 | 709764 | BLOOMINGTON CA | 2/2/2023 | 2/28/2023 |
| 609 | LT | WABCO | 242086 | 3HSDZAPRXRN876121 | 2024 | 709764 | BLOOMINGTON CA | 2/2/2023 | 2/28/2023 |
| 610 | LT | WABCO | 242099 | 3HSDZAPR1RN876122 | 2024 | 709764 | BLOOMINGTON CA | 2/2/2023 | 2/28/2023 |
| 611 | LT | WABCO | 242100 | 3HSDZAPR3RN876123 | 2024 | 709764 | BLOOMINGTON CA | 2/6/2023 | 2/28/2023 |
| 612 | LT | WABCO | 242101 | 3HSDZAPR5RN876124 | 2024 | 709764 | BLOOMINGTON CA | 2/10/2023 | 2/28/2023 |
| 613 | LT | WABCO | 242104 | 3HSDZAPR7RN876125 | 2024 | 709764 | BLOOMINGTON CA | 2/21/2023 | 2/28/2023 |
| 614 | LT | WABCO | 242124 | 3HSDZAPR9RN876126 | 2024 | 709764 | BLOOMINGTON CA | 2/16/2023 | 2/28/2023 |
| 615 | LT | WABCO | 242126 | 3HSDZAPR0RN876127 | 2024 | 709764 | BLOOMINGTON CA | 2/16/2023 | 2/28/2023 |
| 616 | LT | WABCO | 242127 | 3HSDZAPR2RN876128 | 2024 | 709764 | HILLSIDE IL | 2/28/2023 | 2/28/2023 |
| 617 | LT | WABCO | 242128 | 3HSDZAPR4RN876129 | 2024 | 709764 | HILLSIDE IL | 2/27/2023 | 2/28/2023 |
| 618 | LT | WABCO | 242105 | 3HSDZAPR0RN876130 | 2024 | 709764 | HILLSIDE IL | 3/23/2023 | 3/31/2023 |
| 619 | LT | WABCO | 242106 | 3HSDZAPR2RN876131 | 2024 | 709764 | HILLSIDE IL | 2/14/2023 | 2/28/2023 |
| 620 | LT | WABCO | 242107 | 3HSDZAPR4RN876132 | 2024 | 709764 | HILLSIDE IL | 2/21/2023 | 2/28/2023 |
| 621 | LT | WABCO | 242108 | 3HSDZAPR6RN876133 | 2024 | 709764 | HILLSIDE IL | 2/14/2023 | 2/28/2023 |
| 622 | LT | WABCO | 242109 | 3HSDZAPR8RN876134 | 2024 | 709764 | HILLSIDE IL | 2/16/2023 | 2/28/2023 |
| 623 | LT | WABCO | 242110 | 3HSDZAPRXRN876135 | 2024 | 709764 | HILLSIDE IL | 2/27/2023 | 2/28/2023 |
| 624 | LT | WABCO | 242111 | 3HSDZAPR1RN876136 | 2024 | 709764 | HILLSIDE IL | 2/21/2023 | 2/28/2023 |
| 625 | LT | WABCO | 242112 | 3HSDZAPR3RN876137 | 2024 | 709764 | HILLSIDE IL | 2/28/2023 | 2/28/2023 |
| 626 | LT | WABCO | 242113 | 3HSDZAPR5RN876138 | 2024 | 709764 | HILLSIDE IL | 2/28/2023 | 2/28/2023 |
| 627 | LT | WABCO | 242114 | 3HSDZAPR7RN876139 | 2024 | 709764 | WALBRIDGE | 2/27/2023 | 2/28/2023 |
| 628 | LT | WABCO | 242115 | 3HSDZAPR3RN876140 | 2024 | 709764 | WALBRIDGE | 2/15/2023 | 2/28/2023 |

**GLS Leasco, Inc. et al  v. Navistar, Inc.**
**Detail of Navistar MY 2023 and MY 2024 Tractor Deliveries**

**Exhibit F**

| | Model | BRAKES | Unit # | VIN | Year | Order # | LOCATION | Delivered Date | Delivery Month |
|---|---|---|---|---|---|---|---|---|---|
| 629 | LT | WABCO | 242116 | 3HSDZAPR5RN876141 | 2024 | 709764 | WALBRIDGE | 2/20/2023 | 2/28/2023 |
| 630 | LT | WABCO | 242117 | 3HSDZAPR7RN876142 | 2024 | 709764 | WALBRIDGE | 2/8/2023 | 2/28/2023 |

| | # of Tractors |
|---|---|
| LT | 555 |
| RH | 75 |
| | 630 |

*Source: 2023 Truck Build and Deliveries.xls*

# Exhibit G

Values of MY 2018 RH Tractors by Month

**GLS Leasco, Inc. et al  v. Navistar, Inc.**      **Exhibit G**
**Values of MY 2018 RH Tractors by Month**
**November 2021 - July 2024**

| | Mileage | 100,000 | | 200,000 | | 300,000 | | 400,000 | | 500,000 | | 600,000 | | 700,000 | | 800,000 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Period | Auction | Market | Auction | Market | Auction | Market | Auction | Market | Auction | Market | Auction | Market | Auction | Market | Auction | Market |
| 1 | Nov-21 | $ 65,515 | $ 81,708 | $ 58,777 | $ 76,122 | $ 52,712 | $ 72,551 | $ 50,831 | $ 69,005 | $49,465 | $ 66,992 | $47,098 | $ 63,241 | $43,801 | $ 59,550 | $42,611 | $ 58,038 |
| 2 | Dec-21 | 68,375 | 84,569 | 62,332 | 79,677 | 56,263 | 75,794 | 53,975 | 72,149 | 52,094 | 68,909 | 50,083 | 66,226 | 47,513 | 62,995 | 45,041 | 59,748 |
| 3 | Jan-22 | 73,898 | 89,588 | 67,299 | 84,405 | 61,634 | 80,926 | 58,612 | 76,625 | 56,724 | 73,407 | 54,894 | 71,333 | 50,901 | 66,447 | 48,472 | 63,514 |
| 4 | Feb-22 | 72,120 | 90,565 | 65,520 | 85,383 | 57,392 | 79,440 | 56,885 | 77,655 | 54,236 | 73,596 | 52,899 | 71,435 | 49,142 | 67,444 | 45,450 | 63,102 |
| 5 | Mar-22 | 73,052 | 94,235 | 66,452 | 89,052 | 58,324 | 83,109 | 57,817 | 81,324 | 55,206 | 77,304 | 54,092 | 75,365 | 50,151 | 71,190 | 45,806 | 65,838 |
| 6 | Apr-22 | 73,135 | 97,153 | 66,753 | 92,188 | 57,107 | 84,505 | 56,576 | 82,697 | 54,006 | 78,727 | 52,365 | 76,336 | 47,028 | 70,681 | 44,680 | 67,129 |
| 7 | May-22 | 70,917 | 97,518 | 64,675 | 92,204 | 55,229 | 84,519 | 54,210 | 82,531 | 51,577 | 78,400 | 47,660 | 74,013 | 44,790 | 70,643 | 40,977 | 65,191 |
| 8 | Jun-22 | 68,688 | 95,923 | 61,745 | 89,908 | 52,942 | 82,865 | 50,480 | 79,435 | 48,687 | 76,144 | 45,046 | 72,032 | 42,437 | 68,432 | 39,137 | 62,846 |
| 9 | Jul-22 | 58,479 | 87,703 | 51,432 | 82,073 | 49,235 | 78,174 | 46,834 | 74,613 | 44,332 | 70,824 | 41,047 | 67,049 | 38,319 | 62,849 | 35,057 | 57,782 |
| 10 | Aug-22 | 57,576 | 88,449 | 51,740 | 79,321 | 50,128 | 75,410 | 47,367 | 72,086 | 44,881 | 68,483 | 41,308 | 64,249 | 38,023 | 59,073 | 35,287 | 55,218 |
| 11 | Sep-22 | 59,340 | 83,593 | 52,290 | 77,867 | 50,708 | 74,296 | 48,189 | 70,723 | 45,506 | 66,924 | 40,187 | 60,944 | 37,844 | 56,467 | 35,085 | 52,583 |
| 12 | Oct-22 | 58,578 | 82,831 | 51,480 | 77,057 | 49,780 | 73,367 | 46,977 | 69,511 | 44,419 | 65,837 | 39,274 | 59,798 | 35,621 | 54,097 | 34,115 | 50,600 |
| 13 | Nov-22 | 56,634 | 80,738 | 49,189 | 74,307 | 47,305 | 70,210 | 43,826 | 66,211 | 41,281 | 62,549 | 36,230 | 56,551 | 34,243 | 52,151 | 31,090 | 47,132 |
| 14 | Dec-22 | 54,339 | 78,157 | 46,914 | 71,746 | 44,978 | 67,597 | 42,125 | 63,690 | 39,581 | 60,028 | 34,519 | 54,019 | 32,621 | 49,512 | 29,139 | 44,361 |
| 15 | Jan-23 | 51,691 | 75,133 | 43,701 | 68,366 | 41,692 | 64,143 | 38,563 | 59,514 | 36,092 | 55,712 | 31,310 | 50,643 | 27,789 | 44,420 | 25,697 | 41,094 |
| 16 | Feb-23 | 48,374 | 72,353 | 40,384 | 65,586 | 37,924 | 60,913 | 34,332 | 55,392 | 32,682 | 52,839 | 27,551 | 47,420 | 24,822 | 41,465 | 22,327 | 37,718 |
| 17 | Mar-23 | 45,478 | 69,756 | 38,364 | 63,604 | 36,613 | 59,232 | 33,542 | 54,639 | 29,246 | 49,525 | 25,793 | 45,700 | 23,064 | 39,745 | 20,667 | 36,097 |
| 18 | Apr-23 | 40,937 | 65,575 | 33,903 | 59,502 | 31,317 | 54,296 | 28,151 | 49,530 | 22,744 | 43,565 | 21,836 | 40,881 | 19,232 | 35,903 | 17,066 | 32,042 |
| 19 | May-23 | 39,330 | 63,728 | 32,021 | 57,380 | 29,400 | 52,138 | 26,233 | 47,373 | 20,827 | 41,408 | 19,632 | 38,438 | 17,277 | 33,829 | 15,338 | 29,929 |
| 20 | Jun-23 | 33,659 | 59,133 | 28,504 | 53,210 | 25,882 | 47,968 | 22,721 | 43,217 | 17,671 | 37,603 | 15,740 | 33,178 | 14,152 | 30,056 | 12,245 | 26,068 |
| 21 | Jul-23 | 31,983 | 57,446 | 27,088 | 51,783 | 24,180 | 45,799 | 21,332 | 41,817 | 15,984 | 35,906 | 14,357 | 31,815 | 13,881 | 28,319 | 12,140 | 25,825 |
| 22 | Aug-23 | 29,948 | 55,319 | 24,664 | 49,267 | 21,756 | 43,283 | 18,837 | 39,132 | 13,662 | 33,224 | 12,317 | 29,467 | 10,736 | 24,750 | 9,136 | 22,904 |
| 23 | Sep-23 | 29,079 | 54,213 | 23,912 | 48,279 | 21,002 | 42,292 | 18,078 | 38,136 | 11,731 | 31,056 | 11,133 | 28,046 | 9,592 | 23,432 | 7,078 | 20,224 |
| 24 | Oct-23 | 25,449 | 49,748 | 20,228 | 43,760 | 17,381 | 38,022 | 14,133 | 33,542 | 10,468 | 28,263 | 9,817 | 24,836 | 8,039 | 20,957 | 6,325 | 18,072 |
| 25 | Nov-23 | 23,714 | 48,013 | 18,348 | 41,879 | 15,740 | 36,380 | 12,281 | 31,613 | 9,270 | 26,486 | 8,587 | 23,378 | 6,835 | 19,529 | 5,640 | 16,115 |
| 26 | Dec-23 | 22,968 | 47,178 | 17,602 | 41,044 | 15,091 | 35,642 | 11,535 | 30,777 | 9,061 | 25,888 | 7,654 | 21,870 | 6,542 | 18,690 | 5,520 | 15,772 |
| 27 | Jan-24 | 20,472 | 44,259 | 14,731 | 37,055 | 12,208 | 32,336 | 9,787 | 27,962 | 8,286 | 23,673 | 7,110 | 20,316 | 6,126 | 17,502 | 5,126 | 14,646 |
| 28 | Feb-24 | 19,139 | 42,755 | 13,491 | 35,335 | 10,770 | 30,727 | 9,316 | 26,616 | 8,046 | 22,988 | 6,925 | 19,785 | 5,906 | 16,873 | 4,289 | 12,255 |
| 29 | Mar-24 | 17,859 | 41,475 | 13,318 | 35,162 | 10,635 | 30,386 | 9,257 | 26,448 | 7,994 | 22,840 | 6,876 | 19,646 | 5,845 | 16,700 | 4,010 | 11,458 |
| 30 | Apr-24 | 16,094 | 38,169 | 12,425 | 32,624 | 9,698 | 27,710 | 8,434 | 24,097 | 7,194 | 20,554 | 5,944 | 16,984 | 4,971 | 14,203 | 3,092 | 8,835 |
| 31 | May-24 | 15,061 | 36,624 | 11,392 | 31,079 | 9,129 | 26,082 | 7,568 | 21,622 | 6,633 | 18,952 | 5,557 | 15,876 | 4,579 | 13,084 | 2,702 | 7,721 |
| 32 | Jun-24 | 15,532 | 37,095 | 11,095 | 30,783 | 9,306 | 26,588 | 7,808 | 22,310 | 6,684 | 19,097 | 5,767 | 16,476 | 4,551 | 13,002 | 2,915 | 8,328 |
| 33 | Jul-24 | 15,544 | 36,730 | 11,108 | 30,418 | 9,079 | 25,940 | 7,699 | 21,997 | 6,514 | 18,610 | 5,647 | 16,133 | 4,424 | 12,639 | 2,638 | 7,538 |

Source: TruckPaper "VIP" value tool

# Exhibit H

Incremental Fuel Cost

**GLS Leasco, Inc. et al  v. Navistar, Inc.**
Calculation of Incremental Fuel Costs

**Exhibit H**

| | Cumulative Tractors | Delivery No. | Expected Delivery Month | Actual Delivery Month | Count | # of Months Delayed | Estimated Miles Per Month | Total Miles Driven During Delay | MY 2018 MPG | MY 2023 MPG | Number of Gallons Used During Delay | | Incremental Gallons | Average Price Per Gallon | Incremental Fuel Cost |
| | | | | | | | | | | | MY 2018 | MY 2023 | | | |
| | [a] | [b] | [b] | [c] | [c] | [d] | [e] | | [f] | [f] | | | | [g] | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | 4/30/2022 | 5/31/2022 | 1 | 1 | 5,685 | 5,685 | 6.7 | 7.16 | 848 | 794 | 55 | 4.61 | $ 251 |
| 2 | 2 | 2 | 4/30/2022 | 5/31/2022 | 2 | 1 | 5,685 | 5,685 | 6.7 | 7.16 | 848 | 794 | 55 | 4.61 | 251 |
| 3 | 3 | 3 | 4/30/2022 | 5/31/2022 | 3 | 1 | 5,685 | 5,685 | 6.7 | 7.16 | 848 | 794 | 55 | 4.61 | 251 |
| 4 | 4 | 4 | 4/30/2022 | 5/31/2022 | 4 | 1 | 5,685 | 5,685 | 6.7 | 7.16 | 848 | 794 | 55 | 4.61 | 251 |
| 5 | 5 | 5 | 4/30/2022 | 5/31/2022 | 5 | 1 | 5,685 | 5,685 | 6.7 | 7.16 | 848 | 794 | 55 | 4.61 | 251 |
| 6 | 6 | 6 | 4/30/2022 | 5/31/2022 | 6 | 1 | 5,685 | 5,685 | 6.7 | 7.16 | 848 | 794 | 55 | 4.61 | 251 |
| 7 | 7 | 7 | 4/30/2022 | 5/31/2022 | 7 | 1 | 5,685 | 5,685 | 6.7 | 7.16 | 848 | 794 | 55 | 4.61 | 251 |
| 8 | 8 | 8 | 4/30/2022 | 5/31/2022 | 8 | 1 | 5,685 | 5,685 | 6.7 | 7.16 | 848 | 794 | 55 | 4.61 | 251 |
| 9 | 9 | 9 | 4/30/2022 | 5/31/2022 | 9 | 1 | 5,685 | 5,685 | 6.7 | 7.16 | 848 | 794 | 55 | 4.61 | 251 |
| 10 | 10 | 10 | 4/30/2022 | 5/31/2022 | 10 | 1 | 5,685 | 5,685 | 6.7 | 7.16 | 848 | 794 | 55 | 4.61 | 251 |
| 11 | 11 | 11 | 4/30/2022 | 5/31/2022 | 11 | 1 | 5,685 | 5,685 | 6.7 | 7.16 | 848 | 794 | 55 | 4.61 | 251 |
| 12 | 12 | 12 | 4/30/2022 | 5/31/2022 | 12 | 1 | 5,685 | 5,685 | 6.7 | 7.16 | 848 | 794 | 55 | 4.61 | 251 |
| 13 | 13 | 13 | 4/30/2022 | 5/31/2022 | 13 | 1 | 5,685 | 5,685 | 6.7 | 7.16 | 848 | 794 | 55 | 4.61 | 251 |
| 14 | 14 | 14 | 4/30/2022 | 5/31/2022 | 14 | 1 | 5,685 | 5,685 | 6.7 | 7.16 | 848 | 794 | 55 | 4.61 | 251 |
| 15 | 15 | 15 | 4/30/2022 | 5/31/2022 | 15 | 1 | 5,685 | 5,685 | 6.7 | 7.16 | 848 | 794 | 55 | 4.61 | 251 |
| 16 | 16 | 16 | 4/30/2022 | 5/31/2022 | 16 | 1 | 5,685 | 5,685 | 6.7 | 7.16 | 848 | 794 | 55 | 4.61 | 251 |
| 17 | 17 | 17 | 4/30/2022 | 5/31/2022 | 17 | 1 | 5,685 | 5,685 | 6.7 | 7.16 | 848 | 794 | 55 | 4.61 | 251 |
| 18 | 18 | 18 | 4/30/2022 | 5/31/2022 | 18 | 1 | 5,685 | 5,685 | 6.7 | 7.16 | 848 | 794 | 55 | 4.61 | 251 |
| 19 | 19 | 19 | 4/30/2022 | 6/30/2022 | 1 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 20 | 20 | 20 | 4/30/2022 | 6/30/2022 | 2 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 21 | 21 | 21 | 4/30/2022 | 6/30/2022 | 3 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 22 | 22 | 22 | 4/30/2022 | 6/30/2022 | 4 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 23 | 23 | 23 | 4/30/2022 | 6/30/2022 | 5 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 24 | 24 | 24 | 4/30/2022 | 6/30/2022 | 6 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 25 | 25 | 25 | 4/30/2022 | 6/30/2022 | 7 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 26 | 26 | 26 | 4/30/2022 | 6/30/2022 | 8 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 27 | 27 | 27 | 4/30/2022 | 6/30/2022 | 9 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 28 | 28 | 28 | 4/30/2022 | 6/30/2022 | 10 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 29 | 29 | 29 | 4/30/2022 | 6/30/2022 | 11 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 30 | 30 | 30 | 4/30/2022 | 6/30/2022 | 12 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 31 | 31 | 31 | 4/30/2022 | 6/30/2022 | 13 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 32 | 32 | 32 | 4/30/2022 | 6/30/2022 | 14 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 33 | 33 | 33 | 4/30/2022 | 6/30/2022 | 15 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 34 | 34 | 34 | 4/30/2022 | 6/30/2022 | 16 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 35 | 35 | 35 | 4/30/2022 | 6/30/2022 | 17 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 36 | 36 | 36 | 4/30/2022 | 6/30/2022 | 18 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 37 | 37 | 37 | 4/30/2022 | 6/30/2022 | 19 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 38 | 38 | 38 | 4/30/2022 | 6/30/2022 | 20 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 39 | 39 | 39 | 4/30/2022 | 6/30/2022 | 21 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 40 | 40 | 40 | 4/30/2022 | 6/30/2022 | 22 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 41 | 41 | 41 | 4/30/2022 | 6/30/2022 | 23 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 42 | 42 | 42 | 4/30/2022 | 6/30/2022 | 24 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |

**GLS Leasco, Inc. et al  v. Navistar, Inc.**
Calculation of Incremental Fuel Costs

Exhibit H

| | Cumulative Tractors | Delivery No. | Expected Delivery Month | Actual Delivery Month | Count | # of Months Delayed | Estimated Miles Per Month | Total Miles Driven During Delay | MY 2018 MPG | MY 2023 MPG | Number of Gallons Used During Delay | | Incremental Gallons | Average Price Per Gallon | Incremental Fuel Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | MY 2018 | MY 2023 | | | |
| | [a] | [b] | [b] | [c] | [c] | [d] | [e] | | [f] | [f] | | | | [g] | |
| 43 | 43 | 43 | 4/30/2022 | 6/30/2022 | 25 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 44 | 44 | 44 | 4/30/2022 | 6/30/2022 | 26 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 45 | 45 | 45 | 4/30/2022 | 6/30/2022 | 27 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 46 | 46 | 46 | 4/30/2022 | 6/30/2022 | 28 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 47 | 47 | 47 | 4/30/2022 | 6/30/2022 | 29 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 48 | 48 | 48 | 4/30/2022 | 6/30/2022 | 30 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 49 | 49 | 49 | 4/30/2022 | 6/30/2022 | 31 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 50 | 50 | 50 | 4/30/2022 | 6/30/2022 | 32 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 51 | 51 | 51 | 4/30/2022 | 6/30/2022 | 33 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 52 | 52 | 52 | 4/30/2022 | 6/30/2022 | 34 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 53 | 53 | 53 | 4/30/2022 | 6/30/2022 | 35 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 54 | 54 | 54 | 4/30/2022 | 6/30/2022 | 36 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 55 | 55 | 55 | 4/30/2022 | 6/30/2022 | 37 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 56 | 56 | 56 | 4/30/2022 | 6/30/2022 | 38 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 57 | 57 | 57 | 4/30/2022 | 6/30/2022 | 39 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 58 | 58 | 58 | 4/30/2022 | 6/30/2022 | 40 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 59 | 59 | 59 | 4/30/2022 | 6/30/2022 | 41 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 60 | 60 | 60 | 4/30/2022 | 6/30/2022 | 42 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 61 | 61 | 61 | 4/30/2022 | 6/30/2022 | 43 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 62 | 62 | 62 | 4/30/2022 | 6/30/2022 | 44 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 63 | 63 | 63 | 4/30/2022 | 6/30/2022 | 45 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 64 | 64 | 64 | 4/30/2022 | 6/30/2022 | 46 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 65 | 65 | 65 | 4/30/2022 | 6/30/2022 | 47 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 66 | 66 | 66 | 4/30/2022 | 6/30/2022 | 48 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 67 | 67 | 67 | 4/30/2022 | 6/30/2022 | 49 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 68 | 68 | 68 | 4/30/2022 | 6/30/2022 | 50 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 69 | 69 | 69 | 4/30/2022 | 6/30/2022 | 51 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 70 | 70 | 70 | 4/30/2022 | 6/30/2022 | 52 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 71 | 71 | 71 | 4/30/2022 | 6/30/2022 | 53 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 72 | 72 | 72 | 4/30/2022 | 6/30/2022 | 54 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 73 | 73 | 73 | 4/30/2022 | 6/30/2022 | 55 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 74 | 74 | 74 | 4/30/2022 | 6/30/2022 | 56 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 75 | 75 | 75 | 4/30/2022 | 6/30/2022 | 57 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 76 | 76 | 1 | 5/31/2022 | 6/30/2022 | 58 | 0 | 5,685 | - | 6.7 | 7.16 | 0 | 0 | 0 | 4.61 | - |
| 77 | 77 | 2 | 5/31/2022 | 6/30/2022 | 59 | 0 | 5,685 | - | 6.7 | 7.16 | 0 | 0 | 0 | 4.61 | - |
| 78 | 78 | 3 | 5/31/2022 | 6/30/2022 | 60 | 0 | 5,685 | - | 6.7 | 7.16 | 0 | 0 | 0 | 4.61 | - |
| 79 | 79 | 4 | 5/31/2022 | 6/30/2022 | 61 | 0 | 5,685 | - | 6.7 | 7.16 | 0 | 0 | 0 | 4.61 | - |
| 80 | 80 | 5 | 5/31/2022 | 6/30/2022 | 62 | 0 | 5,685 | - | 6.7 | 7.16 | 0 | 0 | 0 | 4.61 | - |
| 81 | 81 | 6 | 5/31/2022 | 6/30/2022 | 63 | 0 | 5,685 | - | 6.7 | 7.16 | 0 | 0 | 0 | 4.61 | - |
| 82 | 82 | 7 | 5/31/2022 | 6/30/2022 | 64 | 0 | 5,685 | - | 6.7 | 7.16 | 0 | 0 | 0 | 4.61 | - |
| 83 | 83 | 8 | 5/31/2022 | 6/30/2022 | 65 | 0 | 5,685 | - | 6.7 | 7.16 | 0 | 0 | 0 | 4.61 | - |
| 84 | 84 | 9 | 5/31/2022 | 6/30/2022 | 66 | 0 | 5,685 | - | 6.7 | 7.16 | 0 | 0 | 0 | 4.61 | - |

**GLS Leasco, Inc. et al  v. Navistar, Inc.**
Calculation of Incremental Fuel Costs

Exhibit H

| | Cumulative Tractors | Delivery No. | Expected Delivery Month | Actual Delivery Month | Count | # of Months Delayed | Estimated Miles Per Month | Total Miles Driven During Delay | MY 2018 MPG | MY 2023 MPG | Number of Gallons Used During Delay | | Incremental Gallons | Average Price Per Gallon | Incremental Fuel Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | MY 2018 | MY 2023 | | | |
| | [a] | [b] | [b] | [c] | [c] | [d] | [e] | | [f] | [f] | | | | [g] | |
| 85 | 85 | 10 | 5/31/2022 | 6/30/2022 | 67 | 0 | 5,685 | - | 6.7 | 7.16 | 0 | 0 | 0 | 4.61 | - |
| 86 | 86 | 11 | 5/31/2022 | 6/30/2022 | 68 | 0 | 5,685 | - | 6.7 | 7.16 | 0 | 0 | 0 | 4.61 | - |
| 87 | 87 | 12 | 5/31/2022 | 6/30/2022 | 69 | 0 | 5,685 | - | 6.7 | 7.16 | 0 | 0 | 0 | 4.61 | - |
| 88 | 88 | 13 | 5/31/2022 | 6/30/2022 | 70 | 0 | 5,685 | - | 6.7 | 7.16 | 0 | 0 | 0 | 4.61 | - |
| 89 | 89 | 14 | 5/31/2022 | 6/30/2022 | 71 | 0 | 5,685 | - | 6.7 | 7.16 | 0 | 0 | 0 | 4.61 | - |
| 90 | 90 | 15 | 5/31/2022 | 6/30/2022 | 72 | 0 | 5,685 | - | 6.7 | 7.16 | 0 | 0 | 0 | 4.61 | - |
| 91 | 91 | 16 | 5/31/2022 | 6/30/2022 | 73 | 0 | 5,685 | - | 6.7 | 7.16 | 0 | 0 | 0 | 4.61 | - |
| 92 | 92 | 17 | 5/31/2022 | 6/30/2022 | 74 | 0 | 5,685 | - | 6.7 | 7.16 | 0 | 0 | 0 | 4.61 | - |
| 93 | 93 | 18 | 5/31/2022 | 6/30/2022 | 75 | 0 | 5,685 | - | 6.7 | 7.16 | 0 | 0 | 0 | 4.61 | - |
| 94 | 94 | 19 | 5/31/2022 | 6/30/2022 | 76 | 0 | 5,685 | - | 6.7 | 7.16 | 0 | 0 | 0 | 4.61 | - |
| 95 | 95 | 20 | 5/31/2022 | 6/30/2022 | 77 | 0 | 5,685 | - | 6.7 | 7.16 | 0 | 0 | 0 | 4.61 | - |
| 96 | 96 | 21 | 5/31/2022 | 6/30/2022 | 78 | 0 | 5,685 | - | 6.7 | 7.16 | 0 | 0 | 0 | 4.61 | - |
| 97 | 97 | 22 | 5/31/2022 | 6/30/2022 | 79 | 0 | 5,685 | - | 6.7 | 7.16 | 0 | 0 | 0 | 4.61 | - |
| 98 | 98 | 23 | 5/31/2022 | 6/30/2022 | 80 | 0 | 5,685 | - | 6.7 | 7.16 | 0 | 0 | 0 | 4.61 | - |
| 99 | 99 | 24 | 5/31/2022 | 6/30/2022 | 81 | 0 | 5,685 | - | 6.7 | 7.16 | 0 | 0 | 0 | 4.61 | - |
| 100 | 100 | 25 | 5/31/2022 | 6/30/2022 | 82 | 0 | 5,685 | - | 6.7 | 7.16 | 0 | 0 | 0 | 4.61 | - |
| 101 | 101 | 26 | 5/31/2022 | 6/30/2022 | 83 | 0 | 5,685 | - | 6.7 | 7.16 | 0 | 0 | 0 | 4.61 | - |
| 102 | 102 | 27 | 5/31/2022 | 6/30/2022 | 84 | 0 | 5,685 | - | 6.7 | 7.16 | 0 | 0 | 0 | 4.61 | - |
| 103 | 103 | 28 | 5/31/2022 | 6/30/2022 | 85 | 0 | 5,685 | - | 6.7 | 7.16 | 0 | 0 | 0 | 4.61 | - |
| 104 | 104 | 29 | 5/31/2022 | 6/30/2022 | 86 | 0 | 5,685 | - | 6.7 | 7.16 | 0 | 0 | 0 | 4.61 | - |
| 105 | 105 | 30 | 5/31/2022 | 6/30/2022 | 87 | 0 | 5,685 | - | 6.7 | 7.16 | 0 | 0 | 0 | 4.61 | - |
| 106 | 106 | 31 | 5/31/2022 | 6/30/2022 | 88 | 0 | 5,685 | - | 6.7 | 7.16 | 0 | 0 | 0 | 4.61 | - |
| 107 | 107 | 32 | 5/31/2022 | 6/30/2022 | 89 | 0 | 5,685 | - | 6.7 | 7.16 | 0 | 0 | 0 | 4.61 | - |
| 108 | 108 | 33 | 5/31/2022 | 6/30/2022 | 90 | 0 | 5,685 | - | 6.7 | 7.16 | 0 | 0 | 0 | 4.61 | - |
| 109 | 109 | 34 | 5/31/2022 | 6/30/2022 | 91 | 0 | 5,685 | - | 6.7 | 7.16 | 0 | 0 | 0 | 4.61 | - |
| 110 | 110 | 35 | 5/31/2022 | 6/30/2022 | 92 | 0 | 5,685 | - | 6.7 | 7.16 | 0 | 0 | 0 | 4.61 | - |
| 111 | 111 | 36 | 5/31/2022 | 6/30/2022 | 93 | 0 | 5,685 | - | 6.7 | 7.16 | 0 | 0 | 0 | 4.61 | - |
| 112 | 112 | 37 | 5/31/2022 | 6/30/2022 | 94 | 0 | 5,685 | - | 6.7 | 7.16 | 0 | 0 | 0 | 4.61 | - |
| 113 | 113 | 38 | 5/31/2022 | 6/30/2022 | 95 | 0 | 5,685 | - | 6.7 | 7.16 | 0 | 0 | 0 | 4.61 | - |
| 114 | 114 | 39 | 5/31/2022 | 6/30/2022 | 96 | 0 | 5,685 | - | 6.7 | 7.16 | 0 | 0 | 0 | 4.61 | - |
| 115 | 115 | 40 | 5/31/2022 | 7/31/2022 | 1 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 116 | 116 | 41 | 5/31/2022 | 7/31/2022 | 2 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 117 | 117 | 42 | 5/31/2022 | 7/31/2022 | 3 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 118 | 118 | 43 | 5/31/2022 | 7/31/2022 | 4 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 119 | 119 | 44 | 5/31/2022 | 7/31/2022 | 5 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 120 | 120 | 45 | 5/31/2022 | 7/31/2022 | 6 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 121 | 121 | 46 | 5/31/2022 | 7/31/2022 | 7 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 122 | 122 | 47 | 5/31/2022 | 7/31/2022 | 8 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 123 | 123 | 48 | 5/31/2022 | 7/31/2022 | 9 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 124 | 124 | 49 | 5/31/2022 | 7/31/2022 | 10 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 125 | 125 | 50 | 5/31/2022 | 7/31/2022 | 11 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 126 | 126 | 51 | 5/31/2022 | 7/31/2022 | 12 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |

**GLS Leasco, Inc. et al  v. Navistar, Inc.**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Exhibit H**
**Calculation of Incremental Fuel Costs**

| | Cumulative Tractors | Delivery No. | Expected Delivery Month | Actual Delivery Month | Count | # of Months Delayed | Estimated Miles Per Month | Total Miles Driven During Delay | MY 2018 MPG | MY 2023 MPG | Number of Gallons Used During Delay | | Incremental Gallons | Average Price Per Gallon | Incremental Fuel Cost |
| | | | | | | | | | | | MY 2018 | MY 2023 | | | |
| | [a] | [b] | [b] | [c] | [c] | [d] | [e] | | [f] | [f] | | | | [g] | |
| 127 | 127 | 52 | 5/31/2022 | 7/31/2022 | 13 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 128 | 128 | 53 | 5/31/2022 | 7/31/2022 | 14 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 129 | 129 | 54 | 5/31/2022 | 7/31/2022 | 15 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 130 | 130 | 55 | 5/31/2022 | 7/31/2022 | 16 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 131 | 131 | 56 | 5/31/2022 | 7/31/2022 | 17 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 132 | 132 | 57 | 5/31/2022 | 7/31/2022 | 18 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 133 | 133 | 58 | 5/31/2022 | 7/31/2022 | 19 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 134 | 134 | 59 | 5/31/2022 | 7/31/2022 | 20 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 135 | 135 | 60 | 5/31/2022 | 7/31/2022 | 21 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 136 | 136 | 61 | 5/31/2022 | 7/31/2022 | 22 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 137 | 137 | 62 | 5/31/2022 | 7/31/2022 | 23 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 138 | 138 | 63 | 5/31/2022 | 7/31/2022 | 24 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 139 | 139 | 64 | 5/31/2022 | 7/31/2022 | 25 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 140 | 140 | 65 | 5/31/2022 | 7/31/2022 | 26 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 141 | 141 | 66 | 5/31/2022 | 7/31/2022 | 27 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 142 | 142 | 67 | 5/31/2022 | 7/31/2022 | 28 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 143 | 143 | 68 | 5/31/2022 | 7/31/2022 | 29 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 144 | 144 | 69 | 5/31/2022 | 7/31/2022 | 30 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 145 | 145 | 70 | 5/31/2022 | 7/31/2022 | 31 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 146 | 146 | 71 | 5/31/2022 | 7/31/2022 | 32 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 147 | 147 | 72 | 5/31/2022 | 7/31/2022 | 33 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 148 | 148 | 73 | 5/31/2022 | 7/31/2022 | 34 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 149 | 149 | 74 | 5/31/2022 | 7/31/2022 | 35 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 150 | 150 | 75 | 5/31/2022 | 7/31/2022 | 36 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 151 | 151 | 76 | 5/31/2022 | 7/31/2022 | 37 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 152 | 152 | 77 | 5/31/2022 | 7/31/2022 | 38 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 153 | 153 | 78 | 5/31/2022 | 7/31/2022 | 39 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 154 | 154 | 79 | 5/31/2022 | 7/31/2022 | 40 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 155 | 155 | 80 | 5/31/2022 | 7/31/2022 | 41 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 156 | 156 | 81 | 5/31/2022 | 7/31/2022 | 42 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 157 | 157 | 82 | 5/31/2022 | 7/31/2022 | 43 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 158 | 158 | 83 | 5/31/2022 | 7/31/2022 | 44 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 159 | 159 | 84 | 5/31/2022 | 7/31/2022 | 45 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 160 | 160 | 85 | 5/31/2022 | 7/31/2022 | 46 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 161 | 161 | 86 | 5/31/2022 | 7/31/2022 | 47 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 162 | 162 | 87 | 5/31/2022 | 7/31/2022 | 48 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 163 | 163 | 88 | 5/31/2022 | 7/31/2022 | 49 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 164 | 164 | 89 | 5/31/2022 | 7/31/2022 | 50 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 165 | 165 | 90 | 5/31/2022 | 7/31/2022 | 51 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 166 | 166 | 91 | 5/31/2022 | 7/31/2022 | 52 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 167 | 167 | 92 | 5/31/2022 | 7/31/2022 | 53 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 168 | 168 | 93 | 5/31/2022 | 7/31/2022 | 54 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |

**GLS Leasco, Inc. et al  v. Navistar, Inc.**
Calculation of Incremental Fuel Costs

Exhibit H

| | Cumulative Tractors | Delivery No. | Expected Delivery Month | Actual Delivery Month | Count | # of Months Delayed | Estimated Miles Per Month | Total Miles Driven During Delay | MY 2018 MPG | MY 2023 MPG | Number of Gallons Used During Delay | | Incremental Gallons | Average Price Per Gallon | Incremental Fuel Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | MY 2018 | MY 2023 | | | |
| | [a] | [b] | [b] | [c] | [c] | [d] | [e] | | [f] | [f] | | | | [g] | |
| 169 | 169 | 94 | 5/31/2022 | 7/31/2022 | 55 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 170 | 170 | 95 | 5/31/2022 | 7/31/2022 | 56 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 171 | 171 | 96 | 5/31/2022 | 7/31/2022 | 57 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 172 | 172 | 97 | 5/31/2022 | 7/31/2022 | 58 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 173 | 173 | 98 | 5/31/2022 | 7/31/2022 | 59 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 174 | 174 | 99 | 5/31/2022 | 7/31/2022 | 60 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 175 | 175 | 100 | 5/31/2022 | 7/31/2022 | 61 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 176 | 176 | 101 | 5/31/2022 | 7/31/2022 | 62 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 177 | 177 | 102 | 5/31/2022 | 7/31/2022 | 63 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 178 | 178 | 103 | 5/31/2022 | 7/31/2022 | 64 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 179 | 179 | 104 | 5/31/2022 | 7/31/2022 | 65 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 180 | 180 | 105 | 5/31/2022 | 7/31/2022 | 66 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 181 | 181 | 106 | 5/31/2022 | 7/31/2022 | 67 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 182 | 182 | 107 | 5/31/2022 | 7/31/2022 | 68 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 183 | 183 | 108 | 5/31/2022 | 7/31/2022 | 69 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 184 | 184 | 109 | 5/31/2022 | 7/31/2022 | 70 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 185 | 185 | 110 | 5/31/2022 | 7/31/2022 | 71 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 186 | 186 | 111 | 5/31/2022 | 7/31/2022 | 72 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 187 | 187 | 112 | 5/31/2022 | 7/31/2022 | 73 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 188 | 188 | 113 | 5/31/2022 | 7/31/2022 | 74 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 189 | 189 | 114 | 5/31/2022 | 7/31/2022 | 1 | 2 | 5,685 | 11,369 | 6.7 | 7.16 | 1,697 | 1,588 | 109 | 4.61 | 502 |
| 190 | 190 | 115 | 5/31/2022 | 8/31/2022 | 2 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 191 | 191 | 116 | 5/31/2022 | 8/31/2022 | 3 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 192 | 192 | 117 | 5/31/2022 | 8/31/2022 | 4 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 193 | 193 | 118 | 5/31/2022 | 8/31/2022 | 5 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 194 | 194 | 119 | 5/31/2022 | 8/31/2022 | 6 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 195 | 195 | 120 | 5/31/2022 | 8/31/2022 | 7 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 196 | 196 | 121 | 5/31/2022 | 8/31/2022 | 8 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 197 | 197 | 122 | 5/31/2022 | 8/31/2022 | 9 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 198 | 198 | 123 | 5/31/2022 | 8/31/2022 | 10 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 199 | 199 | 124 | 5/31/2022 | 8/31/2022 | 11 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 200 | 200 | 125 | 5/31/2022 | 8/31/2022 | 12 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 201 | 201 | 126 | 5/31/2022 | 8/31/2022 | 13 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 202 | 202 | 127 | 5/31/2022 | 8/31/2022 | 14 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 203 | 203 | 128 | 5/31/2022 | 8/31/2022 | 15 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 204 | 204 | 129 | 5/31/2022 | 8/31/2022 | 16 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 205 | 205 | 130 | 5/31/2022 | 8/31/2022 | 17 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 206 | 206 | 131 | 5/31/2022 | 8/31/2022 | 18 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 207 | 207 | 132 | 5/31/2022 | 8/31/2022 | 19 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 208 | 208 | 133 | 5/31/2022 | 8/31/2022 | 20 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 209 | 209 | 134 | 5/31/2022 | 8/31/2022 | 21 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 210 | 210 | 135 | 5/31/2022 | 8/31/2022 | 22 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |

**GLS Leasco, Inc. et al v. Navistar, Inc.**
**Calculation of Incremental Fuel Costs**

Exhibit H

| | Cumulative Tractors | Delivery No. | Expected Delivery Month | Actual Delivery Month | Count | # of Months Delayed | Estimated Miles Per Month | Total Miles Driven During Delay | MY 2018 MPG | MY 2023 MPG | Number of Gallons Used During Delay MY 2018 | MY 2023 | Incremental Gallons | Average Price Per Gallon | Incremental Fuel Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | [a] | [b] | [b] | [c] | [c] | [d] | [e] | | [f] | [f] | | | | [g] | |
| 211 | 211 | 136 | 5/31/2022 | 8/31/2022 | 23 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 212 | 212 | 137 | 5/31/2022 | 8/31/2022 | 24 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 213 | 213 | 138 | 5/31/2022 | 8/31/2022 | 25 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 214 | 214 | 139 | 5/31/2022 | 8/31/2022 | 26 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 215 | 215 | 140 | 5/31/2022 | 8/31/2022 | 27 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 216 | 216 | 141 | 5/31/2022 | 8/31/2022 | 28 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 217 | 217 | 142 | 5/31/2022 | 8/31/2022 | 29 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 218 | 218 | 143 | 5/31/2022 | 8/31/2022 | 30 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 219 | 219 | 144 | 5/31/2022 | 8/31/2022 | 31 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 220 | 220 | 145 | 5/31/2022 | 8/31/2022 | 32 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 221 | 221 | 146 | 5/31/2022 | 8/31/2022 | 33 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 222 | 222 | 147 | 5/31/2022 | 8/31/2022 | 34 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 223 | 223 | 148 | 5/31/2022 | 8/31/2022 | 35 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 224 | 224 | 149 | 5/31/2022 | 8/31/2022 | 36 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 225 | 225 | 150 | 5/31/2022 | 8/31/2022 | 37 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 226 | 226 | 151 | 5/31/2022 | 8/31/2022 | 38 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 227 | 227 | 152 | 5/31/2022 | 8/31/2022 | 39 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 228 | 228 | 153 | 5/31/2022 | 8/31/2022 | 40 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 229 | 229 | 154 | 5/31/2022 | 8/31/2022 | 41 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 230 | 230 | 155 | 5/31/2022 | 8/31/2022 | 42 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 231 | 231 | 156 | 5/31/2022 | 8/31/2022 | 43 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 232 | 232 | 157 | 5/31/2022 | 8/31/2022 | 44 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 233 | 233 | 158 | 5/31/2022 | 8/31/2022 | 45 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 234 | 234 | 159 | 5/31/2022 | 8/31/2022 | 46 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 235 | 235 | 160 | 5/31/2022 | 8/31/2022 | 47 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 236 | 236 | 161 | 5/31/2022 | 8/31/2022 | 48 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 237 | 237 | 162 | 5/31/2022 | 8/31/2022 | 49 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 238 | 238 | 163 | 5/31/2022 | 8/31/2022 | 50 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 239 | 239 | 164 | 5/31/2022 | 8/31/2022 | 51 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 240 | 240 | 165 | 5/31/2022 | 8/31/2022 | 52 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 241 | 241 | 166 | 5/31/2022 | 8/31/2022 | 53 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 242 | 242 | 167 | 5/31/2022 | 8/31/2022 | 54 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 243 | 243 | 168 | 5/31/2022 | 8/31/2022 | 55 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 244 | 244 | 169 | 5/31/2022 | 8/31/2022 | 56 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 245 | 245 | 170 | 5/31/2022 | 8/31/2022 | 57 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 246 | 246 | 171 | 5/31/2022 | 8/31/2022 | 58 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 247 | 247 | 172 | 5/31/2022 | 8/31/2022 | 59 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 248 | 248 | 173 | 5/31/2022 | 8/31/2022 | 60 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 249 | 249 | 174 | 5/31/2022 | 8/31/2022 | 61 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 250 | 250 | 175 | 5/31/2022 | 8/31/2022 | 62 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 251 | 251 | 176 | 5/31/2022 | 8/31/2022 | 63 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 252 | 252 | 177 | 5/31/2022 | 8/31/2022 | 64 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |

**GLS Leasco, Inc. et al v. Navistar, Inc.**
**Calculation of Incremental Fuel Costs**

Exhibit H

| | Cumulative Tractors | Delivery No. | Expected Delivery Month | Actual Delivery Month | Count | # of Months Delayed | Estimated Miles Per Month | Total Miles Driven During Delay | MY 2018 MPG | MY 2023 MPG | MY 2018 | MY 2023 | Incremental Gallons | Average Price Per Gallon | Incremental Fuel Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | [a] | [b] | [b] | [c] | [c] | [d] | [e] | | [f] | [f] | | | | [g] | |
| 253 | 253 | 178 | 5/31/2022 | 8/31/2022 | 65 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 254 | 254 | 179 | 5/31/2022 | 8/31/2022 | 66 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 255 | 255 | 180 | 5/31/2022 | 8/31/2022 | 67 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 256 | 256 | 181 | 5/31/2022 | 8/31/2022 | 68 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 257 | 257 | 182 | 5/31/2022 | 8/31/2022 | 69 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 258 | 258 | 183 | 5/31/2022 | 8/31/2022 | 70 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 259 | 259 | 184 | 5/31/2022 | 8/31/2022 | 71 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 260 | 260 | 185 | 5/31/2022 | 8/31/2022 | 72 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 261 | 261 | 186 | 5/31/2022 | 8/31/2022 | 73 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 262 | 262 | 187 | 5/31/2022 | 8/31/2022 | 74 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 263 | 263 | 188 | 5/31/2022 | 8/31/2022 | 75 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 264 | 264 | 189 | 5/31/2022 | 8/31/2022 | 76 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 265 | 265 | 190 | 5/31/2022 | 8/31/2022 | 77 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 266 | 266 | 191 | 5/31/2022 | 8/31/2022 | 78 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 267 | 267 | 192 | 5/31/2022 | 8/31/2022 | 79 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 268 | 268 | 193 | 5/31/2022 | 8/31/2022 | 80 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 269 | 269 | 194 | 5/31/2022 | 8/31/2022 | 81 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 270 | 270 | 195 | 5/31/2022 | 8/31/2022 | 82 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 271 | 271 | 196 | 5/31/2022 | 8/31/2022 | 83 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 272 | 272 | 197 | 5/31/2022 | 8/31/2022 | 84 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 273 | 273 | 198 | 5/31/2022 | 8/31/2022 | 85 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 274 | 274 | 199 | 5/31/2022 | 8/31/2022 | 86 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 275 | 275 | 200 | 5/31/2022 | 8/31/2022 | 87 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 276 | 276 | 201 | 5/31/2022 | 8/31/2022 | 88 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 277 | 277 | 202 | 5/31/2022 | 8/31/2022 | 89 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 278 | 278 | 203 | 5/31/2022 | 8/31/2022 | 90 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 279 | 279 | 204 | 5/31/2022 | 9/30/2022 | 1 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 280 | 280 | 205 | 5/31/2022 | 9/30/2022 | 2 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 281 | 281 | 206 | 5/31/2022 | 9/30/2022 | 3 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 282 | 282 | 207 | 5/31/2022 | 9/30/2022 | 4 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 283 | 283 | 208 | 5/31/2022 | 9/30/2022 | 5 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 284 | 284 | 209 | 5/31/2022 | 9/30/2022 | 6 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 285 | 285 | 210 | 5/31/2022 | 9/30/2022 | 7 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 286 | 286 | 211 | 5/31/2022 | 9/30/2022 | 8 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 287 | 287 | 212 | 5/31/2022 | 9/30/2022 | 9 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 288 | 288 | 213 | 5/31/2022 | 9/30/2022 | 10 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 289 | 289 | 214 | 5/31/2022 | 9/30/2022 | 11 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 290 | 290 | 215 | 5/31/2022 | 9/30/2022 | 12 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 291 | 291 | 216 | 5/31/2022 | 9/30/2022 | 13 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 292 | 292 | 217 | 5/31/2022 | 9/30/2022 | 14 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 293 | 293 | 218 | 5/31/2022 | 9/30/2022 | 15 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 294 | 294 | 219 | 5/31/2022 | 9/30/2022 | 16 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |

**GLS Leasco, Inc. et al  v. Navistar, Inc.**  
**Calculation of Incremental Fuel Costs**

Exhibit H

| | Cumulative Tractors | Delivery No. | Expected Delivery Month | Actual Delivery Month | Count | # of Months Delayed | Estimated Miles Per Month | Total Miles Driven During Delay | MY 2018 MPG | MY 2023 MPG | Number of Gallons Used During Delay | | Incremental Gallons | Average Price Per Gallon | Incremental Fuel Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | MY 2018 | MY 2023 | | | |
| | [a] | [b] | [b] | [c] | [c] | [d] | [e] | | [f] | [f] | | | | [g] | |
| 295 | 295 | 220 | 5/31/2022 | 9/30/2022 | 17 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 296 | 296 | 221 | 5/31/2022 | 9/30/2022 | 18 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 297 | 297 | 222 | 5/31/2022 | 9/30/2022 | 19 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 298 | 298 | 223 | 5/31/2022 | 9/30/2022 | 20 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 299 | 299 | 224 | 5/31/2022 | 9/30/2022 | 21 | 3 | 5,685 | 17,054 | 6.7 | 7.16 | 2,545 | 2,382 | 164 | 4.61 | 753 |
| 300 | 300 | 225 | 5/31/2022 | 10/31/2022 | 1 | 5 | 5,685 | 28,423 | 6.7 | 7.16 | 4,242 | 3,970 | 273 | 4.61 | 1,255 |
| 301 | 301 | 1 | 6/30/2022 | 10/31/2022 | 2 | 4 | 5,685 | 22,738 | 6.7 | 7.16 | 3,394 | 3,176 | 218 | 4.61 | 1,004 |
| 302 | 302 | 2 | 6/30/2022 | 10/31/2022 | 3 | 4 | 5,685 | 22,738 | 6.7 | 7.16 | 3,394 | 3,176 | 218 | 4.61 | 1,004 |
| 303 | 303 | 3 | 6/30/2022 | 10/31/2022 | 4 | 4 | 5,685 | 22,738 | 6.7 | 7.16 | 3,394 | 3,176 | 218 | 4.61 | 1,004 |
| 304 | 304 | 4 | 6/30/2022 | 10/31/2022 | 5 | 4 | 5,685 | 22,738 | 6.7 | 7.16 | 3,394 | 3,176 | 218 | 4.61 | 1,004 |
| 305 | 305 | 5 | 6/30/2022 | 10/31/2022 | 6 | 4 | 5,685 | 22,738 | 6.7 | 7.16 | 3,394 | 3,176 | 218 | 4.61 | 1,004 |
| 306 | 306 | 6 | 6/30/2022 | 10/31/2022 | 7 | 4 | 5,685 | 22,738 | 6.7 | 7.16 | 3,394 | 3,176 | 218 | 4.61 | 1,004 |
| 307 | 307 | 7 | 6/30/2022 | 10/31/2022 | 8 | 4 | 5,685 | 22,738 | 6.7 | 7.16 | 3,394 | 3,176 | 218 | 4.61 | 1,004 |
| 308 | 308 | 8 | 6/30/2022 | 10/31/2022 | 9 | 4 | 5,685 | 22,738 | 6.7 | 7.16 | 3,394 | 3,176 | 218 | 4.61 | 1,004 |
| 309 | 309 | 9 | 6/30/2022 | 10/31/2022 | 10 | 4 | 5,685 | 22,738 | 6.7 | 7.16 | 3,394 | 3,176 | 218 | 4.61 | 1,004 |
| 310 | 310 | 10 | 6/30/2022 | 10/31/2022 | 11 | 4 | 5,685 | 22,738 | 6.7 | 7.16 | 3,394 | 3,176 | 218 | 4.61 | 1,004 |
| 311 | 311 | 11 | 6/30/2022 | 10/31/2022 | 12 | 4 | 5,685 | 22,738 | 6.7 | 7.16 | 3,394 | 3,176 | 218 | 4.61 | 1,004 |
| 312 | 312 | 12 | 6/30/2022 | 11/30/2022 | 1 | 5 | 5,685 | 28,423 | 6.7 | 7.16 | 4,242 | 3,970 | 273 | 4.61 | 1,255 |
| 313 | 313 | 13 | 6/30/2022 | 11/30/2022 | 2 | 5 | 5,685 | 28,423 | 6.7 | 7.16 | 4,242 | 3,970 | 273 | 4.61 | 1,255 |
| 314 | 314 | 14 | 6/30/2022 | 11/30/2022 | 3 | 5 | 5,685 | 28,423 | 6.7 | 7.16 | 4,242 | 3,970 | 273 | 4.61 | 1,255 |
| 315 | 315 | 15 | 6/30/2022 | 11/30/2022 | 4 | 5 | 5,685 | 28,423 | 6.7 | 7.16 | 4,242 | 3,970 | 273 | 4.61 | 1,255 |
| 316 | 316 | 16 | 6/30/2022 | 11/30/2022 | 5 | 5 | 5,685 | 28,423 | 6.7 | 7.16 | 4,242 | 3,970 | 273 | 4.61 | 1,255 |
| 317 | 317 | 17 | 6/30/2022 | 11/30/2022 | 6 | 5 | 5,685 | 28,423 | 6.7 | 7.16 | 4,242 | 3,970 | 273 | 4.61 | 1,255 |
| 318 | 318 | 18 | 6/30/2022 | 11/30/2022 | 7 | 5 | 5,685 | 28,423 | 6.7 | 7.16 | 4,242 | 3,970 | 273 | 4.61 | 1,255 |
| 319 | 319 | 19 | 6/30/2022 | 11/30/2022 | 8 | 5 | 5,685 | 28,423 | 6.7 | 7.16 | 4,242 | 3,970 | 273 | 4.61 | 1,255 |
| 320 | 320 | 20 | 6/30/2022 | 11/30/2022 | 9 | 5 | 5,685 | 28,423 | 6.7 | 7.16 | 4,242 | 3,970 | 273 | 4.61 | 1,255 |
| 321 | 321 | 21 | 6/30/2022 | 11/30/2022 | 10 | 5 | 5,685 | 28,423 | 6.7 | 7.16 | 4,242 | 3,970 | 273 | 4.61 | 1,255 |
| 322 | 322 | 22 | 6/30/2022 | 11/30/2022 | 11 | 5 | 5,685 | 28,423 | 6.7 | 7.16 | 4,242 | 3,970 | 273 | 4.61 | 1,255 |
| 323 | 323 | 23 | 6/30/2022 | 11/30/2022 | 12 | 5 | 5,685 | 28,423 | 6.7 | 7.16 | 4,242 | 3,970 | 273 | 4.61 | 1,255 |
| 324 | 324 | 24 | 6/30/2022 | 11/30/2022 | 13 | 5 | 5,685 | 28,423 | 6.7 | 7.16 | 4,242 | 3,970 | 273 | 4.61 | 1,255 |
| 325 | 325 | 25 | 6/30/2022 | 11/30/2022 | 14 | 5 | 5,685 | 28,423 | 6.7 | 7.16 | 4,242 | 3,970 | 273 | 4.61 | 1,255 |
| 326 | 326 | 26 | 6/30/2022 | 11/30/2022 | 15 | 5 | 5,685 | 28,423 | 6.7 | 7.16 | 4,242 | 3,970 | 273 | 4.61 | 1,255 |
| 327 | 327 | 27 | 6/30/2022 | 11/30/2022 | 16 | 5 | 5,685 | 28,423 | 6.7 | 7.16 | 4,242 | 3,970 | 273 | 4.61 | 1,255 |
| 328 | 328 | 28 | 6/30/2022 | 11/30/2022 | 17 | 5 | 5,685 | 28,423 | 6.7 | 7.16 | 4,242 | 3,970 | 273 | 4.61 | 1,255 |
| 329 | 329 | 29 | 6/30/2022 | 11/30/2022 | 18 | 5 | 5,685 | 28,423 | 6.7 | 7.16 | 4,242 | 3,970 | 273 | 4.61 | 1,255 |
| 330 | 330 | 30 | 6/30/2022 | 11/30/2022 | 19 | 5 | 5,685 | 28,423 | 6.7 | 7.16 | 4,242 | 3,970 | 273 | 4.61 | 1,255 |
| 331 | 331 | 31 | 6/30/2022 | 11/30/2022 | 20 | 5 | 5,685 | 28,423 | 6.7 | 7.16 | 4,242 | 3,970 | 273 | 4.61 | 1,255 |
| 332 | 332 | 32 | 6/30/2022 | 11/30/2022 | 21 | 5 | 5,685 | 28,423 | 6.7 | 7.16 | 4,242 | 3,970 | 273 | 4.61 | 1,255 |
| 333 | 333 | 33 | 6/30/2022 | 11/30/2022 | 22 | 5 | 5,685 | 28,423 | 6.7 | 7.16 | 4,242 | 3,970 | 273 | 4.61 | 1,255 |
| 334 | 334 | 34 | 6/30/2022 | 11/30/2022 | 23 | 5 | 5,685 | 28,423 | 6.7 | 7.16 | 4,242 | 3,970 | 273 | 4.61 | 1,255 |
| 335 | 335 | 35 | 6/30/2022 | 11/30/2022 | 24 | 5 | 5,685 | 28,423 | 6.7 | 7.16 | 4,242 | 3,970 | 273 | 4.61 | 1,255 |
| 336 | 336 | 36 | 6/30/2022 | 11/30/2022 | 25 | 5 | 5,685 | 28,423 | 6.7 | 7.16 | 4,242 | 3,970 | 273 | 4.61 | 1,255 |

**GLS Leasco, Inc. et al v. Navistar, Inc.**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Exhibit H**
**Calculation of Incremental Fuel Costs**

| | Cumulative Tractors | Delivery No. | Expected Delivery Month | Actual Delivery Month | Count | # of Months Delayed | Estimated Miles Per Month | Total Miles Driven During Delay | MY 2018 MPG | MY 2023 MPG | Number of Gallons Used During Delay | | Incremental Gallons | Average Price Per Gallon | Incremental Fuel Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | MY 2018 | MY 2023 | | | |
| | [a] | [b] | [b] | [c] | [c] | [d] | [e] | | [f] | [f] | | | | [g] | |
| 337 | 337 | 37 | 6/30/2022 | 11/30/2022 | 26 | 5 | 5,685 | 28,423 | 6.7 | 7.16 | 4,242 | 3,970 | 273 | 4.61 | 1,255 |
| 338 | 338 | 38 | 6/30/2022 | 11/30/2022 | 27 | 5 | 5,685 | 28,423 | 6.7 | 7.16 | 4,242 | 3,970 | 273 | 4.61 | 1,255 |
| 339 | 339 | 39 | 6/30/2022 | 11/30/2022 | 28 | 5 | 5,685 | 28,423 | 6.7 | 7.16 | 4,242 | 3,970 | 273 | 4.61 | 1,255 |
| 340 | 340 | 40 | 6/30/2022 | 11/30/2022 | 29 | 5 | 5,685 | 28,423 | 6.7 | 7.16 | 4,242 | 3,970 | 273 | 4.61 | 1,255 |
| 341 | 341 | 41 | 6/30/2022 | 11/30/2022 | 30 | 5 | 5,685 | 28,423 | 6.7 | 7.16 | 4,242 | 3,970 | 273 | 4.61 | 1,255 |
| 342 | 342 | 42 | 6/30/2022 | 11/30/2022 | 31 | 5 | 5,685 | 28,423 | 6.7 | 7.16 | 4,242 | 3,970 | 273 | 4.61 | 1,255 |
| 343 | 343 | 43 | 6/30/2022 | 11/30/2022 | 32 | 5 | 5,685 | 28,423 | 6.7 | 7.16 | 4,242 | 3,970 | 273 | 4.61 | 1,255 |
| 344 | 344 | 44 | 6/30/2022 | 11/30/2022 | 33 | 5 | 5,685 | 28,423 | 6.7 | 7.16 | 4,242 | 3,970 | 273 | 4.61 | 1,255 |
| 345 | 345 | 45 | 6/30/2022 | 11/30/2022 | 34 | 5 | 5,685 | 28,423 | 6.7 | 7.16 | 4,242 | 3,970 | 273 | 4.61 | 1,255 |
| 346 | 346 | 46 | 6/30/2022 | 11/30/2022 | 35 | 5 | 5,685 | 28,423 | 6.7 | 7.16 | 4,242 | 3,970 | 273 | 4.61 | 1,255 |
| 347 | 347 | 47 | 6/30/2022 | 12/31/2022 | 1 | 6 | 5,685 | 34,107 | 6.7 | 7.16 | 5,091 | 4,764 | 327 | 4.61 | 1,506 |
| 348 | 348 | 48 | 6/30/2022 | 12/31/2022 | 2 | 6 | 5,685 | 34,107 | 6.7 | 7.16 | 5,091 | 4,764 | 327 | 4.61 | 1,506 |
| 349 | 349 | 49 | 6/30/2022 | 12/31/2022 | 3 | 6 | 5,685 | 34,107 | 6.7 | 7.16 | 5,091 | 4,764 | 327 | 4.61 | 1,506 |
| 350 | 350 | 50 | 6/30/2022 | 12/31/2022 | 4 | 6 | 5,685 | 34,107 | 6.7 | 7.16 | 5,091 | 4,764 | 327 | 4.61 | 1,506 |
| 351 | 351 | 51 | 6/30/2022 | 12/31/2022 | 5 | 6 | 5,685 | 34,107 | 6.7 | 7.16 | 5,091 | 4,764 | 327 | 4.61 | 1,506 |
| 352 | 352 | 52 | 6/30/2022 | 12/31/2022 | 6 | 6 | 5,685 | 34,107 | 6.7 | 7.16 | 5,091 | 4,764 | 327 | 4.61 | 1,506 |
| 353 | 353 | 53 | 6/30/2022 | 12/31/2022 | 7 | 6 | 5,685 | 34,107 | 6.7 | 7.16 | 5,091 | 4,764 | 327 | 4.61 | 1,506 |
| 354 | 354 | 54 | 6/30/2022 | 12/31/2022 | 8 | 6 | 5,685 | 34,107 | 6.7 | 7.16 | 5,091 | 4,764 | 327 | 4.61 | 1,506 |
| 355 | 355 | 55 | 6/30/2022 | 12/31/2022 | 9 | 6 | 5,685 | 34,107 | 6.7 | 7.16 | 5,091 | 4,764 | 327 | 4.61 | 1,506 |
| 356 | 356 | 56 | 6/30/2022 | 12/31/2022 | 10 | 6 | 5,685 | 34,107 | 6.7 | 7.16 | 5,091 | 4,764 | 327 | 4.61 | 1,506 |
| 357 | 357 | 57 | 6/30/2022 | 12/31/2022 | 11 | 6 | 5,685 | 34,107 | 6.7 | 7.16 | 5,091 | 4,764 | 327 | 4.61 | 1,506 |
| 358 | 358 | 58 | 6/30/2022 | 12/31/2022 | 12 | 6 | 5,685 | 34,107 | 6.7 | 7.16 | 5,091 | 4,764 | 327 | 4.61 | 1,506 |
| 359 | 359 | 59 | 6/30/2022 | 12/31/2022 | 13 | 6 | 5,685 | 34,107 | 6.7 | 7.16 | 5,091 | 4,764 | 327 | 4.61 | 1,506 |
| 360 | 360 | 60 | 6/30/2022 | 12/31/2022 | 14 | 6 | 5,685 | 34,107 | 6.7 | 7.16 | 5,091 | 4,764 | 327 | 4.61 | 1,506 |
| 361 | 361 | 61 | 6/30/2022 | 12/31/2022 | 15 | 6 | 5,685 | 34,107 | 6.7 | 7.16 | 5,091 | 4,764 | 327 | 4.61 | 1,506 |
| 362 | 362 | 62 | 6/30/2022 | 12/31/2022 | 16 | 6 | 5,685 | 34,107 | 6.7 | 7.16 | 5,091 | 4,764 | 327 | 4.61 | 1,506 |
| 363 | 363 | 63 | 6/30/2022 | 12/31/2022 | 17 | 6 | 5,685 | 34,107 | 6.7 | 7.16 | 5,091 | 4,764 | 327 | 4.61 | 1,506 |
| 364 | 364 | 64 | 6/30/2022 | 12/31/2022 | 18 | 6 | 5,685 | 34,107 | 6.7 | 7.16 | 5,091 | 4,764 | 327 | 4.61 | 1,506 |
| 365 | 365 | 65 | 6/30/2022 | 12/31/2022 | 19 | 6 | 5,685 | 34,107 | 6.7 | 7.16 | 5,091 | 4,764 | 327 | 4.61 | 1,506 |
| 366 | 366 | 66 | 6/30/2022 | 12/31/2022 | 20 | 6 | 5,685 | 34,107 | 6.7 | 7.16 | 5,091 | 4,764 | 327 | 4.61 | 1,506 |
| 367 | 367 | 67 | 6/30/2022 | 12/31/2022 | 21 | 6 | 5,685 | 34,107 | 6.7 | 7.16 | 5,091 | 4,764 | 327 | 4.61 | 1,506 |
| 368 | 368 | 68 | 6/30/2022 | 12/31/2022 | 22 | 6 | 5,685 | 34,107 | 6.7 | 7.16 | 5,091 | 4,764 | 327 | 4.61 | 1,506 |
| 369 | 369 | 69 | 6/30/2022 | 12/31/2022 | 23 | 6 | 5,685 | 34,107 | 6.7 | 7.16 | 5,091 | 4,764 | 327 | 4.61 | 1,506 |
| 370 | 370 | 70 | 6/30/2022 | 12/31/2022 | 24 | 6 | 5,685 | 34,107 | 6.7 | 7.16 | 5,091 | 4,764 | 327 | 4.61 | 1,506 |
| 371 | 371 | 71 | 6/30/2022 | 12/31/2022 | 25 | 6 | 5,685 | 34,107 | 6.7 | 7.16 | 5,091 | 4,764 | 327 | 4.61 | 1,506 |
| 372 | 372 | 72 | 6/30/2022 | 12/31/2022 | 26 | 6 | 5,685 | 34,107 | 6.7 | 7.16 | 5,091 | 4,764 | 327 | 4.61 | 1,506 |
| 373 | 373 | 73 | 6/30/2022 | 12/31/2022 | 27 | 6 | 5,685 | 34,107 | 6.7 | 7.16 | 5,091 | 4,764 | 327 | 4.61 | 1,506 |
| 374 | 374 | 74 | 6/30/2022 | 12/31/2022 | 28 | 6 | 5,685 | 34,107 | 6.7 | 7.16 | 5,091 | 4,764 | 327 | 4.61 | 1,506 |
| 375 | 375 | 75 | 6/30/2022 | 12/31/2022 | 29 | 6 | 5,685 | 34,107 | 6.7 | 7.16 | 5,091 | 4,764 | 327 | 4.61 | 1,506 |
| 376 | 376 | 76 | 6/30/2022 | 12/31/2022 | 30 | 6 | 5,685 | 34,107 | 6.7 | 7.16 | 5,091 | 4,764 | 327 | 4.61 | 1,506 |
| 377 | 377 | 77 | 6/30/2022 | 12/31/2022 | 31 | 6 | 5,685 | 34,107 | 6.7 | 7.16 | 5,091 | 4,764 | 327 | 4.61 | 1,506 |
| 378 | 378 | 78 | 6/30/2022 | 12/31/2022 | 32 | 6 | 5,685 | 34,107 | 6.7 | 7.16 | 5,091 | 4,764 | 327 | 4.61 | 1,506 |

**GLS Leasco, Inc. et al v. Navistar, Inc.**
Calculation of Incremental Fuel Costs

**Exhibit H**

| | Cumulative Tractors | Delivery No. | Expected Delivery Month | Actual Delivery Month | Count | # of Months Delayed | Estimated Miles Per Month | Total Miles Driven During Delay | MY 2018 MPG | MY 2023 MPG | Number of Gallons Used During Delay | | Incremental Gallons | Average Price Per Gallon | Incremental Fuel Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | MY 2018 | MY 2023 | | | |
| | [a] | [b] | [b] | [c] | [c] | [d] | [e] | | [f] | [f] | | | | [g] | |
| 379 | 379 | 79 | 6/30/2022 | 12/31/2022 | 33 | 6 | 5,685 | 34,107 | 6.7 | 7.16 | 5,091 | 4,764 | 327 | 4.61 | 1,506 |
| 380 | 380 | 80 | 6/30/2022 | 12/31/2022 | 34 | 6 | 5,685 | 34,107 | 6.7 | 7.16 | 5,091 | 4,764 | 327 | 4.61 | 1,506 |
| 381 | 381 | 81 | 6/30/2022 | 12/31/2022 | 35 | 6 | 5,685 | 34,107 | 6.7 | 7.16 | 5,091 | 4,764 | 327 | 4.61 | 1,506 |
| 382 | 382 | 82 | 6/30/2022 | 12/31/2022 | 36 | 6 | 5,685 | 34,107 | 6.7 | 7.16 | 5,091 | 4,764 | 327 | 4.61 | 1,506 |
| 383 | 383 | 83 | 6/30/2022 | 12/31/2022 | 37 | 6 | 5,685 | 34,107 | 6.7 | 7.16 | 5,091 | 4,764 | 327 | 4.61 | 1,506 |
| 384 | 384 | 84 | 6/30/2022 | 12/31/2022 | 38 | 6 | 5,685 | 34,107 | 6.7 | 7.16 | 5,091 | 4,764 | 327 | 4.61 | 1,506 |
| 385 | 385 | 85 | 6/30/2022 | 12/31/2022 | 39 | 6 | 5,685 | 34,107 | 6.7 | 7.16 | 5,091 | 4,764 | 327 | 4.61 | 1,506 |
| 386 | 386 | 86 | 6/30/2022 | 12/31/2022 | 40 | 6 | 5,685 | 34,107 | 6.7 | 7.16 | 5,091 | 4,764 | 327 | 4.61 | 1,506 |
| 387 | 387 | 87 | 6/30/2022 | 12/31/2022 | 41 | 6 | 5,685 | 34,107 | 6.7 | 7.16 | 5,091 | 4,764 | 327 | 4.61 | 1,506 |
| 388 | 388 | 88 | 6/30/2022 | 12/31/2022 | 42 | 6 | 5,685 | 34,107 | 6.7 | 7.16 | 5,091 | 4,764 | 327 | 4.61 | 1,506 |
| 389 | 389 | 89 | 6/30/2022 | 12/31/2022 | 43 | 6 | 5,685 | 34,107 | 6.7 | 7.16 | 5,091 | 4,764 | 327 | 4.61 | 1,506 |
| 390 | 390 | 90 | 6/30/2022 | 12/31/2022 | 44 | 6 | 5,685 | 34,107 | 6.7 | 7.16 | 5,091 | 4,764 | 327 | 4.61 | 1,506 |
| 391 | 391 | 91 | 6/30/2022 | 12/31/2022 | 45 | 6 | 5,685 | 34,107 | 6.7 | 7.16 | 5,091 | 4,764 | 327 | 4.61 | 1,506 |
| 392 | 392 | 92 | 6/30/2022 | 1/31/2023 | 1 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 393 | 393 | 93 | 6/30/2022 | 1/31/2023 | 2 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 394 | 394 | 94 | 6/30/2022 | 1/31/2023 | 3 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 395 | 395 | 95 | 6/30/2022 | 1/31/2023 | 4 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 396 | 396 | 96 | 6/30/2022 | 1/31/2023 | 5 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 397 | 397 | 97 | 6/30/2022 | 1/31/2023 | 6 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 398 | 398 | 98 | 6/30/2022 | 1/31/2023 | 7 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 399 | 399 | 99 | 6/30/2022 | 1/31/2023 | 8 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 400 | 400 | 100 | 6/30/2022 | 1/31/2023 | 9 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 401 | 401 | 101 | 6/30/2022 | 1/31/2023 | 10 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 402 | 402 | 102 | 6/30/2022 | 1/31/2023 | 11 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 403 | 403 | 103 | 6/30/2022 | 1/31/2023 | 12 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 404 | 404 | 104 | 6/30/2022 | 1/31/2023 | 13 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 405 | 405 | 105 | 6/30/2022 | 1/31/2023 | 14 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 406 | 406 | 106 | 6/30/2022 | 1/31/2023 | 15 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 407 | 407 | 107 | 6/30/2022 | 1/31/2023 | 16 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 408 | 408 | 108 | 6/30/2022 | 1/31/2023 | 17 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 409 | 409 | 109 | 6/30/2022 | 1/31/2023 | 18 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 410 | 410 | 110 | 6/30/2022 | 1/31/2023 | 19 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 411 | 411 | 111 | 6/30/2022 | 1/31/2023 | 20 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 412 | 412 | 112 | 6/30/2022 | 1/31/2023 | 21 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 413 | 413 | 113 | 6/30/2022 | 1/31/2023 | 22 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 414 | 414 | 114 | 6/30/2022 | 1/31/2023 | 23 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 415 | 415 | 115 | 6/30/2022 | 1/31/2023 | 24 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 416 | 416 | 116 | 6/30/2022 | 1/31/2023 | 25 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 417 | 417 | 117 | 6/30/2022 | 1/31/2023 | 26 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 418 | 418 | 118 | 6/30/2022 | 1/31/2023 | 27 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 419 | 419 | 119 | 6/30/2022 | 1/31/2023 | 28 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 420 | 420 | 120 | 6/30/2022 | 1/31/2023 | 29 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |

**GLS Leasco, Inc. et al v. Navistar, Inc.**
**Calculation of Incremental Fuel Costs**

Exhibit H

| | Cumulative Tractors | Delivery No. | Expected Delivery Month | Actual Delivery Month | Count | # of Months Delayed | Estimated Miles Per Month | Total Miles Driven During Delay | MY 2018 MPG | MY 2023 MPG | Number of Gallons Used During Delay | | Incremental Gallons | Average Price Per Gallon | Incremental Fuel Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | MY 2018 | MY 2023 | | | |
| | [a] | [b] | [b] | [c] | [c] | [d] | [e] | | [f] | [f] | | | | [g] | |
| 421 | 421 | 121 | 6/30/2022 | 1/31/2023 | 30 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 422 | 422 | 122 | 6/30/2022 | 1/31/2023 | 31 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 423 | 423 | 123 | 6/30/2022 | 1/31/2023 | 32 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 424 | 424 | 124 | 6/30/2022 | 1/31/2023 | 33 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 425 | 425 | 125 | 6/30/2022 | 1/31/2023 | 34 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 426 | 426 | 126 | 6/30/2022 | 1/31/2023 | 35 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 427 | 427 | 127 | 6/30/2022 | 1/31/2023 | 36 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 428 | 428 | 128 | 6/30/2022 | 1/31/2023 | 37 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 429 | 429 | 129 | 6/30/2022 | 1/31/2023 | 38 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 430 | 430 | 130 | 6/30/2022 | 1/31/2023 | 39 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 431 | 431 | 131 | 6/30/2022 | 1/31/2023 | 40 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 432 | 432 | 132 | 6/30/2022 | 1/31/2023 | 41 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 433 | 433 | 133 | 6/30/2022 | 1/31/2023 | 42 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 434 | 434 | 134 | 6/30/2022 | 1/31/2023 | 43 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 435 | 435 | 135 | 6/30/2022 | 1/31/2023 | 44 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 436 | 436 | 136 | 6/30/2022 | 1/31/2023 | 45 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 437 | 437 | 137 | 6/30/2022 | 1/31/2023 | 46 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 438 | 438 | 138 | 6/30/2022 | 1/31/2023 | 47 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 439 | 439 | 139 | 6/30/2022 | 1/31/2023 | 48 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 440 | 440 | 140 | 6/30/2022 | 1/31/2023 | 49 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 441 | 441 | 141 | 6/30/2022 | 1/31/2023 | 50 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 442 | 442 | 142 | 6/30/2022 | 1/31/2023 | 51 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 443 | 443 | 143 | 6/30/2022 | 1/31/2023 | 52 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 444 | 444 | 144 | 6/30/2022 | 1/31/2023 | 53 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 445 | 445 | 145 | 6/30/2022 | 1/31/2023 | 54 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 446 | 446 | 146 | 6/30/2022 | 1/31/2023 | 55 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 447 | 447 | 147 | 6/30/2022 | 1/31/2023 | 56 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 448 | 448 | 148 | 6/30/2022 | 1/31/2023 | 57 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 449 | 449 | 149 | 6/30/2022 | 1/31/2023 | 58 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 450 | 450 | 150 | 6/30/2022 | 1/31/2023 | 59 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 451 | 451 | 151 | 6/30/2022 | 1/31/2023 | 60 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 452 | 452 | 152 | 6/30/2022 | 1/31/2023 | 61 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 453 | 453 | 153 | 6/30/2022 | 1/31/2023 | 62 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 454 | 454 | 154 | 6/30/2022 | 1/31/2023 | 63 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 455 | 455 | 155 | 6/30/2022 | 1/31/2023 | 64 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 456 | 456 | 156 | 6/30/2022 | 1/31/2023 | 65 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 457 | 457 | 157 | 6/30/2022 | 1/31/2023 | 66 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 458 | 458 | 158 | 6/30/2022 | 2/28/2023 | 1 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 459 | 459 | 159 | 6/30/2022 | 2/28/2023 | 2 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 460 | 460 | 160 | 6/30/2022 | 2/28/2023 | 3 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 461 | 461 | 161 | 6/30/2022 | 2/28/2023 | 4 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 462 | 462 | 162 | 6/30/2022 | 2/28/2023 | 5 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |

**GLS Leasco, Inc. et al v. Navistar, Inc.**
Calculation of Incremental Fuel Costs

Exhibit H

| | Cumulative Tractors | Delivery No. | Expected Delivery Month | Actual Delivery Month | Count | # of Months Delayed | Estimated Miles Per Month | Total Miles Driven During Delay | MY 2018 MPG | MY 2023 MPG | Number of Gallons Used During Delay | | Incremental Gallons | Average Price Per Gallon | Incremental Fuel Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | MY 2018 | MY 2023 | | | |
| | [a] | [b] | [b] | [c] | [c] | [d] | [e] | | [f] | [f] | | | | [g] | |
| 463 | 463 | 163 | 6/30/2022 | 2/28/2023 | 6 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 464 | 464 | 164 | 6/30/2022 | 2/28/2023 | 7 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 465 | 465 | 165 | 6/30/2022 | 2/28/2023 | 8 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 466 | 466 | 166 | 6/30/2022 | 2/28/2023 | 9 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 467 | 467 | 167 | 6/30/2022 | 2/28/2023 | 10 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 468 | 468 | 168 | 6/30/2022 | 2/28/2023 | 11 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 469 | 469 | 169 | 6/30/2022 | 2/28/2023 | 12 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 470 | 470 | 170 | 6/30/2022 | 2/28/2023 | 13 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 471 | 471 | 171 | 6/30/2022 | 2/28/2023 | 14 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 472 | 472 | 172 | 6/30/2022 | 2/28/2023 | 15 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 473 | 473 | 173 | 6/30/2022 | 2/28/2023 | 16 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 474 | 474 | 174 | 6/30/2022 | 2/28/2023 | 17 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 475 | 475 | 175 | 6/30/2022 | 2/28/2023 | 18 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 476 | 476 | 176 | 6/30/2022 | 2/28/2023 | 19 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 477 | 477 | 177 | 6/30/2022 | 2/28/2023 | 20 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 478 | 478 | 178 | 6/30/2022 | 2/28/2023 | 21 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 479 | 479 | 179 | 6/30/2022 | 2/28/2023 | 22 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 480 | 480 | 180 | 6/30/2022 | 2/28/2023 | 23 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 481 | 481 | 181 | 6/30/2022 | 2/28/2023 | 24 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 482 | 482 | 182 | 6/30/2022 | 2/28/2023 | 25 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 483 | 483 | 183 | 6/30/2022 | 2/28/2023 | 26 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 484 | 484 | 184 | 6/30/2022 | 2/28/2023 | 27 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 485 | 485 | 185 | 6/30/2022 | 2/28/2023 | 28 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 486 | 486 | 186 | 6/30/2022 | 2/28/2023 | 29 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 487 | 487 | 187 | 6/30/2022 | 2/28/2023 | 30 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 488 | 488 | 188 | 6/30/2022 | 2/28/2023 | 31 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 489 | 489 | 189 | 6/30/2022 | 2/28/2023 | 32 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 490 | 490 | 190 | 6/30/2022 | 2/28/2023 | 33 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 491 | 491 | 191 | 6/30/2022 | 2/28/2023 | 34 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 492 | 492 | 192 | 6/30/2022 | 2/28/2023 | 35 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 493 | 493 | 193 | 6/30/2022 | 2/28/2023 | 36 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 494 | 494 | 194 | 6/30/2022 | 2/28/2023 | 37 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 495 | 495 | 195 | 6/30/2022 | 2/28/2023 | 38 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 496 | 496 | 196 | 6/30/2022 | 2/28/2023 | 39 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 497 | 497 | 197 | 6/30/2022 | 2/28/2023 | 40 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 498 | 498 | 198 | 6/30/2022 | 2/28/2023 | 41 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 499 | 499 | 199 | 6/30/2022 | 2/28/2023 | 42 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 500 | 500 | 200 | 6/30/2022 | 2/28/2023 | 43 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 501 | 501 | 201 | 6/30/2022 | 2/28/2023 | 44 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 502 | 502 | 202 | 6/30/2022 | 2/28/2023 | 45 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 503 | 503 | 203 | 6/30/2022 | 2/28/2023 | 46 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 504 | 504 | 204 | 6/30/2022 | 2/28/2023 | 47 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |

**GLS Leasco, Inc. et al v. Navistar, Inc.**      Exhibit H
**Calculation of Incremental Fuel Costs**

| | Cumulative Tractors | Delivery No. | Expected Delivery Month | Actual Delivery Month | Count | # of Months Delayed | Estimated Miles Per Month | Total Miles Driven During Delay | MY 2018 MPG | MY 2023 MPG | Number of Gallons Used During Delay | | Incremental Gallons | Average Price Per Gallon | Incremental Fuel Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | MY 2018 | MY 2023 | | | |
| | [a] | [b] | [b] | [c] | [c] | [d] | [e] | | [f] | [f] | | | | [g] | |
| 505 | 505 | 205 | 6/30/2022 | 2/28/2023 | 48 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 506 | 506 | 206 | 6/30/2022 | 2/28/2023 | 49 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 507 | 507 | 207 | 6/30/2022 | 2/28/2023 | 50 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 508 | 508 | 208 | 6/30/2022 | 2/28/2023 | 51 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 509 | 509 | 209 | 6/30/2022 | 2/28/2023 | 52 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 510 | 510 | 210 | 6/30/2022 | 2/28/2023 | 53 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 511 | 511 | 211 | 6/30/2022 | 2/28/2023 | 54 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 512 | 512 | 212 | 6/30/2022 | 2/28/2023 | 55 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 513 | 513 | 213 | 6/30/2022 | 2/28/2023 | 56 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 514 | 514 | 214 | 6/30/2022 | 2/28/2023 | 57 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 515 | 515 | 215 | 6/30/2022 | 2/28/2023 | 58 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 516 | 516 | 216 | 6/30/2022 | 2/28/2023 | 59 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 517 | 517 | 217 | 6/30/2022 | 2/28/2023 | 60 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 518 | 518 | 218 | 6/30/2022 | 2/28/2023 | 61 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 519 | 519 | 219 | 6/30/2022 | 2/28/2023 | 62 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 520 | 520 | 220 | 6/30/2022 | 2/28/2023 | 63 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 521 | 521 | 221 | 6/30/2022 | 2/28/2023 | 64 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 522 | 522 | 222 | 6/30/2022 | 2/28/2023 | 65 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 523 | 523 | 223 | 6/30/2022 | 2/28/2023 | 66 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 524 | 524 | 224 | 6/30/2022 | 2/28/2023 | 67 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 525 | 525 | 225 | 6/30/2022 | 2/28/2023 | 68 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 526 | 526 | 226 | 6/30/2022 | 2/28/2023 | 69 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 527 | 527 | 227 | 6/30/2022 | 2/28/2023 | 70 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 528 | 528 | 228 | 6/30/2022 | 2/28/2023 | 71 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 529 | 529 | 229 | 6/30/2022 | 2/28/2023 | 72 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 530 | 530 | 230 | 6/30/2022 | 2/28/2023 | 73 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 531 | 531 | 231 | 6/30/2022 | 2/28/2023 | 74 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 532 | 532 | 232 | 6/30/2022 | 2/28/2023 | 75 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 533 | 533 | 233 | 6/30/2022 | 2/28/2023 | 76 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 534 | 534 | 234 | 6/30/2022 | 2/28/2023 | 77 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 535 | 535 | 235 | 6/30/2022 | 2/28/2023 | 78 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 536 | 536 | 236 | 6/30/2022 | 2/28/2023 | 79 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 537 | 537 | 237 | 6/30/2022 | 2/28/2023 | 80 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 538 | 538 | 238 | 6/30/2022 | 2/28/2023 | 81 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 539 | 539 | 239 | 6/30/2022 | 2/28/2023 | 82 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 540 | 540 | 240 | 6/30/2022 | 2/28/2023 | 83 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 541 | 541 | 241 | 6/30/2022 | 2/28/2023 | 84 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 542 | 542 | 242 | 6/30/2022 | 2/28/2023 | 85 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 543 | 543 | 243 | 6/30/2022 | 2/28/2023 | 86 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 544 | 544 | 244 | 6/30/2022 | 2/28/2023 | 87 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 545 | 545 | 245 | 6/30/2022 | 2/28/2023 | 88 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 546 | 546 | 246 | 6/30/2022 | 2/28/2023 | 89 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |

**GLS Leasco, Inc. et al  v. Navistar, Inc.**
**Calculation of Incremental Fuel Costs**

Exhibit H

| | Cumulative Tractors | Delivery No. | Expected Delivery Month | Actual Delivery Month | Count | # of Months Delayed | Estimated Miles Per Month | Total Miles Driven During Delay | MY 2018 MPG | MY 2023 MPG | Number of Gallons Used During Delay | | Incremental Gallons | Average Price Per Gallon | Incremental Fuel Cost |
| | | | | | | | | | | | MY 2018 | MY 2023 | | | |
| | [a] | [b] | [b] | [c] | [c] | [d] | [e] | | [f] | [f] | | | | [g] | |
| 547 | 547 | 247 | 6/30/2022 | 2/28/2023 | 90 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 548 | 548 | 248 | 6/30/2022 | 2/28/2023 | 91 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 549 | 549 | 249 | 6/30/2022 | 2/28/2023 | 92 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 550 | 550 | 250 | 6/30/2022 | 2/28/2023 | 93 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 551 | 551 | 251 | 6/30/2022 | 2/28/2023 | 94 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 552 | 552 | 252 | 6/30/2022 | 2/28/2023 | 95 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 553 | 553 | 253 | 6/30/2022 | 2/28/2023 | 96 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 554 | 554 | 254 | 6/30/2022 | 2/28/2023 | 97 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 555 | 555 | 255 | 6/30/2022 | 2/28/2023 | 98 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 556 | 556 | 256 | 6/30/2022 | 2/28/2023 | 99 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 557 | 557 | 257 | 6/30/2022 | 2/28/2023 | 100 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 558 | 558 | 258 | 6/30/2022 | 2/28/2023 | 101 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 559 | 559 | 259 | 6/30/2022 | 2/28/2023 | 102 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 560 | 560 | 260 | 6/30/2022 | 2/28/2023 | 103 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 561 | 561 | 261 | 6/30/2022 | 2/28/2023 | 104 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 562 | 562 | 262 | 6/30/2022 | 2/28/2023 | 105 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 563 | 563 | 263 | 6/30/2022 | 2/28/2023 | 106 | 7 | 5,685 | 39,792 | 6.7 | 7.16 | 5,939 | 5,558 | 382 | 4.61 | 1,757 |
| 564 | 564 | 264 | 6/30/2022 | 3/31/2023 | 1 | 9 | 5,685 | 51,161 | 6.7 | 7.16 | 7,636 | 7,145 | 491 | 4.61 | 2,260 |
| 565 | 565 | 265 | 6/30/2022 | 3/31/2023 | 2 | 9 | 5,685 | 51,161 | 6.7 | 7.16 | 7,636 | 7,145 | 491 | 4.61 | 2,260 |
| 566 | 566 | 266 | 6/30/2022 | 3/31/2023 | 3 | 9 | 5,685 | 51,161 | 6.7 | 7.16 | 7,636 | 7,145 | 491 | 4.61 | 2,260 |
| 567 | 567 | 267 | 6/30/2022 | 3/31/2023 | 4 | 9 | 5,685 | 51,161 | 6.7 | 7.16 | 7,636 | 7,145 | 491 | 4.61 | 2,260 |
| 568 | 568 | 268 | 6/30/2022 | 3/31/2023 | 5 | 9 | 5,685 | 51,161 | 6.7 | 7.16 | 7,636 | 7,145 | 491 | 4.61 | 2,260 |
| 569 | 569 | 269 | 6/30/2022 | 3/31/2023 | 6 | 9 | 5,685 | 51,161 | 6.7 | 7.16 | 7,636 | 7,145 | 491 | 4.61 | 2,260 |
| 570 | 570 | 270 | 6/30/2022 | 3/31/2023 | 7 | 9 | 5,685 | 51,161 | 6.7 | 7.16 | 7,636 | 7,145 | 491 | 4.61 | 2,260 |
| 571 | 571 | 271 | 6/30/2022 | 3/31/2023 | 8 | 9 | 5,685 | 51,161 | 6.7 | 7.16 | 7,636 | 7,145 | 491 | 4.61 | 2,260 |
| 572 | 572 | 272 | 6/30/2022 | 3/31/2023 | 9 | 9 | 5,685 | 51,161 | 6.7 | 7.16 | 7,636 | 7,145 | 491 | 4.61 | 2,260 |
| 573 | 573 | 273 | 6/30/2022 | 3/31/2023 | 10 | 9 | 5,685 | 51,161 | 6.7 | 7.16 | 7,636 | 7,145 | 491 | 4.61 | 2,260 |
| 574 | 574 | 274 | 6/30/2022 | 3/31/2023 | 11 | 9 | 5,685 | 51,161 | 6.7 | 7.16 | 7,636 | 7,145 | 491 | 4.61 | 2,260 |
| 575 | 575 | 275 | 6/30/2022 | 3/31/2023 | 12 | 9 | 5,685 | 51,161 | 6.7 | 7.16 | 7,636 | 7,145 | 491 | 4.61 | 2,260 |
| 576 | 576 | 276 | 6/30/2022 | 3/31/2023 | 13 | 9 | 5,685 | 51,161 | 6.7 | 7.16 | 7,636 | 7,145 | 491 | 4.61 | 2,260 |
| 577 | 577 | 277 | 6/30/2022 | 3/31/2023 | 14 | 9 | 5,685 | 51,161 | 6.7 | 7.16 | 7,636 | 7,145 | 491 | 4.61 | 2,260 |
| 578 | 578 | 278 | 6/30/2022 | 3/31/2023 | 15 | 9 | 5,685 | 51,161 | 6.7 | 7.16 | 7,636 | 7,145 | 491 | 4.61 | 2,260 |
| 579 | 579 | 279 | 6/30/2022 | 3/31/2023 | 16 | 9 | 5,685 | 51,161 | 6.7 | 7.16 | 7,636 | 7,145 | 491 | 4.61 | 2,260 |
| 580 | 580 | 280 | 6/30/2022 | 3/31/2023 | 17 | 9 | 5,685 | 51,161 | 6.7 | 7.16 | 7,636 | 7,145 | 491 | 4.61 | 2,260 |
| 581 | 581 | 281 | 6/30/2022 | 3/31/2023 | 18 | 9 | 5,685 | 51,161 | 6.7 | 7.16 | 7,636 | 7,145 | 491 | 4.61 | 2,260 |
| 582 | 582 | 282 | 6/30/2022 | 3/31/2023 | 19 | 9 | 5,685 | 51,161 | 6.7 | 7.16 | 7,636 | 7,145 | 491 | 4.61 | 2,260 |
| 583 | 583 | 283 | 6/30/2022 | 3/31/2023 | 20 | 9 | 5,685 | 51,161 | 6.7 | 7.16 | 7,636 | 7,145 | 491 | 4.61 | 2,260 |
| 584 | 584 | 284 | 6/30/2022 | 3/31/2023 | 21 | 9 | 5,685 | 51,161 | 6.7 | 7.16 | 7,636 | 7,145 | 491 | 4.61 | 2,260 |
| 585 | 585 | 285 | 6/30/2022 | 3/31/2023 | 22 | 9 | 5,685 | 51,161 | 6.7 | 7.16 | 7,636 | 7,145 | 491 | 4.61 | 2,260 |
| 586 | 586 | 286 | 6/30/2022 | 3/31/2023 | 23 | 9 | 5,685 | 51,161 | 6.7 | 7.16 | 7,636 | 7,145 | 491 | 4.61 | 2,260 |
| 587 | 587 | 287 | 6/30/2022 | 3/31/2023 | 24 | 9 | 5,685 | 51,161 | 6.7 | 7.16 | 7,636 | 7,145 | 491 | 4.61 | 2,260 |
| 588 | 588 | 288 | 6/30/2022 | 3/31/2023 | 25 | 9 | 5,685 | 51,161 | 6.7 | 7.16 | 7,636 | 7,145 | 491 | 4.61 | 2,260 |

**GLS Leasco, Inc. et al v. Navistar, Inc.**
**Calculation of Incremental Fuel Costs**

Exhibit H

| | Cumulative Tractors | Delivery No. | Expected Delivery Month | Actual Delivery Month | Count | # of Months Delayed | Estimated Miles Per Month | Total Miles Driven During Delay | MY 2018 MPG | MY 2023 MPG | Number of Gallons Used During Delay | | Incremental Gallons | Average Price Per Gallon | Incremental Fuel Cost |
| | | | | | | | | | | | MY 2018 | MY 2023 | | | |
| | [a] | [b] | [b] | [c] | [c] | [d] | [e] | | [f] | [f] | | | | [g] | |
| 589 | 589 | 289 | 6/30/2022 | 3/31/2023 | 26 | 9 | 5,685 | 51,161 | 6.7 | 7.16 | 7,636 | 7,145 | 491 | 4.61 | 2,260 |
| 590 | 590 | 290 | 6/30/2022 | 3/31/2023 | 27 | 9 | 5,685 | 51,161 | 6.7 | 7.16 | 7,636 | 7,145 | 491 | 4.61 | 2,260 |
| 591 | 591 | 291 | 6/30/2022 | 3/31/2023 | 28 | 9 | 5,685 | 51,161 | 6.7 | 7.16 | 7,636 | 7,145 | 491 | 4.61 | 2,260 |
| 592 | 592 | 292 | 6/30/2022 | 3/31/2023 | 29 | 9 | 5,685 | 51,161 | 6.7 | 7.16 | 7,636 | 7,145 | 491 | 4.61 | 2,260 |
| 593 | 593 | 293 | 6/30/2022 | 3/31/2023 | 30 | 9 | 5,685 | 51,161 | 6.7 | 7.16 | 7,636 | 7,145 | 491 | 4.61 | 2,260 |
| 594 | 594 | 294 | 6/30/2022 | 3/31/2023 | 31 | 9 | 5,685 | 51,161 | 6.7 | 7.16 | 7,636 | 7,145 | 491 | 4.61 | 2,260 |
| 595 | Total | | | | | | | 14,717,375 | | | 2,196,623 | 2,055,499 | 141,124 | | $ 650,005 |

[a] Source: Exhibit D, Schedule 3.
[b] Source: Exhibit D, Schedule 2.
[c] Source: Appendix I, Schedule 2.
[d] Months Delayed = Actual Delivery Month - Expected Delivery Month.
[e] Determined based on the observed average monthly milage reported for tractors sold prior to April 2023. In service date was assumed to be July 2017. See Exhibit E.
[f] Source: Fuel economy information.xls.
[g] Source: https://www.eia.gov/dnav/pet/PET_PRI_GND_DCUS_NUS_M.htm (average price for years 2022 and 2023).

# Exhibit D

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN


GLS LEASCO, INC., and CENTRAL TRANSPORT LLC,


Plaintiffs,        Case No. 23-cv-12927-MAG-APP

vs.

NAVISTAR, INC.,


Defendant.

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _/

VOLUME I


DEPONENT:        KYLE BLAIN, 30(b)(6) for
                 GLS Leasco, Inc.

DATE:            Tuesday, September 10, 2024

TIME:            9:08 a.m.

LOCATION:        Kienbaum Hardy Viviano
                 Pelton & Forrest, PLC
                 280 North Old Woodward, Suite 400
                 Birmingham, Michigan

REPORTER:        Shari J. Pavlovich, CSR-5926

VIDEOGRAPHER:    Bailey Wellman

JOB NO:          32120


Fortz Legal Support

www.FortzLegal.com

844.730.4066



GLS LEASCO, INC. v NAVISTAR, INC.
BLAIN, KYLE 09/10/2024

Job 32120
162..165

Page 162

1  assigned or sold a truck to LGSI, that LGSI
2  would have that option to trade it back in?
3  A  No, not necessarily. In the OTB agreement,
4  you have to buy a truck to allow the residual
5  to be enforced.
6     So if one of the entities bought
7  a truck, it would allow another entity to turn
8  in the truck for the credit.
9  Q  On the page 3 of 7 on this attachment on the
10  no-trade agreement, you had mentioned before,
11  you had made some modifications to the terms
12  and conditions?
13  A  Yes.
14  Q  Under brakes here you have reference -- you
15  crossed that out. This says "drum brakes" and
16  then you've got "disk brakes".
17     Does this also relate to the
18  Bendix issue?
19  A  No. We just didn't buy trucks with drum
20  brakes. It just wasn't applicable.
21  Q  So as far as Central or GLS Leasco was
22  concerned, the trucks that they buy always
23  have disk brakes?
24  A  They had for many -- since -- for some years.
25

Page 163

1     (Deposition Exhibit D-28 was
2     marked for identification.)
3  BY MR. MURPHY:
4  Q  Marked as Exhibit D-28, this is an order form.
5  Is this what you would refer to as a spec
6  sheet?
7  A  Yeah. It could be. I mean, the form is a
8  little different. Order content.
9     This looks a little more
10  internal, but this has everything that it
11  appears that a spec sheet would.
12  Q  Okay. And this -- I mean, this is a
13  document -- this was produced by GLS.
14  A  Okay.
15  Q  And so how would this document have been
16  conveyed to GLS? Would this be something that
17  Jim Lollis sent to you, for example?
18  A  Yeah. Generally it would be the dealer would
19  send it to you.
20  Q  Okay. And is this one here, in particular,
21  it's for -- you have a -- is that your
22  handwriting on the top?
23  A  No.
24  Q  "No"?
25  A  No.

Page 164

1  Q  Okay.
2  A  I don't spin my 2s.
3  Q  Okay. So this is -- do you know what this
4  document relates to, then?
5  A  Well, I mean, it definitely has the specs
6  related to a truck. I'm a little confused by
7  why it says Minuteman Trucks, Inc. at the top.
8     It says referenced I.D. is CT
9  2022 RH.
10  Q  Well, I'm just trying to figure out what it
11  is. It was produced by GLS.
12     So is this an order form? Or
13  just, you don't know?
14  A  It would -- like I said, sometimes the spec
15  sheets, they come in different forms. So you
16  know, that's --
17  Q  So under order date, it has 8/25/21; requested
18  delivery date, 12/20/2022; and delivery date,
19  5/14/2022.
20  A  Where are you seeing -- oh, I see.
21  Q  Under order details.
22  A  I'm sorry, what was your question?
23  Q  My question is: What -- I'm trying to figure
24  out what is going on with this order that was
25  being placed by Jim Lollis.

Page 165

1     It looks like it was for 75
2  trucks. For which entity is this order being
3  placed for? Is it for Central or is it for
4  Universal?
5     MR. PELTON: Object, lack of
6  foundation.
7     THE WITNESS: The 75 matches the
8  number of RHs that Central Transport ended
9  up getting. GLS you know, started buying.
10     The order date of August 25th,
11  2021, you know, that reflects our initial -- I
12  believe when the trucks were first ordered
13  from the 2021 agreement.
14     Request delivery date, I don't
15  know. I mean, build date, you know, lines up.
16     But yeah, I'm with you. There's
17  some things in here that obviously we got this
18  from either Navistar or Jim, somebody. And I
19  don't know if the intent was to show the spec.
20  BY MR. MURPHY:
21  Q  And do you know who would have placed that
22  order for those 75 trucks on behalf of GLS
23  Leaseco?
24  A  No. I mean, it lists salesperson Jim Lollis.
25  Q  Okay. So to your knowledge Jim Lollis is the

GLS LEASCO, INC. v NAVISTAR, INC.                                      Job 32120
BLAIN, KYLE 09/10/2024                                                 166..169

Page 166

1   person responsible for placing the orders on
2   behalf of Central Transport and/or GLS Leasco?
3           MR. PELTON:  Object, lack of
4   foundation.
5           THE WITNESS:  As far as I know.
6   I mean, in between when he was between Rush
7   and Allegiance, it's unclear.  It looks like
8   this was done -- I mean, it even lists Summit
9   Truck Group as the -- as the dealer, and this
10  is March 15 of 2022.  So I'm confused like you
11  are.
12  BY MR. MURPHY:
13  Q   Is this document familiar to you at all?  Or
14  is this, like, the first time you've ever seen
15  an order content form like this?
16  A   You know, I've seen a lot of variations of
17  specs.  I mean, the guys might pull them from
18  the different -- you know, sometimes it's --
19  you know, your initial spec before orders are
20  placed.
21          This is probably a spec that
22  they pulled, you know, once the order was
23  already in place.  I don't know if this is
24  standard or not.
25  Q   Okay.  And from GLS Leasco's perspective, you

Page 167

1   have no idea who Minutemen Trucks, Inc. is?
2   A   No, I don't.  That's a good question, though.
3   Q   I'm going to mark -- I'm not going to mark
4   anything because this has already been marked
5   as Exhibit 79.  This is a Exhibit that was
6   marked during Mr. Lollis' deposition.
7           And this is a document with an
8   attachment showing order and production dates
9   that Mr. Fink shared with Mr. Lollis.
10          And when you open this document
11  up, it shows what Mr. Lollis testified was the
12  switch from the RH order on behalf of Central
13  to the LT order and that occurring on
14  March 29, 2022.
15          Do you see that?
16          MR. PELTON:  Object, form,
17  foundation.
18          THE WITNESS:  You're referring
19  to the column that says "cancel date"?
20  BY MR. MURPHY:
21  Q   Yes, sir.  I'm not asking you to, you know,
22  tell me what this document is.  I'm just
23  asking, does that fit with your recollection
24  at all as to when Mr. Lollis switched from the
25  RH to the LT version of -- for the tractors

Page 168

1   for Central?
2           MR. PELTON:  Object, form,
3   foundation.
4           THE WITNESS:  Yeah, I don't
5   remember exactly when that happened.  And I
6   certainly wouldn't have known when it
7   internally they made that adjustment.
8   BY MR. MURPHY:
9   Q   Okay.  So you have no idea when Mr. Lollis
10  changed his order for 555 trucks to go from an
11  RH to an LT order?
12          MR. PELTON:  Object,
13  mischaracterizes his prior testimony.
14          THE WITNESS:  Can you state that
15  one more time, sorry?
16  BY MR. MURPHY:
17  Q   Yeah, sorry.  You -- I mean, you're here on
18  behalf of GLS Leasco.  And I'm asking you on
19  behalf of GLS:  When Mr. Lollis, as your
20  dealer, interfacing dealer, when he changed
21  the order from RH tractors, 2023 RH tractors
22  to 2023 LT tractors.
23          MR. PELTON:  Object, form,
24  foundation.
25          THE WITNESS:  I don't recall the

Page 169

1   exact date.  You know, as I said previously, I
2   know it was between February and March.
3   BY MR. MURPHY:
4   Q   Okay.  But you have no reason to disagree that
5   if this date here says the order was changed
6   on March 29, 2022, you have no reason to
7   disagree with that on behalf of GLS Leasco?
8   A   I don't have any reason to disagree with it.
9   Q   Okay.
10          THE WITNESS:  Should I keep this
11  separate?
12          MR. PELTON:  No, it's still an
13  Exhibit to your dep.
14          (Deposition Exhibit D-29 was
15          marked for identification.)
16          COURT REPORTER:  29.
17  BY MR. MURPHY:
18  Q   Okay.  I've marked as Exhibit D-29 an email
19  from Mr. Carmichael to yourself and copying
20  Mr. Lollis.  And he's attaching the updated
21  cover letter for Central, Universal, and PAM.
22          First of all, do you have a
23  recollection of receiving this email from
24  Mr. Carmichael?
25  A   Let me read it.  (Witness reviewing document.)

GLS LEASCO, INC. v NAVISTAR, INC.
BLAIN, KYLE 09/10/2024

Job 32120
170..173

Page 170

1    **Okay.**
2  Q    Okay.  Mr. Carmichael is sending you an
3    updated cover letter; is that correct?
4  A    **Yes.**
5  Q    Okay.  And in the first note he says to you in
6    the first bullet point on the email, he says:
7        "All pricing is based on original
8        specs prior to any changes that Joe has
9        requested via Jim."
10        When he says "Joe", is he
11    referring to Joe Hanvey?
12  A    **Yes.**
13  Q    Okay.  Okay.  And was Joe making changes on --
14    was he making those through Jim?
15  A    **It appears that way, yes.**
16  Q    Okay.  And he says:
17        "Jim can provide walk in changes and
18        pricing."
19        Do you recall if Jim walked you
20    through the changes and the differences in the
21    pricing?
22  A    **I don't recall.  I mean, generally would have,**
23    **but I don't recall.**
24  Q    It says:
25        "Bendix prewire is not included in

Page 171

1        the price."
2        That's the Bendix issue we spoke
3    about earlier; correct?
4  A    **Correct.**
5  Q    And is the Bendix, that's not a brake, really,
6    at issue; right?  That's something that deals
7    with the radar?
8  A    **Yeah.  That's the CMS system, Fusion.**
9  Q    And CMS, does that control monitor or what?
10  A    **Collision Mitigation System.**
11  Q    Collision Mitigation System, gotcha, okay.
12        Then in the next statement he
13    says here:
14        "New truck delivery schedule need to
15        be updated based on getting specs
16        finalized in our system."
17        Do you see that?
18  A    **I see that.**
19  Q    Okay.  Do you ever recall following up with
20    Mr. Carmichael or Mr. Lollis concerning the
21    new truck delivery schedule?
22  A    **No.  It's in the agreement.**
23  Q    Right.  And do you know if it was ever updated
24    from what is attached to this email?
25  A    **Well, this is dated 4/4.  4/8 was the one that**

Page 172

1        Sean signed and sent to me.
2        **So I would assume -- I would**
3    **believe that that was the updated, you know,**
4    **delivery schedule --**
5  Q    And on this --
6  A    **-- or production schedule.**
7  Q    If you turn to the actual agreement, draft
8    agreement that's attached, on the second page
9    of it there's a schedule there.
10        Do you see that?
11  A    **Yes.**
12  Q    Okay.  Can you tell me on that schedule, which
13    trucks relate to Central trucks and which
14    trucks relate to Universal trucks?
15  A    **No.  No, not entirely.**
16  Q    Okay.  Well, was Central expecting to have 42
17    trucks built in January?
18  A    **Those were the trucks going to Universal --**
19  Q    Okay.
20  A    **-- that we talked about.**
21  Q    We just went over the prior Exhibit.  Only
22    four trucks had been -- the start build date
23    in January instead of 42.
24        Do you see that -- or do you
25    recall that from the prior Exhibit?

Page 173

1  A    **Yeah, we reviewed it today.**
2  Q    Okay.  And so we already know that the very
3    first delivery schedule here -- or these build
4    schedules is wrong; correct?
5  A    **Can you restate that?**
6        (Record repeated.)
7        **THE WITNESS:  Okay.  We know it**
8    **as we're reviewing it today because we looked**
9    **at that schedule of the Universal deliveries.**
10  BY MR. MURPHY:
11  Q    Right.  But that Universal -- those
12    delivery -- the delivery in the Universal
13    trucks -- blah.
14        That was shared with your team,
15    though; right?  That was shared with Brianne
16    Perkins and Joe Hanvey.  And so that
17    information was conveyed to them; right?
18  A    **They were on the email, yes.**
19  Q    Yes.  So they know that this schedule was
20    incorrect, the very first delivery of 42
21    trucks in January?
22        MR. PELTON:  I'm going to
23    object.  Mischaracterizes the documents.
24        **THE WITNESS:  I don't know what**
25    **they knew.**

GLS LEASCO, INC. v NAVISTAR, INC.                                    Job 32120
BLAIN, KYLE 09/10/2024                                                174..177

Page 174

1  BY MR. MURPHY:
2  Q    Okay.  Well, you know they received an email
3       that said there were going to be four trucks
4       built in January.
5  A    **Was that built or produced?  Or built or**
6       **delivered?  I can't recall.**
7  Q    I believe it was -- said build day on there.
8  A    **It said build day?**
9  Q    Yeah.
10 A    **Then, yes.**
11 Q    Okay.  And this -- when you look at this,
12      Mr. Blain, is this a schedule that relates to
13      when the trucks are going to be built?  Or is
14      it a schedule that relates to when the trucks
15      are going to be delivered?
16 A    **It says "new truck build month".**
17 Q    Okay.  But up above that, it says:
18           "New truck delivery based on
19      available production at the time of this
20      letter."
21           And so I'm trying to figure out,
22      from GLS's perspective, does this mean when
23      they were going to be receiving the trucks or
24      just when Navistar was going to begin building
25      the trucks?

Page 175

1  A    **This schedule (indicating)?**
2  Q    Yes, sir.
3  A    **I would say that's the build month.**
4  Q    Okay.
5  A    **What was the other -- you were pointing at**
6       **something on the -- or reading something from**
7       **the first page?**
8  Q    Yeah.  The first page on the bottom -- and as
9       you'll see when we get to the final executed
10      agreement, that shifts down to the next page.
11           That one says "new truck
12      delivery".  And so I'm trying to figure out
13      from GLS Leasco's perspective, is that a
14      delivery schedule or is it a build schedule or
15      don't you know?
16 A    **Well, I would agree that it's -- it's**
17      **confusing.  The header says "delivery".  And**
18      **then the header of the table says the "build**
19      **month".**
20           **So I guess my expectation was**
21      **that was the build month, when that truck**
22      **was -- those trucks were going to be built.**
23 Q    Okay.  And so build month isn't the same as
24      delivery, then?
25 A    **No.  We established that earlier.**

Page 176

1  Q    Okay.  And it's your general expectation that
2       the build date and the delivery date are two
3       to four weeks apart?
4  A    **Yes.**
5  Q    Okay.  So in this document here, if there were
6       300 LT trucks being built in April, you're
7       expecting that you're going to be receiving
8       300 LT trucks sometime in May; correct?
9  A    **Correct.**
10 Q    Okay.  And same for March.  If you're building
11      342 trucks in March, you're expecting that
12      you'd be delivered 342 trucks sometime in
13      April?
14 A    **Yes.**
15 Q    Right.  And same with 32 in February and the
16      42 in April -- or in January; correct?
17 A    **Yes.**
18 Q    Okay.  As of this date, April 4, 2022, had
19      Navistar met any of those expectations of
20      yours?
21 A    **I'm not certain.**
22 Q    Well, we already know -- I mean, well, you got
23      to know when Central received the trucks,
24      correct, because it's in your Complaint.
25           You say in your Complaint that

Page 177

1       Central received 18 trucks in May.  And that
2       was it --
3  A    **Um-hmm.**
4  Q    -- right?  So based on just that allegation
5       alone, that Central -- the very first trucks
6       Central received were not until May.
7            Was Navistar meeting its
8       expectations as of April 4, 2022?
9  A    **Well, if I remember correctly -- we can go**
10      **back to the schedule.  But I believe that the**
11      **last production schedule that I had, there**
12      **were 75 trucks that were to be built on**
13      **March 31st.  In which case, on April 4th, I**
14      **wouldn't have expected to receive those**
15      **trucks.**
16 Q    Okay.  So it's your understanding that
17      Navistar was going to be manufacturing 75
18      trucks in March for Central?
19 A    **I think it's Exhibit D-19.**
20           MR. PELTON:  I'm sorry, Exhibit
21      what?
22           THE WITNESS:  Sorry, D-19.  This
23      **might not be.**
24           **My recollection is that we**
25      **expected -- I don't think the CT truck, the**

GLS LEASCO, INC. v NAVISTAR, INC.
BLAIN, KYLE 09/10/2024

Job 32120
178..181

---

Page 178

1  **Central truck production for GLS started until**
2  **the end of March.**
3  **So I wouldn't have expected at**
4  **that point that we would have actually had any**
5  **delivered to our facilities.**
6  BY MR. MURPHY:
7  Q   When would you have expected to receive those
8  trucks? The end of April, then?
9  **A   Yeah, yeah, end of April.**
10 Q   But we know as it relates to Universal that
11 this schedule was not being met as of April 4,
12 2022; correct?
13        MR. PELTON: Objection, lack of
14 foundation.
15       **THE WITNESS: Yeah. As I said**
16       **before, I wasn't keeping as close watch on**
17       **Universal's deliveries at that point.**
18 BY MR. MURPHY:
19 Q   Okay. Well, if I told you Universal didn't
20 receive a delivery of a truck until March,
21 would you have reason to disagree with me?
22 **A   No. I would have no reason to disagree with**
23 **you.**
24 Q   Someone at Universal must know when they
25 received these trucks; correct?

---

Page 179

1  **A   Sure.**
2  Q   And that was never communicated to you?
3  **A   It wouldn't be communicated to me unless they**
4  **thought there was a problem. Because they had**
5  **dialogue with Navistar and Allegiance.**
6  Q   So they didn't think it was a problem that
7  Navistar had only started building four trucks
8  in January when they were expecting 42 were
9  going to be built?
10        MR. PELTON: Objection,
11 mischaracterizes the record.
12       **THE WITNESS: The only dialogue**
13       **we had was about that original 75 trucks. And**
14       **I know, you know, that's what the expectation**
15       **was.**
16 BY MR. MURPHY:
17 Q   And those original 75 trucks, they did not
18 meet that expectation, did they? They didn't
19 deliver one of those trucks by January 15, as
20 requested by you on behalf of Universal?
21 **A   No.**
22 Q   Okay. So at least at this point in time you
23 know that that production schedule is in
24 question; correct?
25 **A   I guess I didn't question.**

---

Page 180

1  Q   Well, you didn't look at it and go, How can
2  this be right? This has got to be the wrong
3  production schedule because Sean's telling me
4  in this email it's got to be updated.
5  And it says I'm going to get 42
6  trucks in January, when you already know that
7  four have been built.
8        MR. PELTON: Objection,
9  mischaracterizes the document and testimony.
10       **THE WITNESS: I didn't question**
11       **when my OEM submitted a contract to me signed**
12       **with a schedule, that they had no plan on**
13       **delivering on that schedule or hadn't already.**
14 BY MR. MURPHY:
15 Q   Okay. And so even though you were -- you had
16 information available to you to tell you
17 exactly when you were going to get delivery of
18 these trucks, that schedule -- you had no
19 questions or concerns about the viability of
20 that schedule?
21       MR. PELTON: Objection,
22 mischaracterizes the documents and the
23 testimony.
24       **THE WITNESS: My understanding**
25       **was that we had a written agreement that had a**

---

Page 181

1  **table that represented the build dates for our**
2  **trucks, and it was signed on April 8th.**
3  **Signed by me in May.**
4  **That that was the schedule when**
5  **those trucks were going to be built. I did**
6  **not question that, no.**
7  BY MR. MURPHY:
8  Q   Okay. And now we're definitive that it's a
9  build date and not a delivery date. Those are
10 two different things.
11 **A   That's correct.**
12 Q   Okay. So your understanding of that agreement
13 on behalf of GLS Leasco is that those dates
14 and that agreement and that schedule are build
15 dates, not delivery dates?
16 **A   Well, they're build months, but yes.**
17 Q   Okay.
18       **THE WITNESS: This a good time**
19       **to take a break?**
20       MR. MURPHY: Yes, no problem.
21       VIDEOGRAPHER: Off the record at
22 2:29 p.m.
23       (Short recess taken at 2:29
24       p.m.)
25       VIDEOGRAPHER: Back on the

---

GLS LEASCO, INC. v NAVISTAR, INC.
BLAIN, KYLE 09/10/2024

Job 32120
182..185

Page 182

1    record at 2:35 p.m.
2          (Back on the record at 2:35
3          p.m.)
4          (Deposition Exhibit D-30 was
5          marked for identification.)
6    BY MR. MURPHY:
7  Q   Marking as D-30 another email.  Actually, it's
8      the same email as the prior one, dated
9      April 4, and it attaches the agreement.  But
10     this is from GLS's production, and there's
11     some handwritten notes on the agreement.
12          I just wanted to clarify.  Are
13     those, in fact, your handwritten notes?
14 A    Yes.  It looks like my handwriting.
15 Q   At least as of April 4, 2022 you're continuing
16     to negotiate the contents of this Letter
17     Agreement?
18 A    Well, I mean, I'm making notes on it.
19 Q   Do you know if any of these notes or proposed
20     revisions that you made were incorporated into
21     the agreement?
22 A    I would have to compare them.  I mean, many of
23     these are just notes to myself.
24 Q   On the bottom there where you say, "Need VIN
25     list of" -- and then it -- do you know what

Page 183

1    that is in reference to?  It's on page 58.
2  A    It might have been as a result of a
3      conversation with Sean.  Probably refers to
4      2018, I would imagine.  I don't know what else
5      18 would be a count of.
6  Q   And would that 18 reference the VIN list for
7      the model year 2018 tractors that you wanted
8      to trade -- or that you wanted to sell?
9  A    I don't know.
10 Q   Okay.  And the statement includes cars -- or
11     "CARB warranty on Cummins for all models" what
12     does that reference to?
13 A    CARB, California Air Resources Board.  It's a
14     coverage, basically.  It's more of a note than
15     anything else.  Looks like we had a
16     conversation, and it was just making notes as
17     to what I was told.
18          (Deposition Exhibit D-31 was
19          marked for identification.)
20          MR. PELTON:  31?
21          COURT REPORTER:  Correct.
22          MR. MURPHY:  Yes, sir.
23 BY MR. MURPHY:
24 Q   And so it looks like in this Exhibit D-31,
25     Mr. Carmichael is sending you a copy of the

Page 184

1    agreement dated April 8, 2022 and his
2    signature is on the document.
3          And he's stating that he's
4    updated the cover letter that represents the
5    changes requested below.  And then it appears
6    you have some changes listed below.
7          Do you see that?
8  A    Yeah.  This one's double-sided.  Do I need a
9      single sided?
10 Q   That's fine.  That's all I got.
11 A    Okay.  I'm sorry.  I see his signature.  It's
12     dated 4/8.
13          Was there something more that
14     you want me to verify?
15 Q   I wanted to verify that this is, in fact, a
16     contract that GLS Leasco is suing on; correct?
17 A    It appears that way, yeah.
18 Q   Okay.  And if you look at that page now, of
19     the actual agreement, you go to that schedule,
20     is it your testimony that this schedule, this
21     build schedule, was the most important piece
22     of this agreement, from GLS's perspective?
23 A    It was very important, yes.
24 Q   I'm asking:  Would this be the most important
25     aspect of this deal?

Page 185

1  A    Yeah.  It was a -- it was essential, the
2      timing.
3  Q   Okay.  And so before you signed this contract,
4      you would want to make certain that this
5      schedule was going to be adhered to; is that
6      correct?
7  A    Well, I would have expected it came from
8      Navistar with this table included, signed by
9      the vice president, that, you know, I probably
10     would have taken it at face value that this is
11     the plan for the builds.
12 Q   Okay.  But you would have wanted to make
13     certain that that build schedule was adhered
14     to; correct?
15 A    I'm not, you know, in the manufacturing
16     environment.  I don't -- I don't run the
17     plant.  I can't build the trucks.
18          I have to assume that and
19     believe that what I'm told in these agreements
20     is going to be fulfilled.
21 Q   Yeah.  But this agreement's different, though.
22     This agreement is looking back at stuff that's
23     already happened.  Not about looking forward
24     on their manufacturing moving forward.
25          So I'm talking about looking

GLS LEASCO, INC. v NAVISTAR, INC.
BLAIN, KYLE 09/10/2024

Job 32120
186..189

Page 186

1   back here, because it's April and this
2   contemplates build days in January, February,
3   and March.
4           What did you do to verify that
5   these build dates were being adhered to?
6           MR. PELTON: Object to form of
7   the question and speech that is inaccurate and
8   preceded the question.
9           **THE WITNESS: Can you restate**
10  **that?**
11          (Record repeated.)
12          MR. PELTON: Same objection.
13          **THE WITNESS: Okay. I didn't go**
14  **back and verify that each of these had been**
15  **fulfilled. You know, for Universal, I believe**
16  **that they were going to be fulfilled on the**
17  **schedule that was provided.**
18  BY MR. MURPHY:
19  Q   Okay. Well, tell me where Central fits into
20      this schedule.
21  **A   Excuse me? I don't understand the question.**
22  Q   Well, tell me what build -- what months they
23      were building trucks for, for Central under
24      the schedule.
25          How do I determine that?

Page 187

1   **A   Well, in February we received a production**
2   **schedule that was the last schedule that I saw**
3   **that, you know, included Central -- GLS's**
4   **trucks for Central. This matched up to that.**
5   Q   Actually, they don't match up. The February
6       schedule deals with all RH trucks, not LT
7       trucks.
8           It called for 75 in January, 75
9       in February. This is completely different.
10          I'm trying to figure out, on
11      this schedule what portion of these trucks
12      were going to be built for Central?
13          MR. PELTON: Object to the form,
14      argumentative, inaccurate.
15          **THE WITNESS: I was still**
16  **relying on those February dates. I mean, the**
17  **way I understand it, a slot, a production slot**
18  **is a production slot.**
19          **Whether it's an RH or an LT that**
20  **goes into that slot, you know, it's still a**
21  **chassis getting a cab put on it.**
22  BY MR. MURPHY:
23  Q   And my question's much simpler. I'm just
24      trying to figure out on these build dates,
25      which of them relate to Central versus which

Page 188

1   of them relate to Universal and which of them
2   relate to PAM.
3   **A   You can't tell this from this particular**
4   **schedule.**
5   Q   So it's completely unclear?
6   **A   It's unclear which are going to be Universal**
7   **and Central Transport slots. It's very clear**
8   **the timing of those production slots. Very**
9   **clear.**
10  Q   Well, it's Central that was purchasing the LT
11      trucks, though; correct?
12  **A   Yeah, the majority of them.**
13  Q   So you can discern from this schedule, at
14      least as to the LT trucks, which ones Central
15      is purchasing?
16  **A   Yeah.**
17  Q   So at least according to this schedule, 300
18      trucks should be being built in April of 2022
19      for Central?
20  **A   Okay, yeah.**
21  Q   Right?
22  **A   Yeah.**
23  Q   Okay. And based on your prior testimony, that
24      if that schedule had been adhered to, you
25      would have expected to have taken delivery of

Page 189

1   those 300 trucks from April -- in end of
2   April, early May; is that correct?
3   **A   Yeah. It would have been sometime during May,**
4   **depending on when the production was in April.**
5   Q   Okay. And in March, I believe your testimony
6       was, you were expecting 75 trucks to be built
7       for Central?
8   **A   Um-hmm.**
9   Q   And those would have been the RH trucks; is
10      that correct?
11  **A   Yeah, I believe so.**
12  Q   Okay. And so according to your testimony, the
13      two to four weeks between build time and
14      delivery time, you would have expected to
15      receive those 75 trucks that were supposed to
16      be built in March, sometime in mid-April; is
17      that correct?
18  **A   Mid- to late April.**
19  Q   Okay. And I mean, I know this schedule is
20      very important. Who was providing you with
21      information concerning when these trucks were
22      going to be delivered? Who were you relying
23      upon?
24  **A   From which -- what standpoint?**
25  Q   Within your own organization, was there

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN


GLS LEASCO, INC., and CENTRAL TRANSPORT LLC,


Plaintiffs,        Case No. 23-cv-12927-MAG-APP

vs.

NAVISTAR, INC.,


Defendant.

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _/

VOLUME II


DEPONENT:        KYLE BLAIN ,30(b)(6) for
                 GSL Leasco, Inc.
DATE:            Wednesday, September 11, 2024
TIME:            8:57 a.m.
LOCATION:        Kienbaum Hardy Viviano
                 Pelton & Forrest, PLC
                 280 North Old Woodward, Suite 400
                 Birmingham, Michigan
REPORTER:        Shari J. Pavlovich, CSR-5926
VIDEOGRAPHER:    Shawn Capron
JOB NO:          32780


Fortz Legal Support

www.FortzLegal.com

844.730.4066



GLS LEASCO, INC. v NAVISTAR, INC.
BLAIN, KYLE 09/11/2024

Job 32780
244..247

Page 244

1    associated with the $6.2 million payment,
2    Central/Universal and PAM Transportation
3    have been compensated for the following."
4        The first is:
5        "Assistance for the disposal of the
6    941 units included in the table above."
7        What is that referring to?
8  A  It's referring to the trucks that are listed
9    in the table above.
10 Q  Okay.  And that would include the 612 2018
11   International trucks that were Central trucks?
12 A  Yes.
13 Q  Okay.  And so "assistance for the disposal" of
14   those units, what does that mean to you on
15   behalf of GLS Leasco?
16 A  I perceived it as the tradeback agreement and
17   the residual value for trading in the truck to
18   Navistar, that we were giving up that option.
19 Q  And why were you agreeing to that?
20 A  Because at that time, you know, our experience
21   was that the market was very good for used
22   trucks, extraordinarily good.
23       And we were going to take
24   advantage of it and believed that we could,
25   you know, gain profit by selling the equipment

Page 245

1    ourselves.
2  Q  Okay.  And that's true as of May 18th, 2022?
3  A  As of May 18th, yes.  I'm sorry, yes.
4  Q  Yeah.  Okay.  And based on your recollection,
5    at what point in time did that historically
6    strong market start to decline?
7  A  It appeared, you know, really after June,
8    July, and then it started to sink pretty
9    rapidly.
10 Q  In June and July of 2022?
11 A  Yes.
12 Q  Okay.  Okay.  The second bullet point says:
13       "Rental invoices associated with the
14   delayed, current, and future production on
15   units that were to be serviced in the
16   first quarter of 2022."
17       What are you referring to there?
18 A  That's in regard to, you know, Universal's --
19   you know, the situation we talked about
20   yesterday, where we had originally a
21   commitment to deliver trucks to Universal by
22   the beginning of January for a new operation,
23   and the fact that those were not delivered
24   timely.  And the repositioning in rental costs
25   that Universal had to sustain.

Page 246

1  Q  So that second bullet point is exclusive to
2    Universal, and it doesn't -- the rental
3    invoices weren't submitted on behalf of
4    Central?
5  A  Not that I remember.
6  Q  Okay.  And that relates to, in that production
7    schedule, the months of January and February
8    when those trucks were supposed to be produced
9    for Universal?  There was a delay in that
10   production?
11 A  Well, the original commitment was January 1st.
12   I know that we've seen some emails that said
13   January 15th.
14       But yes, it's in reference to
15   the first 70 or 75 trucks that were --
16   Universal was supposed to receive.
17 Q  Okay.  And so that $6.2 million payment was in
18   compensation for the delay in the current and
19   it says future production of those trucks for
20   Universal?
21 A  I understood it was in regard to those, yeah,
22   those additional trucks that they needed.
23 Q  And I believe yesterday we were looking at
24   some calculations where you were actually
25   calculating the amounts for that rental

Page 247

1    payment for Universal; is that correct?
2  A  Yeah.  Putting together, trying to figure it
3    out exactly what those costs would be in
4    various points.
5  Q  The next bullet point says:
6        "Rental invoices associated with
7    previous model year's delayed production,
8    resulting in 2017 to 2019 International
9    trade units remaining in service."
10       What is that referring to?
11 A  You know, I don't recall anything about --
12   specifically about rental invoices.  You know,
13   there were issues with downtime.  And we had
14   been discussing a, you know, a downtime
15   stipulation.  I can't recall whether Central
16   was compensated for that.
17       But you know, there was an
18   exorbitant number of trucks that were out of
19   service that required rental trucks in, you
20   know, 2021, leading into this agreement.
21 Q  And this statement, when it refers to 2017 to
22   2019 International trade units remaining in
23   service, that would include the Central 2018
24   units that are referenced in that chart above;
25   correct?

Page 248

1 A   Yes, it would have to.
2 Q   We talked about some of the downtime. It
3     seems like the next bullet point actually
4     addresses the downtime, at least with respect
5     to the QLS.
6             But could you explain what --
7     you know, what your understanding of that next
8     bullet point was meant for?
9 A   Yeah. I think -- you know, I guess I tied the
10    two together. You know, because -- yeah,
11    that's basically what I just described.
12            The down time due to, you know,
13    defects in the equipment. I think at one
14    point we had in excess of about 300 trucks
15    down, out of service.
16 Q   Now, walk me through the process of when you
17    would take delivery of a truck for Central and
18    then you would essentially replace the 2018
19    fleet with that new truck.
20            I mean, how did that
21    mechanically work?
22            MR. PELTON: Object, beyond the
23    scope of the dep topics.
24            You can answer individually.
25            THE WITNESS: New truck arrives.

Page 249

1     You know, there's an inspection. You know,
2     maybe some minor details, putting on a fire
3     extinguisher, you know, in the cab. Some
4     minor things that we would handle.
5             You know, and then depending on,
6     you know, the invoicing and payment, you know,
7     we would plate the unit. It would be put into
8     service. And then that truck would go out.
9             Basically, we would make
10    arrangements to bring the old truck in, and
11    the new truck would go back in its place, you
12    know, to our facility.
13 BY MR. MURPHY:
14 Q   Okay. So you wouldn't move forward and sell a
15    2018 truck before you received a new truck,
16    would you?
17 A   You try to.
18 Q   Okay. You try to sell --
19 A   You try to make arrangements with -- you know,
20    and we did, with wholesalers, based on our
21    expectation as to when they would come out.
22 Q   Okay. And how would you have those
23    expectations when the trucks would come out?
24 A   How would I have that time frame?
25 Q   Yeah.

Page 250

1 A   Based on the production delivery schedule.
2 Q   And that's the one that Brianne Perkins was
3     maintaining?
4 A   Yes.
5 Q   With Mr. Lollis?
6 A   Maintaining?
7 Q   Or I guess, monitoring with Mr. Lollis? That
8     Exhibit we looked at yesterday?
9 A   Yeah. The emails and the updates?
10 Q   Yes.
11 A   Yeah.
12 Q   So you were relying upon that information in
13    order to determine when to sell the used
14    trucks, the 2018 used trucks?
15 A   No. Typically -- and my understanding is,
16    it's with any trade package, whether it's the
17    OEM or it was us.
18            We were trying to make
19    arrangements, you know, in February and March
20    to sell those, you know, lots of those units,
21    a lot, as in a package, you know, prior to the
22    arrival.
23 Q   And which -- which entities were you
24    negotiating with in that -- did you say
25    February and March time frame?

Page 251

1 A   Yeah, that's what I recall.
2 Q   So you were already making arrangements with
3     third parties in an effort to line up sales of
4     the 2018 model year trucks?
5 A   Yes.
6 Q   Which entities were you negotiating with?
7 A   I think the one that, you know, comes to mind
8     most presently is All Truck, I believe, was
9     the entity. They're a wholesaler.
10 Q   Okay.
11 A   There were others that we were speaking to,
12    but I think they were the most that we got
13    furthest along with.
14 Q   And how many trucks were you contemplating
15    selling to All Truck in that time frame?
16 A   Several hundred.
17 Q   200 --
18 A   Yes.
19 Q   -- 300, or as many as you could?
20 A   Well, yeah. My recollection is that we were
21    talking about 200 trucks.
22 Q   Okay. And were you guys negotiating a price
23    at that time?
24 A   Yes.
25 Q   Do you recall what that price was?

GLS LEASCO, INC. v NAVISTAR, INC.                                          Job 32780
BLAIN, KYLE 09/11/2024                                                      252..255

Page 252

1  A   I don't. I apologize. I should have looked
2      at that. I'm sure we have the documents
3      referencing it.
4  Q   And would you have been communicating with
5      All Truck via email or via text? Or how would
6      you communicate with them?
7  A   A lot of these deals, including these, it's a
8      lot of verbal communication. I believe there
9      are -- we have emails related to it.
10 Q   Were there proposals exchanged between the
11     parties?
12 A   Generally, it's a little more informal with
13     the wholesalers. You come to agreement on it.
14     You know, you have a time frame.
15         And then, when the trucks
16     started arriving, you do have something in
17     writing that lays out the terms and the
18     expectations of the equipment that we're
19     selling them, of course, and an understanding
20     there. And then it's the invoice.
21 Q   Did you end up selling any trucks to
22     All Truck?
23 A   No, not of the Internationals.
24 Q   Okay. And what about -- was that the only
25     entity that you were looking to sell

Page 253

1      Internationals to? Or were there other
2      wholesalers, as well?
3  A   No. There were other wholesalers I know that
4      we were talking to that had an interest. And
5      All Truck was one that we got furthest along
6      with.
7          I would have to look up the
8      names of the others. There were several other
9      wholesalers.
10 Q   And that would have been in that same time
11     frame, the February/March time frame of 2022?
12 A   Yeah, yeah. I mean, probably most heavily in
13     March.
14 Q   And why didn't the transaction with All Truck
15     move forward?
16 A   Because at the point that, you know, we could
17     make the trucks available, you know, we
18     needed -- we needed the replacement in order
19     to make the 2018 available.
20         By the time that we could commit
21     to the delivery of the trucks, you know, there
22     were some indications that the market was
23     cooling, potentially, or at least some
24     concerns along that line, as I recall.
25         And they weren't willing to

Page 254

1      commit and eventually backed out.
2  Q   Okay. So it had nothing to do with the
3      delivery of the new model 2023 tractors from
4      Navistar?
5          MR. PELTON: Objection,
6      mischaracterizes what he just said.
7          THE WITNESS: No. It did.
8  BY MR. MURPHY:
9  Q   Okay.
10 A   That those deliveries began to be less
11     certain, you know, as we got into May, end of
12     May.
13 Q   You were starting the negotiations in February
14     and March; correct?
15 A   Yeah.
16 Q   And you were expecting delivery of those
17     Navistar trucks -- or at least the first 75 in
18     sometime in April; correct?
19 A   Um-hmm.
20 Q   Then you were expecting another 300 sometime
21     in late April, early May; is that correct?
22 A   Yeah. Yeah, if we're going with two to four
23     weeks on a delivery time frame, yes.
24 Q   Okay. And so at what point in time did you
25     become concerned that you were not going to be

Page 255

1      able to replace the trucks that you would
2      have -- you know, potentially sell to
3      All Truck with the new model year 2023
4      tractors?
5  A   I think it wasn't so much that, you know, I
6      was concerned that we were going to get the
7      trucks. It was the timing.
8  Q   Okay. And so when did you learn of this
9      timing?
10 A   I think it was more that we couldn't give them
11     a solid date because, you know, you do have to
12     get the new truck in, like I described.
13         And then there is a time period
14     to get the 2018 back off of the road or the
15     truck being replaced off the road. So that
16     can be two to four weeks in itself.
17         So really, we were looking at,
18     you know, a June time frame to be able to
19     start providing those trucks.
20 Q   And by then they had already decided the
21     market had cooled and they were not interested
22     in purchasing the trucks anymore?
23 A   Yeah, if I remember correctly. I mean, they
24     started to get a little skittish about the
25     market, and it wasn't as solid at that point.

Page 256

1  Q   Did they offer to purchase them at a lower
2      price?  Or they just cut off all negotiations
3      at that point?
4  A   Really, at that point, don't remember whether
5      we went back to them with a lower price at
6      that time because we were talking about a
7      large quantity of trucks.
8          You know, they were already
9      probably discounted from the value that we
10     thought the trucks would bring.
11         I can't remember exactly how it
12     ended.
13 Q   You had mentioned a couple hundred; right?
14     200 trucks that you were trying to sell, and
15     you started negotiations in February and
16     March.
17         But you had 612 model year 2018
18     trucks.  Were you intending on selling all 612
19     in that January through June time frame of
20     2022?
21 A   Yeah.  We were planning on replacing them all
22     with the '23s and pulling all the 2018s
23     out and selling them.
24 Q   Okay.  But like, who else were you talking to
25     to make up the 400 more trucks to try to get

Page 257

1      those trucks sold, as well?
2  A   Well, we were advertising it, as well, to
3      individual buyers.  I mean, we were talking to
4      a lot of smaller dealers, not necessarily the
5      large wholesalers.
6          You know, Navistar had an
7      interest in a group of those trucks, as well.
8      Or had, you know, I guess, stated they had an
9      interest, potentially, as well.  I think it
10     was an export deal.
11         So there were other -- other
12     large groups that we were talking to.  We were
13     advertising and started the advertising in
14     April for more of a retail, smaller lot
15     perspective.
16         And then we had other dealers
17     that we were speaking to, as well.
18 Q   So your recollection is you started
19     advertising to sell model year 2018 trucks in
20     April of 2022?
21 A   Correct, um-hmm.
22 Q   And that was directed more toward the retail
23     customers?
24 A   Well, yeah.  You know, smaller lots.  You
25     wouldn't -- you may run into a guy that wants

Page 258

1      a hundred to 200 trucks.  But yeah, those
2      would sell for, you know, in smaller lots.
3  Q   So those were just one-off deals or a handful
4      of trucks?
5  A   It could be 20 trucks.  We utilized
6      TruckPaper.  A lot of different entities look
7      at TruckPaper, from dealers to individual
8      buyers.  And I'm sure wholesalers look in
9      there, as well.
10 Q   Was it your expectation that you were going to
11     make up, you know, the difference of what you
12     were going to sell to All Truck with all of
13     these retail sales?
14         Or were you looking at other,
15     you know, larger transactions?
16 A   We would entertain larger transactions,
17     certainly.
18 Q   But did you entertain any larger transactions?
19 A   I think our biggest group that we sold was 25.
20     I mean, if we had people that wanted, you
21     know, 50-plus, you know, yes, we would have
22     entertained it.
23         I don't recall that we had
24     other -- other groups, specifically.
25 Q   Okay.  I want to be specific to this January

Page 259

1      through June '22 time frame.  Other than this
2      transaction with All Truck, were there other
3      significant transactions that you were looking
4      at to sell, you know, large groups of trucks?
5  A   And "large" defined as?
6  Q   More than 50.
7  A   Okay.  You know, other than, you know, the
8      potential with Navistar and All Truck, I don't
9      recall any other real large ones like that.
10 Q   On this last bullet point on this Exhibit D-38
11     on the list of bullet points we were looking
12     at.  It says:
13         "This agreement is all encompassing
14     for any and all current and future issues
15     for 941 model year 2017 to 2019
16     International units and terminates any and
17     all other agreements pertaining to these
18     units."
19         What is your understanding of
20     what that provision means?
21 A   That it encompasses what -- you know, the
22     prior bullet points and that this agreement
23     replaces the 2021 agreement.
24 Q   Okay.  So would you agree with me that this
25     agreement would supersede the 2021 agreement?

Page 260

1  A    Yes.
2  Q    Okay. And that this agreement was intended to
3       resolve all current and future issues for the
4       941 model year 2017 to 2019 International
5       units?
6  A    Yeah. Related to, you know, the OTB
7       agreement, the obligation that Navistar had to
8       buy those back. And then, you know, these
9       issues that hadn't already been covered on
10      from other perspectives -- downtimes and such.
11 Q    So it's your understanding that this resolved
12      all issues related to the OTB agreement?
13 A    Yes.
14 Q    And on the last page, Mr. Blain, I know we
15      touched on this yesterday, but do you know if
16      Allegiance Truck Group ever signed this
17      contract?
18 A    I expect that they did. I don't recall -- I
19      think I recall seeing one that had been fully,
20      you know, with an Allegiance signature, but I
21      don't recall.
22 Q    Okay.
23          (Deposition Exhibit D-39 was
24          marked for identification.)
25

Page 261

1  BY MR. MURPHY:
2  Q    I'm marking as Exhibit D-39. This is an email
3       from you to Mr. Carmichael, copying Wale
4       Akinosho and Kyle, copying yourself.
5          This is that optional tradeback
6       agreement that we referenced earlier; right?
7  A    Um-hmm, yes.
8  Q    And the optional tradeback agreement, the
9       parties to that agreement are Navistar, Inc.
10      and GLS Leasco, Inc.; correct?
11 A    Correct.
12 Q    Okay. And what is -- what is contemplated by
13      this optional tradeback agreement?
14 A    What the purpose of this is?
15 Q    I apologize, I'll rephrase the question.
16          I'm trying to understand, like,
17      you know, what is the purpose of this
18      agreement from GLS Leasco's perspective?
19 A    Okay. This gives us, GLS Leasco, the option
20      that when buying a replacement truck for these
21      particular units, they can trade in the truck
22      for the value that is included in the
23      agreement. A credit from Navistar for that
24      amount.
25 Q    Okay. Do you understand why you would have

Page 262

1  copied Wale Akinosho on this email?
2  A    I'm not certain. Maybe he had probably been
3       on when it was sent. Well, he was included
4       when Sean sent it to me.
5  Q    Okay. And on paragraph C on page 2 of 7 of
6       the optional tradeback agreement it talks
7       about non-assignability.
8          And then I think we touched on
9       this yesterday, it says, "Any" -- and then:
10          "Outside Moroun family (ownership
11      change in customer will automatically
12      terminate any obligation of Navistar under
13      this agreement.)"
14          Do you know if this optional
15      tradeback agreement has been assigned to any
16      different entity?
17 A    No.
18 Q    Is that the revision that you made -- there's
19      a reference yesterday about outside the Moroun
20      family.
21 A    Yeah. The affiliated companies and --
22 Q    And when you exercise your rights under this
23      optional tradeback agreement are you trading
24      the trucks back in to the dealership, in this
25      case Allegiance? Or they get traded back in

Page 263

1  to Navistar or both?
2  A    Generally, it's back to Navistar in our
3       agreements.
4          (Deposition Exhibit D-40 was
5          marked for identification.)
6  BY MR. MURPHY:
7  Q    I've marked as Exhibit D-40. And this is an
8       email from you to Mr. Lollis, and you're
9       copying Brianne Perkins and Becky Butler.
10          Both of whom were working in
11      maintenance at Central; is that correct?
12 A    Becky, we talked about that yesterday. She
13      was in charge of licensing.
14 Q    Okay.
15 A    And then Brianne Perkins is in the maintenance
16      department.
17 Q    And when you say "in charge of licensing" what
18      exactly does that entail?
19 A    Making sure, you know, that she gets the
20      titles in our name, and goes to the -- works
21      with the licensing bureaus to put license
22      plates on the trucks. Making sure that
23      they're registered properly.
24 Q    So in this email, you're asking Mr. Lollis:
25          "What is the status of our truck

GLS LEASCO, INC. v NAVISTAR, INC.
BLAIN, KYLE 09/11/2024

Job 32780
264..267

Page 264

1    deliveries?"
2           Do you see that?
3  A   Um-hmm.  Yes.
4  Q   And what was the status -- or what did
5      Mr. Lollis, you know, inform you when you
6      asked him that question?
7  A   I believe that's when I got the updated
8      production schedule several days later that
9      showed trucks being -- being pushed out of --
10     the production being pushed out to through
11     September and maybe October.
12 Q   Okay.  And was that in response to your email
13     to Mr. Lollis?
14 A   I don't know if it was directly in response.
15     I believe the date on that -- that document
16     was the 26th.  So I'm assuming, then, it
17     followed shortly after.
18 Q   If you look at this email chain here, if you
19     go down to the Bates number Allegiance 48,
20     there's another email from you the day
21     earlier, on May 23rd.
22          You're asking:
23          "Do we know the status of the MSOs
24     for the straight trucks that we paid off
25     several weeks ago?"

Page 265

1           What are you referring to there?
2  A   The MSO is -- it's a manufacturer's document.
3      It's what our licensing department needs in
4      order to register the plates of the particular
5      unit.
6           This was actually in reference
7      to the straight trucks that we were receiving
8      from Rush Truck.
9  Q   Okay.  So the MSOs are needed by Ms. Butler
10     to properly license the trucks and get the
11     plates?
12 A   Correct.
13 Q   Okay.  Does that have a -- I know we've got a
14     lot of acronyms, but what's MSO stand for if
15     you know?
16 A   I was already trying to think of that.  It's
17     manufacturer's -- I want to say certificate of
18     origin, but obviously it's an S.
19 Q   And then you're also asking:
20          "What is the status of the deliveries
21     on the 2023 RHs?"
22          Below that.  Do you see that?
23 A   Yes.
24 Q   Okay.  And to your recollection, this is
25     the -- is this the first time you asked

Page 266

1      Mr. Lollis what the status of the deliveries
2      on the 2023 RHs was?
3  A   I don't know if it was the first time.
4      Clearly, at this point, the agreement's, you
5      know, final.  And the expectation is that, you
6      know, the trucks are going to be coming more
7      rapidly.
8  Q   When you say "the agreement's final", because
9      you finally signed it on the 18th; correct?
10 A   Yeah, the updated agreement.
11 Q   Okay.  So your testimony is you don't know
12     whether or not you asked Mr. Lollis what the
13     status of the delivery was prior to this
14     May 23rd, 2022 email?
15 A   I may have.  Specifically, I don't remember.
16          (Deposition Exhibit D-41 was
17          marked for identification.)
18 BY MR. MURPHY:
19 Q   I marked as Exhibit D-41, this is an email
20     dated May 26, 2022.  This is between you and
21     Sean Carmichael.
22          And first of all, do you
23     remember sending Mr. Carmichael this email?
24 A   Yeah.
25 Q   So in the email here you're saying:

Page 267

1           "The following was the expected
2      schedule for production of our trucks."
3           Then you say:
4           "We are coming to the end of May and
5      we have 16 trucks delivered and only have
6      visibility to another 38 for Central,
7      totaling 54 trucks.  What should I be
8      expecting at this point regarding delivery
9      of the new trucks?"
10 A   Um-hmm.
11 Q   Right?
12 A   Yeah.
13 Q   So based on this email, you were expecting
14     delivery of 42 trucks in January -- or -- is
15     that correct?
16 A   That's what the agreement read.  I mean, that
17     was the production time.
18 Q   And you were expecting, then, the production
19     time in February would be 32 trucks?
20 A   Um-hmm.
21 Q   Is that a "yes"?
22 A   I'm sorry, yes.
23 Q   And I don't need to go through each one of
24     these, March and April and May.
25          And so what did Mr. Carmichael

GLS LEASCO, INC. v NAVISTAR, INC.
BLAIN, KYLE 09/11/2024

Job 32780
268..271

Page 268

1    say to you in response to this email?
2  A    Yeah. This is on the date that we received
3        that updated production schedule. So that
4        this may have been the reason -- the cause to
5        get that.
6  Q    Did he explain to you why the production
7        schedule had changed?
8  A    I don't remember what the -- what the
9        explanation was. I'm sure we had some
10       dialogue once, you know, I saw this schedule
11       itself. But I don't remember exactly what we
12       discussed.
13 Q    Did you have any conversations with Mr. Lollis
14       concerning, you know, why the production
15       schedule changed?
16 A    I'm certain that we did. You know, I know
17       that, you know, just having gone through the
18       documents, when I received the schedule, I
19       responded, I believe, to Sean and Jim that the
20       change was unacceptable.
21            And then I know there was
22       dialogue via text with Mr. Lollis and myself.
23 Q    And but other than, like, the documents that
24       have been exchanged in this case and marked as
25       Exhibits, I mean, I want to know if you have

Page 269

1    any independent recollection of having a
2    conversation about this issue with either
3    Mr. Lollis or Mr. Carmichael.
4  A    You know, I'm certain that we did. It's over
5        two years ago. I don't remember distinctly.
6  Q    Do you recall after you executed that
7        agreement, the Letter Agreement on May 18th,
8        2022, whether or not GLS made any spec changes
9        to these trucks?
10 A    After May 18th?
11 Q    Yes.
12 A    No.
13 Q    Okay.
14           MR. PELTON: Can we clarify
15       that? "No", you don't remember? Or no -- the
16       question was: Do you remember whether.
17           THE WITNESS: No, I don't
18       remember us making any spec changes in May.
19 BY MR. MURPHY:
20 Q    I'm asking just any time after you signed the
21       agreement did you make any changes to the
22       specifications of the trucks?
23 A    No. Not that I remember, no. I don't think
24       so.
25 Q    And I'm not trying to trick you. I'm showing

Page 270

1    you some documents when you're requesting that
2    they change the engine in the Cummins from a
3    400 to 450-horsepower and change the
4    transmission to an Allison Transmission. That
5    would be news to you?
6  A    I don't remember it.
7  Q    Okay.
8            (Deposition Exhibit D-42 was
9            marked for identification.)
10           MR. PELTON: Just state for the
11       record objection on the last question being
12       outside the scope of the dep topics.
13 BY MR. MURPHY:
14 Q    I'm marking as Exhibit D-41 --
15           COURT REPORTER: 42.
16 BY MR. MURPHY:
17 Q    D-42. These are, from what I've been able to
18       glean, are the invoices for the purchase of
19       all of the trucks for Central. Starting with
20       invoice one and tracking through invoice ten
21       or 12 or 13.
22           There may be some missing ones.
23       These were obtained through Allegiance's
24       subpoena, not any documents that were produced
25       in this case by GLS or Central.

Page 271

1  A    Okay.
2  Q    Do you recognize these documents?
3  A    Yeah.
4  Q    Okay. And I see reference in here, and we
5        earlier we alluded to the MSO. I see a
6        reference to the MSOs.
7            Why was it important to have
8        these invoices for purposes of, you know, the
9        MSO?
10           MR. PELTON: Object to the form
11       of the question. I think it's without
12       foundation.
13           THE WITNESS: I mean, each of
14       the OEMs do it a little bit differently.
15       But generally, you know, you get the truck or
16       you're invoiced for the truck and you make the
17       payment.
18           Then they send the MSO that you
19       need to actually license the truck.
20 BY MR. MURPHY:
21 Q    Great. I see a lot of reference in here
22       between you and Mr. Lollis, where Mr. Lollis
23       is saying, Hey, X many trucks have been
24       delivered. I'm going to send you an invoice.
25       I need you to sign it.

Page 308

1  Q   That's this document; correct?
2  A   That's this, yes.
3  Q   And when you were told to collect these
4      documents did you -- you were told to collect
5      all transactions, whether it's daycab or
6      sleeper cab?
7          MR. PELTON: Object to -- object
8      to -- based on attorney-client privilege and
9      instruct him not to answer.
10 BY MR. MURPHY:
11 Q   Okay. I see. And you get to Bates
12     number 2671, there's a shift from, you know,
13     GLS Leasco bill of sale to invoices by Ritchie
14     Brothers IronPlanet.
15         Do you see that?
16 A   Yes.
17 Q   What's Ritchie Brothers IronPlanet?
18 A   It's an auction site, equipment and just
19     basically everything they sell.
20 Q   Okay. On this first -- this first truck that
21     they sold on 2671, it's for the 2018
22     International RH, and it's a sale price of
23     $1,200.
24         Was this also excluded from your
25     expert report, or would this have been

Page 309

1      included?
2  A   I would expect it was excluded.
3  Q   Just by the price?
4  A   Yes.
5  Q   And why don't we flip through all of these
6      transactions in -- let's just start with the
7      first -- the next one in.
8          This one would have been for
9      $8,365. This is for a 2018 International RH.
10     Would this be part of GLS Leasco's damage
11     claim or not?
12         MR. PELTON: I'm going to
13     object. The witness has asked several times
14     to see the summary sheet that would provide
15     that information to refresh.
16         THE WITNESS: If we're going to
17     go through each sheet, I'd need some
18     additional reference. This was support to the
19     spreadsheet that was submitted.
20 BY MR. MURPHY:
21 Q   Okay. So it's your testimony that we can take
22     these invoices and then we can marry them up
23     with the spreadsheet that was prepared in this
24     case?
25 A   I would say yeah, you can. I believe we

Page 310

1      filtered out the sleepers that were, you know,
2      not part of the case. Those were probably
3      filtered out. The rest of these, yes, you can
4      match them up.
5          And that was my error. When it
6      was requested for all of the invoices related
7      to 2018s, you know, I thought it was better
8      to give all of the 2018 invoices.
9  Q   And to your knowledge, GLS Leasco does not
10     possess any other documents related to the
11     transaction or sale of these 2018 model year
12     tractors, other than these documents you've
13     produced here?
14 A   No. These are the only invoices.
15 Q   Okay. I mean, I'm talking about any other
16     documents related to the transaction that
17     would reflect the condition of the trucks,
18     photographs of the trucks, underlying
19     documents that would support the transaction.
20         Do any of those documents exist?
21 A   Documents, no, not that I'm aware. I mean,
22     Ritchie Brothers, they post the information.
23     I don't know -- it's not necessarily a
24     document.
25         But you know, the way their

Page 311

1      process works, it's an auction site. It has
2      pictures of the equipment.
3  Q   Is that a wholesale sale, that Ritchie
4      Brothers, or is that a retail sale?
5  A   It's an auction site. I don't know if that's
6      a -- you know, another variant between
7      wholesale and -- well, I think it probably is.
8  Q   I notice that these Ritchie Brothers
9      transactions don't start until, like, December
10     of 2023, January of '24, February of '24.
11         When you flip through the
12     invoices, do you know why you waited so long
13     to sell these trucks?
14 A   Because we didn't realize how much the market
15     had dropped. And we were trying to sell them
16     to private owners.
17         Because as you can see, the fees
18     and the commissions are extensive. And it is,
19     you know, as low values as we were being
20     offered on this equipment, we were trying to
21     avoid those additional fees.
22 Q   Okay. So how long did you wait to try to sell
23     these trucks through Ritchie Brothers?
24 A   I think we had some intermittently prior to
25     that. Yeah. I'm not sure exactly when the

GLS LEASCO, INC. v NAVISTAR, INC.
BLAIN, KYLE 09/11/2024

Job 32780
312..315

Page 312

1    first sale was.
2  Q    The first sale, at least as far as I can see,
3    there's several being sold on July 20th, 2023.
4    Does that fit with your recollection?
5  A    Yeah. As far as I can remember.
6  Q    Was there -- some of them are dated May of
7    2024.
8  A    Um-hmm.
9  Q    Do you recall that?
10    MR. PELTON:  Clarify the
11    question. You're talking about Ritchie
12    Brothers?
13    MR. MURPHY:  That's correct,
14    yeah.
15  BY MR. MURPHY:
16  Q    All of these that I'm referring to are the
17    Ritchie Brothers invoices. They span from
18    July of 2023 to May, even June of 2024.
19    Why didn't you try to sell these
20    trucks earlier through Ritchie Brothers?
21  A    Well, because we were getting such low values
22    for them and just to pile on the fees and the
23    commissions, you know, we were trying to sell
24    them in other avenues.
25    Or you know, find some other

Page 313

1    good use for them. An opportunity so that we
2    weren't paying tens of thousands of dollars to
3    sell a truck.
4  Q    So this entity, you had a commission they
5    would charge you for selling each one of these
6    trucks?
7  A    Yes.
8  Q    And so you made a decision to not use them
9    earlier because you wanted to save on the
10    commission?
11  A    Well, we were still making every effort to
12    sell them -- sell them directly, utilizing
13    TruckPaper and other avenues, Ritchie List,
14    which is another variant from Ritchie Brothers
15    where there isn't, you know, a 10 to
16    25 percent commission and $500 in fees.
17  Q    Okay. And had you engaged Ritchie earlier in
18    the process, like in January of 2023, versus
19    July and even into '24, would you have gotten
20    a higher price for the sale of those trucks?
21  A    I mean, I'm not certain. But the historical
22    information would tell us that values peaked
23    in May and June. And they haven't gone back
24    up since.
25  Q    May and June of 2022?

Page 314

1  A    Correct.
2  Q    Okay. And at least as it stands here, the
3    only trucks that you attempted to sell or the
4    only trucks that you actually sold in May of
5    2022 were these trucks to -- actually, let's
6    go through these.
7    You have the trucks to Vulcan
8    Truck Sales; right? Those are all sleeper
9    cabs, so they're not relevant?
10  A    Correct.
11  Q    Those were sold on May 4th, May 13th,
12    May 26th, May 27th, and May 31, at least
13    according to these records.
14    There are two other transactions
15    on May 25 and 26th, one to RA Equipment --
16    excuse me, May 25th and 27th. One to RA
17    Equipment and eight trucks sold to Five
18    Crowns. Let me find that for you.
19    MR. PELTON:  Got a page number?
20    MR. MURPHY:  I'm working on it.
21    THE WITNESS:  Am I missing the
22    page that you're referencing?
23  BY MR. MURPHY:
24  Q    Nope. Hold on, I'm referencing page 2657.
25    This is the transaction with Five Crowns

Page 315

1    Trucking.
2  A    I'm sorry, what was the number?  2657?
3  Q    Yes. All right. This is dated May 27th,
4    2022. And it's a transaction -- and who's
5    Five Crowns Trucking?
6  A    A trucking company in Detroit.
7  Q    You have a prior relationship with them, or
8    was this a first-time transaction?
9  A    I believe this was a first-time transaction.
10  Q    And are these daycabs or are they sleeper
11    cabs?
12  A    These are daycabs.
13  Q    And where do we find the -- oh, there's the
14    mileage, okay.
15    So other than this one sheet of
16    paper for $522,000, there's no other
17    documentation reflecting this transaction?
18  A    Not that I'm aware of.
19  Q    And do you recall if Five Crowns Trucking, did
20    they come out and inspect these trucks before
21    they made an offer to purchase them?
22  A    I don't recall.
23  Q    And who would have been the main point of
24    contact between Five Crowns Trucking and GLS
25    Leasco?

GLS LEASCO, INC. v NAVISTAR, INC.                                    Job 32780
BLAIN, KYLE 09/11/2024                                               316..319

Page 316

1  A   It would have been myself or Brianne Perkins.
2  Q   So Brianne Perkins handled some of these
3      transactions?
4  A   Yes, she assisted.
5  Q   Do you know at this time, in May 27th, 2022,
6      whether or not you had eight model year 2023
7      Central tractors to replace these eight that
8      you were selling?
9  A   I believe we did.  I believe we did.
10 Q   Okay.
11         MR. MURPHY:  We'll take a short
12     break.
13         VIDEOGRAPHER:  We're going off
14     the record.  The time is 10:52 a.m.  We're off
15     the record.
16         (Short recess taken at 10:52
17         a.m.)
18         VIDEOGRAPHER:  We are now back
19     on the record.  The time is 11 a.m.
20         (Back on the record at 11:00
21         a.m.)
22 BY MR. MURPHY:
23 Q   Just wrapping up corporate representative
24     deposition, GLS Leasco.  And wanted to follow
25     up on a few things you touched on earlier,

Page 317

1      Mr. Blain.
2          You had mentioned that GLS was
3      exploring some potential sale of 2018 model
4      year tractors to Navistar; correct?
5  A   Um-hmm.
6  Q   Who was involved in those negotiations?
7  A   I don't think we got to the negotiations part.
8      But it was between Sean Carmichael and Brock
9      Frederick.
10         They had talked about potential
11     opportunities to -- I believe they were --
12     they would export to Vietnam.  They have an
13     outlet there.
14 Q   Okay.  And do you recall how many trucks you
15     were contemplating in that transaction?
16 A   It was 100 to 200.
17 Q   And do you recall if you had agreed upon a
18     price?
19 A   We had not agreed on a price.  We didn't have
20     the trucks during the period they needed them.
21 Q   Okay.  What period did they need the trucks?
22 A   You know, looking back at the text dialogue
23     between myself and Sean Carmichael, it was
24     March.  I think it was a March period.  March,
25     April.

Page 318

1  Q   Of 2022?
2  A   Correct.
3  Q   And was that the reason why the transaction
4      didn't go forward?
5  A   That was my understanding.
6  Q   I mean, was there any other reason that the
7      transaction didn't move forward, other than
8      the fact that you didn't have replacement
9      trucks?
10 A   Not that I'm aware of.
11 Q   Do you know -- had you guys agreed upon a
12     price for that transaction?
13 A   You know, I don't recall if we had gotten to a
14     price on the units.
15 Q   Do you know who the potential buyer was going
16     to be?
17 A   I don't know who the outlet is overseas.
18 Q   So Navistar was effectively acting like a
19     broker in that situation?
20 A   I don't know what the entities -- if it's
21     something that Navistar -- you know, dealers
22     that they own in Vietnam, or it was just a
23     wholesale outlet for them that they utilized.
24     It came up several times.
25 Q   Other than that one instance with

Page 319

1      Mr. Carmichael and this potential sale of
2      tractors in Vietnam, can you think of any
3      other times when GLS was negotiating with
4      Navistar concerning the purchase of these 2018
5      model year tractors?
6  A   You know, just in review of the documents, I
7      know there was another conversation later in
8      '22.  It was maybe October or November.
9  Q   And were you part of that conversation?
10 A   Yes.
11 Q   And what -- can you describe what that
12     discussion was about?
13 A   I believe my recollection is it was me, you
14     know, asking if there was still an opportunity
15     there, because now we had the replacements for
16     the trucks.
17         But the market demand in the
18     U.S. was -- appeared to be trailing off
19     quickly.
20 Q   So that transaction that you inquired about
21     with Mr. Carmichael in late '22, you guys
22     discussed earlier in March of '22?
23 A   There was dialogue about the same at that
24     period of time.
25 Q   Other than those two instances, can you think

GLS LEASCO, INC. v NAVISTAR, INC.
BLAIN, KYLE 09/11/2024

Job 32780
320..323

Page 320

1  of any other times when GLS may have been
2  negotiating with Navistar concerning the
3  potential purchase of these tractors?
4  A   You know, I know that I repeatedly talked to
5      Sean and tried to reach Brock Frederick, who
6      handled the used truck sales. Looking for
7      some assistance as we had been given some
8      assurances that they would help.
9          But you know, and gone back to
10     Sean when I couldn't get a response from
11     Brock. That would have been sometime in
12     between those periods.
13 Q   Okay. Now, when -- if the trucks weren't sold
14     by GLS, I understand a large portion of these
15     model year 2018 tractors are still in GLS's
16     name; correct?
17 A   Correct.
18 Q   Do you recall about how many?
19         MR. PELTON: I'm sorry, do you
20     recall what?
21 BY MR. MURPHY:
22 Q   About how many of these model year 2018
23     tractors that GLS still owns?
24 A   I'm going to say it's probably about 280.
25 Q   And would that be reflected in Mr. Kahaian's

Page 321

1  expert report as an Exhibit, which tractors
2  had been sold and which ones had been retained
3  by GLS?
4  A   Yes.
5  Q   Okay. And I'm not -- I have it up in front of
6      me. So I did not bring a copy of that with me
7      today. I apologize for that.
8          That's the list you were
9      referring to earlier that you could reference
10     to match up trucks with the invoices; correct?
11 A   Yeah. I believe that was as of, like,
12     July 20th or 21st. You know, there's since
13     been more trucks sold.
14 Q   Okay. So since that list was prepared,
15     additional tractors have been sold?
16 A   Yes.
17 Q   Do you know how many?
18 A   I don't know exact. I'm going to say 20.
19 Q   And do you know the parties to those
20     transactions?
21 A   Well, we recently sold some in Ritchie
22     Brothers live auction. I don't know the exact
23     count. There were some 2019 and 2020
24     Internationals in there, as well.
25 Q   Okay. Would that have been included in those

Page 322

1  documents that we just looked at?
2  A   It would not have been because this was, you know,
3      past several weeks. They can certainly be
4      updated.
5  Q   Okay. Why hasn't GLS Leasco sold, you know, a
6      good -- several hundred of these trucks?
7  A   We would like to sell more of them. Really, I
8      mean, the situation we were posed with, was
9      that we were going to have to pay, you know,
10     just based on, you know, the loan values that
11     were still owed on them, you know, it would
12     cost us $15,000 to sell a truck.
13         So it would have been seeking
14     other uses. Some, you know, we put back in
15     service just because we couldn't -- they were
16     going for such low values.
17 Q   Okay. And so do you know how many of these
18     tractors were placed back into service or
19     remained in service the whole time?
20 A   Yeah. I think it's around 100 units.
21 Q   Okay. So do you have documentation to reflect
22     which of those units continued to -- I assume
23     they were running freight?
24 A   Yes.
25 Q   Okay. And getting paid money to run that

Page 323

1  freight?
2  A   Yes. We were -- we were using them in lieu of
3      some of the newer trucks. They really
4      weren't -- they weren't needed trucks. It was
5      more the fact of the loss we were going to
6      take by not utilizing them.
7  Q   But these hundred or so trucks that you
8      maintained ownership of, they continued to
9      run, and they continued to generate revenue on
10     behalf of GLS Leasco; is that correct?
11 A   They're in operation, yeah.
12 Q   And is there a way for you to track how much
13     revenue these trucks that are still in
14     operation are generating for GLS Leasco?
15 A   I'm not sure how I would necessarily do that.
16 Q   Is there an average, you know, profit per mile
17     or any type of metric that you would measure
18     the profits that are being generated by moving
19     freight of these 2018 tractors?
20 A   There -- I'm sure there is a way. Off the top
21     of my head, I don't know how we'd do that.
22 Q   You don't track that information?
23 A   Well, I guess it's the basis that you would
24     want to bump it up against.
25         Are we talking a revenue per

GLS LEASCO, INC. v NAVISTAR, INC.
BLAIN, KYLE 09/11/2024

Job 32780
324..327

Page 324

1       mile type of scenario?  I said there's
2       probably a way to do that.  Off the top of my
3       head, I don't know the best way.
4    Q    Is there a way for you to identify, for
5       example, the RH, you know, 2018 tractor,
6       here's the VIN number.
7             Is there a way you can pull that
8       up and determine how much revenue that
9       particular tractor generated over the, you
10      know, last 12 months?
11   A    Okay.  I can continue to answer the same
12      question.
13            Like I said, I'm certain there
14      is a method.  Off the top of my head, I don't
15      know the best way.
16            MR. MURPHY:  All right.  Well, I
17      think we can conclude the GLS Leasco corporate
18      rep deposition and move into the Central
19      transport deposition.
20               - - -
21            EXAMINATION
22   BY MR. PELTON:
23   Q    A couple questions.  Just to clarify, can you
24      find Exhibit 4, D-4?
25   A    (Witness complies.)  Yes.

Page 325

1    Q    Okay.  Then I want to mark this.  I guess it
2       would be 51.
3            (Deposition Exhibit D-51 was
4            marked for identification.)
5            MR. PELTON:  So D-51.  All
6       right, Scott?
7            MR. MURPHY:  Yeah, it's fine by
8       me.
9    BY MR. PELTON:
10   Q    Looking at page 582, is that -- second to the
11      last page in the Exhibit.  And is that the
12      same as Exhibit 4?
13   A    Yes.
14   Q    Okay.  But this also has an attachment to the
15      February 12th letter to Mr. Moroun from Justin
16      Fink?
17   A    Yes.
18   Q    Attached to this, also, is an email.  Is this
19      the cover email, this first page for that
20      Exhibit 4?
21   A    It appears that it is.
22   Q    All right.  And the second and third pages of
23      the Exhibit, what is that?  Second and third
24      pages of the Exhibit, what is it?
25            MR. PELTON:  Let me see this.

Page 326

1    BY MR. PELTON:
2    Q    The second and third page of the Exhibit.
3       It's control level 580 and 581, what is it?
4    A    This is the request for quote that we sent out
5       on behalf of the fleets in January of 2021.
6    Q    What's the date?
7    A    January 27, 2021.
8    Q    All right.  And is this what Mr. Lollis is
9       responding to?
10   A    Yes.
11   Q    Does your request for proposal ask that they
12      direct the proposal to anyone in particular?
13   A    Yeah.  It was supposed to be directed to
14      myself.
15   Q    All right.  And was there anywhere where you
16      asked that it be directed to Mr. Moroun's
17      attention?
18   A    No.
19   Q    At this point in time, in 2021, when were the
20      model year 2018s that had been purchased,
21      when were those -- when was the OTB going to
22      expire on those?
23   A    I believe it started in April of -- July or
24      August of 2021.
25   Q    All right.  And is there a penalty if the

Page 327

1       tradeback occurs later --
2    A    Yes.
3    Q    -- under the OTB agreement?
4    A    Yes.
5    Q    If you turn to Exhibit D-38, which is the
6       April 8th Letter Agreement.
7            MR. MURPHY:  Object to form,
8       mischaracterizes the date of the agreement.
9            THE WITNESS:  Yes, sir.
10   BY MR. PELTON:
11   Q    Like to direct your attention back to the no
12      trade agreement on the third page of the
13      agreement.
14   A    Yes, sir.
15   Q    And you reviewed earlier with Mr. Murphy, the
16      bullet points under the 6.2 million payment?
17   A    Yes, sir.
18   Q    Okay.  All right.  The third bullet says:
19            "Rental invoices associated with
20      previous model years delayed production,
21      resulting in 2017 to 2019 International
22      trade units remaining in service."
23            Did that relate to the effort in
24      2021 to begin the process to sell these back
25      to the -- or turn them back in under the OTB

GLS LEASCO, INC. v NAVISTAR, INC.
BLAIN, KYLE 09/11/2024

Job 32780
328..331

Page 328

1  agreement from 2017?
2          MR. MURPHY:  Object to form.
3          THE WITNESS:  Well, you know, as
4  a result of the delay and, you know, meeting
5  up with the OTB agreement, yeah.  I mean, we
6  were looking at, you know, extending the life
7  of these vehicles; but yes, that could be in
8  relation to that, as well.
9          MR. PELTON:  Okay.  That's all
10  the questions I have.  We're going to reserve
11  the right to read under Rule 30 E.
12          MR. MURPHY:  Thank you.
13          VIDEOGRAPHER:  This concludes
14  the videotape deposition.  We are now going
15  off the record.  The time is 11:16 a.m.  We're
16  off the record.
17          (Deposition concluded at 11:16
18          a.m.)
19          - - -
20
21
22
23
24
25

Page 330

1              DEPOSITION ERRATA SHEET
2   Our Assignment No.:  32780
3   Case Caption:  GLS Leasco, Inc. and Central
4   Transport, LLC v. Navistar, Inc.
5
6      DECLARATION UNDER PENALTY OF PERJURY
7   I declare under penalty of perjury that I have read
8   the entire transcript of my deposition taken in the
9   captioned matter or the same has been read to me,
10  and the same is true and accurate, save and except
11  for changes and/or corrections, if any, as indicated
12  by me on the DEPOSITION ERRATA SHEET hereof, with
13  the understanding that I offer these changes as if
14  still
15  under oath.
16
17  Signed on the ____ day of _____, 2024.
18
19  _____
20  _____
21  KYLE BLAIN 30(b)(6) for GLS Leasco, Inc.
22
23
24
25

Page 329

1              CERTIFICATE
2   STATE OF MICHIGAN
3   COUNTY OF WAYNE
4
5   I do hereby certify the witness, whose attached
6   testimony was taken in the above matter, was first
7   duly sworn to tell the truth; the testimony
8   contained herein was reduced to writing in the
9   presence of the witness, by means of stenography;
10  afterwards transcribed; and is a true and complete
11  transcript of the testimony given.  I further
12  certify that I am not connected by blood or marriage
13  with any of the parties, their attorneys or agents,
14  and that I am not interested directly, indirectly or
15  financially in the matter of controversy.  In
16  witness whereof, I have hereunto set my hand at
17  Westland, Michigan, September 24, 2024.
18
19  Shari J. Pavlovich
20  _____
21  Shari J. Pavlovich, CSR-5926
22  Notary Public, Wayne County, Michigan
23  My commission expires 4/14/2025
24
25

Page 331

1              DEPOSITION ERRATA SHEET
2
3   Reason for change:_____
4   Page No.____Line No.___Change to:_____
5   _____
6   Reason for change:_____
7   Page No.____Line No.___Change to:_____
8   _____
9   Reason for change:_____
10  Page No.____Line No.___Change to:_____
11  _____
12  Reason for change:_____
13  Page No.____Line No.___Change to:_____
14  _____
15  Reason for change:_____
16  Page No.____Line No.___Change to:_____
17  _____
18  Reason for change:_____
19  Page No.____Line No.___Change to:_____
20  _____
21
22  SIGNATURE:_____DATE:_____
23  KYLE BLAIN 30(b)(6) for GLS Leasco, Inc.
24
25

# Exhibit E

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

GLS LEASCO, INC., and
CENTRAL TRANSPORT LLC,

     Plaintiffs,

    -vs-               Case No. 23-CV-12927-MAG-APP

NAVISTAR, INC.,

    Defendant.

_____/

| | |
|---|---|
| DEPONENT: | BRIANNE PERKINS |
| DATE: | Wednesday, September 18, 2024 |
| TIME: | 9:00 a.m. |
| LOCATION: | KIENBAUM, HARDY, VIVIANO, |
| | PELTON & FORREST, PLC |
| | 280 North Old Woodward Avenue, Suite 400 |
| | Birmingham, Michigan |
| REPORTER: | Karen Fortna, CRR/RMR/RPR/CSR-5067 |
| JOB NO: | 32781 |

Fortz Legal Support

www.FortzLegal.com

844.730.4066



GLS LEASCO, INC. v NAVISTAR, INC.  
PERKINS, BRIANNE 09/18/2024

Job 32781  
78..81

Page 78

1 value.

2 Q. Okay. So you basically identify a price that you
3 would go down to, a bottom price. And do you know
4 how you came up with that price?

5 A. We used the same research based on the value and
6 mileage.

7 Q. Okay. And approximately how many trucks did you
8 sell through Ritchie Brothers?

9 A. I would have to look. I don't recall.

10 Q. Okay. I mean, they would be reflected in these
11 documents, correct?

12 A. I would think so, yes.

13 Q. So we can just count them up.

14    Okay. So that was the auction site. What
15 about the other aspect that you sold that you
16 mentioned?

17 A. So Ritchie List. So that is just an advertisement
18 basically. So if you were to go onto their site,
19 you would go onto the Ritchie List side versus the
20 auctioneer side. If you had interest in the truck,
21 you would reach out to me, the seller, and then we
22 would figure out if you would like to buy the
23 truck.

24 Q. And so when did you start using Ritchie Brothers to
25 sell trucks?

Page 79

1 A. I don't recall off the top of my head.

2 Q. You can look at the document.

3 A. I don't know if this would reflect exactly when we
4 started. This might be when we sold them, but this
5 would not reflect when we started advertising. I
6 wouldn't know that.

7 Q. Okay. But at some point in time, you decided,
8 "Well, we're going to now enlist Ritchie Brothers
9 to try to sell these trucks." Do you know why that
10 decision was made?

11    MR. DAVIS: Object to foundation. Go
12 ahead.

13    THE WITNESS: So for me, it was as much
14 attention as I could get on the trucks, the better,
15 right? So the way I'm looking at it is if I'm
16 trying to sell an item, the more marketing that I'm
17 doing, the more attention I'm getting from the
18 general public, thus increasing my ads to sell the
19 truck.

20 BY MR. MURPHY:

21 Q. And so was it your decision then to enlist Ritchie
22 Brothers to sell the model year 2018 tractors?

23 A. Yes.

24 Q. Okay. And was it successful?

25 A. Sometimes.

Page 80

1 Q. And are there still -- when you say "sometimes,"
2 why don't you tell me, how was it successful?

3 A. Every so often we found a buyer, but not always
4 would we have a truck that would sell right away.
5 Sometimes the trucks would sit for months with no
6 interest.

7    MR. MURPHY: Okay. You can hand me the
8 exhibit back, please.

9    THE WITNESS: Sure. Did you want to go
10 through the rest?

11    MR. MURPHY: Correct me if I'm wrong, but
12 I think all the rest of them are Ritchie Brothers
13 transactions.

14    THE WITNESS: Yes. Some of these are
15 from 2024, which I was not involved in.

16    MR. MURPHY: Thank you.

17 BY MR. MURPHY:

18 Q. Were you involved at all in collecting the
19 documents that were reflected in Exhibit D-50?

20 A. Could you explain?

21 Q. When it came for GLS to collect the documents and
22 produce them in this lawsuit, were you involved
23 with collecting the transactional documents
24 reflecting the sale of these trucks?

25    MR. DAVIS: Just be careful, if you ever

Page 81

1 talked to any attorneys internal or external about
2 gathering documents, I don't want you to discuss
3 what those communications were; otherwise, you can
4 answer the question.

5    THE WITNESS: Okay. If you're asking if
6 I produced the invoice? Is that what you're
7 asking?

8    MR. MURPHY: Yes. I'm basically trying
9 to figure out where these invoices came from.

10    THE WITNESS: I don't do invoicing. That
11 would have been handled by our invoicing person.

12 BY MR. MURPHY:

13 Q. So there's a specific invoicing person that would
14 handle all of these documents?

15 A. Correct.

16 Q. I apologize if I asked the question. Who is that
17 person again?

18 A. It was Becky Butler at the time.

19 Q. I want to show you what's been previously marked as
20 Exhibit D-17.

21 A. Is that the same thing?

22 Q. So this is a document between Jim Lollis and
23 yourself and there's a number of people copied and
24 also sending it to Ashley Pelletier.

25 A. Yes.

GLS LEASCO, INC. v NAVISTAR, INC.
PERKINS, BRIANNE 09/18/2024

Job 32781
82..85

Page 82

1  Q.  Do you recall at all receiving documents similar to
2        this? I don't want to ask you if you remember
3        receiving this exact document because that's an
4        unfair question, but was this something normally
5        Mr. Lollis would send you?
6  A.  **Production updates, yes.**
7  Q.  Okay. And when you received a document like this,
8        what would you review in connection with your job?
9  A.  **So what I'm going to look at is have I seen any**
10      **that agreed to shift production that is going to be**
11      **beyond anything that we wouldn't be able to recoup**
12      **from. Does that make sense how I'm answering that?**
13  Q.  So your primary role was to look at the production
14      timing?
15  A.  **No.**
16  Q.  Okay. What was your primary role in reviewing this
17      information?
18  A.  **So for me, I have to get supplies there, decals for**
19      **our trucks, like unit numbers, things like that,**
20      **hand-held chargers for the plants to install, so I**
21      **need to make sure that I'm ahead of any production**
22      **schedule so that way I'm not a holdup for**
23      **production.**
24  Q.  Okay. I see. And so when you're looking at this
25      document, you're looking -- let's just flip to the

Page 83

1        second page. And these are all CT 2023 RHs; do you
2        see that?
3  A.  **I do.**
4  Q.  And do you see that the whole lot is CT 2023 RHs?
5  A.  **I do.**
6  Q.  Okay. Now I think we established this in the prior
7        dep. I think that's not technically correct
8        because some of these trucks are being purchased
9        for Universal; is that correct?
10  A.  **Not for me, but we just purchased for Central**
11      **Transport.**
12  Q.  Right. And --
13  A.  **So that's --**
14  Q.  But I believe this is -- when you sent this to both
15      you and Ashley Pelletier and that some of these
16      trucks were intended for Universal?
17  A.  **No, these are Central Transport.**
18  Q.  Okay. So it's your understanding when you look at
19      this document that every truck in this was intended
20      for Central Transport?
21  A.  **On this document, yes.**
22  Q.  What gives you that conclusion?
23  A.  **Because it says Central Transport next to it.**
24  Q.  The CT?
25  A.  **Yes.**

Page 84

1  Q.  Okay. And so in the email to you and Ashley, when
2        Jim says, "Universal: The second group of 32 of 75
3        production dates are not correct. I have noted
4        this to Navistar," you're thinking he sent this to
5        Ashley Pelletier by mistake?
6  A.  **No, because she works for Universal. And I**
7        **wouldn't be concerned with anything that they would**
8        **do, so I wouldn't have even given that a second**
9        **thought.**
10  Q.  Okay. And so when you're reviewing this document,
11      would there be anything in here to indicate to you,
12      "I've got to go out and I have to order some labels
13      and" --
14  A.  **No, because I had already done it at that point.**
15  Q.  Okay.
16  A.  **Because of the very, very short timeline, I did not**
17      **wait. And usually I will section it so that we**
18      **were not inundating anybody with a ton of supplies**
19      **at one time, but because we knew we were going to**
20      **get these trucks in three months, I said send it**
21      **all at once.**
22  Q.  Okay. So you ordered all of the decals at one
23      time?
24  A.  **Correct.**
25  Q.  And what other parts did you order in order to get

Page 85

1        these trucks ready?
2  A.  **I work with our IT group so we would have something**
3        **called a hand-held that the drivers use. We have**
4        **to install a charger in it.**
5        **And I also would get something called a**
6        **digi, which we were using for like a telecom device**
7        **from our IT group and we would ship those out for**
8        **them to install post-production.**
9  Q.  And when you looked at this production schedule and
10      you saw -- this says "Production Dates," but you
11      saw, I would say, the vast majority of them just
12      says, "TBD." What does that mean to you?
13  A.  **To be determined.**
14  Q.  Okay. And did that at all raise a concern with you
15      at this time?
16  A.  **No.**
17  Q.  Why not?
18  A.  **Production fluxes all the time.**
19  Q.  Okay.
20  A.  **That's very common.**
21  Q.  So it's nothing uncommon that production dates will
22      fluctuate?
23  A.  **Correct.**
24  Q.  Okay. Let me show you what was previously marked
25      as Exhibit D-18. So this document is from you to

GLS LEASCO, INC. v NAVISTAR, INC.
PERKINS, BRIANNE 09/18/2024

Job 32781
86..89

Page 86

1    Joe and Kyle?
2  A.   Correct.
3  Q.   So when you look at these schedules here, would you
4    have prepared these charts?
5  A.   This is something I would have received from
6    Lollis.
7  Q.   Okay. So --
8  A.   I don't know what this last page is though.
9  Q.   Yeah, it's just from GLS' production, but it
10    probably shouldn't -- it was inadvertently
11    included.
12  A.   Yeah, that's not something I would have seen
13    before.
14  Q.   Okay. So on this email, you have Central and
15    Universal production dates and you're saying that
16    these charts that were on the second and third
17    page, these would have came from Mr. Lollis?
18  A.   Correct.
19  Q.   Okay. And this is in a different format than the
20    Excel spreadsheet we just looked at. Do you know
21    how he came up with this information?
22  A.   I don't.
23  Q.   Okay. And with respect to Universal, would you not
24    have paid any attention to this schedule?
25  A.   No.

Page 87

1  Q.   So the only one you were concerned with would be
2    the Central one?
3  A.   That is correct.
4  Q.   Okay. And why would you have been sending this to
5    Joe and Kyle?
6  A.   Because I work with them on a team.
7  Q.   Okay. What would they need the information for?
8  A.   Joe would oversee any mechanical issues, so if
9    there's anything going wrong with the trucks, he
10    would need to know how many we're seeing, how many
11    is coming in, is the flow of our down equipment
12    related to this, so he's going to monitor it from a
13    mechanical standpoint. And Kyle is the VP and was
14    my boss at the time, so reporting to him was
15    standard.
16  Q.   Okay. And when you say reporting to Kyle was
17    standard, any time you got a production update,
18    that would be something you would convey to Kyle?
19  A.   No, but I would give him weekly updates.
20  Q.   Okay. So would you get more than weekly updates
21    then from Mr. Lollis?
22  A.   They were irregular.
23  Q.   Did you say irregular?
24  A.   Correct, as far as the timing goes. Sometimes I
25    would get one, sometimes I would not, sometimes I

Page 88

1    would ask for one.
2  Q.   And here, Ms. Perkins, you're saying to Joe and
3    Kyle in the second sentence, "He did get an update
4    today, but stated it showed trucks in August. which
5    he is pushing back on to get in the schedule by
6    June. He did state he feels optimistic about it."
7    Do you see that?
8  A.   I do.
9  Q.   And is that just another example of the production
10    date shifting?
11  A.   Correct. So whenever I would see something, "Hey,
12    these are in August," that's when I'm going to say,
13    "Hey, Jim, un-huh, we're getting these trucks by
14    June; do something." This is a result of that
15    conversation.
16  Q.   Earlier you testified you didn't have conversations
17    about the production schedules, it was primarily
18    through email.
19  A.   So it would be an update. So if I'm saying hey --
20    sorry. If it's via email versus a conversation, I
21    apologize, it would be me asking, "Hey, I see that
22    these have slipped. Can we get them pushed back in
23    so we have June production?"
24  Q.   Right. I just want to make sure I have all the
25    information.

Page 89

1  A.   Of course.
2  Q.   And that's why I want to know about your verbal
3    conversations with Mr. Lollis.
4  A.   Of course.
5      MR. MURPHY: Okay. We can take a short
6    break.
7      THE WITNESS: Okay.
8      (Whereupon a break was taken
9      from 10:48 a.m. to 10:56 a.m.)
10      MR. MURPHY: Back on the record.
11  BY MR. MURPHY:
12  Q.   I'm going to mark -- or not mark. I'm going to
13    show you what's been previously marked as
14    Exhibit D-19. Now this is another email from
15    Mr. Lollis just about a week later on February 13,
16    2022, with an updated production schedule. Do you
17    recall receiving this document?
18  A.   Not in particular, but it looks familiar.
19  Q.   Okay. Is there anything, after reviewing this
20    document, that refreshes your recollection at all?
21  A.   Not in particular. It doesn't stand out.
22  Q.   Okay. And when you see a document like this from
23    Jim, an email with this production update, how do
24    you interpret what that means?
25      MR. DAVIS: Object to form.

GLS LEASCO, INC. v NAVISTAR, INC.                                                    Job 32781
PERKINS, BRIANNE 09/18/2024                                                              90..93

Page 90

1      THE WITNESS:  What do you mean by
2   interpret?
3      MR. MURPHY:  Like what information is he
4   conveying to you in this document?
5      THE WITNESS:  He's telling us when the
6   trucks are supposed to start production.
7   BY MR. MURPHY:
8   Q.   Okay.  And when Jim -- in your experience, your
9      decade-long experience with Jim, when he sends you
10      a document that has a production start date, when
11      would you expect to receive the trucks based on
12      that production start date?
13   A.   Roughly two weeks to a month after production.
14   Q.   Okay.  And why do you say roughly two weeks to a
15      month?
16   A.   So it has to go to a center after it leaves the
17      plant to get all of the decals, items that we
18      discussed previously installed, and then it has to
19      go to the transporter and then the transporter has
20      to make it to us.
21   Q.   Okay.  But the truck also has to get built,
22      correct?
23   A.   Right, but that would be at the plant prior to
24      that.
25   Q.   Well, this says, "Production starts."

Page 91

1   A.   Right.
2   Q.   So that's what I'm trying to get.  You said two to
3      four weeks and you described a process of where --
4   A.   After the plant.
5   Q.   After it's built?
6   A.   Right.
7   Q.   So what's your understanding of how long it would
8      take for the truck to actually get built at the
9      manufacturing plant?
10   A.   I've never asked, but I've always assumed it would
11      be same day.
12   Q.   Okay.  So production starts on one day and gets
13      built all in one day?
14   A.   I would assume, but I don't know for sure.
15   Q.   And what do you base that assumption on?
16   A.   Just timeline in the past, how long I've seen the
17      trucks.  So I would assume if there's a large group
18      set on one date and if I get them, on average, two
19      to four weeks after, that would be my assumption.
20   Q.   Okay.
21   A.   They move very fast.
22   Q.   At this point, though, when you see production
23      starts and you see 75 on 3-31-2022, you're
24      expecting that you're going to receive 75 trucks
25      two to four weeks later?

Page 92

1   A.   After the production date?  Is that what you're
2      asking?
3   Q.   Yes.
4   A.   Yes.
5   Q.   Okay.  And same for the April 1, 2022, date, that's
6      another 75 trucks, so you would expect to receive
7      at least as of the end of April approximately 150
8      trucks?
9   A.   Roughly, yes.
10   Q.   Okay.  And same with April '22, you would
11      receive -- you would expect to receive another 75
12      trucks within two to four weeks from that date?
13   A.   Yes.
14   Q.   Okay.  And would you base your -- I know this was a
15      little bit of a -- you said you ordered all the
16      decals and all that information all at one time.
17   A.   Correct.
18   Q.   So you didn't base it at all on these production
19      schedules, you just went ahead and ordered them
20      all?
21   A.   Correct, because I knew we were getting so many in
22      such a tight window, I was not going to be a part
23      of any delay.
24   Q.   Right.  And who did you order the decals from?
25   A.   Oh, gosh, I would have to look at who we were using

Page 93

1      then.  We switched decal providers a few time.
2   Q.   Did you have issues with the decals in this
3      particular matter?
4   A.   No.
5   Q.   You don't recall getting decals where the letters
6      were a little off and had to be replaced?
7   A.   No, but that was something that would happen all
8      the time.  So the PDI center, when they botch
9      installation, do I have to replace the decal
10      because they've messed it up?  Yes.
11   Q.   And you would handle that process as well?
12   A.   Yes.
13   Q.   And when the trucks are received by Central, how
14      would you determine where these trucks are going to
15      be delivered to?
16   A.   It depended on where we had the need to take the
17      trucks out.  So in this case, we were taking out
18      2018, so we would have these delivered to places
19      that would be shop locations surrounding any 2018
20      areas so that we could easily get the old truck off
21      the road and the new truck on with minimal impact
22      to operations.
23   Q.   Okay.  So the model year trucks are typically kept
24      together in certain locations?
25   A.   That is correct.

GLS LEASCO, INC. v NAVISTAR, INC.
PERKINS, BRIANNE 09/18/2024

Job 32781
94..97

Page 94

1 Q.   Okay.  And so with respect to the model year 2018
2      tractors, what locations were those trucks
3      maintained at?
4 A.   I would have to go back and look.  I don't recall.
5 Q.   But you would expect in those locations they
6      wouldn't mix 2018s with 2019s or 2020s?
7 A.   Correct.
8 Q.   And that's for ease of trading them in or replacing
9      them and replenishing the fleet?
10 A.  No, that's for ease of maintenance.  So if we group
11     a certain type of trucks together, so if I have all
12     2018 Internationals, they're going to have like
13     parts, so if I need to get my shop trained on how
14     to work on the truck, get the parts, it's going to
15     be easier if I have all one type of truck in one
16     arena.
17 Q.  Okay.  And at least with respect to this production
18     schedule that's being sent to you, do you have an
19     independent recollection of where those first 75
20     were earmarked to go?
21 A.  I don't remember.
22 Q.  And would there be some type of resource or
23     document that you could look at to determine where
24     those trucks would have --
25 A.  I would have to look at that because I don't think

Page 95

1      I was as involved in moving the trucks around then
2      so I don't think I would.  For me, I would just
3      have when I received it and when I put it in
4      service.
5 Q.   And at least in looking at this, can you tell what
6      type of truck is being purchased in this chart?
7 A.   From looking at this document?
8 Q.   Correct.
9 A.   Are you asking if I didn't have prior knowledge
10     would I understand it or would I understand it at
11     the time of receipt?
12 Q.  I'm asking if there's anything on this document
13     that would indicate the model of the truck.
14 A.  On this document in particular, there's nothing
15     that states the model.
16 Q.  Okay.  I'm going to show you what was previously
17     marked as Exhibit D-25.  This is again another
18     production update by Mr. Lollis, dated February 25,
19     2022, and it's directed to you and Ashley with
20     copies to Joe Hanvey, Jay Mason, Dustin Taylor,
21     Sean Carmichael, and it looks like Mr. Lollis
22     copied himself at his gmail address.
23        Do you recall ever corresponding with
24     Mr. Lollis at his gmail address?
25 A.  Not off the top of my head.

Page 96

1 Q.   And do you know why he would have included --
2      strike that.
3        Do you know why Mr. Hanvey and Mr. Mason
4      would be included on this document?
5 A.   So Joe Hanvey is part of our maintenance team and
6      he's going to be on most of these documents with
7      us.  Anything mechanical related, he's always going
8      to be copied.  Regardless if this is production or
9      not, he's going to want to know, again, how many
10     are in our fleet, is it affecting our numbers, is
11     it affecting our maintenance costs.
12        Jay Mason is the VP of maintenance at
13     Universal and I'm not certain, but I am pretty sure
14     Ashley reported to him.
15 Q.  Okay.  And so what's confusing about this document
16     is he's sending you another production update, and
17     when you look at the company, this one, for
18     whatever reason, says all UTS.  Do you see that?
19 A.  I do.
20 Q.  And the prior one we looked at said all CT.
21 A.  Correct.
22 Q.  So what I'm trying to figure out is if there's
23     1,100 trucks on here, to your knowledge, were some
24     of them inadvertently labeled UTS versus CT?
25        MR. DAVIS:  Objection to foundation.

Page 97

1      Calls for speculation.  Go ahead.
2        THE WITNESS:  I would not know.
3        MR. MURPHY:  Okay.  I mean --
4        THE WITNESS:  According to this, they all
5      say Universal, so I would not have any hesitancy to
6      believe that, but like I said, if it's a Universal,
7      I'm not going to really give it a second glance.
8 BY MR. MURPHY:
9 Q.   So when he sends you this update and he says,
10     "Brianne, I need unit numbers and shipping on the
11     first groups to build," you would respond and say,
12     "You sent me the wrong document; these are all
13     Universal builds, not Central builds"?
14 A.  No, I would not.
15        MR. DAVIS:  Objection.  Form and
16     foundation.  Go ahead.
17        THE WITNESS:  No, I would not have said
18     that.  I would only look at the part that was just
19     addressed to me.  And I see he has, "Brianne and
20     Ashley, attached is production status as of 2-25."
21     When I would have opened this up and saw there was
22     no Central, I wouldn't have given it a second
23     thought.  The part that I would have read is,
24     "Brianne, I need unit numbers and shipping on the
25     first groups to build."

GLS LEASCO, INC. v NAVISTAR, INC.                                                    Job 32781
PERKINS, BRIANNE 09/18/2024                                                          98..101

Page 98

1 BY MR. MURPHY:
2 Q.   Okay. And what would you do in response to that?
3 A.   I would send him return unit numbers that would
4      match up with the VIN numbers and any destinations
5      that we had at the time.
6 Q.   So this says on your attachment, "CT-UTS VIN list,
7      2-25-22." Do you see that?
8 A.   I do.
9 Q.   And so when you look at these VIN numbers, would
10     you be able to tell whether any of these correspond
11     with Central VIN numbers?
12 A.  Not without looking.
13 Q.  Okay. So why don't we compare this document with
14     the previous one we looked at. It also had the
15     list of VIN numbers.
16 A.  This here, D-17?
17 Q.  I believe that's the right one. Yep. I'm trying
18     to get to the bottom of this mystery here. And I'm
19     assuming that these VIN numbers are going to be
20     similar, but maybe they're not.
21        By looking at these documents, can you at
22     all tell whether some of these UTS trucks were
23     inadvertently identified as UTS when they should
24     have been Central?
25        MR. DAVIS: Calls for speculation. Go

Page 99

1  ahead.
2        THE WITNESS: If you look at the last six
3  digits of the VIN, that's a pretty good indicator.
4        MR. MURPHY: Okay.
5        THE WITNESS: And if you look at that,
6  none of those are even similar, so no, I wouldn't
7  have.
8 BY MR. MURPHY:
9 Q.   So the last six digits are three -- you're
10     specifically referring to the 38219?
11 A.  So if we are looking at this page here.
12 Q.  Okay. Which one are you looking at?
13 A.  Right now I have D-17 in my hand and I'm on page 3.
14 Q.  Okay. Page 3. Yep.
15 A.  So go to the fourth column. That's the VIN number.
16 Q.  Yes.
17 A.  If you look at the last six digits, you'll kind of
18     see a pattern, 526, 526, 602, et cetera.
19 Q.  Uh-hum.
20 A.  Now if you go over to the Universal one, 738, 661,
21     618, et cetera, so those are not in the same boat.
22 Q.  So there's going to be specific VIN numbers
23     assigned to Central versus specific VIN numbers
24     assigned to Universal?
25 A.  Yes.

Page 100

1 Q.   And they typically come in certain groups?
2 A.   I don't understand what you're asking.
3 Q.   Let me think about that one.
4        So if Mr. Lollis testified in his prior
5  deposition that sometimes he would inadvertently
6  identify a Central truck as Universal or all
7  Central trucks, that's not your experience when
8  dealing with Mr. Lollis?
9        MR. DAVIS: Object to foundation. Go
10 ahead.
11        THE WITNESS: Has he made a mistake
12 before? Is that what you're asking?
13        MR. MURPHY: Yeah, I'm just asking, when
14 he's sending you these production updates, was it
15 your experience at all or did you have any
16 experiences where he would inadvertently identify
17 a Central truck as a Universal truck or vice
18 versa?
19        MR. DAVIS: Form and foundation. Go
20 ahead.
21        THE WITNESS: Not that I can recall.
22        MR. MURPHY: Okay. Now I'm asking just
23 your experience and what you recall in your work in
24 dealing with Mr. Lollis.
25        THE WITNESS: Are you asking if he's made

Page 101

1  many mistakes or what are you asking?
2        MR. MURPHY: No, I'm not asking that. I
3  just wanted to make sure I clarified the question
4  because I don't understand the foundation
5  objection.
6        MR. DAVIS: You were testifying as to
7  what Lollis said.
8        MR. MURPHY: No, I'm not. I'm asking her
9  what her understanding was.
10        MR. DAVIS: That's a different question
11 then, so I haven't made a new objection, so go
12 ahead.
13        THE WITNESS: Can we repeat what I'm
14 supposed to answer here?
15        MR. MURPHY: I'll move on.
16        THE WITNESS: Okay.
17 BY MR. MURPHY:
18 Q.   So I'm marking as Exhibit D-32 -- I'm not marking,
19     but previously marked D-32. This is another
20     production update by Mr. Lollis and this is dated
21     April 13, 2022.
22 A.  Okay.
23 Q.  Do you recall receiving this document?
24 A.  Not specifically.
25 Q.  Would this be something that you would typically

Page 102

1 expect to receive from Mr. Lollis?
2 A.   Yes.
3 Q.   And does the spreadsheet at all -- I know you don't
4 remember this specific spreadsheet, but is this in
5 the format that you're typically used to receiving?
6 A.   Common, yes.
7 Q.   Okay.  And so as you look at this spreadsheet that
8 he attaches, it's referred to as "CT 2023 RH - LT
9 VIN List, 4-13-22."
10 A.   Yes.
11 Q.   Okay.  And I think previously we looked at some
12 documentation suggesting that all the trucks were
13 RHs that were going to be purchased for Central,
14 but now they're identified as LTs.  Do you see
15 that?
16 A.   I do.
17 Q.   Okay.  And what was your understanding of why that
18 change was made?
19 A.   I wasn't involved in that.
20 Q.   Okay.  So you don't have any understanding then why
21 the change was made?
22 A.   I wasn't concerned with that.
23 Q.   Okay.  And when you look at this production update
24 and you compare that with the previous one for
25 Central --

Page 103

1 A.   D-17?
2 Q.   I want to make sure I have the right one because
3 that's multiple ones.  Yes, the D-17 one.
4 A.   Or D-25?  It looks like that email was sent later.
5 Q.   But does that include the Central or Universal?
6 A.   Let's see.  So the D-25, that's going to be
7 Universal.
8 Q.   Right.
9 A.   So stick with D-17?
10 Q.   I want to stick with apples to apples here.
11 A.   Very good.
12 Q.   Okay.  So when you would review this document, what
13 information would you pay attention to?
14 A.   So what I'm going to look at is any fluctuation
15 with production dates.  So this one in particular
16 is my favorite because it has 15 that go into then
17 July.  So for me, that's common, so whenever I'm
18 going to say -- if you recall me saying earlier,
19 race this front line.
20     So at the end of production, to meet our
21 commitment agreement -- and this is every OE --
22 you're going to see a ton of them flowing in the
23 last month because they want to honor that
24 commitment, right?  So now when I see roughly --
25 what, 10, 15, I think, was it, that went into July?

Page 104

1 That would not trigger me at all.  That's going to
2 say, "Okay, you're going to set these back up into
3 June just like the other ones you pushed into
4 August," right?
5     MR. MURPHY:  And I didn't even ask you
6 about the last 15 transactions.  It almost seems
7 like you were coached to testify to that.
8     THE WITNESS:  No, I was looking at it.
9     MR. DAVIS:  Objection.  Inappropriate
10 question.  It is responsive to what you asked her.
11 BY MR. MURPHY:
12 Q.   Other than that, does this production schedule
13 change from the one that we looked at previously?
14 A.   Are you saying the dates different on this
15 document versus D-17?
16 Q.   Yes.
17 A.   Yes.
18 Q.   Okay.  And to your recollection, do you recall if
19 you actually received this document?
20 A.   It goes to my email, so I would assume yes, that I
21 did receive it.
22 Q.   Okay.  And would this be a document that you would
23 still maintain on your computer?
24 A.   No.
25 Q.   And why is that?

Page 105

1     MR. DAVIS:  Asked and answered.
2     THE WITNESS:  I wouldn't need to keep it.
3 BY MR. MURPHY:
4 Q.   So you would delete it?
5 A.   Right.
6 Q.   Okay.  And you were never instructed not to delete
7 it?
8 A.   No.
9 Q.   So it was your expectation then that as far as
10 the -- and this is a build date, right?  These
11 are -- when you look at the dates, these are
12 estimated build dates?
13 A.   Correct.
14 Q.   Okay.  So what does it mean to you when it says
15 estimated build date?
16 A.   That it may not be exact and there could be
17 fluctuation.
18 Q.   Okay.  And we had talked about it earlier.  Between
19 the estimated build date and the actual date you
20 take delivery, you estimated it was two to four
21 weeks?
22 A.   That is correct.
23 Q.   But that doesn't take into account the date -- the
24 amount of time it takes to actually build the
25 truck, but you would just assume that's one date;

GLS LEASCO, INC. v NAVISTAR, INC.
PERKINS, BRIANNE 09/18/2024

Job 32781
106..109

Page 106

1    is that correct?
2         MR. DAVIS: Object to form and
3    foundation. Go ahead.
4         THE WITNESS: So I'm sorry, say it one
5    more time.
6  BY MR. MURPHY:
7  Q.   Earlier you testified that when you reviewed this
8    document and you see estimated build date, you can
9    typically anticipate that you'll be receiving
10   trucks within two to four weeks?
11        MR. DAVIS: Same objection. Go ahead.
12        THE WITNESS: Yes.
13 BY MR. MURPHY:
14 Q.   That's your interpretation of it?
15 A.   Yes.
16 Q.   Okay. And that is based on your experience in how
17   long it takes from the date the truck leaves
18   Navistar's manufacturing facility and ultimately
19   arrives at wherever the Central location is
20   supposed to go?
21 A.   That is correct.
22 Q.   And so when that truck leaves Navistar's
23   manufacturing facility, where does it go next?
24 A.   To a center they have, a PDI center.
25 Q.   Okay. And at that PDI center, is that where they

Page 107

1    affix the Central labels to the trucks and the
2    digi-wigi or whatever you referred to, or the other
3    parts that you would order; is that where they
4    would place those on the truck?
5  A.   Yes.
6  Q.   Okay. And who would you coordinate with in that
7    process?
8  A.   I wouldn't. That's not something I had to handle.
9  Q.   You just have to get the parts there?
10 A.   That's right.
11 Q.   Okay. And then once they hit that location, then
12   where do they go?
13 A.   Once I deliver the parts to the PDI center?
14 Q.   Yes.
15 A.   They go on the truck.
16 Q.   And the PDI center, what is a PDI center?
17 A.   It's a post-production facility. They'll do
18   inspections. It depends on what you're asking for;
19   different customers ask for different things. So
20   for us, we ask them to review the truck, take a
21   look at decals, take a look at installing all of
22   our -- anything. Anything programming we would
23   want to put in the truck, anything like that.
24 Q.   Okay. And so just getting back to this email, if
25   you would have responded to Mr. Lollis or sent him

Page 108

1    a follow-up email or sent something to Mr. Blain,
2    would you have maintained those emails or would you
3    have deleted those as well?
4  A.   I would have deleted it.
5  Q.   Okay. So if I understand your testimony correctly,
6    if you look at these production dates, anything
7    after June 1st, you would expect to receive it in
8    July, correct?
9         MR. DAVIS: Object to foundation.
10        THE WITNESS: I would expect that that
11   build date would be resorted and put back in June
12   as guaranteed.
13 BY MR. MURPHY:
14 Q.   Okay. But I'm telling you when you received this
15   in -- and there's literally hundreds of these
16   trucks being built -- I can count them up, but a
17   lot of them that are listed from June 1st through
18   July 1st. Your expectation would be that
19   Mr. Lollis would go back to Navistar and have those
20   resorted back into an earlier date?
21 A.   Into June production, yes, so that way we could
22   still receive the unit by the end of the month.
23 Q.   So presumably when you received this document,
24   you're responding back to Mr. Lollis and saying,
25   "Time out, these have got to be resorted and

Page 109

1    delivered" -- "so they can make delivery by the end
2    of June," correct?
3         MR. DAVIS: Object to form and
4    foundation.
5         THE WITNESS: Regularly that is something
6    I would do; I can't guarantee if I did that for
7    this email in particular.
8  BY MR. MURPHY:
9  Q.   But at least that's what your interpretation is; if
10   you received this, you would say, "These dates are
11   not good; you've got to have them resorted"?
12        MR. DAVIS: Same objection.
13        THE WITNESS: Regularly, yes, but in this
14   incident, I can't recall if I did.
15 BY MR. MURPHY:
16 Q.   Okay. And would the -- I mean, we already went
17   over this ground work, but you would have done that
18   via email, correct?
19 A.   Likely.
20 Q.   So if there is a record of it, it's going to be in
21   some type of email back to Mr. Lollis?
22 A.   Yes, there should be.
23 Q.   Now we talked a little bit about the step column,
24   you know, we talked about the step process with
25   manufacturing process.

GLS LEASCO, INC. v NAVISTAR, INC.
PERKINS, BRIANNE 09/18/2024

Job 32781
110..113

Page 110

1 A.    Yes.
2 Q.    So is there anything in this step process that
3       would raise any concerns with you?
4 A.    No, because we finished the spec prior, so that's
5       not something we would be concerned with.
6 Q.    So does the – for all the LTs, it looks like --
7       the RH, it has step 28.  What is your understanding
8       of what step 28 means?
9 A.    I don't know what the steps mean.
10 Q.   Okay.  So where it moves down to the LTs and it
11      says "28 line set," that has no meaning to you?
12 A.   No.
13 Q.   Does the word "Line set" have any meaning to you?
14 A.   Not that I would be concerned with, no.
15 Q.   Okay.  Do you understand what line set means?
16 A.   That means that they have set their line for that
17      batch of production.
18 Q.   Okay.  And so do you understand what "2M fully
19      code" means?
20 A.   No.
21 Q.   That's not anything you would concern yourself
22      with, though, correct?
23 A.   Correct.
24 Q.   Would you be involved at all with telling
25      Mr. Lollis which CT terminal and which location

Page 111

1       these trucks would be delivered to?
2 A.    Correct.
3 Q.    So as far as filling in this chart, what
4       information would you supply?
5 A.    So this is not a chart that I have any contribution
6       to, this is his solely alone, but are you asking
7       what data I would give him that would give him the
8       information to add to the sheet?
9 Q.    That's exactly what I'm asking.
10 A.   So yes, I would tell him what the unit number for
11      the unit would be that would match up with the VIN.
12 Q.   Okay.
13 A.   And then the CT location, CT terminal, where they
14      would deliver to.
15 Q.   So how would you go about identifying the unit
16      number and matching that up with the VIN?
17 A.   So that was sent to Becky Butler.  She set all our
18      unit numbers.  I would give her a VIN list that we
19      would receive from Jim and I would say, "Hey,
20      assign these the unit number," and we would then
21      order decals for them.
22 Q.   Okay.  And when it says, "Last Eight," it has
23      "PN45," and I'm just -- the "Last Eight" column, is
24      that -- and this PN number, does that have any
25      significance to you?

Page 112

1 A.    That is the last eight of the VIN to the left.
2 Q.    Gotcha.  And what's the significance of the last
3       eight?
4 A.    I don't know exactly if I know.  There is certain
5       letters and numbers in there that can indicate
6       certain things.  I don't know what they are off the
7       top of my head, though.
8 Q.    I'm going to show you what's been previously marked
9       as Exhibit D-42.  I want to -- obviously there's a
10      lot of documentation here and it appears you're
11      copied on some of these documents.  I know we
12      touched on this earlier.  This is the invoicing for
13      the model year 2023 tractors, but do you recall
14      receiving copies of all of the invoices for the
15      model year 2023 tractors?
16 A.   Yes, so I would review that.  So Kyle would have me
17      go through and verify that the units were
18      listed on the invoice, that we have taken
19      possession of.
20 Q.   Okay.  So your role in this process was, "We're
21      not going to pay for these units until we've
22      taken possession." and you wanted to verify
23      that?
24 A.   That is correct.
25 Q.   Okay.  And I believe this 6-13-2022 is the very

Page 113

1       first invoice for these model year 2023 trucks.
2       And the only reason I say that is if you look at --
3       if you flip to the next email, which is dated
4       June 23rd, it says, "Invoice No. 2."
5 A.    It does say that.
6 Q.    Okay.  And so I assume that this is Invoice No. 1.
7       Does this refresh your recollection at all as to
8       which entity actually purchased the model year 2023
9       tractors?
10          MR. DAVIS:  Object to foundation for the
11      series of assumptions you made at the beginning
12      there.  Go ahead.
13          THE WITNESS:  So no, because that tells
14      me who they billed it to, but I can't tell you how
15      we paid it.
16 BY MR. MURPHY:
17 Q.   Okay.  Who could tell you how you paid it?
18 A.   Perhaps somebody in our finance department, I'm
19      guessing.
20 Q.   Okay.  So if the invoice is to Equipment Leasing
21      Company LLC, there's a possibility that some other
22      entity actually paid for it?
23 A.   If it was billed incorrectly, yes.
24 Q.   Okay.  So do you believe this was billed
25      incorrectly?

GLS LEASCO, INC. v NAVISTAR, INC.
PERKINS, BRIANNE 09/18/2024

Job 32781
114..117

Page 114

1 A.   I don't know because I don't recall the timeline
2   that we switched over.
3 Q.   Okay.  Who would know the timeline as to when that
4   was switched over?
5 A.   Gosh, perhaps our company attorney.  I'm not really
6   sure.
7 Q.   Is it your belief that these were incorrectly
8   billed?
9        MR. DAVIS:  Asked and answered.
10   Foundation.  Go ahead.
11        THE WITNESS:  No, I'm not really sure.
12   I don't think so, but I wouldn't know.  I don't
13   really deal with finance, so that's not something
14   I would be concerned with.
15 BY MR. MURPHY:
16 Q.   Okay.  How would you go about making sure that you
17   have possession of these tractors before the
18   invoices are paid?
19 A.   So as we stated earlier, our shops would receive
20   the vehicle and then they would let me know that
21   they have received it.
22        MR. MURPHY:  Okay.  I think we'll mark
23   this as Exhibit D-53.
24        MR. DAVIS:  This one is new?
25        MR. MURPHY:  Yep.

Page 115

1        (Marked for identification:
2        Deposition Exhibit No. D-53.)
3 BY MR. MURPHY:
4 Q.   Okay.  So this is an exchange between you and
5   Mr. Lollis with a copy to Becky Butler and it's
6   dated May 11, 2022.
7        So the exchange starts with Mr. Lollis
8   asking you to send updated titling information.
9   Do you see that on the second page?
10 A.   That's addressed to Becky Butler; that's not
11   addressed to me.
12 Q.   Okay.  At least that question -- the email is
13   addressed to you and Becky Butler, but at least the
14   question is really a Becky Butler question?
15 A.   That is correct.
16 Q.   So what would Becky Butler send to Jim in order to
17   give him the titling information, if you know?
18 A.   I don't know.
19 Q.   But in the email, at least you're responding to
20   Mr. Lollis, not Becky Butler, correct?
21 A.   Let's see.  I asked him, "Have we received any
22   projected delivery dates yet?"
23 Q.   I think it starts out -- at least if I'm reading
24   this correctly -- oh, yes, you do say that, and
25   then I think you initially say, "For daycabs?  I am

Page 116

1   waiting for a concrete answer if yes."
2 A.   That's from Jim.
3 Q.   That's from Jim to you?
4 A.   Correct, that's his response.  Because why would I
5   have that answer?
6 Q.   I don't know.  It says above that Brianne -- "On
7   May 11, 2022, at 12:06, Brianne Perkins wrote, 'For
8   day cabs?  I am waiting for a concrete answer if
9   yes.'"  And then, "Do you have any projected
10   delivery dates yet?"  That's why the way I read it.
11 A.   So I'm reading it in the opposite direction.  "Do
12   you have any projected delivery dates from me?"
13   Jim is replying, "For day caps?  I'm waiting for a
14   concrete answer if yes."
15 Q.   Okay.  And did Mr. Lollis respond back to you and
16   say, "No ETAs as of yesterday, but there are plenty
17   in transit"?
18 A.   Correct.
19 Q.   So at lease as of May 11, 2022, you hadn't received
20   any model year 2023 tractors; is that right?
21 A.   I can't say that from this message.
22 Q.   Okay.  So are you thinking you may have received
23   trucks before that?
24 A.   I think so, yes.
25 Q.   What would you base that understanding on?

Page 117

1 A.   Just the timeline produced and promised.
2 Q.   Okay.  So you're expecting you would have at least
3   75 trucks as of May 11, 2022, correct?
4 A.   I don't know about the quantity.  I never bank on a
5   concern because of the shifting, but I would assume
6   that I would have had some by this time, yeah.
7 Q.   And if you hadn't received any by that time, would
8   that have raised concerns?
9 A.   No.
10 Q.   Why not?
11 A.   Production shifts all the time.
12        MR. MURPHY:  Let's take a quick break and
13   I'll go through the rest of my notes here.
14        (Whereupon a break was taken
15        from 11:31 a.m. to 11:40 a.m.)
16        MR. MURPHY:  Back on the record.
17   I'll mark this as Exhibit No. D-54.
18        (Marked for identification:
19        Deposition Exhibit No. D-54.)
20 BY MR. MURPHY:
21 Q.   Ms. Perkins, this is another exchange between you
22   and Mr. Lollis and I just want you to kind of walk
23   me through the exchanges here and explain what's
24   going on.
25 A.   Sure.

# Exhibit F

```
 1              IN THE UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF MICHIGAN
 2                     SOUTHERN DIVISION

 3   GLS LEASCO, INC. And      )
     CENTRAL TRANSPORT LLC,     )
 4                             )
                  PLAINTIFFS,   )
 5                             )
     VS.                       )  CASE NO. 23-cv-12927
 6                             )
     NAVISTAR, INC,            )
 7                             )
                  DEFENDANT.    )
 8

 9        ------------------------------------

10              ORAL DEPOSITION OF

11              JIMMY DEAN LOLLIS

12               AUGUST 6, 2024

13        ------------------------------------

14

15     ORAL DEPOSITION OF JIMMY DEAN LOLLIS, produced as a

16   witness at the instance of the PLAINTIFF, and duly

17   sworn, was taken in the above-styled and numbered

18   cause on the 6th of August, 2024, from 9:01 a.m. to

19   4:52 p.m., before Jennifer Norman, CCR in and for the

20   State of Arkansas, reported by machine shorthand, at

21   the 1130 East Millap, Fayetteville, Arkansas 72703,

22   pursuant to the Federal Rules of Civil Procedure.

23

24

25
```



GLS LEASCO vs NAVISTAR
LOLLIS, JIMMY on 08/06/2024

258..261

Page 258

1  A.  Oh, yeah.
2  Q.  And this is -- this sort of information you had
3  access to in creating those charts that we looked at
4  earlier?
5  A.  Yes.
6  Q.  All right.  Okay.
7  A.  Is that it?
8  Q.  For that one, yeah.
9  A.  Okay.
10          MR. DAVIS:  Just look through the last
11      couple ones.  We may be done.  Actually, you
12      know what, just give me five minutes.  Let
13      me make sure I don't have anything else, and
14      then we'll be done, and you can ask your
15      questions.  Just let's go off the record
16      five minutes.
17      (Recess from 3:45 p.m. to 3:51 p.m.)
18  Q.  If you're ready, we can go back on the record.  I
19  just have a few more docs.  One just general question.
20          I've seen the term soft DTU.  What is a
21  soft DTU?
22  A.  So --
23          MR. MURPHY:  Object to the form and
24      foundation.
25  Q.  Are you familiar with that term?

Page 259

1  A.  Yes.
2  Q.  What is it?
3  A.  Okay.  So a DTU is when Central gives us their
4  in-service date and we go into the system and we
5  basically start the warranty and everything.  Okay?
6          So a soft DTU is when International wants
7  to go ahead and show those trucks as delivered and
8  sold, so they ask us to just send in a soft DTU, which
9  is a DTU date so they can place it in their -- I guess
10  their book showing trucks are delivered and DTUs so
11  they can have an account for the month.  There's
12  probably more than one reason they do that.
13          So that's pretty common on big fleet
14  orders to do that for Navistar.  And then what happens
15  is I keep a record of that.  And then when Central
16  comes in and says, hey, DTU these six trucks, or put
17  them in service, I'll put those dates in, and then I
18  will send that over to Chas Voyles, and then he will
19  go in and correct the DTU date.
20  Q.  Okay.  So I was just -- well, that's fine.  What
21  was our last exhibit, by the way?
22  A.  75.  75.
23  Q.  All right.  I feel like I did 76.  Hang on just
24  quickly.  Last couple ones, and we're done.  So this
25  is 76.  This is another email with you and Olawale

Page 260

1  Akinosho dated 6/8/2023.
2          (Exhibit 76 marked for identification.)
3  A.  Okay.
4  Q.  So you say no communication on that; right?  As
5  far as you know, you don't have any extra
6  communications reflecting that?
7  A.  On when they actually asked to have it put back
8  on?  I honestly don't.  I don't know why, but I'll see
9  if I can find that.
10  Q.  Well, that's when was on in the system.  That's
11  when it was turned on in the system is what you you're
12  saying; is that right?
13  A.  Say that again.
14  Q.  Is that the day you're saying it was turned back
15  on in the system, not necessarily the date that they
16  agreed to the pre-wire; is that fair?
17  A.  It was when I re-added it to the -- to the truck
18  orders.
19  Q.  Okay.
20  A.  That's my assumption.
21          (Exhibit 77 marked for identification.)
22  Q.  Okay.  Here's 77.  This is an email with you and
23  Maria Averhart.  And I don't know if we have to pull
24  it out, but we looked at the 2/17 draft email -- draft
25  agreement we discussed earlier.  Do you remember that?

Page 261

1  A.  Excuse me.  Say it again.
2  Q.  We discussed earlier a draft 2/17/2022 agreement
3  that was sent to you from Carmichael.  We can go and
4  look through it if you want to in the exhibits.  But
5  do you remember that?
6  A.  I'm not sure.  We've went through so many of them
7  I'm not sure you're talking about.
8  Q.  All right.  Do you remember at some point you did
9  receive a draft -- a draft of the agreement for 1,100
10  trucks?
11  A.  Oh, okay.  Yes.
12  Q.  Okay.  So this is the next day after that,
13  2/18/2022.  And you emailed -- I'm sorry.  I didn't
14  give you this.  You email Maria Averhart, and you say:
15          OID 638401 is at step 34.
16          What's step 34 again?
17  A.  Step 34 is where the trucks are basically built
18  and waiting to be released, either going through final
19  inspection or they may have -- they may be holding
20  them after production because there may be a part
21  missing.
22  Q.  Is there, like, a manual or a guide book or
23  something that goes through what these steps are and
24  what they mean?
25  A.  If you find one, I would love to see it.  So --



ARKANSAS
REALTIME REPORTING

**GLS LEASCO vs NAVISTAR**
**LOLLIS, JIMMY on 08/06/2024**

262..265

Page 262

```
 1  Q.  Okay.
 2  A.  I've just learned it by going through them.  So
 3  usually it's step 21; step 28; step 34; step 60.
 4  Q.  Those are the only steps that you're aware of?
 5  A.  There may be a whole bunch of them at engineering
 6  that they use.  I am not familiar with any more.
 7  Q.  Those are the more commons ones you worked with?
 8  A.  Those are the ones we worked with in sales, yes.
 9  Q.  All right.  So in this email, you tell Maria:  Are
10  these being held for Bendix CMS?  Central and
11  Universal have agreed to the pre-wire option on all 22
12  orders.
13  A.  Uh-huh.
14  Q.  So does that refresh your recollection that as of
15  at least 2/18, all the prewire was back on for all of
16  the vehicles?
17  A.  That sounds correct.
18  Q.  All right.  Do you know why it wouldn't have been
19  updated in the system until 3/2/22?
20          MR. MURPHY:  Object to the form.
21  A.  I -- I don't know.
22  Q.  All right.  Let's see.
23  A.  Well, I will take that back.
24  Q.  Go ahead.
25  A.  So I know that -- and I'm just going by a vague
```

Page 263

```
 1  recall and memory.  There was a back-and-forth on
 2  whether to take collision mitigation or not.  And I
 3  know I may have had that confused with the Bendix
 4  brakes also, because we had a back-and-forth with
 5  whether to add the Bendix brakes when that became the
 6  only option we had available for those disc brakes.
 7  Q.  The brakes, was that the Wabco brakes issue, or
 8  was this a different brake?
 9  A.  The Wabco brakes.  Did I say Bendix?
10  Q.  Yes, sir.
11  A.  We had Bendix, and then Wabco became the only
12  option.  So we went back and forth on that.  It seems
13  like we did go back and forth on collision mitigation
14  on adding it and not adding it and it going back and
15  forth.
16  Q.  All right.  Well, we discussed the Wabco brakes
17  before.  You said that you thought that was the
18  October and November '22 time frame?
19  A.  It was -- it was later on in the production.
20  Q.  Okay.  After all the trucks were supposed to have
21  been --
22  A.  Exactly.
23  Q.  -- assembled?
24  A.  Yeah.
25          (Exhibit 78 marked for identification.)
```

Page 264

```
 1  Q.  Okay.  So this is Exhibit 78.  And, again, this
 2  was produced from your legal file, I believe.  It was
 3  certainly produced by Allegiance.
 4  A.  This is just a list of emails that they --
 5  Navistar asked me to produce for them.
 6  Q.  So this is basically an expanded version of that
 7  document we already looked at where you are
 8  identifying your communications with either Joe, Kyle,
 9  or Brianne about the changes --
10  A.  Yes, I would say so.
11  Q.  -- in the system?
12          Okay.  So, again, looking at this, this
13  would have been everything that you had at the time
14  you were asked by Sean to put this material together?
15  A.  I would -- I would probably say it's everything
16  that I found that I thought was pertinent to what
17  y'all were asking for, what they were asking for.
18  Q.  Okay.
19  A.  I'm not saying it's everything I had.  Again,
20  there's many things that I probably don't have anymore
21  because I've lost a lot of emails in the changing of
22  everything.  You probably have more from my Allegiance
23  email than I have.
24  Q.  I understand.  But as far as you know, this was
25  complete and accurate when you gave it to Sean and
```

Page 265

```
 1  things that you thought were relevant to
 2  communications with people at Central about changes in
 3  the production order?
 4  A.  I agree with that.
 5  Q.  All right.
 6          MR. MURPHY:  That was Exhibit 77?
 7          MR. DAVIS:  That was 78.
 8          MR. MURPHY:  78?  So what was 77?
 9          MR. DAVIS:  77 was CMS, the 2/18 Bendix
10  being added to all orders.
11          MR. MURPHY:  Okay.  All right.  I must
12  be missing one.  Are those all in order?
13          MR. EVERETT:  I got it.
14          MR. MURPHY:  I just marked it as 76.
15  But -- so that's 77?  I must be missing 76
16  then.  Is there a 76?
17          MR. DAVIS:  Yeah, there was.
18          MR. EVERETT:  There is.  There is 76.
19          MR. DAVIS:  My sloppy handwriting.
20          MR. EVERETT:  Pardon?
21          MR. DAVIS:  Is that my sloppy
22  handwriting?
23          MR. MURPHY:  And is there a 75 in there
24  too?
25          MR. BLAIN:  There is a 75, too.
```

Page 266

1    MR. EVERETT: There is a 75.
2    MR. DAVIS: 75 was before the break. It
3  was the last one before the break.
4    MR. MURPHY: So this one was 76? That's
5  what my confusion is.
6    MR. DAVIS: Yes.
7    MR. MURPHY: That's my mistake. Misread
8  it. All right.
9    (Exhibit 79 marked for identification.)
10 Q. All right. So this is 79. This is another of the
11 communications between you and Mr. Fink in June of
12 2023. Just to confirm --
13    MR. BLAIN: 79. It's getting late.
14    MR. MURPHY: I need some help here.
15 Q. And this chart is reflecting the orders that were
16 placed for the Central, Universal, and PAM trucks
17 under the agreements in question; correct?
18 A. Yes.
19 Q. All right.
20 A. This is after the LTs were substituted.
21 Q. And that was going to be my question. So when you
22 see the Central orders crossed out, that means those
23 ones are canceled?
24 A. Those were canceled orders, yes.
25 Q. And then they shipped it into the new order IDs

Page 267

1  for the LTs; right?
2  A. That's correct.
3  Q. So this date of 3/29/22 means that switch from RH
4  to LT occurred in March of 2022?
5  A. That's the day that I ordered the trucks.
6    (Exhibit 80 marked for identification.)
7  Q. Okay. All right. And I think this is the last
8  one. Number 80. Nice round number.
9    MR. BLAIN: 80.
10 Q. And this is an email part of the CT-legal folder
11 you sent to Carmichael on 11/8/2023 --
12 A. Uh-huh.
13 Q. -- correct?
14 A. Yeah, it looks like it. Yes.
15 Q. All right. So you sent him a copy of the 2022
16 agreement, and you said: By the date Kyle signed the
17 agreement for the 2022 order the following. And it's:
18 75 Central trucks had been built; 244 Universal; 82
19 delivered. Right?
20 A. Yes.
21 Q. Is that -- where would you have pulled that
22 information?
23 A. That same -- from Navistar's website.
24    MR. DAVIS: All right. I'll just
25    consult with my client, and then I think

Page 268

1  we're done.
2    (Recess from 4:02 p.m. to 4:04 p.m.)
3    MR. DAVIS: I am done.
4        EXAMINATION
5  BY MR. MURPHY:
6  Q. All right. Mr. Lollis, my name is Scott Murphy.
7  I'm counsel for Navistar, and I just have a few
8  handful of questions here I would like to ask you.
9        Earlier you had discussed production
10 timing, how that changed pre-COVID versus post-COVID.
11 Could you explain production, at least from your
12 understanding, what the production environment was
13 like post-COVID?
14 A. Obviously, production was pushed out and also we
15 were allocated trucks. So they couldn't build as many
16 trucks as they needed to build. Is that what you're
17 asking? This is post-COVID, after COVID began.
18 Q. So when you say they couldn't build as many trucks
19 as were in demand, so there's more demand than there
20 was supply at the time?
21 A. Obviously, since you couldn't -- people weren't
22 able to get trucks earlier and they needed trucks, now
23 these people -- now you get people that need trucks
24 this time. So all the sudden everybody is piling on
25 each other. So there seemed to be a larger demand

Page 269

1  than supply of truck for sure.
2  Q. Okay. And you had also mentioned that the
3  production was -- the production order board or the
4  production process was a fluid process. What did you
5  mean by a fluid process?
6  A. Yeah. It was moving daily. It was moving in,
7  moving out.
8  Q. Okay.
9  A. Again, I was seeing, just as an example with a
10 Central truck order, at one time they had taken almost
11 -- many of the order, it was a large group of those
12 orders and pushed them into 2023 so they could clear
13 the boards so they could figure out how to pull them
14 back in and get them to work with the parts -- the way
15 I understand it, it was parts and availability and
16 stuff that they had to work with.
17 Q. And were you the main liaison between Central and
18 Navistar as the dealer?
19 A. I would say in some respects, yes. But I know
20 that Sean and Justin also spoke regularly with Kyle.
21 And I dealt a lot with the logistics part, which would
22 have been Joe Hanvey and Brianne Perkins.
23 Q. Okay. And what was Brianne Perkins's position, if
24 you know?
25 A. I really don't know what her exact title or

**Page 270**

1  position is.  But she's a -- she's, like, probably the
2  go-to person that you need for doing most of shipping,
3  delivery, some specifications.  You know, just your
4  basic logistics of getting the trucks done after
5  they're built.
6  Q.  Would she provide information to you concerning
7  where to deliver the trucks?
8  A.  She would give me the terminals to deliver them
9  to.
10  Q.  And were those terminals -- were they in a certain
11  geographic area, or were they scattered through the
12  United States?
13  A.  Through the United States, basically.  I think we
14  had over 40 places we drop-shipped to, which is fine.
15  Q.  Okay.  I want you to refer back to Exhibit
16  Number 37.
17  A.  Okay.
18  Q.  Now, you were asked some questions about this
19  exhibit.  And I wanted to get what your understanding
20  of the agreement was.  If you look down to the section
21  that says "new truck delivery," do you see that?  On
22  the first page --
23  A.  Oh, yes.
24  Q.  -- toward the bottom?  And then if you flip to the
25  next page, there's a chart.

**Page 271**

1  A.  Yes.
2  Q.  Do you know who came up with that chart?
3  A.  That would have been given to us by someone at
4  International.
5  Q.  Okay.
6  A.  And I'm not sure -- by looking at the typesetting,
7  I don't think -- a lot of times I will do the charts
8  after I'm given the information.
9  Q.  Right.
10  A.  This doesn't look like my chart.
11  Q.  And this specifically deals with delivery of
12  trucks; correct?
13  A.  Delivery, and then what trades they'll be able to
14  absorb.
15  Q.  Okay.  Is there a distinction between delivery and
16  a production build date?
17  A.  Yes.
18  Q.  Okay.  What is that distinction?
19  A.  Production date, let's say production is 1st of
20  July.  Build date, it may be two or three days to
21  complete, get past step 34.  And then with Central
22  Transport, they will go to the truck service center
23  which is an on-site after-production facility that
24  does details and front bumpers and any other items
25  that Central would like to put on a truck before

**Page 272**

1  they're delivered.
2       Then they'll go to TruckMovers.  And
3  depending on where it's at, it could take three to --
4  three weeks or better to get it to the location.  So
5  there's a good chance you're looking at a month to
6  maybe six weeks after the production date as of
7  delivery, again, depending on how far it goes.
8  Q.  And in your experience, how long was the actual
9  production process, like when the trucks were going to
10  start being built at Navistar versus when they would
11  be completed?
12  A.  Well, I mean, a completed truck -- Navistar can
13  build a truck in a day.  I mean, if you've been to the
14  production.  When it's a -- as long as what they call
15  comes off clean, in other words, it comes off built as
16  ordered and with no missing parts or anything like
17  that or no damage.
18  Q.  Now, when you go back to the first page here under
19  the last paragraph there where it says "new truck
20  delivery," there's a line in there that says "based on
21  available production at the time of this letter."
22       What did you understand that to mean?
23  A.  Basically just what it says:  Based on available
24  production at the time of this letter.
25  Q.  Okay.  So if that production availability changed,

**Page 273**

1  then the timing in that chart on the following page
2  would have to change; correct?
3  A.  It could.  But also are you not saying that based
4  on -- well, you're saying it's based on availability
5  at the time of the letter?
6  Q.  Correct.
7  A.  Okay.
8  Q.  And did that production availability change after
9  this letter agreement?
10  A.  Well, yeah, obviously production availability
11  changed through 2022 and 2023.
12  Q.  And would you have communicated those changes to
13  Central as the dealership?
14  A.  Yeah, I would --
15  Q.  Rephrase the question?
16  A.  It wasn't required of me, but I did that.
17  Q.  And how frequently would those communications be?
18  A.  Well, as I showed a minute ago, the ones I showed
19  were almost monthly.  But I'm pretty sure I did -- as
20  production started to ramp up, I usually tried to do
21  that once a week.  So I have to go back and look at my
22  schedule on that, but that's what we usually tried to
23  do.
24  Q.  Now, if you could move on to Exhibit Number 52,
25  please.  And this --



**Page 274**

1        MR. DAVIS: Can I see that real quick?

2        (Witness tenders exhibit.)

3  Q. And this is a communication dated January 14,

4  2022, between you and Joe Hanvey.

5  A. Joe, yes.

6  Q. And what was -- to your understanding, what was

7  Joe's role at Central?

8  A. Joe was -- he was over a lot of the specification

9  details of the trucks.

10  Q. And when you say "specification," does that mean

11  specifically what type of truck they want to order

12  from Navistar?

13  A. Yes. And, again, what type of equipment would be

14  on the truck.

15  Q. So in this e-mail to him, you're saying in the

16  second line there that you understand there are a few

17  details to work out with Sean, but I need to make spec

18  changes now if we're going to make the first

19  production dates. Do you see that?

20  A. Sure.

21  Q. And do you recall when you received responses from

22  Joe concerning those spec changes?

23        MR. DAVIS: Asked and answered.

24  A. I don't remember off the top of my head when I got

25  with Joe on that. I think some of the details was for

**Page 275**

1  sure we needed to know which trucks were going to be

2  Central's and which trucks were going to be

3  Universal's because those are a different spec.

4  Q. And would he have typically communicated that to

5  you in an email, or would he call you? Or how did you

6  guys usually communicate?

7  A. Get it in an email. But sometimes they would

8  call. And, again, he would obviously deal -- Joe

9  would handle the high level of that, all of Central's,

10  and then give me a perspective of what Universal

11  wanted, but then I would get with the folks at

12  Universal to cover everything.

13  Q. Now, the production environment back when we

14  looked at that prior exhibit back in July of 2021, did

15  thet change when you were communicating with Joe on

16  this email in January of 2022?

17        MR. DAVIS: Objection to form.

18  A. The -- well, the production environment was

19  changing.

20  Q. As far as production timing.

21  A. Again, until I get the trucks in the system, I

22  don't know exactly what date the production will be.

23  I mean, you can get a -- they'll give you -- you can

24  get an email sent to you or, "hey, here's certain

25  production," but you don't know exactly how they're

**Page 276**

1  going to set them up until the factory sees the orders

2  and gives us the production dates at that time. And

3  then those will be moving back and forth for a while.

4  Q. Would you say that production dates were

5  constantly changing during your -- during the 2022

6  time frame?

7        MR. DAVIS: Objection to form.

8  A. That, I would probably -- it did seem, like I

9  said, it was a very fluid situation on production

10  dates. And a lot of that had to do with, I think,

11  from what I understand and what we saw, was parts

12  availability.

13  Q. Okay. And do you recall which parts that you were

14  having availability -- or that Navistar was having

15  availability issues with?

16  A. They didn't really give us a lot of information on

17  that. I know the biggest thing that Kyle and I worked

18  on for a while was tires; but that never really slowed

19  us down. We just had to -- Central likes Continental

20  tires; and those were in short supply. But Navistar

21  would give us an option of: We can do this, this, and

22  this. And Kyle was open to those changes.

23  Q. All right. If you could turn to Exhibit 55,

24  please.

25  A. 55?

**Page 277**

1  Q. Yes, sir.

2        MR. EVERETT: Okay.

3        THE WITNESS: Do you want to see?

4        MR. DAVIS: All right. Go ahead.

5  Q. Now, this is -- and we've looked at this earlier

6  today. This is an email from you to Maria Averhart

7  and Ana Judith Marroquin?

8  A. Yeah. Good luck with that.

9  Q. I tried with that one. And was this the first

10  time you recall there being kind of a major, you know,

11  order shift in timing that was being communicated to

12  you from Navistar?

13        MR. DAVIS: Object to the form.

14  A. It was -- I'm not sure if it was the first time I

15  had noticed -- I had done that, but I know that we

16  were starting to see these orders not settle into a

17  normal production pattern that I was expecting. And I

18  was wanting to make sure they understood these things

19  needed to be looked at and addressed.

20  Q. Okay. And when you flip to the next page,

21  production start dates as of February 8, 2022, and you

22  see those dates being pushed back significantly --

23  A. Yes.

24  Q. -- is that correct? Yeah.

25        And would you have communicated that

**GLS LEASCO vs NAVISTAR**
**LOLLIS, JIMMY on 08/06/2024**                    278..281

Page 278

1 information to Central?
2 A. Not yet. Because they weren't -- again, this is
3 all place- -- place-marked production. As you can
4 see, they've got them built in 8/21 of 2023 down here
5 at the bottom. So obviously they have just pushed
6 those out so they can start working on pulling them
7 back in.
8          So no. I was wanting them to get this as
9 straight as possible before we communicated with
10 Central. And that's -- it's not unusual to see dates,
11 especially in this environment, that they moved around
12 like this.
13 Q. And what was the chart that you were attaching
14 there to this email?
15 A. As far as this?
16 Q. No. Like, actually, there was another Excel
17 spreadsheet there on there.
18 A. Oh, I don't know except that it was my -- my
19 standard spreadsheet that I normally do that shows all
20 the build dates on it.
21 Q. Okay.
22 A. I'm assuming that's what it would have been. I
23 don't know that.
24 Q. Yes, sir. In that first column there where it
25 talks about company, UTS, I'm assuming that's

Page 279

1 Universal Transport?
2 A. Yes.
3 Q. Okay.
4 A. Now, which chart are you on now?
5 Q. The same -- the Excel spreadsheet.
6 A. I'm sorry. I gotcha.
7 Q. It was the actual attachment.
8 A. Oh, I see. Yes.
9 Q. Okay. And where it says UTS -- "company UTS," but
10 then it says "as ordered in CT," what is the
11 distinction?
12 A. So these were all -- when the trucks were first
13 ordered to get them in the system, they told me just
14 to go ahead and order all of them Central.
15 Q. Okay.
16 A. So that way, at least we could get them in the
17 system and start getting a production date set up.
18 And then we went back later and changed those to
19 Universal after Joe and Universal gave me the exact
20 count for each company.
21 Q. Sure. And if you kind of flip down there, at some
22 point the UTS goes to two columns being Central and
23 Central. Do you see that?
24 A. Yep, I see that.
25 Q. Okay.

Page 280

1 A. And then there's more UTS on there.
2 Q. Oh, yeah. There is more UTS. I want to flip
3 toward the end of -- if you go to Page 6 of that Excel
4 spreadsheet, there's a column that starts, and it's
5 red.
6 A. Uh-huh.
7 Q. What does that reflect?
8 A. I don't know off the top of my head on that one.
9 Q. Okay.
10 A. I might have had inserted a column -- a note there
11 for myself for some reason or another.
12 Q. All right. And then the next column there where
13 it says "date," I'm assuming that's when the
14 production date would start?
15 A. That's when they were set, yeah. That's when it
16 was showing in the system at the time. Which,
17 obviously, as you go back there to the back, then they
18 start really showing up in red because they're in
19 2023.
20 Q. Got you. And from the date of this production
21 date here, what was the typical time frame for that
22 truck to actually be built and then delivered to
23 Central?
24 A. Say that again. I'm sorry. What's your point?
25 Q. So from the production date in that fourth column,

Page 281

1 what was your expectation as to when the truck would
2 actually be delivered to Central after that production
3 started?
4 A. Well, again, if they come off clean and they're
5 not being held for parts like we said earlier,
6 probably four to six weeks.
7 Q. Okay.
8 A. Typically, if they're really close to Texas where
9 they come across at Laredo, then it might be quicker.
10 If we're going to Blaine, Minnesota, it may be another
11 two weeks.
12 Q. So at least according to this chart in February of
13 2022, these trucks on Page 6, the expectation -- the
14 Central trucks, the expectation they would be
15 delivered sometime in mid-July -- in mid-July?
16          MR. DAVIS: Object to the form and
17          foundation.
18 A. You're saying February of 2022?
19 Q. That's when this email was sent, February of 2022.
20 A. Oh, okay. Well, again, you've got to look at the
21 production date and when they expect to build them.
22 You know, I would add, you know, a minimum of four
23 weeks to that.
24 Q. Okay.
25 A. Maybe four to six weeks. Again, I would just say



**www.ArkansasRealtimeReporting.com**

**Page 282**

1  that on this chart, I didn't rely on any of these
2  numbers at all, now.
3  **Q.  Right.  On Page 7, 8 and 9 and 10 and 11 and all**
4  **the way through 13, those production dates get pushed**
5  **really far out --**
6  A.  Sure.
7  **Q.  -- into 2022?**
8  A.  They're not realistic.
9  **Q.  And what was your understanding of what was going**
10  **on there?**
11  A.  Again, I was told --
12            MR. DAVIS:  Object to the form.  Calls
13        for speculation.  Go ahead.
14  A.  I was told that -- and I had never seen this
15  before, either, to this extent.  But I was told that
16  they were trying to work through scheduling all of the
17  trucks; and there was so many trucks in the system
18  that they had to take and move them out so they could
19  clean up their calendar, I guess, their production
20  chart, and then bring them back in.
21  **Q.  Okay.**
22  A.  So...
23  **Q.  Now, if you could turn to Exhibit 57.  And you**
24  **were shown a copy of a draft sales agreement between**
25  **Central Navistar and Allegiance.  Do you recall that?**

**Page 283**

1  A.  Okay.
2  **Q.  And on the second page of that -- excuse me --**
3  **that would be the -- in the bottom right-hand corner,**
4  **there's a little number there.  Go to 16308.  Do you**
5  **see that?**
6  A.  Yes.
7  **Q.  Okay.  And it has that chart down there.  Do you**
8  **see the chart?**
9  A.  Where we at?
10  **Q.  Right here.**
11  A.  Oh.  I think I'm on --
12  **Q.  It's the cover page of that draft agreement --**
13  A.  Yes.
14  **Q.  -- right?  And, again, you see that language**
15  **"truck delivery based on available production at the**
16  **time of this letter."**
17            What is your understanding of what that
18  meant, "based on available production at the time of
19  this letter"?
20            MR. DAVIS:  Object to the form.  Calls
21        for speculation.
22  A.  So to me, if you went in -- if you would go into
23  Navistar's production and see where they're at on
24  production at that time, then that would be what this
25  implements.  Again, I don't have a way -- I don't, as

**Page 284**

1  a salesperson, have a way of going in and go, "okay,
2  if I put in the order today, it will be built this
3  day."  I have to wait until I put the order in and see
4  where it comes up at.
5            Navistar would come back, you know,
6  usually and tell me, "okay, we can build them now, now
7  and now, so go ahead and put them in."  And then I
8  would look at it and go, "okay, well they're not in
9  those dates you gave me or those time frames, so let's
10  pull them back in," and they would usually work
11  through that.
12  **Q.  Right.**
13  A.  So, basically, to me, it tells me that whatever
14  they see as production dates that particular day of
15  this letter, that's the dates they could guarantee.
16  **Q.  And then if those production dates change, then**
17  **they will inform you of that?**
18  A.  I was not informed.  I would have to go through.
19  When I was seeing these numbers change, I was looking
20  at them myself.
21  **Q.  Okay.**
22  A.  And usually I was reporting those to my Navistar
23  people.
24  **Q.  And then you would also report those to Central as**
25  **well when the production --**

**Page 285**

1            MR. DAVIS:  Asked and answered.
2  A.  When I thought they were correct, yes.  Sorry.
3  **Q.  And then this chart is interesting because it says**
4  **"new truck build month," and then it has "RH new truck**
5  **builds," "LT new truck builds."**
6            Is that -- to your understanding, did
7  that mean that's when the trucks were going to be
8  built?
9  A.  Yes.
10  **Q.  Okay.**
11  A.  Those were the months they would be built.
12  **Q.  As opposed to being delivered to Central --**
13  A.  Correct.
14  **Q.  -- correct?  So those are two different dates?**
15  A.  Yes.
16  **Q.  Okay.  Moving on to Exhibit 79.**
17  A.  79?
18  **Q.  Yes, sir.  Now, you had been asked some questions**
19  **about this chart.  And I believe you testified that**
20  **the March 29th, 2022, date was the date you ordered**
21  **the trucks -- the new trucks for Central with the LT**
22  **as opposed to the prior order which was an RH; is that**
23  **correct?**
24  A.  That looks correct, yes.
25  **Q.  Okay.  And what was the cause of that change in**



# Exhibit G



EXHIBIT _K-6_
WIT: _Kabaian_
DATE: _2-12_
Angela Hemby, CSR-5113

# UTO Monthly Summary & March 2022 Results

**NAVISTAR**®

*CONFIDENTIAL and Proprietary to Navistar*

# April is full of events!





















NYSE NAV

CONFIDENTIAL

**CONFIDENTIAL and Proprietary to Navistar**

NAV00019851








ROCK YOUR SOCKS
IT'S WORLD DOWN SYNDROME DAY!



NYSE NAV

CONFIDENTIAL and Proprietary to Navistar

CONFIDENTIAL









ROCK YOUR SOCKS

IT'S WORLD DOWN SYNDROME DAY!





*NAVISTAR®*

CONFIDENTIAL

*CONFIDENTIAL and Proprietary to Navistar*

NAV00019853





ROCK YOU SOCKS

IT'S WORLD DOWN SYNDROME DAY!

**NAVISTAR**®

NYSE NAV

CONFIDENTIAL

CONFIDENTIAL and Proprietary to Navistar

NAV00019854



We'd like everyone to take a day to volunteer in any way you wish to impact and make a change within your own community.

Make a difference, send us pictures to share and enjoy giving back to our communities for generations to come!

"How wonderful it is that nobody need wait a single moment before starting to improve the world"

*CONFIDENTIAL and Proprietary to Navistar*

 

# JOIN AN ADOPT-A-BEACH CLEANUP!



**BEACH** — 31st Street Beach

**DATE** — • **April 23, 2022**

**TIME** — • **9:30am – 11:00am**

- Click this link to register

- Open to Navistar employees and friends. 31st Street beach is in Chicago, just south of McCormick Place and accessible by DuSable Lake Shore Drive. There is a metered parking lot in front of the beach or it is directly on the lakefront path for those in Chicago who would like to bicycle.

**NAVISTAR**

**NAVISTAR**

NYSE NAV

CONFIDENTIAL

CONFIDENTIAL and Proprietary to Navistar

NAV00019856

# Mud Pie



16 oz Oreos
1 cup margarine
8 oz cream cheese
1 cup powdered sugar
16 oz cool whip
1 lg chocolate instant pudding
2 ½ cups milk

Crush Oreos and spread in greased 9x13 pan (keep 1 cup aside). Melt margarine and pour over Oreos. Refrigerate one hour.

Mix cream cheese, powdered sugar and cool whip (keep some cool whip aside for top). Make the pudding per package, pour over cream cheese mixture. Top with remaining cool whip and sprinkle remaining crushed Oreos over top. Refrigerate 2 hours.

**NAVISTAR®**

CONFIDENTIAL and Proprietary to Navistar

CONFIDENTIAL

NAV00019857

## Recipe coming soon: Pesto Sauce



**NAVISTAR**®

*CONFIDENTIAL and Proprietary to Navistar*

CONFIDENTIAL

# March Month UTO Net Margin

- Continued good profit on 145 units sold vs. forecast of 152. $16k/unit gross margin, and $8k/unit net margin on average
- Fell short of forecast for second straight month. This month we fell short by approximately **($1M)  Main issue driving shortfall was reserve taken on Penske purchase package due to slow initial sales**





**NAVISTAR** ®

CONFIDENTIAL and Proprietary to Navistar

# March Month UTO Net Margin

- YTD sales of 445 units vs. forecast of 452 and Op. Plan of 601.
- Much higher profits per unit than Op. Plan driving strong positive variance to operating plan  Gross margins YTD are $23k/unit vs. Op plan of $7k/unit.
- Need to "make hay while the sun is shining".





**Inventory Aging > 120 Days (6%). Inventory neared 700 at month-end, with a huge influx of Penske units. Aging is extremely healthy**



- Overaged inventory is up 11 10 units since last month but steady and healthy at only 6%

- A year ago this figure was about 1,100 units and 43% of inventory.

*NAVISTAR®*

*CONFIDENTIAL and Proprietary to Navistar*

## Over-aged Inventory Posture





CONFIDENTIAL and Proprietary to Navistar

CONFIDENTIAL

## Current Inventory

### UTO Inventory @ 04/11/22 922 units



☐ Sold - on sales orders   ☐ On way to auction/export   ☐ Inbound in transit   ☐ Available for sale

### Units not on Sales Order



**NAVISTAR®**

*CONFIDENTIAL and Proprietary to Navistar*

CONFIDENTIAL

NAV00019863

## UTO Inventory by week



**Total UTO Inventory**

Increase since February fueled by Penske units and JBH Freightliners.

CONFIDENTIAL

CONFIDENTIAL and Proprietary to Navistar

NAV00019864

## Financial Summary – Other Metrics - Month of March

- 887 units in inventory, including 554 Penske purchases. 18% of Inventory are on sales orders.

  - Gross inventory at $60M.  Average inventory cost is $68k with Y-O-Y increase of $30k per unit.
    - 412 units not in UTC Locations

  - Receipts were higher than expected at 340 units vs. 223 compared to 2+10 fcst.
    - Market purchase of Penske units (185 units) and intake of JB Hunt Freightliners (59 units).

- Total Units under the Buying Program

  - 37 units acquired during the month under the Buying Program. Total under program to date is 129 units. 15 units > 60 days with no sales order.
  - 66 units sold – total profit booked to date ~ $0.7M
  - Program Incentives ($170k)

- Top Up Commission

  - 10 OSRs qualified for the Top Up program during the month

CONFIDENTIAL

CONFIDENTIAL and Proprietary to Navistar

NAV00019865

# Market pulse – pricing and inventory levels – Sleepers

Sleeper Truck Inventory has started to increase (up 13%), while asking prices continue to climb in March (up 3%)



CONFIDENTIAL

*NAVISTAR®*

CONFIDENTIAL and Proprietary to Navistar

# New Truck Sales - Current Headwinds

- Planned short work week for EAP L1 & L2 due to holiday

- Continue to work thru monthly tire allocation by supplier

- Bendix ABS ECUs & Cummins ECMs continue to be concern in Mid-May
  - Actively pursuing alternative chips in secondary market

- A26 – Camtac & Bosch (Infineon chip)

- Last week, the Texas Governor issued a mandate to inspect every commercial shipment crossing the border which has resulted in a griding halt for cross-border trade.
  - We have a very large number of units produced that we cannot border cross because of significantly long lines
  - Our government relations team is actively involved

- Shutdowns in China are worsening

NAVISTAR®   CONFIDENTIAL and Proprietary to Navistar

## Confidence Package – Used Truck Program (4/1/22 – 9/30/22)



# CONFIDENCE PACKAGE
## FACTORY-BACKED

### ENGINE & AFTERTREATMENT WARRANTY

+ ONCOMMAND CONNECTION          + UPTIME ADVOCATE

*NAVISTAR®*

  

NYSE NAV

CONFIDENTIAL

NAV00019868

## What else is going on in UTO?

- Top Up Commission program extended to June, Buying program being tweaked, prepared for approval

- Penske package – considering "pool" program for new truck sales team

- Considering internal name change to replace the term "Used" in UTO

- 4/22 kick-off of cross-functional team to advance idea of "branded" International stores.  Used Truck retail will expand, not contract

- CPL discussion:  Again, feedback is essential.  Bring us the market feedback!  Also, don't self-censor the deals – bring them!

- Truck Stop Survey starting!  Field team / Lisle office partnership.  Getting "on the ground" feedback on our brand to help residual value action planning

- Joliet UTC opened – Grand opening on 5/5/22 ————————→

- New Integrated Powertrain launch preparations

**NAVISTAR®**

CONFIDENTIAL and Proprietary to Navistar

## Early 2022 Priorities

- **Fast start** to 2022!  Plan calls for $10M Net Margin in 1st half  (at $9M thru 3 mos.) ✓
- Continue **buying** – have to be aggressive to win anything right now (we need Sleepers!!) ✓
- **Marketing budget** – re-sized for 1st half of 2022 ✓
- **LT Warranty** – Launched Confidence package ✓
- **Package planning** implementation (Shark tank) ✓
- **EPA Consent Decree** – get going!  Plan approved, contract with partner signed, Maggie is in flight ✓
- **Co-op** deal structures – codifying "Golden OTB" rules for new truck sales
- International Used Truck **"Branded store"** idea next steps



**NAVISTAR®**

CONFIDENTIAL and Proprietary to Navistar

# LT Residual Values Summary
Metrics moving in the right direction, but significant gap to competition persists in advertised and auction data

| Metric | Measure-ment | Metric Health | Reference Points | | | | Takeaway |
|---|---|---|---|---|---|---|---|
| | | | Current Period (3/8-4/11) | Proposed Target | Prior Period (2/8-3/7) | Trailing 3 Months Avg (Nov-Jan) | |
| Auction Prices | Gap to FL (MY 2018, 15L, mileage adjusted) | Poor | ($14,000) | +/-$3K | Insufficient data | ($10,100) | March data illustrates smaller gap; excluding Peoria auction, gap reduces favorably to ($6K) |
| Advertised Prices - Non-UTC | Gap to FL (MY18, 15L, 400K-500K miles, non-UTC listings) | Poor | ($24,000) | +/-$3K | ($26,400) | ($24,400) | Gap has shrunk for 2nd month - the first period of decline since May 2021 but remains elevated |



CONFIDENTIAL AND PROPRIETARY TO NAVISTAR

Transactional  Market-Based

# Truck Paper MY 2018 15L Advertised Prices

Market LT prices increased 4% Mar-Apr on average vs 1% for Cascadia, closing gap $2K
April 2022 marks the 2nd consecutive month of the gap moving favorably since April 2021



Average Listing Price

Brand (UTC/No... ⊛Freightliner ●International UTC ●International-N...

$140K
$137K
$139K
$130K  $133K
$123K
$120K  $117K
$116K
$112K
$110K  $112K
$100K
February    March    April

**April Ranges** *4/1/22-4/11/22*

Average Listing Price

| | Freightliner | | International |
| --- | --- | --- | --- |
| | | | Gap for LT |

| Year | 2022 | | |
| --- | --- | --- | --- |
| Brand | February | March | April |
| ⊞ **Freightliner** | **117** | **131** | **92** |
| ⊟ **International** | | | |
| International UTC | 2 | 3 | 1 |
| International-Non UTC | 91 | 105 | 75 |

| | Cascadia - All | Cascadia 126 | LT |
| --- | --- | --- | --- |
| Listings | 92 | 55 | 76 |
| Avg Listing Price | $139,185 | $145,838 | $116,452 |
| Avg Listing Price w/o Outliers | $139,137 | $145,745 | $116,369 |

MY2018, 15L sleepers, 400K-500K miles advertised prices as gathered from Navistar Truck Paper Scraper; volumes represent unique listings (average price); as of 4/12/2022



CONFIDENTIAL AND PROPRIETARY TO NAVISTAR

NAV00019872

# MY 2018 15L Auction Prices – Trailing 3 Months

Mar auction data for LT suggested $14K disadvantage to Cascadia

- March represents best volume of segment since beginning of data

- FL pricing inflated from auction results where no comparable INT units were present

- FL-INT March gap excluding Peoria auction would be $6K



| Year | | 2022 | |
| Make | February | March | April |
| --- | --- | --- | --- |
| Freightliner | 10 | 40 | 1 |
| International | 3 | 9 | 1 |
| Kenworth | 4 | 5 | |
| Peterbilt | 3 | 9 | 1 |
| **Total** | **20** | **63** | **3** |



CONFIDENTIAL AND PROPRIETARY TO NAVISTAR

CONFIDENTIAL

NAV00019873

## Summary / Conclusions



CONFIDENTIAL and Proprietary to Navistar

# Exhibit H

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

---

GLS LEASCO, INC. and CENTRAL TRANSPORT LLC,

Plaintiffs,

v.

NAVISTAR, INC.,

Defendant.

Case No. 23-cv-12927

---

REBUTTAL EXPERT REPORT AND DISCLOSURE OF

MARK J. HOSFIELD

Submitted October 9, 2024

CONFIDENTIAL

United States District Court, Eastern District of Michigan, Southern Division
Case No. 23-cv-12927

GLS Leasco, Inc. and Central Transport LLC v. Navistar, Inc.

## VI.    Basis and Reasoning

Mr. Kahaian estimates that Plaintiffs have incurred damages of $27,676,648, which is comprised of the following:[63]

| | Category | Amount |
|---|---|---|
| 1 | Lost Resale Value | $24,857,011 |
| 2 | Out-of Pocket Repair & Maintenance Costs | 2,169,633 |
| 3 | Incremental Fuel Costs | 650,005 |
| 4 | **Total Economic Damages** | **$27,676,648** |

Mr. Kahaian's Lost Resale Value damages of $24,857,011 would be attributable to GLS because it is the owner of the MY2018 Tractors, whereas his Out-of-Pocket Repair & Maintenance Costs ($2,169,633) and Incremental Fuel Costs ($650,005) would be attributable to Central since it incurred those costs.[64]

### A.   Mr. Kahaian's Lost Resale Value damages

Mr. Kahaian's Lost Resale Value damages are based on the premise that "Plaintiffs sustain[ed] economic damages associated with selling the MY2018 Tractors at a lower price than it would have had Navistar met the delivery requirements of the [MY2023 Tractors]."[65] Mr. Kahaian identifies 594 MY2018 Tractors that he assumes would have been sold at higher prices but-for the alleged breach (which he refers to as "Impacted Units").[66] Mr. Kahaian assumes that the Impacted Units would have been sold during April 2022 through June 2022, which he refers to as the Expected Delivery Month.[67] Mr. Kahaian calculates Lost Resale Value on the 594 Impacted Units as the difference between the Expected Resale Value and the Actual Resale

---

[63] Expert Report of Michael N. Kahaian, dated August 23, 2024, p. 13.

[64] See also, Deposition of Kyle Blain, 30(b)(6), dated September 10, 2024, pp. 38-39.

[65] Expert Report of Michael N. Kahaian, dated August 23, 2024, p. 7.

[66] Expert Report of Michael N. Kahaian, dated August 23, 2024, p. 10; See also, Deposition of Kyle Blain, 30(b)(6), dated September 11, 2024, p. 244.  Mr. Kahaian excludes 18 scrapped and stolen tractors from his calculation of Impacted Units.

[67] Expert Report of Michael N. Kahaian, dated August 23, 2024, p. 11 and Exhibit D Schedule 2.

United States District Court, Eastern District of Michigan, Southern Division
Case No. 23-cv-12927

GLS Leasco, Inc. and Central Transport LLC v. Navistar, Inc.

Value.[68]  He defines Expected Resale Value as "the market value of the MY2018 tractors as of the Delivery Schedule," which he estimates total $39,703,623 for the Impacted Units.[69]  He defines Actual Resale Value as "the actual sales value achieved by the Plaintiffs" for the Impacted Units, which he estimates to be $14,846,612.[70]  For the reasons discussed below, the assumptions underlying Mr. Kahaian's calculations of Expected Resale Value and Actual Resale Value are flawed and lead to significantly inflated Lost Resale Value damages.

**1.   Mr. Kahaian's Calculation of Expected Resale Value**

**i.   Mr. Kahaian's "Expected Delivery Month" of the MY2023 Tractors**

Mr. Kahaian's calculation of Expected Resale Value assumes that Plaintiffs anticipated the delivery of the MY2023 Tractors during April 2022, May 2022, and June 2022, as shown below:[71]

| Central's Expected Delivery Schedule | |
| --- | --- |
| **Period** | **# Units** |
| 1 April 2022 | 75 |
| 2 May 2022 | 225 |
| 3 June 2022 | 330 |
| **4 Total** | **630** |

Mr. Kahaian determines the above delivery schedule based on discussions with Central's management and a February 13, 2022 email from Jim Lollis, Plaintiffs' dealer for the MY2023 Tractors, showing the production

---

[68] Expert Report of Michael N. Kahaian, dated August 23, 2024, pp. 10, 13 and Exhibit D Schedule 1.

[69] Expert Report of Michael N. Kahaian, dated August 23, 2024, pp. 10-11 and Exhibit D Schedule 2.

[70] Expert Report of Michael N. Kahaian, dated August 23, 2024, pp. 10-12 and Exhibit D Schedule 1.

[71] Expert Report of Michael N. Kahaian, dated August 23, 2024, p. 7.

United States District Court, Eastern District of Michigan, Southern Division
Case No. 23-cv-12927

GLS Leasco, Inc. and Central Transport LLC v. Navistar, Inc.

start of 75 MY2023 Tractors in April, 225 in May, 300 in June 2022, and 30 at a date to be determined, as shown below:[72]

| COMPANY | Order # | Qty | | STATUS | PRODUCTION STARTS |
|---------|---------|-----|--|--------|-------------------|
| | | | 2/13/2022 | | |
| CENTRAL | 638393 | 75 | | OK | 3/31/2022 |
| CENTRAL | 638395 | 75 | | OK | 4/1/2022 |
| CENTRAL | 638396 | 75 | | OK | 4/22/2022 |
| CENTRAL | 638394 | 75 | | OK | 4/27/2022 |
| CENTRAL | 638399 | 75 | | OK | 5/25/2022 |
| CENTRAL | 638402 | 75 | | OK | 5/26/2022 |
| CENTRAL | 638403 | 75 | | OK | 5/27/2022 |
| CENTRAL | 638400 | 75 | | OK | 5/30/2022 |
| CENTRAL | 690728 | 30 | | TBD | TBD |
| | | 630 | 630 | | |

Mr. Kahaian's Expected Delivery Schedule assumes that the MY2023 Tractors would be delivered 30 days after the production start date.[73] Although Mr. Blain and Brianne Perkins, Fleet Manager at Central, testified that they usually expect delivery of a truck two to four weeks after the start of production,[74] Mr. Lollis testified that four to six weeks is the minimum delivery time.[75] According to Mr. Lollis, that meant for tractors with a production start date of April 1, 2022, there's a "good chance" those tractors would not start flowing to Central until the end of May 2022.[76] He further testified that delivery time is dependent on the

---

[72] Expert Report of Michael N. Kahaian, dated August 23, 2024, p . 7; Blain Deposition Exhibit D-19 (NAV00016007-NAV00016008); Deposition of Kyle Blain, 30(b)(6), dated September 10, 2024, pp. 33-34; Deposition of Brianne Perkins, dated September 18, 2024, p. 36.

[73] Expert Report of Michael N. Kahaian, dated August 23, 2024, p. 7 (footnote 3).

[74] Deposition of Kyle Blain, 30(b)(6), dated September 10, 2024, pp. 26 and 120; Deposition of Brianne Perkins, dated September 18, 2024, pp. 90-92 and 106.

[75] Deposition of Jim Lollis, dated August 6, 2024, pp. 159 and 280-281.

[76] Deposition of Jim Lollis, dated August 6, 2024, p. 159.

CONFIDENTIAL

United States District Court, Eastern District of Michigan, Southern Division
Case No. 23-cv-12927

GLS Leasco, Inc. and Central Transport LLC v. Navistar, Inc.

availability of parts and the distance traveled to deliver the trucks.[77, 78, 79]  Further, after a tractor leaves Navistar's production facility, it is transferred to a post-production facility (PDI center) where the truck is inspected and a Central decal and other parts are affixed to the truck.[80]

Thus, I have adjusted Mr. Kahaian's Expected Delivery Schedule to reflect a more reasonable (and still conservative) assumption that delivery of the MY2023 Tractors would be expected 45 days (i.e., 6 weeks) after start of production, which shifts his Expected Delivery Months to May 2022, June 2022, and July 2022, as shown in table below:

| COMPANY | Order # | Qty | PRODUCTION STARTS | + 45 DAYS | Expected Delivery Month (Production Start +45 Days) | # Units |
|---|---|---|---|---|---|---|
| CENTRAL | 638393 | 75 | 3/31/2022 | 45 | May-22 | |
| CENTRAL | 638395 | 75 | 4/1/2022 | 45 | May-22 | 150 |
| CENTRAL | 638396 | 75 | 4/22/2022 | 45 | June-22 | |
| CENTRAL | 638394 | 75 | 4/27/2022 | 45 | June-22 | 150 |
| CENTRAL | 638399 | 75 | 5/25/2022 | 45 | July-22 | |
| CENTRAL | 638402 | 75 | 5/26/2022 | 45 | July-22 | |
| CENTRAL | 638403 | 75 | 5/27/2022 | 45 | July-22 | 300 |
| CENTRAL | 638400 | 75 | 5/30/2022 | 45 | July-22 | |
| CENTRAL | 690728 | 30 | TBD | 45 | TBD | 30 |
| | | 630 | | | | 630 |

The Expected Delivery Month shown in the above table is based on the production start provided in the February 13, 2022 email that Mr. Kahaian relies upon.  However, on April 13, 2022, five days after Mr. Carmichael sent the April 2022 Letter Agreement to Mr. Blain, Ms. Perkins and Mr. Blain received an email from Mr. Lollis showing revised estimated production dates for the MY2023 Tractors, with the earliest

---

[77] Deposition of Jim Lollis, dated August 6, 2024, p. 281.

[78] Mr. Lollis testified that the production environment during COVID was a fluid situation, with changing schedules, and production delays, due in large part to the availability of parts.  He testified that he had never seen production dates get pushed to this extent before.  (Deposition of Jim Lollis, dated August 6, 2024, pp. 268-269, 276-278, and 282).

[79] Ms. Perkins also testified that in her experience with OEMs, it is "very common" for a production schedule to fluctuate, and they can fluctuate tremendously, even under normal circumstances. (Deposition of Brianne Perkins, dated September 18, 2024, pp. 42 and 85)

[80] Deposition of Brianne Perkins, dated September 18, 2024, pp. 106-107.

United States District Court, Eastern District of Michigan, Southern Division
Case No. 23-cv-12927

GLS Leasco, Inc. and Central Transport LLC v. Navistar, Inc.

MY2023 Tractor expected to be placed into production on April 12, 2022 and the latest on July 1, 2022.[81]
Mr. Blain did not sign the April 2022 Letter Agreement until May 18, 2022, after he was made aware of a
revised production schedule on April 13, 2022.  Further, by the time Mr. Blain signed the April 2022 Letter
Agreement on May 18, 2022, Navistar had delivered only one MY2023 Tractor (delivered on May 18,
2022).[82]  Therefore, it was evident to Mr. Blain as of the date he signed the April 2022 Letter Agreement that
the production schedule had significantly shifted from the production schedule outlined in the February 13,
2022 email Mr. Kahaian relies on.[83]  However, for purposes of responding to Mr. Kahaian's damages
calculations, I have relied on the production schedule contained in the same February 13, 2022 email that Mr.
Kahaian has relied on.

### ii.    Mr. Kahaian's "Expected Month of Sale" for the MY2018 Tractors

Another assumption underlying Mr. Kahaian's calculated of Expected Resale Value is that Plaintiffs would
have sold the MY2018 Tractors in the same month it expected to receive the MY2023 Tractors (i.e., April
2022 through June 2022).  Mr. Kahaian does not provide any support for this assumption.  Rather, it appears
that he adopts this assumption from an analysis created by Mr. Blain and Nick Schmalenberg, who were both
employees at Central.[84]  Although GLS takes the position it owns the MY2018 Tractors, Central was
responsible for the negotiation and execution of the sale of the MY2018 Tractors.  Ms. Perkins testified that
the turnaround time between taking a used truck out of service and prepping it for a new buyer varies, and it
depends on a lot of factors such as the condition of the truck.[85]  Mr. Blain testified that "there is a time period
to get the… truck being replaced off the road… that can be two to four weeks itself."[86]  I note that Mr.
Stinsa, Director of Logistics at Navistar, testified that Navistar's target is 90 days to resell a used truck.[87]

---

[81] Deposition of Kyle Blain, 30(b)(6), dated September 10, 2024, p. 200; Blain Deposition Exhibit D-32.  See also,
Lollis Deposition Exhibit 73 showing the April 13, 2022 email with a production start date of April 12, 2022 and
production end date of July 1, 2022.

[82] Appendix B.

[83] Deposition of Kyle Blain, 30(b)(6), dated September 11, 2024, p. 242; Deposition of Jim Lollis, dated August 6,
2024, p. 303.  See also, Appendix B for delivery dates of the MY2023 Tractors.

[84] GLSN-0002047; Deposition of Nick Schmalenberg, dated September 19, 2024, pp. 108-109; Mr. Schmalenberg is
unsure whether he or Mr. Blain prepared the document.

[85] Deposition of Brianne Perkins, dated September 18, 2024, p. 51.

[86] Deposition of Kyle Blain, 30(b)(6), dated September 11, 2024, p. 255.

[87] Deposition of Tony Stinsa, dated April 14, 2024, pp. 129-130.

United States District Court, Eastern District of Michigan, Southern Division
Case No. 23-cv-12927

GLS Leasco, Inc. and Central Transport LLC v. Navistar, Inc.

Furthermore, Jay Mason from Universal, who purchased several MY2018 Tractors from GLS, testified that Central experienced lag time in getting the MY2018 Tractors ready before they were delivered.[88]

As discussed above, I have adjusted Mr. Kahaian's Expected Delivery Schedule to assume that delivery of the MY2023 Tractors would occur 45 days after the indicated production start date. I then calculated the Expected Month of Sale for the MY2018 Tractors assuming that it would have taken Plaintiffs an additional 30, 60, and 90 days to sell the MY2018 Tractors after receiving the MY2023 Tractors:[89]

| Month | Kahaian MY2018 Unit Sales (Expected Delivery -15 Days) | MY2018 Unit Sales (Expected Delivery +30 Days) | MY2018 Unit Sales (Expected Delivery +60 Days) | MY2018 Unit Sales (Expected Delivery +90 Days) |
|---|---|---|---|---|
| April 2022 | 75 | - | - | - |
| May 2022 | 225 | - | - | - |
| June 2022 | 294 | 150 | - | - |
| July 2022 | - | 150 | 150 | - |
| August 2022 | - | 294 | 150 | 150 |
| September 2022 | - | - | 294 | 150 |
| October 2022 | - | - | - | 294 |
| November 2022 | - | - | - | - |
| | 594 | 594 | 594 | 594 |

However, even with these adjustments, it is not reasonable to assume that Plaintiffs would have been able to sell the MY2018 Tractors during the period June 2022 through October 2022, even if all of the MY2023 Tractors had been delivered in the period May 2022 through July 2022. As shown in the graph below, Plaintiffs received a significant number of MY2023 Tractors by June 2022 and July 2022, but they actually sold very few MY2018 Tractors in those months and the months that followed:[90]

---

[88] Deposition of Jay Mason, dated September 20, 2024, p. 100.

[89] Expert Report of Michael N. Kahaian, dated August 23, 2024, Exhibit D, Schedule 2.

[90] Appendix D, Schedule 1.

United States District Court, Eastern District of Michigan, Southern Division
Case No. 23-cv-12927

GLS Leasco, Inc. and Central Transport LLC v. Navistar, Inc.



For example, Plaintiffs received a cumulative total of 114 MY2023 Tractors through June 2022 and 188 through July 2022, yet they only sold a cumulative total of 20 MY2018 Tractors by the end of July 2022. Those 20 MY2018 Tractors were sold to Brien Bell James Group in May 2022 and June 2022.[91]  The next sale of MY2018 Tractors occurred in August 2022 to Universal, a company that shares some common ownership with Plaintiffs.[92]  In fact, between August 2022 and mid-May 2023, virtually all sales of MY2018 Tractors were to Universal (i.e., of 222 MY2018 Tractors sold in total, only 3 MY2018 Tractors were sold to non-affiliated buyers).[93]

Notably, Plaintiffs were able to sell all 10 of their model year 2018 LT (line-haul) tractors to Vulcan Truck Sales in May 2022 and June 2022 for prices ranging from $60,000 to $75,000.[94]  LT tractors are used for moving freight across long distances, are optimized for efficiency and comfort, and have a sleeper cab.[95]  The MY2018 Tractors at issue in this case are RH (regional-haul) tractors, which are used for shorter, regional, hauls, and have a day cab.[96]  I also understand from Josh Adams, Director of Pricing at Navistar, that day

---

[91] Appendix A, Schedule 1.

[92] Mr. Schamlenberg testified that the sales to Universal are typically at an arms-length market value. (Deposition of Nick Schmalenberg, dated September 19, 2024, p. 135).

[93] Appendix A, Schedule 1; Universal is also referenced on the invoices as "LSGI." (Deposition of Brianne Perkins, dated September 18, 2024, p. 60)

[94] Deposition of Kyle Blain, 30(b)(6), dated September 11, 2024, p. 314; Appendix A, Schedule 2.

[95] Discussion with Josh Adams.

[96] Discussion with Josh Adams.

United States District Court, Eastern District of Michigan, Southern Division
Case No. 23-cv-12927

GLS Leasco, Inc. and Central Transport LLC v. Navistar, Inc.

cabs are the least resalable truck.[97]  Several other undesirable features of the MY2018 Tractors contributed to Central's lack of success in selling them.  Mr. Stinsa identified several factors that warranted the MY2018 Tractors selling at a discount, including the A26 engine, manual transmission, steel wheels, yellow color, enormous package size for day cabs, and Central's poor reputation for maintenance.[98]  Ms. Perkins testified that "[a] lot of time, the biggest killer was the [A26] engine."[99]  Mr. Blain testified that the manual transmission of the 2018 tractors "would have made the sales more challenging", and that it could have also impacted the price.[100]  Mr. Blain also testified that selling the RH models was difficult due to "a lot of unfamiliarity with the model."[101]  When Plaintiffs attempted to sell the MY2018 Tractors at prices "comparable to what [was] being advertised for other like units," Plaintiffs needed to reduce the purchase price to account for the variance in features, including a $3,000 deduction for aluminum wheels (vs. steel wheels), $3,000 deduction for color, $4,000 deduction for horse power (410 vs. 450), and a $4,000 discount to retailers.[102]  A larger trade package typically takes longer to sell, which may also have contributed to Plaintiffs' inability to sell the MY2018 Tractors.[103]

Mr. Blain testified that while he began starting negotiations with potential buyers of the MY2018 Tractors in February 2022 and March 2022, including for the sale of 200 units to All Truck, those discussions fell apart because he couldn't give them a solid date for when the MY2018 Tractors would be available.[104]  On the other hand, Ms. Perkins testified that the biggest drawback was the A26 engine, as cited above.  Mr. Blain doesn't recall any other potential large sales (50 or more units).[105]  He also testified that Plaintiffs started

---

[97] See also, Deposition of Tony Stinsa, dated April 14, 2024, p. 127. ("90% of what's sold in the secondary market is sleepers.")

[98] Stinsa Deposition Exhibit D-105.

[99] Deposition of Brianne Perkins, dated September 18, 2024, pp. 43-44.  See also, Email re: 600+ 2018 International RH Day Cabs, starting at $68,500, dated April 11, 2022 (NAV00085345-NAV00085351 at NAV00085345).

[100] Deposition of Kyle Blain, dated September 11, 2024, p. 17.  See also, Email re: 600+ 2018 International RH Day Cabs, starting at $68,500, dated April 11, 2022 (NAV00085345-NAV00085351 at NAV00085345).

[101] Deposition of Kyle Blain, dated September 11, 2024, p. 15.

[102] Email re: MTM – 2018 International Daycab Sales, dated May 15, 2023 (GLSN-0001902).  See also, Email re: 600+ 2018 International RH Day Cabs, starting at $68,500, dated April 11, 2022 (NAV00085345-NAV00085351 at NAV00085345).

[103] Deposition of Tony Stinsa, dated April 14, 2024, p. 136; Email re: 600+ 2018 International RH Day Cabs, starting at $68,500, dated April 11, 2022 (NAV00085345-NAV00085351 at NAV00085345).

[104] Deposition of Kyle Blain, 30(b)(6), dated September 11, 2024, pp. 254-255.

[105] Deposition of Kyle Blain, 30(b)(6), dated September 11, 2024, p. 259.

United States District Court, Eastern District of Michigan, Southern Division
Case No. 23-cv-12927

GLS Leasco, Inc. and Central Transport LLC v. Navistar, Inc.

advertising the MY2018 Tractors in April 2022 to retail customers who would be interested in smaller lots.[106]
Mr. Schmalenberg testified that "you could coordinate a sale before or after it's available.  If it's coming
online, coming for sale soon."[107]  However, I have seen little documentation suggesting that GLS or Central
had encountered interest from potential buyers of the MY2018 Tractors prior to delivery of the MY2023
Tractors.  Indeed, as discussed above, beside the sale of 20 units to the Brien Bell James Group, there were
no other sales in 2022 of MY2018 Tractors to a non-affiliated buyer.  Ms. Perkins testified regarding the
MY2018 Tractors that "in the beginning it was relatively easy.  There was such a great need and desperation
in the market; people were kind of willing to pay anything; they didn't care about condition."[108]
However, her assertion that selling the MY2018 Tractors "was relatively easy" is contradicted by the fact
that Plaintiffs were only able to sell 20 units to a non-affiliated buyer in 2022.

To the extent that there were interested buyers for the MY2018 Tractors in 2022 and early 2023, Plaintiffs'
inability to sell them was likely due to their own failure to properly market and price the tractors.  Ms.
Perkins testified that she was in charge of selling the MY2018 Tractors, but she had no prior experience
selling used trucks, and she was not provided any training for that role.[109]  On or around June 2, 2022,
Plaintiffs rejected an offer to sell 200 MY2018 Tractors to Stateline Truck for around $55,000 per unit, even
though Stateline was willing to receive delivery of the tractors as late as September 30, 2022.[110]  This price is
significantly lower than Mr. Kahaian's assumption of an Expected Resale Value of $68,371 per unit in May
2022.[111]  Plaintiffs were asking for $63,500 per unit and were unwilling to meet Stateline's offer.[112, 113]
Furthermore, Plaintiffs' attempts to sell the MY2018 Tractors in 2022 were limited to private buyers, and

---

[106] Deposition of Kyle Blain, 30(b)(6), dated September 11, 2024, p. 257.  See also, GLSN-0001111-GLSN-0001123; GLSN-0001137-GLSN-0001143.

[107] Deposition of Nick Schmalenberg, dated September 19, 2024, pp. 125.

[108] Deposition of Brianne Perkins, dated September 18, 2024, pp. 43-44.

[109] Deposition of Brianne Perkins, dated September 18, 2024, pp. 53 and 76.

[110] Email re: Offer on 2018 International RH Day Cabs, dated June 3, 2022 (GLSN-0001530-GLSN-0001531); Deposition of Joe Hanvey, dated September 19, 2024, pp. 85-94.

[111] Expert Report of Michael N. Kahaian, dated August 23, 2024, Exhibit D Schedule 2.

[112] Email re: Offer on 2018 International RH Day Cabs, dated June 3, 2022 (GLSN-0001530-GLSN-0001531).

[113] In June 2022, the auction price for the MY2018 Tractors with 400,000 miles was $50,480, the market value was $79,435, and the average of the auction and market values was $64,958 (see Appendix C).  Stateline anticipated the values would continue to fall through the September delivery date and couldn't justifying paying a price in the mid-$50,000 range.

# Exhibit I

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION


GLS LEASCO, INC., and CENTRAL
TRANSPORT LLC,


Plaintiffs,      Case No. 23-cv-12927-MAG-APP

vs.

NAVISTAR, INC.,


Defendant.

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _/


DEPONENT:      NATHAN JOSEPH HANVEY
DATE:          Thursday, September 19, 2024
TIME:          1:34 p.m.
LOCATION:      Kienbaum Hardy Viviano
               Pelton & Forrest, PLC
               280 North Old Woodward, Suite 400
               Birmingham, Michigan
REPORTER:      Shari J. Pavlovich, CSR-5926
JOB NO:        32782

Fortz Legal Support

www.FortzLegal.com

844.730.4066



GLS LEASCO, INC. v NAVISTAR, INC.
HANVEY, NATHAN 09/19/2024

Job 32782
70..73

Page 70

1  Q   Who sent it to Sean?
2  A   **Kyle.**
3  Q   And then it says "one week from 1/15".  What does
4      that mean?
5  A   **I don't remember what that was referring to.**
6  Q   And then right here in the first bullet point it
7      says:
8          "Our trucks will come without the
9      front facing" -- it was originally
10     "camera", and you crossed out to write
11     "radar".
12         Was that just to make a correction?
13 A   **That's correct.**
14 Q   "LT possibility", and then it writes "acceptable no
15     upcharge if needed."
16         Was that a representation from Sean that
17     Navistar wouldn't make an upcharge to put the
18     Cummins engine into the LT?
19 A   **That's correct.**
20 Q   Okay.  Normally, under normal circumstances, is it
21     your understanding that there would have been an
22     upcharge for that?
23 A   **That would be me speculating.**
24 Q   You don't know one way or another?
25 A   **I never priced out an LT.**

Page 71

1  Q   So you don't know one way or another, if Sean was
2      saying, yeah, we'll do right by your customer, we
3      won't have an upcharge?  You don't know one way or
4      the other?
5  A   **I remember at that time he said that if it's**
6      **acceptable, and I put it acceptable by a**
7      **possibility, that there would be no upcharge if**
8      **needed.**
9          **If that was the case in the final deal, I**
10     **don't know.**
11 Q   Got it.  I'm going down to -- there's an asterisk
12     "forward parts bid to Sean C."
13     What's the parts bid?
14 A   **The parts bid is a list of parts that we currently**
15     **use.  And we send it out to the different vendors**
16     **for them to give a bid on what they would charge.**
17 Q   Okay.  And did you eventually forward a parts bid
18     to Sean?
19 A   **That wouldn't have been done from me.  That would**
20     **have been the parts department that did it.  And I**
21     **don't know if that went through.**
22 Q   Okay.  Third bullet point, "OnCommand included."
23     And then you wrote "/Cummins,
24     Tina/Christina."
25         What does that mean?

Page 72

1  A   **Yeah.  So the Cummins software comes inside.  Then**
2      **Tina and Christina would be following up -- I'm**
3      **sorry, the Cummins, Tina, and Christina, is to go**
4      **over the repair advocate group to follow up on**
5      **trucks at the dealer.**
6          **That would be to include Cummins and it**
7      **would be Tina and Christina were the two people at**
8      **the OnCommand advocate group, repair advocate group**
9      **at Navistar that worked that department.**
10 Q   Going down to the bottom, says:
11         "If used market falls, we can go
12     back."
13         Did you write that in?
14 A   **I wrote that in after Sean Carmichael said it.**
15 Q   Okay.  And what did he say?
16 A   **I asked if the used market fell, if we did**
17     **something like the no -- or no trade or optional no**
18     **trade agreement, if the used market falls, can we**
19     **go back?  Will you continue buying them as you**
20     **would have, if we didn't?**
21         **And he said yes, that it would be**
22     **adjusted.  They would still buy them back.  But it**
23     **would be adjusted minus whatever the credit was per**
24     **unit for not doing the trade.**
25 Q   So if the used market falls to what?

Page 73

1  A   **There was no "to what".  It was simple as, if it**
2      **falls.**
3  Q   I guess I don't understand.  If used market falls
4      to what number?  You're saying there was no
5      specific number?
6  A   **No.  It was the same statement.  It was as simple**
7      **as that.**
8          **If the used market falls, would Navistar**
9      **be willing to continue on taking the trades?  And**
10     **he said yes.**
11 Q   Okay.  But I thought that -- I guess I thought that
12     Central needed the 2023 trucks in order to take
13     back the -- in order to trade in the 2018s.
14 A   **That's correct.  And we would have taken -- we**
15     **would have given them the trades as we were taking**
16     **delivery one for one.**
17 Q   So I guess it's your understanding that it was
18     Central's understanding around this time that it
19     was a possibility that the used truck market would
20     fall?
21 A   **No.  It's just what goes up, must come down.  So I**
22     **was just saying, if we were to do something like**
23     **this, and if -- I was just exploring all avenues.**
24 Q   But you wouldn't have asked for something like that
25     if you didn't think it was a possibility that the

GLS LEASCO, INC. v NAVISTAR, INC.
HANVEY, NATHAN 09/19/2024

Job 32782
74..77

Page 74

1    used truck market could fall; right?
2            MR. DAVIS:  Object, asked and answered.
3            THE WITNESS:  Yeah.  So that is --
4    that's just me being thorough.
5    BY MR. SALLAH:
6    Q    Okay.  So I guess it's really yes or no.
7            You asked for this term because you at
8    least knew there was a possibility the used truck
9    market might fall; correct?
10           MR. DAVIS:  Object, asked and answered
11    twice now.
12           MR. SALLAH:  It's not asked and
13    answered.  It's a "yes" or "no" question.
14           MR. DAVIS:  Same objection.
15           THE WITNESS:  There's no "yes" or "no"
16    answer.  I understand what your asking.  But there
17    isn't a basic yes or no.  As easy as that.
18           You're asking me if the reason I asked
19    that question is because I knew that it was going
20    to fall.  Then the answer would be "no."
21           If you're asking because I was trying to
22    cover all bases, and there's a possibility it could
23    fall back down, yes.
24    BY MR. SALLAH:
25    Q    Understood.  Did that term make it into the

Page 75

1    April 2022 Letter Agreement?
2    A    That, I'm not sure.
3    Q    Okay.  If it didn't, is it fair to say that Kyle
4    didn't think it would be a material term?
5            MR. DAVIS:  Object, foundation, calls
6    for speculation.
7            THE WITNESS:  No, I'm not sure.
8    BY MR. SALLAH:
9    Q    You don't know one way or the other?
10    A    Well, yeah, I don't know.  I don't know if it did,
11    and I don't know what he would have thought if he
12    did.
13    Q    Okay.  But Kyle received this?
14           MR. DAVIS:  Object, form.
15    BY MR. SALLAH:
16    Q    I'll rephrase.  Did Kyle receive the -- was Kyle --
17    was Kyle -- did Kyle know that Sean allegedly made
18    this statement?  Did you tell Kyle that?
19    A    Yes, I did.
20    Q    Okay.  Going to the next page, "proposed no trade
21    agreement."
22           The phrase, "amounts from Universal
23    rental reimbursement allowable", is crossed out.
24           And you wrote in, "remove keep separate".
25    And then you also wrote in, "okay to apply to fleet

Page 76

1    charge."
2            Do you see that?
3    A    Um-hmm.
4    Q    What does that mean?
5    A    I was told by Kyle to remove this from here and
6    keep it as a separate deal.  Because what they do
7    with Universal has nothing to do with what they do
8    with Central.
9            And then the credit for proposed no trade
10    agreement, if we did that, 8,000 per tractor, no
11    trade.
12           If we did a no trade, then it would be
13    okay to apply it to fleet charge.  That's what Sean
14    Carmichael said.
15    Q    Okay.  Going down under "warranty proposed on
16    existing".
17           So is this warranty on the 2018 trucks?
18    The warranty terms on the 2018 Internationals?  Is
19    that what this is discussing?
20    A    On existing.
21    Q    Yeah.  That's on the existing?
22    A    Um-hmm.  Yes.
23    Q    Okay.  So it says "proposed" here.  So is that
24    something that you -- that's something that you
25    proposed?

Page 77

1    A    Yeah.  That I asked, yes.
2    Q    Okay.  So then you wrote in here, "7-year
3    unlimited".
4            What does that mean?
5    A    Seven-year unlimited miles that it would be covered
6    for.
7    Q    As opposed to what?
8    A    Four-year, 400 and --
9    Q    Sorry.
10    A    There was a 4-year/400 that the tractor originally
11    came with.  Then it was extended to 5-year/500
12    during our ownership and prior to this because of
13    continuous failures throughout the engine and after
14    treatment system.
15           Then this would have taken it from
16    5-year/500 to 7-year unlimited.
17    Q    That was just something that you had asked for?
18    A    This is what Sean said he could do.
19    Q    Well, he says, "Sean stated he would have to figure
20    out a way."
21    A    Correct.
22    Q    -- right?  So it sounds like it's still in
23    discussion at this time; is that fair?
24    A    He said that he would do it.  He would have to
25    figure out a way.

GLS LEASCO, INC. v NAVISTAR, INC.
HANVEY, NATHAN 09/19/2024

Job 32782
78..81

Page 78

1  Q    Okay.  Did you tell Kyle that?
2  A    Correct.
3  Q    Okay.  And did that make it into the April 2022
4       agreement?
5  A    There wasn't -- as it says on here, there was
6       nothing official put in place because Sean said
7       that he didn't want other dealers or other
8       customers to see that they made this deal with us.
9  Q    Okay.  But this was all part of the same deal?
10 A    All part of the same deal.
11 Q    So it's one potential deal term, fair, for
12      negotiating what would be the April 2022 agreement;
13      is that right?
14          MR. DAVIS:  Object to form.
15          Go ahead.
16          THE WITNESS:  Yes.
17 BY MR. SALLAH:
18 Q    Okay.  Down a little below, it says "to cover" --
19      and I can't read that.
20 A    DPF maintenance.
21 Q    What's DPF maintenance?
22 A    So DPF maintenance is the after treatment system
23      that I had mentioned that gets destroyed by the
24      upstream failure of the heads and things of that
25      nature.

Page 79

1           And that we knew, because of all of those
2       problems that I had mentioned, that DPF maintenance
3       was going to have to be done, which wouldn't have
4       been a part of our maintenance program before that
5       because it never would have needed to be done
6       during our ownership.
7           And Mike Corn, Chas Voyles, and Sean
8       agreed to cover those.
9  Q    What do you mean they agreed to cover?  It was
10      just, they said at the meeting?
11 A    Under good will and -- good will and policy.  But
12      not under a written warranty.
13 Q    Okay.  And was that ever documented in writing
14      anywhere?
15 A    Other than here, I'm not sure.
16 Q    Well, this is just you writing down your own notes.
17 A    That's correct.
18 Q    You don't know if it was documented in any other
19      agreement; right?
20 A    It had been followed through on, and Mike Corn had
21      covered it under policy.
22 Q    What do you mean "under policy"?
23 A    It's -- I don't know how their funds go work, but
24      there's one fund that would cover warranty.
25      There's another one to cover policy.  And another

Page 80

1       one that would cover good will.
2  Q    What is -- I'm just trying to get your
3       understanding of what's policy and what's good
4       will.
5           Good will you mean, like, satisfying your
6       customer?
7  A    Generally satisfying a customer based on a known
8       defect in the product.
9  Q    Okay.  But at the end here it says:
10          "Sean stated he would have to cover
11      this with Chas Voyles."
12      Right?
13 A    Correct.  But being that we did make claims after
14      that.
15 Q    Right.  But it doesn't sound like they said they
16      would do these things at the meeting.
17          Based on your writing it says he would
18      have to cover this with -- all of this with Chas
19      Voyles; right?
20 A    He has to cover it on how they're going to do it,
21      but they agreed to it.
22 Q    That's not what this says; right?
23 A    Being that I made claims after that, and they were
24      paid, it proves that it was.
25 Q    Okay.  Well, you wrote:

Page 81

1           "Sean stated he would have to cover
2       this with Chas Voyles."
3           You're referring to everything that comes
4       above this, all these bullet points?
5           MR. DAVIS:  Object to the form.
6           THE WITNESS:  Yes.
7  BY MR. SALLAH:
8  Q    Okay.  Going back up, "under warranty proposed on
9       existing" where it says "7-year unlimited", you
10      wrote:
11          "Sean stated he would have to figure
12      out a way to make it official without
13      being in the warranty system."
14 A    That's correct.
15 Q    You didn't write Sean said they could do it, a
16      7-year unlimited; correct?
17 A    I didn't write those exact words, but it is what it
18      meant.
19          There's a difference between warranty --
20      he said he couldn't do it under warranty, which is
21      documented in the computer for other dealerships to
22      see.
23 Q    But that's not what you wrote.
24          MR. DAVIS:  Asked and answered.
25

GLS LEASCO, INC. v NAVISTAR, INC.
HANVEY, NATHAN 09/19/2024

Job 32782
82..85

Page 82

BY MR. SALLAH:
1
2  Q   Correct?
3  A   **It's explained throughout this, each detail of it.**
4  Q   After this point -- and I think we talked about
5      this before -- the negotiations for the April 2020
6      deal were passed on to Kyle?
7          MR. DAVIS: Object to the form.
8          You said "April 2020 deal".
9  BY MR. SALLAH:
10 Q   Sorry.  Yeah, the April 2022 Letter Agreement that
11     we've talked about.
12 A   **Okay.**
13 Q   Negotiations for that were passed off to Kyle, is
14     that fair, on behalf of GLS?
15 A   **On behalf of GLS, yes.  And monies, you're talking**
16     **about just money, or not spec?**
17 Q   Yeah.  I mean, I guess what I'm saying is after
18     this point, did you have any additional direct
19     discussions with Sean about the deal points?
20 A   **Having to deal with this, no.**
21 Q   'This', as in this Exhibit 69?
22 A   **Correct.**
23 Q   Okay.  Did you talk to anyone else from Navistar
24     about the deal points -- potential deal points in
25     Exhibit 69?

Page 83

1  A   **Mike Corn asking if it went through, and it had.**
2  Q   Okay.  What do you mean by "it went through"?
3  A   **Being able to cover the DPF maintenance due to**
4      **upstream failures.  Being able to cover DOC cracks,**
5      **heads, and major component and engine.**
6  Q   Okay.  Anything else that you talked about with
7      Mike?
8  A   **I talked to him frequently about the warranties and**
9      **getting things covered.  And him calling the**
10     **dealers and making sure that they knew that these**
11     **repairs were covered under policy.  And then him**
12     **getting them paid.**
13         **It was a very frequent discussion because**
14     **they didn't make it -- Navistar didn't make it --**
15     **put it under a warranty.  No dealer would have**
16     **known unless if they talked to Mike Corn.**
17 Q   And when you're talking about these discussions
18     with Mike Corn and him calling the dealer, you're
19     talking about one, two, three, four -- you're
20     talking about the five bullet points on -- on
21     starting with "unlimited time and mileage" and
22     ending at "DPF/DOC fixes fail"?
23         Is that what you're talking about?  I
24     just want to get an understanding of which specific
25     items in here you continued to have discussions

Page 84

1      with Mike Corn about.
2  A   **It was this and more that were covered under policy**
3      **and good will.  I almost said warranty, again.**
4  Q   You're saying that Navistar did cover those?
5  A   **Yes.**
6  Q   Okay.  So those would have been maintenance costs
7      on the 2018 Internationals that were out --
8      technically outside of the warranty period?
9  A   **Those were breakdown costs.**
10 Q   Breakdown costs.  If they were within the warranty
11     period, would those have been covered?
12 A   **Correct.**
13 Q   Okay.  And Navistar covered those?
14 A   **In the beginning, yes.**
15 Q   What do you mean "in the beginning"?
16 A   **After this occurred, then they canceled them.**
17 A   After what occurred, the litigation?
18 A   **After the litigation, correct.**
19 Q   Okay.  Let's set this aside.
20         (Deposition Exhibit D-70 was marked for
21         identification.)
22 BY MR. SALLAH:
23 Q   The fact of Navistar covering those breakdown costs
24     that were otherwise outside of a warranty period,
25     would that -- would there be any documentation to

Page 85

1      establish that, like, at the dealer level or in the
2      maintenance?
3  A   **On their own systems, yes.**
4  Q   It would be in the dealer systems?
5  A   **It would be under however Mike Corn records those.**
6      **I'm not sure.**
7  Q   I'm handing you what will be marked as Exhibit 70.
8          MR. DAVIS:  D-70?
9          MR. SALLAH:  Defendant's Exhibit 70.
10 BY MR. SALLAH:
11 Q   So I'm going to the bottom email.  And this is
12     Bates stamped GLSN-0001530.  And this looks like an
13     email from Joe at State Line Truck to you.  And it
14     says "offer on 2018 Internationals RH daycabs".
15         Do you see that?
16 A   **Yes.**
17 Q   And then the top email is an email from you to Kyle
18     Blain, June 3rd, 2022, the next day; correct?
19 A   **Yes.**
20 Q   Okay.  Have you seen this email before?  Or I'm
21     sorry, do you recall this email?
22 A   **At the moment, I'm not clear.  Yes.  I don't**
23     **remember every detail of it, but I remember the**
24     **email.**
25 Q   Okay.  And your email to Kyle says:

GLS LEASCO, INC. v NAVISTAR, INC.
HANVEY, NATHAN 09/19/2024

Job 32782
86..89

Page 86

1  "This is the response I received from
2  the buyer I told you about."
3  Correct?
4  A  That's correct.
5  Q  Who's -- who is State Line Truck?
6  A  Can't remember who told me about it. It's
7  another -- it was a company that I can't remember
8  if he was looking for trucks himself.
9  Q  And this email's discussing a potential sale for
10  200 of the 2018 International RH daycabs; correct?
11  A  That's correct.
12  Q  And in his email he says:
13  "Joe, the best I can do on the 200
14  2018 International RH daycabs we have been
15  working on is 60K each, CIF, cost,
16  insurance, and freight, to Haiphong,
17  Vietnam."
18  Do you see that?
19  A  Yes.
20  Q  So it looks like Joe here is offering 60,000 --
21  60,000 for each truck for 200 International RH
22  daycabs; correct?
23  A  That's correct.
24  Q  Cost, insurance, freight. Does that mean that he
25  pays cost, insurance, freight? Or what does that

Page 87

1  term mean?
2  A  I'm reading through this.
3  Q  Go ahead.
4  A  (Witness reviewing document.) Based on what it
5  says here, I assume that that's what he means.
6  Q  So earlier we talked about you negotiating with a
7  potential buyer from All Truck for 200
8  International RHs; correct?
9  A  Right. This is the other one I couldn't remember.
10  Q  So this is a different deal?
11  A  Correct.
12  Q  Okay. And it says in the second paragraph, he
13  writes:
14  "The problem I am having with getting
15  to your number of 63,500 each right now,
16  is that the trucks have taken about a
17  30 percent price drop in the last five
18  weeks and continue to go down every day."
19  Do you see that?
20  A  Um-hmm, yes.
21  Q  It looks like in this email you were offering
22  63,500 for 200 International RHs; correct?
23  A  According to this email, yes.
24  Q  Where did you get that price from?
25  A  Kyle.

Page 88

1  Q  Kyle gave the price?
2  A  Yes.
3  Q  Do you know what Kyle relied on to get that price?
4  A  I know that we looked at what they were selling for
5  on things like TruckPaper.
6  Q  So would the process be to look what they're going
7  for on TruckPaper and use that price? Or would
8  adjustments be made?
9  A  It was comparative. We were looking at units of
10  the same make and model with the same mileage type.
11  Q  Okay. Are there certain parameters in TruckPaper
12  that aren't accounted for?
13  For example, the color of the vehicle,
14  that's not accounted for in TruckPaper; correct?
15  A  That's correct.
16  Q  Okay. Anything else? What about wheels, steel
17  versus aluminum? That's not something that's
18  accounted for in TruckPaper?
19  A  That would be something that would fall on those
20  bullet points. If the person that was buying them
21  wanted quarter-inch brakes, tires that were DOT,
22  aluminum wheels.
23  Q  Right. But that's not really my question.
24  My question, is that sort of a parameter
25  that can be identified in TruckPaper, whether the

Page 89

1  wheels are steel or aluminum? Or is that not
2  something that's factored in when you look at
3  TruckPaper?
4  A  That's something that you can look at. It does say
5  steel or aluminum wheels.
6  Q  What about horsepower, is that something that's on
7  there?
8  A  Yes.
9  Q  And did you go through with this deal selling the
10  200 trucks?
11  A  Navistar didn't produce the trucks to us to be able
12  to replace them.
13  Q  Well, that wasn't my question. My question was:
14  Did you go through with the deal?
15  MR. DAVIS: It's been asked and
16  answered.
17  MR. SALLAH: No, it hasn't.
18  THE WITNESS: If I didn't have trucks, I
19  couldn't supply them.
20  BY MR. SALLAH:
21  Q  Well, in here, the email says:
22  "My exporter wants these trucks and
23  we can use all 200 of them if they are
24  available no later than 9/30/2022."
25  Do you see that in the first paragraph?

GLS LEASCO, INC. v NAVISTAR, INC.
HANVEY, NATHAN 09/19/2024

Page 90

1  A    Yes.
2  Q    Did you have 200 2023 RHs by 9/30/2022?
3  A    I don't know how many -- what other transactions
4       happened between then and then.  Or -- and I don't
5       know if this buyer dropped out at this point.
6  Q    I'm just asking:  Did you have 200 2023 RHs by
7       9/30/2022?
8           MR. DAVIS:  Asked and answered.
9           THE WITNESS:  I'm sorry?
10          MR. DAVIS:  I said I'm objecting that he
11      asked and you already answered.
12          But you can go ahead and answer, again.
13 BY MR. SALLAH:
14 Q    It's "yes" or "no", or "I don't know".
15 A    I don't know that.
16 Q    Okay.  And did you ever follow up to anyone at
17      Navistar or Jim Lollis and say, Are we going to
18      have 200 2023 RHs by 9/30/2022?
19 A    That falls outside of the things that I do.
20 Q    Okay.  So the reason you didn't do this deal is
21      because you were asking for 63,500, and the buyer
22      could only get to 60; right?
23 A    Incorrect.
24 Q    That's what this email says.
25 A    No.

Page 91

1  Q    So what's your testimony as to why you didn't sell
2       these trucks?
3  A    No matter what the price, if we didn't have a
4       truck, we didn't have anything to sell.
5  Q    Okay.  So your testimony is you didn't do this deal
6       because you didn't have -- you didn't have the 2023
7       Internationals?  Is that your testimony?
8  A    I don't know if the trucks were available.
9  Q    Okay.  So you don't know one way or another?
10 A    I don't.
11 Q    Okay.  But you were offering 63,500 for 200 of
12      these?
13 A    That's correct.
14 Q    It says here "I realize that" -- in the second
15      paragraph:
16          "I realize that you probably can't do
17      anything in the mid-50s on a group of
18      200 trucks right now because you agreed
19      not to undercut your initial buyer's
20      pricing on them."
21          What does that mean?
22 A    Navistar asked that we don't undersell them.
23 Q    What do you mean "undersell them"?
24 A    Undersell what Navistar would be selling them at.
25 Q    Selling what?

Page 92

1  A    We're talking about --
2  Q    Are you saying the 2018s?
3  A    Yeah.
4  Q    I'm just trying to make sure we're on the same
5       page.
6           Okay.  Was that a term in the -- in
7       the -- in a written agreement?
8  A    That was something that Sean asked.
9  Q    So it was not a term in the written agreement?
10 A    I don't know that.
11 Q    Okay.  So you're not aware of any contractual
12      restriction on selling these trucks at a certain
13      price?
14          MR. DAVIS:  Object to foundation.
15          THE WITNESS:  I know that when Sean and
16      I were in this meeting, (indicating) he said, All
17      I ask is that you don't sell them for pennies.  No
18      underselling.  So if I -- if the bottom drops out,
19      I'll lose.  Because you had them out there
20      offering it at, say, 20,000 or whatever it may be.
21 BY MR. SALLAH:
22 Q    So this was -- when you're saying that Sean said
23      that to you, that was back in the meeting of
24      December 2021?
25 A    That's correct.

Page 93

1  Q    Okay.  Did you ever follow up to ask Kyle, Hey, are
2       we -- like, do we have any restriction on what we
3       can sell these trucks at as far as price is
4       concerned?
5  A    I was following a gentleman's agreement.  He asked
6       me not to, and I didn't.
7  Q    Okay.  But as far as you following up with Kyle to
8       ask if you had any contractual restriction in
9       selling the trucks at a certain price, you never
10      did that?
11 A    No.
12 Q    Okay.  It says here, if you --
13          "If anything changes on your end and
14      you feel like we can get close to the
15      pricing I mentioned above, let me know and
16      I will put a deposit on the trucks and get
17      them exported."
18          Do you see that?
19 A    Yup.  Yes, I see that.
20 Q    Okay.  Did -- who's selling the 2018
21      Internationals?  Is it GLS?
22 A    Central Transport.
23 Q    Okay.  Central Transport is selling the trucks?
24 A    Well, that part of it, I don't know.  I don't know
25      the money part of it.  Yeah.  So I know I say

GLS LEASCO, INC. v NAVISTAR, INC.
HANVEY, NATHAN 09/19/2024



Page 94

1  Central Transport because I work for Central
2  Transport.
3  Q   Got it. That's fair.
4        Did Central or GLS or somebody eventually
5  sell these trucks at less than 63,500?
6  A   I don't know what they sold for and I don't know
7  when.
8  Q   Okay.
9  A   And I don't know if there was a conversation that
10  happened with Sean.
11  Q   Did you have any follow-up communications with Joe
12  at State Line Truck?
13  A   That's what I was trying to remember, if we had
14  actually talked anymore after that.
15        I remember sending this to Kyle. There
16  was a lot going on at that time. I remember
17  sending this to Kyle. I don't know if Kyle
18  followed up with Joe.
19  Q   You don't know what happened after this?
20  A   No.
21  Q   Okay. And then, as far as, like, getting connected
22  with Joe at State Line, do you know if it was in
23  response to an advertisement or how that worked?
24  A   I believe I was given a lead. I had nothing to do
25  with advertisement.

Page 95

1  Q   Yeah. Is there also an issue with the lag time
2  between getting the truck out of the fleet, getting
3  it prepared, and getting it finalized to sale? Or
4  do you not know anything about that?
5        MR. DAVIS: Form and foundation.
6        Go ahead.
7        THE WITNESS: As far as us preparing it
8  for somebody?
9  BY MR. SALLAH:
10  Q   Yeah.
11  A   I don't remember ever hearing of any delays as far
12  as that we caused delays. I know we had many
13  trucks waiting to be traded or that we had been
14  keeping running.
15  Q   Keeping running, meaning, like, in the fleet?
16  A   In the fleet.
17  Q   Okay. You can set that aside.
18        MR. SALLAH: Can we take a quick
19  bathroom break?
20        (Short recess taken at 3:49 p.m.)
21        (Back on the record at 3:56 p.m.)
22  BY MR. SALLAH:
23  Q   Just, I want to go back to the Exhibit 70 real
24  quick. Joe Gittemeier from State Line Truck, his
25  email to you is on June 2nd.

Page 96

1        Do you know when you made the offer of
2  63,500 for the 200 Internationals to Joe at State
3  Line Truck?
4  A   I don't.
5  Q   Okay.
6  A   The timeline, no, I'm sorry.
7  Q   That's okay. Do you think it was in May 2022?
8  A   Like I said, there was so much going on at this
9  time. The short spans of the timeline, not that
10  I'm trying to be as vague as possible but I'm --
11  Q   I don't want you to guess.
12  A   Yeah. I'm not sure.
13  Q   Do you know if you would have communicated more
14  with Joe about these trucks via email?
15  A   Correct, yeah.
16  Q   You would have?
17  A   Yeah, yes.
18  Q   Okay.
19        (Deposition Exhibit D-71 was marked for
20        identification.)
21  BY MR. SALLAH:
22  Q   I'm going to hand you what will be marked as
23  Defendant's Exhibit 71. Okay. This is Bates
24  stamped GLSN-0001534. An email from Kyle Blain to,
25  it looks like, Nick Schmalenberg, you, and Brianne

Page 97

1  Perkins; is that right?
2  A   That's what it appears to be, yes.
3  Q   And it's dated June 16, 2022?
4  A   That's correct.
5  Q   And the attachment, it looks like it's called -- it
6  looks like it's a market trends report in June 2022
7  for used equipment and trucks in North America from
8  Ritchie Brothers; is that right?
9  A   That's -- yes, that's right.
10  Q   Okay. Why was Kyle sending this to you, if you
11  know, in June 2022?
12  A   (No response.)
13  Q   I guess, let me back up. What's Ritchie Brothers?
14  A   Ritchie Brothers is an auction company. They
15  auction off equipment.
16  Q   And does Ritchie Brothers issue these market trend
17  reports on trucks from time to time?
18  A   I haven't done a lot with Ritchie Brothers. This
19  here -- yeah, this was something he had got the
20  membership there. And this was something that he
21  pulled from his website.
22  Q   Do you, personally, keep abreast of, like, market
23  trend reports like this?
24  A   No.
25  Q   No? Okay. You don't use it in your, like,

GLS LEASCO, INC. v NAVISTAR, INC.                                        Job 32782
HANVEY, NATHAN 09/19/2024                                                98..101

Page 98

1    day-to-day job?
2  A  No.
3  Q  All right.  Set that aside.  That was easy.
4        Sorry, just bear with me for a second.
5        I'm going to have to do a screenshare
6  because I don't have copies of this one.
7        MR. DAVIS:  Do you want to just run it
8  through the copy machine real quick, or does it
9  have your notes?
10        MR. SALLAH:  It doesn't have my notes
11  but it's double-sided.
12        MR. DAVIS:  That's okay.
13        (Short recess taken at 4:02 p.m.)
14        (Back on the record at 4:06 p.m.)
15  BY MR. SALLAH:
16  Q  Handing you what's being marked as Defendant's
17  Exhibit 72.
18        (Deposition Exhibit D-72 was marked for
19        identification.)
20  BY MR. SALLAH:
21  Q  And this document has a Bates number GLSN-0002829
22  on the first page.
23        Are these vehicle specifications for the
24  2023 RH Internationals, or at least one 2023 RH
25  International?

Page 99

1  A  These are for the RH International, that's correct.
2  Q  Is there one spec for -- I mean, is there one,
3  like, spec sheet for all the RHs for 2023?
4  A  That's correct.
5  Q  Okay.  And are there various iterations of this
6  spec that would be developed?
7        So for example, up on the top right it
8  says "November 29, 2021".
9  A  Um-hmm.
10  Q  If there were changes to the specs, would the date
11  change, if you know?
12  A  The date would change, that's correct.
13  Q  Okay.  In the bottom right it says "proposal
14  306847".
15        Do you know what that means?
16  A  Well, that would be the same as PO number.  It's
17  just a point of reference for which one it is that
18  he issued.
19  Q  Okay.  And this one here, it says "presented by
20  Summit Truck Group, Jim Lollis."
21        Do you see that?
22  A  Yes.
23  Q  So would this particular spec have been when Jim
24  Lollis was at Summit?
25  A  I don't know for what -- what point in time I had

Page 100

1    switched from Summit to the new company.
2  Q  Allegiance?
3  A  Allegiance, or if it was being -- yeah, it was
4  Allegiance.
5  Q  So when you get -- well, do you receive these
6  vehicle specifications, like, in this form?
7  A  Yes.
8  Q  Okay.  When you get them, what are you looking for?
9  A  I look line by line, for one, to make sure that
10  something wasn't just turned into a default.
11        So if Navistar decided this year, they
12  were going to make their default, a Spicer rear end
13  or something like that, and we originally had
14  Meritor, make sure that they didn't just switch
15  something.
16        And then we go through, and we make
17  changes based on our need.
18  Q  Okay.
19  A  And whether technology progresses, things like
20  that.
21  Q  So just looking at this one here, can you tell one
22  way or another whether these specifications were
23  for the trucks that were manufactured by Navistar
24  starting in 2022?
25  A  Well, based on the -- based on the date on here,

Page 101

1    this is -- that's the ones that this was for.
2  Q  Going to -- so you'll review, obviously, the
3  information on this first page.  And then, will you
4  also review, like on the next page, engine,
5  transmission, clutch?  You review all of those?
6  A  Correct.
7  Q  On the top of the second page there is a -- it says
8  "code".  And then under it "RH6 at 1F00".
9        Do you know what that means?
10  A  That code stands for the option that it has --
11  could have, that you selected.
12  Q  Sorry, can you say that, again?
13  A  That's a code -- this is the code that they use to
14  identify the things that are on the right.
15  Q  On the left, or the right?
16  A  The left is the code.  This whole line is the
17  codes.  And to the right is the explanation of that
18  code.
19  Q  Who prepares the initial specs?
20  A  The initial specs --
21  Q  Like, this document right here, who prepares this
22  document?
23  A  Jim Lollis, the person on the top left -- or top
24  right, sorry.
25  Q  And then he sends it to Central?

GLS LEASCO, INC. v NAVISTAR, INC.
HANVEY, NATHAN 09/19/2024

Job 32782
102..105

Page 102

1  A   Correct.
2  Q   Can you go to page 8, please.
3  A   (Witness complies.)
4  Q   Then there's some notes written on here.  Are these
5      your notes?
6  A   These are.
7  Q   They are?
8  A   Yes.
9  Q   So I'm going under speedometer tools,
10     miscellaneous.  And next to the code 810101, "fifth
11     wheel location 6 inches behind rear axle center
12     line."  Do you see that?
13  A   Yes.
14  Q   Was that what you were talking about with Kyle?
15  A   That's correct.
16  Q   Okay.  And this was something that -- was this
17     something that was added to the --
18  A   No.  The hardware stays the same.  It's just where
19     you slide it in.
20  Q   The bottom, it's written in big letters, "steer
21     tires".  What does that mean?
22  A   Well, this was where Jim had told us that the tires
23     weren't available and gave us an alternative, and
24     we made the choice.
25  Q   Which tires weren't available?  Is it the -- next

Page 103

1      to this code 7702495443?
2  A   That's correct.
3  Q   Okay.  So those tires weren't available.  And then
4      Jim said, What else do you want?
5  A   Yeah.  He gave us a list to pick from.  We picked
6      the ones, and then it was ...
7  Q   And the substitution that was made were the steer
8      tires?
9  A   That's correct.
10  Q   So would this lead you to believe that what we're
11     looking at right here are not the final
12     specifications?
13  A   I don't remember at what point.  I believe it was
14     after it was already finalized that Jim came back
15     and said that they couldn't get them.  We need to
16     make a change.
17  Q   So if you make a change, do you also update the
18     specs?
19  A   He had to update the specs on what they were doing.
20     But it was expressed to me that there was no delay
21     caused by that.
22  Q   I'm not asking if there's any delay.  I'm just
23     asking if you had to change the specs.
24         Like this actual sheet, does it have to
25     be changed?

Page 104

1  A   The contents of it --
2  Q   That's what I mean.
3  A   -- yes.
4  Q   So "yes", it does?
5  A   In order -- in order for it to happen, then the
6      contents has to be changed.
7  Q   So what is that process?  Jim prepares revised
8      specifications, changes the contents, and then does
9      what with it?
10  A   No idea.
11  Q   Will he send it back to Central to review?
12  A   After he sent us the email giving us the choice, we
13     made the choice.  After that, I don't know.
14  Q   So you don't know if he -- you don't know if he
15     takes the specs, makes the change to the contents,
16     then sends it back to Kyle, for example, to review?
17  A   It would be speculation, but I'd say that at some
18     point we received something that showed the changes
19     had been made.
20  Q   Okay.  Because when you're looking at, for example,
21     TruckPaper, you're putting all the information in,
22     right, to try and look at, you know, what the
23     comparative costs would be.
24         Aren't you looking at specs when you do
25     that?

Page 105

1         MR. DAVIS:  Object to the form.
2         THE WITNESS:  You're looking at the
3      specs, yes.
4  BY MR. SALLAH:
5  Q   Yeah.  So you would want the final version of the
6      specs when you do that; right?
7  A   I understand what you're saying, but it's -- the
8      fact stands, that I don't remember seeing a sheet
9      that was changed.
10  Q   I'm not trying to trick you.  I'm just trying to
11     understand the process.
12         And the process, it would seem to me, is
13     if you're putting in all the parameters and the
14     specifications on something like TruckPaper to
15     determine what the value looks like, you would want
16     to be looking at the final specifications of the
17     actual truck.
18  A   Right.  And I'm not trying to be vague.  I'm just
19     saying that once it gets out of his hand, as far as
20     between him and the factory, I don't know.
21  Q   But these are the -- these are for the 2023 trucks.
22     These are not the 2018s; right?
23  A   That's correct.
24  Q   Yeah, okay.  Go to the last page, please.
25  A   Sure.

GLS LEASCO, INC. v NAVISTAR, INC.
HANVEY, NATHAN 09/19/2024

Job 32782
106..109

Page 106

1  Q  So there's a -- something written here that says
2  "gord", what is that?
3  A  **I'm sorry, that says what?**
4  Q  What does that first notation, the first thing
5  written right there?
6  A  **Oh, guard.**
7  Q  Guard.
8  A  **That's a bumper guard.**
9  Q  Okay.  Why did you write that?
10 A  **This is just things -- note to myself.  We have to**
11 **make sure we get a guard for it.**
12 Q  Is that something that's put on by Central on the
13 truck?
14 A  **I don't know -- I don't remember if these**
15 **specifically got installed by a PDI center.  Or if**
16 **they're one that we got -- that we installed.**
17 Q  And then SmartCoast, what is SmartCoast?
18 A  **SmartCoast is a program.  That's programming that**
19 **goes in the engine to allow it to disengage the**
20 **clutch and shut down to an idle when it crests the**
21 **top of a hill.**
22 Q  Understood.  What about creep mode?
23 A  **Creep mode is when you put it in reverse or**
24 **forward, and you just bump the throttle.  And it**
25 **allows the vehicle to slowly travel across the**

Page 107

1  **parking lot.**
2  Q  And then it says "600 per truck for towing".
3  What does that mean?
4  A  **That's to add in the towing warranty.**
5  Q  Sorry, go ahead.
6  A  **No, go ahead.**
7  Q  And then "pays 575 per failure".
8  What does that mean?
9  A  **For a breakdown, it pays 575.**
10 Q  The warranty?
11 A  **Correct.**
12 Q  And then:
13 "Will pay tow to Central on warranty
14 claim."
15 So does that mean the warranty should pay
16 for the towing to go to a Central shop -- well,
17 sorry, I'll rephrase.  I'll let you explain it.
18 Go ahead.
19 A  **Yeah, so that's exactly what it is.  It's just -- I**
20 **was verifying that if we bought this coverage,**
21 **being that we can file warranty direct for the**
22 **small repairs, if it were a repair we were going to**
23 **handle, would the warranty cover from the breakdown**
24 **point to us.**
25 MR. SALLAH:  I don't have any further

Page 108

1  questions, Mr. Hanvey.
2  MR. DAVIS:  I might take a short break,
3  see if I have any.  Sit tight, I'll be right back.
4  (Short recess taken at 4:19 p.m.)
5  (Back on the record at 4:20 p.m.)
6  - - -
7  EXAMINATION
8  BY MR. DAVIS:
9  Q  Just a couple of quick follow ups.  I want to go
10 back.  You had a discussion with Mr. Sallah about
11 the Vietnam -- potential Vietnam sale.
12 Do you recall that conversation?
13 A  **Yes.**
14 Q  Okay.  I just wanted to be clear.  So you were not
15 aware whether Kyle Blain or anybody else at Central
16 ever had further discussions regarding that Vietnam
17 opportunity with Navistar or anybody else; is that
18 fair?
19 A  **That's correct.**
20 Q  So it may have happened.  You're just not aware of
21 it?
22 A  **That's correct.**
23 Q  One other thing.  I'm going to show you what was
24 marked in this morning's deposition as D-64.  And
25 this is a copy of the 2018 -- April 2018 -- I'm

Page 109

1  sorry.
2  It's a copy of the April 2022 agreement
3  that you discussed with Mr. Sallah.  You said you
4  didn't recall reviewing that document; is that
5  right?
6  A  **That's correct.**
7  Q  I just wanted -- you were asked questions about
8  whether there was any restrictions on the sale
9  price.  I just wanted to show you this and see if
10 it refreshes your recollection.  I'm going to show
11 you page 20, GLSN-0002019.
12 And you see at the bottom there's a
13 bullet point that starts with "Navistar UTO is
14 requesting."
15 Do you see that?
16 A  **Yes, sir.**
17 Q  Could you read that?
18 A  **Yes, sir.**
19 Q  Read it out lud.
20 A  **"Navistar UTO is requesting the first right of**
21 **refusal to purchase Central Universal PAM**
22 **International branded trade units if they're**
23 **being priced for sale at or below equivalent**
24 **OTB values."**
25 Q  And having read that, does that refresh your

EXHIBIT D-70
WIT: Hanvey
DATE: 2-14-24
Shari J. Pavlovich CSR

**From:** Joe Hanvey [/O=GOCTII EXCHANGE ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JOE HANVEY2FA]
**Sent:** 6/3/2022 6:46:28 PM
**To:** Kyle Blain [/o=GoCTII Exchange Organization/ou=First Administrative Group/cn=Recipients/cn=kblain]
**Subject:** FW: [EXTERNAL] Offer on 2018 International RH Day Cabs

This is the response I received from the buyer I told you about.
Thank you.

Joe Hanvey
Director Of Tractor Maintenance
If it isn't done Right, It isn't done.. , RIGHT!?
(586)939-7000 ext 2417



Visit us on *Facebook* • *Twitter* • *LinkedIn*
This email cannot be used to create a binding contract. This message is confidential. It may also be privileged or otherwise protected by work product or other legal rules. If you have received it by mistake, please let us know by e-mail reply and delete it from your system; you may not copy this message or disclose its contents to anyone. The integrity and security of this message cannot be guaranteed on the Internet.

**From:** joe@statelinetruck.com <joe@statelinetruck.com>
**Sent:** Thursday, June 2, 2022 5:39 PM
**To:** Joe Hanvey <jhanvey@centraltransport.com>
**Cc:** Jake@statelinetruck.com; nick@statelinetruck.com
**Subject:** [EXTERNAL] Offer on 2018 International RH Day Cabs

******EXTERNAL email. Please proceed with caution.******
Joe:

The best I can do on the (200) 2018 International RH Day Cabs we have been working on is $60k each CIF (Cost, Insurance, & Freight) to Haiphong Vietnam. Which means I would need to probably buy the trucks somewhere in the mid $50's to make a little money to cover the Shipping Costs,, Insurance, and other related Freight to the port of Vietnam. My exporter wants these trucks, and we can use all 200 of them if they are available no later than 9/30/22. I just can't get the current numbers to work. My buyer started at $45k CIF Vietnam and I was able to get him all the way up to $60k each CIF, but I have bumped him as high as he will go on these units right now.

The problem I am having with getting to your number of $63,500 each right now is that trucks have taken about a 30% price drop in the last 5 weeks and continue to go down every day. I can't get anyone to commit to 200 trucks at a number they feel may be way off the actual wholesale price by the time all the trucks are delivered next Fall. I realize that you probably can't do anything in the mid $50's on the group of 200 trucks right now because you agreed not to undercut your initial buyers pricing on them, but if anything changes on your end and you feel like we can get close to the pricing I mentioned above let me know and I will put a deposit on the trucks and get them exported.

Thanks for your patience on this and I am sorry I couldn't pull the deal off at the $63,500 a truck we initially discussed.

**Joe Gittemeier**
**Company Owner**

CONFIDENTIAL

**State Line Truck Sales, LLC**
**2750 Cherry St - Suite H**
**Kansas City, MO 64108**
**Direct: 913-735-6194**
**Main: 816-400-4218**
**Mobile: 913-293-5915**
joe@statelinetruck.com
www.statelinetruck.com
**MO Dealer Number - W1042**



GLSN-0001531