UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GLS LEASCO, INC., and CENTRAL TRANSPORT LLC<br><br>               Plaintiffs,<br><br>v.<br><br>NAVISTAR, INC.<br><br>               Defendant. | Civil Action No. 23-cv-12927<br><br>Hon. Mark A. Goldsmith<br><br>Magistrate Judge Anthony P. Patti |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to L.R. 83.25(b) and with notice to all counsel of record via the Court's CM/ECF system, undersigned counsel respectfully moves the Court for leave to withdraw the appearance of attorney Sydney Imes as counsel for Defendants in the above-captioned matter.

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: September 4, 2025 | By: /s/ Scott R. Murphy<br>Scott R. Murphy (P68015)<br>BARNES & THORNBURG LLP<br>Anthony C. Sallah (P84136)<br>171 Monroe Ave. NW, Suite 1000<br>Grand Rapids, MI 49503<br>616-742-3930<br>smurphy@btlaw.com<br>asallah@btlaw.com<br><br>*Attorneys for Defendant Navistar, Inc.*<br>*n/k/a*<br>*International Motors LLC* |

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GLS LEASCO, INC., and CENTRAL TRANSPORT LLC<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>NAVISTAR, INC.<br><br>　　　　　　　　Defendant. | Civil Action No. 23-cv-12927<br><br>Hon. Mark A. Goldsmith<br><br>Magistrate Judge Anthony P. Patti |

## **BRIEF IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**

In support of this Motion, the undersigned states as follows:

1. Attorney Sydney Imes is no longer employed by Barnes & Thornburg LLP and therefore requests to withdraw from representation.

2. Defendants will continue to be represented by Barnes & Thornburg LLP who will remain as counsel of record in this matter.

3. By electronically filing this Motion through the Court's CM/ECF system, all attorneys who have appeared in this matter have been properly notified.

WHEREFORE, the undersigned respectfully requests that the Court grant this Motion and permit attorney Sydney Imes to withdraw as counsel for Defendants in this action.

                                                      Respectfully submitted,

Dated: September 4, 2025                   By: */s/ Scott R. Murphy*
                                                      Scott R. Murphy (P68015)
                                                       BARNES & THORNBURG LLP
                                                       Anthony C. Sallah (P84136)
                                                       171 Monroe Ave. NW, Suite 1000
                                                       Grand Rapids, MI 49503
                                                       616-742-3930
                                                       smurphy@btlaw.com
                                                       asallah@btlaw.com

                                                       *Attorneys for Defendant Navistar, Inc.*
                                                       *n/k/a*
                                                       *International Motors LLC*

## **CERTIFICATE OF SERVICE**

I certify that on September 4, 2025 a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

<em>/s/ Scott R. Murphy</em>
Scott R. Murphy

LOCAL RULE CERTIFICATION; I, Scott R. Murphy, certify that this document complies with Local Rule 5.1 (a), including: double-spaced (except for quoted materials and footnotes); at least one-inch margins on the top sides, and bottom; consecutive page numbering; and type size of all text and footnotes that is no smaller than 10-1/2 characters per inch (for non-proportional fonts) or 14 point (for proportional fonts).  I also certify that it is the appropriate length.  Local Rule 7.1(d)(3).

                                                        Respectfully submitted,

Dated: September 4, 2025                By: _/s/ Scott R. Murphy_
                                                        Scott R. Murphy (P68015)
                                                        BARNES & THORNBURG LLP
                                                        Anthony C. Sallah (P84136)
                                                        171 Monroe Ave. NW, Suite 1000
                                                        Grand Rapids, MI 49503
                                                        616-742-3930
                                                        smurphy@btlaw.com
                                                        asallah@btlaw.com

                                                        _Attorneys for Defendant Navistar, Inc._
                                                        _n/k/a_
                                                        _International Motors LLC_