UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GLS LEASCO, INC., et al.,

    Plaintiffs,

v

NAVISTAR, INC.,

    Defendant,

_____/

Case No. 23-cv-12927
HON. MARK A. GOLDSMITH

### ORDER FOLLOWING SEPTEMBER 29, 2025 HEARING

On September 29, 2025, the Court conducted a hearing on Plaintiffs' Motion to Compel Discovery (Dkt. 54). For the reasons stated on the record, the motion is granted in part and denied in part.

The parties must confer no later than November 4, 2025 regarding resolution of the discovery dispute set forth in the motion. A conference with counsel will be held on November 13, 2025, at 4:00 PM by Zoom to discuss the outcome of the parties' efforts. To the extent there are unresolved issues, the Court will appoint a special master to assist the parties in resolving those issues. If disputes remain, the special master will file a report and recommendation regarding them. Following an opportunity to file objections, the Court will rule on any unresolved disputes.

    **SO ORDERED.**

Dated: September 29, 2025            s/Mark A. Goldsmith
Detroit, Michigan                     MARK A. GOLDSMITH
                                      United States District Judge

## **CERTIFICATE OF SERVICE**

   The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 29, 2025.

                s/Joseph Heacox
                JOSEPH HEACOX
                Case Manager