UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GLS LEASCO, INC. et al.,

    Plaintiffs,

v.

NAVISTAR, INC.,

    Defendant.
_____/

Case No. 23-cv-12927

HON. MARK A. GOLDSMITH

### ORDER FOLLOWING NOVEMBER 13, 2025 CONFERENCE

As discussed at the November 13, 2025 conference, Defendant must produce, on a rolling basis, the remainder of its outstanding discovery responses on or before December 11, 2025. If any discovery disputes remain unresolved as of December 11, the parties must file a joint statement, on or before December 15, 2025 at 10:00 a.m., setting forth each party's position on the disputes. Each side's total number of pages may not exceed three pages. The Court will hold another status conference by Zoom on December 16, 2025, at 12:00 p.m.

**SO ORDERED.**

Dated: November 18, 2025  
Detroit, Michigan

s/Mark A. Goldsmith  
MARK A. GOLDSMITH  
United States District Judge

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 18, 2025.

s/Joseph Heacox  
JOSEPH HEACOX  
Case Manager