UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GLS LEASCO, INC., and<br>CENTRAL TRANSPORT LLC,<br><br>　　　Plaintiffs,<br><br>vs.<br><br>NAVISTAR, INC.,<br><br>　　　Defendant. | Case No. 23-cv-12927-MAG-APP<br><br>Hon. Mark A. Goldsmith<br><br>Magistrate Judge Anthony P. Patti |

**STIPULATION AND ORDER TO AMEND PROTECTIVE ORDER**

Plaintiffs, GLS Leasco, Inc. and Central Transport LLC, and Defendant, Navistar, Inc., through their undersigned counsel, hereby stipulate to amend the Protective Order [ECF No. 14] as follows:

WHEREAS, the current Protective Order does not contain any provisions allowing a party to designate discovery materials as "AEO" or Attorneys-Eyes-Only.

WHEREAS, Navistar has agreed to supplement its document production by producing contract documents responsive to Plaintiffs' request for production 50.

WHEREAS, the contract documents contain confidential financial terms agreed to between Navistar and its third party customers.

THEREFORE, Plaintiffs and Defendant hereby stipulate and respectfully request that this Court amend the Protective Order as follows:

1.　　The Protective Order is amended to include the following paragraph 19:

19.     Counsel for a disclosing party may further designate confidential discovery material as CONFIDENTIAL--ATTORNEYS' EYES ONLY or AEO if such counsel concludes in good faith that the material is or contains non-public information that is highly sensitive proprietary information including, but not limited to, trade secrets, privileged information, or nonpublic technical, financial, personal or business information. Discovery Material designated as CONFIDENTIAL - AEO ONLY may be disclosed to those individuals identified in paragraph 4 of the Protective Order, subsections (a), (b), (c), (e), (f), (g), and (h).   Discovery Material designated as CONFIDENTIAL – AEO will be subject to sections 8 and 10 of this Order.

2.     The parties shall meet and confer in good faith to redact sensitive information before filing any documents designated as CONFIDENTIAL – AEO.  All other provision of the Protective Order shall remain intact.

STIPULATED AND AGREED TO:

Dated:  December **8**, 2025

| | |
|---|---|
| KIENBAUM, HARDY, VIVIANO, PELTON & FORREST, P.L.C. | BARNES & THORNBURG LLP |
| /s/ Thomas J. Davis (w/ permission) | /s/ Scott R. Murphy |
| Thomas J. Davis (P78626) | Scott R. Murphy (P68015) |
| Marianne J. Grano (P82901) | Anthony C. Sallah (P84136) |
| 48 South Main Street, Suite 2 | 171 Monroe Ave. NW, Suite 1000 |
| Mt. Clemens, MI  48043 | Grand Rapids, MI 49503 |
| (586) 469-1580 | 616-742-3930 |
| tdavis@khvpf.com | smurphy@btlaw.com |
| mgrano@khvpf.com | asallah@btlaw.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

## **ORDER**

**IT IS SO ORDERED.**

Dated: December 12, 2025        s/Mark A. Goldsmith
Detroit, Michigan               MARK A. GOLDSMITH
                                United States District Judge