UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GLS LEASCO, INC., et al.,

    Plaintiffs,

v.

Case No. 23-cv-12927

HON. MARK A. GOLDSMITH

NAVISTAR, INC.,

    Defendant.
_____/

## ORDER REGARDING PROPOSED SPECIAL MASTER

As stated at the December 16, 2025 zoom conference, the Court proposes to appoint a special master under Federal Rule of Civil Procedure 53 to address discovery disputes and other matters that may be assigned. The proposed special master is Nathan Fink, an experienced litigator. Any party objecting to the proposed appointment must file an objection on or before December 19, 2025, at 12:00 p.m.

**SO ORDERED.**

Dated: December 17, 2025                              s/Mark A. Goldsmith
Detroit, Michigan                                      MARK A. GOLDSMITH
                                                              United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 17, 2025.

                                                              s/Joseph Heacox
                                                              JOSEPH HEACOX
                                                              Case Manager