UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GLS LEASCO, INC., et al.,

      Plaintiffs,

v.

NAVISTAR, INC.,

      Defendant.
_____/

Case No. 23-cv-12927

HON. MARK A. GOLDSMITH

## ORDER GRANTING NAVISTAR, INC.'s MOTION FOR LEAVE TO FILE MOTION TO EXCLUDE EXPERT TESTIMONY (DKT. 65)

Having reviewed Navistar, Inc.'s motion for leave to file motion to exclude expert testimony of Michael N. Kahaian (Dkt. 65), the Court grants leave. Navistar's motion must be filed on or before January 6, 2026. Any response must be filed on or before January 20, 2026; any reply must be filed on or before January 27, 2026.

**SO ORDERED.**

Dated: December 29, 2025　　　　　　　　s/Mark A. Goldsmith
Detroit, Michigan　　　　　　　　　　　　MARK A. GOLDSMITH
　　　　　　　　　　　　　　　　　　　　United States District Judge

1

2

## CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 29, 2025.

                                            s/Joseph Heacox
                                            JOSEPH HEACOX
                                            Case Manager