UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GLS LEASCO, INC., et al,

        Plaintiffs,

v.

NAVISTAR, INC.,

        Defendant,

_____/

Case No. 23-cv-12927

HON. MARK A. GOLDSMITH

**AFFIDAVIT OF DISCLOSURE OF NOMINATED MASTER PURSUANT TO 28 U.S.C. § 455 AND F.R.C.P. 53 (b)(3)**

STATE OF MICHIGAN    )
                                 ) SS.
COUNTY OF OAKLAND    )

        The undersigned, Nathan J. Fink, being first duly sworn, deposes and states as follows:

        1.        I am of majority age, a resident of the County of Oakland, State of Michigan, and otherwise qualified to make this Affidavit.

        2.        I am currently a member in good standing of the State Bar of Michigan, the United States District Court for the Eastern District of Michigan, the United States District Court for the Western District of Michigan, and the United States Circuit Court of Appeals for the Sixth Circuit.

        3.        I have been appointed as a Special Master in the above-referenced litigation. (ECF No. 85).

        4.        I am making this Affidavit pursuant to Fed. R. Civ. P. 53(b)(3) and 28 U.S.C. § 455.

        5.        I have personally reviewed the list of parties in the above-referenced litigation.

6.    I am unaware of any grounds to disqualify me pursuant to 28 U.S.C. § 455(a) where my impartiality might reasonably be questioned.

7.    I am unaware of any grounds to disqualify me pursuant to 28 U.S.C. § 455(b)(1) through (5).

**FURTHER AFFIANT SAYETH NOT.**

_____
Nathan J. Fink

Subscribed and sworn before me on this 29th day of December 2025.

_____
KIMBERLY S. HUNT, Notary Public
Macomb County, Michigan,
acting in Oakland County, Michigan
My commission expires on: 08/08/2030

KIMBERLY S. HUNT
NOTARY PUBLIC, STATE OF MI
COUNTY OF MACOMB
MY COMMISSION EXPIRES Aug 8, 2030
ACTING IN COUNTY OF OAKLAND