UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GLS LEASCO, INC. and CENTRAL
TRANSPORT LLC,

     Plaintiffs,                       Case No. 23-cv-12927

v.                                     Hon. Mark A. Goldsmith

NAVISTAR, INC.,                 Magistrate Judge Anthony P. Patti

     Defendant.

## APPENDIX
## INDEX OF EXHIBITS

| | |
|---|---|
| Exhibit A | Michael Kahaian Deposition Transcript, 2/12/25 |
| Exhibit B | Letter Agreement between Navistar, Inc., GLS Leasco, Inc. and Allegiance Truck Group dated April 8, 2022 |
| Exhibit C | Amended Expert Report of Michael N. Kahaian, 2/7/24 |
| Exhibit D | Kyle Blain Deposition Transcript, Vol I: 9/10/24 & Vol II: 9/11/24 |
| Exhibit E | Brianne Perkins Deposition Transcript, 9/18/24 |
| Exhibit F | Jimmy Lollis Deposition Transcript, 8/6/24 |
| Exhibit G | NAV 000019861 |
| Exhibit H | Rebuttal Expert Report and Disclosure of Mark J. Hosfield, 10/9/24 |
| Exhibit I | Nathan Hanvey Deposition Transcript, 9/19/24 |