# Exhibit A

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION


GLS LEASCO, INC., and
CENTRAL TRANSPORT LLC,

          Plaintiffs,

vs.                 Case No. 23-cv-12927-MAG-APP

NAVISTAR, INC.,

          Defendant.

_____/


DEPONENT:     MICHAEL NISHAN KAHAIAN

DATE:         Wednesday, February 12, 2025

TIME:         9:05 a.m.

LOCATION:     280 N. Old Woodward Avenue, Suite 400
              Birmingham, Michigan 48009

REPORTED BY:  Angela Hemby, CSR-5113.
              Certified Court Reporter/Notary Public



Page 10

the numbers change, and so I have to update it to make sure it was more accurate certainly before deposition.

Q Do you know -- and I am going into some of your background here. Approximately how many times have you actually testified at trial in connection with your services as an expert witness?

A Actually, don't know the exact number. But trials probably, I will estimate, between 15 and 20 times. I am not including arbitrations though which is a form of trial.

Q How many trials in the last year?

A I don't think I have testified in any trials in the last 12 months. I am looking at my CV. Sorry.

Q Okay. And in connection with your experience in trial testimony, is it fair to say that you testified both on the plaintiff's side and on the defense side?

A Yes.

Q Okay. And if you could, give an approximate number of how many arbitration proceedings you testified in?

A Probably ten roughly. I don't know the exact

Page 11

number.

Q Any within the last year?

A No.

Q Okay.

A Well -- no, not the last year.

Q Does the CV attached as Exhibit B to your expert report, would that reflect your complete education and work history?

A No.

Q Okay. And how does it not reflect?

A Well, I think you said work history. I think I state who I work for today and what my firm does. And I also note that I, prior to forming this company, I was a managing director and shareholder at Stout. But I don't go into all the prior work history, so it's not a complete listing of my work history.

Q And when were you employed by Stout?

A In October of 2006, I believe, is when I started at Stout.

Q And when did you leave?

A October of 2016.

Q And presumably, by your prior answer, that you left Stout to start your own company?

A Yes.

Page 12

Q Okay. Were you the sole founder of Accurity?

A Yes.

Q And are you still the -- what is your current position with Accurity Group, LLC?

A Managing member.

Q How many people do you have working with you?

A I think in total there is probably 12 people that work with the firm in some capacity.

Q Office located Atlanta?

A Atlanta and Detroit. And then also we have an office in Baltimore, Maryland.

Q And your undergraduate degree was from the University of Michigan?

A University of Michigan-Dearborn, yes.

Q Other than your undergraduate degree, did you ever receive any master's degrees or --

A (Interposing) So in my education post bachelors from University of Michigan-Dearborn was primarily in the professional services field, but not post-graduate in terms of master's degrees, anything like that.

Q Does Accurity Group, LLC, do they provide any services other than expert-related services in connection with litigation?

A Yes.

Page 13

Q Okay. What are the other types of services that the company provides?

A We do business valuations, and they are not always related to litigation, they could be related to transactions or estate gift tax that I did valuations. We do forensic accounting work in a non-litigation environment sometimes. We do things, like, other consulting services such as royalty audits and that require expertise that we possess but are not related to litigation. Those are the ones that come to mind. There might be some other things that we do in the field of economic or accounting consulting.

Q If you could put a percentage on the work that's non-litigation related versus litigation related, what percentage would you put?

A I can only speak, you know, for the business that I generate. And I think it's probably, depending on the year, I would say sometimes we have projects that are higher percentage of non-litigation. But I would say on average probably 80 percent litigation versus non.

And when I say non, I mean, sometimes there is pre-litigation that ends up

Page 14

in litigation but not necessarily in the beginning of the engagement.

Q   Prior to this engagement by GLS and Central, had you ever worked with those two entities before?

A   I had never worked with GLS, but I had worked with Central Transport.

Q   Okay. And other than Central Transport, have you worked with any other affiliates or related companies under what I just call Moroun, you know, family tree?

A   Yes. I think -- I don't know the exact relationship or who owns the entities specifically. But certainly affiliated, yes, I have.

Q   Okay. So you worked in the past with Central in what capacity?

A   Recently was retained in a matter that they were involved in against the Michigan Department of Transportation as a financial expert on damages.

Q   And what year were you engaged in connection with that matter?

A   I don't remember. It may have been 2021 or 2022.

Page 15

Q   Is that matter still ongoing?

A   Actually, I believe it literally just settled, like, Monday.

Q   Okay. All right. Were you asked to testify at all in that matter?

A   I believe I was supposed to testify, at least I think they ordered a dep, and then it never happened.

Q   Okay.

A   I think dates got pushed and ultimately sounds like they settled the case without deposition.

Q   Were there any other parties to that litigation other than Central Transport and MDOT?

A   I don't believe so.

Q   And you had mentioned there may have been some other entities that you also performed some work for related entities?

A   I am sorry. Yes.

Q   Okay. Could you identify those, please?

A   One that comes to mind is Universal Truckload.

Q   And what capacity were you engaged by Universal?

A   I was their economic damages expert in a Georgia case.

Q   Is that case still pending?

Page 16

A   No.

Q   How long ago were you involved in that case?

A   I want to say it was 2017 timeframe.

Q   Could you describe in general what that dispute was about?

A   There was a -- an individual who was an agent for Universal who had left and went to a competing company. And so there was litigation over violations of taking confidential information and utilizing it in violation of the contract. That's my general recollection of the case.

Q   And with respect to the Central, MDOT dispute, what was your general recollection of what that dispute was about?

A   That was a eminent domain case related to the -- I think it was the new bridge. So a part of their terminal where the trucks would go, that land was condemned and/or not condemned but taken for a period of time, which had an impact on the business. So there was a -- there were costs and also economic damages that they had suffered as a result of that, and a variety of different elements.

Q   So in order to construct the new bridge, they

Page 17

had to condemn property that was owned by Central Transport?

A   I believe that's correct, yes.

Q   Okay. Do you have any past experience with purchasing, leasing, or selling commercial semi-trucks?

A   Can you ask that again?

Q   Do you have any past experience with -- well, in your capacity as an expert witness in connection with purchasing, leasing, or selling commercial semi-trucks?

A   So my capacity as a forensic accountant and economic damages expert, I was thinking about that this morning. I recall doing an investigation of a trucking company where I had to learn about things such as purchasing of trucks, and leasing, and financing. I know I think I might have also been involved in a case where economic damages were at stake in a -- for a trucking company on the west side of Michigan.

Q   In connection with the first engagement you referenced, the investigation of the trucking company, do you recall which trucking company that was?

Page 18

A   I do. But again, it was one of those engagements where it was highly confidential. So I always pause before I would answer a question like that because of public record. It could have an impact if I was under a protective order of some kind that would preclude me from speaking about it.

Q   All right. Were you engaged by a company to conduct the investigation?

A   Yes.

Q   Okay.

A   A law firm.

Q   A law firm.

And do you recall how long ago that was?

A   It was when I was still with Stout. I believe it was probably in the 2009, '10 timeframe, is my best recollection.

Q   In connection with that engagement, did you have to research at all the process of selling used semi-trucks?

A   I don't recall in that one if it was the purchase and sale, but certainly was dealing with the accounting treatment because there was alleged manipulation of the accounting records

Page 19

that would have had to deal with inventory which would have been trucks in their -- in their inventory. So I would have to have learned the process about how they, you know, purchased trucks and leased them, and how they conducted their business in order to understand the elements that were being investigated from a financial perspective.

Q   But as far as purchasing and selling both new and used trucks, do you have specific experience as an expert in dealing with that other than this case, obviously?

A   I think there was another case where -- I think I remember the name of that one. It was Transcorp, it was another trucking company that we did work for. There was some litigation. I don't recall testifying in that case. It's been probably close to 15 years since I worked on that matter.

But to answer your question, I don't recall specifically if I was dealing with the purchase and sale and resale of new or used vehicles.

Q   In those two matters you just referenced, are they identified at all in your CV in Exhibit B?

Page 20

A   No, it wouldn't be, because I don't believe I testified in either one of those cases.

Q   Okay. Other than what you have learned in this case, and the documents you referenced in this case, do you have any experience in assessing, you know, what influences potential buyers would consider in purchasing used semi-trucks?

A   Specifically used semi-trucks? I don't recall specifically any experience that I would have on that.

I know I have done quite a bit of work in auto dealerships, and, you know, a number of capacities where there is sale of products, whether they were consumer or commercial sales.

But my familiarity is based on almost 30 years of experience in doing consulting work within -- there are a variety of industries including trucking industry.

Q   And if you could identify the top five factors you think that go into determining the purchase price, either of a semi-truck or an automobile, what would those top five factors be?

A   I'm not sure I have an answer on top five. I'm not claiming to be an expert in the sale of

Page 21

semi-trucks.

But certainly from an economic perspective, it would depend on a lot of factors in terms of, you know, location, which country, what regulations potentially there are in that industry, you know, ability to obtain financing, interest rates, truck conditions, mileage, you know, warranties, things of that nature may go into that.

But in terms of importance, it might be on an individual-by-individual basis that someone determines each one of those factors, or maybe others, that are of greater importance that are in that top five.

Q   Would you agree with me that the mileage of the vehicle was a very important factor in determining the price of a vehicle?

A   It could be.

Q   Are there other instances where it wouldn't matter?

A   Sure.

Q   Can you provide some examples?

A   I mean, in this case. There is evidence that shows that mileage was not the main factor in determining value.

Page 22

Q   And what was the main factor in determining value in this case?

A   In this case?

Q   Yes.

A   I don't understand the question.

Q   Well, you just said that mileage wasn't the main factor in contributing or determining the value in this case. And I'm asking you, well, what was the main factor?

A   Well, again, in this case it would depend on the timeframe as well.

So a particular timeframe, I believe it's in Exhibit G of my report, you will see that in some cases the mileage at higher trucks the values were higher from a market perspective than they were on trucks that had lower miles. But that wasn't necessarily the case in a later period as you can see in the data as well.

Q   Right.

But from a general perspective though, aside from fluctuations in the market, in just determining a vehicle's value, factors such as mileage, the condition of the vehicle, the options, the model/make of the vehicle,

Page 23

those would all be important factors in determining the value of the vehicle, would you agree with that statement?

A   Again, from a general sense, I would say that consumers or, you know, in this particular area, they may have different thresholds of what they find most important when determining what's most important in their purchase, and then, you know, prices of function of the market generally.

Q   Have you ever been excluded by a court or an arbitrator for testifying as a party's expert witness?

A   I have not been excluded as an expert in any case. I have had opinions taken out in one case in particular.

Q   And which case was that?

A   That was the Rondigo, LLC versus Casco Township.

Q   I think I actually read that case. That's from like 2008 timeframe roughly?

A   The case was -- I think my opinions were in 2006. And then I think the judge gave an opinion before trial in 2009 that my opinions were based on assumptions that were not -- or

Page 24

they were contradicted by evidence that I had not seen or considered; and, therefore, as a result, excluded the opinion not based on my qualifications or methodology but simply because the foundation of the inputs was found to be incorrect.

Q   So the assumptions you were -- you made in that case contradicted the actual facts that came out in discovery?

A   Well, there was conflicting facts. I was relying on information that the court determined was not applicable based on the other side producing evidence or information that I had not seen. And again, that was based on the size of the property that I was using as a basis for my conclusion, and I did not have the ability to up my -- update my opinion; and therefore, the judge said that the opinion would not be relied upon in the court.

Q   Other than Rondigo case, are there other matters in which your opinions were excluded as an expert?

A   There was one other case that was a Oakland County case where I had produced an opinion and testimony. And the other side made a motion in

Page 25

limine because they said that an expert wasn't needed in the case, and the judge granted them the motion. They said I looked good in a suit and knew what I was doing, but not needed. And for some reason the judge agreed. I disagreed, but...

Q   Understood.

Is that identified in your CV on Exhibit B?

A   I think so. I think so.

Q   That's all right. We can move on.

I did identify the Rondigo case on there.

Have you ever utilized a, you know, but-for loss-profit analysis to measure economic damages in any other commercial disputes other than this case?

A   I'm sure that I have, yes.

Q   Have you ever testified, or been involved in, a case in the Eastern District of Michigan with our current judge, Judge Goldsmith?

A   I am sure I have been involved in cases where Judge Goldsmith was the presiding judge, but I -- I don't know for sure. I have heard his name, and I know I have seen it on pleadings.

Page 26

Sometimes judges change. But yes, I have been involved in cases where he has been listed as the judge.

Q Moving on to, like, scope of your engagement. When you were initially engaged in this matter, was it on behalf of both GLS and Central or was it just GLS at the time?

A I don't know. I think it was always both, but I'm not one hundred percent certain that I recall that distinction changing at any time.

Q Okay. And in your capacity as an expert, I mean, obviously you have been retained by GLS to opine on their lost profits, correct?

A I don't know if that's how I worded it as lost profits, but certainly the lost value associated with the trucks at hand in this case.

Q So you wouldn't consider lost profits more of a lost value analysis --

A (Interposing) I am just making -- I am sorry. I will let you finish.

Q -- if you had to describe it?

A I think I described it the way that I worded it in my report.

