# Exhibit B



Navistar, Inc.
5850 Granite Parkway, Suite 700
Plano, TX 75024

P: 972-377-1208
C: 469-422-9042
E: sean.carmichael@navistar.com

Sean Carmichael
Vice President
Southwest Region

April 8, 2022

Mr. Kyle Blain
GLS LeasCo, Inc.
12225 Stephens Rd
Warren, MI 48089

Dear Mr. Blain,

Navistar is working diligently to secure production dates as early as possible based on the current production environment. At the time of this letter Navistar can supply (1,100) new 2023 International LT/RH production slots from January 2022 thru June 2022. The production availability dictates that the trucks will be 2023 model year. This Letter Agreement is intended to replace the previous agreement among GLS LeasCo., Summit Truck Group and Navistar dated July 13th, 2021.

## New and Used Quantity and Pricing per unit:

(500) 2023 International RH A26 Day-cab Tractors (Proposal: 3202-44).............................. $116,317*
*For Bendix Prewire with credit for aftermarket install of Radar add $1,839
RH A26 optional coverages:
- 48mo / 400,000 mile Custom Service Contract - Chassis Warranty......................$2,750
- 48mo ($550 per occurrence) - Towing Warranty..........................................................$650

(561) 2023 International LT X15 Day-cab Tractors (Proposal: 9219-02)..............................$116,317*
*For Bendix Prewire with credit for aftermarket install of Radar add $1,839
LT X15 optional coverages:
- 36mo / 400,000 mile Custom Service Contract - Chassis Warranty...................... $3,200
- 36mo ($550 per occurrence) - Towing Warranty.........................................................$550
- 36mo / 400,000 mile Engine & After-treatment...........................................................$1,875

(39) 2023 International LT X15 Sleeper Tractors (Proposal: 2746-59)..................................$137,754
LT X15 optional coverages:
- 60mo / 600,000 mile Custom Service Contract - Chassis Warranty.................... $6,100
- 60mo ($550 per occurrence) - Towing Warranty..........................................................$800
- 60mo / 600,000 mile Engine & After-treatment............................................................$5,780

ALLEGIANCE00000089

New Truck Delivery – based on available production at the time of this letter

| New Truck Build Month | RH New Truck Builds | LT New Truck Builds | Trades |
|---|---|---|---|
| January | 42 | | 0 |
| February | 32 | | 0 |
| March | 342 | | 0 |
| April | 42 | 300 | 0 |
| May | 3 | 339 | 0 |
| June- Spillover month | | | 0 |
| Total | 461 | 639 | 0 |

## New Truck Pricing to include the following:

- Payment 30-day terms with $25.00 per day liquidated damages per unit for late funding of new units.
- 48mo / 400,000 mile optional trade residual for MY23 RH A26/LT X15 Day-cab 6x4 at $55,000
  - Higher Optional Trade residual value if Central adds aluminum wheels and virgin rubber to the trucks at turn-in $2,000 estimated additional value.
  - Requires the execution of a separate Optional Trade Back ("OTB") Agreement which will include notification of intent to exercise the option 8 months prior to the 48th month anniversary of the trucks delivered under this agreement. Subject to replacement new truck deal finalization, production slots will be secured.
- 48mo / 400,000 mile optional trade residual for MY23 LT X15 Sleeper 6x4 at $58,500 which includes virgin rubber at turn-in ($1,000 deduct for non-virgin rubber at turn-in)
  - Requires the execution of a separate Optional Trade Back ("OTB") Agreement which will include notification of intent to exercise the option 8 months prior to the 48th month anniversary of the trucks delivered under this agreement. Subject to replacement new truck deal finalization, production slots will be secured.
- 48mo / 400,000 mile Engine and After-treatment warranty.
- 2023MY steel/commodities surcharge and updated shipping charge for 2022 orders
- Bendix Fusion prewire only (RH A26 Day-cab & LT X15 Day-cab models only) (Navistar add for secondary market only). Unit price above of $116,317 includes reduction in lieu of radar installation credit. If credit for radar aftermarket install is requested at time of order, please see aftermarket install feature code price listed above.
- International 360 and Fleet Health – *included in Intelligent Fleet Care on all 2022 models and newer.*
- Advanced Preventative Maintenance – *included in Intelligent Fleet Care on all 2022 models and newer.*
- Navistar Fleet Charge – Navistar will work with Central Transport to facilitate establishing an account for Central Transport and Universal Truckload Services with 60-day terms and appropriate credit line for each company, based on terms and conditions to be established.
- Financing – financing may be available through Navistar Capital at market interest rate on all new trucks ordered from Navistar in this Letter Agreement.
- NED Software – all maintenance locations
- DLB Software – all maintenance locations
- Navistar onsite and web training for all locations.
- Fuel Analytics – Software *under development with no release date currently*
- The CY23 and CY24 price increase will be based on the greater of a 1.5% increase or the change in the PPI Industry code, Transportation Equipment Truck and Bus Body - WPU1413, comparing an average of the 6 months index values prior to the first produced unit in CY23 and CY24 to an equivalent period the prior year. The annual economic price increase will be based on the last invoiced price including surcharges.

