# Exhibit F

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GLS LEASCO, INC. And )
CENTRAL TRANSPORT LLC, )
)
PLAINTIFFS, )
)
VS. ) CASE NO. 23-cv-12927
)
NAVISTAR, INC, )
)
DEFENDANT. )

--------------------------------------

ORAL DEPOSITION OF

JIMMY DEAN LOLLIS

AUGUST 6, 2024

--------------------------------------

ORAL DEPOSITION OF JIMMY DEAN LOLLIS, produced as a witness at the instance of the PLAINTIFF, and duly sworn, was taken in the above-styled and numbered cause on the 6th of August, 2024, from 9:01 a.m. to 4:52 p.m., before Jennifer Norman, CCR in and for the State of Arkansas, reported by machine shorthand, at the 1130 East Millap, Fayetteville, Arkansas 72703, pursuant to the Federal Rules of Civil Procedure.



**Page 258**

A. Oh, yeah.

Q. And this is -- this sort of information you had access to in creating those charts that we looked at earlier?

A. Yes.

Q. All right. Okay.

A. Is that it?

Q. For that one, yeah.

A. Okay.

MR. DAVIS: Just look through the last couple ones. We may be done. Actually, you know what, just give me five minutes. Let me make sure I don't have anything else, and then we'll be done, and you can ask your questions. Just let's go off the record five minutes.

(Recess from 3:45 p.m. to 3:51 p.m.)

Q. If you're ready, we can go back on the record. I just have a few more docs. One just general question. I've seen the term soft DTU. What is a soft DTU?

A. So --

MR. MURPHY: Object to the form and foundation.

Q. Are you familiar with that term?

**Page 259**

A. Yes.

Q. What is it?

A. Okay. So a DTU is when Central gives us their in-service date and we go into the system and we basically start the warranty and everything. Okay?

So a soft DTU is when International wants to go ahead and show those trucks as delivered and sold, so they ask us to just send in a soft DTU, which is a DTU date so they can place it in their -- I guess their book showing trucks are delivered and DTUs so they can have an account for the month. There's probably more than one reason they do that.

So that's pretty common on big fleet orders to do that for Navistar. And then what happens is I keep a record of that. And then when Central comes in and says, hey, DTU these six trucks, or put them in service, I'll put those dates in, and then I will send that over to Chas Voyles, and then he will go in and correct the DTU date.

Q. Okay. So I was just -- well, that's fine. What was our last exhibit, by the way?

A. 75. 75.

Q. All right. I feel like I did 76. Hang on just quickly. Last couple ones, and we're done. So this is 76. This is another email with you and Olawale

**Page 260**

Akinosho dated 6/8/2023.

(Exhibit 76 marked for identification.)

A. Okay.

Q. So you say no communication on that; right? As far as you know, you don't have any extra communications reflecting that?

A. On when they actually asked to have it put back on? I honestly don't. I don't know why, but I'll see if I can find that.

Q. Well, that's when was on in the system. That's when it was turned on in the system is what you you're saying; is that right?

A. Say that again.

Q. Is that the day you're saying it was turned back on in the system, not necessarily the date that they agreed to the pre-wire; is that fair?

A. It was when I re-added it to the -- to the truck orders.

Q. Okay.

A. That's my assumption.

(Exhibit 77 marked for identification.)

Q. Okay. Here's 77. This is an email with you and Maria Averhart. And I don't know if we have to pull it out, but we looked at the 2/17 draft email -- draft agreement we discussed earlier. Do you remember that?

**Page 261**

A. Excuse me. Say it again.

Q. We discussed earlier a draft 2/17/2022 agreement that was sent to you from Carmichael. We can go and look through it if you want to in the exhibits. But do you remember that?

A. I'm not sure. We've went through so many of them I'm not sure what you're talking about.

Q. All right. Do you remember at some point you did receive a draft -- a draft of the agreement for 1,100 trucks?

A. Oh, okay. Yes.

Q. Okay. So this is the next day after that, 2/18/2022. And you emailed -- I'm sorry. I didn't give you this. You email Maria Averhart, and you say: OID 638401 is at step 34.

What's step 34 again?

A. Step 34 is where the trucks are basically built and waiting to be released, either going through final inspection or they may have -- they may be holding them after production because there may be a part missing.

