EXHIBIT K-6
WIT: Kahaian
DATE: 2-12
Angela Hemby, CSR-5113

# UTO Monthly Summary & March 2022 Results

# April is full of events!











# ROCK YOUR SOCKS

## IT'S WORLD DOWN SYNDROME DAY!














ROCK YOUR SOCKS

IT'S WORLD DOWN SYNDROME DAY!

*CONFIDENTIAL and Proprietary to Navistar*





# ROCK YOUR SOCKS

## IT'S WORLD DOWN SYNDROME DAY!






**NAVISTAR®**

*CONFIDENTIAL and Proprietary to Navistar*

CONFIDENTIAL

NAV00019853





ROCK YOUR SOCKS

IT'S WORLD DOWN SYNDROME DAY!

We'd like everyone to take a day to volunteer in any way you wish to impact and make a change within your own community.

Make a difference, send us pictures to share and enjoy giving back to our communities for generations to come!



"How wonderful it is that nobody need wait a single moment before starting to improve the world"

**NAVISTAR**®

NYSE NAV

CONFIDENTIAL

*CONFIDENTIAL and Proprietary to Navistar*

NAV00019855

 

**ALLIANCE** *for the* **GREAT LAKES**

# JOIN AN ADOPT-A-BEACH CLEANUP!



**BEACH**

**DATE**

**TIME**

- Click this link to register

31st Street Beach

- **April 23, 2022**

- **9:30am – 11:00am**

- Open to Navistar employees and friends. 31st Street beach is in Chicago, just south of McCormick Place and accessible by DuSable Lake Shore Drive. There is a metered parking lot in front of the beach or it is directly on the lakefront path for those in Chicago who would like to bicycle.

**NAVISTAR**

NYSE NAV

CONFIDENTIAL

**CONFIDENTIAL and Proprietary to Navistar**

NAV00019856



# Mud Pie

16 oz Oreos
1 cup margarine
8 oz cream cheese
1 cup powdered sugar
16 oz cool whip
1 lg chocolate instant pudding
2 ½ cups milk

Crush Oreos and spread in greased 9x13 pan (keep 1 cup aside). Melt margarine and pour over Oreos. Refrigerate one hour.

Mix cream cheese, powdered sugar and cool whip (keep some cool whip aside for top). Make the pudding per package, pour over cream cheese mixture. Top with remaining cool whip and sprinkle remaining crushed Oreos over top. Refrigerate 2 hours.

**NAVISTAR**®     *CONFIDENTIAL and Proprietary to Navistar*

CONFIDENTIAL

NAV00019857

# Recipe coming soon: Pesto Sauce



CONFIDENTIAL and Proprietary to Navistar

# March Month UTO Net Margin

- Continued good profit on 145 units sold vs. forecast of 152. $16k/unit gross margin, and $8k/unit net margin on average
- Fell short of forecast for second straight month. This month we fell short by approximately **($1M)  Main issue driving shortfall was reserve taken on Penske purchase package due to slow initial sales**





**NAVISTAR**®

*CONFIDENTIAL and Proprietary to Navistar*

# March Month UTO Net Margin

- YTD sales of 445 units vs. forecast of 452 and Op. Plan of 601.
- Much higher profits per unit than Op. Plan driving strong positive variance to operating plan Gross margins YTD are $23k/unit vs. Op plan of $7k/unit.
- Need to "make hay while the sun is shining".





**NAVISTAR**®

*CONFIDENTIAL and Proprietary to Navistar*

**Inventory Aging > 120 Days (6%). Inventory neared 700 at month-end, with a huge influx of Penske units. Aging is extremely healthy**



- Overaged inventory is up 11 10 units since last month but steady and healthy at only 6%

- A year ago this figure was about 1,100 units and 43% of inventory.

