# Exhibit H

United States District Court, Eastern District of Michigan, Southern Division
Case No. 23-cv-12927

GLS Leasco, Inc. and Central Transport LLC v. Navistar, Inc.

## VI. Basis and Reasoning

Mr. Kahaian estimates that Plaintiffs have incurred damages of $27,676,648, which is comprised of the following:[63]

| Category | Amount |
|---|---|
| 1  Lost Resale Value | $24,857,011 |
| 2  Out-of Pocket Repair & Maintenance Costs | 2,169,633 |
| 3  Incremental Fuel Costs | 650,005 |
| 4  Total Economic Damages | $27,676,648 |

Mr. Kahaian's Lost Resale Value damages of $24,857,011 would be attributable to GLS because it is the owner of the MY2018 Tractors, whereas his Out-of-Pocket Repair & Maintenance Costs ($2,169,633) and Incremental Fuel Costs ($650,005) would be attributable to Central since it incurred those costs.[64]

### A. Mr. Kahaian's Lost Resale Value damages

Mr. Kahaian's Lost Resale Value damages are based on the premise that "Plaintiffs sustain[ed] economic damages associated with selling the MY2018 Tractors at a lower price than it would have had Navistar met the delivery requirements of the [MY2023 Tractors]."[65] Mr. Kahaian identifies 594 MY2018 Tractors that he assumes would have been sold at higher prices but-for the alleged breach (which he refers to as "Impacted Units").[66] Mr. Kahaian assumes that the Impacted Units would have been sold during April 2022 through June 2022, which he refers to as the Expected Delivery Month.[67] Mr. Kahaian calculates Lost Resale Value on the 594 Impacted Units as the difference between the Expected Resale Value and the Actual Resale

---

[63] Expert Report of Michael N. Kahaian, dated August 23, 2024, p. 13.

[64] See also, Deposition of Kyle Blain, 30(b)(6), dated September 10, 2024, pp. 38-39.

[65] Expert Report of Michael N. Kahaian, dated August 23, 2024, p. 7.

[66] Expert Report of Michael N. Kahaian, dated August 23, 2024, p. 10; See also, Deposition of Kyle Blain, 30(b)(6), dated September 11, 2024, p. 244.  Mr. Kahaian excludes 18 scrapped and stolen tractors from his calculation of Impacted Units.

[67] Expert Report of Michael N. Kahaian, dated August 23, 2024, p. 11 and Exhibit D Schedule 2.

United States District Court, Eastern District of Michigan, Southern Division
Case No. 23-cv-12927

GLS Leasco, Inc. and Central Transport LLC v. Navistar, Inc.

Value.[68] He defines Expected Resale Value as "the market value of the MY2018 tractors as of the Delivery Schedule," which he estimates total $39,703,623 for the Impacted Units.[69] He defines Actual Resale Value as "the actual sales value achieved by the Plaintiffs" for the Impacted Units, which he estimates to be $14,846,612.[70] For the reasons discussed below, the assumptions underlying Mr. Kahaian's calculations of Expected Resale Value and Actual Resale Value are flawed and lead to significantly inflated Lost Resale Value damages.

### 1. Mr. Kahaian's Calculation of Expected Resale Value

#### i. Mr. Kahaian's "Expected Delivery Month" of the MY2023 Tractors

Mr. Kahaian's calculation of Expected Resale Value assumes that Plaintiffs anticipated the delivery of the MY2023 Tractors during April 2022, May 2022, and June 2022, as shown below:[71]

| | Central's Expected Delivery Schedule | |
|---|---|---|
| | Period | # Units |
| 1 | April 2022 | 75 |
| 2 | May 2022 | 225 |
| 3 | June 2022 | 330 |
| 4 | Total | 630 |

Mr. Kahaian determines the above delivery schedule based on discussions with Central's management and a February 13, 2022 email from Jim Lollis, Plaintiffs' dealer for the MY2023 Tractors, showing the production

---

[68] Expert Report of Michael N. Kahaian, dated August 23, 2024, pp. 10, 13 and Exhibit D Schedule 1.
[69] Expert Report of Michael N. Kahaian, dated August 23, 2024, pp. 10-11 and Exhibit D Schedule 2.
[70] Expert Report of Michael N. Kahaian, dated August 23, 2024, pp. 10-12 and Exhibit D Schedule 1.
[71] Expert Report of Michael N. Kahaian, dated August 23, 2024, p. 7.

