# Exhibit I

Page 70

Q    Who sent it to Sean?

A    **Kyle.**

Q    And then it says "one week from 1/15". What does that mean?

A    **I don't remember what that was referring to.**

Q    And then right here in the first bullet point it says:
     "Our trucks will come without the front facing" -- it was originally "camera", and you crossed out to write "radar".
     Was that just to make a correction?

A    **That's correct.**

Q    "LT possibility", and then it writes "acceptable no upcharge if needed."
     Was that a representation from Sean that Navistar wouldn't make an upcharge to put the Cummins engine into the LT?

A    **That's correct.**

Q    Okay. Normally, under normal circumstances, is it your understanding that there would have been an upcharge for that?

A    **That would be me speculating.**

Q    You don't know one way or another?

A    **I never priced out an LT.**

Page 71

Q    So you don't know one way or another, if Sean was saying, yeah, we'll do right by your customer, we won't have an upcharge? You don't know one way or the other?

A    **I remember at that time he said that if it's acceptable, and I put it acceptable by a possibility, that there would be no upcharge if needed.**
     **If that was the case in the final deal, I don't know.**

Q    Got it. I'm going down to -- there's an asterisk "forward parts bid to Sean C."
     What's the parts bid?

A    **The parts bid is a list of parts that we currently use. And we send it out to the different vendors for them to give a bid on what they would charge.**

Q    Okay. And did you eventually forward a parts bid to Sean?

A    **That wouldn't have been done from me. That would have been the parts department that did it. And I don't know if that went through.**

Q    Okay. Third bullet point, "OnCommand included."
     And then you wrote "/Cummins, Tina/Christina."
     What does that mean?

Page 72

A    **Yeah. So the Cummins software comes inside. Then Tina and Christina would be following up -- I'm sorry, the Cummins, Tina, and Christina, is to go over the repair advocate group to follow up on trucks at the dealer.**
     **That would be to include Cummins and it would be Tina and Christina were the two people at the OnCommand advocate group, repair advocate group at Navistar that worked that department.**

Q    Going down to the bottom, says:
     "If used market falls, we can go back."
     Did you write that in?

A    **I wrote that in after Sean Carmichael said it.**

Q    Okay. And what did he say?

A    **I asked if the used market fell, if we did something like the no -- or no trade or optional no trade agreement, if the used market falls, can we go back? Will you continue buying them as you would have, if we didn't?**
     **And he said yes, that it would be adjusted. They would still buy them back. But it would be adjusted minus whatever the credit was per unit for not doing the trade.**

Q    So if the used market falls to what?

Page 73

A    **There was no "to what". It was simple as, if it falls.**

Q    I guess I don't understand. If used market falls to what number? You're saying there was no specific number?

A    **No. It was the same statement. It was as simple as that.**
     **If the used market falls, would Navistar be willing to continue on taking the trades? And he said yes.**

Q    Okay. But I thought that -- I guess I thought that Central needed the 2023 trucks in order to take back the -- in order to trade in the 2018s.

A    **That's correct. And we would have taken -- we would have given them the trades as we were taking delivery one for one.**

Q    So I guess it's your understanding that it was Central's understanding around this time that it was a possibility that the used truck market would fall?

A    **No. It's just what goes up, must come down. So I was just saying, if we were to do something like this, and if -- I was just exploring all avenues.**

Q    But you wouldn't have asked for something like that if you didn't think it was a possibility that the

Page 74

used truck market could fall; right?

MR. DAVIS: Object, asked and answered.

THE WITNESS: Yeah. So that is --
that's just me being thorough.

BY MR. SALLAH:

Q   Okay. So I guess it's really yes or no.
You asked for this term because you at least knew there was a possibility the used truck market might fall; correct?

MR. DAVIS: Object, asked and answered twice now.

MR. SALLAH: It's not asked and answered. It's a "yes" or "no" question.

MR. DAVIS: Same objection.

THE WITNESS: There's no "yes" or "no" answer. I understand what your asking. But there isn't a basic yes or no. As easy as that.
You're asking me if the reason I asked that question is because I knew that it was going to fall. Then the answer would be "no."
If you're asking because I was trying to cover all bases, and there's a possibility it could fall back down, yes.

BY MR. SALLAH:

Q   Understood. Did that term make it into the

Page 75

April 2022 Letter Agreement?

A   That, I'm not sure.

Q   Okay. If it didn't, is it fair to say that Kyle didn't think it would be a material term?

MR. DAVIS: Object, foundation, calls for speculation.

THE WITNESS: No, I'm not sure.

BY MR. SALLAH:

Q   You don't know one way or the other?

