# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

GLS LEASCO, INC. and
CENTRAL TRANSPORT, LLC,

        Plaintiffs,

v.

        NAVISTAR, INC.,

Defendant.

Case No. 23-cv-12927

Hon. Mark A. Goldsmith

Magistrate Judge Anthony P. Patti

---

**Index of Exhibits to
Plaintiffs' Opposition to Navistar's Motion to Exclude the Opinions of
Plaintiffs' Damages Expert Michael Kahaian**

**Exhibit 1**   Excerpt, Averhart Dep. and Dep Ex. 262

**Exhibit 2**   Deposition Exhibit 79

**Exhibit 3**   Hosfield's Supplemental Expert Report

**Exhibit 4**   2023 Truck Build & Deliveries

**Exhibit 5**   Excerpt, Kahaian Deposition

**Exhibit 6**   NAV00072879

**Exhibit 7**   NAV00017163

**Exhibit 8**   NAV00017143

**Exhibit 9**   Kahaian Declaration

**Exhibit 10**  Excerpt, GLS 30(b)(6) Deposition

**Exhibit 11**  Excerpt, Stinsa Deposition and Dep Exs. 105 and 106

597973