EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

- - -

GLS Leasco, Inc.,          :

and Central Transport,

LLC,

    Plaintiffs,          :

    vs.                  : Case No. 23-cv-12927

Navistar, Inc.,            :

       Defendant.   :

November 4, 2024

Videotaped Deposition of

MARIA AVERHART

a witness herein, called by the Plaintiffs for examination under the applicable Rules of Ohio Civil Court Procedure, taken before me, Kimberly A. Kaz, Registered Professional Reporter and Notary Public in and for the State of Ohio, taken pursuant to notice, at the offices of Barnes & Thornburg, LLP, on Monday, November 4, 2024, commencing at approximately 9:10 a.m., and concluding at approximately 3:50 p.m.

- - -

Fortz Legal Support

www.FortzLegal.com

844.730.4066



Page 10

Q. And apart from that, have you ever been deposed?

A. No.

Q. Okay. So although you've been deposed before, it sounds like it's been a long time, so I'll give you a little refresher on the ground rules, which you may already know, but let's just go through it.

We have a court reporter here and she's, obviously, taking down all -- everything we say, so for that reason, try to make sure to answer audi- -- verbally, "yes" or "no," as opposed to nodding the head or "uh-huh," "huh-uh" because that's more difficult for the court reporter to transcribe accurately, okay?

A. Okay.

Q. All right. For the same reason, let's try to avoid cross-talk. I will try to let you complete your answer before I ask my next -- my next question, and then if you could try to let me finish my question, even if you know where I'm going, try to let me finish my question before you answer, okay?

A. Okay.

Page 11

Q. If I ask a question and you don't understand it, please feel free to ask me for clarification. If you don't ask me for clarification, though, I'll assume you understood what I meant, okay?

A. Okay.

Q. We're going to take breaks about every hour to hour and a half or so. If you need a break outside of that time frame, let me know. We'll finish the line of questioning that we're on and then you can take a break, all right?

A. Okay.

Q. All right. My next set of questions I ask to every witness, and it's just to make sure there's nothing that could affect your testimony today, so let me just run through these.

First, are you taking any medication or drugs of any kind that might make it difficult for you to understand and answer my questions today?

A. No.

Q. Have you had any alcoholic drinks in the last eight hours?

A. No.

Page 12

Q. Are you sick at all today?

A. No.

Q. Okay. Are you currently under a doctor's care for any illness that would affect your ability to give truthful testimony?

A. No.

Q. All right. And is there any reason you can think of that you would not be able to answer my questions fully and accurately today?

A. No.

Q. I'd like to ask a little about your background, so could we start with your date of birth?

A. 10-11-68.

Q. And how old would that make you today?

A. 56.

Q. And what's your current address?

A. 1740 Willow Road, Springfield, Ohio 45502.

Q. And, obviously, you're currently employed by Navistar?

A. Yes.

Q. And it sounds like you've been with

Page 13

Navistar for a long time. So when did you start at Navistar?

A. In 1990.

Q. And I'm going to kind of work backwards just to get a sense of what you've done at Navistar over the years.

So what's your current position at Navistar?

A. Current, order to delivery operations.

Q. And how long have you been in that position?

A. Roughly, five, eight years.

Q. I'm sorry. Did you say five to eight?

A. Five -- yeah, because the name kind of changed.

Q. Okay. And that's based out of Navistar's facility in Springfield?

A. Yes.

Q. Okay. And we -- we'll come back to that, but I just want to get the timeline first.

So what was your position prior to order to delivery operations?

Page 18

moment.

So what you did do before CRC, then, while you were at Navistar?

A.    Before CRC, I worked in -- I actually started in Fort Wayne, and so in Fort Wayne, I did the bill of material work in Fort Wayne and then I transferred to Springfield.  So Fort Wayne, Indiana.

Q.    Okay.  And is that -- have you now exhausted all the jobs you've had at Navistar?

A.    I think so.

Q.    Okay.  So let's -- let's come up to your current -- your current position at Navistar and let's talk about that in more detail.

So you said, again, your title was what currently?

A.    Order to delivery operations.

Q.    Is there a title -- is that vice president?  I mean, is there a title associated with that besides just order to delivery?

A.    More like a manager.

Q.    Manager.

And who do you report to?

A.    I report to Tim Gerke currently.

Page 19

Q.    How do you spell that name?

A.    G-E-R-K-E.

Q.    And who did you report to before Tim?

A.    Carl Webb.

Q.    When did that switchover happen?

A.    In the last -- within the last year.

Q.    All right.  And what is your understanding as to who Carl Webb reported to?

A.    Carl Webb reported to -- it was Mark Hernandez, and then Mark Hernandez left and he reported to -- may have been Phil Christmon.

Q.    Okay.

A.    There's been changes.

Q.    Do you know what Carl's title was?

A.    His current title?

Q.    Well, what his title was when you reported to him.

A.    Director of order to delivery.

Q.    And then you said he had, at the time, reported to Phil.  Do you know what Phil's title was?

A.    Vice president of manufacturing.

Q.    Okay.  And do you know who the vice

Page 20

president of manufacturing reported to?

A.    Not right off.  Not right off.

Q.    If not the name, do you know the position, the -- the title?

A.    I'd have to think about it.  I don't.

Q.    Okay.

A.    Yeah.

Q.    All right.  So why don't you walk me through your job duties as order to delivery operations.

A.    Yep.  My job duties are working with internal and external sales, meaning dealers, Navistar salespeople, men and women.  So part of those responsibilities are working with them on making their order -- making sure their orders are scheduled correctly each month, making sure order changes are processed, making sure the team is answering the 1-800 line.

