**EXHIBIT 2**

**To:**      Justin Fink[jfink@allegiancetrucks.com]
**From:**    Jim Lollis[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=3842DA41B1BC4C7685074C0D8D5BEAB4-JLOLLIS]
**Sent:**    Tue 6/13/2023 10:01:33 AM (UTC-05:00)
**Subject:** CENTRAL - UNIVERSAL ORDER AND PRODUCTION DATES    2022 ORDER
CENTRAL - UNIVERSAL  ORDER AND PRODUCTION DATES  2022 ORDER .xlsx

Jim Lollis
Fleet Sales Manager
**Allegiance Trucks, LLC**
479-530-3622
jlollis@allegiancetrucks.com

# ALLEGIANCE
## — TRUCKS™ —



# 2022 ORDER AND PRODUCTION DATES

CENTRAL - UNIVERSAL        SORTED BY  ORDER DATES

| COMPANY | RH ORDER | | | | LT ORDER | | | PRODUCTION | |
|---|---|---|---|---|---|---|---|---|---|
| | RH | ORDER DATE | CANCELED DATE | RH Qty | LT | ORDER DATE | LT QTY | START DATE | END DATE |
| CENTRAL | 638393 | 8/25/2021 | | 75 | | | | 4/21/2022 | 5/11/2022 |
| CENTRAL | 638395 | 8/25/2021 | 3/29/2022 | | 709759 | 3/29/2022 | 75 | 5/27/2022 | 6/8/2022 |
| CENTRAL | 638394 | 8/25/2021 | 3/29/2022 | | 709760 | 3/29/2022 | 75 | 6/7/2022 | 6/26/2022 |
| CENTRAL | 638396 | 8/25/2021 | 3/29/2022 | | 709761 | 3/29/2022 | 75 | 7/6/2022 | 8/2/2022 |
| CENTRAL | 638399 | 8/25/2021 | 3/29/2022 | | 709763 | 3/29/2022 | 75 | 11/7/2022 | 11/25/2022 |
| CENTRAL | 638402 | 8/25/2021 | 3/29/2022 | | 709764 | 3/29/2022 | 75 | 12/19/2022 | 1/26/2023 |
| CENTRAL | 638403 | 8/25/2021 | 3/29/2022 | | 709765 | 3/29/2022 | 75 | 1/9/2023 | 1/28/2023 |
| CENTRAL | 638400 | 8/25/2021 | 3/29/2022 | | 709766 | 3/29/2022 | 75 | 2/10/2023 | 5/29/2023 |
| CENTRAL | 690728 | 1/28/2022 | 3/29/2022 | | 709767 | 3/29/2022 | 30 | 10/4/2022 | 10/21/2022 |
| | | | | 75 | | | 555 | | |
| | | | | | | | | | |
| UNIVERSAL | 638397 | 8/25/2021 | | 75 | | | | 4/4/2022 | 4/21/2022 |
| UNIVERSAL | 638398 | 8/25/2021 | | 75 | | | | 3/22/2022 | 3/31/2022 |
| UNIVERSAL | 638401 | 8/25/2021 | | 43 | | | | 2/1/2022 | 2/8/2022 |
| UNIVERSAL | 638404 | 8/25/2021 | | 50 | | | | 5/11/2022 | 5/25/2022 |
| UNIVERSAL | 638405 | 8/25/2021 | | 50 | | | | 6/9/2022 | 6/23/2022 |
| UNIVERSAL | 638406 | 8/25/2021 | | 50 | | | | 6/23/2022 | 7/11/2022 |
| UNIVERSAL | 638407 | 8/25/2021 | | 25 | | | | 7/11/2022 | 7/15/2022 |
| UNIVERSAL | 666251 | 11/15/2021 | | 32 | | | | 3/30/2022 | 4/8/2022 |
| UNIVERSAL | 690765 | 1/28/2022 | (6) 3-32-22 | 25 | | | | 6/7/2022 | 6/21/2022 |
| UNIVERSAL | | | | | 710350 | 3/31/2022 | 6 | 12/12/2022 | 12/12/2022 |
| | | | | 425 | | | 6 | | |

| PAM | 709863 | | | | 39 | | | | |

| TOTAL | | | | | | | | | |

630

431

39

1100

CENTRAL - UNIVERSAL          SORTED BY PRODUCTION DATES

| COMPANY | RH ORDER | | | | LT ORDER | | | PRODUCTION | |
|---|---|---|---|---|---|---|---|---|---|
| | RH | ORDER DATE | RH CANCELED DATE | RH Qty | LT | ORDER DATE | LT QTY | START DATE | END DATE |
| CENTRAL | 638393 | 8/25/2021 | | 75 | | | | 4/21/2022 | 5/11/2022 |
| CENTRAL | 638395 | 8/25/2021 | 3/29/2022 | | 709759 | 3/29/2022 | 75 | 5/27/2022 | 6/8/2022 |
| CENTRAL | 638394 | 8/25/2021 | 3/29/2022 | | 709760 | 3/29/2022 | 75 | 6/7/2022 | 6/26/2022 |
| CENTRAL | 638396 | 8/25/2021 | 3/29/2022 | | 709761 | 3/29/2022 | 75 | 7/6/2022 | 8/2/2022 |
| CENTRAL | 690728 | 1/28/2022 | 3/29/2022 | | 709767 | 3/29/2022 | 30 | 10/4/2022 | 10/21/2022 |
| CENTRAL | 638399 | 8/25/2021 | 3/29/2022 | | 709763 | 3/29/2022 | 75 | 11/7/2022 | 11/25/2022 |
| CENTRAL | 638402 | 8/25/2021 | 3/29/2022 | | 709764 | 3/29/2022 | 75 | 12/19/2022 | 1/26/2023 |
| CENTRAL | 638403 | 8/25/2021 | 3/29/2022 | | 709765 | 3/29/2022 | 75 | 1/9/2023 | 1/28/2023 |
| CENTRAL | 638400 | 8/25/2021 | 3/29/2022 | | 709766 | 3/29/2022 | 75 | 2/10/2023 | 5/29/2023 |
| | | | | 75 | | | 480 | | |
| | | | | | | | | | |
| UNIVERSAL | 638401 | 8/25/2021 | | 43 | | | | 2/1/2022 | 2/8/2022 |
| UNIVERSAL | 638398 | 8/25/2021 | | 75 | | | | 3/22/2022 | 3/31/2022 |
| UNIVERSAL | 666251 | 11/15/2021 | | 32 | | | | 3/30/2022 | 4/8/2022 |
| UNIVERSAL | 638397 | 8/25/2021 | | 75 | | | | 4/4/2022 | 4/21/2022 |
| UNIVERSAL | 638404 | 8/25/2021 | | 50 | | | | 5/11/2022 | 5/25/2022 |
| UNIVERSAL | 690765 | 1/28/2022 | (6) 3-32-22 | 31 | | | | 6/7/2022 | 6/21/2022 |
| UNIVERSAL | 638405 | 8/25/2021 | | 50 | | | | 6/9/2022 | 6/23/2022 |
| UNIVERSAL | 638406 | 8/25/2021 | | 50 | | | | 6/23/2022 | 7/11/2022 |
| UNIVERSAL | 638407 | 8/25/2021 | | 25 | | | | 7/11/2022 | 7/15/2022 |
| UNIVERSAL | | | | | 710350 | 3/31/2022 | 6 | 12/12/2022 | 12/12/2022 |
| | | | | 431 | | | 6 | | |

| PAM | 709863 | | | | 39 | | | | |

| TOTAL | | | | | | | | | |