EXHIBIT 5

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION


GLS LEASCO, INC., and
CENTRAL TRANSPORT LLC,

        Plaintiffs,

vs.                  Case No. 23-cv-12927-MAG-APP

NAVISTAR, INC.,

        Defendant.

_____/


DEPONENT:     MICHAEL NISHAN KAHAIAN

DATE:         Wednesday, February 12, 2025

TIME:         9:05 a.m.

LOCATION:     280 N. Old Woodward Avenue, Suite 400
                Birmingham, Michigan 48009

REPORTED BY:  Angela Hemby, CSR-5113.
                Certified Court Reporter/Notary Public



Page 82

A   So the expectation was based on what the contract stated that they would receive all the trucks before -- by June.  That was -- there is testimony on that, the agreement says that.

And so if you get 18 or a smaller number, it actually has an impact on your ability to sell them because the volumes that they could have sold that would have been higher and they could have offloaded the MY 18s more effectively during that time period.  They were not able to do that because they didn't receive the full amount during that time period.

Q   Did they -- did GLS have offers for these bigger volumes that you're describing, do you know?

A   I know there were negotiations on a couple of deals.  I don't know the specific amounts, if that's what you are asking me.

Q   Okay.  All right.  So I'm not going to change your mind that we should get -- you should reduce the number of impacted units because Navistar actually delivered the trucks in the window of time that you say they were required to deliver them, and GLS sold them in the same

Page 83

month.  You're still not going to reduce your number of impacted units, you're sticking by that number?

MR. PELTON:  Object to the form.

A   Well, you're asking me why -- I think your question was, why am I calculating the damages on trucks that were delivered in that timeframe.  And I answered that.

Q   (Continuing by Mr. Murphy):  Delivered and sold.

A   Well, delivered, and then there were sales of the MY 18s at that time.  So I am giving you my answer on that, to the extent there is a number attributed to that, I am not sure it's a material number, but.

Q   So these sales to bulk and truck sales, right, the $60,000, it's your opinion that GLS should have sold those for more money because had Navistar delivered all the trucks they would have gotten more money for those?

A   Or it could have, you know, it's a but-for assessment.  And so if you are going back in time, and there is an expectation that they would have delivered, meaning Navistar would have delivered according to what they committed

Page 84

to, would the negotiations or the ability for GLS to sell the MY 18s had been at rates higher, and my assumption is yes.

Q   So your assumption is that that this sale to Vulcan Truck Sales for 60 grand a truck, they would have gotten more money because if Navistar would have delivered all the trucks under that delivery schedule, that's your assumption?

A   Well, the assumption isn't that simple.  They may not have sold to Vulcan Truck Sales because maybe they would have already -- the trucks that were committed to in the delivery schedule, to another buyer.  That wasn't the case.

Q   Here is the trickier question.  So we just established you said 96 trucks, Navistar delivered 96 trucks in June, but Central only sold 13, right?

A   Right.

Q   Okay.  Those 13 were part of your impacted units, correct?  Even though they sold them -- Navistar delivered them in June and GLS sold them in June, they are still part of your impacted units, is that right?

Page 85

A   Yes.

Q   Okay.  What about the other 83, what about the other 83 trucks that were delivered, were those part of the impacted units?

A   Yes.

Q   Okay.  Why would they be part of the impacted units if Navistar actually delivered them within the window that you described in, what, paragraph 21 of your expert report?

A   Well, again, it's -- you know, we're talking about 18 and 95 trucks that were delivered in that window.

Q   Yeah.

A   And not the full 300 that was supposed to be provided in that window, or the 630.  And --

Q   (Interposing) Let me ask you this.  What if --

MR. PELTON:  (Interposing)  Hold on.  Let him finish his answer.

MR. MURPHY:  Sorry.

A   And therefore, that very well may have impacted their ability to sell the units that they could have sold if they received all of those trucks.  They definitely had negotiations or discussions with companies to purchase, you know, in the hundreds.  And so my understanding is they lose

scheduling@fortzlegal.com    fortzlegal.com    Toll Free: 844.730.4066

Page 86

those deals because they didn't get those trucks timely. And so in terms of them being impacted and not being able to sell them as quickly, it could very well be because they didn't have the volumes that they bargained for with Navistar on the expected delivery schedule.

