
**EXHIBIT 6**

Message

| | |
|---|---|
| **From:** | Webb, Carl M [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=6B440851DA2F4E5DBA92426F1C5541C6-U00CMW1] |
| **Sent:** | 2/3/2022 2:58:39 PM |
| **To:** | Grahe, Michael [Michael.Grahe@Navistar.com] |
| **Subject:** | RE: 01.27.22 January MBR Meeting Notes |

Thanks Michael...yes, you are absolutely right. We really need to start ramping Huntsville back to building 55/day...I know of a couple issues leading to a lower A26 production build:

- Change over to new A26. Huntsville had a large build-out of the old A26 in Q4 of 2021 and with the lower truck production, that has slowed the Huntsville ramp. Plus, the RH truck model is still not approved for the new A26 until the C95 valve is available in May

- Supplier constraints for A26 – Tupy is a current concern

On a positive note, we are in process of linesetting 900 A26 Trucks for a customer Central Transport for March/April truck production which will help.

I hope Huntsville is warmer than Lisle...today we are in the single digits for temperature and we also had about 12 inches of snow in the past 24 hours. You might not want to leave Huntsville!

Feel free to let me know if you have other questions.

Thanks
Carl



**From:** Grahe, Michael <Michael.Grahe@Navistar.com>
**Sent:** Thursday, February 3, 2022 2:17 PM
**To:** Webb, Carl M <Carl.Webb@Navistar.com>
**Subject:** Re: 01.27.22 January MBR Meeting Notes

Hello Carl,

One other point. I'm currently in Huntsville and they 'complain' about the low A26 volume. At the same time, we have so many struggles with Cummins.
Are we doing a push at the sales side 'if you shift to A26, you get the truck earlier'?

Best regards

**Michael Grahe**
Navistar Operations
331-332-5049

Navistar Inc.
2601 Navistar Drive
Lisle, IL 60532

- sent from my mobile device -

**From:** Webb, Carl M <Carl.Webb@Navistar.com>
**Sent:** Thursday, February 3, 2022 11:01:26 AM
**To:** Tromp, Jef <Jeffrey.Tromp@Navistar.com>; Belisle, Mark L <Mark.Belisle@Navistar.com>; Christman, Phil

CONFIDENTIAL

NAV00072879

<Phil.Christman@Navistar.com>; Ciesielski, Chester A <Chet.Ciesielski@Navistar.com>; Gloor, Andreas L <Andreas.Gloor@Navistar.com>; Grahe, Michael <Michael.Grahe@Navistar.com>; Harvey, Wayne A <Wayne.Harvey@Navistar.com>; Hegemier, Luke M <Luke.Hegemier@Navistar.com>; Hernandez, Mark A <Mark.Hernandez@Navistar.com>; Kayser, Dan <Dan.Kayser@Navistar.com>; Khairari, Vishal <Vishal.Khairari@Navistar.com>; Kim, Do Young <DoYoung.Kim@Navistar.com>; Klein, Frederique <Frederique.Klein@Navistar.com>; Kramer, Curt A <Curt.Kramer@Navistar.com>; Kunnummal Purayil, Sajid <Sajid.Kunnummal@Navistar.com>; Mahmood, Safdar M <Mohammad.Mahmood@Navistar.com>; Martin, Paul E <Paul.Martin@Navistar.com>; Mascetti, Gary A <Gary.Mascetti@Navistar.com>; Nagle, Kimberlie K <Kim.Nagle@Navistar.com>; Naim, Sana <Sana.Naim@Navistar.com>; Reed, Trish <Trish.Reed@Navistar.com>; Shust, Debbie <Debbie.Shust@Navistar.com>; Stasell, Mark W <Mark.Stasell@Navistar.com>; Stinsa, Tony <Tony.Stinsa@Navistar.com>; Symons, Nigel W <Nigel.Symons@Navistar.com>; Valenzuela Cadena, Bernardo <Bernardo.Valenzuela@Navistar.com>; Walsh, Bob <Robert.B.Walsh@Navistar.com>; Seeman, Gregory C <Greg.Seeman@Navistar.com>; Renier, Scott F <Scott.Renier@Navistar.com>; Mallela, Srinivas M <Srinivas.Mallela@Navistar.com>; VanDorn, Scott J <Scott.VanDorn@Navistar.com>; Knoeck, Rebecca C <Rebecca.Knoeck@Navistar.com>; Fernow, Kevin W <Kevin.Fernow@Navistar.com>; Anesi, Jason E <Jason.Anesi@Navistar.com>; Baumann, Friedrich <Friedrich.Baumann@Navistar.com>; Strycker, Samara <Samara.Strycker@Navistar.com>; Sadowski, Kevin J <Kevin.Sadowski@Navistar.com>

