

**From:** Jim Lollis [Lollisj@RushEnterprises.Com]
**Sent:** 3/3/2022 8:13:40 AM
**To:** Akinosho, Olawale (Wale) D [Wale.Akinosho@Navistar.com]
**CC:** Carmichael, Sean [Sean.Carmichael@Navistar.com]
**Subject:** RE: Central production

[EXTERNAL EMAIL – If you suspect the validity of this email, do not click any links and use the Phish Alert button to report it. If you do not see the Phish Alert button, immediately forward it to ReportSpam@navistar.com]

Wale
Universal order 638401 (43 trucks) is still in STEP 34
Can you find out the status of this order?



Jim Lollis| National Fleet Sales
Rush Truck Centers
479-530-3622

**From:** Jim Lollis
**Sent:** Wednesday, March 2, 2022 2:32 PM
**To:** Akinosho, Olawale D (Wale) <wale.akinosho@navistar.com>
**Subject:** Central production

Wale
Central and Universal would prefer the trucks be spaced out evenly from January to June

At this time the first (43) scheduled for February delivery  (638401) are in STEP 34 .
The factory said they were going to change the CMS to PreWire and this would get them out but nothing is happening
The first two orders (638401 and 666251) are critical that they deliver first
This is the (75) Sean promised asap.

There are too many Universals being built first .
I asked Maria and her group to adjust this, and some progress has been made

Two orders are still in STEP 3
690728
690765

CONFIDENTIAL

|  |  |  |  | 2/25/2022 |  |
| COMPANY | Order | Qty |  | STEP | PRODUCTION START |
| --- | --- | --- | --- | --- | --- |
| CENTRAL | 638393 | 75 |  | 21 | 4/5/2022 |
| CENTRAL | 638394 | 75 |  | 21 | 5/2/2022 |
| CENTRAL | 638395 | 75 |  | 21 | 4/6/2022 |
| CENTRAL | 638396 | 75 |  | 21 | 5/3/2022 |
| CENTRAL | 638399 | 75 |  | 21 | 5/28/2022 |
| CENTRAL | 638400 | 75 |  | 21 | 6/2/2022 |
| CENTRAL | 638402 | 75 |  | 21 | 5/30/2022 |
| CENTRAL | 638403 | 75 |  | 21 | 5/31/2022 |
| CENTRAL | 690728 | 30 |  | 3 | TBD |
|  |  | 630 | 630 |  |  |
|  |  |  |  |  |  |
| UNIVERSAL | 638401 | 43 |  | 34 | 1/31/2022 |
| UNIVERSAL | 638398 | 75 |  | 28 | 3/15/2022 |
| UNIVERSAL | 666251 | 32 |  | 21 | 3/23/2022 |
| UNIVERSAL | 638397 | 75 |  | 21 | 3/29/2022 |
| UNIVERSAL | 638404 | 50 |  | 21 | 4/18/2022 |
| UNIVERSAL | 638405 | 50 |  | 21 | 4/22/2022 |
| UNIVERSAL | 638406 | 50 |  | 21 | 4/28/2022 |
| UNIVERSAL | 638407 | 25 |  | 21 | 5/3/2022 |
| UNIVERSAL | 690765 | 31 |  | 3 | TBD |
|  |  | 431 | 431 |  |  |
|  |  |  |  |  |  |
| PAM | ORDER | 39 | 39 | NOT ORDERED | NA |
|  |  |  |  |  |  |
|  | TOTAL |  | 1100 |  |  |

Jim Lollis| National Fleet Sales
Rush Truck Centers | 807 South Bloomington | Lowell, AR| 72745
479-530-3622 | lollisj@rushenterprises.com
Rushtruckcenters.com



NAV00017164