**EXHIBIT 9**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GLS LEASCO, INC. and
CENTRAL TRANSPORT, LLC,

      Plaintiffs,

v.

NAVISTAR, INC.,

      Defendant.

Case No. 23-cv-12927

Hon. Mark A. Goldsmith

Magistrate Judge Anthony P. Patti

### Declaration of Michael "Mick" Nishan Kahaian

I, Mick Kahaian, make the following declaration of my own personal knowledge and could and would testify competently thereto if called as a witness in this matter.

1. I am currently the founding Member and Managing Director of Accurity Group, LLC. Accurity Group provides dispute advisory services, including for internal corporate investigations, forensic accounting issues, economic damage assessments, business valuation, business interruption, and recall claims.

2. I have been retained by GLS Leasco, Inc. and Central Transport LLC (collectively "Plaintiffs") to provide professional opinions of the economic damages sustained by Plaintiffs as a result of the alleged actions of Navistar, Inc. ("Navistar"

or "Defendant") as presented in the September 24, 2024 Amended Complaint in the above-captioned case.

3. As explained in my Amended Expert Report ("Expert Report"), my opinions in this matter are based on the information made available to me, and I have, at all times, reserved the right to supplement my opinions in the instance that additional information was made available to me subsequent to the date of my report.

4. Consistent with that reservation of rights, and in discussions with Plaintiffs regarding Navistar's *Daubert* motion seeking to exclude my testimony, I have run an additional computation of damages that simply alters the assumed sale date of certain used 2018 tractors.

5. In its *Daubert* motion, Navistar claims that Plaintiffs could not have expected deliveries of tractors in April, given that at most the Letter Agreement established an April "build month," which allowed for, at the earliest, a May delivery month.

6. I note that Navistar's claim relates to a factual dispute in the case, but I wish to be thorough in my analysis, and so have provided an alternate damage calculation.

7. If Navistar were correct, and no new tractors could be delivered until May—meaning that Plaintiffs could not sell any of the used 2018 tractors they replaced until May—that shift would create an immaterial drop in damages.

8. In connection with this alternative timing assumption, my analysis does not assume that the used 2018 tractors would have been sold to the same buyers, in the same quantities, or through the same transaction structure as the sales that ultimately occurred following Navistar's delayed deliveries. Rather, had Plaintiffs received the replacement tractors as expected, Plaintiffs could have sold the used 2018 tractors to entirely different buyers, including through bulk or rolling sales, during a materially different and stronger market environment.

9. My Expert Report assumes that an April delivery of new tractors and sale of used 2018 tractors would have allowed Plaintiffs to obtain $70,575 (rounded) per used 2018 tractor. (*See* Exhibit 1.) Multiplied by the 75 tractors they could have sold in that month had they received their contracted-for new tractors, that would amount to $5,293,147 in used 2018 tractor sales in April. (*Id.*)

10. In May, however, the used tractor market value dropped to $67,989 (rounded). By moving the sales of the 75 used 2018 tractors at issue to May, Plaintiffs would have received $5,099,209. (*Id.*)

11. Thus, this shift would reduce Plaintiffs' damage in market value losses by $193,938. (*Id.*)

12. In addition, this shift of the initial sales month from April to May for these 75 used 2018 tractors would also reduce damages for Incremental Fuel Costs that I calculated in my Expert Report. (*See* Am. Kahaian Rep. ¶¶ 43–43 & Ex. H.)

13.     Utilizing the same calculation methodology for Incremental Fuel Costs as I did in my Expert Report, I determined that shifting the possible delivery of these 75 new tractors from April to May would reduce Plaintiffs' increased-fuel-costs damages by $33,141. (Exhibit 1.)

14.     Taken all together, even accepting Navistar's rejection of April sales of used 2018 tractors would only reduce my opinion on the Expected Resale Value Plaintiffs had for their used 2018 tractors by $227,079, reducing Plaintiffs total economic damages from $27,707,769, to $27,480,690. (*Id.*)

I declare under penalty of perjury that the foregoing is true and correct.


