**EXHIBIT 10**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

GLS LEASCO, INC., and CENTRAL TRANSPORT LLC,

Plaintiffs,          Case No. 23-cv-12927-MAG-APP

vs.

NAVISTAR, INC.,

Defendant.

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _/

VOLUME II

| | |
|---|---|
| DEPONENT: | KYLE BLAIN ,30(b)(6) for GSL Leasco, Inc. |
| DATE: | Wednesday, September 11, 2024 |
| TIME: | 8:57 a.m. |
| LOCATION: | Kienbaum Hardy Viviano Pelton & Forrest, PLC 280 North Old Woodward, Suite 400 Birmingham, Michigan |
| REPORTER: | Shari J. Pavlovich, CSR-5926 |
| VIDEOGRAPHER: | Shawn Capron |
| JOB NO: | 32780 |



Page 244

associated with the $6.2 million payment, Central/Universal and PAM Transportation have been compensated for the following."

The first is:

"Assistance for the disposal of the 941 units included in the table above."

What is that referring to?

A    It's referring to the trucks that are listed in the table above.

Q    Okay.  And that would include the 612 2018 International trucks that were Central trucks?

A    Yes.

Q    Okay.  And so "assistance for the disposal" of those units, what does that mean to you on behalf of GLS Leasco?

A    I perceived it as the tradeback agreement and the residual value for trading in the truck to Navistar, that we were giving up that option.

Q    And why were you agreeing to that?

A    Because at that time, you know, our experience was that the market was very good for used trucks, extraordinarily good.

And we were going to take advantage of it and believed that we could, you know, gain profit by selling the equipment

Page 245

ourselves.

Q    Okay.  And that's true as of May 18th, 2022?

A    As of May 18th, yes.  I'm sorry, yes.

Q    Yeah.  Okay.  And based on your recollection, at what point in time did that historically strong market start to decline?

A    It appeared, you know, really after June, July, and then it started to sink pretty rapidly.

Q    In June and July of 2022?

A    Yes.

Q    Okay.  Okay.  The second bullet point says:

"Rental invoices associated with the delayed, current, and future production on units that were to be serviced in the first quarter of 2022."

What are you referring to there?

A    That's in regard to, you know, Universal's -- you know, the situation we talked about yesterday, where we had originally a commitment to deliver trucks to Universal by the beginning of January for a new operation, and the fact that those were not delivered timely.  And the repositioning in rental costs that Universal had to sustain.

Page 246

Q    So that second bullet point is exclusive to Universal, and it doesn't -- the rental invoices weren't submitted on behalf of Central?

A    Not that I remember.

Q    Okay.  And that relates to, in that production schedule, the months of January and February when those trucks were supposed to be produced for Universal?  There was a delay in that production?

A    Well, the original commitment was January 1st. I know that we've seen some emails that said January 15th.

But yes, it's in reference to the first 70 or 75 trucks that were -- Universal was supposed to receive.

Q    Okay.  And so that $6.2 million payment was in compensation for the delay in the current and it says future production of those trucks for Universal?

A    I understood it was in regard to those, yeah, those additional trucks that they needed.

Q    And I believe yesterday we were looking at some calculations where you were actually calculating the amounts for that rental

Page 247

payment for Universal; is that correct?

A    Yeah.  Putting together, trying to figure it out exactly what those costs would be in various points.

Q    The next bullet point says:

"Rental invoices associated with previous model year's delayed production, resulting in 2017 to 2019 International trade units remaining in service."

What is that referring to?

A    You know, I don't recall anything about -- specifically about rental invoices.  You know, there were issues with downtime.  And we had been discussing a, you know, a downtime stipulation.  I can't recall whether Central was compensated for that.

But you know, there was an exorbitant number of trucks that were out of service that required rental trucks in, you know, 2021, leading into this agreement.

Q    And this statement, when it refers to 2017 to 2019 International trade units remaining in service, that would include the Central 2018 units that are referenced in that chart above; correct?

4 (Pages 244 to 247)

Page 248

A   Yes, it would have to.

Q   We talked about some of the downtime. It seems like the next bullet point actually addresses the downtime, at least with respect to the QLS.

But could you explain what -- you know, what your understanding of that next bullet point was meant for?

A   Yeah. I think -- you know, I guess I tied the two together. You know, because -- yeah, that's basically what I just described.

The down time due to, you know, defects in the equipment. I think at one point we had in excess of about 300 trucks down, out of service.

