Stinsa, Tony - 08/14/2024



Page 1

Page 1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

GLS LEASCO, INC., and          )
CENTRAL TRANSPORT LLC,         )
                               )
          Plaintiffs,          )
                               )
     -vs-                      ) No. 23-cv-12927
                               )
NAVISTAR, INC.,                )
                               )
          Defendant.           )


          The deposition of TONY STINSA, called

by the Plaintiff for examination, taken before

MAUREEN A. WOODMAN, a notary public within and

for the County of Cook and State of Illinois, at

Suite 4400, 1 North Wacker Drive, Chicago,

Illinois, on the 14th day of August, 2024, at the

hour of 9:00 o'clock a.m.

**Stinsa, Tony - 08/14/2024**

Page 166

A.   They purported to be.  They don't -- the guide books don't like to move their prices up or down very sharply.  So in a market that's going up sharply, they lag, and in a market going down sharply, they lag as well.

Q.   This is -- this is both sleepers and day cabs?

A.   Yeah.  I think this is a blend of both with 13 liter only.

MR. PELTON:  Mark this as Exhibit No. 104.

(WHEREUPON, said document was marked as Stinsa Deposition Exhibit No. 104 for Identification.)

BY MR. PELTON:

Q.   This is in reference to -- the subject is "July CPL Update."  Attachment is "Sales Approval Summary," which I don't have.

A.   It's just the sales approval summary, a form that we use for them to request an approval.

Q.   Okay.

A.   If they're not meeting CPL.

Q.   And Josh Adams is showing a sharp decrease in the market, right?

Page 167

A.   Yes.

Q.   Do you know if this the first month then when the market prices reacted to the increasing inventory?

A.   I don't know.  It appears based on documents that we already reviewed that we started seeing it in May.

Q.   You lowered yours in late May by 6,000?

A.   Yes.  If you read the stuff, there's other participants doing it as well.

Q.   They mention Penske.  JBH Freightliners.

MR. PELTON:  Mark this as Exhibit No. 105.

(WHEREUPON, said document was marked as Stinsa Deposition Exhibit No. 105 for Identification.)

BY MR. PELTON:

Q.   Exhibit 105 is an email exchange, it looks like, following on a Promotions@Mailing.TruckPaper.Com email to a Terry Costello of a Central Transport advertisement, right?

A.   Mm-hmm.  Yes.

Q.   Who is Terry Costello?

Page 168

A.   A retail sales rep in the Joliet used truck center.

Q.   And then Vayalil Smitha forwards this to you asking if there's any impact on Navistar's pricing with, I gather, Central's price at 25,000 lower than your take price, right?

A.   Right.

Q.   So Central's advertising at 68,500, up or down based on mileage it looks like, and your take price is $25,000 higher?

A.   She goes on to correct herself.

Q.   10 to 18,000 higher.  And would that be retail or wholesale?

A.   I don't know.  She didn't specify here.

Q.   And then you respond with a suggestion on why they might have a lower price; is that right?

A.   Right.

Q.   Central's maintenance reputation, what is that?

A.   Central's not known to maintain their trucks well.

Q.   How do you know that?

A.   It comes from industry actors who talk

Page 169

about various fleets and how they maintain their trucks.  Certain fleets have very good reputations, like Walmart.  Certain ones do not.

Q.   Is there anyone in particular you recall hearing from about that reputation?

A.   No.

Q.   Do you know if that reputation was consistent or inconsistent with the trucks that your organization received and refurbished?

A.   Was -- did we find the reputation to be true?

Q.   Yeah, if you know.

A.   According to people in your reconditioning area, it was accurate.

Q.   Do you recall that specifically?

A.   Yes.

Q.   Do you recall who you discussed that with?

A.   I -- you know, the person who's been in the reconditioning area for us for a decade is Kevin Turner.  I believe that came from him.

Q.   Do you know if this had inhibited the prices that your group sold Central trucks at?

A.   To the extent the market participants

43 (Pages 166 to 169)

Stinsa, Tony - 08/14/2024

Page 170

understand this, it would.

