UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GLS LEASCO, INC., et al.,

      Plaintiffs,

v.

NAVISTAR, INC.,

      Defendant.

_____/

Case No. 23-cv-12927
HON. MARK A. GOLDSMITH

## ORDER REGARDING OUTSTANDING DISCOVERY DISPUTES

Regarding the outstanding discovery disputes in this matter, the Court orders as follows:

1. Counsel for all parties must appear at the chambers of the undersigned on January 28, 2026, at 11:30 a.m. to meet with Special Master Nathan J. Fink in an effort to resolve any outstanding disputes.

2. The Court will conduct an in-person hearing on these disputes, unless earlier resolved, on January 28, 2026, at 1:30 p.m.

**SO ORDERED.**

Dated: January 23, 2026
Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 23, 2026.

s/Joseph Heacox
JOSEPH HEACOX
Case Manager