UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

GLS Leasco, Inc., et al.,

                              Plaintiff(s),

v.                                                Case No. 2:23-cv-12927-MAG-APP
                                                        Hon. Mark A. Goldsmith

Navistar, Inc.,

                              Defendant(s),

**NOTICE OF REMOTE MOTION HEARING**

PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Mark A. Goldsmith for the following motion(s):

        Motion for Leave to File – #76

- MOTION HEARING:  February 17, 2026 at 11:00 AM

The public may access the audio proceedings with the following connection information.

**PHONE NUMBER:**  +1 (646) 828-7666
**MEETING ID:**       161 765 5095

Attorneys and parties required to attend the hearing will be sent connection information in a separate email.

                                                    By: s/Joseph Heacox
                                                         Case Manager

Dated:   February 11, 2026