UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GLS LEASCO, INC., et al.,

      Plaintiffs,

v.
                                          Case No. 23-cv-12927
                                          HON. MARK A. GOLDSMITH

NAVISTAR, INC.,

      Defendant.

_____/

## ORDER FOLLOWING APRIL 21, 2026 HEARING

As discussed at the April 21, 2026 hearing, the Court orders as follows:

1. Navistar must respond to GLS Leasco's motion to take a de bene esse deposition (Dkt. 97) by April 24, 2026, at 12:00 p.m.

2. Counsel must confer to discuss how to address GLS's request that the testimony of certain witnesses who will be called by Navistar (Carmichael, Belisle, and Webb) be presented either live for both sides or by deposition for both sides.  By April 30, the parties must either submit a proposed stipulated order or, if agreement cannot be reached, inform the Court's case manager by email that a disagreement remains.

     **SO ORDERED.**

Dated: April 23, 2026                          s/Mark A. Goldsmith
Detroit, Michigan                        MARK A. GOLDSMITH
                                          United States District Judge

## <u>CERTIFICATE OF SERVICE</u>

  The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 23, 2026.

s/Joseph Heacox    
JOSEPH HEACOX
Case Manager
