GLS LEASCO, INC. and
CENTRAL TRANSPORT, LLC,

                       Case No. 23-cv-12927

      Plaintiffs,

                       Hon. Mark A. Goldsmith

v.

                       Magistrate Judge Anthony P. Patti

      NAVISTAR, INC.,

Defendant.

---

**Index of Exhibits to
Plaintiffs GLS LeasCo and Central Transport's
Brief in Support of Combined Motions in Limine**

**Exhibit 1**     Hosfield Supplemental Report

**Exhibit 2**     Excerpt, GLS 30(b)(6) Deposition, Vol, II

**Exhibit 3**     GLSN-0012939

**Exhibit 4**     Hosfield Report

**Exhibit 5**     GLSN-0002879

**Exhibit 6**     GLSN-0002896

**Exhibit 7**     GLSN-0002905