Job 32780

**EXHIBIT 2**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

GLS LEASCO, INC., and CENTRAL TRANSPORT LLC,

Plaintiffs,     Case No. 23-cv-12927-MAG-APP

vs.

NAVISTAR, INC.,

Defendant.

_____/

VOLUME II

DEPONENT:     KYLE BLAIN ,30(b)(6) for

GSL Leasco, Inc.

DATE:        Wednesday, September 11, 2024

TIME:        8:57 a.m.

LOCATION:    Kienbaum Hardy Viviano

Pelton & Forrest, PLC

280 North Old Woodward, Suite 400

Birmingham, Michigan

REPORTER:    Shari J. Pavlovich, CSR-5926

VIDEOGRAPHER:  Shawn Capron

JOB NO:        32780

scheduling@fortzlegal.com          fortzlegal.com          Toll Free: 844.730.4066

Page 320

of any other times when GLS may have been negotiating with Navistar concerning the potential purchase of these tractors?

A  You know, I know that I repeatedly talked to Sean and tried to reach Brock Frederick, who handled the used truck sales. Looking for some assistance as we had been given some assurances that they would help.

But you know, and gone back to Sean when I couldn't get a response from Brock. That would have been sometime in between those periods.

Q  Okay. Now, when -- if the trucks weren't sold by GLS, I understand a large portion of these model year 2018 tractors are still in GLS's name; correct?

A  Correct.

Q  Do you recall about how many?

MR. PELTON: I'm sorry, do you recall what?

BY MR. MURPHY:

Q  About how many of these model year 2018 tractors that GLS still owns?

A  I'm going to say it's probably about 280.

Q  And would that be reflected in Mr. Kahaian's

Page 321

expert report as an Exhibit, which tractors had been sold and which ones had been retained by GLS?

A  Yes.

Q  Okay. And I'm not -- I have it up in front of me. So I did not bring a copy of that with me today. I apologize for that.

That's the list you were referring to earlier that you could reference to match up trucks with the invoices; correct?

A  Yeah. I believe that was as of, like, July 20th or 21st. You know, there's since been more trucks sold.

Q  Okay. So since that list was prepared, additional tractors have been sold?

A  Yes.

Q  Do you know how many?

A  I don't know exact. I'm going to say 20.

Q  And do you know the parties to those transactions?

A  Well, we recently sold some in Ritchie Brothers live auction. I don't know the exact count. There were some 2019 and 2020 Internationals in there, as well.

Q  Okay. Would that have been included in those

Page 322

documents that we just looked at?

A  It would not have because this was, you know, past several weeks. They can certainly be updated.

Q  Okay. Why hasn't GLS Leasco sold, you know, a good -- several hundred of these trucks?

A  We would like to sell more of them. Really, I mean, the situation we were posed with, was that we were going to have to pay, you know, just based on, you know, the loan values that were still owed on them, you know, it would cost us $15,000 to sell a truck.

So it would have been seeking other uses. Some, you know, we put back in service just because we couldn't -- they were going for such low values.

Q  Okay. And so do you know how many of these tractors were placed back into service or remained in service the whole time?

A  Yeah. I think it's around 100 units.

Q  Okay. So do you have documentation to reflect which of those units continued to -- I assume they were running freight?

A  Yes.

Q  Okay. And getting paid money to run that

Page 323

freight?

A  Yes. We were -- we were using them in lieu of some of the newer trucks. They really weren't -- they weren't needed trucks. It was more the fact of the loss we were going to take by not utilizing them.

Q  But these hundred or so trucks that you maintained ownership of, they continued to run, and they continued to generate revenue on behalf of GLS Leasco; is that correct?

A  They're in operation, yeah.

Q  And is there a way for you to track how much revenue these trucks that are still in operation are generating for GLS Leasco?

A  I'm not sure how I would necessarily do that.

Q  Is there an average, you know, profit per mile or any type of metric that you would measure the profits that are being generated by moving freight of these 2018 tractors?

A  There -- I'm sure there is a way. Off the top of my head, I don't know how we'd do that.

Q  You don't track that information?

A  Well, I guess it's the basis that you would want to bump it up against.

Are we talking a revenue per