## *Central Transport Active and Required Drivers 2022-23*

**EXHIBIT 3**

| Week Ending Date | Total City Drivers Required | Total City Drivers Active | Total Road Drivers Required | Total Road Drivers Active | Total Drivers Required | Total Drivers Active | Year over Year Percentage Change |
|---|---|---|---|---|---|---|---|
| 1/1/2022 | 2322 | 2181 | 1933 | 1705 | 4255 | 3886 | |
| 1/8/2022 | 2321 | 2185 | 1933 | 1712 | 4254 | 3897 | |
| 1/15/2022 | 2319 | 2197 | 1932 | 1731 | 4251 | 3928 | |
| 1/22/2022 | 2319 | 2204 | 1932 | 1735 | 4251 | 3939 | |
| 1/29/2022 | 2318 | 2205 | 1931 | 1728 | 4249 | 3933 | |
| 2/5/2022 | 2321 | 2205 | 1873 | 1727 | 4194 | 3932 | |
| 2/12/2022 | 2321 | 2202 | 1874 | 1730 | 4195 | 3932 | |
| 2/19/2022 | 2321 | 2212 | 1876 | 1739 | 4197 | 3951 | |
| 2/26/2022 | 2321 | 2198 | 1875 | 1745 | 4196 | 3943 | |
| 3/5/2022 | 2324 | 2189 | 1895 | 1751 | 4219 | 3940 | |
| 3/12/2022 | 2324 | 2180 | 1895 | 1744 | 4219 | 3924 | |
| 3/19/2022 | 2324 | 2176 | 1925 | 1748 | 4249 | 3924 | |
| 3/26/2022 | 2324 | 2187 | 1925 | 1769 | 4249 | 3956 | |
| 4/2/2022 | 2326 | 2179 | 1928 | 1759 | 4254 | 3938 | |
| 4/9/2022 | 2330 | 2170 | 1926 | 1756 | 4256 | 3926 | |
| 4/16/2022 | 2330 | 2184 | 1926 | 1759 | 4256 | 3943 | |
| 4/23/2022 | 2329 | 2190 | 1930 | 1746 | 4259 | 3936 | |
| 4/30/2022 | 2328 | 2188 | 1929 | 1733 | 4257 | 3921 | |
| 5/7/2022 | 2328 | 2197 | 1932 | 1757 | 4260 | 3954 | |
| 5/14/2022 | 2329 | 2203 | 1931 | 1758 | 4260 | 3961 | |
| 5/21/2022 | 2329 | 2210 | 1931 | 1762 | 4260 | 3972 | |
| 5/28/2022 | 2329 | 2240 | 1938 | 1756 | 4267 | 3996 | |
| 6/4/2022 | 2330 | 2253 | 1890 | 1762 | 4220 | 4015 | |
| 6/11/2022 | 2332 | 2244 | 1889 | 1769 | 4221 | 4013 | |
| 6/18/2022 | 2345 | 2252 | 1889 | 1787 | 4234 | 4039 | |
| 6/25/2022 | 2345 | 2258 | 1897 | 1797 | 4242 | 4055 | |
| 7/2/2022 | 2345 | 2264 | 1892 | 1802 | 4237 | 4066 | |
| 7/9/2022 | 2345 | 2262 | 1892 | 1792 | 4237 | 4054 | |
| 7/16/2022 | 2345 | 2281 | 1897 | 1796 | 4242 | 4077 | |
| 7/23/2022 | 2345 | 2292 | 1892 | 1798 | 4237 | 4090 | |
| 7/30/2022 | 2345 | 2294 | 1893 | 1802 | 4238 | 4096 | |
| 8/6/2022 | 2345 | 2294 | 1894 | 1810 | 4239 | 4104 | |
| 8/13/2022 | 2352 | 2301 | 1896 | 1822 | 4248 | 4123 | |
| 8/20/2022 | 2351 | 2305 | 1858 | 1829 | 4209 | 4134 | |
| 8/27/2022 | 2345 | 2286 | 1843 | 1825 | 4188 | 4111 | |
| 9/3/2022 | 2346 | 2297 | 1846 | 1819 | 4192 | 4116 | |
| 9/10/2022 | 2346 | 2307 | 1824 | 1822 | 4170 | 4129 | |
| 9/17/2022 | 2346 | 2312 | 1824 | 1810 | 4170 | 4122 | |
| 9/24/2022 | 2346 | 2301 | 1823 | 1803 | 4169 | 4104 | |
| 10/1/2022 | 2349 | 2308 | 1742 | 1790 | 4091 | 4098 | |
| 10/8/2022 | 2343 | 2295 | 1744 | 1768 | 4087 | 4063 | |

