| | |
|---|---|
| GLS LEASCO, INC., and CENTRAL TRANSPORT LLC<br><br>Plaintiffs,<br><br>v.<br><br>NAVISTAR, INC.<br><br>Defendant. | Civil Action No. 23-cv-12927<br><br>Hon. Mark A. Goldsmith<br><br>Magistrate Judge Anthony P. Patti |

**INDEX OF EXHIBITS TO DEFENDANT NAVISTAR INC.'S BRIEF
IN SUPPORT OF ITS MOTION *IN LIMINE* TO EXCLUDE
CERTAIN EVIDENCE OR ARGUMENT**

| Exhibit | Description |
|---|---|
| Exhibit A | Excerpts of the Deposition of Michael N. Kahaian taken February 12, 2025 |
| Exhibit B | GLS Leasco, Inc.'s Initial Disclosures dated January 25, 2024 |
| Exhibit C | Excerpts of the Rule 30(b)(6) Deposition of Central Transport, LLC taken September 11, 2024 |
| Exhibit D | Excerpts of the Rule 30(b)(6) Deposition of GLS Leasco, Inc. and Central Transport, LLC taken November 13, 2024 |
| Exhibit E | Navistar's Rule 30(b)(6) Deposition Notice to GLS Leasco, Inc. dated July 22, 2024 |
| Exhibit F | Excerpts of the Rule 30(b)(6) Deposition of GLS Leasco, Inc. (Volume II) taken September 11, 2024 |