Q And do you have two separate engagement

Page 27

letters, one with GLS and one with Central, defining the scope of your services?

A I don't believe so. I think it was one engagement letter.

Q And your opinions are based on the economic damages suffered by GLS and Central as a result of a breach of contract, is that right?

A I think there is other claims, but that's the primary claim, yes.

Q Are you offering any opinions as to the damages suffered by GLS or Central in connection with the fraud claim?

A No.

Q Okay.

A I believe, I have to say, I don't believe I have been asked to do that.

Q Have you been asked at all to give expert opinion as to the exemplary damages suffered by either GLS or Central?

A I have not been asked to do that, no.

Q Have you ever testified or gave opinions in any capacity on a party's "exemplary damages"?

A Not that I recall, no.

Q You had mentioned your -- Mr. Perun as assisting in the preparation of the report.

Page 28

Was the report peer reviewed at all by anyone other than Mr. Perun?

A Yeah. So we have a pretty good process of what we call QC, or quality control. Obviously they missed the date on the front. There may be some other typos. But yes, we go through a process of QC in the report.

Q And could you describe that QC process?

A Sure. We have somebody within the organization, the team, who will review the report with a -- we call it a fresh set of eyes, not necessarily involved in the case, but then can review it objectively for any either grammatical, spelling, or typographical-type of errors potentially, or sometimes it's spacing and things like that.

Q So you have someone proofread the report before it's issued?

A Yes.

Q And are all of the opinions you intend to offer in this case, are they contained in this expert report?

A In terms of what I have been engaged to do, I would say yes. I may have some opinions that are not directly stated within the report that

Page 29

are, you know, if asked. But in terms of the conclusions I have come to, I believe it includes my full opinions.

Q Okay. And you have made a number of assumptions in this report, would you agree with that?

A Yes.

Q Okay. Have any of those assumptions changed at all since you initially issued the report, and then obviously updated the report as of February 7th, 2025?

A So you might have to be more specific. But in terms of assumptions, you know, I changed -- some of the data I changed, so some of those assumptions changed based on the failures included --

Q (Interposing) And -- I am sorry to interrupt. I wouldn't really consider those assumptions, like, the fact that additional trucks were sold after the initial report. I guess what I am trying to understand is, are there a number of factual allegations that you took as if true. And I'm wondering, have you changed at all any of those underlying assumptions that make up your

Page 74

but when you made the original assumption of 30
days, and didn't have the benefit of this
analysis that Central apparently provided to
you, what did you base your assumption on back
when you prepared the report?

A  It's probably a discussion with the client at
that time. And it is acceptable for experts to
rely on representations made by their clients.
And I didn't have a reason to dispute it. It
seemed reasonable, and they knew their
business, and know their business better than I
do.

Q  You said, probably a conversation with
my customer -- or with the client. I mean, are
you saying, do you know whether there was a
conversation or are you just saying you think
there may have been a conversation?

A  Well, there is a number of conversations, but
clearly this was an assumption that needed to
be made, I didn't make it up. So that would be
based on an assumption or discussion with the
client.

Q  But you just don't recall having that
conversation today?

A  Again, I don't remember which -- when I had

Page 75

that conversation. But clearly it had to be
based on a representation made to me, and, you
know, I needed to note that. I probably could
have, but did not do that in the footnote.

Q  In paragraph 22, you state, "Navistar failed to
meet the replacement unit delivery schedule."
Correct?

A  Yes.

Q  Okay. Is that with respect to all of the units
or did Navistar actually deliver some of the
units within this expected delivery schedule?

A  So overall they failed to meet the delivery
schedule as stated in the chart above number
22. In terms of did they produce some trucks,
I believe they did.

Q  Okay.

A  I think it was 18 and -- I don't know if it was
May or June, I think it was one of those months
they delivered 18.

Q  18 in May and 95 in June, does that sound
accurate?

A  95 or 96. But, yeah, that sounds about right.

Q  Okay. With respect to the 18 that they
delivered in May of 2022, did GLS sell those
trucks?

Page 76

A  Sell the 18 that they received?

Q  Yes.

A  They received the 18, and that would have been
the replacement for the 18s that they would
not have been able to sell.

Q  That's what I am getting at. So, I mean, they
delivered the 18 in May, right? And your
report assumes that they could sell the 18 upon
delivery of the 18. So I'm asking, did they
actually sell the 18 trucks that -- the 2018
trucks in May having received 18 from Navistar
2023 model year trucks?

A  So I don't have the data in front of me, but I
think that they sold 17 in that month.

Q  Would that be reflected in your exhibit, I
think it's Exhibit E?

A  Yes.

Q  Last column, month sold?

A  Yes.

Q  Okay. And if you tally up the ones in May
there is 18 there, but one of them does say
scrap, do you see that?

A  I do.

Q  Okay. What -- do you know what the story is
behind that one?

Page 77

A  So behind that one, and I think there was a
total of 25 that were identified as scrap. And
so it would not have been reasonable to include
those as a sale of a truck that was operable at
that time for the amount that would have been
expected for a resale. So I excluded those
from the calculation.

Q  So these -- so if I understand it correctly,
Navistar delivers 18 Model Year 2023 tractors
in May, and GLS, according to this, sold 18
Model Year 2018 tractors in May, correct?

A  So they are disposed of.

Q  Yes.
And with respect to the trucks
delivered in June, Navistar delivered -- what
was the number again? How many in June, if you
remember?

A  I have to look.

Q  95?

A  I think it is 96.

Q  96 or 95. 96?

A  Right.

Q  All right. So Navistar delivers 96 in June.
And how many -- when I say 96, I mean 96, 2023
Model Year. I believe those were LT trucks.

Page 78

How many did GLS sell?

MR. PELTON: Of the 2018s?

MR. MURPHY: Of the 2018s, yeah. Sorry.

A Somewhere I think around 13.

Q (Continuing by Mr. Murphy): Yeah. I think you can look at your Exhibit E and actually count out the 13 that they sold?

A Yes.

Q Okay. So the 17 that were sold in May, and the 13 that were sold in June, are those part of your "impacted units"?

A Yes.

Q Why?

A They were sold. And they received, you know, an invoice amount or dollar amount for those sales. And so those would be offset against the but-for sales that were in the loss of the resale if they would have met the full delivery schedule.

Q But those were delivered within the delivery schedule?

A And they were sold.

Q Right.

So why are they part of the

Page 79

impacted units?

A Well, they are part of the offset against what would have been sold if they had achieved the entire amount before the -- before June.

Q But they were delivered and sold in this window that you were talking about, right?

A Yes.

Q They were delivered in May, sold in May; delivered in June, sold in June. Why are they part of the impacted units?

A I am giving an offset for the amount that they received on those sold units.

Q But you are still claiming damages on them, correct?

A Yes.

Q Why?

A Well, because they didn't achieve the full amount at that time. And they would have been able to sell them in that market because they would have had the volume of trucks that they could have offloaded at that time.

Q I am not following your answer. I don't understand.

Navistar delivered those trucks within the contractually required window that

Page 80

you described, GLS sold those trucks within the same month, and yet you're still claiming damages on them?

A Well, there is a volume difference, too. 18 versus, you know, achieving 75 or 300 within those months.

Q Well, wouldn't it be harder to sell 300 trucks instead of 18?

A Not necessarily, if you have a buyer willing to buy, you know, hundreds of them. They are not necessarily going to buy 18 from you if they can get 200 from another dealer.

Q Okay. Just so I understand. Despite the fact that Navistar delivered these trucks within the delivery window that you described in your export report, and despite the fact that GLS sold those trucks in the same month, you're still claiming damages on them because they didn't sell them for the amount you thought they should have sold them for, is that correct?

MR. PELTON: I am going to object to the factual assumption, and the question.

A So there is an incremental difference between

Page 81

what was calculated and then what they actually sold it for. I am giving you proper offset for what they received and that they would have been able to receive a higher amount based on having a higher volume that they had bargained for in the agreement.

Q (Continuing by Mr. Murphy): All right. So you're essentially -- your opinions are that they still suffered damages because they were sold at a value less than the average between the auction and retail value, is that correct?

A Well, again, I would have to look at it on a truck-by-truck basis. But there is certainly instances where they sold it for higher than what the Truck Paper amount showed within the schedule as well. So I'm being consistent with the application.

Q All right. I am trying to understand better, sir, why these are included as your impacted units. And from what I can gather, but despite the fact that Navistar delivered them in this window that you describe in your expert report, and GLS sold them within the same window, you're still claiming damages because Navistar didn't deliver all of the trucks?

Page 82

A   So the expectation was based on what the contract stated that they would receive all the trucks before -- by June. That was -- there is testimony on that, the agreement says that.

And so if you get 18 or a smaller number, it actually has an impact on your ability to sell them because the volumes that they could have sold that would have been higher and they could have offloaded the MY 18s more effectively during that time period. They were not able to do that because they didn't receive the full amount during that time period.

Q   Did they -- did GLS have offers for these bigger volumes that you're describing, do you know?

A   I know there were negotiations on a couple of deals. I don't know the specific amounts, if that's what you are asking me.

Q   Okay. All right. So I'm not going to change your mind that we should get -- you should reduce the number of impacted units because Navistar actually delivered the trucks in the window of time that you say they were required to deliver them, and GLS sold them in the same

Page 83

month. You're still not going to reduce your number of impacted units, you're sticking by that number?

MR. PELTON: Object to the form.

A   Well, you're asking me why -- I think your question was, why am I calculating the damages on trucks that were delivered in that timeframe. And I answered that.

Q   (Continuing by Mr. Murphy): Delivered and sold.

A   Well, delivered, and then there were sales of the MY 18s at that time. So I am giving you my answer on that, to the extent there is a number attributed to that, I am not sure it's a material number, but.

Q   So these sales to bulk and truck sales, right, the $60,000, it's your opinion that GLS should have sold those for more money because had Navistar delivered all the trucks they would have gotten more money for those?

A   Or it could have, you know, it's a but-for assessment. And so if you are going back in time, and there is an expectation that they would have delivered, meaning Navistar would have delivered according to what they committed

Page 84

to, would the negotiations or the ability for GLS to sell the MY 18s had been at rates higher, and my assumption is yes.

Q   So your assumption is that that this sale to Vulcan Truck Sales for 60 grand a truck, they would have gotten more money because if Navistar would have delivered all the trucks under that delivery schedule, that's your assumption?

A   Well, the assumption isn't that simple. They may not have sold to Vulcan Truck Sales because maybe they would have already -- the trucks that were committed to in the delivery schedule, to another buyer. That wasn't the case.

Q   Here is the trickier question. So we just established you said 96 trucks, Navistar delivered 96 trucks in June, but Central only sold 13, right?

A   Right.

Q   Okay. Those 13 were part of your impacted units, correct? Even though they sold them -- Navistar delivered them in June and GLS sold them in June, they are still part of your impacted units, is that right?

Page 85

A   Yes.

Q   Okay. What about the other 83, what about the other 83 trucks that were delivered, were those part of the impacted units?

A   Yes.

Q   Okay. Why would they be part of the impacted units if Navistar actually delivered them within the window that you described in, what, paragraph 21 of your expert report?

A   Well, again, it's -- you know, we're talking about 18 and 95 trucks that were delivered in that window.

Q   Yeah.

A   And not the full 300 that was supposed to be provided in that window, or the 630. And --

Q   (Interposing) Let me ask you this. What if --

MR. PELTON: (Interposing) Hold on. Let him finish his answer.

MR. MURPHY: Sorry.

A   And therefore, that very well may have impacted their ability to sell the units that they could have sold if they received all of those trucks. They definitely had negotiations or discussions with companies to purchase, you know, in the hundreds. And so my understanding is they lose

Page 86

those deals because they didn't get those trucks timely. And so in terms of them being impacted and not being able to sell them as quickly, it could very well be because they didn't have the volumes that they bargained for with Navistar on the expected delivery schedule.

Q (Continuing by Mr. Murphy): What if Navistar in June had delivered 325 trucks instead of the 330, would your opinion be the same?

A You are asking me a hypothetical?

Q Yeah.

A I don't know. I would have to look at the data.

Q Your expert report assumes that GLS could sell the 2018 model year trucks in the same month, pretty much the same day as they received delivery of the new trucks, is that correct?

A Yeah. That's another one that I disagree with. I believe it's within the same month.

Q Okay.

A Not necessarily the same day. There is a two to four weeks, which is within the same month.

Q So if Navistar had delivered, for example, 330 trucks in June of 2022, your opinion is that

Page 87

GLS could have sold 330 trucks in June?

A So if they would have produced 330 trucks in June, they could have sold 330, that's a hypothetical. And yes, I believe they could have sold that volume.

Q I am sorry. But your damages model is premised on that, correct?

A Again, based on the volumes and specifically that that market at that time, the volumes definitely made a difference.

Q Okay. But what I am asking, your damages model is premised on the fact that Navistar was supposed to deliver 330 trucks in June, and GLS would have sold 330 trucks, 2018 trucks in June?

A Well, not 330. They were supposed to deliver 630 in June.

Q I am only talking about in June.

A Well, okay, your hypothetical is if we ignore prior periods and only look at June, you're asking me if they've delivered 330 trucks in June that could GLS have sold 330 trucks, you know, within the two- to four-week timeframe?