ALLEGIANCE00000090

- _Price guarantee_ does not include government mandates, greenhouse gas increases or associated costs, specification changes, additional destination charges, vendor price increases and availability, model discontinuation, or extended service contract price updates.

## No Trade Agreement Notes:

- Navistar agrees to pay Central $6,200,000 upon payment for the MY23 1,100 new units under this Letter Agreement.
- Disbursement of funds will be as follows:
  - Check in the amount of $600,000 made out to LGSI
  - Check in the amount of $4,000,000 made out to Central Transport
  - Fleet Charge Credit of $1,600,000 applied to Central Transports account
- Central/Universal and PAM Transportation will dispose of all 941 trades associated with this package. Late model units outlined below.
- (827) 2018-2019MY DayCabs to include:
  - Up to a 1 year, 100,000 mile after-treatment warranty. Such warranty will be cancelled upon delivery of a corresponding new truck delivered in the same month.

Prior to delivery of new units, Central to provide VIN number of units being taken out of service in that month.

| Company | Year | Make | Model | Description | Count | Average Residual or Purchase Offer | Preferred Term Mileage | Return Start Date |
|---------|------|------|-------|-------------|-------|------------------------------------|------------------------|-------------------|
| Central | 2017 | International | PROSTAR | Daycab - Tandem Axle | 73 | $36,000 | 400,000 | May 1, 2022 |
| PAM | 2017 | International | PROSTAR | Daycab - Tandem Axle | 28 | $36,000 | 250,000 | May 1, 2022 |
| Central | 2018 | International | RH613 | Daycab - Tandem Axle | 612 | $57,000 | 400,000 | May 1, 2022 |
| Central | 2018 | International | LT62F | Daycab - Tandem Axle X15 | 10 | $58,000 | 400,000 | May 1, 2022 |
| ULH | 2018 | International | LT62F | Skyrise Sleeper | 13 | $56,000 | 150,000 | May 1, 2022 |
| Central | 2019 | International | RH613 | Daycab - Tandem Axle | 205 | $65,000 | 300,000 | May 1, 2022 |

Total  941

- GLS LeasCo. agrees to supply Navistar a VIN list for all 941 trade units associated with the "No Trade Agreement".
- GLS LeasCo. will work with Central/Universal and PAM Transportation to allow Navistar the opportunity to replace connecting rods prior to the sale/auctions of units that are currently in-service RH A26 units within the suspected production range of connecting-rod issues and within population targeted for proactive repairs
  - Navistar service team to provide VIN list for affected group and will be in contact with Central Transport on logistical details.
- Navistar UTO is requesting first right of refusal to purchase Central/Universal/PAM International branded trade units if they are being priced for sale at or below equivalent OTB values (*OTB values in chart above represented as residual value or purchase offer).
- As part of the "No Trade Agreement" associated with the $6.2M payment, Central/Universal and PAM Transportation have been compensated for the following:
  - Assistance for the disposal of the 941 units included in the table above.
  - Rental invoices associated with delayed current and future production on units that were to be in serviced in the first quarter of 2022.
  - Rental invoices associated with previous model year(s) delayed production resulting in 2017-2019 International trade units remaining in service.
  - Rental invoices associated with downtime associated with QLS, connecting rods issues and DPF/DOC items.
  - OnCommand/3G/4G and 5G communication devices associated with all model year 2018 - 2020 units. All expense to add such communication devices for model year 2021 and newer will be at Central/Universal and PAM Transportations expense moving forward.
  - This Agreement Letter is all-encompassing for any and all current or future issues for 941 model year 2017 - 2019 International units and terminates any and all other agreements pertaining to these units.

ALLEGIANCE00000091

Thank you again for your business and continued partnership!

Kyle Blain
Vice President, Maintenance
GLS LeasCo, Inc.

5/12/22
Date

Sean Carmichael
Vice President, SW Region
Navistar, Inc.

4-8-2022
Date

Allegiance Truck Group

Date

ALLEGIANCE00000092