Q. Is there, like, a manual or a guide book or something that goes through what these steps are and what they mean?

A. If you find one, I would love to see it. So --



**Page 262**

Q. Okay.

A. I've just learned it by going through them. So usually it's step 21; step 28; step 34; step 60.

Q. Those are the only steps that you're aware of?

A. There may be a whole bunch of them at engineering that they use. I am not familiar with any more.

Q. Those are the more commons ones you worked with?

A. Those are the ones we worked with in sales, yes.

Q. All right. So in this email, you tell Maria: Are these being held for Bendix CMS? Central and Universal have agreed to the pre-wire option on all 22 orders.

A. Uh-huh.

Q. So does that refresh your recollection that as of at least 2/18, all the prewire was back on for all of the vehicles?

A. That sounds correct.

Q. All right. Do you know why it wouldn't have been updated in the system until 3/2/22?

MR. MURPHY: Object to the form.

A. I -- I don't know.

Q. All right. Let's see.

A. Well, I will take that back.

Q. Go ahead.

A. So I know that -- and I'm just going by a vague

**Page 263**

recall and memory. There was a back-and-forth on whether to take collision mitigation or not. And I know I may have had that confused with the Bendix brakes also, because we had a back-and-forth with whether to add the Bendix brakes when that became the only option we had available for those disc brakes.

Q. The brakes, was that the Wabco brakes issue, or was this a different brake?

A. The Wabco brakes. Did I say Bendix?

Q. Yes, sir.

A. We had Bendix, and then Wabco became the only option. So we went back and forth on that. It seems like we did go back and forth on collision mitigation on adding it and not adding and it going back and forth.

Q. All right. Well, we discussed the Wabco brakes before. You said that you thought that was the October and November '22 time frame?

A. It was -- it was later on in the production.

Q. Okay. After all the trucks were supposed to have been --

A. Exactly.

Q. -- assembled?

A. Yeah.

(Exhibit 78 marked for identification.)

**Page 264**

Q. Okay. So this is Exhibit 78. And, again, this was produced from your legal file, I believe. It was certainly produced by Allegiance.

A. This is just a list of emails that they -- Navistar asked me to produce for them.

Q. So this is basically an expanded version of that document we already looked at where you are identifying your communications with either Joe, Kyle, or Brianne about the changes --

A. Yes, I would say so.

Q. -- in the system?

Okay. So, again, looking at this, this would have been everything that you had at the time you were asked by Sean to put this material together?

A. I would -- I would probably say it's everything that I found that I thought was pertinent to what y'all were asking for, what they were asking for.

Q. Okay.

A. I'm not saying it's everything I had. Again, there's many things that I probably don't have anymore because I've lost a lot of emails in the changing of everything. You probably have more from my Allegiance email than I have.

Q. I understand. But as far as you know, this was complete and accurate when you gave it to Sean and

**Page 265**

things that you thought were relevant to communications with people at Central about changes in the production order?

A. I agree with that.

Q. All right.

MR. MURPHY: That was Exhibit 77?

MR. DAVIS: That was 78.

MR. MURPHY: 78? So what was 77?

MR. DAVIS: 77 was CMS, the 2/18 Bendix being added to all orders.

MR. MURPHY: Okay. All right. I must be missing one. Are those all in order?

MR. EVERETT: I got it.

MR. MURPHY: I just marked it as 76. But -- so that's 77? I must be missing 76 then. Is there a 76?

MR. DAVIS: Yeah, there was.

MR. EVERETT: There is. There is 76.

MR. DAVIS: My sloppy handwriting.

MR. EVERETT: Pardon?

MR. DAVIS: Is that my sloppy handwriting?

MR. MURPHY: And is there a 75 in there too?

MR. BLAIN: There is a 75, too.



**Page 266**

MR. EVERETT: There is a 75.

MR. DAVIS: 75 was before the break. It was the last one before the break.

MR. MURPHY: So this one was 76? That's what my confusion is.

MR. DAVIS: Yes.

MR. MURPHY: That's my mistake. Misread it. All right.

(Exhibit 79 marked for identification.)