*NAVISTAR®*

*CONFIDENTIAL and Proprietary to Navistar*

CONFIDENTIAL

NAV00019861

# Over-aged Inventory Posture





**NAVISTAR**®  CONFIDENTIAL and Proprietary to Navistar

CONFIDENTIAL

NAV00019862

# Current Inventory

**UTO Inventory @ 04/11/22 922 units**



□ Sold - on sales orders  ▣ On way to auction/export  ▣ Inbound in transit  ▣ Available for sale

## Units not on Sales Order

Cab Type



**CONFIDENTIAL and Proprietary to Navistar**

# UTO Inventory by week



Total UTO Inventory

Increase since February fueled by Penske units and JBH Freightliners.

Total Vehicles

**NAVISTAR®**  CONFIDENTIAL and Proprietary to Navistar

CONFIDENTIAL

NAV00019864

# Financial Summary – Other Metrics - Month of March

- **887 units in inventory, including 554 Penske purchases. 18% of Inventory are on sales orders.**

  - Gross inventory at $60M. Average inventory cost is $68k with Y-O-Y increase of $30k per unit.
    - 412 units not in UTC Locations

  - Receipts were higher than expected at 340 units vs. 223 compared to 2+10 fcst.
    - Market purchase of Penske units (185 units) and intake of JB Hunt Freightliners (59 units).

- Total Units under the Buying Program

  - 37 units acquired during the month under the Buying Program. Total under program to date is 129 units. 15 units > 60 days with no sales order.
  - 66 units sold – total profit booked to date ~ $0.7M
  - Program Incentives ($170k)

- Top Up Commission

  - 10 OSRs qualified for the Top Up program during the month



# Market pulse – pricing and inventory levels – Sleepers

Sleeper Truck Inventory has started to increase (up 13%), while asking prices continue to climb in March (up 3%)



Asking EVI & Inventory Trend

CONFIDENTIAL and Proprietary to Navistar

# New Truck Sales - Current Headwinds

- Planned short work week for EAP L1 & L2 due to holiday

- Continue to work thru monthly tire allocation by supplier

- Bendix ABS ECUs & Cummins ECMs continue to be concern in Mid-May
  - Actively pursuing alternative chips in secondary market

- A26 – Camtac & Bosch (Infineon chip)

- Last week, the Texas Governor issued a mandate to inspect every commercial shipment crossing the border which has resulted in a griding halt for cross-border trade.
  - We have a very large number of units produced that we cannot border cross because of significantly long lines
  - Our government relations team is actively involved

- Shutdowns in China are worsening

*NAVISTAR*®    CONFIDENTIAL and Proprietary to Navistar

NAV00019867



# CONFIDENCE PACKAGE
## FACTORY-BACKED
### ENGINE & AFTERTREATMENT WARRANTY
### + ONCOMMAND CONNECTION     + UPTIME ADVOCATE

  

NYSE NAV

**NAVISTAR**®

CONFIDENTIAL

NAV00019868

# What else is going on in UTO?

- Top Up Commission program extended to June, Buying program being tweaked, prepared for approval

- Penske package – considering "pool" program for new truck sales team

- Considering internal name change to replace the term "Used" in UTO

- 4/22 kick-off of cross-functional team to advance idea of "branded" International stores.  Used Truck retail will expand, not contract

- CPL discussion:  Again, feedback is essential.  Bring us the market feedback!  Also, don't self-censor the deals – bring them!

- Truck Stop Survey starting!  Field team / Lisle office partnership.  Getting "on the ground" feedback on our brand to help residual value action planning

- Joliet UTC opened – Grand opening on 5/5/22 ·············▶

- New Integrated Powertrain launch preparations

**NAVISTAR**®

CONFIDENTIAL and Proprietary to Navistar

## Early 2022 Priorities

- **Fast start** to 2022!  Plan calls for $10M Net Margin in 1st half  (at $9M thru 3 mos.) ✓
- Continue **buying** – have to be aggressive to win anything right now (we need Sleepers!!)✓

- **Marketing budget** – re-sized for 1st half of 2022 ✓
- **LT Warranty** – Launched Confidence package ✓