Case 2:23-cv-12927-MAG-APP   ECF No. 90-9, PageID.3408   Filed 01/06/26   Page 4 of 10

United States District Court, Eastern District of Michigan, Southern Division
Case No. 23-cv-12927

GLS Leasco, Inc. and Central Transport LLC v. Navistar, Inc.

start of 75 MY2023 Tractors in April, 225 in May, 300 in June 2022, and 30 at a date to be determined, as shown below:[72]

| COMPANY | Order # | Qty | 2/13/2022 STATUS | PRODUCTION STARTS |
|---|---|---|---|---|
| CENTRAL | 638393 | 75 | OK | 3/31/2022 |
| CENTRAL | 638395 | 75 | OK | 4/1/2022 |
| CENTRAL | 638396 | 75 | OK | 4/22/2022 |
| CENTRAL | 638394 | 75 | OK | 4/27/2022 |
| CENTRAL | 638399 | 75 | OK | 5/25/2022 |
| CENTRAL | 638402 | 75 | OK | 5/26/2022 |
| CENTRAL | 638403 | 75 | OK | 5/27/2022 |
| CENTRAL | 638400 | 75 | OK | 5/30/2022 |
| CENTRAL | 690728 | 30 | TBD | TBD |
|  |  | 630 |  |  |

Mr. Kahaian's Expected Delivery Schedule assumes that the MY2023 Tractors would be delivered 30 days after the production start date.[73] Although Mr. Blain and Brianne Perkins, Fleet Manager at Central, testified that they usually expect delivery of a truck two to four weeks after the start of production,[74] Mr. Lollis testified that four to six weeks is the minimum delivery time.[75] According to Mr. Lollis, that meant for tractors with a production start date of April 1, 2022, there's a "good chance" those tractors would not start flowing to Central until the end of May 2022.[76] He further testified that delivery time is dependent on the

---

[72] Expert Report of Michael N. Kahaian, dated August 23, 2024, p . 7; Blain Deposition Exhibit D-19 (NAV00016007-NAV00016008); Deposition of Kyle Blain, 30(b)(6), dated September 10, 2024, pp. 33-34; Deposition of Brianne Perkins, dated September 18, 2024, p. 36.

[73] Expert Report of Michael N. Kahaian, dated August 23, 2024, p. 7 (footnote 3).

[74] Deposition of Kyle Blain, 30(b)(6), dated September 10, 2024, pp. 26 and 120; Deposition of Brianne Perkins, dated September 18, 2024, pp. 90-92 and 106.

[75] Deposition of Jim Lollis, dated August 6, 2024, pp. 159 and 280-281.

[76] Deposition of Jim Lollis, dated August 6, 2024, p. 159.

Case 2:23-cv-12927-MAG-APP   ECF No. 90-9, PageID.3409   Filed 01/06/26   Page 5 of 10

United States District Court, Eastern District of Michigan, Southern Division
Case No. 23-cv-12927

GLS Leasco, Inc. and Central Transport LLC v. Navistar, Inc.

availability of parts and the distance traveled to deliver the trucks.[77, 78, 79]  Further, after a tractor leaves Navistar's production facility, it is transferred to a post-production facility (PDI center) where the truck is inspected and a Central decal and other parts are affixed to the truck.[80]