A   Well, yeah, I don't know. I don't know if it did, and I don't know what he would have thought if he did.

Q   Okay. But Kyle received this?

MR. DAVIS: Object, form.

BY MR. SALLAH:

Q   I'll rephrase. Did Kyle receive the -- was Kyle -- was Kyle -- did Kyle know that Sean allegedly made this statement? Did you tell Kyle that?

A   Yes, I did.

Q   Okay. Going to the next page, "proposed no trade agreement."
The phrase, "amounts from Universal rental reimbursement allowable", is crossed out.
And you wrote in, "remove keep separate".
And then you also wrote in, "okay to apply to fleet

Page 76

charge."
Do you see that?

A   Um-hmm.

Q   What does that mean?

A   I was told by Kyle to remove this from here and keep it as a separate deal. Because what they do with Universal has nothing to do with what they do with Central.
And then the credit for proposed no trade agreement, if we did that, 8,000 per tractor, no trade.
If we did a no trade, then it would be okay to apply it to fleet charge. That's what Sean Carmichael said.

Q   Okay. Going down under "warranty proposed on existing".
So is this warranty on the 2018 trucks? The warranty terms on the 2018 Internationals? Is that what this is discussing?

A   On existing.

Q   Yeah. That's on the existing?

A   Um-hmm. Yes.

Q   Okay. So it says "proposed" here. So is that something that you -- that's something that you proposed?

Page 77

A   Yeah. That I asked, yes.

Q   Okay. So then you wrote in here, "7-year unlimited".
What does that mean?

A   Seven-year unlimited miles that it would be covered for.

Q   As opposed to what?

A   Four-year, 400 and --

Q   Sorry.

A   There was a 4-year/400 that the tractor originally came with. Then it was extended to 5-year/500 during our ownership and prior to this because of continuous failures throughout the engine and after treatment system.
Then this would have taken it from 5-year/500 to 7-year unlimited.

Q   That was just something that you had asked for?

A   This is what Sean said he could do.

Q   Well, he says, "Sean stated he would have to figure out a way."

A   Correct.

Q   -- right? So it sounds like it's still in discussion at this time; is that fair?

A   He said that he would do it. He would have to figure out a way.

Page 78

Q   Okay.  Did you tell Kyle that?

A   Correct.

Q   Okay.  And did that make it into the April 2022 agreement?

A   There wasn't -- as it says on here, there was nothing official put in place because Sean said that he didn't want other dealers or other customers to see that they made this deal with us.

Q   Okay.  But this was all part of the same deal?

A   All part of the same deal.

Q   So it's one potential deal term, fair, for negotiating what would be the April 2022 agreement; is that right?

MR. DAVIS:  Object to form.

Go ahead.

THE WITNESS:  Yes.

BY MR. SALLAH:

Q   Okay.  Down a little below, it says "to cover" -- and I can't read that.

A   DPF maintenance.

Q   What's DPF maintenance?

A   So DPF maintenance is the after treatment system that I had mentioned that gets destroyed by the upstream failure of the heads and things of that nature.

Page 79

And that we knew, because of all of those problems that I had mentioned, that DPF maintenance was going to have to be done, which wouldn't have been a part of our maintenance program before that because it never would have needed to be done during our ownership.

And Mike Corn, Chas Voyles, and Sean agreed to cover those.

Q   What do you mean they agreed to cover?  It was just, they said at the meeting?

A   Under good will and -- good will and policy.  But not under a written warranty.

Q   Okay.  And was that ever documented in writing anywhere?

A   Other than here, I'm not sure.

Q   Well, this is just you writing down your own notes.

A   That's correct.

Q   You don't know if it was documented in any other agreement; right?

A   It had been followed through on, and Mike Corn had covered it under policy.

Q   What do you mean "under policy"?

A   It's -- I don't know how their funds go work, but there's one fund that would cover warranty. There's another one to cover policy.  And another

Page 80

one that would cover good will.

Q   What is -- I'm just trying to get your understanding of what's policy and what's good will.

Good will you mean, like, satisfying your customer?

A   Generally satisfying a customer based on a known defect in the product.

Q   Okay.  But at the end here it says:

"Sean stated he would have to cover this with Chas Voyles."

Right?

A   Correct.  But being that we did make claims after that.

Q   Right.  But it doesn't sound like they said they would do these things at the meeting.

Based on your writing it says he would have to cover this with -- all of this with Chas Voyles; right?

A   He has to cover it on how they're going to do it, but they agreed to it.

Q   That's not what this says; right?

A   Being that I made claims after that, and they were paid, it proves that it was.