Q.    Go on.

A.    Making -- I think I already said making sure orders are processed correctly.  Those are the main.

Q.    Those are the main?

Page 21

A.    Uh-huh.

Q.    Okay.  And you're familiar with something called the order board?

A.    Yeah.

Q.    Okay.  So when you say you're processing order changes, does that mean you're in charge of making changes to the order board?

A.    Making changes to orders so the customer may say, well, I don't want this axle, I want this axle instead, or I -- I don't want it to be -- I don't want my truck to be pink, I want it to be purple.

Q.    Well, what about the -- you're familiar with the order board having a -- and we can -- I'm going to show you an order board document at some point, but you're familiar with the order board showing the estimated date or the date that production is supposed to begin on particular vehicles?

A.    Yes.

Q.    Okay.  And when I'm referring to order board, then, is -- are you in charge of slotting those dates in on the order board?

A.    We have -- we have a team that does

Page 46

RVP, but yeah, it could be Mark Belisle or Dan Kayser, yes.

Q.   Are -- and that's a good point.  So David Brown is not higher than the RVP, but he works for Belisle, correct, as far as you know?

A.   Works somewhere in that organization, yes, or did.

Q.   Okay.  Well, your understanding is that so David -- David Brown's not actually making the decisions, he's carrying out a request from Mark Belisle or someone else in the sales organization that he works for, right?

A.   I --

MR. MURPHY:  Object to form. Foundation.

Q.   Go ahead.

A.   I can't say that.

Q.   Now, David Brown said that -- well, you wouldn't have any reason to disagree with other testimony, then, on -- on what David Brown's level of authority is and who is actually making the decisions on slotting at that level?

A.   Correct.  But I -- just from my standpoint, I can't answer that.

Page 47

Q.   I understand.

Okay.  And so let me -- so let me ask you another question, then.  So let's look back at the document here.  So just use this as an example, you see the first truck, it's listed -- the customer is XPO Logistics, the slot date is 3-23-22, and it's for an LT 62A00 model.  Do you see that?

A.   Yes.

Q.   Now, obviously, the slot date can also change, right?  So if somebody wanted to change the slot date, that would be, again, coming from either the regional vice president or Belisle's organization?

A.   Or the dealer.

Q.   Or the dealer.  Okay.

A.   Yes.

Q.   And how is the slot date actually changed?  If a request is made, look, we need to change the slot, how is that done?

A.   In the scheduling system.

Q.   I see.  So the scheduler can actually go in and take Truck A and change the date from 3-23 to some other date?

Page 48

A.   Correct.

Q.   And so is it the same thing, then, for schedule changes, that's also being directed from someone in the sales organization?

A.   When you say "schedule changes" --

Q.   I'm sorry.  The slotting date changes.  But that is -- those changes are made by your group at the direction of sales; is that right?

A.   Yes.

Q.   Okay.  Your group wouldn't change those dates without the direction of sales?

A.   The only way we would change the date is if a supplier said or ra- -- as an example, a rail supplier said, hey, you're not going to get rails and we have to take a down day, then all dates change or all truck dates change.

Q.   And is that kind of automatic?  So if the plant goes down, every day gets moved back by one?

A.   Yes.

Q.   But apart from that, you don't make changes that aren't directed by sales?

A.   Correct.

Page 49

Q.   All right.  And I'm going to show you -- let's pull it up.  I'm going to pull up the -- one of the other attachments.  This is NAV00132798 and that's the -- the Jan line set 2-21-22 Excel attachment, okay?  And before I get to this, actually, let me back up one second here.

I believe you said that there's a certain number of trucks that a plant can build a day from; is that right?

A.   Yes.

Q.   Okay.  But actually building one truck from start to finish, that's done in -- in one day, correct?

MR. MURPHY:  Object to form.  Calls for speculation.

Q.   To your knowledge.

A.   Yes and no.

Q.   Okay.  Explain.

A.   So if a truck starts to build at 3:00 in the afternoon and the stop time is 3:30, then it's only going to build so far into the line, so it will not be completed that day.

Q.   I see.  But the -- what -- what -- do you know -- do you know

Page 50

on average what the actual length of time it takes for the truck to get from the start of the assembly line to the finished product?

MR. MURPHY: Objection to form. Foundation.

Q. That's -- that's generally less than a day, right?

MR. MURPHY: Same objection.

Q. Go ahead.

A. It all depends on what time it starts. So do some trucks start -- will it start today and end today, yes.

Q. All right. Well, what -- that's what I'm getting at.

So let's say that plant opens a 9:00 in the morning, truck ready to go at the very beginning of line by 9:00 in the morning. How long does it take for that truck to be completed, as far as you were aware?

A. I don't know the hours, but do most trucks build the same day? I would say yes, unless there's a disruption on the line, it's missing parts, something breaks on the line.

Q. But assuming that there's no hiccups

Page 51

like that, your understanding is that a truck, start to finish, is less than a full day?

A. Some trucks, yes.

Q. Okay. And that includes R- -- LTs and RHs?

A. It includes -- yes, it does.

Q. All right. And once the truck has actually -- and so you're actually -- your organization is order to delivery, so I assume that takes you from manufacturing to getting it to the end customer; is that right?

A. Correct.

Q. Okay. You would agree that once the truck is built, you're able to get it out to -- you could get it to the customer in ten days to maybe 14 days; is that right?

MR. MURPHY: Object to form. Foundation. Speculation.

Q. Okay. Again, you're in charge -- you're -- you're the manager of order to delivery, correct?

A. Yes.

Q. So you're familiar with the average on you the -- well, back up.

Page 52

You're familiar with how long that takes to deliver a completed truck, correct?

A. Yes.

Q. Something you work with?

A. Yes.

Q. And so my question, then, is to you: It is possible to get a truck, complete a truck, deliver it to the end user within, say, two weeks? That's possible, correct?