Q    (Continuing by Mr. Murphy):  What if Navistar in June had delivered 325 trucks instead of the 330, would your opinion be the same?

A    You are asking me a hypothetical?

Q    Yeah.

A    I don't know.  I would have to look at the data.

Q    Your expert report assumes that GLS could sell the 2018 model year trucks in the same month, pretty much the same day as they received delivery of the new trucks, is that correct?

A    Yeah.  That's another one that I disagree with. I believe it's within the same month.

Q    Okay.

A    Not necessarily the same day.  There is a two to four weeks, which is within the same month.

Q    So if Navistar had delivered, for example, 330 trucks in June of 2022, your opinion is that

Page 87

GLS could have sold 330 trucks in June?

A    So if they would have produced 330 trucks in June, they could have sold 330, that's a hypothetical.  And yes, I believe they could have sold that volume.

Q    I am sorry.  But your damages model is premised on that, correct?

A    Again, based on the volumes and specifically that that market at that time, the volumes definitely made a difference.

Q    Okay.  But what I am asking, your damages model is premised on the fact that Navistar was supposed to deliver 330 trucks in June, and GLS would have sold 330 trucks, 2018 trucks in June?

A    Well, not 330.  They were supposed to deliver 630 in June.

Q    I am only talking about in June.

A    Well, okay, your hypothetical is if we ignore prior periods and only look at June, you're asking me if they've delivered 330 trucks in June that could GLS have sold 330 trucks, you know, within the two- to four-week timeframe?

Q    Right.

A    Again, I don't know how to answer it because

Page 88

it's -- it's removing other factors or facts associated with the case, and it's a narrowly defined hypothetical that I am not sure I can answer.

Q    Well, let's go with the facts then.  Navistar delivered 96 in June.

A    Okay.

Q    Why was GLS only able to sell 13?

MR. PELTON:  That's been asked and answered.

MR. MURPHY:  No, I have not asked that question.

A    So I know they actually sold the 13; however, if they would have delivered the amount according to the contract, or the agreement, that they had other buyers lined up for a larger amount.  If they didn't have that larger amount then they were going to lose that sale which is also part of what the assumption is that they could have sold them.

Q    (Continuing by Mr. Murphy):  Which buyers did they have lined up?

A    I know that there was All Truck was one where they had potentially 200 that could have been sold.

Page 89

Q    When was that offer?

A    I don't know about the offer.  But I believe it was in negotiation at that time, that was a real buyer.  And when it was discovered that they were not going to get the trucks on time they lost that deal, GLS and Central lost that deal.

Q    When did All Truck want the trucks?

A    I'm not sure.  But certainly would have been in that -- the timeframe of the expected delivery schedule.

Q    Are you sure about that?

A    Yeah.  I mean, I'm assuming that would have been that timeframe, otherwise --

Q    (Interposing)  Otherwise they would have sold them?

A    No, not necessarily.  I'm saying that if they had an order for 200 and had negotiations in early '22, you get to April, May, and you realize I don't have those trucks, you are going to likely lose that deal.

Q    Did you look at that All Truck offer?

A    I don't recall.  I probably need to look at a document to refresh my recollection.

Q    Do you recall actually physically looking at a

scheduling@fortzlegal.com    fortzlegal.com    Toll Free: 844.730.4066

reason I recall it was Ms. Perkins' testimony.

Q   Mr. Lawless, did he say that, two to four weeks?

A   No, I don't know if he said two to four weeks. He was -- I think I looked at his testimony and his involvement that with respect to how quickly a truck would go from production to delivery.

Q   Okay.  So he didn't actually speak about GLS' ability to sell a new truck once one gets delivered from Navistar?

A   So I don't know if he did or not.  I just don't recall if he did speak on that specifically.

Q   So this footnote 23, you referenced this document from Navistar, do you see that?  And it says, data produced by Navistar provides evidence used trucks during this time period were sold quickly.

        And I am trying to figure out, how does that support your claim that GLS would have sold the trucks, and I think it's in the same month.  I mean, I think your opinion actually says, they could have sold the impacted units in the same month as the replacement units, correct?  That's what your

opinion says.

A   Yes.

Q   Okay.  So where in this document -- and we'll mark it as Exhibit Number 6.