**Cc:** Viramontes, Federico <Federico.Viramontes@Navistar.com>; Rossi, Paul <Paul.Rossi@Navistar.com>; Tharp, Rodney M <Rodney.Tharp@Navistar.com>; Carlbaum, Mathias <Mathias.Carlbaum@Navistar.com>

**Subject:** 01.27.22 January MBR Meeting Notes

All – Thank you all for your participation. Summarized below is a recap of the January MBR agenda items & discussion:

- Supplier Constraints: Awareness
  o Quick update on Top Critical Production Supplier Risk
  o R/Y/G heatmap – Bendix Radars continues to be gating supplier, however total number suppliers at risk continues to grow
  o COVID/Absenteeism/Weather impacting much of the supply base
- Supplier Readiness Update 2022: Awareness
  o Status update on PwC full year assessment on supplier readiness and ability to meet Operating Plan and Max Production volumes
  o Gating Suppliers: Bendix, Grede Briscoe, Cummins, Dana
  o Deep Dive into Bendix radar shortfall, countermeasures, and gap closure timing to meet full production demand
  o Bendix pre-wire option originally kicked-off in November, now available mid-January
- 2022 Production Schedule – Q1 / Op Plan: Awareness
  o Q1 production update: up to 724 units positive to Op Plan based on revised schedules below:
    ▪ Lower ramp at STX
    ▪ Offset volume at EAP L1&L2
    ▪ 2 Saturdays OT in March EAP L1&L2
  o Incremental production is based on material availability and supply base ability to meet increased demand (already in EDI, except 2 Saturday March OT)
  o FMI forecast reflects all March production to exclude Bendix radars (Sales also will prioritize April)
- 2023 Orderboard: Awareness
  o Currently, Sales still NOT taking order for 2023
  o Plan to open 2023 orderboard by March 1st
- PSI – status update: Awareness
  o Commercial agreement and CSA negotiations not acceptable to Navistar
  o Navistar (Tulsa) has stopped accepting PSI engines and will not lineset until agreement is reached
  o Potential risk in 2022 plan under evaluation and offset potential with Cummins
- eMV/eCE Supplier Risk Update: Awareness
  o Current eMobility supplier constraints limiting production availability
    ▪ ProAir/Emerson (VFD) – 24/month
    ▪ EDN (EVO module) – 35/month

CONFIDENTIAL

- ○ Follow-up discussions for eMV & eCE 2022 volumes and full-year objectives
- N2 Stoneridge: Awareness
- ○ N2 module supply impacts to build all Nav units as N2 capable
- ○ Decision recommendation for February MBR

| MBR Agenda – 01.27.22 | Owner |
|---|---|
| Supplier Constraints | Webb |
| Supplier Readiness Update 2022 | Knoeck / Shust |
| 2022 Production Schedule – Q1 / Op Plan | Harvey / Webb / Hegemier |
| 2023 Orderboard | Martin |
| PSI – Status Update | Fernow |
| eMV / eCE Supplier Risk Update | Rossi |
| N2 Stoneridge | Mallela |

Thank you
Carl

-----Original Appointment-----
**From:** Tromp, Jef <Jeffrey.Tromp@Navistar.com>
**Sent:** Thursday, January 27, 2022 1:07 PM
**To:** Tromp, Jef; Belisle, Mark L; Christman, Phil; Ciesielski, Chester A; Gloor, Andreas L; Grahe, Michael; Harvey, Wayne A; Hegemier, Luke M; Hernandez, Mark A; Kayser, Dan; Khairari, Vishal; Kim, Angie; Kim, Do Young; Klein, Frederique; Kramer, Curt A; Kunnummal Purayil, Sajid; Mahmood, Safdar M; Martin, Paul E; Mascetti, Gary A; Nagle, Kimberlie K; Naim, Sana; Reed, Trish; Shust, Debbie; Stasell, Mark W; Stinsa, Tony; Symons, Nigel W; Valenzuela Cadena, Bernardo; Walsh, Bob; Webb, Carl M; Seeman, Gregory C; Renier, Scott F; Mallela, Srinivas M; VanDorn, Scott J; McKee, Antoinette M; Knoeck, Rebecca C; Voights, Brinton D; Fernow, Kevin W; Anesi, Jason E; Baumann, Friedrich (Friedrich.Baumann@Navistar.com)
**Cc:** Viramontes, Federico; Rossi, Paul; Tharp, Rodney M; Samara Strycker; Riebe, Matthew R
**Subject:** MBR Meeting
**When:** Thursday, January 27, 2022 2:00 PM-3:00 PM (UTC-06:00) Central Time (US & Canada).
**Where:** .CR LD Lisle Auditorium