Executed on January 20, 2026          _____
                                                              Mick Kahaian

# EXHIBIT 1

## to

## Declaration of Michael "Mick" Nishan Kahaian

For Illustrative Purposes Only
75 Delivered Units Moved to May from April

**GLS Leasco, Inc. et al  v. Navistar, Inc.**
**Summary of Economic Damages**

**Exhibit C**
**Summary**

RECONCLIATION EXHIBIT TO AMENDED REPORT
MOVES 75 UNITS TO MAY (MAY & JUNE DELIVERY)

| | Category | Amount | Reference | | AMENDED REPORT | Change from Amended |
|---|---|---|---|---|---|---|
| 1 | Lost Resale Value | $ 24,694,193 | Exhibit D | $ | 24,888,131 | $ (193,938) |
| 2 | Out-of-Pocket Repair & Maintenance Costs | 2,169,633 | [a] | | 2,169,633 | - |
| 3 | Incremental Fuel Costs | 616,864 | Exhibit H | | 650,005 | (33,141) |
| 4 | **Total Economic Damages** | **$ 27,480,690** | | **$** | **27,707,769** | **$ (227,079)** |

[a] Source: 2018 INTL Parts-Labor Costs 0422 through 0423 - Normal Maintenance Related Items Removed 2024 0725.xls.

**GLS Leasco, Inc. et al  v. Navistar, Inc.**　　　　　　　　　　　　　　　　　　　**Exhibit D**
**Summary of Lost Resale Value**　　　　　　　　　　　　　　　　　　　　　　　　**Summary**

**RECONCLIATION EXHIBIT TO AMENDED REPORT**
**MOVES 75 UNITS TO MAY (MAY & JUNE DELIVERY)**

| | Description | # of Tractors | Expected Resale Value  - | Actual Resale Value  = | Lost Resale Value | Reference |
|---|---|---|---|---|---|---|
| 1 | Lost Resale Value | 594 | $ 39,309,962 | $ 14,615,769 | $ 24,694,193 | Exhibit D, Schedule 1 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **AMENDED REPORT** | | | | | | |
| Lost Resale Value | 594 | $ 39,503,900 | $ 14,615,769 | $ 24,888,131 | Exhibit D, Schedule 1 |

| | | | | |
|---|---|---|---|---|
| **Change from Amended** | - | (193,938) | - | (193,938) |

Source: Exhibit D, Schedule 1.

**GLS Leasco, Inc. et al  v. Navistar, Inc.**                                                        **Exhibit D**
**Calculation of Lost Resale Value**                                                                 **Schedule 1**

RECONCLIATION EXHIBIT TO AMENDED REPORT
MOVES 75 UNITS TO MAY (MAY & JUNE DELIVERY)

|   | Tractor Type | Status | # of Tractors [a] | Expected Resale Value - [b] | Actual Resale Value | = | Lost Resale Value |
|---|---|---|---|---|---|---|---|
| 1 | RH | Sold | 428 | $ 28,324,350 | $ 13,144,899 | [c] | $ 15,179,451 |
| 2 | RH | Unsold | 166 | 10,985,612 | $ 1,470,870 | [d] | 9,514,742 |
| | | | | | | | |
| 3 | Total | | **594** | **$ 39,309,962** | **$ 14,615,769** | | **$ 24,694,193** |

**AMENDED REPORT**

| Tractor Type | Status | # of Tractors | Expected Resale Value | Actual Resale Value | Lost Resale Value |
|---|---|---|---|---|---|
| RH | Sold | 428 | $ 28,464,090 | $ 13,144,899 | $ 15,319,191 |
| RH | Unsold | 166 | 11,039,811 | $ 1,470,870 | 9,568,940 |
| | | | | | |
| Total | | **594** | **$ 39,503,900** | **$ 14,615,769** | **$ 24,888,131** |

**Change from Amended Report**

| Tractor Type | Status | # of Tractors | Expected Resale Value | Actual Resale Value | Lost Resale Value |
|---|---|---|---|---|---|
| RH | Sold | 0 | $ (139,740) | $ - | $ (139,740) |
| RH | Unsold | 0 | (54,198) | $ - | (54,198) |
| | | | | | |
| Total | | **0** | **$ (193,938)** | **$ -** | **$ (193,938)** |

[a] Source: Exhibit D, Schedule 3.
[b] Source: Exhibit D, Schedule 2.
[c] Source: Exhibit E.
[d] Considers offers received but not accepted (5 units at $20,000 per unit [GLSN-0002259] and 1 unit at $10,000 [GLSN-0002231]. The remaining 161 units, the actual resale value was calculated to be equal to the auction value observed as of February 2025 ($8,505) with mileage of 400,000. See Exhibit G.