Q   Now, walk me through the process of when you would take delivery of a truck for Central and then you would essentially replace the 2018 fleet with that new truck.

I mean, how did that mechanically work?

MR. PELTON: Object, beyond the scope of the dep topics.

You can answer individually.

THE WITNESS: New truck arrives.

Page 249

You know, there's an inspection. You know, maybe some minor details, putting on a fire extinguisher, you know, in the cab. Some minor things that we would handle.

You know, and then depending on, you know, the invoicing and payment, you know, we would plate the unit. It would be put into service. And then that truck would go out.

Basically, we would make arrangements to bring the old truck in, and the new truck would go back in its place, you know, to our facility.

BY MR. MURPHY:

Q   Okay. So you wouldn't move forward and sell a 2018 truck before you received a new truck, would you?

A   You try to.

Q   Okay. You try to sell --

A   You try to make arrangements with -- you know, and we did, with wholesalers, based on our expectation as to when they would come out.

Q   Okay. And how would you have those expectations when the trucks would come out?

A   How would I have that time frame?

Q   Yeah.

Page 250

A   Based on the production delivery schedule.

Q   And that's the one that Brianne Perkins was maintaining?

A   Yes.

Q   With Mr. Lollis?

A   Maintaining?

Q   Or I guess, monitoring with Mr. Lollis? That Exhibit we looked at yesterday?

A   Yeah. The emails and the updates?

Q   Yes.

A   Yeah.

Q   So you were relying upon that information in order to determine when to sell the used trucks, the 2018 used trucks?

A   No. Typically -- and my understanding is, it's with any trade package, whether it's the OEM or it was us.

We were trying to make arrangements, you know, in February and March to sell those, you know, lots of those units, a lot, as in a package, you know, prior to the arrival.

Q   And which -- which entities were you negotiating with in that -- did you say February and March time frame?

Page 251

A   Yeah, that's what I recall.

Q   So you were already making arrangements with third parties in an effort to line up sales of the 2018 model year trucks?

A   Yes.

Q   Which entities were you negotiating with?

A   I think the one that, you know, comes to mind most presently is All Truck, I believe, was the entity. They're a wholesaler.

Q   Okay.

A   There were others that we were speaking to, but I think they were the most that we got furthest along with.

Q   And how many trucks were you contemplating selling to All Truck in that time frame?

A   Several hundred.

Q   200 --

A   Yes.

Q   -- 300, or as many as you could?

A   Well, yeah. My recollection is that we were talking about 200 trucks.

Q   Okay. And were you guys negotiating a price at that time?

A   Yes.

Q   Do you recall what that price was?

Page 252

A    I don't.  I apologize.  I should have looked at that.  I'm sure we have the documents referencing it.

Q    And would you have been communicating with All Truck via email or via text?  Or how would you communicate with them?

A    A lot of these deals, including these, it's a lot of verbal communication.  I believe there are -- we have emails related to it.

Q    Were there proposals exchanged between the parties?

A    Generally, it's a little more informal with the wholesalers.  You come to agreement on it.  You know, you have a time frame.
     And then, when the trucks started arriving, you do have something in writing that lays out the terms and the expectations of the equipment that we're selling them, of course, and an understanding there.  And then it's the invoice.

Q    Did you end up selling any trucks to All Truck?

A    No, not of the Internationals.

Q    Okay.  And what about -- was that the only entity that you were looking to sell

Page 253

Internationals to?  Or were there other wholesalers, as well?

A    No.  There were other wholesalers I know that we were talking to that had an interest.  And All Truck was one that we got furthest along with.
     I would have to look up the names of the others.  There were several other wholesalers.

Q    And that would have been in that same time frame, the February/March time frame of 2022?

A    Yeah, yeah.  I mean, probably most heavily in March.

Q    And why didn't the transaction with All Truck move forward?

A    Because at the point that, you know, we could make the trucks available, you know, we needed -- we needed the replacement in order to make the 2018 available.
     By the time that we could commit to the delivery of the trucks, you know, there were some indications that the market was cooling, potentially, or at least some concerns along that line, as I recall.
     And they weren't willing to

Page 254

commit and eventually backed out.

Q    Okay.  So it had nothing to do with the delivery of the new model 2023 tractors from Navistar?

     MR. PELTON:  Objection, mischaracterizes what he just said.

     THE WITNESS:  No.  It did.

BY MR. MURPHY:

Q    Okay.

A    That those deliveries began to be less certain, you know, as we got into May, end of May.