Q.   Do you have specific data on that, that Central trucks sold lower than somebody else's?

A.   I don't.

Q.   Manual transmission on these 2018 model years.  They had a manual?

A.   Yes.

Q.   And that's a detractor from a --

A.   Compared to an automatic.

Q.   Was that unique to the A26 engine or --

A.   Nope.  This is for Central trucks.

Q.   That's what Navistar built back then in 2018?

A.   The market has moved away from manuals since these were built.

Q.   Cab color being yellow?

A.   Correct.

Q.   Steel wheels?

A.   Versus aluminum.

Q.   A26 engine, that's your engine?

A.   Right.  The market likes a 15 liter.

Q.   "Package size is enormous for day cabs," meaning the number they're trying to sell?

A.   Yes, all at once.

Page 171

Q.   What was the market for those day cabs?

A.   I don't know.

Q.   When you say they are young, who is young?  What's young?

A.   The trade cycle on Central's is four years and most of their competitors trade trucks at six or seven.

Q.   Wouldn't a newer truck go higher than an older truck?

A.   I think that they employ various strategies that have high miles compared to the same model years on a day cab.

Q.   But if they're younger, they're going to have fewer miles?

A.   The market doesn't want to pay up for a 400,000-mile day cab at four years.

Q.   So accounting for these things, you've got a 10 to $18,000 higher price in your CPL?

A.   Versus our CPL, which is for one truck.

MR. PELTON:  Mark this as Exhibit No. 106.

(WHEREUPON, said document was marked as Stinsa Deposition Exhibit No. 106 for Identification.)

Page 172

BY MR. PELTON:

Q.   This April 18th email it looks like Josh Adams is reacting to that same advertisement, correct?

A.   Okay.

Q.   And he takes his estimate of what makes up the difference in price?

A.   Yes.

Q.   Now, here he's got the CPL price at almost 37,000 higher, right?

A.   At retail.

Q.   What was wholesale?

A.   I don't know.  Typically 6 to 10,000 less.

Q.   6 to 10?

A.   Yeah.

Q.   So if we look at your CPL from -- from March, we would know?

A.   Yeah.  It's not static.  It changes over time.

Q.   Okay.  You do a monthly report.  Are you saying the CPL --

A.   The gap between retail and wholesale changes over time.

Page 173

Q.   Each month?

A.   They could, yes.

Q.   And at this point, he is probably looking at the March 1st, right?

MR. MURPHY:  Object to form.

THE WITNESS:  I don't know.

BY MR. PELTON:

Q.   When do they usually come out in a particular month?

A.   It wasn't a set day.

Q.   The couple we looked at were later in the month, I believe.  Is it typically later in the month?

MR. MURPHY:  Object to form.

THE WITNESS:  Possibly in the second half of the month because it took awhile to get the reports.

BY MR. PELTON:

Q.   You might have been looking at March or April?

A.   Okay.

Q.   Right?

A.   Sure.

Q.   And the -- are there any interim CPLs

44  (Pages 170 to 173)

Thompson Court Reporters, Inc.
thompsonreporters.com

Message
_____

| | |
|---|---|
| **From:** | Stinsa, Tony [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A1D85A57C1E149E9BDFA0D07CB27F2CB-U020863] |
| **Sent:** | 4/7/2022 3:54:27 PM |
| **To:** | Vayalil, Smitha [Smitha.Vayalil@Navistar.com] |
| **CC:** | Adams, Josh [Joshua.Adams@Navistar.com] |
| **Subject:** | RE: 600+ 2018 International RH Day Cabs, starting at $68,500 |

The paint doesn't help but the discounts are a combination of the following:
- Central Transport's maintenance reputation
- Manual transmission
- Cab color
- Steel wheels
- A26 engine
- Package size is enormous for day cabs
- They are "young"

Tony Stinsa
331.332.2579 (desk)
630.277.0356 (cell)

**From:** Vayalil, Smitha <Smitha.Vayalil@Navistar.com>
**Sent:** Thursday, April 7, 2022 3:44 PM
**To:** Stinsa, Tony <Tony.Stinsa@Navistar.com>
**Subject:** RE: 600+ 2018 International RH Day Cabs, starting at $68,500

Sorry...brain fatigue here – compared with sleepers.
The price diff with our take prices for daycabs is only 10k-18k. (maybe the discount factor for yellow paint)

**From:** Vayalil, Smitha
**Sent:** Thursday, April 7, 2022 3:40 PM
**To:** Stinsa, Tony (Tony.Stinsa@Navistar.com) <Tony.Stinsa@Navistar.com>
**Subject:** FW: 600+ 2018 International RH Day Cabs, starting at $68,500

Tony,

You and Josh may already be aware of these ads. Any impact on our pricing. This is $ 25k lower than our take prices.