# GLSN-0012939 (CT Driver Requirements-Active from Staffing Report Dist 2022-2023 2024 1101).xlsx

| Week Ending Date | Total City Drivers Required | Total City Drivers Active | Total Road Drivers Required | Total Road Drivers Active | Total Drivers Required | Total Drivers Active | Year over Year Percentage Change |
|---|---|---|---|---|---|---|---|
| 10/15/2022 | 2344 | 2295 | 1744 | 1746 | 4088 | 4041 | |
| 10/22/2022 | 2346 | 2299 | 1744 | 1728 | 4090 | 4027 | |
| 10/29/2022 | 2345 | 2302 | 1744 | 1718 | 4089 | 4020 | |
| 11/5/2022 | 2277 | 2283 | 1756 | 1701 | 4033 | 3984 | |
| 11/12/2022 | 2275 | 2255 | 1759 | 1695 | 4034 | 3950 | |
| 11/19/2022 | 2263 | 2285 | 1752 | 1725 | 4015 | 4010 | |
| 11/26/2022 | 2262 | 2241 | 1750 | 1688 | 4012 | 3929 | |
| 12/3/2022 | 2250 | 2223 | 1737 | 1680 | 3987 | 3903 | |
| 12/10/2022 | 2250 | 2217 | 1739 | 1675 | 3989 | 3892 | |
| 12/17/2022 | 2251 | 2209 | 1732 | 1675 | 3983 | 3884 | |
| 12/24/2022 | 2253 | 2216 | 1732 | 1660 | 3985 | 3876 | |
| 12/31/2022 | 2254 | 2193 | 1735 | 1648 | 3989 | 3841 | |
| 1/7/2023 | 2253 | 2202 | 1735 | 1657 | 3988 | 3859 | -2% |
| 1/14/2023 | 2254 | 2210 | 1736 | 1656 | 3990 | 3866 | -2% |
| 1/21/2023 | 2259 | 2197 | 1736 | 1663 | 3995 | 3860 | -2% |
| 1/28/2023 | 2260 | 2195 | 1736 | 1642 | 3996 | 3837 | -2% |
| 2/4/2023 | 2265 | 2182 | 1729 | 1630 | 3994 | 3812 | -3% |
| 2/11/2023 | 2265 | 2177 | 1729 | 1626 | 3994 | 3803 | -4% |
| 2/18/2023 | 2270 | 2169 | 1738 | 1611 | 4008 | 3780 | -4% |
| 2/25/2023 | 2270 | 2169 | 1730 | 1599 | 4000 | 3768 | -4% |
| 3/4/2023 | 2269 | 2165 | 1727 | 1594 | 3996 | 3759 | -4% |
| 3/11/2023 | 2270 | 2169 | 1727 | 1604 | 3997 | 3773 | -4% |
| 3/18/2023 | 2270 | 2172 | 1727 | 1601 | 3997 | 3773 | -5% |
| 3/25/2023 | 2273 | 2169 | 1727 | 1609 | 4000 | 3778 | -4% |
| 4/1/2023 | 2277 | 2194 | 1758 | 1606 | 4035 | 3800 | -3% |
| 4/8/2023 | 2277 | 2206 | 1756 | 1620 | 4033 | 3826 | -3% |
| 4/15/2023 | 2280 | 2204 | 1758 | 1612 | 4038 | 3816 | -3% |
| 4/22/2023 | 2278 | 2192 | 2278 | 1633 | 4556 | 3825 | -2% |
| 4/29/2023 | 2275 | 2207 | 1761 | 1668 | 4036 | 3875 | -2% |
| 5/6/2023 | 2294 | 2215 | 1770 | 1673 | 4064 | 3888 | -2% |
| 5/13/2023 | 2313 | 2193 | 1775 | 1649 | 4088 | 3842 | -3% |
| 5/20/2023 | 2316 | 2200 | 1803 | 1685 | 4119 | 3885 | -3% |
| 5/27/2023 | 2334 | 2210 | 1810 | 1684 | 4144 | 3894 | -3% |
| 6/3/2023 | 2334 | 2209 | 1851 | 1694 | 4185 | 3903 | -3% |
| 6/10/2023 | 2338 | 2225 | 1925 | 1706 | 4263 | 3931 | -3% |
| 6/17/2023 | 2338 | 2226 | 1901 | 1706 | 4239 | 3932 | -3% |
| 6/24/2023 | 2340 | 2229 | 1903 | 1715 | 4243 | 3944 | -3% |
| 7/1/2023 | 2341 | 2222 | 1893 | 1729 | 4234 | 3951 | -3% |
| 7/8/2023 | 2344 | 2232 | 1893 | 1751 | 4237 | 3983 | -2% |
| 7/15/2023 | 2347 | 2220 | 1893 | 1765 | 4240 | 3985 | -3% |
| 7/22/2023 | 2348 | 2217 | 1910 | 1785 | 4258 | 4002 | -2% |
| 7/29/2023 | 2352 | 2212 | 1910 | 1790 | 4262 | 4002 | -2% |
| 8/5/2023 | 2517 | 2221 | 1934 | 1794 | 4451 | 4015 | -3% |