Q Right.

A Again, I don't know how to answer it because

Page 88

it's -- it's removing other factors or facts associated with the case, and it's a narrowly defined hypothetical that I am not sure I can answer.

Q Well, let's go with the facts then. Navistar delivered 96 in June.

A Okay.

Q Why was GLS only able to sell 13?

MR. PELTON: That's been asked and answered.

MR. MURPHY: No, I have not asked that question.

A So I know they actually sold the 13; however, if they would have delivered the amount according to the contract, or the agreement, that they had other buyers lined up for a larger amount. If they didn't have that larger amount then they were going to lose that sale which is also part of what the assumption is that they could have sold them.

Q (Continuing by Mr. Murphy): Which buyers did they have lined up?

A I know that there was All Truck was one where they had potentially 200 that could have been sold.

Page 89

Q When was that offer?

A I don't know about the offer. But I believe it was in negotiation at that time, that was a real buyer. And when it was discovered that they were not going to get the trucks on time they lost that deal, GLS and Central lost that deal.

Q When did All Truck want the trucks?

A I'm not sure. But certainly would have been in that -- the timeframe of the expected delivery schedule.

Q Are you sure about that?

A Yeah. I mean, I'm assuming that would have been that timeframe, otherwise --

Q (Interposing) Otherwise they would have sold them?

A No, not necessarily. I'm saying that if they had an order for 200 and had negotiations in early '22, you get to April, May, and you realize I don't have those trucks, you are going to likely lose that deal.

Q Did you look at that All Truck offer?

A I don't recall. I probably need to look at a document to refresh my recollection.

Q Do you recall actually physically looking at a

Page 90

document from All Truck where they made an offer to purchase 200 trucks?

A   I don't know if I have that offer or not. I would have to -- I don't know if I have seen it or not. I would have to see a document to refresh my recollection.

Q   Who did you speak to that gave you that information?

A   Well, it was certainly within the discussions I had with counsel and the client.

Q   So getting back to the -- to the 83 trucks that Navistar delivered in June, but GLS couldn't sell the 2018 trucks. Are you claiming as part of your damages the full amount of that -- the full amount of this value of that truck, the average between the auction value and the retail value, are you claiming all of that as part of your damages?

A   To the extent there is an offset for what they actually sold it for, no.

Q   Okay. Well, we just went through, they didn't sell any trucks and -- they only sold 13 trucks in June, correct?

A   No, that's correct.

Q   And I'm trying to figure out, on the 83 that

Page 91

were leftover. So Navistar delivers 96, they sell 13, leaving 83. And those 83 are part of your impacted units, correct?

A   Yes.

Q   As well as the 13 that were even sold, those were part of your impacted units, right?

A   Right. But again, not to cut you off, but your statement that that's part of the damages, there is an offset for the amounts that they did sell these trucks for that is part of the mitigation, but we reduced that number. So I have counted for the reduction of the sales of those units.

Q   Right. I mean, that's just the sale of all the trucks, the 2018 trucks, correct? I mean, does that account for what time they were sold?

A   Well, up through February 2nd of this year, it accounts for the sales of those trucks that they didn't have at the time to replace. So it does account for their sale using actual dollars received associated with those trucks.

Q   All right. But your -- your opinions assume that when Central receives a truck they can sell it in the same month, right? They could sell a 2018 the same month, they could swap it

Page 92

out, right?

A   Well, again, the assumption is that they would have received all the trucks in accordance with the agreement at that time, where they had prospective buyers lined up, if they could have sold the replacement trucks, or I should say the trucks that were going to be replaced, at that time, in a hot market. And when that window closes, now you are stuck with a number of other factors.

And so when they did sell these other units in the environment that was impacted because they didn't receive the units within the -- the agreed upon period. There was an offset for those actual sales against the amount that is in a but-for scenario they could have been sold had they obtained the MY 23s in the delivery schedule.

Q   We talked about All Truck. You said you recall there was -- they had buyers lined up, I think is your terminology. And you said there was an offer from All Truck for 200 trucks, is that correct?

A   Again, I don't know what the -- if there was an offer, I know they were in negotiations. So I

Page 93

don't know specifically what the offer was. But I know that they had the opportunity to sell multiple hundred, 200 in this case, right out of the gate.

Q   How do you know that?

A   Well, I think it's documented within testimony and also in discussions with the client.

Q   Whose testimony?

A   Again, I am not sure if he testified specifically to it. But I know Mr. Blain definitely was involved in that, and he would have been the one that I received that information from.

Q   Other than the negotiations between All Truck and GLS for the potential sale of 200 trucks, were there any other buyers lined up, as you said, that you are aware of?

A   I am aware of a potential 100 to 200 that through Navistar could have been sold through I think a connection in Viet Nam, that's what I am aware of.

Q   That was through Navistar?

A   I think that was the connection within through Navistar to a group in Viet Nam.

Q   All right. So going back to this All Truck

**Page 94**

negotiation. When were those negotiations taking place?

A   I am not sure if it was in late '21, but certainly within the early part of 2022.

Q   All right. January of 2022?

A   Well, I don't know if it was January, but early, early 2022.

Q   Do you know if it was January, February, March? Do you know what month specifically?

A   I don't know specific months.

Q   And your recollection is there is documentation reflecting this?

A   That's my recollection, yes.

Q   And do you know why All Truck didn't want to buy 83 instead of 200 of the trucks that Navistar actually delivered in June?

A   I don't know if they were offered 83, or if at that point the negotiations were already, you know, have already dissolved.

Q   Do you know whether anyone at GLS said, hey, I can't get you 200 but I can get you 83 from June, do you know if any of those discussions took place?

A   I don't know.

Q   Did you talk to anyone at GLS to figure out why

**Page 95**

when they received 96 trucks in June they could only sell 13?

A   So I recall asking questions related to that. And I know that the issues were that the volumes were not high enough, I believe, but also that the deals that they had for those trucks to be moved and that volumes were not met. And so that left them with having to try to mitigate the loss of not being able to have those deals with, you know, smaller groups, which is why they sold 13 instead of 96 in one month.

Q   So -- just so I understand this correctly. Your testimony is they -- you know, when you asked them, okay, you received 96 trucks in June, you could only sell 13, the response from GLS was, well, we needed more trucks, we didn't get the full volume. We could have sold if there were 200 trucks but we only got 96 so that's all -- you know, we couldn't sell any of them?

        MR. PELTON: Object to the form.

A   I don't know if they couldn't sell any of them.

Q   (Continuing by Mr. Murphy): Or 13 of them.

A   Right. 13 out of the 96. But they were

**Page 96**

working diligently in the situation they were in where they had an expectation of receiving these trucks, and they did not receive them in the volume or in the totally that was agreed to.

Q   Who were they talking to in June that was telling them, hey, we need more trucks, we can't just buy the 83, we need more trucks? Who were the potential buyers?

A   I don't -- I don't know if that conversation happened the way you are explaining it, so I don't know.

Q   Were there any conversations with any potential buyers about the need for higher volumes of trucks?

A   So I'm not aware of conversations. I know there were advertisements for the full amount of those number of trucks being available. So they were certainly working diligently to get it out there that they had this volume of trucks out there for sale.

Q   I'm not talking about advertising or marketing. I am talking about actual buyers who, according to your testimony, if they had higher volumes they would have been able to sell these trucks,

**Page 97**

but they didn't have the higher volumes. I'm wondering who were those buyers out there that were going to buy these trucks at these higher volumes?

A   Again, I used the All Truck and the Viet Nam deal as two examples that there was interested buyers in the volumes that would have been available had Navistar met the delivery schedule.

Q   But we just went over this with All Truck. There wasn't actually any offer that you remember, you just recalled negotiations, is that correct?

A   Well, I know asking about it in terms of understanding was there, but were there buyers for these volumes, and they clearly demonstrated that there were buyers potentially at those volumes. And that they wouldn't have been able to sell them because they, at that time, they didn't receive the volume that was expected. So once All Truck knew that they weren't going to get the trucks from GLS they moved on. And I think that's indicative of the timeframe that they were in where people were trying to get trucks any way they could.

Page 98

Q Okay. Do you know whether All Truck made an offer to purchase 200 Model Year 2018 tractors?

A As I sit here, I don't recall seeing a written offer.

Q Okay. And you don't recall what -- other than sometime in the first half of 2022, you don't recall what specific month these discussions were taking place?

A Again, I don't want to speculate. But certainly was within the timeframe prior to when GLS and Central were expecting the delivery of 23s.

Q And as you sit here today, you don't recall if this negotiations were in the form of an email or written correspondence between GLS and All Truck?

A Again, if I had a document to refresh my recollection, I don't know specifically if it was an offer or if there was an email, if it was, you know, what it was.

Q So the answer is, no, you don't know?

A Well, again, I don't have anything in front of me to refresh my recollection. As I sit here, I don't recall seeing a written offer, but that doesn't mean I haven't seen one, I just don't

Page 99

remember seeing it.

Q Well, that's what I am asking, you don't remember?

A Again, if I had something to look at I could probably refresh my recollection, like seeing something. But I don't remember sitting here if I have seen an offer or not.

MR. PELTON: Get through the topic, let's take a break.

MR. MURPHY: Yeah, we can take a break. Thank you.

[ A break was taken at 11:21 a.m. ]

[ Back on the record at 11:34 a.m. ]

MR. MURPHY: Back on the record.

Q (Continuing by Mr. Murphy): Mr. Kahaian, just a few follow-up questions to round out that last line of questioning.

When we were talking about the fact that Navistar had delivered 96 tractors in June of 2022, and I asked you, well, why couldn't GLS sell 96 tractors, they only sold 13. And I believe the answer was something along the lines that they weren't at high

Page 100

enough volumes.

Is part of your assumption in this report that GLS could only make bulk sales during this delivery window?

A I don't believe so. I think they could have sold one-offs, if you will. But in terms of the demand at that time, there certainly was evidence that I believe that my client expressed to me that there were buyers that were buying, or were able to buy, willing to buy, at higher volumes which would make more sense that they could have moved them as quickly as we were assuming.

Q At what volumes would Navistar had to deliver, in your opinion, to take advantage of these offers at higher volumes?

A Well, they would have had to have met the schedule that they agreed to.

Q So let's go back to the example with All State. If Navistar had delivered, let's say, 200 tractors in May of 2022, would -- and you have this offer for -- or you have these negotiations or discussions with All State for 200 tractors, would you have reduced your number of impacted units if Navistar had, in

Page 101

fact, delivered 200 trucks in May of 2022?

A I mean, it's possible. I mean, they didn't, so I don't have the ability to make that judgment or determination.

Q So in order to reduce the number of impacted units, would you require that there be some offer in hand, like, a actual offer to purchase the trucks?

A So I did actually reduce -- I think there was a handful of trucks that they received offers that they declined, and I gave full credit for those as an offset.

Q But that didn't actually reduce the number of impacted units, though, right? That was just an offset that you gave for those offers?

A Correct. Because they had offers, rejected them. And if that was the case, I gave an offset for that amount being that they rejected the offer.

Q Being that GLS rejected the offer?

A Right.

Q Correct?

And was it because the, you know, the offer was too low, or do you recall that?

Page 102

A   I don't remember the specific reasons as I sit here. But I wanted to cover and make sure that I was reducing or considering other facts similar to, you know, the scrap or there is a stolen trailer, as well.

Q   Yeah. You reduced the number of impacted units in paragraph 29. You recall, there were -- according to your expert report, there were 612 Model Year 2018 RHs that were part of the no-trade agreement under the 2011 letter agreement, is that correct?

A   Yes.

Q   All right. And then I -- you reduced that by 18 to account for scrapped and stolen Model Year 2018 tractors to arrive at your number of 594 Model Year 2018 units, and that's what you define as impacted units, correct?

A   Yes.

Q   What would it take, you know, under the scenario that we just described, at what point in time would you actually reduce the number of impacted units based on the fact that Navistar actually delivered trucks within that window of time?

A   So, again, it's -- I sort of covered this.

Page 103

But the period itself, if they would have adhered to the agreement, meaning delivered all trucks before June, I think I may have considered that there may not have been any impacted units. But because they didn't deliver the full amount in that schedule, in that timeframe, that put all of them at risk or at issue.

Q   Well, I guess what I am trying to understand is, is this an all-or-nothing proposition that unless you deliver 75 in April, 225 in May, and 330 in June, I am going to consider them all impacted units or, and the other example, what if Navistar only delivered 50 in April, and 200 in May, and 300 in June, would you at that point in time reduce the number of impacted units?

A   So my view on what you described, because I don't know if we would be sitting here if that happened. So I don't know if I would have had to consider an analysis. However, that didn't happen.

So what I have to deal with is the data I do have. The but-for scenario is reduced, or the amounts I don't believe would

Page 104

be reasonably computed as damages, and that would be on the stolen or scrapped vehicles.

And then as far as the impacted ones, those volumes, like I said, that the client had demonstrated to me that they made significant efforts to make the sales of the 2018s as the 23s were rolling in at the lower volumes. And so that's what I am determining is reasonable to calculate under a but-for in an actual.