Q. All right. So this is 79. This is another of the communications between you and Mr. Fink in June of 2023. Just to confirm --

MR. BLAIN: 79. It's getting late.

MR. MURPHY: I need some help here.

Q. And this chart is reflecting the orders that were placed for the Central, Universal, and PAM trucks under the agreements in question; correct?

A. Yes.

Q. All right.

A. This is after the LTs were substituted.

Q. And that was going to be my question. So when you see the Central orders crossed out, that means those ones are canceled?

A. Those were canceled orders, yes.

Q. And then they shipped it into the new order IDs

**Page 267**

for the LTs; right?

A. That's correct.

Q. So this date of 3/29/22 means that switch from RH to LT occurred in March of 2022?

A. That's the day that I ordered the trucks.

(Exhibit 80 marked for identification.)

Q. Okay. All right. And I think this is the last one. Number 80. Nice round number.

MR. BLAIN: 80.

Q. And this is an email part of the CT-legal folder you sent to Carmichael on 11/8/2023 --

A. Uh-huh.

Q. -- correct?

A. Yeah, it looks like it. Yes.

Q. All right. So you sent him a copy of the 2022 agreement, and you said: By the date Kyle signed the agreement for the 2022 order the following. And it's: 75 Central trucks had been built; 244 Universal; 82 delivered. Right?

A. Yes.

Q. Is that -- where would you have pulled that information?

A. That same -- from Navistar's website.

MR. DAVIS: All right. I'll just consult with my client, and then I think

**Page 268**

we're done.

(Recess from 4:02 p.m. to 4:04 p.m.)

MR. DAVIS: I am done.

EXAMINATION

BY MR. MURPHY:

Q. All right. Mr. Lollis, my name is Scott Murphy. I'm counsel for Navistar, and I just have a few handful of questions here I would like to ask you.

Earlier you had discussed production timing, how that changed pre-COVID versus post-COVID. Could you explain production, at least from your understanding, what the production environment was like post-COVID?

A. Obviously, production was pushed out and also we were allocated trucks. So they couldn't build as many trucks as they needed to build. Is that what you're asking? This is post-COVID, after COVID began.

Q. So when you say they couldn't build as many trucks as were in demand, so there's more demand than there was supply at the time?

A. Obviously, since you couldn't -- people weren't able to get trucks earlier and they needed trucks, now these people -- now you get people that need trucks this time. So all the sudden everybody is piling on each other. So there seemed to be a larger demand

**Page 269**

than supply of truck for sure.

Q. Okay. And you had also mentioned that the production was -- the production order board or the production process was a fluid process. What did you mean by a fluid process?

A. Yeah. It was moving daily. It was moving in, moving out.

Q. Okay.

A. Again, I was seeing, just as an example with a Central truck order, at one time they had taken almost -- many of the order, it was a large group of those orders and pushed them into 2023 so they could clear the boards so they could figure out how to pull them back in and get them to work with the parts -- the way I understand it, it was parts and availability and stuff that they had to work with.

Q. And were you the main liaison between Central and Navistar as the dealer?

A. I would say in some respects, yes. But I know that Sean and Justin also spoke regularly with Kyle. And I dealt a lot with the logistics part, which would have been Joe Hanvey and Brianne Perkins.

Q. Okay. And what was Brianne Perkins's position, if you know?

A. I really don't know what her exact title or

**Page 270**

position is. But she's a -- she's, like, probably the go-to person that you need for doing most of shipping, delivery, some specifications. You know, just your basic logistics of getting the trucks done after they're built.

Q. Would she provide information to you concerning where to deliver the trucks?

A. She would give me the terminals to deliver them to.

Q. And were those terminals -- were they in a certain geographic area, or were they scattered through the United States?

A. Through the United States, basically. I think we had over 40 places we drop-shipped to, which is fine.

Q. Okay. I want you to refer back to Exhibit Number 37.

A. Okay.

Q. Now, you were asked some questions about this exhibit. And I wanted to get what your understanding of the agreement was. If you look down to the section that says "new truck delivery," do you see that? On the first page --

A. Oh, yes.

Q. -- toward the bottom? And then if you flip to the next page, there's a chart.

**Page 271**

A. Yes.

Q. Do you know who came up with that chart?

A. That would have been given to us by someone at International.

Q. Okay.

A. And I'm not sure -- by looking at the typesetting, I don't think -- a lot of times I will do the charts after I'm given the information.