- **Package planning** implementation (Shark tank) ✓
- **EPA Consent Decree** – get going!  Plan approved, contract with partner signed, Maggie is in flight ✓

- **Co-op** deal structures – codifying "Golden OTB" rules for new truck sales 😱
- International Used Truck **"Branded store"** idea next steps 😱



# LT Residual Values Summary
Metrics moving in the right direction, but significant gap to competition persists in advertised and auction data

| Metric | Measure -ment | Metric Health | Reference Points | | | | Takeaway |
|---|---|---|---|---|---|---|---|
| | | | Current Period (3/8-4/11) | Proposed Target | Prior Period (2/8-3/7) | Trailing 3 Months Avg (Nov-Jan) | |
| Auction Prices | Gap to FL (MY 2018, 15L, mileage adjusted) | Poor | ($14,000) | +/-$3K | Insufficient data | ($10,100) | March data illustrates smaller gap; excluding Peoria auction, gap reduces favorably to ($6K) |
| Advertised Prices - Non-UTC | Gap to FL (MY18, 15L, 400K-500K miles, non-UTC listings) | Poor | ($24,000) | +/-$3K | ($26,400) | ($24,400) | Gap has shrunk for 2nd month - the first period of decline since May 2021 but remains elevated |



CONFIDENTIAL AND PROPRIETARY TO NAVISTAR

23

NAV00019871

# Truck Paper MY 2018 15L Advertised Prices

Market LT prices increased 4% Mar-Apr on average vs 1% for Cascadia, closing gap $2K
April 2022 marks the 2nd consecutive month of the gap moving favorably since April 2021

### Average Listing Price

Brand (UTC/No... ● Freightliner ● International UTC ● International-N...

$140K
$139K
$137K
$130K  $133K
$123K
$120K  $117K  $116K
$112K
$110K
$112K
$106K
February  March  April

**April Ranges**   4/1/22-4/11/22

#### Average Listing Price

|  | Cascadia - All | Cascadia 126 | LT |
|---|---|---|---|
| Listings | 92 | 55 | 76 |
| Avg Listing Price | $139,185 | $145,838 | $116.452 |
| Avg Listing Price w/o Outliers | $139,137 | $145,745 | $116.369 |

Gap for LT

| Year |  | 2022 |  |
|---|---|---|---|
| Brand | February | March | April |
| **Freightliner** | **117** | **131** | **92** |
| **International** |  |  |  |
| International UTC | 2 | 3 | 1 |
| International-Non UTC | 91 | 105 | 75 |

MY2018, 15L sleepers, 400K-500K miles advertised prices as gathered from Navistar Truck Paper Scraper; volumes represent unique listings (average price); as of 4/12/2022

 

CONFIDENTIAL AND PROPRIETARY TO NAVISTAR

# MY 2018 15L Auction Prices – Trailing 3 Months
Mar auction data for LT suggested $14K disadvantage to Cascadia

- March represents best volume of segment since beginning of data

- FL pricing inflated from auction results where no comparable INT units were present

- FL-INT March gap excluding Peoria auction would be $6K



2/1/2022-4/7/2022 listing dates; MY2018, 15L Sleepers, prices mileage adjusted to 400K at $0.045 per mile

Make ● Freightliner ● International ● Kenworth ● Peterbilt

Primarily due to Peoria, IL auction Excl 13 units from that auction, avg would be $99K

| Year | | 2022 | |
|---|---|---|---|
| Make | February | March | April |
| Freightliner | 10 | 40 | 1 |
| International | 3 | 9 | 1 |
| Kenworth | 4 | 5 | |
| Peterbilt | 3 | 9 | 1 |
| **Total** | **20** | **63** | **3** |



CONFIDENTIAL

CONFIDENTIAL AND PROPRIETARY TO NAVISTAR

# Summary / Conclusions



*CONFIDENTIAL and Proprietary to Navistar*

CONFIDENTIAL

NAV00019874