Thus, I have adjusted Mr. Kahaian's Expected Delivery Schedule to reflect a more reasonable (and still conservative) assumption that delivery of the MY2023 Tractors would be expected 45 days (i.e., 6 weeks) after start of production, which shifts his Expected Delivery Months to May 2022, June 2022, and July 2022, as shown in table below:

| COMPANY | Order # | Qty | PRODUCTION STARTS | + 45 DAYS | Expected Delivery Month (Production Start +45 Days) | # Units |
|---|---|---|---|---|---|---|
| CENTRAL | 638393 | 75 | 3/31/2022 | 45 | May-22 | 150 |
| CENTRAL | 638395 | 75 | 4/1/2022 | 45 | May-22 | |
| CENTRAL | 638396 | 75 | 4/22/2022 | 45 | June-22 | 150 |
| CENTRAL | 638394 | 75 | 4/27/2022 | 45 | June-22 | |
| CENTRAL | 638399 | 75 | 5/25/2022 | 45 | July-22 | 300 |
| CENTRAL | 638402 | 75 | 5/26/2022 | 45 | July-22 | |
| CENTRAL | 638403 | 75 | 5/27/2022 | 45 | July-22 | |
| CENTRAL | 638400 | 75 | 5/30/2022 | 45 | July-22 | |
| CENTRAL | 690728 | 30 | TBD | 45 | TBD | 30 |
| | | 630 | | | | 630 |

The Expected Delivery Month shown in the above table is based on the production start provided in the February 13, 2022 email that Mr. Kahaian relies upon.  However, on April 13, 2022, five days after Mr. Carmichael sent the April 2022 Letter Agreement to Mr. Blain, Ms. Perkins and Mr. Blain received an email from Mr. Lollis showing revised estimated production dates for the MY2023 Tractors, with the earliest

---

[77] Deposition of Jim Lollis, dated August 6, 2024, p. 281.

[78] Mr. Lollis testified that the production environment during COVID was a fluid situation, with changing schedules, and production delays, due in large part to the availability of parts.  He testified that he had never seen production dates get pushed to this extent before. (Deposition of Jim Lollis, dated August 6, 2024, pp. 268-269, 276-278, and 282).

[79] Ms. Perkins also testified that in her experience with OEMs, it is "very common" for a production schedule to fluctuate, and they can fluctuate tremendously, even under normal circumstances. (Deposition of Brianne Perkins, dated September 18, 2024, pp. 42 and 85)

[80] Deposition of Brianne Perkins, dated September 18, 2024, pp. 106-107.

United States District Court, Eastern District of Michigan, Southern Division
Case No. 23-cv-12927

GLS Leasco, Inc. and Central Transport LLC v. Navistar, Inc.

MY2023 Tractor expected to be placed into production on April 12, 2022 and the latest on July 1, 2022.[81] Mr. Blain did not sign the April 2022 Letter Agreement until May 18, 2022, after he was made aware of a revised production schedule on April 13, 2022. Further, by the time Mr. Blain signed the April 2022 Letter Agreement on May 18, 2022, Navistar had delivered only one MY2023 Tractor (delivered on May 18, 2022).[82] Therefore, it was evident to Mr. Blain as of the date he signed the April 2022 Letter Agreement that the production schedule had significantly shifted from the production schedule outlined in the February 13, 2022 email Mr. Kahaian relies on.[83] However, for purposes of responding to Mr. Kahaian's damages calculations, I have relied on the production schedule contained in the same February 13, 2022 email that Mr. Kahaian has relied on.

### ii.   Mr. Kahaian's "Expected Month of Sale" for the MY2018 Tractors

Another assumption underlying Mr. Kahaian's calculated of Expected Resale Value is that Plaintiffs would have sold the MY2018 Tractors in the same month it expected to receive the MY2023 Tractors (i.e., April 2022 through June 2022). Mr. Kahaian does not provide any support for this assumption. Rather, it appears that he adopts this assumption from an analysis created by Mr. Blain and Nick Schmalenberg, who were both employees at Central.[84] Although GLS takes the position it owns the MY2018 Tractors, Central was responsible for the negotiation and execution of the sale of the MY2018 Tractors. Ms. Perkins testified that the turnaround time between taking a used truck out of service and prepping it for a new buyer varies, and it depends on a lot of factors such as the condition of the truck.[85] Mr. Blain testified that "there is a time period to get the… truck being replaced off the road… that can be two to four weeks itself."[86] I note that Mr. Stinsa, Director of Logistics at Navistar, testified that Navistar's target is 90 days to resell a used truck.[87]

---

[81] Deposition of Kyle Blain, 30(b)(6), dated September 10, 2024, p. 200; Blain Deposition Exhibit D-32. See also, Lollis Deposition Exhibit 73 showing the April 13, 2022 email with a production start date of April 12, 2022 and production end date of July 1, 2022.