Q   Okay.  Well, you wrote:

Page 81

"Sean stated he would have to cover this with Chas Voyles."

You're referring to everything that comes above this, all these bullet points?

MR. DAVIS:  Object to the form.

THE WITNESS:  Yes.

BY MR. SALLAH:

Q   Okay.  Going back up, "under warranty proposed on existing" where it says "7-year unlimited", you wrote:

"Sean stated he would have to figure out a way to make it official without being in the warranty system."

A   That's correct.

Q   You didn't write Sean said they could do it, a 7-year unlimited; correct?

A   I didn't write those exact words, but it is what it meant.

There's a difference between warranty -- he said he couldn't do it under warranty, which is documented in the computer for other dealerships to see.

Q   But that's not what you wrote.

MR. DAVIS:  Asked and answered.

Page 82

BY MR. SALLAH:

Q Correct?

A It's explained throughout this, each detail of it.

Q After this point -- and I think we talked about this before -- the negotiations for the April 2020 deal were passed on to Kyle?

MR. DAVIS: Object to the form.
You said "April 2020 deal".

BY MR. SALLAH:

Q Sorry. Yeah, the April 2022 Letter Agreement that we've talked about.

A Okay.

Q Negotiations for that were passed off to Kyle, is that fair, on behalf of GLS?

A On behalf of GLS, yes. And monies, you're talking about just money, or not spec?

Q Yeah. I mean, I guess what I'm saying is after this point, did you have any additional direct discussions with Sean about the deal points?

A Having to do with this, no.

Q 'This', as in this Exhibit 69?

A Correct.

Q Okay. Did you talk to anyone else from Navistar about the deal points -- potential deal points in Exhibit 69?

Page 83

A Mike Corn asking if it went through, and it had.

Q Okay. What do you mean by "it went through"?

A Being able to cover the DPF maintenance due to upstream failures. Being able to cover DOC cracks, heads, and major component and engine.

Q Okay. Anything else that you talked about with Mike?

A I talked to him frequently about the warranties and getting things covered. And him calling the dealers and making sure that they knew that these repairs were covered under policy. And then him getting them paid.

It was a very frequent discussion because they didn't make it -- Navistar didn't make it -- put it under a warranty. No dealer would have known unless if they talked to Mike Corn.

Q And when you're talking about these discussions with Mike Corn and him calling the dealer, you're talking about one, two, three, four -- you're talking about the five bullet points on -- on starting with "unlimited time and mileage" and ending at "DPF/DOC fixes fail"?

Is that what you're talking about? I just want to get an understanding of which specific items in here you continued to have discussions

Page 84

with Mike Corn about.

A It was this and more that were covered under policy and good will. I almost said warranty, again.

Q You're saying that Navistar did cover those?

A Yes.

Q Okay. So those would have been maintenance costs on the 2018 Internationals that were out -- technically outside of the warranty period?

A Those were breakdown costs.

Q Breakdown costs. If they were within the warranty period, would those have been covered?

A Correct.

Q Okay. And Navistar covered those?

A In the beginning, yes.

Q What do you mean "in the beginning"?

A After this occurred, then they canceled them.

Q After what occurred, the litigation?

A After the litigation, correct.

Q Okay. Let's set this aside.

(Deposition Exhibit D-70 was marked for identification.)

BY MR. SALLAH:

Q The fact of Navistar covering those breakdown costs that were otherwise outside of a warranty period, would that -- would there be any documentation to

Page 85

establish that, like, at the dealer level or in the maintenance?

A On their own systems, yes.

Q It would be in the dealer systems?

A It would be under however Mike Corn records those. I'm not sure.

Q I'm handing you what will be marked as Exhibit 70.

MR. DAVIS: D-70?

MR. SALLAH: Defendant's Exhibit 70.

BY MR. SALLAH:

Q So I'm going to the bottom email. And this is Bates stamped GLSN-0001530. And this looks like an email from Joe at State Line Truck to you. And it says "offer on 2018 Internationals RH daycabs".
Do you see that?

A Yes.

Q And then the top email is an email from you to Kyle Blain, June 3rd, 2022, the next day; correct?

A Yes.

Q Okay. Have you seen this email before? Or I'm sorry, do you recall this email?

A At the moment, I'm not as clear. Yes. I don't remember every detail of it, but I remember the email.

Q Okay. And your email to Kyle says:

Page 86

"This is the response I received from the buyer I told you about."

Correct?

A    That's correct.

Q    Who's -- who is State Line Truck?

A    Can't remember who told me about it. It's another -- it was a company that I can't remember if he was looking for trucks himself.

Q    And this email's discussing a potential sale for 200 of the 2018 International RH daycabs; correct?