MR. MURPHY: Object to form. Calls for speculation.

THE WITNESS: I would say depending on the final destination, depending on if the truck has any third-party modifica- -- modification work that has to be completed, depending on if the truck is built and missing any components, any defects. So in most cases, I would say absolutely not.

Q. Okay.

A. We do not deliver trucks within ten days after build. It -- it's almost impossible.

Q. Okay. What would you say the average time is?

A. We tell customers that your truck can deliver up to 45 days after build

Page 53

in -- in -- barring any unforeseen issues.

Q. Okay. Well -- and that's up to 45 days. I'm asking what -- your knowledge at this time, what was the average?

A. At that time?

Q. Yeah.

A. I'd have to go back and look.

Q. Okay. But you wouldn't disagree that 30 days is possible, correct?

MR. MURPHY: Object to form. Calls for speculation. Vague and ambiguous.

Q. Okay. Go ahead.

In your -- in your capacity as the manager for order to deli- -- delivery, 30 days is a reasonable time frame to get the truck from manufacturer to customer, correct?

A. Well -- so I -- I can't be that vague because "reasonable" means that everything is perfect and everything lines up, and at that time, we had so many supplier issues, so it's hard for me to say unless I go back and look at history.

MR. MURPHY: Tom, is it okay for a quick break?

MR. DAVIS: Yeah. Let's go ahead.

scheduling@fortzlegal.com     fortzlegal.com     Toll Free: 844.730.4066

Page 54

MR. MURPHY: Yeah.

THE VIDEOGRAPHER: Going off the record at 10:00 a.m.

(Recess taken.)

THE VIDEOGRAPHER: We are back on the record at 10:09 a.m.

Please proceed.

Q.    All right. Ms. Averhart, let me go back.

Before we look at the li- -- the line set order board document, I -- I did want to clarify one other thing. You would agree, correct, that if it was critical to, for instance, meet a deadline, that you could deliver a truck in, say, 14 to 17 days after the vehicle was produced in Escobedo, correct?

MR. MURPHY: Object to form. Calls for speculation.

THE WITNESS: It all depends. I -- that is not a "yes" or "no" answer. It depends on the final destination, it depends on if work has to be done, it depends on if -- what's going on at that time, what type of shortages we're having and things like that, so it hard to say "yes" or "no."

Page 55

Q.    Well, let me just ask it one other way.

So I understand there's contingencies, but even in this time frame, would you agree that it was possible, if it was critical enough, you could get a truck from Escobedo to the United States and the customer within 14 to 17 days?

MR. MURPHY: Same objection.

THE WITNESS: It depends on the final destination. It -- it depends on a lot of factors. I'd have to look at the order, see when it was building, see what it had on it, if it has to go to, like, an intermediate or a third party before I could say that.

Q.    Let me ask you this way: Would you say it would be impossible to get the truck from Escobedo to the end customer in 14 to 17 days?

A.    Close.

Q.    All right. I'm going to hand you Exhibit 262.

- - - - -

(Thereupon, Deposition Exhibit 262 was marked for purposes of

Page 56

identification.)

- - - - -

Q.    And this is a lengthy e-mail chain. This, I'll represent, came from your e-mail box, or at least was represented to come from you as the custodian. And the top e-mail is from Mike Nester to you, Carl Webb, Truck Movers and Wale Akinosho. Do you see that?

A.    Yes.

Q.    Copying David Brown and Sean Carmichael, all right?

A.    Yes.

Q.    Who's Mike Nester?

A.    He reports to me.

Q.    He reports to you?

A.    Yes.

Q.    All right. And Wale Akinosho, we know, we've deposed him before, but he is the truck sales manager for the southwest region, right?

A.    Yes.

Q.    For Sean Carmichael?

A.    Yes.

Q.    And we know who David Brown is. That's -- we talked about him before, right?

Page 57

A.    Yes.

Q.    All right. And if you go to the last page here -- I'm sorry. Not the very last page, but the last couple pages is a list of 32 trucks. Do you see that?

A.    Yes.

Q.    All right. And going to the -- the last e-mail in the chain is from Wale Akinosho to CRC analysts, but you're copied on that. Do you see that?

A.    Which one?

Q.    This is -- if you look at the numbers in the -- yeah. You're there, on that page there.

A.    Yes.

Q.    Do you see Wale is --

A.    Yes.

Q.    And do you see that he's asking you to add this to the critical list as a region -- as a request from region VP? Do you see that?

A.    Yes.

Q.    Critical list meaning what it sounds like, that this is a priority to get these trucks delivered?

scheduling@fortzlegal.com      fortzlegal.com      Toll Free: 844.730.4066

A.    Yes.

Q.    And Wale is asking your group to help expedite that final delivery?

A.    Well, he's asking Escobedo.

Q.    Oh, he's asking Escobedo, but he's copying you because you're part of that chain of order to delivery, right?

A.    Yes.

Q.    All right.  So let's go to the first page.  I'm sorry.  Turn to the second page.  So Wale is e-mailing you directly and copying some other individuals here.  We asked -- I asked you about Mike Nester.  Who's Sonia Alvarado Morado?

A.    She works in Escobedo.

Q.    Okay.  All right.  And Wale is asking:  We are being pressed for delivery to final in less than ten days.  Is there any way you and your team can help us accomplish this?  Right?

A.    Yes.

Q.    And then the next day, Mr. Nester, who reports to you, says:  Getting them delivered in less than ten days is really not likely to happen due to volume and mileage.  We will minimize as much as we can, but more likely to start

Page 59

delivering them to Michigan around 14 to 17 days once they're in Laredo.  Correct?