        [ Deposition Exhibit Number K-6 was marked for identification. ]

Q   (Continuing by Mr. Murphy):  I think -- so you referenced page 19 -- 19861.  I am trying to figure out where on this page does it support your assumption?  Just to help out here, the bottom right-hand corner there is the Bates number, right?  And so your report actually references 19861.  And so if you turn to that page there is a bar chart on there.

A   Okay.  I see it.

        Okay.  So the bullet points on this demonstrate that the overage inventory is up.  It says 11 to 10 units since last month, but steady and healthy at only 6 percent.  A year ago this figure was 1100 units and 43 percent of inventory.  So by measure of the chart, and what's described here, it points me to, again, evidence within their documentation that -- that units could be -- were delivered quickly.  Let me see what I said in that

report.

        Right.  It demonstrates that the market was -- was a lot higher than it was in previous.  And they make reference to being healthy at only 6 percent, which obviously these numbers were higher than that.

Q   Yeah.  I think my question is a little different.

        My question is, here you state that, Plaintiffs could have sold the impacted units in the same month as the replacement units were delivered.  And I'm trying to figure out, what on this document, what on this page supports that assumption?

A   Well, again, you know, you're asking a question once again in isolation based on one reference of footnote and not the others.

        So if we look at all of those footnotes, I think that supports the statement that I made in number 34.

Q   Okay.  Footnote number 24 says, This is a representative of the mileage of Central's Model Year 2018 tractors.  You would agree with me, that has nothing to do with the timing of GLS' ability to sell a new truck, right?

A   Why would I agree with you on that?

Q   Footnote 24 just -- it's just talking about the mileage of Model Year 2018 trucks.  It's not talking about how long it takes GLS to sell a truck once they receive a new one, right?  Or am I missing something?

A   I think you are missing something.

Q   Okay.

A   There is four footnotes.  That's one of four.

Q   I know, I'm going through each one of them.  So I am starting with 24.  We can cross that one off.

A   I know, but you are making statements that I would agree with you that it has nothing to do with it where I referenced it in connection with three other footnotes which forms the basis of my opinion, not one isolated footnote. So I'm sorry if that's not fitting with what the answers you are looking for.  But -- not true.

Q   Explain to me how footnotes 24, 25, and 26 support your statement in paragraph 34 that, I determined that Plaintiffs could have sold the impacted units in the same month as the replacement units were delivered?

Page 150

A   So reference 23, 24, 25, and 26 were the footnotes.  Okay.  I don't have them in front of me other than the reference in 23 that you gave me, and also my Exhibit E that's referenced.

But however, there are two additional footnotes.  We have July 2021 agreement in footnote 25 that also included delivery schedule that show the same number of units delivered and traded within a given month providing additional evidence that tractors can be decommissioned in the same month.  So without that understanding, it's not a complete statement to ask me in isolation about number 23 or number 24.

Number 26 is a reference to Tony Stinsa's deposition from August of 2024, and even references pages 44 and 45, which if I had in front of me I could probably read the reference, but the reference is low inventory levels and new participants entering the truck market contributed to the increased tractor prices.  So it's a price and the ability to decommission tractors in the same month along with looking at the representative mileage on

Page 151

the tractors, which would have to be something that's considered, and the documentation that shows that the -- about the inventory aging levels that are in Navistar's own documents on nav19861.

So all of those in connection with one another provide a foundation or basis that I make in the statement in number 34 of my report.

Q   Okay.  How does footnote 25 when it states, The July 2021 agreement included a delivery schedule that shows the same number of units being delivered, and traded in within a given month.  You would agree with me that traded in is different than selling a unit, correct?

A   Not necessarily.  You could trade in a unit, that's like a sale.

Q   All right.  That was pursuant to the trade in agreement, correct?

A   Yeah.  Again, it's one of the components that form the basis that it's not unprecedented that you could turn a unit around within a month, within the same month.

Q   Okay.  So the fact that under a 2021 agreement that there was a schedule in there that showed

Page 152

number of units delivered, and then a trade in within the given month, you are saying that supports your claim that Plaintiffs could have sold all of their used trucks, the impacted units, in the same month as the replacement units were delivered?  That's -- the support, one of the supports --

A   (Interposing)  One.