**GLS Leasco, Inc. et al  v. Navistar, Inc.**          **Exhibit D**
**Calculation of Expected Resale Value**          **Schedule 2**

RECONCLIATION EXHIBIT TO AMENDED REPORT
MOVES 75 UNITS TO MAY (MAY & JUNE DELIVERY)         **Amended Report**        **Change from Amended**

| | Month | Number of Units — Expected Delivery Month [a] | Expected Month of Sale [b] | Market Value RH 400K Miles [c] [d] — Auction | Market | Expected Resale Value Per Unit [e] | Expected Resale Value | # Units — Expected Month of Sale [b] | Expected Resale Value | # Units — Expected Month of Sale [b] | Expected Resale Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 11/30/2021 | - | - | $ 52,745 | $ 68,471 | $ 60,608 | $ - | $ - | $ 60,608 | - | - |
| 2 | 12/31/2021 | - | - | 56,032 | 71,900 | 63,966 | - | - | $ 63,966 | - | - |
| 3 | 1/31/2022 | - | - | 59,315 | 75,570 | 67,443 | - | - | $ 67,443 | - | - |
| 4 | 2/28/2022 | - | - | 61,723 | 78,709 | 70,216 | - | - | $ 70,216 | - | - |
| 5 | 3/31/2022 | - | - | 62,397 | 80,395 | 71,396 | - | - | $ 71,396 | - | - |
| 6 | 4/30/2022 | - | - | 61,057 | 80,094 | 70,575 | - | 75 | $ 70,575  5,293,147 | (75) | (5,293,147) |
| 7 | 5/31/2022 | 300 | 300 | 58,114 | 77,865 | 67,989 | 20,396,835 | 225 | $ 67,989  15,297,626 | 75 | 5,099,209 |
| 8 | 6/30/2022 | 330 | 294 | 54,340 | 74,321 | 64,330 | 18,913,127 | 294 | $ 64,330  18,913,127 | - | - |
| 9 | 7/31/2022 | - | - | 50,675 | 70,464 | 60,569 | - | - | $ 60,569  - | - | - |
| 10 | 8/31/2022 | - | - | 47,868 | 67,208 | 57,538 | - | - | $ 57,538  - | - | - |
| 11 | 9/30/2022 | - | - | 46,090 | 64,926 | 55,508 | - | - | $ 55,508  - | - | - |
| 12 | 10/31/2022 | - | - | 44,948 | 63,342 | 54,145 | - | - | $ 54,145  - | - | - |
| 13 | 11/30/2022 | - | - | 43,839 | 61,938 | 52,888 | - | - | $ 52,888  - | - | - |
| 14 | 12/31/2022 | - | - | 42,093 | 60,053 | 51,073 | - | - | $ 51,073  - | - | - |
| 15 | **Total** | **630** | **594** | | | | **$ 39,309,962** | **$ 594** | **$ 39,503,900** | **$ -** | **$ (193,938)** |

*Expected Resale Value Allocated by Status*

| | | | |
|---|---|---|---|
| 16 | Sold | 428 | $ 28,324,350 |
| 17 | Unsold | 166 | $ 10,985,612 |
| 18 | Total | 594 | $ 39,309,962 |

[a] Source: Delivery Schedule was expected to be 30 days after the build schedule presented in the Letter Agreement and CT - UTS  VIN LIST  2-13-22 - PRODUCITONS DATES A.xls.

[b] Sales were calculated to occur in the same month as the delivery of new tractors. See Exhibit D, Schedule 3 for the calulation that determines number of Tractors applicable to economic damages.

[c] Average mileage of Central's MY 2018 Tractors was approxiamtely 400,000 miles per unit. See Exhibit E.

[d] Source: Exhibit G.

[e] Expected Resale Value Per Unit was calculated based on a 50% weight of market value and 50% auction value.