Q    You were starting the negotiations in February and March; correct?

A    Yeah.

Q    And you were expecting delivery of those Navistar trucks -- or at least the first 75 in sometime in April; correct?

A    Um-hmm.

Q    Then you were expecting another 300 sometime in late April, early May; is that correct?

A    Yeah.  Yeah, if we're going with two to four weeks on a delivery time frame, yes.

Q    Okay.  And so at what point in time did you become concerned that you were not going to be

Page 255

able to replace the trucks that you would have -- you know, potentially sell to All Truck with the new model year 2023 tractors?

A    I think it wasn't so much that, you know, I was concerned that we were going to get the trucks.  It was the timing.

Q    Okay.  And so when did you learn of this timing?

A    I think it was more that we couldn't give them a solid date because, you know, you do have to get the new truck in, like I described.
     And then there is a time period to get the 2018 back off of the road or the truck being replaced off the road.  So that can be two to four weeks in itself.
     So really, we were looking at, you know, a June time frame to be able to start providing those trucks.

Q    And by then they had already decided the market had cooled and they were not interested in purchasing the trucks anymore?

A    Yeah, if I remember correctly.  I mean, they started to get a little skittish about the market, and it wasn't as solid at that point.

6 (Pages 252 to 255)

Page 256

Q    Did they offer to purchase them at a lower price?  Or they just cut off all negotiations at that point?

A    Really, at that point, don't remember whether we went back to them with a lower price at that time because we were talking about a large quantity of trucks.

You know, they were already probably discounted from the value that we thought the trucks would bring.

I can't remember exactly how it ended.

Q    You had mentioned a couple hundred; right?  200 trucks that you were trying to sell, and you started negotiations in February and March.

But you had 612 model year 2018 trucks.  Were you intending on selling all 612 in that January through June time frame of 2022?

A    Yeah.  We were planning on replacing them all with the '23s and pulling all the 2018s out and selling them.

Q    Okay.  But like, who else were you talking to to make up the 400 more trucks to try to get

Page 257

those trucks sold, as well?

A    Well, we were advertising it, as well, to individual buyers.  I mean, we were talking to a lot of smaller dealers, not necessarily the large wholesalers.

You know, Navistar had an interest in a group of those trucks, as well.  Or had, you know, I guess, stated they had an interest, potentially, as well.  I think it was an export deal.

So there were other -- other large groups that we were talking to.  We were advertising and started the advertising in April for more of a retail, smaller lot perspective.

And then we had other dealers that we were speaking to, as well.

Q    So your recollection is you started advertising to sell model year 2018 trucks in April of 2022?

A    Correct, um-hmm.

Q    And that was directed more toward the retail customers?

A    Well, yeah.  You know, smaller lots.  You wouldn't -- you may run into a guy that wants

Page 258

a hundred to 200 trucks.  But yeah, those would sell for, you know, in smaller lots.

Q    So those were just one-off deals or a handful of trucks?

A    It could be 20 trucks.  We utilized TruckPaper.  A lot of different entities look at TruckPaper, from dealers to individual buyers.  And I'm sure wholesalers look in there, as well.

Q    Was it your expectation that you were going to make up, you know, the difference of what you were going to sell to All Truck with all of these retail sales?

Or were you looking at other, you know, larger transactions?

A    We would entertain larger transactions, certainly.

Q    But did you entertain any larger transactions?

A    I think our biggest group that we sold was 25.  I mean, if we had people that wanted, you know, 50-plus, you know, yes, we would have entertained it.

I don't recall that we had other -- other groups, specifically.

Q    Okay.  I want to be specific to this January

Page 259

through June '22 time frame.  Other than this transaction with All Truck, were there other significant transactions that you were looking at to sell, you know, large groups of trucks?

A    And "large" defined as?

Q    More than 50.

A    Okay.  You know, other than, you know, the potential with Navistar and All Truck, I don't recall any other real large ones like that.

Q    On this last bullet point on this Exhibit D-38 on the list of bullet points we were looking at.  It says:

"This agreement is all encompassing for any and all current and future issues for 941 model year 2017 to 2019 International units and terminates any and all other agreements pertaining to these units."

What is your understanding of what that provision means?

A    That it encompasses what -- you know, the prior bullet points and that this agreement replaces the 2021 agreement.

Q    Okay.  So would you agree with me that this agreement would supersede the 2021 agreement?

scheduling@fortzlegal.com     fortzlegal.com          Toll Free: 844.730.4066