Regards
Smitha

**From:** promotions@mailing.truckpaper.com <promotions@mailing.truckpaper.com>
**Sent:** Thursday, April 7, 2022 2:31 PM
**To:** Costello, Terry <Terrence.Costello@Navistar.com>
**Subject:** 600+ 2018 International RH Day Cabs, starting at $68,500



EXHIBIT
Stinsa/05
8-14-24 M

CONFIDENTIAL

[EXTERNAL EMAIL – If you suspect the validity of this email, do not click any links and use the Report Phish button to report it. If you do not see the Report Phish button, immediately forward it to ReportSpam@navistar.com]



# CENTRAL TRANSPORT®

# SELLING OVER 600 2018 INTERNATIONAL RH DAY CABS!

## VIEW INVENTORY

CONFIDENTIAL



410hp A26 Engine, Eaton 10 Spd Manual Transmission w/OD, 3.25 Ratio, Meritor Rear Diff, 175" WB, Front and Rear Air Disc Brakes, Steel Wheels, Air Slide 5th Wheel. Most Trucks Range 300-500k mi.

Call For Availability 888-927-1508

CONFIDENTIAL

NAV00084736

# Starting at $68,500 ea

± $3,500 for ea 100k mi over/under range.

600-700K MI - $61,500
501-599K MI - $65,000
300-500K MI - $68,500
200-299K MI - $72,000
100-199K MI - $75,500

Selling in:

Bloomington, CA       Chicago, IL
Sacramento, CA       Dayton, OH
Tacoma, WA       Allentown, PA
Minneapolis, MN

**VIEW TRUCKS**

CONFIDENTIAL

NAV00084737

Trucks will be close to Standard Trade Terms

Dealer Terms & Wholesale Pricing
Call For Availability

Trucks coming off the road in May, June, & July

Inventory will fluctuate as units are parked and sell
please confirm availability in each location.

## Call For Availability
# 888-927-1508

No financing available.

Sandhills Global
120 W. Harvest Drive | Lincoln, NE 68521 | USA
Privacy Policy
This message was sent to terrence.costello@navistar.com  To ensure future delivery of messages
to your inbox, please add us to your safe sender list or address book. Can't see this email?
Click here to view in a browser.
If you no longer want to receive these emails, you can unsubscribe.

CONFIDENTIAL

NAV00084738

Copyright by Sandhills Global © 2022. All rights reserved.

CONFIDENTIAL

NAV00084739

Message

| | |
|---|---|
| **From:** | Stinsa, Tony [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A1D85A57C1E149E9BDFA0D07CB27F2CB-U020863] |
| **Sent:** | 4/11/2022 5:14:00 AM |
| **To:** | Adams, Josh [Joshua.Adams@Navistar.com] |
| **Subject:** | RE: 600+ 2018 International RH Day Cabs, starting at $68,500 |

Josh,

I like what you did here and I appreciate how quickly you were able to turn it around...but let's now think about how the field may see this. Will they say that the negotiation part is bigger than our ask vs. take on this MY in CPL (i.e. does CPL imply new tires now)? Isn't this a bit much in tandem with the "close to trade terms" which is another way of saying that we think this is how much recon it would take to make front-line ready? I don't see manual transmission on here either – is that another deduct vs. what you would have in CPL or is your $105k a manual?

It feels like we probably do have some kind of issue with the pricing and we can't explain the full gap, or perhaps can't explain about $5k-$10k of it. Do you feel the same? Is some of this just a fire-sale and the negative halo effect of Central and the volume discount of so many of them? Is any of it A26 related? It's one thing to make up a graphic that balances out perfectly but I don't want us to lie to ourselves and say we have a fully valid walk from $105k to $68.5k...Does it kind of start telling us that we've got some strong deflation or an air-pocket of $10k-$15k on A26 Daycabs?