CONFIDENTIAL

GLSN-0012939 (CT Driver Requirements-Active from Staffing Report Dist 2022-2023 2024 1101).xlsx

| Week Ending Date | Total City Drivers Required | Total City Drivers Active | Total Road Drivers Required | Total Road Drivers Active | Total Drivers Required | Total Drivers Active | Year over Year Percentage Change |
|---|---|---|---|---|---|---|---|
| 8/12/2023 | 2515 | 2236 | 1938 | 1782 | 4453 | 4018 | -3% |
| 8/19/2023 | 2515 | 2248 | 1937 | 1794 | 4452 | 4042 | -2% |
| 8/26/2023 | 2515 | 2245 | 1936 | 1787 | 4451 | 4032 | -2% |
| 9/2/2023 | 2513 | 2244 | 1952 | 1806 | 4465 | 4050 | -2% |
| 9/9/2023 | 2513 | 2246 | 1952 | 1788 | 4465 | 4034 | -2% |
| 9/16/2023 | 2513 | 2251 | 1944 | 1784 | 4457 | 4035 | -2% |
| 9/23/2023 | 2513 | 2259 | 1944 | 1780 | 4457 | 4039 | -1% |
| 9/30/2023 | 2516 | 2278 | 2012 | 1790 | 4528 | 4068 | 0% |
| 10/7/2023 | 2515 | 2298 | 2012 | 1773 | 4527 | 4071 | 1% |
| 10/14/2023 | 2518 | 2317 | 2121 | 1766 | 4639 | 4083 | 1% |
| 10/21/2023 | 2517 | 2306 | 2121 | 1747 | 4638 | 4053 | 1% |
| 10/28/2023 | 2519 | 2337 | 2121 | 1767 | 4640 | 4104 | 3% |
| 11/4/2023 | 2518 | 2333 | 2070 | 1798 | 4588 | 4131 | 5% |
| 11/11/2023 | 2516 | 2353 | 2067 | 1801 | 4583 | 4154 | 4% |
| 11/18/2023 | 2514 | 2351 | 2060 | 1812 | 4574 | 4163 | 6% |
| 11/25/2023 | 2514 | 2352 | 2058 | 1823 | 4572 | 4175 | 7% |
| 12/2/2023 | 2514 | 2360 | 2054 | 1811 | 4568 | 4171 | 7% |
| 12/9/2023 | 2514 | 2374 | 2047 | 1817 | 4561 | 4191 | 8% |
| 12/16/2023 | 2514 | 2369 | 2047 | 1829 | 4561 | 4198 | 8% |
| 12/23/2023 | 2513 | 2367 | 2044 | 1832 | 4557 | 4199 | 9% |
| 12/30/2023 | 2505 | 2371 | 2044 | 1834 | 4549 | 4205 | 9% |