MR. MURPHY: Strike that as nonresponsive. But let me ask another question.

MR. PELTON: We'll leave that to the judge.

Q   (Continuing by Mr. Murphy): So there were only 594 impacted units, correct?

A   Well, there was, again, the 630 that I adjusted it for units that I didn't believe were reasonable to include in the impacted number. So I reduced it to 594, that's correct.

Q   Your export report uses the defined term impacted units as 594 Model Year 2018 units, correct?

A   Yes.

Page 105

Q   Okay. So under this delivery schedule, really the only important thing is when were 594 units delivered, right? Because whether there were 630 is really not relevant, it's only when did the 594 units get delivered so GLS could go out and sell their tractors, is that correct?

A   I think I understand your question. And I believe the answer is, yes. But I want to make sure I'm not misunderstanding if you have a follow-up.

Q   Do you know when Navistar actually achieved the delivery of at least 594 tractors?

A   I would have to look.

Q   Okay. If I said they had achieved that point in March of 2023, would you have any reason to disagree with me? I mean, I guess we could just figure it out by looking at a chart.

A   Yeah, I don't have the chart in front of me. But March of 2023 -- I think that's -- I think that's correct.

Q   Okay.

A   I think that's right. I mean, I'm looking at my Exhibit H just to see the dates. I think it was February of 2023. Well, actually, it was January of 2023 they got 66.

Page 106

Q  So your Exhibit H reflects the delivery dates for actual delivery month?

A  Yes.

Q  Okay. And they are numbered. And so, for example, by the end of June 30 it looks like 1 -- or 114 tractors had been delivered, correct?

A  You said by June?

Q  By the end of June. June 30, on Exhibit H, page 3 of 16, you have 114 being delivered by June 30, 2022?

A  Yes. That sounds right.

Q  Okay. And so by August 31, 200 -- well, actually, by August 31, just so I am reading your Exhibit H correctly, 278 tractors had been delivered by Navistar, is that correct?

A  Probably right. I would like -- I could probably use a calculator to be precise.

Q  Well, they are numbered, right? I mean, they start at number 1 and go all the way through?

A  You're right. I am sorry, the cumulative number on the left. You are right, 278.

Q  That's what I was going off. Two hundred seventy-eight had been delivered by the end of August.

Page 107

Do you know when this -- when you referred to this All Truck offer, do you know at all when they wanted those trucks -- those 200 trucks to be delivered?

A  Probably have to ask Mr. Blain about that. I don't know when they stopped negotiations or were not satisfied with the fact that the trucks weren't available at that time.

Q  I'm asking you, sir, do you know when All State wanted the trucks to be delivered?

A  You probably would have to ask Mr. Blain about that.

Q  So you don't know?

A  I don't know the date. But I know that I was told that that discussion was over because they didn't have the trucks available on the timeframe that All State -- or All Truck wanted them.

Q  So Mr. Blain told you that these negotiations ceased with All State because GLS couldn't deliver the trucks within the timeframe that they wanted them?

A  Yeah.
   I think it's All Truck, I said All State as well. But --

Page 108

Q  (Interposing) All Truck. I'm sorry.

A  But yes, that's my understanding from what he told me.

Q  Apologies about the reference to All State.

A  No, I did it, too.
   MR. PELTON: I think Mr. Murphy started it though.
   MR. MURPHY: I may have started it.
   MR. PELTON: We know what you meant.

Q  (Continuing by Mr. Murphy): I want to go back to this offer from -- or this in addition to All Truck you mentioned an offer from Navistar between 100 to 200 trucks for potential buyer in Viet Nam, do you recall that?

A  Your question was about an offer, I don't know if there was an offer. I know there was an opportunity. To the extent what those details are, you would need to ask Mr. Blain.

Q  Okay. So you don't know whether an offer was, in fact, made for 100 or 200 trucks?

A  Right. I don't know. I know that was the volume I was told, and that's the extent of it.

Q  Do you know when these discussions took place?

Page 109

A  I don't know specific dates. I believe it would have been contemporaneous with -- prior to the expectation of the delivery of the trucks in accordance with the contract.

Q  So you don't know when the discussions took place?

A  That's correct. I already said that I don't know.

Q  Okay. And do you know who the discussions took place between, who at Navistar, who at GLS?

A  I don't know who the parties were. I could tell you that Mr. Blain likely was involved, and he would have been the one that had made me aware of it.

Q  And would that fact, right, that there were these discussions, don't know really when they took place, don't know who they really were, there wasn't an offer, would those support your assumption that GLS could have made sales had Navistar delivered trucks at a higher volume?

A  Yes. And I think that's the point of why I wanted to understand if there was potential buyers at the volumes that I was assuming. And I felt satisfied that was reasonable, if that was the case.

Page 110

Q   So -- and you based that off of All Truck and this Viet Nam buyer?

A   Well, those are two examples that had the volumes that were in, you know, those totals, if you will. So it gave me a basis upon which I could estimate, you know, what could have been sold for the 2018s at that time if they had achieved the schedule, delivery schedule that was committed to in the agreement.

Q   All right. So you reference this Viet Nam deal and you say 100 to 200, which is a big difference, right? So I want to only focus on the 100 piece. We just went through that delivery schedule and Navistar had delivered over 100 trucks by the end of June, right? So why -- why wouldn't you reduce the number of impacted units because Navistar had, in fact, delivered 100 units by the end of June and there was this potential buyer that you are aware of that would have taken 100 trucks?

A   Well, I don't know if it's as simple as what you're saying. I think you would need to understand from Mr. Blain, you know, when those discussions would have broke down. If they broke down in March or April, let's say, then

Page 111

it wouldn't have mattered if they got 100 trucks by June with that particular buyer.

Q   Do you know if those discussions broke down at that time period? I thought you said you didn't even know when the discussions took place?

A   Well, I prefaced my answer with, you have to ask Mr. Blain because I am sure there is other details associated with that that I am not aware of. Again, I used it for support that there were volumes that buyers were interested in that could have bought the 2018s.

Q   And I guess my response is, well, they had delivered the volumes that you were speaking of, the 100 trucks or so, with this potential buyer in Viet Nam?

A   Again, I am going based on the fact that there was a discussion of volumes that were 100 to 200. I don't say that there is an offer, or there is no understanding of when those discussions would have broke down, would you have to ask Mr. Blain about that.

Q   Okay. Footnote number 15 of your expert report references an understanding that Plaintiffs are not alleging lost resale value damages on the

Page 112

10 LT tractors as a result of being able to sell them at a price that mitigated their damages.

A   Yes, I see that.

Q   Okay. Now were the 10 LT tractors, were they part of the 612 units that were part of the no-trade agreement?

A   That I am not a one hundred percent sure of.

Q   I mean, were they part of -- would they have been included in your impacted units had they not been able to sell those trucks?

A   No. I mean, I wouldn't have included them, and I think I footnoted that they are not alleging damages on those ten, so they would not be part of the assessment.

Q   As a result of being able to sell them at a price that mitigated their damages, and I am saying, well, if they didn't sell them at a price that mitigated their damages, would you have included those 10 LT tractors as part of your impacted units?

A   I don't know. I didn't include them. But you are saying, if they didn't sell them would they be included, is that what you are what asking me?

Page 113

Q   I am just trying to reconcile the numbers here. You got a footnote in there in 15, and you say we are not alleging lost resale value damages on the 10 LT tractors because we sold them at a price that mitigated our damages. And I'm trying to figure out where they fit into the 612 Model Year 2018 units?

A   So they don't. If you look at the schedule E or Exhibit E on page 18 of 18, you will see the 630 is the total, which is what was in the delivery schedule. I removed the 10, those LTs that were sold. I removed the 25 of scrap and one that was stolen. So if you do the math, 36 off 630 is 594. Does that help?

Q   All right. I'm sorry. Walk me through that again. Because paragraph 29 says, Central Transport owned 612 Model Year 2018 RH 613 units that were part of the no-trade agreement, right? And then you say, after excluding scrap and stolen MY 2018 tractors, you determined that they sustained economic damages on 594 of the Model Year 2018 units, correct?

A   So if I could -- I said that, yes.

Q   Right. And so I am trying to figure out where the 10 LT tractors fit into this?

Page 114

A    So the 10 fall into the 630, which was on the delivery schedule.

Q    But that's with the model year 2023 tractors. The 630 relate to the model year 2023 tractors. We're talking about the used trucks, the 612 used trucks. And then you note in footnote 15 there were 10 LT tractors that were sold at a price that mitigated the damages. Were those 10 LT tractors, were those 2018 tractors?

A    The 10 -- I believe the 10 were. But again, my reference is to the agreement -- for the 612 is in reference to the agreement on page 3, just denoting that there are 612, 2018s were part of what was in the no-trade agreement notes.
In terms of how I calculated the number of units that were impacted, the expectation was 630 RH, and I removed the 10 from that number. I don't know if it was part of the 612 or not. I think those are mutually exclusive issues.

Q    No. The 630 relate to the 2023 trucks that were going to be sold to Central.
The 612 are the universe of used trucks they had, right? The universe of 2018 model year trucks, according to your paragraph

Page 115

29, they had 612 to dispose of. You then reduced those by the numbers that were scrapped and stolen to reach a number of 594. And I'm trying to figure out, if 10 LT tractors were sold, and that mitigated their damages, why is that 594 not reduced by another 10?

A    Well, if you go to Exhibit E you will see how I did the math on it. On the very last page.

Q    Your paragraph 29 references Exhibit D, schedule 3.

A    Exhibit D, schedule 3. Okay.

Q    Right. There is really -- and that just identifies one 428 RH sold; and two, 166 RH unsold.

A    Right.

Q    For 594.

A    Yeah. That's where that is a reference to. So the number is consistent with what was in paragraph 29.

Q    Where do the 10 LT trucks fit in there?

A    If you go to Exhibit E, 18 of 18, at the bottom.

Q    All right. This is a list of all the trucks that were sold?

A    Exhibit E.

Page 116

Q    Yeah. That's what I am looking at.

A    Correct.

Q    Status of the Model Year 2018 tractors?

A    Right. If you go to the last page.

Q    Right. I'm following you. I'm at the last page.

A    At the bottom you will see there is a sub total. Sub total, and grand total of 630 units. You will see that there is scrap of 25, stolen 1, sold 428, unsold 166. And then there is the LTs sold that was 10 of them. And so if you removed the 10, the 25, and the 1 from 630 you get 594.

Q    I guess I'm having trouble reconciling this summary with your statement in footnote -- excuse me, your statement in paragraph 29 that Central only owned 612 Model Year 2018s that were part of the no-trade agreement, is that not accurate? Or should that number be 630?

A    So if you look at the footnote, if you were to look at the agreement, April 8th agreement, dated -- I am sorry, it's Exhibit 38?
MR. PELTON: Yes.

A    Exhibit 38, the agreement, you go to the third

Page 117

page you will see that there is a reference to the 612. It's just a reference to the number of tractors that were in the 2018s that were the RH day tab of 612. It doesn't have -- it doesn't really effect the reconciliation that I do from the 630, and then what ultimately I reconciled here the 594 on Exhibit E.

Q    (Continuing by Mr. Murphy): I guess the two reconciliations are different though, wouldn't you agree?

A    No. You don't have to reconcile the 612. It's not part of the calculation. It's a reference to what was in the no-trade agreement notes and agreement.

Q    Well, that's where you define the impacted units in paragraph 29?

A    Right. That there was 612 recognized within the agreement.

Q    Uh-huh.

A    Within the no-trade agreement notes. But there were 630 on the delivery schedule that we were supposed to receive.

Q    I understand -- how many 2018 used trucks did Central have?

A    I believe it was 620.

Page 118

Q   All right.  So it's not -- you don't think they had 612 Model Year 2018 tractors?  Well, based on the -- where are you getting the 620?

A   From the schedule of what was sold in Exhibit E.
There was 630, but 10 of them were LTs that they had sold that we did not include.  So that left 620.  When I reduced that by the 26, it left 594 impacted units.

Q   So it's your testimony then that you believe that Central had 620 RH 2018 tractors?

A   Yes.  Based on the data I have by VIN number, yes.

Q   Can you give me any further detail on the sale of these 10 LT tractors other than what's stated in this footnote 15?

A   Well, what they sold, there was identified that they -- that 10 of the 630 were the LT tractors, which my understanding is were not part of what was being claimed as -- as lost sales or trade-in units.

Q   All right.  And I guess I'm trying to figure out, we just went over in detail why, you know, you wouldn't reduce the amount of impacted units based on Navistar's delivery of 96 units

Page 119

in June because they weren't high enough volumes, and yet here we have an instance where only 10 tractors were being sold, and you gave credit for those, or they, you know, they didn't include those as impacted units, and I am trying to figure out why?

A   My understanding they were LT units.

Q   So the LT units were easier to sell than the RHs?

A   No.  I just don't believe that they were seeking damages or able to seek damages on the LT units.

Q   Why?

A   My understanding is the RH -- the RH units were the ones that were impacted based on the lack of the delivery schedule met in accordance with the contract.

Q   Okay.  In paragraph -- let me make sure I covered these.
In paragraph 26 -- you reference in paragraph 26 b, the incurred maintenance costs and incremental fuel costs that would have been avoided had plaintiffs received replacement units in accordance with the schedule.