Q. Right.

A. This doesn't look like my chart.

Q. And this specifically deals with delivery of trucks; correct?

A. Delivery, and then what trades they'll be able to absorb.

Q. Okay. Is there a distinction between delivery and a production build date?

A. Yes.

Q. Okay. What is thet distinction?

A. Production date, let's say production is 1st of July. Build date, it may be two or three days to complete, get past step 34. And then with Central Transport, they will go to the truck service center which is an on-site after-production facility that does details and front bumpers and any other items that Central would like to put on a truck before

**Page 272**

they're delivered.

Then they'll go to TruckMovers. And depending on where it's at, it could take three to -- three weeks or better to get it to the location. So there's a good chance you're looking at a month to maybe six weeks after the production date as of delivery, again, depending on how far it goes.

Q. And in your experience, how long was the actual production process, like when the trucks were going to start being built at Navistar versus when they would be completed?

A. Well, I mean, a completed truck -- Navistar can build a truck in a day. I mean, if you've been to the production. When it's a -- as long as what they call comes off clean, in other words, it comes off built as ordered and with no missing parts or anything like that or no damage.

Q. Now, when you go back to the first page here under the last paragraph there where it says "new truck delivery," there's a line in there that says "based on available production at the time of this letter."

What did you understand that to mean?

A. Basically just what it says: Based on available production at the time of this letter.

Q. Okay. So if that production availability changed,

**Page 273**

then the timing in that chart on the following page would have to change; correct?

A. It could. But also are you not saying that based on -- well, you're saying it's based on availability at the time of the letter?

Q. Correct.

A. Okay.

Q. And did thet production availability change after this letter agreement?

A. Well, yeah, obviously production availability changed through 2022 and 2023.

Q. And would you have communicated those changes to Central as the dealership?

A. Yeah, I would --

Q. Rephrase the question?

A. It wasn't required of me, but I did that.

Q. And how frequently would those communications be?

A. Well, as I showed a minute ago, the ones I showed were almost monthly. But I'm pretty sure I did -- as production started to ramp up, I usually tried to do that once a week. So I have to go back and look at my schedule on that, but that's what we usually tried to do.

Q. Now, if you could move on to Exhibit Number 52, please. And this --

**Page 274**

MR. DAVIS: Can I see that real quick?

(Witness tenders exhibit.)

Q. And this is a communication dated January 14, 2022, between you and Joe Hanvey.

A. Joe, yes.

Q. And what was -- to your understanding, what was Joe's role at Central?

A. Joe was -- he was over a lot of the specification details of the trucks.

Q. And when you say "specification," does that mean specifically what type of truck they want to order from Navistar?

A. Yes. And, again, what type of equipment would be on the truck.

Q. So in this e-mail to him, you're saying in the second line there that you understand there are a few details to work out with Sean, but I need to make spec changes now if we're going to make the first production dates. Do you see that?

A. Sure.

Q. And do you recall when you received responses from Joe concerning those spec changes?

MR. DAVIS: Asked and answered.

A. I don't remember off the top of my head when I got with Joe on that. I think some of the details was for

**Page 275**

sure we needed to know which trucks were going to be Central's and which trucks were going to be Universal's because those are a different spec.

Q. And would he have typically communicated that to you in an email, or would he call you? Or how did you guys usually communicate?

A. Get it in an email. But sometimes they would call. And, again, he would obviously deal -- Joe would handle the high level of that, all of Central's, and then give me a perspective of what Universal wanted, but then I would get with the folks at Universal to cover everything.

Q. Now, the production environment back when we looked at that prior exhibit back in July of 2021, did that change when you were communicating with Joe on this email in January of 2022?

MR. DAVIS: Objection to form.

A. The -- well, the production environment was changing.

Q. As far as production timing.

A. Again, until I get the trucks in the system, I don't know exactly what date the production will be. I mean, you can get a -- they'll give you -- you can get an email sent to you or, "hey, here's certain production," but you don't know exactly how they're

**Page 276**

going to set them up until the factory sees the orders and gives us the production dates at that time. And then those will be moving back and forth for a while.