[82] Appendix B.

[83] Deposition of Kyle Blain, 30(b)(6), dated September 11, 2024, p. 242; Deposition of Jim Lollis, dated August 6, 2024, p. 303. See also, Appendix B for delivery dates of the MY2023 Tractors.

[84] GLSN-0002047; Deposition of Nick Schmalenberg, dated September 19, 2024, pp. 108-109; Mr. Schmalenberg is unsure whether he or Mr. Blain prepared the document.

[85] Deposition of Brianne Perkins, dated September 18, 2024, p. 51.

[86] Deposition of Kyle Blain, 30(b)(6), dated September 11, 2024, p. 255.

[87] Deposition of Tony Stinsa, dated April 14, 2024, pp. 129-130.

United States District Court, Eastern District of Michigan, Southern Division
Case No. 23-cv-12927

GLS Leasco, Inc. and Central Transport LLC v. Navistar, Inc.

Furthermore, Jay Mason from Universal, who purchased several MY2018 Tractors from GLS, testified that Central experienced lag time in getting the MY2018 Tractors ready before they were delivered.[88]

As discussed above, I have adjusted Mr. Kahaian's Expected Delivery Schedule to assume that delivery of the MY2023 Tractors would occur 45 days after the indicated production start date. I then calculated the Expected Month of Sale for the MY2018 Tractors assuming that it would have taken Plaintiffs an additional 30, 60, and 90 days to sell the MY2018 Tractors after receiving the MY2023 Tractors:[89]

| Month | Kahaian MY2018 Unit Sales (Expected Delivery -15 Days) | MY2018 Unit Sales (Expected Delivery +30 Days) | MY2018 Unit Sales (Expected Delivery +60 Days) | MY2018 Unit Sales (Expected Delivery +90 Days) |
|---|---|---|---|---|
| April 2022 | 75 | - | - | - |
| May 2022 | 225 | - | - | - |
| June 2022 | 294 | 150 | - | - |
| July 2022 | - | 150 | 150 | - |
| August 2022 | - | 294 | 150 | 150 |
| September 2022 | - | - | 294 | 150 |
| October 2022 | - | - | - | 294 |
| November 2022 | - | - | - | - |
| | 594 | 594 | 594 | 594 |

However, even with these adjustments, it is not reasonable to assume that Plaintiffs would have been able to sell the MY2018 Tractors during the period June 2022 through October 2022, even if all of the MY2023 Tractors had been delivered in the period May 2022 through July 2022. As shown in the graph below, Plaintiffs received a significant number of MY2023 Tractors by June 2022 and July 2022, but they actually sold very few MY2018 Tractors in those months and the months that followed:[90]

---

[88] Deposition of Jay Mason, dated September 20, 2024, p. 100.
[89] Expert Report of Michael N. Kahaian, dated August 23, 2024, Exhibit D, Schedule 2.
[90] Appendix D, Schedule 1.

United States District Court, Eastern District of Michigan, Southern Division
Case No. 23-cv-12927

GLS Leasco, Inc. and Central Transport LLC v. Navistar, Inc.