A    That's correct.

Q    And in his email he says:

"Joe, the best I can do on the 200 2018 International RH daycabs we have been working on is 60K each, CIF, cost, insurance, and freight, to Haiphong, Vietnam."

Do you see that?

A    Yes.

Q    So it looks like Joe here is offering 60,000 -- 60,000 for each truck for 200 International RH daycabs; correct?

A    That's correct.

Q    Cost, insurance, freight. Does that mean that he pays cost, insurance, freight? Or what does that

Page 87

term mean?

A    I'm reading through this.

Q    Go ahead.

A    (Witness reviewing document.) Based on what it says here, I assume that that's what he means.

Q    So earlier we talked about you negotiating with a potential buyer from All Truck for 200 International RHs; correct?

A    Right. This is the other one I couldn't remember.

Q    So this is a different deal?

A    Correct.

Q    Okay. And it says in the second paragraph, he writes:

"The problem I am having with getting to your number of 63,500 each right now, is that the trucks have taken about a 30 percent price drop in the last five weeks and continue to go down every day."

Do you see that?

A    Um-hmm, yes.

Q    It looks like in this email you were offering 63,500 for 200 International RHs; correct?

A    According to this email, yes.

Q    Where did you get that price from?

A    Kyle.

Page 88

Q    Kyle gave the price?

A    Yes.

Q    Do you know what Kyle relied on to get that price?

A    I know that we looked at what they were selling for on things like TruckPaper.

Q    So would the process be to look what they're going for on TruckPaper and use that price? Or would adjustments be made?

A    It was comparative. We were looking at units of the same make and model with the same mileage type.

Q    Okay. Are there certain parameters in TruckPaper that aren't accounted for?

For example, the color of the vehicle, that's not accounted for in TruckPaper; correct?

A    That's correct.

Q    Okay. Anything else? What about wheels, steel versus aluminum? That's not something that's accounted for in TruckPaper?

A    That would be something that would fall on those bullet points. If the person that was buying them wanted quarter-inch brakes, tires that were DOT, aluminum wheels.

Q    Right. But that's not really my question.

My question, is that sort of a parameter that can be identified in TruckPaper, whether the

Page 89

wheels are steel or aluminum? Or is that not something that's factored in when you look at TruckPaper?

A    That's something that you can look at. It does say steel or aluminum wheels.

Q    What about horsepower, is that something that's on there?

A    Yes.

Q    And did you go through with this deal selling the 200 trucks?

A    Navistar didn't produce the trucks to us to be able to replace them.

Q    Well, that wasn't my question. My question was: Did you go through with the deal?

MR. DAVIS: It's been asked and answered.

MR. SALLAH: No, it hasn't.

THE WITNESS: If I didn't have trucks, I couldn't supply them.

BY MR. SALLAH:

Q    Well, in here, the email says:

"My exporter wants these trucks and we can use all 200 of them if they are available no later than 9/30/2022."

Do you see that in the first paragraph?

Page 90

A   Yes.

Q   Did you have 200 2023 RHs by 9/30/2022?

A   I don't know how many -- what other transactions happened between then and then. Or -- and I don't know if this buyer dropped out at this point.

Q   I'm just asking: Did you have 200 2023 RHs by 9/30/2022?

MR. DAVIS: Asked and answered.

THE WITNESS: I'm sorry?

MR. DAVIS: I said I'm objecting that he asked and you already answered.

But you can go ahead and answer, again.

BY MR. SALLAH:

Q   It's "yes" or "no", or "I don't know".

A   I don't know that.

Q   Okay. And did you ever follow up to anyone at Navistar or Jim Lollis and say, Are we going to have 200 2023 RHs by 9/30/2022?

A   That falls outside of the things that I do.

Q   Okay. So the reason you didn't do this deal is because you were asking for 63,500, and the buyer could only get to 60; right?

A   Incorrect.

Q   That's what this email says.

A   No.

Page 91

Q   So what's your testimony as to why you didn't sell these trucks?

A   No matter what the price, if we didn't have a truck, we didn't have anything to sell.

Q   Okay. So your testimony is you didn't do this deal because you didn't have -- you didn't have the 2023 Internationals? Is that your testimony?

A   I don't know if the trucks were available.

Q   Okay. So you don't know one way or another?

A   I don't.

Q   Okay. But you were offering 63,500 for 200 of these?

A   That's correct.

Q   It says here "I realize that" -- in the second paragraph:

"I realize that you probably can't do anything in the mid-50s on a group of 200 trucks right now because you agreed not to undercut your initial buyer's pricing on them."

What does that mean?

A   Navistar asked that we don't undersell them.