A.    That's what it says, yes.

Q.    Okay.  So you would agree, in March of 2022, when a dealer -- I'm sorry, when the regional vice president said it was critical, your own staff is saying that they can get these delivered in 14 to 17 days?

A.    No.

Q.    Okay.  And why -- why do you disagree with that?

A.    Because he said once in Laredo.

Q.    Okay.  And how long does it take to get to Laredo?

A.    It depends on when they're released from the plant.  So all trucks do not come off the line perfect, so they can be built today and not released from the plant for weeks.

Q.    Okay.

A.    So what Mike is saying is once they arrive in Laredo, Texas from Escobedo, Mexico, then we will minimize, no guarantee, we will minimize as much as we can, but more likely to start delivering them to Michigan around 14 to 17 days once they are

in Laredo.

Q.    Okay.  And, again, you're saying that there's contingencies.  So if they don't come off the line perfect, that takes some additional time?

A.    So -- yes.

Q.    Yes.

And my question is:  So you're saying there's a range of possibilities.  Let's say a truck comes off and there's nothing wrong with it.  How long does it take to get it from Escobedo to Laredo?

MR. MURPHY:  Object to form.

Q.    Go ahead.  Go ahead.

A.    So there are three days for PDI, predelivery inspection.  So after build, add on three days.

Q.    Okay.

A.    I don't know if these trucks went to the truck specialty center for anything, so if so, you add on days for that.  So from the build date and release to the plant, so trucks, they -- once they're built, they line up to get decked to Laredo, so that can add on days also.

Page 61

Q.    All right.  Well, that's what I want to walk through.

So build, you say there's three -- let's -- let's kind of just walk through all those steps and what it can take.

So you say it -- okay.  So it's build.  It says three days -- you said three days for --

A.    Predelivery inspection.

Q.    -- predelivery inspection.  So if it's built on day one, predelivery inspection takes you to take four; is that right?

A.    Correct.

Q.    Okay.  And then what's the next step after predelivery inspection?

A.    If there are any defects or issues with the vehicles, they can go to semi-finish inventory, and that can be days or weeks.

Q.    And if there aren't any defects?

A.    If there -- if there are zero -- if there are defects, then those are the three days.  I don't know if they go to the truck specialty center to, like, get air shields or anything.  That's another three to four days.

Page 62

Q.    Does that happen every time or is that just another --

A.    Oh, that's normal process.

Q.    So -- so now that takes you from another three to four days, so that gets you to day maybe seven or eight pre- or post- --

A.    Correct.

Q.    -- -production?

Okay.  And then what's another step from there?

A.    Then they go to the yard, the carrier transportation yard for decking or pairing.

Q.    And decking means what?

A.    Means that we have a lead truck and then there are trucks decked behind it or Z-wing behind it, so we deliver -- we have one lead truck and we pull three other trucks behind it.

Q.    Okay.

A.    Two to three.

Q.    Okay.  So this is actually getting them lined up to actually start moving.  One truck will pull three other trucks --

A.    Yes.

Q.    -- from -- from --

Page 63

A.    From --

Q.    This -- well, where is the predelivery inspection, is that also in Escobedo?

A.    Yes.

Q.    Okay.  And then the next step you said was what?  I'm sorry?

A.    Truck specialty center.

Q.    Truck specialty center.  And that's --

A.    Like, to get their shields or whatever.

Q.    It's also in Escobedo.

Okay.  So then --

THE STENOGRAPHER:  If we can just one at a time, please.  You were really talking over each other.

Q.    So then from the truck specialty center, then you have to get it decked, that's also happening in Escobedo, obviously?

A.    Yes.

Q.    Okay.  All right.  How long does it take to get the decking done?

A.    It can take -- well, one, so it's pairing, first pairing.  So we try and pair like

Page 64

trucks, if they're available, that are going to the same destination or similar destinations.

Q.    And --

A.    And then -- and then we deck them.  So all of that could take two to three days.

Q.    Can take.  Can take less?  Is that what you're saying?

A.    I would say three days.  Two -- I would say three days.

Q.    So you're saying that's on average, it takes three days, or it must take three days?

A.    I -- I can tell you that we never deck -- we never send something to the carrier and deck it within one day.

Q.    Okay.  So it can be two days or three days?  Let's even say three days.  So that now takes it to day -- to maybe day 11 post-build?

A.    Yes.

Q.    Once it's decked, that -- the next step is deliver the driver to Laredo, right?

A.    Yes.

Q.    Okay.  And Escobedo to Laredo is less than a day to drive?

A.    Yes.

Page 65

Q.    Okay.  All right.  So under the schedule you've identified, it would have been possible, then -- ten days was not very likely from Laredo, but 14 to 17, once they're in Laredo, was possible for these 43 units?  That's what your subordinate here, Mike Nester, was indicating, right?

A.    Yes.  Now, so -- yes.

Q.    Okay.  So even adding on the time you indicated, and we were talking maybe up to 11 days in Escobedo to when it's driven, that's still 25 to 28 days total?  That's possible, right?

A.    Yes.

Q.    Okay.  And, again, all of these things that we've talked about, you said that's -- that's the average management of time, but if you were told it was critical, you can try to minimize all those steps as well, right?

A.    Yes.  And one part that's not in there is so we typically let folks know when trucks become shippable because once they get to Laredo, they have to be shippable, meaning that there's not a quality hold on them.

Q.    And so let me just ask a little bit

scheduling@fortzlegal.com    fortzlegal.com    Toll Free: 844.730.4066

Page 66

more about the minimizing. I just want to make sure.

So predelivery inspection, when you say it's three days, is that actually takes three days to -- for somebody to walk through all the steps or is that just generally how long it has to sit there before it finally gets done?