Q   -- assumption?

A   Correct.  I would say one of.

Q   And then this document here, right, this chart supports it?

A   Sure.

Q   How?

A   It shows that the inventory levels, you know, greater than 120 days or 6 percent, they are at 11, 10 units.  And so it shows that their aging was extremely healthy.  And so it's another data point that shows that the turning around of inventory was quick.

Q   Who -- this refers to Navistar's inventory though, correct?

A   Yes.

Q   How does it have anything to do with GLS' ability to sell a truck within the month they

Page 153

receive one?

A   Well, Navistar sells trucks, right?  And wouldn't they have good data on how quickly you could turn around and sell their inventory?

Q   Well, this says nothing about how quickly they turned around the sale of a truck.  There is not -- anything in here that says that, correct?

A   Well, the -- it doesn't say specifically that, but it's inferred based on the levels of inventory that are stated within the document.

Q   Okay.

A   During the timeframe that we are talking about.

Q   So you inferred because inventory was up that means that this --

A   (Interposing)  No.

Q   -- you could quickly sell a truck?

A   No.  If you look at the documents, the data shows that the inventory levels dropped.  And so, therefore, at that period of time the historical amounts that they had because it was lower that means there was the inventory turnaround times would be faster if you follow the line graph towards a lower number in March of 2022 -- February, March of 2022.

Page 238

had talked about this earlier.  But in May --
18 trucks in May, 114 -- this is cumulative,
114 by the end of June, 188 by July.

A    Right.

Q    278 by August, 299 by September, right?

A    Yes.

Q    And then it shows also on this chart the number of cumulative sales with GLS, do you see that?

A    I do, yeah.

Q    Do you have any reason to disagree with the accuracy of this chart, how it's portrayed?

A    As far as statistically, no.  I mean, other than it hasn't been updated for, you know, the later dates that I included in my amended report.  But yes, you know, as far as the line items I follow, you know, what he is trying to demonstrate here.

Q    All right.  So do you agree with Mr. Hosfield's statement that between August of 2022 and mid May of 2023, virtually all of the sales of 2018 tractors were to Universal, you know, the transaction we talked to earlier, and only three tractors were sold to non-affiliated buyers?

A    Where does it say that?  I'm sorry.

Page 239

Q    It's in the paragraph below.

A    Oh, I guess I'm looking at my report because I -- I understand Universal you are claiming is a --

Q    (Interposing)  It's affiliated.

A    -- affiliated buyer.  But I also show that Vulcan Truck Sales, Brian Bell James Group, RA Equipment, is he saying that those are also affiliated?

Q    No.  I think that those were in a different timeframe.  He is talking about August of 22 and May of 23.  Those sales came earlier in May and June.

A    I got you.  Thank you for clarifying that.
So in between August of 2022, and you said -- he says mid May 2023?  Yeah.  I have to look at that to confirm it.  But I see that, yes.

Q    So I guess what this chart is really testing is it's testing your assumption that Central could have sold every truck had Navistar delivered the trucks within that delivery window, correct?

A    Correct.

Q    In the same month, correct?

Page 240

A    Yeah, within the same month, correct.

Q    All right.  And I know we went over this ad nauseam.  Seventy-five in April, 225 in June, 330 in -- excuse me, 225 in May, 330 in June?

A    Yes.

Q    Correct?

A    Yes.

Q    So if we were to apply this chart under your scenario, essentially the two bar graphs would be equal, right?  You would have 75 delivered in April, GLS sells 75, correct?

A    Yes.

Q    So how do you reconcile the fact that, you know, Navistar had delivered, in fact, 598 trucks by March of 23, and yet GLS had only sold 94?

A    Well, the market was significantly different a year later, or almost a year later.  I think that's pretty evident.

Q    And just getting back to that month of June of 22.  Again, that was attributable to the fact that it wasn't a bulk sale, is that right?

A    Well, I certainly describe that the potential buyers they had at that time were no longer available.  They didn't know how many trucks

Page 241

they were going to get because the window had passed.  And they had already, you know, negotiated and were starting to negotiate with Universal because of not having buyers that they could commit to on a 200-truck level.