Tony Stinsa
331.332.2579 (desk)
630.277.0356 (cell)

**From:** Adams, Josh <Joshua.Adams@Navistar.com>
**Sent:** Friday, April 8, 2022 9:24 AM
**To:** Nelson, Michael B <Mike.Nelson@Navistar.com>; Stinsa, Tony <Tony.Stinsa@Navistar.com>; Frederick, Brock M <Brock.Frederick@Navistar.com>; Walker, Michael J <Mike.Walker@Navistar.com>
**Subject:** RE: 600+ 2018 International RH Day Cabs, starting at $68,500

Guys—

Here's how I'm thinking about this today. I went from our 300k CPL retail take even though Central's pricing was in a broad range—300-500k. This low pricing is initially shocking from where we are today, but let's have our guys focus on walking customers from them to us. Not listed is value for our after sales policy, etc.

Let me know your thoughts and of course we can also discuss this further in our CPL meeting this month.



CONFIDENTIAL



**Walk from CPL Pricing to Central Transport Pricing 300-500k mi.**

| | |
|---|---:|
| CPL Retail Ask 300k mi. | **$105,000** |
| 2 year warranty value | -$10,000 |
| Room for new tires / negotiation | -$9,000 |
| **CPL Retail Take 300k mi.** | **$86,000** |
| RH deduct | -$3,000 |
| Steel wheels | -$1,000 |
| No 90 day warranty | -$1,500 |
| May / June / July timing vs. today | -$2,000 |
| "Close to trade terms" vs. retail ready | -$8,000 |
| Yellow color | -$2,000 |
| **Central Transport Price** | **$68,500** |

Joshua J. Adams
Director of Pricing, Used Truck Organization
Navistar, Inc.
331-332-1911 – Office
630-258-2319—Mobile

**From:** Nelson, Michael B
**Sent:** Friday, April 8, 2022 7:27 AM
**To:** Stinsa, Tony <Tony.Stinsa@Navistar.com>; Frederick, Brock M <Brock.Frederick@Navistar.com>; Adams, Josh <Joshua.Adams@Navistar.com>; Walker, Michael J <Mike.Walker@Navistar.com>
**Subject:** Fwd: 600+ 2018 International RH Day Cabs, starting at $68,500

In case you had not seen this in Truck Paper.

Mike Nelson
Regional Sales Director - Midwest Region
Navistar, Inc
2701 Navistar Drive

CONFIDENTIAL

NAV00085346

Lisle, Illinois 60532
(331) 332-3341 Office
(816) 678-5226 Mobile
mike.nelson@navistar.com

**From:** Law, Dennis A <Dennis.Law@Navistar.com>
**Sent:** Friday, April 8, 2022 7:21 AM
**To:** Nelson, Michael B <Mike.Nelson@Navistar.com>
**Subject:** 600+ 2018 International RH Day Cabs, starting at $68,500







CONFIDENTIAL

NAV00085347



CONFIDENTIAL

NAV00085348

# Starting at $68,500 ea

± $3,500 for ea 100k mi over/under range.

600-700K MI - $61,500
501-599K MI - $65,000
300-500K MI - $68,500
200-299K MI - $72,000
100-199K MI - $75,500

Selling in:

Bloomington, CA    Chicago, IL

Sacramento, CA    Dayton, OH

Tacoma, WA    Allentown, PA

Minneapolis, MN

**VIEW TRUCKS**

CONFIDENTIAL

NAV00085349

Trucks will be close to Standard Trade Terms

Dealer Terms & Wholesale Pricing
Call For Availability

Trucks coming off the road in May, June, & July

Inventory will fluctuate as units are parked and sell
please confirm availability in each location.



Call For Availability
888-927-1508

No financing available.


Sandhills Global
120 W. Harvest Drive | Lincoln, NE 68521 | USA
Privacy Policy
This message was sent to bchinn@trivistacompanies.com. To ensure future delivery of messages
to your inbox, please add us to your safe sender list or address book. Can't see this email?
Click here to view in a browser
If you no longer want to receive these emails, you can unsubscribe.

CONFIDENTIAL

NAV00085350

Copyright by Sandhills Global © 2022. All rights reserved.

CONFIDENTIAL

NAV00085351