## *Central Transport Company Miles by Week*
Period: 2022-2023

| Month | W/E | Road Driver Miles | City Driver Road Miles | City Miles | Total Company Truck Miles | Percentage Change Year over Year |
|---|---|---|---|---|---|---|
| 012022 | 1/8/2022 | 3,189,565 | 82,868 | 999,630 | 4,272,063 | |
| 012022 | 1/15/2022 | 3,488,302 | 101,133 | 1,070,055 | 4,659,490 | |
| 012022 | 1/22/2022 | 3,419,709 | 99,928 | 1,055,497 | 4,575,134 | |
| 012022 | 1/29/2022 | 3,512,348 | 107,681 | 1,113,835 | 4,733,864 | |
| 022022 | 2/5/2022 | 2,851,188 | 107,681 | 951,451 | 3,910,320 | |
| 022022 | 2/12/2022 | 3,700,564 | 140,338 | 1,113,388 | 4,954,290 | |
| 022022 | 2/19/2022 | 3,536,958 | 122,300 | 1,103,490 | 4,762,748 | |
| 022022 | 2/26/2022 | 3,448,679 | 101,536 | 1,078,613 | 4,628,828 | |
| 032022 | 3/5/2022 | 3,757,354 | 114,224 | 1,122,573 | 4,994,151 | |
| 032022 | 3/12/2022 | 3,600,151 | 123,267 | 1,106,472 | 4,829,890 | |
| 032022 | 3/19/2022 | 3,701,264 | 106,919 | 1,127,936 | 4,936,119 | |
| 032022 | 3/26/2022 | 3,682,101 | 95,167 | 1,129,569 | 4,906,837 | |
| 032022 | 4/2/2022 | 3,727,258 | 115,549 | 1,122,298 | 4,965,105 | |
| 042022 | 4/9/2022 | 3,740,122 | 104,876 | 1,126,437 | 4,971,435 | |
| 042022 | 4/16/2022 | 3,631,591 | 103,083 | 1,115,499 | 4,850,173 | |
| 042022 | 4/23/2022 | 3,649,563 | 96,835 | 1,144,120 | 4,890,518 | |
| 042022 | 4/30/2022 | 3,714,961 | 95,213 | 1,152,777 | 4,962,951 | |
| 052022 | 5/7/2022 | 3,760,336 | 107,684 | 1,145,097 | 5,013,117 | |
| 052022 | 5/14/2022 | 3,751,159 | 85,250 | 1,146,724 | 4,983,133 | |
| 052022 | 5/21/2022 | 3,731,846 | 89,351 | 1,138,998 | 4,960,195 | |
| 052022 | 5/28/2022 | 3,714,567 | 90,358 | 1,140,660 | 4,945,585 | |
| 062022 | 6/4/2022 | 3,072,326 | 82,621 | 930,365 | 4,085,312 | |
| 062022 | 6/11/2022 | 3,838,053 | 99,034 | 1,148,764 | 5,085,851 | |
| 062022 | 6/18/2022 | 3,759,052 | 85,863 | 1,133,548 | 4,978,463 | |
| 062022 | 6/25/2022 | 3,829,792 | 95,442 | 1,140,965 | 5,066,199 | |
| 062022 | 7/2/2022 | 3,866,296 | 90,855 | 1,133,548 | 5,090,699 | |
| 072022 | 7/9/2022 | 3,036,948 | 65,422 | 904,508 | 4,006,878 | |
| 072022 | 7/16/2022 | 3,748,496 | 73,224 | 1,143,707 | 4,965,427 | |
| 072022 | 7/23/2022 | 3,734,881 | 70,384 | 1,135,424 | 4,940,689 | |
| 072022 | 7/30/2022 | 3,759,373 | 54,045 | 1,155,455 | 4,968,873 | |
| 082022 | 8/6/2022 | 3,697,772 | 62,750 | 1,151,986 | 4,912,508 | |
| 082022 | 8/13/2022 | 3,643,334 | 72,136 | 1,146,187 | 4,861,657 | |
| 082022 | 8/20/2022 | 3,553,042 | 63,691 | 1,149,999 | 4,766,732 | |
| 082022 | 8/27/2022 | 3,550,317 | 44,262 | 1,141,924 | 4,736,503 | |
| 092022 | 9/3/2022 | 3,714,974 | 57,610 | 1,175,857 | 4,948,441 | |
| 092022 | 9/10/2022 | 2,973,593 | 37,975 | 937,579 | 3,949,147 | |
| 092022 | 9/17/2022 | 3,673,524 | 48,626 | 1,155,947 | 4,878,097 | |
| 092022 | 9/24/2022 | 3,639,963 | 43,288 | 1,157,028 | 4,840,279 | |
| 092022 | 10/1/2022 | 3,648,307 | 45,120 | 1,156,526 | 4,849,953 | |
| 102022 | 10/8/2022 | 3,706,923 | 55,990 | 1,153,609 | 4,916,522 | |
| 102022 | 10/15/2022 | 3,627,381 | 39,141 | 1,158,977 | 4,825,499 | |
| 102022 | 10/22/2022 | 3,580,545 | 40,520 | 1,162,056 | 4,783,121 | |
| 102022 | 10/29/2022 | 3,560,954 | 70,241 | 1,162,468 | 4,793,663 | |
| 112022 | 11/5/2022 | 3,543,762 | 63,999 | 1,145,800 | 4,753,561 | |