Page 120

How many of the Model Year 2018 RH tractors are you claiming, you know, additional maintenance costs and incremental fuel costs?

A   It depends on when the trucks were actually delivered.

Q   Okay.  And so, for example, if Navistar had delivered, what did we say, 114 by the end of June, you wouldn't be claiming maintenance and incremental costs on 114 of those trucks because Navistar had, in fact, delivered that many by the end of June?

A   That's right.

Q   Okay.  And where in your expert report does it reflect that?

A   So in -- I know specifically if you are looking at the -- for the fuel, incremental fuel costs, that was the one where if you were to follow Exhibit H you would see the number of units impacted changes when trucks are received because then they are not using 2018s longer than they would have otherwise bargained for.  And so that incremental fuel cost is based on the number of months and miles ultimately in the incremental fuel amount, difference between

Page 121

the fuel efficiency, if you will.  So when they received the 2023s, the impact on the 2018s ceases on those units.

Q   Okay.

A   And the same thing for the repair costs.  Those amounts were only specifically items that were repairs they would not have incurred but-for what they would have received the 2023s and been able to sell the 2018s, and also make sure that we did not include things that would have happened in both scenarios.  So if somebody crashed a truck, we didn't include the repair costs for that.  Those were excluded because that wouldn't have been exclusively related to a repair that would have been needed on those particular units as a result of not obtaining the 2023s.

Q   Okay.  So -- just so I can understand this.  With respect to maintenance costs, you ceased calculating damages on maintenance costs upon the delivery of the 2023 tractors from Navistar.  So Navistar delivered 114 by the end of June.  You weren't claiming maintenance costs on 114 to GLS trucks, correct?

A   That's my understanding.  I made a reference to

Page 122

the document that I relied upon.

Q   Right.

A   And provided by the client.

Q   Just to extrapolate a little further then, if Navistar had delivered, I think we agreed on this earlier, 594 trucks by the end of February 2023, right?  So they covered the full number of the impacted units, then there shouldn't be any additional maintenance costs being claimed after February of 2023, is that correct?

A   I will have to see if that's what we did or not.  But I believe that's accurate, yes.

Q   And would the same hold true then for the incremental fuel costs?

A   The incremental fuel costs, yes.  I know that's the case.  And you can see that in Exhibit H of the report.
     Right.  There is no incremental fuel costs calculated post March of 2023.

Q   Which exhibit is that?

A   H.

Q   H?

A   And just to make sure I am clear.  I don't know if that would be the case on the expenses or

Page 123

the repair expenses if they would have ceased after they received the trucks or not.

Q   Why not?

A   That might not make sense.

Q   Well, they got delivery of the new truck, why -- why would you continue to include the maintenance costs after all of the trucks had been delivered?

A   Well, because you are outside of the timeframe where you could have sold them to offset those costs.  And if you are in a timeframe where you can't sell them, and what that market would have been, then you are continuing to incur maintenance costs.  I have to go back and check that though.  It's something I have to look at to make sure that we did that consistent with what I just testified to.

Q   Do you know whether or not once they took delivery of a new 2023 truck whether they continued to run the 2018s?

A   Yes.

Q   They did continue to run them even though they had a replacement truck?

A   In many cases, yes, they did.

Q   Okay.  And are you claiming maintenance costs

Page 124

on their decision to continue to run the 2018 trucks even though they had a replacement 2023 truck in their possession?

A   Yes.

Q   Why?

A   Because at that point, the market conditions had changed to an extent where they had these trucks on the road now, and they wouldn't have otherwise had them.  Now they are in a situation where they can't sell them so they continue to incur maintenance on trucks they wouldn't have had.

Q   They have the replacement trucks?

A   Yeah.  But again, in the scenario where we have replacement trucks, rather than keeping trucks idle, you know, and deteriorating they would put them on the roads except they could utilize them to mitigate, you know, the losses that they were incurring.

Q   So is it your testimony that they just started running more trucks like they ran the new ones, and they ran the old ones?

A   Yeah, they ran both, yeah.  I know we talked about it earlier.  But yeah, they ran both. They didn't have to run both, but they were

Page 125

running both of them.

Q   So it was a decision of GLS to continue to run the 2018 trucks even though they had replacement 2023 trucks in their possession?

A   Yes.  I think they kept both of them on the road, and were making every effort to sell the 2018s.  And in many cases they were still utilizing them.

Q   When you say they made every effort to try to sell these 2018 tractors.  And I want to be specific to, you know, a given time period.  In 2023, right, when they had received all of the new international trucks, the 23s by February, what efforts were they undertaking in that timeframe to try to sell the Model Year 2018 tractors?  If you know.  I'm talking specifically about calendar year 2023.

A   I have to go back potentially to review some documents.  But I know there were efforts every month that were being made to mitigate the loss by finding buyers, coordinating with different option groups, internally figuring out price adjustments that they needed to make potentially.  So these were all decisions that were being made, you know, on a monthly basis.

Page 126

But specifically March you're asking?

Q   No.  I specifically asked about 2023.

A   I thought you said specifically March of 2023.

Q   No.  The calendar year 2023.

MR. PELTON:  You need him to clarify for the calendar year.

A   Oh, okay, sorry.

So I know, again, based on my review or discussions with client, I know they were doing things every month.  You know, even after my report I know they were still obviously selling more units.

Q   (Continuing by Mr. Murphy):  Okay.  So it's your testimony that in every month in calendar 2023 they were undertaking all these efforts to try to sell the 2018 tractors?

A   My understanding is that on a monthly basis, if you looked every month, they were making an effort to mitigate their losses on the 2018 trucks.

Q   Paragraph 34 you state, After considering these factors, I determined that Plaintiffs could have sold the impacted units in the same month as the replacement units were delivered at the same price equal to the midpoint of the auction

Page 127

and market sales price achieved in the market for similar tractors with 400,000 miles, correct?  That's paragraph 34.

A   Yes, yes.  And defined expected value I have defined references.

Q   Right.  We'll get to those.  I just want to understand this statement first.

Okay.  So we just talked about the 96 that were delivered in June of 22, which is in the window, and the fact that they could only sell 13, right?

A   Well, they sold 13, right.

Q   Right.  Okay.

A   That's correct.

Q   So is that statement accurate then that -- that I determined that they could sell the impacted units in the same month as the replacement units were delivered at the -- were delivered at the sale price equal to the midpoint of the auction and market sales prices achieved in the market for similar tractors with 400 miles?

A   Okay.  I'm sorry.  Can you repeat the question?

Q   Of course.

A   Or read back, maybe.

Q   No, I will try to clarify.

Page 128

Step back.  We just talked about the 96 trucks that were delivered in June, and the fact that GLS could only sell 13.  And I believe your testimony was, well, it wasn't at the volumes that were required under the contract, correct?

A   Yes.

Q   Okay.  But the statement in 34 says, After considering these factors, I determined that Plaintiffs could have sold the impacted units in the same month as the replacement units were delivered.  Is that true?

A   In isolation, I don't believe you could make that statement that if they received less than what they bargained for in the agreement.  But if that's what you are inferring then it says what it says.  But I believe it is predicated on and receiving all the units within the timeframe that was expected under the contract.

Q   Okay.  So what you're saying is this statement should say, I determined that Plaintiffs could have sold the -- would have sold, it says could have sold, the impacted units in the same month as the replacement units were delivered, but you're saying, well, that would only be true if

Page 129

all of the trucks were delivered, so 75, 225 and 330?

A   Right.

Q   Is that your testimony?

A   By June they would have received, you know, all 594 trucks that they would have been able to replace.

Q   Okay.

A   In this case, you're saying 96 in June without consideration of the additional trucks.  And I think we already covered this, but I think the volume certainly mattered.

Q   Right.  But so your statement, I determined that Plaintiffs could have sold the impacted units in the same month as the replacement units were delivered.  That's only true, you're saying, if they, you know, delivered the volumes that were required under the agreement?

A   Right.  And the but-for world, they would have received all the units on time, that they could have sold all the units within the next month, in that month.

Q   So if they only delivered 400 of the replacement units instead of the 594, then that -- they wouldn't have been able to sell

Page 130

them?

A   I don't know if that's true or not, maybe.

Q   Would you agree with me then that this statement in here is not correct, I determined that Plaintiffs could have sold the impacted units in the same month as the replacement units were delivered?

A   No, I think it's correct in the right context. I think you are trying to isolate it for purposes of -- for the way you viewed it, the amounts that were received at that time rather than in the context of they did not receive all the units that they understood was agreed to in the agreement.

Q   Okay.  So Navistar delivered 96 trucks in June of 2022, correct?

A   Yes.

Q   Why couldn't they -- I mean, this statement says they could have sold them in the same month, does it not?

A   Again, you are taking that statement in isolation outside of the understanding of that this was in the but-for scenario, they could have sold them if they had delivered on the contract in terms of the volumes.

Page 131

Q   So your assumption there is based -- this statement is only true if, one, Navistar delivered 75 trucks in April, 225 trucks in May, and 330 trucks in June, then this statement would be true, correct?

A   Well, I think you could say if they delivered all of the trucks according with the contract as of June --

Q   (Interposing)  Right.

A   -- then that statement's true.

         But again, you know, taking liberties on context is important to isolate and make sure that it's clear.

Q   So it's your testimony and assumption that had Navistar delivered 75 trucks in April, GLS would have sold 75 trucks in April, correct?

A   Within that month, two to four weeks, yes.

Q   And if Navistar had delivered 225 trucks in May, GLS would have sold 225 trucks in May?

A   Or could have.  The assumption is that they -- they -- my calculation is that they would have sold them.

Q   I mean, your assumption in this expert report is that they sold every single truck in the same month as the truck was delivered, is that

Page 132

correct?

A   Within the same month, yes, two to four weeks.

Q   And same with June, right?  June of 2022 they delivered 330 trucks, and your client sells 330 trucks, correct?

A   Well, 294.  But yes.

Q   What if Navistar delivered those 330 trucks in June -- on June 30th, 2022?

A   If they would have delivered them, all of those trucks on June 30th?

Q   Yeah.

A   I suppose you could make the argument that it would have sold it in two to four weeks, and it would have happened in July.

Q   Right.

A   Yeah, that makes sense.

Q   Okay.  Did you take that into consideration in your calculations at all?  When you provide this delivery schedule, what happens if the trucks delivered at the end of the month as opposed to the beginning of the month?

A   So it could have gone into the next month.  But I don't believe it would have been a material difference if it was two weeks.  I used the same month.  But if it was, you know, four

Page 133

weeks and you are saying they delivered it at the end of June, I can't really quibble with you that it would have been, you know, two to four weeks later which would have spilled into the next month.

Q   Now your assumption in paragraph 34 that delivery equals sale in the same month, right, that's the assumption.  You reference, I believe, one footnote 23 that relates to that issue, right?  And it says, Data produced by Navistar provides evidence that used trucks during this time were sold quickly.  See for example, and you give a specific reference, do you see that?

A   I do.

Q   Okay.  Other than that document, is there any other evidence that you are relying upon to say that Navistar -- that GLS, had Navistar delivered the 594 trucks in that window that, GLS would have absolutely sold every single one of those 594 trucks.  Any evidence other than what's in this footnote 23?

A   Well, I have four footnotes there, but you are saying specifically 23.  Anything other than that?

Page 134

Q   Yeah.  The other footnotes don't relate to that issue, sir.  If you want to go through them you are welcome to.

Twenty-three is the only one that relates to the fact that your opinion assumes that GLS is going to sell the exact same number of trucks that Navistar delivers in that three-month window of time?

MR. PELTON:  I will object, it's argumentative.

A   So certainly I reference what was in 23, but again, in context of the entire report.  If you go back to the overview of the used tractor industry, I make several references to Navistar data or documents that demonstrate that this was an unprecedented market and trucks were moving very quickly.  So you know, again, I know you could sort of isolate one thing and say is that the only thing that you are relying upon.  And I say, no, it's the one footnote that's there, but certainly part of, you know, what I relied upon in being able to do the calculation that I did.

Q   (Continuing by Mr. Murphy):  Okay.  So show me the other part of the report where you rely on

Page 135

different information.

A   Like I said, if you go to the tractor -- used tractor industry, number 25, I think I have 8 references, you know, to different things, either -- and they are all Navistar documents.

Q   Okay.  So on paragraph 25 a says, January 2022, which is not in the delivery window, right?  Advertising listing on Truck Paper increases 24 percent month over month but sales prices continue to climb by another 18 percent.  How does that relate to GLS' ability to sell a truck in the same month that Navistar delivers the truck?

A   Well, all of it, I think.  You take into consideration that this isn't something that I'm relying upon in isolation that one person told me or whatnot.  If they -- definitely was a lot of information out there within your client's documents sets that showed higher profits than normal, you know, inventory, volumes and, you know, there is obviously an aggressiveness, things like that, that I am relying upon overall that demonstrate the turn around to sell trucks in this market was very quick.  I don't think it's a mystery.  I think

Page 136

there is a lot of testimony related to that, too.