Q. Would you say that production dates were constantly changing during your -- during the 2022 time frame?

MR. DAVIS: Objection to form.

A. That, I would probably -- it did seem, like I said, it was a very fluid situation on production dates. And a lot of that had to do with, I think, from what I understand and what we saw, was parts availability.

Q. Okay. And do you recall which parts that you were having availability -- or that Navistar was having availability issues with?

A. They didn't really give us a lot of information on that. I know the biggest thing that Kyle and I worked on for a while was tires; but that never really slowed us down. We just had to -- Central likes Continental tires; and those were in short supply. But Navistar would give us an option of: We can do this, this, and this. And Kyle was open to those changes.

Q. All right. If you could turn to Exhibit 55, please.

A. 55?

**Page 277**

Q. Yes, sir.

MR. EVERETT: Okay.

THE WITNESS: Do you want to see?

MR. DAVIS: All right. Go ahead.

Q. Now, this is -- and we've looked at this earlier today. This is an email from you to Maria Averhart and Ana Judith Marroquin?

A. Yeah. Good luck with that.

Q. I tried with that one. And was this the first time you recall there being kind of a major, you know, order shift in timing that was being communicated to you from Navistar?

MR. DAVIS: Object to the form.

A. It was -- I'm not sure if it was the first time I had noticed -- I had done that, but I know that we were starting to see these orders not settle into a normal production pattern that I was expecting. And I was wanting to make sure they understood these things needed to be looked at and addressed.

Q. Okay. And when you flip to the next page, production start dates as of February 8, 2022, and you see those dates being pushed back significantly --

A. Yes.

Q. -- is that correct? Yeah.

And would you have communicated that



**Page 278**

information to Central?

A. Not yet. Because they weren't -- again, this is all place- -- place-marked production. As you can see, they've got them built in 8/21 of 2023 down here at the bottom. So obviously they have just pushed those out so they can start working on pulling them back in.

So no. I was wanting them to get this as straight as possible before we communicated with Central. And that's -- it's not unusual to see dates, especially in this environment, that they moved around like this.

Q. And what was the chart that you were attaching there to this email?

A. As far as this?

Q. No. Like, actually, there was another Excel spreadsheet there on there.

A. Oh, I don't know except that it was my -- my standard spreadsheet that I normally do that shows all the build dates on it.

Q. Okay.

A. I'm assuming that's what it would have been. I don't know that.

Q. Yes, sir. In that first column there where it talks about company, UTS, I'm assuming that's

**Page 279**

Universal Transport?

A. Yes.

Q. Okay.

A. Now, which chart are you on now?

Q. The same -- the Excel spreadsheet.

A. I'm sorry. I'm sorry. I gotcha.

Q. It was the actual attachment.

A. Oh, I see. Yes.

Q. Okay. And where it says UTS -- "company UTS," but then it says "as ordered in CT," what is the distinction?

A. So these were all -- when the trucks were first ordered to get them in the system, they told me just to go ahead and order all of them Central.

Q. Okay.

A. So that way, at least we could get them in the system and start getting a production date set up. And then we went back later and changed those to Universal after Joe and Universal gave me the exact count for each company.

Q. Sure. And if you kind of flip down there, at some point the UTS changes to two columns being Central and Central. Do you see that?

A. Yep, I see that.

Q. Okay.

**Page 280**

A. And then there's more UTS on there.

Q. Oh, yeah. There is more UTS. I want to flip toward the end of -- if you go to Page 6 of that Excel spreadsheet, there's a column that starts, and it's red.

A. Uh-huh.

Q. What does that reflect?

A. I don't know off the top of my head on that one.

Q. Okay.

A. I might have had inserted a column -- a note there for myself for some reason or another.

Q. All right. And then the next column there where it says "date," I'm assuming that's when the production date would start?

A. That's when they were set, yeah. That's when it was showing in the system at the time. Which, obviously, as you go back there to the back, then they start really showing up in red because they're in 2023.

Q. Got you. And from the date of this production date here, what was the typical time frame for that truck to actually be built and then delivered to Central?

A. Say that again. I'm sorry. What's your point?

Q. So from the production date in that fourth column,

**Page 281**

what was your expectation as to when the truck would actually be delivered to Central after that production started?