For example, Plaintiffs received a cumulative total of 114 MY2023 Tractors through June 2022 and 188 through July 2022, yet they only sold a cumulative total of 20 MY2018 Tractors by the end of July 2022. Those 20 MY2018 Tractors were sold to Brien Bell James Group in May 2022 and June 2022.[91] The next sale of MY2018 Tractors occurred in August 2022 to Universal, a company that shares some common ownership with Plaintiffs.[92] In fact, between August 2022 and mid-May 2023, virtually all sales of MY2018 Tractors were to Universal (i.e., of 222 MY2018 Tractors sold in total, only 3 MY2018 Tractors were sold to non-affiliated buyers).[93]

Notably, Plaintiffs were able to sell all 10 of their model year 2018 LT (line-haul) tractors to Vulcan Truck Sales in May 2022 and June 2022 for prices ranging from $60,000 to $75,000.[94] LT tractors are used for moving freight across long distances, are optimized for efficiency and comfort, and have a sleeper cab.[95] The MY2018 Tractors at issue in this case are RH (regional-haul) tractors, which are used for shorter, regional, hauls, and have a day cab.[96] I also understand from Josh Adams, Director of Pricing at Navistar, that day

---

[91] Appendix A, Schedule 1.

[92] Mr. Schamlenberg testified that the sales to Universal are typically at an arms-length market value. (Deposition of Nick Schmalenberg, dated September 19, 2024, p. 135).

[93] Appendix A, Schedule 1; Universal is also referenced on the invoices as "LSGI." (Deposition of Brianne Perkins, dated September 18, 2024, p. 60)

[94] Deposition of Kyle Blain, 30(b)(6), dated September 11, 2024, p. 314; Appendix A, Schedule 2.

[95] Discussion with Josh Adams.

[96] Discussion with Josh Adams.

Case 2:23-cv-12927-MAG-APP ECF No. 90-9, PageID.3413 Filed 01/06/26 Page 9 of 10

United States District Court, Eastern District of Michigan, Southern Division
Case No. 23-cv-12927

GLS Leasco, Inc. and Central Transport LLC v. Navistar, Inc.

cabs are the least resalable truck.[97] Several other undesirable features of the MY2018 Tractors contributed to Central's lack of success in selling them. Mr. Stinsa identified several factors that warranted the MY2018 Tractors selling at a discount, including the A26 engine, manual transmission, steel wheels, yellow color, enormous package size for day cabs, and Central's poor reputation for maintenance.[98] Ms. Perkins testified that "[a] lot of time, the biggest killer was the [A26] engine."[99] Mr. Blain testified that the manual transmission of the 2018 tractors "would have made the sales more challenging", and that it could have also impacted the price.[100] Mr. Blain also testified that selling the RH models was difficult due to "a lot of unfamiliarity with the model."[101] When Plaintiffs attempted to sell the MY2018 Tractors at prices "comparable to what [was] being advertised for other like units," Plaintiffs needed to reduce the purchase price to account for the variance in features, including a $3,000 deduction for aluminum wheels (vs. steel wheels), $3,000 deduction for color, $4,000 deduction for horse power (410 vs. 450), and a $4,000 discount to retailers.[102] A larger trade package typically takes longer to sell, which may also have contributed to Plaintiffs' inability to sell the MY2018 Tractors.[103]

Mr. Blain testified that while he began starting negotiations with potential buyers of the MY2018 Tractors in February 2022 and March 2022, including for the sale of 200 units to All Truck, those discussions fell apart because he couldn't give them a solid date for when the MY2018 Tractors would be available.[104] On the other hand, Ms. Perkins testified that the biggest drawback was the A26 engine, as cited above. Mr. Blain doesn't recall any other potential large sales (50 or more units).[105] He also testified that Plaintiffs started

---

[97] See also, Deposition of Tony Stinsa, dated April 14, 2024, p. 127. ("90% of what's sold in the secondary market is sleepers.")

[98] Stinsa Deposition Exhibit D-105.

[99] Deposition of Brianne Perkins, dated September 18, 2024, pp. 43-44. See also, Email re: 600+ 2018 International RH Day Cabs, starting at $68,500, dated April 11, 2022 (NAV00085345-NAV00085351 at NAV00085345).

[100] Deposition of Kyle Blain, dated September 11, 2024, p. 17. See also, Email re: 600+ 2018 International RH Day Cabs, starting at $68,500, dated April 11, 2022 (NAV00085345-NAV00085351 at NAV00085345).