Q   What do you mean "undersell them"?

A   Undersell what Navistar would be selling them at.

Q   Selling what?

Page 92

A   We're talking about --

Q   Are you saying the 2018s?

A   Yeah.

Q   I'm just trying to make sure we're on the same page.

Okay. Was that a term in the -- in the -- in a written agreement?

A   That was something that Sean asked.

Q   So it was not a term in the written agreement?

A   I don't know that.

Q   Okay. So you're not aware of any contractual restriction on selling these trucks at a certain price?

MR. DAVIS: Object to foundation.

THE WITNESS: I know that when Sean and I were in this meeting, (indicating) he said, All I ask is that you don't sell them for pennies. No underselling. So if I -- if the bottom drops out, I'll lose. Because you had them out there offering it at, say, 20,000 or whatever it may be.

BY MR. SALLAH:

Q   So this was -- when you're saying that Sean said that to you, that was back in the meeting of December 2021?

A   That's correct.

Page 93

Q   Okay. Did you ever follow up to ask Kyle, Hey, are we -- like, do we have any restriction on what we can sell these trucks at as far as price is concerned?

A   I was following a gentleman's agreement. He asked me not to, and I didn't.

Q   Okay. But as far as you following up with Kyle to ask if you had any contractual restriction in selling the trucks at a certain price, you never did that?

A   No.

Q   Okay. It says here, if you --

"If anything changes on your end and you feel like we can get close to the pricing I mentioned above, let me know and I will put a deposit on the trucks and get them exported."

Do you see that?

A   Yup. Yes, I see that.

Q   Okay. Did -- who's selling the 2018 Internationals? Is it GLS?

A   Central Transport.

Q   Okay. Central Transport is selling the trucks?

A   Well, that part of it, I don't know. I don't know the money part of it. Yeah. So I know I say

Page 94

Central Transport because I work for Central Transport.

Q   Got it. That's fair.
     Did Central or GLS or somebody eventually sell these trucks at less than 63,500?

A   I don't know what they sold for and I don't know when.

Q   Okay.

A   And I don't know if there was a conversation that happened with Sean.

Q   Did you have any follow-up communications with Joe at State Line Truck?

A   That's what I was trying to remember, if we had actually talked anymore after that.
     I remember sending this to Kyle. There was a lot going on at that time. I remember sending this to Kyle. I don't know if Kyle followed up with Joe.

Q   You don't know what happened after this?

A   No.

Q   Okay. And then, as far as, like, getting connected with Joe at State Line, do you know if it was in response to an advertisement or how that worked?

A   I believe I was given a lead. I had nothing to do with advertisement.

Page 95

Q   Yeah. Is there also an issue with the lag time between getting the truck out of the fleet, getting it prepared, and getting it finalized to sale? Or do you not know anything about that?

MR. DAVIS: Form and foundation.
Go ahead.
THE WITNESS: As far as us preparing it for somebody?

BY MR. SALLAH:

Q   Yeah.

A   I don't remember ever hearing of any delays as far as that we caused delays. I know we had many trucks waiting to be traded or that we had been keeping running.

Q   Keeping running, meaning, like, in the fleet?

A   In the fleet.

Q   Okay. You can set that aside.
     MR. SALLAH: Can we take a quick bathroom break?
     (Short recess taken at 3:49 p.m.)
     (Back on the record at 3:56 p.m.)

BY MR. SALLAH:

Q   Just, I want to go back to the Exhibit 70 real quick. Joe Gittemeier from State Line Truck, his email to you is on June 2nd.

Page 96

Do you know when you made the offer of 63,500 for the 200 Internationals to Joe at State Line Truck?

A   I don't.

Q   Okay.

A   The timeline, no, I'm sorry.

Q   That's okay. Do you think it was in May 2022?

A   Like I said, there was so much going on at this time. The short spans of the timeline, not that I'm trying to be as vague as possible but I'm --

Q   I don't want you to guess.

A   Yeah. I'm not sure.

Q   Do you know if you would have communicated more with Joe about these trucks via email?

A   Correct, yeah.

Q   You would have?

A   Yeah, yes.

Q   Okay.
     (Deposition Exhibit D-71 was marked for identification.)

BY MR. SALLAH:

Q   I'm going to hand you what will be marked as Defendant's Exhibit 71. Okay. This is Bates stamped GLSN-0001534. An email from Kyle Blain to, it looks like, Nick Schmalenberg, you, and Brianne

Page 97

Perkins; is that right?

A   That's what it appears to be, yes.

Q   And it's dated June 16, 2022?

A   That's correct.