A. All of the above.

Q. Okay. So you're saying that you can- -- cannot make that happen in less than three days if it was critical, or you can?

A. No.

Q. Okay. So the PDI has to be three days?

A. The PDI is three days.

Q. Okay.

A. Could be five days.

Q. Okay. So then the -- the TSP, you said that adds another three to four days. That can be minimized?

A. No, because you're adding on different components.

Q. Okay. But that would depend on whether those components are being added or not.

Page 67

Fair?

A. Correct.

Q. Okay. And then the next step where you said you would try to pair, if possible, that's -- that's mostly for efficiency purposes, right? That's why it takes two to three days to -- to line everything up?

A. Well, no.

Q. Okay.

A. So it takes two to three days to line everything up -- well, I guess to ensure that we don't have to un-deck and re-deck in Laredo.

Q. Okay. But is that any area that you could minimize the time if it was critical to do so, if it was critical to get the deliveries done?

A. It would be tough.

Q. Okay. Well, my question was: Do -- so I'm trying to understand. You said that you could try to expedite things, and where -- where are the areas that we can get the expediting done, then, before it gets driven to Laredo?

A. So the -- well, no. So the minimizing is what Mike is saying is from Laredo to final.

Page 68

Q. Okay. All right. And one other thing. I just -- you would agree with me, so when Nester says that he thought getting it delivered in less than ten days is really not likely to happen, you would agree that he's not flat-out saying it's impossible, correct?

MR. MURPHY: Object to form. Foundation.

Q. Go ahead.

A. I would disagree. What he's saying without saying it is it's not going to happen.

Q. Okay. So you're saying it would have been impossible to get this done in less than ten days?

A. Impossible.

Q. And you're just saying that Mike Nester is just not being candid with Wale and is leaving open the possibility of ten days?

MR. MURPHY: Object to form. Foundation.

Q. Did you ever discuss this with him?

A. Yes.

Q. Okay. And so did you --

A. Well -- and -- and le- -- let me say

Page 69

it this way: So it's very harsh to put in an e-mail, "Absolutely not. We're not going to do that." So he tried to soften the blow letting them know that it's really not likely going to happen.

Q. And you're saying you remember specifically this conversation or are you just speculating, based on reading it today?

A. I -- I am talking in general.

Q. Okay. So you -- you don't have a specific recollection of this particular conversation you had with Mike?

A. I do not.

Q. All right. Let's go back to the order board document. Give me one moment. Yeah, you can -- you're going to gather all those for the court reporter at the end. Give me one moment, please.

MR. MURPHY: Is that the first exhibit you marked?

MR. DAVIS: No. I marked two of them.

MR. MURPHY: Okay. All right.

MR. DAVIS: That was 262 and I also marked 261.

18 (Pages 66 to 69)

Message
<hr>

| | |
|---|---|
| **From:** | Nester II, R. (Mike) M [Mike.Nester@Navistar.com] |
| **Sent:** | 3/10/2022 12:56:19 PM |
| **To:** | Akinosho, Olawale (Wale) D [Wale.Akinosho@Navistar.com]; Averhart, Maria R [Maria.Averhart@Navistar.com]; Alvarado Morado, Sonia Janette [Sonia.Alvarado@Navistar.com]; Webb, Carl M [Carl.Webb@Navistar.com]; Truckmovers (Help) [navistar.help@truckmovers.com] |
| **CC:** | Brown, David [David.Brown@Navistar.com]; Carmichael, Sean [Sean.Carmichael@Navistar.com] |
| **Subject:** | RE: 39 BUILT CENTRAL TRANSPORT IN STEP 34 - STATUS UPDATE AND EXPEDITE REQUEST |
| **Attachments:** | CENTRAL TRANSPORT_J LOLLIS.xls |

EXHIBIT
262
PENGAD 800-631-6989

Wale-

These 43 units all go to Warren MI so will be decked from EAP to Laredo and then from Laredo to Springfield, undecked and singled to the customer location.    Getting them delivered in less than 10 days in really not likely to happen due to volume and milage.    We will minimize as much as we can but more likely to start delivering them to MI around 14-17 days once they are in Laredo.


TM-
Mark these HOT

| Serial # |
|---|
| PN738217 |
| PN738218 |
| PN738219 |
| PN738220 |
| PN738221 |
| PN738222 |
| PN738223 |
| PN738224 |
| PN738225 |
| PN738226 |
| PN738227 |
| PN738228 |
| PN738229 |
| PN738230 |
| PN738231 |
| PN738232 |
| PN738233 |
| PN738234 |
| PN738235 |
| PN738236 |
| PN738237 |
| PN738238 |
| PN738239 |
| PN738240 |
| PN738241 |
| PN738242 |
| PN738243 |
| PN738244 |
| PN738245 |

CONFIDENTIAL

NAV00079292

| | |
|---|---|
| PN738246 | |
| PN738247 | |
| PN738248 | |
| PN738249 | |
| PN738250 | |
| PN738251 | |
| PN738252 | |
| PN738253 | |
| PN738254 | |
| PN738255 | |
| PN738256 | |
| PN738257 | |
| PN738258 | |
| PN738259 | |

**From:** Akinosho, Olawale (Wale) D <Wale.Akinosho@Navistar.com>
**Sent:** Thursday, March 10, 2022 1:24 PM
**To:** Averhart, Maria R <Maria.Averhart@Navistar.com>; Alvarado Morado, Sonia Janette <Sonia.Alvarado@Navistar.com>; Webb, Carl M <Carl.Webb@Navistar.com>; Nester II, R. (Mike) M <Mike.Nester@Navistar.com>
**Cc:** Brown, David <David.Brown@Navistar.com>; Carmichael, Sean <Sean.Carmichael@Navistar.com>
**Subject:** RE: 39 BUILT CENTRAL TRANSPORT IN STEP 34 - STATUS UPDATE AND EXPEDITE REQUEST