Q    Do you know if Mr. Mason or Mr. Blain followed up with Mr. Hanvey and that offer we talked about, because that offer was made on June 2nd of 22.  Did they follow-up and say, hey, we can't get you 200 but we have, you know, we have 114 by the end of June, right?  If you take that and subtract out the 20 that were sold, you still have an excess of, you know, 90, 94?

A    Right.  But that's the beginning of June.  At the very beginning of June we know 18 were received.  And -- but in terms of knowing if they were going to get enough at that time.  But the answer is, I don't know if what communication was back to State Line.

Q    Okay.  So you don't know if they pursued this offer any further based on information they had at time as to expected delivery dates in the month of June?

A    Right.  Nor would I think it's reasonable to be

scheduling@fortzlegal.com     fortzlegal.com        Toll Free: 844.730.4066

Page 242

able to tell somebody in the beginning of the month we are going to have 114 this month. I don't know if they could have committed to that.

Q   Why do you think it's reasonable that if Navistar delivered 330 trucks in June, that GLS would have sold 330 trucks in June?

A   Because they would have had the inventory to sell immediately, and would have had those trucks available to go.

Q   To who?

A   Well, we have somebody saying they want 200 immediately, and you know, if they would have had them to sell.

Q   Well, 200 isn't 330.

A   Right.  It's showing demand, you know, 200 truck level.  Then All Truck deals also about 200 trucks, from what I understand.  So you have buyers willing to buy multiple hundreds of trucks at a timeframe where after that timeframe you are not seeing that.

Q   So now you are referring to this offer by State Line as a buyer willing to buy, that's what this offer is?

A   I don't understand the distinction you are

Page 243

making in as far as it not being somebody who is looking to purchase trucks.

Q   Right.

A   And I don't believe that is the context of how I explained it earlier either.

Q   I guess you will have to stick to your guns on that one, right?

MR. PELTON:  Well, he has answered 60 questions on that topic throughout the day.  Time to move on.

Q   (Continuing by Mr. Murphy):  All right.  And I know we just touched on this, this is page 21 of Mr. Hosfield's report.  He says, on June 22nd, 2022, Plaintiffs rejected an offer to sell 200 Model Year 2018 tractors as State Line truck for $55,000 per unit.  Even though State Line was willing to receive delivery of the tractors as late as September 30, 2022, is that a true statement?  Do you have any issue with that?

A   No, I don't -- I don't have any quibble with that statement.

Q   Okay.  And what about the statement that follows that when you said, well, that price is significantly lower than your assumed expected

Page 244

resale value of 68,371 per unit in May, obviously it is lower than that, do you agree with that statement?

A   Well, it's lower.  I don't know, significantly is his term.  I guess he would have to define that.

Q   Well, it's $13,000 difference, right?

A   Yeah.  But 55,000 I think it was -- the offer was that was 60,000.  Maybe I --

Q   (Interposing)  And if you multiply $13,000 by 200 trucks that's $2.6 million, right?

A   The math on that would be -- I will take your word for that.

Q   Why wouldn't you use a bone fide offer for such a large amount, 200 Model Year 2018 tractors in the month of June, why would you use for your expected resale value something other than what a buyer was willing to offer at that time?

A   Well, I thought we covered this already, but they didn't have the trucks, number one.

Q   I'm talking about the value.  The number, 68,000 versus 55,000.  Why not use 55,000?

A   Because it wasn't a realized value.  It wasn't actual transaction.  And the Truck Paper data has actual transactions, I am relying upon that

Page 245

empirical data in making my calculation.

Q   All right.  And the following page, page 23, and we are talking about that Universal transaction in the first paragraph there, and Mr. Hosfield is going over Mr. Mason's testimony.  And he states there that Mr. Mason -- that he and Mr. Blain negotiated the price for the sale to Universal, and that Mr. Mason, according to his testimony, that -- stated that the price was determined based on negotiations that took into consideration online publications and online options to evaluate what a reasonable price was at the time.  Do you have any reason to dispute that?

A   No.

Q   And so Mr. Hosfield says, well, based on the fact that this was an arm's-length transaction, and Mr. Mason was relying upon online publications and online options to determine what a reasonable price is, that the more reliable estimate for the expected resale value should have been what was actually negotiated at the time versus what you relied upon in your report.  I assume you disagree with that?

A   Well, where are you reading that from?  I tried