| Month | W/E | Road Driver Miles | City Driver Road Miles | City Miles | Total Company Truck Miles | Percentage Change Year over Year |
|---|---|---|---|---|---|---|
| 112022 | 11/12/2022 | 3,493,740 | 59,537 | 1,156,517 | 4,709,794 | |
| 112022 | 11/19/2022 | 3,429,953 | 55,900 | 1,134,623 | 4,620,476 | |
| 112022 | 11/26/2022 | 2,108,770 | 16,849 | 702,421 | 2,828,040 | |
| 122022 | 12/3/2022 | 3,596,843 | 74,311 | 1,165,438 | 4,836,592 | |
| 122022 | 12/10/2022 | 3,620,480 | 78,802 | 1,151,068 | 4,850,350 | |
| 122022 | 12/17/2022 | 3,359,699 | 54,298 | 1,112,769 | 4,526,766 | |
| 122022 | 12/24/2022 | 2,410,874 | 16,380 | 870,333 | 3,297,587 | |
| 122022 | 12/31/2022 | 2,596,962 | 87,574 | 795,582 | 3,480,118 | |
| 012023 | 1/7/2023 | 2,703,752 | 38,440 | 876,593 | 3,618,785 | -15% |
| 012023 | 1/14/2023 | 3,478,650 | 38,260 | 1,146,337 | 4,663,247 | 0% |
| 012023 | 1/21/2023 | 3,380,034 | 51,210 | 1,113,006 | 4,544,250 | -1% |
| 012023 | 1/28/2023 | 3,453,467 | 46,237 | 1,088,634 | 4,588,338 | -3% |
| 022023 | 2/4/2023 | 2,975,364 | 73,134 | 1,026,114 | 4,074,612 | 4% |
| 022023 | 2/11/2023 | 3,648,110 | 77,419 | 1,097,693 | 4,823,222 | -3% |
| 022023 | 2/18/2023 | 3,511,684 | 63,670 | 1,113,350 | 4,688,704 | -2% |
| 022023 | 2/25/2023 | 3,354,714 | 78,471 | 1,074,831 | 4,508,016 | -3% |
| 032023 | 3/4/2023 | 3,548,344 | 87,603 | 1,103,159 | 4,739,106 | -5% |
| 032023 | 3/11/2023 | 3,524,813 | 101,456 | 1,125,545 | 4,751,814 | -2% |
| 032023 | 3/18/2023 | 3,516,682 | 84,439 | 1,104,084 | 4,705,205 | -5% |
| 032023 | 3/25/2023 | 3,490,081 | 96,603 | 1,132,578 | 4,719,262 | -4% |
| 032023 | 4/1/2023 | 3,532,096 | 83,821 | 1,145,121 | 4,761,038 | -4% |
| 042023 | 4/8/2023 | 3,489,229 | 109,832 | 1,102,651 | 4,701,712 | -5% |
| 042023 | 4/15/2023 | 3,544,406 | 84,473 | 1,140,069 | 4,768,948 | -2% |
| 042023 | 4/22/2023 | 3,631,019 | 85,435 | 1,139,776 | 4,856,230 | -1% |
| 042023 | 4/29/2023 | 3,710,415 | 99,300 | 1,151,784 | 4,961,499 | 0% |
| 052023 | 5/6/2023 | 3,713,250 | 116,610 | 1,152,280 | 4,982,140 | -1% |
| 052023 | 5/13/2023 | 3,703,060 | 84,588 | 1,143,734 | 4,931,382 | -1% |
| 052023 | 5/20/2023 | 3,678,467 | 85,354 | 1,142,507 | 4,906,328 | -1% |
| 052023 | 5/27/2023 | 3,674,761 | 88,633 | 1,141,735 | 4,905,129 | -1% |
| 062023 | 6/3/2023 | 3,021,636 | 84,034 | 923,666 | 4,029,336 | -1% |
| 062023 | 6/10/2023 | 3,760,242 | 82,804 | 1,154,853 | 4,997,899 | -2% |
| 062023 | 6/17/2023 | 3,762,170 | 90,347 | 1,160,991 | 5,013,508 | 1% |
| 062023 | 6/24/2023 | 3,756,783 | 89,916 | 1,135,603 | 4,982,302 | -2% |
| 062023 | 7/1/2023 | 3,787,405 | 93,772 | 1,155,015 | 5,036,192 | -1% |
| 072023 | 7/8/2023 | 2,989,338 | 108,084 | 840,102 | 3,937,524 | -2% |
| 072023 | 7/15/2023 | 3,795,359 | 85,223 | 1,150,470 | 5,031,052 | 1% |
| 072023 | 7/22/2023 | 3,808,241 | 65,296 | 1,151,006 | 5,024,543 | 2% |
| 072023 | 7/29/2023 | 3,888,296 | 70,585 | 1,158,472 | 5,117,353 | 3% |
| 082023 | 8/5/2023 | 3,899,557 | 79,762 | 1,149,555 | 5,128,874 | 4% |
| 082023 | 8/12/2023 | 3,898,648 | 76,666 | 1,155,725 | 5,131,039 | 6% |
| 082023 | 8/19/2023 | 3,914,652 | 68,985 | 1,137,064 | 5,120,701 | 7% |
| 082023 | 8/26/2023 | 3,903,912 | 76,467 | 1,168,818 | 5,149,197 | 9% |
| 092023 | 9/2/2023 | 3,945,508 | 72,506 | 1,148,116 | 5,166,130 | 4% |
| 092023 | 9/9/2023 | 3,170,912 | 74,016 | 927,061 | 4,171,989 | 6% |
| 092023 | 9/16/2023 | 3,964,842 | 90,667 | 1,171,910 | 5,227,419 | 7% |
| 092023 | 9/23/2023 | 3,977,391 | 81,451 | 1,177,207 | 5,236,049 | 8% |
| 092023 | 9/30/2023 | 3,968,557 | 96,206 | 1,177,361 | 5,242,124 | 8% |