Q   All right.  We are going to break this down very specifically, all right.  And we are going to go through each one of these, and I want you to explain to me in that 25 a, which you just referenced, where does that support your assumption that GLS could have sold the truck in the same month that Navistar delivered the truck?

MR. PELTON:  I am going to object, it's argumentative, and it's been asked and answered.

MR. MURPHY:  No, it wasn't answered.

MR. PELTON:  Oh, it was.

A   So, again, each one of these that I listed here are referring to the overall market.  And so when you are looking at documents within Navistar's possession that were produced in this case.  There is specific references to the strength of the market whether it relates to inventory, volumes, or higher profitability, that demonstrate that this market was extremely strong in the first part of 2022.

Page 137

Q   (Continuing by Mr. Murphy):  Okay.  And what I am talking about is GLS' ability to sell trucks in April, May, and June, right?  And your report assumes that they would have sold trucks in the same month they were delivered in April month [ sic ] and June, 75, 222, and 330.  Paragraph 25 a refers to an advertising in Truck Paper in January of 2022 about an increase in sales, right?  That's in January.  B references inventory increased in January of 2022, c references January of 2022, d -- where do any of these articles specifically address GLS' ability to sell a truck in the same month the truck's delivered?

A   Well, it's an assumption I'm making based on a lot of documentation of evidence, you know, outside of -- or included in these, whether it's January, February, March, April, and it says May, you know, even Navistar didn't believe pricing pressures would start until 2023.  So there is evidence that this was an unprecedented market.  I believe it's not a mystery.  You know, I put a lot of references here because I think it's important that the foundation of the unprecedented nature of the

Page 138

market was established to make the assumption.
So I clearly believe that I can rely upon this timeframe and these documents that reference them, you know, that it's not a mystery that this wasn't a market that had the ability to turn, you know, vehicles out, the 2018s specifically, very quickly.

Q   Okay.  But doesn't that seem to contradict the fact that Navistar did deliver 96 in June and they could only sell 13?  I mean, they seemed like they are -- I can't reconcile these two thoughts.  On one hand you are saying it was a very strong market and they could sell the truck in the same month it's delivered, but then we have evidence that they are delivered 96 trucks and they could only sell 13, like, how do you reconcile those two?

A   Well, I mean, we are pretty much stuck on this issue then because I have answered a number of times that the inventory numbers were not high enough.  You keep saying 96, and I am saying there was supposed to be 630 delivered by June, and they did not hit those numbers, so.

Q   Right.  Why would you assume that GLS could have sold 75 trucks in April but yet they

Page 139

couldn't sell 96 trucks in June?

A   Well, I mean, April and June are two months apart.  That's one -- that could be one reason.  But again, you know, the volume of those trucks by that timeframe, you know, they didn't have that number of trucks that they agreed to.

Q   I am saying in the very first, you know, month of your window, right?  It's May, or April, 75 trucks.  I mean, we just went through this whole discussion about how the 93 trucks weren't enough volume, right, to do the sale.  And how could you ever assume that in April they would have sold 75 trucks?

A   Well, they had the expectation of having 300 by May, and you are talking about 96 in June.  I think right there, there is a pretty strong disparity between 300 and then 96 that you mentioned.  And yet it was supposed to be 630 by June.  So, again, it's a volume issue.

Q   I am -- no, your analysis assumes 75 get delivered in April, 75 get sold in April, right?

A   Yes.

Q   Okay.  But why would you assume that in April they could sell 75 but they couldn't in June?

Page 140

A   Well, I already answered that.  The full volumes weren't attained.  And you are trying to move two months later and saying that is the same time period.  I don't believe that's the case.

Q   Okay.  So you are saying that the demands were different in those months?

A   I mean, it could have been.  Obviously only 13 out of 96 were sold, so something must have changed.

Q   Is it your opinion that the All Truck offer, they would have scooped up those 75 in April?

A   I don't know.  I don't know if they would have scooped up anything.

Q   Well, who -- who would have purchased the 75 trucks in April that your report assumes?

A   I don't know.  It's a hypothetical buyer.  And the All Truck references that there was demand in volumes that would have covered that in most of that -- those figures.  So and those were gone.  Those opportunities were gone by the time they started receiving trucks in June.

Q   All right.  So as far as the April 75 is concerned, as you sit here today, you can't identify any particular buyer that had an offer

Page 141

ready, willing, and able to purchase those 75 trucks, is that correct?

A   Well, it's -- the way you are asking the question I think I have demonstrated, you know, based on what I adhere to in performing economic damages that there was a demand in the market, there was actual potential buyers identified that they were in discussions with, and then I have the agreement that says there was going to be over 600 trucks that would be delivered by June.  And yet, they didn't receive that volume, and my understanding is they lost out on those deals.

Q   All right.  I am just asking a very simple question, sir.  I want to know if you're aware of an offer that was made to GLS to purchase 75 tractors, Model Year 2018 tractors, in April of 2022, are you aware of an offer?

A   No.

Q   Okay.  Now other than this paragraph 25 where we just talked about, you know, these different factors that reflect the strong resale market, and this footnote 23, is there any other data or information in this expert report or anywhere else that supports your assumption

Page 142

that GLS would have sold every single one of its used trucks had Navistar delivered the truck within the same month?

A   I know that in discussions with my client they believe that was a reasonable assumption. Based on my review of some of the testimony, that's probably a part of it.

Q   Okay. Discussions with client and review of testimony.

Okay. Other than your discussions with your client, your review of the testimony, this footnote 23, and the paragraph 25 that we just went over, is there any other information or data that you rely on to make your assumption that your client would have sold every one of the impacted units had Navistar delivered the 2023 tractors according to the schedule outlined in your expert report?

A   Not that I could think of right now, but I believe it forms a sufficient basis for me to make that assumption.

Q   I am just trying to nail down what you are relying on.

A   That's fair. I am just answering the question.

Q   So conversations with client, which client did

Page 143

you speak to? Or which person, which representative of GLS?

A   Kyle Blain.

Q   Kyle Blain, okay.

A   Uh-huh.

Q   And you recall Mr. Blain telling you that, yes, had Navistar delivered 75 trucks in April, I would have sold 75 trucks in April?

A   Clearly speaking with him to confirm, you know, that assumption would have been important. So, yeah, he would have confirmed that.

Q   I am asking, do you remember that conversation with him?

A   I had a number of conversations, and I am saying, I don't know which one, but that we would have had that discussion.

Q   So he did, in fact, tell you that, yes, I would have sold every one of these trucks had Navistar delivered the 23s, you know, in these months?

A   Or that -- or could have reasonably done that. And so I -- that was the assumption that I relied upon as well.

Q   But he told you that?

A   Well, we spoke about a lot of things. But

Page 144

clearly, the timing of how quickly they could have sold these units, the 2018 units was, you know, important and then definitely we would have discussed that.

Q   Okay. So you did discuss it then. I am trying -- I am trying to nail down, did you actually have this discussion with him, or if you can't recall, you can't recall, I just want to know?

A   I recall I had many discussions with him. And my answer remains that we certainly would have had that discussion.

Q   So you did talk to him about that then, you're certain of that?

A   I certainly spoke to him about the ability for them to have turned vehicles within the same month that they received the 23s.

Q   Okay. And you referenced deposition testimony, whose deposition testimony did that come out in?

A   Again, I didn't reference it specifically. So my recollection of it is that -- that there would have been testimony, I believe from Mr. Blain or Ms. Perkins, potentially Mr. Lawless, about the market, how it was at

Page 145

that time.

Q   So it's your testimony that Ms. Perkins said we can sell a truck within the same month it gets delivered, and we would have sold all of our trucks had Navistar delivered them? Ms. Perkins said that?

A   Well, again, you keep adding to the question and I want to make sure it's clear for the record. But you said, she said could and would. And I just want to be clear, I believe she says, within the same month, or two to four weeks I think was the timing of the turnaround sale of a truck replaced by a new model. But to the extent she said it the way you described it, I don't know if that's the case.

Q   All right. So how you did -- so you said she testified she could turn around the sale within two to four weeks?

A   Well, the timeframe of turning around a vehicle at that time was -- could be within two to four weeks.

Q   Okay. And Ms. Perkins said that?

A   Again, I don't have it in front of me, but I believe it was her, based on my recollection. It could have been Mr. Blain, but for some

Page 146

reason I recall it was Ms. Perkins' testimony.

Q   Mr. Lawless, did he say that, two to four weeks?

A   No, I don't know if he said two to four weeks. He was -- I think I looked at his testimony and his involvement that with respect to how quickly a truck would go from production to delivery.

Q   Okay. So he didn't actually speak about GLS' ability to sell a new truck once one gets delivered from Navistar?

A   So I don't know if he did or not. I just don't recall if he did speak on that specifically.

Q   So this footnote 23, you referenced this document from Navistar, do you see that? And it says, data produced by Navistar provides evidence used trucks during this time period were sold quickly.
     And I am trying to figure out, how does that support your claim that GLS would have sold the trucks, and I think it's in the same month. I mean, I think your opinion actually says, they could have sold the impacted units in the same month as the replacement units, correct? That's what your

Page 147

opinion says.

A   Yes.

Q   Okay. So where in this document -- and we'll mark it as Exhibit Number 6.
     [ Deposition Exhibit Number K-6 was marked for identification. ]

Q   (Continuing by Mr. Murphy): I think -- so you referenced page 19 -- 19861. I am trying to figure out where on this page does it support your assumption? Just to help out here, the bottom right-hand corner there is the Bates number, right? And so your report actually references 19861. And so if you turn to that page there is a bar chart on there.

A   Okay. I see it.
     Okay. So the bullet points on this demonstrate that the overage inventory is up. It says 11 to 10 units since last month, but steady and healthy at only 6 percent. A year ago this figure was 1100 units and 43 percent of inventory. So by measure of the chart, and what's described here, it points me to, again, evidence within their documentation that -- that units could be -- were delivered quickly. Let me see what I said in that

Page 148

report.
     Right. It demonstrates that the market was -- was a lot higher than it was in previous. And they make reference to being healthy at only 6 percent, which obviously these numbers were higher than that.

Q   Yeah. I think my question is a little different.
     My question is, here you state that, Plaintiffs could have sold the impacted units in the same month as the replacement units were delivered. And I'm trying to figure out, what on this document, what on this page supports that assumption?

A   Well, again, you know, you're asking a question once again in isolation based on one reference of footnote and not the others.
     So if we look at all of those footnotes, I think that supports the statement that I made in number 34.

Q   Okay. Footnote number 24 says, This is a representative of the mileage of Central's Model Year 2018 tractors. You would agree with me, that has nothing to do with the timing of GLS' ability to sell a new truck, right?

Page 149

A   Why would I agree with you on that?

Q   Footnote 24 just -- it's just talking about the mileage of Model Year 2018 trucks. It's not talking about how long it takes GLS to sell a truck once they receive a new one, right? Or am I missing something?

A   I think you are missing something.

Q   Okay.

A   There is four footnotes. That's one of four.

Q   I know, I'm going through each one of them. So I am starting with 24. We can cross that one off.

A   I know, but you are making statements that I would agree with you that it has nothing to do with it where I referenced it in connection with three other footnotes which forms the basis of my opinion, not one isolated footnote. So I'm sorry if that's not fitting with what the answers you are looking for. But -- not true.

Q   Explain to me how footnotes 24, 25, and 26 support your statement in paragraph 34 that, I determined that Plaintiffs could have sold the impacted units in the same month as the replacement units were delivered?

Page 150

A   So reference 23, 24, 25, and 26 were the footnotes. Okay. I don't have them in front of me other than the reference in 23 that you gave me, and also my Exhibit E that's referenced.

But however, there are two additional footnotes. We have July 2021 agreement in footnote 25 that also included delivery schedule that show the same number of units delivered and traded within a given month providing additional evidence that tractors can be decommissioned in the same month. So without that understanding, it's not a complete statement to ask me in isolation about number 23 or number 24.

Number 26 is a reference to Tony Stinsa's deposition from August of 2024, and even references pages 44 and 45, which if I had in front of me I could probably read the reference, but the reference is low inventory levels and new participants entering the truck market contributed to the increased tractor prices. So it's a price and the ability to decommission tractors in the same month along with looking at the representative mileage on

Page 151

the tractors, which would have to be something that's considered, and the documentation that shows that the -- about the inventory aging levels that are in Navistar's own documents on nav19861.

So all of those in connection with one another provide a foundation or basis that I make in the statement in number 34 of my report.

Q   Okay. How does footnote 25 when it states, The July 2021 agreement included a delivery schedule that shows the same number of units being delivered, and traded in within a given month. You would agree with me that traded in is different than selling a unit, correct?

A   Not necessarily. You could trade in a unit, that's like a sale.

Q   All right. That was pursuant to the trade in agreement, correct?

A   Yeah. Again, it's one of the components that form the basis that it's not unprecedented that you could turn a unit around within a month, within the same month.

Q   Okay. So the fact that under a 2021 agreement that there was a schedule in there that showed

Page 152

number of units delivered, and then a trade in within the given month, you are saying that supports your claim that Plaintiffs could have sold all of their used trucks, the impacted units, in the same month as the replacement units were delivered? That's -- the support, one of the supports --

A   (Interposing) One.

Q   -- assumption?

A   Correct. I would say one of.