A. Well, again, if they come off clean and they're not being held for parts like we said earlier, probably four to six weeks.

Q. Okay.

A. Typically, if they're really close to Texas where they come across at Laredo, then it might be quicker. If we're going to Blaine, Minnesota, it may be another two weeks.

Q. So at least according to this chart in February of 2022, these trucks on Page 6, the expectation -- the Central trucks, the expectation they would be delivered sometime in mid-July -- in mid-July?

MR. DAVIS: Object to the form and foundation.

A. You're saying February of 2022?

Q. That's when this email was sent, February of 2022.

A. Oh, okay. Well, again, you've got to look at the production date and when they expect to build them. You know, I would add, you know, a minimum of four weeks to that.

Q. Okay.

A. Maybe four to six weeks. Again, I would just say



**Page 282**

that on this chart, I didn't rely on any of these numbers at all, now.

Q. Right. On Page 7, 8 and 9 and 10 and 11 and all the way through 13, those production dates get pushed really far out --

A. Sure.

Q. -- into 2022?

A. They're not realistic.

Q. And what was your understanding of what was going on there?

A. Again, I was told --

MR. DAVIS: Object to the form. Calls for speculation. Go ahead.

A. I was told that -- and I had never seen this before, either, to this extent. But I was told that they were trying to work through scheduling all of the trucks; and there was so many trucks in the system that they had to take and move them out so they could clean up their calendar, I guess, their production chart, and then bring them back in.

Q. Okay.

A. So...

Q. Now, if you could turn to Exhibit 57. And you were shown a copy of a draft sales agreement between Central Navistar and Allegiance. Do you recall that?

**Page 283**

A. Okay.

Q. And on the second page of that -- excuse me -- that would be the -- in the bottom right-hand corner, there's a little number there. Go to 16308. Do you see that?

A. Yes.

Q. Okay. And it has that chart down there. Do you see the chart?

A. Where we at?

Q. Right here.

A. Oh. I think I'm on --

Q. It's the cover page of that draft agreement --

A. Yes.

Q. -- right? And, again, you see that language "truck delivery based on available production at the time of this letter."

What is your understanding of what that meant, "based on available production at the time of this letter"?

MR. DAVIS: Object to the form. Calls for speculation.

A. So to me, if you went in -- if you would go into Navistar's production and see where they're at on production at that time, then that would be what this implements. Again, I don't have a way -- I don't, as

**Page 284**

a salesperson, have a way of going in and go, "okay, if I put in the order today, it will be built this day." I have to wait until I put the order in and see where it comes up at.

Navistar would come back, you know, usually and tell me, "okay, we can build them now, now and now, so go ahead and put them in." And then I would look at it and go, "okay, well they're not in those dates you gave me or those time frames, so let's pull them back in," and they would usually work through that.

Q. Right.

A. So, basically, to me, it tells me that whatever they see as production dates that particular day of this letter, that's the dates they could guarantee.

Q. And then if those production dates change, then they will inform you of that?

A. I was not informed. I would have to go through. When I was seeing these numbers change, I was looking at them myself.

Q. Okay.

A. And usually I was reporting those to my Navistar people.

Q. And then you would also report those to Central as well when the production --

**Page 285**

MR. DAVIS: Asked and answered.

A. When I thought they were correct, yes. Sorry.

Q. And then this chart is interesting because it says "new truck build month," and then it has "RH new truck builds," "LT new truck builds."

Is that -- to your understanding, did that mean that's when the trucks were going to be built?

A. Yes.

Q. Okay.

A. Those were the months they would be built.

Q. As opposed to being delivered to Central --

A. Correct.

Q. -- correct? So those are two different dates?

A. Yes.

Q. Okay. Moving on to Exhibit 79.

A. 79?

Q. Yes, sir. Now, you had been asked some questions about this chart. And I believe you testified that the March 29th, 2022, date was the date you ordered the trucks -- the new trucks for Central with the LT as opposed to the prior order which was an RH; is that correct?

A. That looks correct, yes.

Q. Okay. And what was the cause of that change in



ARKANSAS
REALTIME REPORTING

www.ArkansasRealtimeReporting.com