[101] Deposition of Kyle Blain, dated September 11, 2024, p. 15.

[102] Email re: MTM – 2018 International Daycab Sales, dated May 15, 2023 (GLSN-0001902). See also, Email re: 600+ 2018 International RH Day Cabs, starting at $68,500, dated April 11, 2022 (NAV00085345-NAV00085351 at NAV00085345).

[103] Deposition of Tony Stinsa, dated April 14, 2024, p. 136; Email re: 600+ 2018 International RH Day Cabs, starting at $68,500, dated April 11, 2022 (NAV00085345-NAV00085351 at NAV00085345).

[104] Deposition of Kyle Blain, 30(b)(6), dated September 11, 2024, pp. 254-255.

[105] Deposition of Kyle Blain, 30(b)(6), dated September 11, 2024, p. 259.

United States District Court, Eastern District of Michigan, Southern Division
Case No. 23-cv-12927

GLS Leasco, Inc. and Central Transport LLC v. Navistar, Inc.

advertising the MY2018 Tractors in April 2022 to retail customers who would be interested in smaller lots.[106] Mr. Schmalenberg testified that "you could coordinate a sale before or after it's available. If it's coming online, coming for sale soon."[107] However, I have seen little documentation suggesting that GLS or Central had encountered interest from potential buyers of the MY2018 Tractors prior to delivery of the MY2023 Tractors. Indeed, as discussed above, beside the sale of 20 units to the Brien Bell James Group, there were no other sales in 2022 of MY2018 Tractors to a non-affiliated buyer. Ms. Perkins testified regarding the MY2018 Tractors that "in the beginning it was relatively easy. There was such a great need and desperation in the market; people were kind of willing to pay anything; they didn't care about any condition."[108] However, her assertion that selling the MY2018 Tractors "was relatively easy" is contradicted by the fact that Plaintiffs were only able to sell 20 units to a non-affiliated buyer in 2022.

To the extent that there were interested buyers for the MY2018 Tractors in 2022 and early 2023, Plaintiffs' inability to sell them was likely due to their own failure to properly market and price the tractors. Ms. Perkins testified that she was in charge of selling the MY2018 Tractors, but she had no prior experience selling used trucks, and she was not provided any training for that role.[109] On or around June 2, 2022, Plaintiffs rejected an offer to sell 200 MY2018 Tractors to Stateline Truck for around $55,000 per unit, even though Stateline was willing to receive delivery of the tractors as late as September 30, 2022.[110] This price is significantly lower than Mr. Kahaian's assumption of an Expected Resale Value of $68,371 per unit in May 2022.[111] Plaintiffs were asking for $63,500 per unit and were unwilling to meet Stateline's offer.[112, 113] Furthermore, Plaintiffs' attempts to sell the MY2018 Tractors in 2022 were limited to private buyers, and

---

[106] Deposition of Kyle Blain, 30(b)(6), dated September 11, 2024, p. 257. See also, GLSN-0001111-GLSN-0001123; GLSN-0001137-GLSN-0001143.

[107] Deposition of Nick Schmalenberg, dated September 19, 2024, pp. 125.

[108] Deposition of Brianne Perkins, dated September 18, 2024, pp. 43-44.

[109] Deposition of Brianne Perkins, dated September 18, 2024, pp. 53 and 76.

[110] Email re: Offer on 2018 International RH Day Cabs, dated June 3, 2022 (GLSN-0001530-GLSN-0001531); Deposition of Joe Hanvey, dated September 19, 2024, pp. 85-94.

[111] Expert Report of Michael N. Kahaian, dated August 23, 2024, Exhibit D Schedule 2.

[112] Email re: Offer on 2018 International RH Day Cabs, dated June 3, 2022 (GLSN-0001530-GLSN-0001531).

[113] In June 2022, the auction price for the MY2018 Tractors with 400,000 miles was $50,480, the market value was $79,435, and the average of the auction and market values was $64,958 (see Appendix C). Stateline anticipated the values would continue to fall through the September delivery date and couldn't justifying paying a price in the mid-$50,000 range.