Q   And the attachment, it looks like it's called -- it looks like it's a market trends report in June 2022 for used equipment and trucks in North America from Ritchie Brothers; is that right?

A   That's -- yes, that's right.

Q   Okay. Why was Kyle sending this to you, if you know, in June 2022?

A   (No response.)

Q   I guess, let me back up. What's Ritchie Brothers?

A   Ritchie Brothers is an auction company. They auction off equipment.

Q   And does Ritchie Brothers issue these market trend reports on trucks from time to time?

A   I haven't done a lot with Ritchie Brothers. This here -- yeah, this was something he had got the membership there. And this was something that he pulled from their website.

Q   Do you, personally, keep abreast of, like, market trend reports like this?

A   No.

Q   No? Okay. You don't use it in your, like,

Page 98

day-to-day job?

A   No.

Q   All right.  Set that aside.  That was easy.
    Sorry, just bear with me for a second.
    I'm going to have to do a screenshare because I don't have copies of this one.
    MR. DAVIS:  Do you want to just run it through the copy machine real quick, or does it have your notes?
    MR. SALLAH:  It doesn't have my notes but it's double-sided.
    MR. DAVIS:  That's okay.
    (Short recess taken at 4:02 p.m.)
    (Back on the record at 4:06 p.m.)
BY MR. SALLAH:

Q   Handing you what's being marked as Defendant's Exhibit 72.
    (Deposition Exhibit D-72 was marked for identification.)
BY MR. SALLAH:

Q   And this document has a Bates number GLSN-0002829 on the first page.
    Are these vehicle specifications for the 2023 RH Internationals, or at least one 2023 RH International?

Page 99

A   These are for the RH International, that's correct.

Q   Is there one spec for -- I mean, is there one, like, spec sheet for all the RHs for 2023?

A   That's correct.

Q   Okay.  And are there various iterations of this spec that would be developed?
    So for example, up on the top right it says "November 29, 2021".

A   Um-hmm.

Q   If there were changes to the specs, would the date change, if you know?

A   The date would change, that's correct.

Q   Okay.  In the bottom right it says "proposal 306847".
    Do you know what that means?

A   Well, that would be the same as PO number.  It's just a point of reference for which one it is that he issued.

Q   Okay.  And this one here, it says "presented by Summit Truck Group, Jim Lollis."
    Do you see that?

A   Yes.

Q   So would this particular spec have been when Jim Lollis was at Summit?

A   I don't know for what -- what point in time I had

Page 100

switched from Summit to the new company.

Q   Allegiance?

A   Allegiance, or if it was being -- yeah, it was Allegiance.

Q   So when you get -- well, do you receive these vehicle specifications, like, in this form?

A   Yes.

Q   Okay.  When you get them, what are you looking for?

A   I look line by line, for one, to make sure that something wasn't just turned into a default.
    So if Navistar decided this year, they were going to make their default, a Spicer rear end or something like that, and we originally had Meritor, make sure that they didn't just switch something.
    And then we go through, and we make changes based on our need.

Q   Okay.

A   And whether technology progresses, things like that.

Q   So just looking at this one here, can you tell one way or another whether these specifications were for the trucks that were manufactured by Navistar starting in 2022?

A   Well, based on the -- based on the date on here,

Page 101

this is -- that's the ones that this was for.

Q   Going to -- so you'll review, obviously, the information on this first page.  And then, will you also review, like on the next page, engine, transmission, clutch?  You review all of those?

A   Correct.

Q   On the top of the second page there is a -- it says "code".  And then under it "RH6 at 1F00".
    Do you know what that means?

A   That code stands for the option that it has -- could have, that you selected.

Q   Sorry, can you say that, again?

A   That's a code -- this is the code that they use to identify the things that are on the right.

Q   On the left, or the right?

A   The left is the code.  This whole line is the codes.  And to the right is the explanation of that code.

Q   Who prepares the initial specs?

A   The initial specs --

Q   Like, this document right here, who prepares this document?

A   Jim Lollis, the person on the top left -- or top right, sorry.

Q   And then he sends it to Central?

Page 102

A   Correct.

Q   Can you go to page 8, please.

A   (Witness complies.)

Q   Then there's some notes written on here.  Are these your notes?

A   These are.

Q   They are?

A   Yes.

Q   So I'm going under speedometer tools, miscellaneous.  And next to the code 810101, "fifth wheel location 6 inches behind rear axle center line."  Do you see that?

A   Yes.

Q   Was that what you were talking about with Kyle?

A   That's correct.

Q   Okay.  And this was something that -- was this something that was added to the --

A   No.  The hardware stays the same.  It's just where you slide it to.