Maria

with regard to our conversation this morning I just received confirmation we are going ahead with the Pre-wire as approved below

We are being pressed for delivery to final in less than 10 days, is there anyway you and your team can help us accomplish this

Please let me know what else is needed thanks

**Wale**
**972-377-1211**

**From:** Averhart, Maria R <Maria.Averhart@Navistar.com>
**Sent:** Friday, March 4, 2022 1:57 PM
**To:** Belisle, Mark L <Mark.Belisle@Navistar.com>; Carmichael, Sean <Sean.Carmichael@Navistar.com>; Akinosho, Olawale (Wale) D <Wale.Akinosho@Navistar.com>; Alvarado Morado, Sonia Janette <Sonia.Alvarado@Navistar.com>; .DL CRC Analysts - EAP <CRCAnalysts-EAP@Navistar.com>; Webb, Carl M <Carl.Webb@Navistar.com>
**Cc:** Nester II, R. (Mike) M <Mike.Nester@Navistar.com>; Brown, David <David.Brown@Navistar.com>
**Subject:** RE: 39 BUILT CENTRAL TRANSPORT IN STEP 34 - STATUS UPDATE AND EXPEDITE REQUEST

Thank you!

**From:** Belisle, Mark L <Mark.Belisle@Navistar.com>
**Sent:** Friday, March 4, 2022 2:47 PM
**To:** Carmichael, Sean <Sean.Carmichael@Navistar.com>; Akinosho, Olawale (Wale) D <Wale.Akinosho@Navistar.com>; Alvarado Morado, Sonia Janette <Sonia.Alvarado@Navistar.com>; Averhart, Maria R <Maria.Averhart@Navistar.com>; .DL CRC Analysts - EAP <CRCAnalysts-EAP@Navistar.com>; Webb, Carl M <Carl.Webb@Navistar.com>

CONFIDENTIAL

NAV00079293

**Cc:** Nester II, R. (Mike) M <Mike.Nester@Navistar.com>; Brown, David <David.Brown@Navistar.com>
**Subject:** Re: 39 BUILT CENTRAL TRANSPORT IN STEP 34 - STATUS UPDATE AND EXPEDITE REQUEST

Approved.

Mark Belisle
Group VP Dealer Sales and Operations
Navistar, Inc
331 444 4338

---

**From:** Carmichael, Sean <Sean.Carmichael@Navistar.com>
**Sent:** Friday, March 4, 2022 1:45 PM
**To:** Akinosho, Olawale (Wale) D; Alvarado Morado, Sonia Janette; Averhart, Maria R; .DL CRC Analysts - EAP; Belisle, Mark L; Webb, Carl M
**Cc:** Nester II, R. (Mike) M; Brown, David
**Subject:** Re: 39 BUILT CENTRAL TRANSPORT IN STEP 34 - STATUS UPDATE AND EXPEDITE REQUEST

Mark-

Per our conversation, please approve the following email allowing Maria and team to code the first 39 units as prewire only.

Thank You,


Sean Carmichael
International Trucks- VP Southwest Region
5850 Granite Parkway
Suite 760
Plano, TX 75042 USA

---

**From:** Akinosho, Olawale (Wale) D <Wale.Akinosho@Navistar.com>
**Sent:** Friday, March 4, 2022 1:17:12 PM
**To:** Alvarado Morado, Sonia Janette <Sonia.Alvarado@Navistar.com>; Carmichael, Sean <Sean.Carmichael@Navistar.com>; Averhart, Maria R <Maria.Averhart@Navistar.com>; .DL CRC Analysts - EAP <CRCAnalysts-EAP@Navistar.com>; Belisle, Mark L <Mark.Belisle@Navistar.com>; Webb, Carl M <Carl.Webb@Navistar.com>
**Cc:** Nester II, R. (Mike) M <Mike.Nester@Navistar.com>; Brown, David <David.Brown@Navistar.com>
**Subject:** Re: 39 BUILT CENTRAL TRANSPORT IN STEP 34 - STATUS UPDATE AND EXPEDITE REQUEST

Good afternoon Mark

Please we need you authorization on Order change request for CENTRAL TRANSPORT orders

Dealer is having technical difficulties with submitting OCR we need Maria to assist with this request and she needs your authorization before she can proceed

Thank you

Get Outlook for Android

---

**From:** Alvarado Morado, Sonia Janette <Sonia.Alvarado@Navistar.com>
**Sent:** Thursday, March 3, 2022 5:39:21 PM
**To:** Carmichael, Sean <Sean.Carmichael@Navistar.com>; Averhart, Maria R <Maria.Averhart@Navistar.com>; Akinosho, Olawale (Wale) D <Wale.Akinosho@Navistar.com>; .DL CRC Analysts - EAP <CRCAnalysts-EAP@Navistar.com>
**Cc:** Nester II, R. (Mike) M <Mike.Nester@Navistar.com>; Brown, David <David.Brown@Navistar.com>
**Subject:** RE: 39 BUILT CENTRAL TRANSPORT IN STEP 34 - STATUS UPDATE AND EXPEDITE REQUEST

Good afternoon,
All of them are waiting for Bendix component, I did not find an OCR in system requested the change to prewire. Christy/CRC EAP, could you please confirm?