| Month | W/E | Road Driver Miles | City Driver Road Miles | City Miles | Total Company Truck Miles | Percentage Change Year over Year |
|---|---|---|---|---|---|---|
| 102023 | 10/7/2023 | 3,956,237 | 120,098 | 1,173,810 | 5,250,145 | 7% |
| 102023 | 10/14/2023 | 3,868,634 | 123,956 | 1,180,021 | 5,172,611 | 7% |
| 102023 | 10/21/2023 | 3,887,087 | 109,531 | 1,188,126 | 5,184,744 | 8% |
| 102023 | 10/28/2023 | 3,879,560 | 101,550 | 1,180,872 | 5,161,982 | 8% |
| 112023 | 11/4/2023 | 3,883,279 | 95,162 | 1,178,084 | 5,156,525 | 8% |
| 112023 | 11/11/2023 | 3,956,201 | 94,147 | 1,184,933 | 5,235,281 | 11% |
| 112023 | 11/18/2023 | 3,978,092 | 96,671 | 1,191,436 | 5,266,199 | 14% |
| 112023 | 11/25/2023 | 2,345,514 | 32,749 | 695,764 | 3,074,027 | 9% |
| 122023 | 12/2/2023 | 3,983,310 | 109,848 | 1,175,085 | 5,268,243 | 9% |
| 122023 | 12/9/2023 | 3,825,007 | 77,371 | 1,167,388 | 5,069,766 | 5% |
| 122023 | 12/16/2023 | 3,718,075 | 56,138 | 1,154,251 | 4,928,464 | 9% |
| 122023 | 12/23/2023 | 3,637,763 | 54,115 | 1,111,106 | 4,802,984 | 46% |
| 122023 | 12/30/2023 | 2,122,836 | 43,820 | 608,179 | 2,774,835 | -20% |

## *Summary - Select Weeks*

| Weekending Date | City Drivers Required | Total Drivers Required | Total Drivers Active | Company Truck Miles |
|---|---|---|---|---|
| 5/28/2022 | 2329 | 4267 | 3996 | 4945585 |
| 10/8/2022 | 2308 | 4091 | 4098 | 4916522 |
| 2/11/2023 | 2182 | 3994 | 3803 | 4823222 |
| 5/27/2023 | 2334 | 4144 | 3894 | 4905129 |
| 10/7/2023 | 2298 | 4527 | 4068 | 5250145 |