Q   And then this document here, right, this chart supports it?

A   Sure.

Q   How?

A   It shows that the inventory levels, you know, greater than 120 days or 6 percent, they are at 11, 10 units. And so it shows that their aging was extremely healthy. And so it's another data point that shows that the turning around of inventory was quick.

Q   Who -- this refers to Navistar's inventory though, correct?

A   Yes.

Q   How does it have anything to do with GLS' ability to sell a truck within the month they

Page 153

receive one?

A   Well, Navistar sells trucks, right? And wouldn't they have good data on how quickly you could turn around and sell their inventory?

Q   Well, this says nothing about how quickly they turned around the sale of a truck. There is not -- anything in here that says that, correct?

A   Well, the -- it doesn't say specifically that, but it's inferred based on the levels of inventory that are stated within the document.

Q   Okay.

A   During the timeframe that we are talking about.

Q   So you inferred because inventory was up that means that this --

A   (Interposing) No.

Q   -- you could quickly sell a truck?

A   No. If you look at the documents, the data shows that the inventory levels dropped. And so, therefore, at that period of time the historical amounts that they had because it was lower that means there was the inventory turnaround times would be faster if you follow the line graph towards a lower number in March of 2022 -- February, March of 2022.

Page 154

Q   So this isn't even -- pertain to the window of timing which GLS would sell their trucks, correct?

A   Well, sure it does.

Q   Well, this ends on March 31, 22.  Your chart says they are going to sell 75 in April.

A   Okay.  But again, if you look at other documentation, research we did within the industry background, the Sandhill Paper, and other research we did, supports that this was consistent around that same time period in terms of volumes and the demand.

Q   And why didn't they sell all of the trucks in the same month that they received them in June of 2022?

MR. PELTON:  We've been over this about 15 times.

A   So, again, consistent with the answers I have given previously, they did not deliver according to the expectation in the contract. And there is certainly a different volume number.  And deals had been lost at that time that, potential deals I should say, where they could have turned around these volumes much quicker.

Page 155

MR. MURPHY:  All right.  We can take a break.

[ A break was taken at 12:54 p.m. ]

[ Back on the record at 1:23 p.m. ]

MR. PELTON:  Just to make a record, obviously I'm here for the Plaintiffs, and Mr. Murphy, of course, doing the questioning.  Anthony has been in and out, which is fine.  But we had somebody on the Zoom I wanted to have identified for the record.

MR. MURPHY:  That is Mark Longo with Stout.

Q   (Continuing by Mr. Murphy):  All right. Mr. Kahaian, back after our lunch break here.

Wanted to follow-up on where we left off here.  And looking specifically, sir, at paragraph 35 of your expert report.  I just want to walk through this.

You reference Exhibit D in schedule 2 to arrive at your figure of expected resale value of $39,504,000, is that correct?

A   Yes.

Q   Okay.  If you flip to that exhibit, just want

Page 156

to nail down some of the assumptions here.

I believe we've already went -- went over the expected delivery and expected sale month as being the same, and you have that reflected in your chart here on Exhibit D under the expected delivery month, expected month of sale, correct?

A   Yes.

Q   All right.  Walk me through here how you calculated the expected resale value per unit.

A   So that's the -- the average essentially of the columns to the left, auction and market, which is in the Truck Paper data for those particular months that correspond with those rows.

Q   And is the Truck Paper data, is that included within your expert report?

A   The data I relied upon, yes.

Q   And what exhibit's that at?

A   I believe it's G.

Q   And Exhibit G.  That data that you are relying upon, is that specific to the Model Year 2018 RH International Tractor, is that correct?

A   Yes.

Q   So it wouldn't include like sleeper cabs or, you know, trucks manufactured by other

Page 157

manufacturers such as Peterbuilt, or Mack, or anything like that?

A   I don't believe so.  Not based on what I understand that date to be pulled and what we requested.

Q   Why did you take the average between the auction and market price?

A   I wanted to be conservative by using a number that wasn't as low as the auction but wasn't as high as the average market.  And so I picked a -- a midpoint.

Also, the information that I had demonstrated that GLS was, you know, marketing these for sale roughly in that range as well.

Q   Well, you had data from your client, right, that reflected the actual sale price for a number of trucks in both May and June, correct?

A   Yes.

Q   And we talked about those earlier, the 17 in May, the 13 in June.  I guess I am trying to figure out, why would you use the actual data from -- were those all arm's-length negotiations, to your knowledge?

A   Yes.  To my knowledge, they were, yes.

Q   And so if they were arm's-length negotiations

Page 158

by your client during the relevant time period, wouldn't that be the most indicative of what an expected resale value should be?

A   Not necessarily because the impact was already being felt in terms of the damages.

Q   What impact?

A   Well, the impact of not receiving the trucks that were according to the agreement.

Q   I'm talking about the sales to these, you know, I think you identify the customers in one of your other exhibits, Exhibit E, you know, to give any evidence to suggest that bulk and truck sales was purchasing these at a lower value because of what Navistar was doing under its contract?

A   So that -- I'm operating under the assumption that the impact is already being felt in terms of the sales that were actually occurring.

Q   How -- what impact were they feeling?

A   Well, they didn't receive the trucks according with the agreement, the volumes that they expected, and there was already issues with the timeframe being extended.

Q   I guess I'm -- I'm struggling here because you look in May of 2022, you've got what you just

Page 159

described as an arm's-length transaction between GLS and Bulk and Truck Sales, they negotiate a price of $60,000, okay. And yet you're claiming they should have received $67,989, is that correct?

A   Right. So the incremental loss on those is roughly 7,000 per truck.

Q   Right.

A   Right.

Q   But why wouldn't you just use the actual value that two unrelated parties negotiated at a arm's-length deal as your expected resale value?

A   So I did use the actual values in the actual scenario. You are asking why I didn't use it in the but-for, is that your question?

Q   I am asking why you didn't apply the $60,000 as the expected resale value in May when you had actual data that that was what the going price was in an arm's-length transaction?

A   So you just agreed with what I was asking you. Because I was using a consistent methodology where I was using empirical data at that time and it demonstrated that the rate was an average of 67,000 versus what they actually

Page 160

received at that time which was 60,000.

Q   What empirical data are you referring to? I thought you just testified that you simply took the average between auction and market price and that's how you became up with the expected resale value?

A   Maybe we are having a difference of opinion on the definition of empirical data.

But I used the Truck Paper data which is an independent source, and that provided me with auction and market values for the RH 18s at that time. And so, therefore, I used that number. It's a consistent methodology throughout the entire analysis.

Q   Okay. And is there any reason to think that the sales that were negotiated with Brian Bell James Group were anything other than arm's-length transaction negotiated between two unaffiliated parties?

A   No, there is no reason to believe that.

Q   Okay.

A   I mean, a couple of those trucks were sold at amounts higher than the average that I used in the but-for. And so that would have the impact of a negative on the overall damage model.

Page 161

Q   Why did you just simply average -- use an average of 400,000 miles for all 594 impacted units?

A   I felt that it was a reasonable assumption to make because that was roughly the -- I was finding the average to be for all the trucks. I didn't go and look at every single truck and then adjust it for, you know, mileage above or below, so using an average. And if you do that, which I believe your expert did, you will find that the number's not really material. So I feel strongly that, you know, what I did was reasonable, and correct, and reliable.

Q   But you -- would you at least agree with me that going through every individual truck, and actually taking the actual mileage, and making a minor adjustment is more accurate than the method that you took?

A   More accurate? Perhaps, but contextually within how I prepared the analysis, the mileage number really wasn't as necessary to figure out in terms of value of those trucks at that time.

Q   Okay. So you're thinking that it, you know, the mileage was really immaterial to determining the value of the truck?

Page 162

A    Certainly at the time that we're talking about, this window of opportunity that was lost. You could see from the Truck Paper data that trucks with 500,000 miles or 600,000 in many cases in certain months were selling at higher than trucks that had 300,000 miles or 400,000 miles.
So it wasn't indicative of one for one. So the very nature of that I didn't find it necessary to do a mileage adjustment. Could have done that, but I didn't find it necessary, and it turns out that it was not really a material difference.

Q    Do you know what the difference was?

A    I don't -- I don't know.

Q    So how do you know if it was material or not if you don't even know what the difference is?

A    Because in response to your expert's critique as one of the things that he was critical of my assessment. And so in looking at that particular issue, if we were to run his numbers, recalculate them compared to mine on that one isolated critique, it really wasn't a material difference.

Q    I know. But I just asked you if you knew what the difference was, and you said no. And so

Page 163

then I asked, well, how do you know whether it was material or not?

A    Because we tested it.

Q    Well, so you do know what it was?

A    I would have to go back and look at the exact difference. But again, it wasn't material.

Q    So you did actually determine the difference, and your testimony is that it wasn't material?

A    Exactly. Yes, I did, and it wasn't material. You are asking me what the number was, I said I don't know. It wasn't material.

Q    I misunderstood your answer because I thought you said you didn't determine what the difference was, but now you are telling me you did and it wasn't material.

A    If the record reflects that I said that, I didn't do it. I don't believe I did it, perhaps. But someone in our group did and --

Q    (Interposing) Okay.

A    -- and determined that it wasn't material.

Q    Let me show you what was -- actually, I don't see that this was marked as an exhibit before. I will mark this one as K-7.
[ Deposition Exhibit Number K-7 was marked for identification. ]

Page 164

Q    (Continuing by Mr. Murphy): All right. First of all, with respect to Exhibit K-7, and it's Bates number GLSN2046. And then the accompanying attachment.
Do you know if this was one of the documents that you relied upon in preparing your expert report?

A    I don't know. Probably want to refer to whether it's listed in the documents considered list.

Q    That's what I am looking for.
Yeah, it does appear to be identified on document 335, or line item 335.
As you sit here today, do you remember seeing this or reviewing this document?

A    I mean, there is hundreds. And you know, it's hard for me to remember every document that I rely upon. So possible, but I have seen a lot of documents with emails and schedules, so.

Q    Right. And this document, it's an email from Mr. Schamlenberg to Mr. Blain, and he's -- what it looks like what he is appearing to do is calculating damages based on his analysis.
And I guess my question is, in

Page 165

preparing your expert report, did you reference or rely upon this analysis at all?
MR. PELTON: Object to lack of foundation on what Schamlenberg's intent might have been. But you can answer.

A    I don't -- I don't know. I don't think I relied on this, you know. But certainly was information we had, but to what weight I gave it, I don't -- I don't know.

Q    (Continuing by Mr. Murphy): Okay. So with respect to the 166 units that remain unsold, and you define those as unsold units in paragraph 37, what date did you use to calculate, you know, the value, right, the offset that you would apply toward that?

A    For the unsold, you're asking?

Q    Yes, sir.

A    It would have been the February 2025 Truck Paper auction value as of that date, for the 400,000-mile trucks.

Q    Why wouldn't you use the date, the value of those trucks, you know, the average between the auction, and the retail at the time, you know, Navistar had actually delivered all 594 model year 2023 tractors?

Page 166

A  Oh, because they are unsold, they remain unsold, so they are still incurring damages on those. I am giving credit as an offset based on the auction value as of the most present date.

Q  Wouldn't you agree with me though that if there was any decline in value from the point in time which Navistar had already delivered all 594 trucks, which was approximately March of 2023, you know, fast forward almost two years later, that delay has nothing to do with the timing in which Navistar delivered these trucks?

A  Well, obviously I don't agree because my calculations don't fit with what you've described. So, no.

Q  So why -- why wouldn't you use the value of when they were actually delivered? You know, the same model used with everyone -- you know, all the other tractors, why did you switch to this different and just go with an auction value present day?

A  I'm doing it present day now.

Q  Right.

A  Because they still have 166 trucks that have not been sold. Again, we're dealing with a

Page 167

situation that if all the trucks were delivered according to the agreement, in that market it could have been sold quickly, and they would have obtained a much higher number. Because we missed that hot market, we still have trucks that have not been able to been sold and, you know, we still have them on hand. To say that that they would have -- I think we covered that earlier. But to say that after that timeframe that they would have or should have calculated the number at those particular dates was not reasonable to me.

Q  Okay. So presuming these 166 trucks remain unsold for another two years, would you have to make another adjustment to your expert report to reduce it to the auction value from two years from now?

A  Assuming that date is two years from now, I probably would do that, yes.

Q  Okay.

A  Because that would be the value you could attribute to them at that date.

Q  Are you aware of any facts or evidence that would demonstrate that GLS could not sell these trucks in February of 2023?

Page 168

A  I mean, yeah, I am aware of that.

Q  Okay. What -- what data are you aware of that reflects they couldn't sell the trucks?

A  Well, that they didn't sell them, is one. Probably the biggest point.

Q  Anything else other than the fact that they just weren't sold?

A  Well, that they were trying to sell them. You know, based on the information that they are actively trying to sell these vehicles and have been unsuccessful.

Q  Okay. Who at GLS has been actively trying to sell these trucks from the date when Navistar delivered all of the trucks under the, you know, the agreement, the 594, which was in February of 2023 until now, almost two years later? Who at GLS has been in charge of those sales efforts?

A  My understanding is that it's Kyle Blain and Brianne Perkins.