Q   The bottom, it's written in big letters, "steer tires".  What does that mean?

A   Well, this was where Jim had told us that the tires weren't available and gave us an alternative, and we made the choice.

Q   Which tires weren't available?  Is it the -- next

Page 103

to this code 7702495443?

A   That's correct.

Q   Okay.  So those tires weren't available.  And then Jim said, What else do you want?

A   Yeah.  He gave us a list to pick from.  We picked the ones, and then it was ...

Q   And the substitution that was made were the steer tires?

A   That's correct.

Q   So would this lead you to believe that what we're looking at right here are not the final specifications?

A   I don't remember at what point.  I believe it was after it was already finalized that Jim came back and said that they couldn't get them.  We need to make a change.

Q   So if you make a change, do you also update the specs?

A   He had to update the specs on what they were doing.  But it was expressed to me that there was no delay caused by that.

Q   I'm not asking if there's any delay.  I'm just asking if you had to change the specs.
    Like this actual sheet, does it have to be changed?

Page 104

A   The contents of it --

Q   That's what I mean.

A   -- yes.

Q   So "yes", it does?

A   In order -- in order for it to happen, then the contents has to be changed.

Q   So what is that process?  Jim prepares revised specifications, changes the contents, and then does what with it?

A   No idea.

Q   Will he send it back to Central to review?

A   After he sent us the email giving us the choice, we made the choice.  After that, I don't know.

Q   So you don't know if he -- you don't know if he takes the specs, makes the change to the contents, then sends it back to Kyle, for example, to review?

A   It would be speculation, but I'd say that at some point we received something that showed the changes had been made.

Q   Okay.  Because when you're looking at, for example, TruckPaper, you're putting all the information in, right, to try and look at, you know, what the comparative costs would be.
    Aren't you looking at specs when you do that?

Page 105

MR. DAVIS:  Object to the form.

THE WITNESS:  You're looking at the specs, yes.

BY MR. SALLAH:

Q   Yeah.  So you would want the final version of the specs when you do that; right?

A   I understand what you're saying, but it's -- the fact stands, that I don't remember seeing a sheet that was changed.

Q   I'm not trying to trick you.  I'm just trying to understand the process.
    And the process, it would seem to me, is if you're putting in all the parameters and the specifications on something like TruckPaper to determine what the value looks like, you would want to be looking at the final specifications of the actual truck.

A   Right.  And I'm not trying to be vague.  I'm just saying that once it gets out of his hand, as far as between him and the factory, I don't know.

Q   But these are the -- these are for the 2023 trucks.  These are not the 2018s; right?

A   That's correct.

Q   Yeah, okay.  Go to the last page, please.

A   Sure.

Page 106

Q   So there's a -- something written here that says "gord", what is that?

A   I'm sorry, that says what?

Q   What does that first notation, the first thing written right there?

A   Oh, guard.

Q   Guard.

A   That's a bumper guard.

Q   Okay.  Why did you write that?

A   This is just things -- note to myself.  We have to make sure we get a guard for it.

Q   Is that something that's put on by Central on the truck?

A   I don't know -- I don't remember if these specifically got installed by a PDI center.  Or if they're one that we got -- that we installed.

Q   And then SmartCoast, what is SmartCoast?

A   SmartCoast is a program.  That's programming that goes in the engine to allow it to disengage the clutch and shut down to an idle when it crests the top of a hill.

Q   Understood.  What about creep mode?

A   Creep mode is when you put it in reverse or forward, and you just bump the throttle.  And it allows the vehicle to slowly travel across the

Page 107

parking lot.

Q   And then it says "600 per truck for towing".
What does that mean?

A   That's to add in the towing warranty.

Q   Sorry, go ahead.

A   No, go ahead.

Q   And then "pays 575 per failure".
What does that mean?

A   For a breakdown, it pays 575.

Q   The warranty?

A   Correct.

Q   And then:
"Will pay tow to Central on warranty claim."
So does that mean the warranty should pay for the towing to go to a Central shop -- well, sorry, I'll rephrase.  I'll let you explain it.
Go ahead.

A   Yeah, so that's exactly what it is.  It's just -- I was verifying that if we bought this coverage, being that we can file warranty direct for the small repairs, if it were a repair we were going to handle, would the warranty cover from the breakdown point to us.

MR. SALLAH:  I don't have any further

Page 108

questions, Mr. Hanvey.

MR. DAVIS:  I might take a short break, see if I have any.  Sit tight, I'll be right back.
(Short recess taken at 4:19 p.m.)
(Back on the record at 4:20 p.m.)
- - -
EXAMINATION
BY MR. DAVIS:

Q   Just a couple of quick follow ups.  I want to go back.  You had a discussion with Mr. Sallah about the Vietnam -- potential Vietnam sale.
Do you recall that conversation?