Thank you,
Regards.
Sonia J. Alvarado Morado
Customer Advocate

---

**From:** Carmichael, Sean <Sean.Carmichael@Navistar.com>
**Sent:** Thursday, March 3, 2022 1:57 PM
**To:** Averhart, Maria R <Maria.Averhart@Navistar.com>; Akinosho, Olawale (Wale) D <Wale.Akinosho@Navistar.com>; .DL CRC Analysts - EAP <CRCAnalysts-EAP@Navistar.com>; Alvarado Morado, Sonia Janette <Sonia.Alvarado@Navistar.com>
**Cc:** Nester II, R. (Mike) M <Mike.Nester@Navistar.com>; Brown, David <David.Brown@Navistar.com>
**Subject:** Re: 39 BUILT CENTRAL TRANSPORT IN STEP 34 - STATUS UPDATE AND EXPEDITE REQUEST

They are all prewire as directed by Paul Martin for secondary market! Remember we had taken them off then had to re add per Paula direction.

When can we get these released to deliver?

Thank You,


Sean Carmichael
International Trucks- VP Southwest Region
5850 Granite Parkway
Suite 760
Plano, TX 75042 USA

---

**From:** Averhart, Maria R <Maria.Averhart@Navistar.com>
**Sent:** Thursday, March 3, 2022 12:11:10 PM
**To:** Akinosho, Olawale (Wale) D <Wale.Akinosho@Navistar.com>; .DL CRC Analysts - EAP <CRCAnalysts-EAP@Navistar.com>; Alvarado Morado, Sonia Janette <Sonia.Alvarado@Navistar.com>
**Cc:** Carmichael, Sean <Sean.Carmichael@Navistar.com>; Nester II, R. (Mike) M <Mike.Nester@Navistar.com>; Brown, David <David.Brown@Navistar.com>
**Subject:** RE: 39 BUILT CENTRAL TRANSPORT IN STEP 34 - STATUS UPDATE AND EXPEDITE REQUEST

All were built with Bendix and don't see where they changed to prewire (or if they were going to). Sonia can advise.  thanks

---

**From:** Akinosho, Olawale (Wale) D <Wale.Akinosho@Navistar.com>
**Sent:** Thursday, March 3, 2022 12:09 PM
**To:** .DL CRC Analysts - EAP <CRCAnalysts-EAP@Navistar.com>
**Cc:** Carmichael, Sean <Sean.Carmichael@Navistar.com>; Nester II, R. (Mike) M <Mike.Nester@Navistar.com>; Averhart,

CONFIDENTIAL

Maria R <Maria.Averhart@Navistar.com>; Brown, David <David.Brown@Navistar.com>
**Subject:** RE: 39 BUILT CENTRAL TRANSPORT IN STEP 34 - STATUS UPDATE AND EXPEDITE REQUEST

Adding Dave Brown

**Wale**
**972-377-1211**

**From:** Akinosho, Olawale (Wale) D
**Sent:** Thursday, March 3, 2022 11:07 AM
**To:** .DL CRC Analysts - EAP <CRCAnalysts-EAP@Navistar.com>
**Cc:** Carmichael, Sean <Sean.Carmichael@Navistar.com>; Schmitt, Thomas R <Thomas.Schmitt@Navistar.com>; Nester II, R. (Mike) M (Mike.Nester@Navistar.com) <Mike.Nester@Navistar.com>; Averhart, Maria R (Maria.Averhart@Navistar.com) <Maria.Averhart@Navistar.com>
**Subject:** 39 BUILT CENTRAL TRANSPORT IN STEP 34 - STATUS UPDATE AND EXPEDITE REQUEST

Good morning EAP team

Please can you advise and assist

The 39 units listed below for Central Transport were built early February and currently show step 34

Can you please advise if there are existing issues preventing these jobs from shipping

Also can you please add to Critical list as a request from Region VP (also copied) and help expedite to final

Thanks

| order number | job number | model 7 code | actual build date | vin | customer name | dealer acct number | Dealer name | step |
|---|---|---|---|---|---|---|---|---|
| 638401 | 738217 | RH61F00 | 2/1/2022 | 3HSDWTZR4PN738217 | Central Transport | 761882 | ALLEGIANCE TRUCKS | 34 |
| 638401 | 738218 | RH61F00 | 2/1/2022 | 3HSDWTZR6PN738218 | Central Transport | 761882 | ALLEGIANCE TRUCKS | 34 |
| 638401 | 738220 | RH61F00 | 2/1/2022 | 3HSDWTZR4PN738220 | Central Transport | 761882 | ALLEGIANCE TRUCKS | 34 |
| 638401 | 738221 | RH61F00 | 2/1/2022 | 3HSDWTZR6PN738221 | Central Transport | 761882 | ALLEGIANCE TRUCKS | 34 |
| 638401 | 738223 | RH61F00 | 2/1/2022 | 3HSDWTZRXPN738223 | Central Transport | 761882 | ALLEGIANCE TRUCKS | 34 |
| 638401 | 738224 | RH61F00 | 2/1/2022 | 3HSDWTZR1PN738224 | Central Transport | 761882 | ALLEGIANCE TRUCKS | 34 |
| 638401 | 738227 | RH61F00 | 2/1/2022 | 3HSDWTZR7PN738227 | Central Transport | 761882 | ALLEGIANCE TRUCKS | 34 |
| 638401 | 738228 | RH61F00 | 2/1/2022 | 3HSDWTZR9PN738228 | Central Transport | 761882 | ALLEGIANCE TRUCKS | 34 |
| 638401 | 738229 | RH61F00 | 2/1/2022 | 3HSDWTZR0PN738229 | Central Transport | 761882 | ALLEGIANCE TRUCKS | 34 |
| 638401 | 738230 | RH61F00 | 2/1/2022 | 3HSDWTZR7PN738230 | Central Transport | 761882 | ALLEGIANCE TRUCKS | 34 |