Q  Anyone else?

A  I'm not aware who else is specifically involved.

Q  Do you know whether they could have sold these 166 remaining unsold trucks if they lowered the

Page 169

price back in 20 -- late 2022 or early 2023?

A  There were other factors that contributed to them missing this window, and some of those dealt with the fact that they had -- they had debt on these that were well in excess of what they could sell them for. So I think there was some aspect of that that precluded them from selling them.

They also had, my understanding is, there is an agreement within a certain timeframe after. And I think it was -- I heard it's called a gentleman's agreement that they wouldn't sell the trucks for less than 55,000 at that time because of a agreement they had with Navistar to not do that so that they wouldn't depress the market potentially in terms of price.

I think there is some other factors, too. But those are the ones off the top of my head, reasons why a simple price reduction wouldn't allow them to, you know, simply sell the trucks at an earlier date.

Q  So you mentioned debt on the trucks, how would -- do you know what that debt was on the trucks?

Page 170

A   I don't know what the exact amount was on each truck. But I know that as time continued you will see the values were dropping, they were selling as many as they could. But then there is a certain point where they were put in a hole on those, let's say on the remaining trucks.

Q   You know, I'm looking at -- you know, you have 166 tractors that still haven't been sold. And we delivered the last of the 594 back in February of 2023, which is two years ago, right?

And so what prevented GLS from at least selling the trucks at that time when they would have gotten a higher price than they would today?

MR. PELTON: It's been asked and answered.

A   So the time period you are talking about, the window we all -- I think most people would agree, been documented was in that early '22 to mid '22 level.

So if GLS is getting trucks from Navistar in February, March of 2023, we are talking about almost a year later. The market

Page 171

was dramatically changed at that point such that to try to move the 2018 trucks, now they are another year older. The market has got way more supply.

So, again, from damages perspective, we missed that window which should have been met according to the agreement. And because it wasn't, we now have a situation where mitigation efforts are impacted by other factors that weren't present in the early '22 timeframe.

Q   (Continuing by Mr. Murphy): So is it your testimony then that it was impossible for GLS to sell those model year 20 -- or 2018 tractors at or around the same time Navistar had delivered all 594 model year 2023 tractors?

A   I am not going to say it was impossible because they did sell some, they just didn't sell all of them.

Q   Okay. Going back to page 8 of your expert report.

In paragraph 24 you reference Truck Paper as a source of information that you relied upon, correct?

A   Yes.

Page 172

Q   What process did you use to discern, you know, values based on the data you were getting from Truck Paper?

A   I don't understand your question. What do you mean?

Q   How did you rely upon the information in Truck Paper to arrive at, you know, the values that are reflected in this paragraph 24?

A   So when looking at information that's compiled by industry sources, there is a level of understanding that the data that they provide, you know, information is provided is static and you can analyze it or look at it and see if you can glean anything from it.

In terms of -- I think you asked me about we tested it or not, is that what you asked me? I am sorry.

Q   My understanding is, when you access Truck Paper, right, there are a number of different input fields you can select in order to determine or pull data from your input fields. And I'm trying to understand, did you physically do that process yourself or did you assign that to someone else on your team to mine that data from Truck Paper?

Page 173

A   So Truck Paper data was utilized, you know, understand it's utilized in the market, especially the tractor industry here. And they -- the client, I would say the -- the Plaintiff in this case, had that data. And then when I wanted to determine, you know, that -- use that information, we were able to get that information directly from Truck Paper. And I -- I didn't pull that data specifically but certainly I had someone from my team pull it.

Q   So someone on your team went in Truck Data and they, you know, determined condition of vehicle, truck model, model year, engine type, features, all that stuff, that was done by someone on your team, you know, through the use of Truck Paper?

A   I don't know if we went to that level. I think we obtained it by mileage.

Q   Okay.

A   And by date. And then, you know, they provided that information, and we tracked off of that.

Q   So the only two data points that you used in analyzing the data from Truck Paper were producing mileage, and what was the other one?

Page 174

A   The date.

Q   The date of what?

A   The month. The month of transaction that they accumulated, yeah.

Q   So the only data point you used is mileage?

A   Well, we also had if it was an auction sale or if it was a market day sale within that month based on the mileage. Those were the key, you know, determinants of the data that I used.

Q   Did you identify or -- your input data concerning the model of the truck?

A   I believe it was the 2018s. The MY truck 2018.

Q   That's the year. I am talking about the model.

A   Well, the model, the RH 2018s would have been those trucks.

Q   So they did input that data, the RH data for the Model Year 2018 tractors?

A   We wouldn't have been asking data for other types of vehicles, if that is what you are asking.

Q   I just asked you what data you input, and you said just the mileage and the year. And now you are telling me something different.

A   Forgive me for misinterpreting or

Page 175

misunderstanding that that was your question. You asked about a bunch of other features, and if we looked at it from that standpoint. And I said, the factors were mileage, and date, and then whether it was auction or market sale. I guess the understanding is that it would have been the trucks that were relevant in this case.

So sorry if I didn't answer it that way, it's not as if I was trying to give you a misguided answer, sort of what you are indicating.

Q   So do you know if your team member used the same engine type?

A   I don't know if engine type was an issue.

Q   Was there any input field in Truck Paper that would ask about the actual condition of the truck?

A   I believe there is many other factors that you can select or deselect when it comes to what you're deriving the data on. But I don't believe that was one of the functions that we delineated.

Q   Okay. And that's what I am trying to get at, sir, is that there are a number of different

Page 176

fields that you can select and deselect. And I'm trying to figure out what your team did to come up with its value based upon that data. And so if you can't answer it, that's fine. If someone else did it then, you know, direct me to the person who actually may have did that analysis.

A   So no, I can answer that question.

Q   Okay.

A   So I -- we had asked for the MY 18 international RH for time periods of -- I think it was November of 2021. I have to look here real quick. From November of 2021 through most current data. They have up until February of 2025. And then we sectioned that off into an auction or market transaction by trucks with mileage in the 100,000, 200,000, all the way up to 800,000. So there is eight different slices of it.

But we did not ask for more granular data on engine types, also, because engine type in terms of analysis that I did wouldn't have been an issue in terms of the market that they were selling in, or should have been able to sell in.

Page 177

Q   And you didn't factor at the granular level what the condition of the tractor was?

A   Well, again, the condition of the tractor at the time of where they should have received the 2023s wasn't really an issue. They should -- they would have been able to sell them very quickly.

Q   Regardless if the tractor hit a telephone pole and was completely smashed, it wouldn't matter what the condition of the tractor was?

A   Okay. So the scrap ones we didn't include.

Q   Let's not talk scrap ones.

A   The stolen one we didn't include.

Q   What about the ones with dents and scratches and, you know, brakes needed to be replaced, all those types of things that go toward the condition of a truck, you didn't factor that in determining the value?

A   Right. Or the color, or if it was -- had a warranty attached to it, and all the other things that would have made it a $100,000 truck versus a $70,000 truck at that time.

Q   You didn't take into consideration the type of wheels on the truck, right?

A   Correct.

Page 178

Q You didn't take into consideration the condition of the truck, correct?

A At that time, correct, we did not.

Q Okay. You didn't take into consideration the maintenance record of the truck, correct?

A Not specifically, no.

Q Okay. You didn't take into consideration whether there were new tires on the truck, or if the tires were spent, correct?

A So, just so you know, my full answer is it wouldn't have mattered at that time. That was clear. So no, I didn't delineate the data to that level because it wasn't necessary.

Q Because someone was going to pay the average between the retail and auction price regardless of any of those factors, that's your testimony?

A No, that's not my testimony. They could have paid higher than the market number, that was an average. I took an average of the market and the auction, which is a very conservative way to look at it. And it was -- it's reasonable.

Q And so you're taking an average of the market and the retail, that average it didn't take into consideration whatsoever the factors that I just talked about, condition of the truck,

Page 179

what kind of wheels it had, those types of factors, correct?

A I disagree with you. I think it does take into effect those because it's all the trucks in those categories, which would have had wheel issues, potentially scratches, and they sold at prices that were in those averages.

Q How do you know that?

A Because it's every truck that was sold whether at auction or market with those mileage. So under your hypothetical, I would have to have gone in and seen which scratches were on all 600 trucks to see if that would have had an incremental impact on how I could determine the value they could have gotten in the sale. Not necessary nor would that be reasonable to do.

Q You don't think it would have been necessary or reasonable to actually inspect the condition of the 594 trucks, the impacted units, to determine value? You didn't have to look at condition whatsoever?

A On a specific truck-by-truck basis?

Q Yeah.

A No. Certainly not within the timeframe that they could have sold these trucks. They were

Page 180

flying off the shelves, if you will, to use an expression. There wasn't a need for there to be this, which engine, how many scratches did it have, what type of wheels did it have. The market dictated that. The prices on average in both in auction and in market were increasing.

Q And it's your testimony that during this time period in April, May and June, trucks were flying off the shelf, is that right?

A The early part of 2022 when trucks were moving very quickly.

Q All right.

A According to --

Q (Interposing) I think you used the term, flying off the shelf, right?

A Well, as an expression, I said, yes.

Q But in that time period. I am trying to nail down the time period. It's April when we were supposed to deliver 75, it's May when we were supposed deliver to 225, and it's June when we were supposed to deliver 230, correct?

A Same time period.

Q All right.

A The volumes clearly weren't delivered. So we want to make sure we make that point for the

Page 181

ninth time, I think.

Q We understand your point on that one. Clear.

A Maybe.

Q Okay. I want to focus now, Mr. Kahaian, on paragraph 38 of your expert report.
And I think you actually alluded to this earlier in your deposition that -- that you -- you gave a credit back to Navistar in the form of -- we'll call it offer proceeds for offers that were made to purchase impacted units that were not accepted, correct?

A Correct.

Q And here it states that there were six impacted units that offers were made toward, and based on your discussions with management, you determined that you were going to reduce the damages by 110,000 because Central even -- they didn't -- they didn't accept the offers, correct?

A Yes.

Q Okay. And do you recall who made these offers?

A I don't.

Q Okay.

A There is references to Bates stamped information that --

Page 182

Q (Interposing) Yeah, yeah. I've got those documents here with me. I am going to pull that up.

A **That might refresh my recollection of who it was.**

Q Do you recall if they were in -- actually, what time period do you recall those offers were made?

A **I would have to see the schedule. I don't remember the dates.**

Q Okay. I think you referred to two different Bates numbers that reflect these offers, and one is GLS2259. And yeah, I think that one reflects an offer that was made in August of 2023, is that -- yeah, okay.

So 2259 and 2231, do you see that?

A **Yes.**

Q Okay. In the first one, the 2259, I have that in front of me here. Let me just make this a little smaller for you.

Does that refresh your recollection as to the specific offer we are referring to? I am sorry, I can probably scroll up.

Page 183

A **Yeah, I can read it.**

Q Right down here is the Bates number, which is the same on your chart here. And then there is a little bit more background in the offer.

MR. PELTON: How many pages is this?

MR. MURPHY: It's only one page, yeah.

MR. PELTON: It looks like there is several.

MR. MURPHY: I apologize.

THE WITNESS: **Right. I referenced that document. So that's the document I am referring to.**

MR. PELTON: Can we print this?

MR. MURPHY: Sure. That will be great. I will email it to you right now.

MR. SALLAH: I can do that, Scott.

MR. MURPHY: If you want to do that I can ask you some questions, if you can bear with me here.

Q (Continuing by Mr. Murphy): So it starts with an email on August 12, 2023 from Brianne Perkins saying, hey there, I hope you are doing

Page 184

well. I wanted to check in on the last truck you have on consignment for us. Any luck?

Do you remember speaking with Ms. Perkins at all about -- about putting trucks on consignment?

A No.

Q Okay. All right. And she is emailing Steve Sevigny at 7E Sales, LLC. And he says in response, we have a few guys looking here all of a sudden. Funny you reached out. We have these guys maybe needing four to five. We have turned down lots of ridiculous offers. Have you moved a bunch of them, he says. And then she responds, lot, no.

So it continues on to the point where they state finally, they say, I have an offer from Steve for five trucks. The one he has on consignment and the four below. He wants 20,000 each for these units -- 20,000 each. They are priced at 25,000 currently. And the one consignment would be 27,000. These four trucks are currently being prepped for service; however, we have 31 other trucks to choose from so this would not short us. Thoughts?

Page 185

And is it your understanding that Navistar ultimately rejected -- excuse me. GLS ultimately rejected that offer, correct?

A **That is my understanding, yes.**

Q But in your report you said, look, they made an offer for 20 grand for five trucks, they rejected it. I am at least going to give them the credit for those five trucks for a total of $100,000, is that correct?

A **Right. I asked for -- well, yeah, that's correct.**

Q Okay. You say, as a result of an offer being made, I conservatively considered the offer proceeds as an additional offset against the expected resale value?

A Yes.

Q All right. Now if -- if GLS had received other offers under similar circumstances where they just didn't want to sell them for the price the person was offering, would you similarly give a credit toward the offer proceeds, if that, in fact, had happened?

A **Well, I think, you know, from discussions with Mr. Blain, he said that they did get offers but they weren't bon fide offers, meaning somebody**