A   Yes.

Q   Okay.  I just wanted to be clear.  So you were not aware whether Kyle Blain or anybody else at Central ever had further discussions regarding that Vietnam opportunity with Navistar or anybody else; is that fair?

A   That's correct.

Q   So it may have happened.  You're just not aware of it?

A   That's correct.

Q   One other thing.  I'm going to show you what was marked in this morning's deposition as D-64.  And this is a copy of the 2018 -- April 2018 -- I'm

Page 109

sorry.
It's a copy of the April 2022 agreement that you discussed with Mr. Sallah.  You said you didn't recall reviewing that document; is that right?

A   That's correct.

Q   I just wanted -- you were asked questions about whether there was any restrictions on the sale price.  I just wanted to show you this and see if it refreshes your recollection.  I'm going to show you page 20, GLSN-0002019.
And you see at the bottom there's a bullet point that starts with "Navistar UTO is requesting".
Do you see that?

A   Yes, sir.

Q   Could you read that?

A   Yes, sir.

Q   Read it out lud.

A   "Navistar UTO is requesting the first right of refusal to purchase Central Universal PAM International branded trade units if they're being priced for sale at or below equivalent OTB values."

Q   And having read that, does that refresh your

**EXHIBIT** D-70

**WIT:** Hanvey

**DATE:** 9-19-24

Shari J. Pavlovich CSR

| | |
|---|---|
| **From:** | Joe Hanvey [/O=GOCTII EXCHANGE ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JOE HANVEY2FA] |
| **Sent:** | 6/3/2022 6:46:28 PM |
| **To:** | Kyle Blain [/o=GoCTII Exchange Organization/ou=First Administrative Group/cn=Recipients/cn=kblain] |
| **Subject:** | FW: [EXTERNAL] Offer on 2018 International RH Day Cabs |

This is the response I received from the buyer I told you about.

Thank you.

Joe Hanvey
Director Of Tractor Maintenance
If it isn't done Right, It isn't done.... RIGHT!?
(586)939-7000 ext 2417



Visit us on *Facebook* • *Twitter* • *LinkedIn*

This email cannot be used to create a binding contract. This message is confidential. It may also be privileged or otherwise protected by work product or other legal rules. If you have received it by mistake, please let us know by e-mail reply and delete it from your system; you may not copy this message or disclose its contents to anyone. The integrity and security of this message cannot be guaranteed on the Internet.

**From:** joe@statelinetruck.com <joe@statelinetruck.com>
**Sent:** Thursday, June 2, 2022 5:39 PM
**To:** Joe Hanvey <jhanvey@centraltransport.com>
**Cc:** Jake@statelinetruck.com; nick@statelinetruck.com
**Subject:** [EXTERNAL] Offer on 2018 International RH Day Cabs

******EXTERNAL email. Please proceed with caution.******

Joe:

The best I can do on the (200) 2018 International RH Day Cabs we have been working on is $60k each CIF (Cost, Insurance, & Freight) to Haiphong Vietnam. Which means I would need to probably buy the trucks somewhere in the mid $50's to make a little money to cover the Shipping Costs,, Insurance, and other related Freight to the port of Vietnam. My exporter wants these trucks, and we can use all 200 of them if they are available no later than 9/30/22. I just can't get the current numbers to work. My buyer started at $45k CIF Vietnam and I was able to get him all the way up to $60k each CIF, but I have bumped him as high as he will go on these units right now.

The problem I am having with getting to your number of $63,500 each right now is that trucks have taken about a 30% price drop in the last 5 weeks and continue to go down every day. I can't get anyone to commit to 200 trucks at a number they feel may be way off the actual wholesale price by the time all the trucks are delivered next Fall. I realize that you probably can't do anything in the mid $50's on the group of 200 trucks right now because you agreed not to undercut your initial buyers pricing on them, but if anything changes on your end and you feel like we can get close to the pricing I mentioned above let me know and I will put a deposit on the trucks and get them exported.

Thanks for your patience on this and I am sorry I couldn't pull the deal off at the $63,500 a truck we initially discussed.

**Joe Gittemeier**
**Company Owner**

CONFIDENTIAL

GLSN-0001530

**State Line Truck Sales, LLC**
2750 Cherry St - Suite H
Kansas City, MO 64108
Direct: 913-735-6194
Main: 816-400-4218
Mobile: 913-293-5915
joe@statelinetruck.com
www.statelinetruck.com
MO Dealer Number - W1042



CONFIDENTIAL