NAV00079296

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 638401 | 738231 | RH61F00 | 2/1/2022 | 3HSDWTZR9PN738231 | Central Transport | 761882 | ALLEGIANCE TRUCKS | 34 |
| 638401 | 738232 | RH61F00 | 2/1/2022 | 3HSDWTZR0PN738232 | Central Transport | 761882 | ALLEGIANCE TRUCKS | 34 |
| 638401 | 738233 | RH61F00 | 2/1/2022 | 3HSDWTZR2PN738233 | Central Transport | 761882 | ALLEGIANCE TRUCKS | 34 |
| 638401 | 738234 | RH61F00 | 2/2/2022 | 3HSDWTZR4PN738234 | Central Transport | 761882 | ALLEGIANCE TRUCKS | 34 |
| 638401 | 738235 | RH61F00 | 2/2/2022 | 3HSDWTZR6PN738235 | Central Transport | 761882 | ALLEGIANCE TRUCKS | 34 |
| 638401 | 738236 | RH61F00 | 2/2/2022 | 3HSDWTZR8PN738236 | Central Transport | 761882 | ALLEGIANCE TRUCKS | 34 |
| 638401 | 738237 | RH61F00 | 2/3/2022 | 3HSDWTZRXPN738237 | Central Transport | 761882 | ALLEGIANCE TRUCKS | 34 |
| 638401 | 738238 | RH61F00 | 2/3/2022 | 3HSDWTZR1PN738238 | Central Transport | 761882 | ALLEGIANCE TRUCKS | 34 |
| 638401 | 738239 | RH61F00 | 2/3/2022 | 3HSDWTZR3PN738239 | Central Transport | 761882 | ALLEGIANCE TRUCKS | 34 |
| 638401 | 738240 | RH61F00 | 2/3/2022 | 3HSDWTZRXPN738240 | Central Transport | 761882 | ALLEGIANCE TRUCKS | 34 |
| 638401 | 738241 | RH61F00 | 2/3/2022 | 3HSDWTZR1PN738241 | Central Transport | 761882 | ALLEGIANCE TRUCKS | 34 |
| 638401 | 738242 | RH61F00 | 2/3/2022 | 3HSDWTZR3PN738242 | Central Transport | 761882 | ALLEGIANCE TRUCKS | 34 |
| 638401 | 738243 | RH61F00 | 2/3/2022 | 3HSDWTZR5PN738243 | Central Transport | 761882 | ALLEGIANCE TRUCKS | 34 |
| 638401 | 738244 | RH61F00 | 2/3/2022 | 3HSDWTZR7PN738244 | Central Transport | 761882 | ALLEGIANCE TRUCKS | 34 |
| 638401 | 738245 | RH61F00 | 2/4/2022 | 3HSDWTZR9PN738245 | Central Transport | 761882 | ALLEGIANCE TRUCKS | 34 |
| 638401 | 738246 | RH61F00 | 2/4/2022 | 3HSDWTZR0PN738246 | Central Transport | 761882 | ALLEGIANCE TRUCKS | 34 |
| 638401 | 738247 | RH61F00 | 2/4/2022 | 3HSDWTZR2PN738247 | Central Transport | 761882 | ALLEGIANCE TRUCKS | 34 |
| 638401 | 738248 | RH61F00 | 2/4/2022 | 3HSDWTZR4PN738248 | Central Transport | 761882 | ALLEGIANCE TRUCKS | 34 |
| 638401 | 738249 | RH61F00 | 2/4/2022 | 3HSDWTZR6PN738249 | Central Transport | 761882 | ALLEGIANCE TRUCKS | 34 |
| 638401 | 738250 | RH61F00 | 2/4/2022 | 3HSDWTZR2PN738250 | Central Transport | 761882 | ALLEGIANCE TRUCKS | 34 |
| 638401 | 738251 | RH61F00 | 2/4/2022 | 3HSDWTZR4PN738251 | Central Transport | 761882 | ALLEGIANCE TRUCKS | 34 |
| 638401 | 738252 | RH61F00 | 2/4/2022 | 3HSDWTZR6PN738252 | Central Transport | 761882 | ALLEGIANCE TRUCKS | 34 |
| 638401 | 738253 | RH61F00 | 2/4/2022 | 3HSDWTZR8PN738253 | Central Transport | 761882 | ALLEGIANCE TRUCKS | 34 |
| 638401 | 738254 | RH61F00 | 2/4/2022 | 3HSDWTZRXPN738254 | Central Transport | 761882 | ALLEGIANCE TRUCKS | 34 |
| 638401 | 738255 | RH61F00 | 2/4/2022 | 3HSDWTZR1PN738255 | Central Transport | 761882 | ALLEGIANCE TRUCKS | 34 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 638401 | 738256 | RH61F00 | 2/7/2022 | 3HSDWTZR3PN738256 | Central Transport | 761882 | ALLEGIANCE TRUCKS | 34 |
| 638401 | 738257 | RH61F00 | 2/7/2022 | 3HSDWTZR5PN738257 | Central Transport | 761882 | ALLEGIANCE TRUCKS | 34 |
| 638401 | 738258 | RH61F00 | 2/8/2022 | 3HSDWTZR7PN738258 | Central Transport | 761882 | ALLEGIANCE TRUCKS | 34 |
| 638401 | 738259 | RH61F00 | 2/8/2022 | 3HSDWTZR9PN738259 | Central Transport | 761882 | ALLEGIANCE TRUCKS | 34 |



**Olawale D. Akinosho (*Wale*)**
Truck Sales Manager

**Navistar, Inc**
5850 Granite Parkway
Suite 760
Plano, TX 75024

**P: 972-377-1211**
**C: 708-257-6947**
**F: 972-377-1203**