# EXHIBIT A

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION


GLS LEASCO, INC., and
CENTRAL TRANSPORT LLC,

            Plaintiffs,
vs.                         Case No. 23-cv-12927-MAG-APP

NAVISTAR, INC.,

            Defendant.

_____/


DEPONENT:       MICHAEL NISHAN KAHAIAN

DATE:           Wednesday, February 12, 2025

TIME:           9:05 a.m.

LOCATION:       280 N. Old Woodward Avenue, Suite 400
                Birmingham, Michigan 48009

REPORTED BY:    Angela Hemby, CSR-5113.
                Certified Court Reporter/Notary Public

APPEARANCES:


ERIC J. PELTON, ESQ. (P40635)
KIENBAUM, HARDY, VIVIANO,
PELTON & FORREST, P.L.C.
280 N. Old Woodward, Suite 400
Birmingham, MI 48009
epelton@khvpf.com


          Appearing on behalf of the Plaintiffs.


SCOTT R. MURPHY, ESQ. (P68015)
ANTHONY C. SALLAH, ESQ. (P84136)
171 Monroe Ave. NW, Suite 1000
Grand Rapids, MI 49503
616-742-3930
smurphy@btlaw.com
asallah@btlaw.com


          Appearing on behalf of the Defendant.




ALSO PRESENT:

Mark Longo, Stout, via Zoom.

A   So behind that one, and I think there was a total of 25 that were identified as scrap.  And so it would not have been reasonable to include those as a sale of a truck that was operable at that time for the amount that would have been expected for a resale.  So I excluded those from the calculation.

Q   So these -- so if I understand it correctly, Navistar delivers 18 Model Year 2023 tractors in May, and GLS, according to this, sold 18 Model Year 2018 tractors in May, correct?

A   So they are disposed of.

Q   Yes.

And with respect to the trucks delivered in June, Navistar delivered -- what was the number again?  How many in June, if you remember?

A   I have to look.

Q   95?

A   I think it is 96.

Q   96 or 95.  96?

A   Right.

Q   All right.  So Navistar delivers 96 in June.  And how many -- when I say 96, I mean 96, 2023 Model Year.  I believe those were LT trucks.

How many did GLS sell?

MR. PELTON:  Of the 2018s?

MR. MURPHY:  Of the 2018s, yeah.  Sorry.

A    Somewhere I think around 13.

Q    (Continuing by Mr. Murphy):  Yeah.  I think you can look at your Exhibit E and actually count out the 13 that they sold?

A    Yes.

Q    Okay.  So the 17 that were sold in May, and the 13 that were sold in June, are those part of your "impacted units"?

A    Yes.

Q    Why?

A    They were sold.  And they received, you know, an invoice amount or dollar amount for those sales.  And so those would be offset against the but-for sales that were in the loss of the resale if they would have met the full delivery schedule.

Q    But those were delivered within the delivery schedule?

A    And they were sold.

Q    Right.

So why are they part of the

impacted units?

A    Well, they are part of the offset against what would have been sold if they had achieved the entire amount before the -- before June.

Q    But they were delivered and sold in this window that you were talking about, right?

A    Yes.

Q    They were delivered in May, sold in May; delivered in June, sold in June.  Why are they part of the impacted units?

A    I am giving an offset for the amount that they received on those sold units.

Q    But you are still claiming damages on them, correct?

A    Yes.

Q    Why?

A    Well, because they didn't achieve the full amount at that time.  And they would have been able to sell them in that market because they would have had the volume of trucks that they could have offloaded at that time.

Q    I am not following your answer.  I don't understand.

          Navistar delivered those trucks within the contractually required window that

you described, GLS sold those trucks within the same month, and yet you're still claiming damages on them?

A    Well, there is a volume difference, too.  18 versus, you know, achieving 75 or 300 within those months.

Q    Well, wouldn't it be harder to sell 300 trucks instead of 18?

A    Not necessarily, if you have a buyer willing to buy, you know, hundreds of them.  They are not necessarily going to buy 18 from you if they can get 200 from another dealer.

Q    Okay.  Just so I understand.  Despite the fact that Navistar delivered these trucks within the delivery window that you described in your export report, and despite the fact that GLS sold those trucks in the same month, you're still claiming damages on them because they didn't sell them for the amount you thought they should have sold them for, is that correct?

MR. PELTON:  I am going to object to the factual assumption, and the question.

A    So there is an incremental difference between

Q   Okay.  So under this delivery schedule, really the only important thing is when were 594 units delivered, right?  Because whether there were 630 is really not relevant, it's only when did the 594 units get delivered so GLS could go out and sell their tractors, is that correct?

A   I think I understand your question.  And I believe the answer is, yes.  But I want to make sure I'm not misunderstanding if you have a follow-up.

Q   Do you know when Navistar actually achieved the delivery of at least 594 tractors?

A   I would have to look.

Q   Okay.  If I said they had achieved that point in March of 2023, would you have any reason to disagree with me?  I mean, I guess we could just figure it out by looking at a chart.

A   Yeah, I don't have the chart in front of me. But March of 2023 -- I think that's -- I think that's correct.

Q   Okay.

A   I think that's right.  I mean, I'm looking at my Exhibit H just to see the dates.  I think it was February of 2023.  Well, actually, it was January of 2023 they got 66.

Q    So your Exhibit H reflects the delivery dates for actual delivery month?

A    Yes.

Q    Okay.  And they are numbered.  And so, for example, by the end of June 30 it looks like 1 -- or 114 tractors had been delivered, correct?

A    You said by June?

Q    By the end of June.  June 30, on Exhibit H, page 3 of 16, you have 114 being delivered by June 30, 2022?

A    Yes.  That sounds right.

Q    Okay.  And so by August 31, 200 -- well, actually, by August 31, just so I am reading your Exhibit H correctly, 278 tractors had been delivered by Navistar, is that correct?

A    Probably right.  I would like -- I could probably use a calculator to be precise.

Q    Well, they are numbered, right?  I mean, they start at number 1 and go all the way through?

A    You're right.  I am sorry, the cumulative number on the left.  You are right, 278.

Q    That's what I was going off.  Two hundred seventy-eight had been delivered by the end of August.

Do you know when this -- when you referred to this All Truck offer, do you know at all when they wanted those trucks -- those 200 trucks to be delivered?

A   Probably have to ask Mr. Blain about that.  I don't know when they stopped negotiations or were not satisfied with the fact that the trucks weren't available at that time.

Q   I'm asking you, sir, do you know when All State wanted the trucks to be delivered?

A   You probably would have to ask Mr. Blain about that.

Q   So you don't know?

A   I don't know the date.  But I know that I was told that that discussion was over because they didn't have the trucks available on the timeframe that All State -- or All Truck wanted them.

Q   So Mr. Blain told you that these negotiations ceased with All State because GLS couldn't deliver the trucks within the timeframe that they wanted them?

A   Yeah.

I think it's All Truck, I said All State as well.  But --

in June because they weren't high enough
volumes, and yet here we have an instance where
only 10 tractors were being sold, and you gave
credit for those, or they, you know, they
didn't include those as impacted units, and I
am trying to figure out why?

A    My understanding they were LT units.

Q    So the LT units were easier to sell than the
RHs?

A    No.  I just don't believe that they were
seeking damages or able to seek damages on the
LT units.

Q    Why?

A    My understanding is the RH -- the RH units were
the ones that were impacted based on the lack
of the delivery schedule met in accordance with
the contract.

Q    Okay.  In paragraph -- let me make sure I
covered these.

In paragraph 26 -- you reference
in paragraph 26 b, the incurred maintenance
costs and incremental fuel costs that would
have been avoided had plaintiffs received
replacement units in accordance with the
schedule.

How many of the Model Year 2018
RH tractors are you claiming, you know,
additional maintenance costs and incremental
fuel costs?

A   It depends on when the trucks were actually
delivered.

Q   Okay.  And so, for example, if Navistar had
delivered, what did we say, 114 by the end of
June, you wouldn't be claiming maintenance and
incremental costs on 114 of those trucks
because Navistar had, in fact, delivered that
many by the end of June?

A   That's right.

Q   Okay.  And where in your expert report does it
reflect that?

A   So in -- I know specifically if you are looking
at the -- for the fuel, incremental fuel costs,
that was the one where if you were to follow
Exhibit H you would see the number of units
impacted changes when trucks are received
because then they are not using 2018s longer
than they would have otherwise bargained for.
And so that incremental fuel cost is based on
the number of months and miles ultimately in
the incremental fuel amount, difference between

the fuel efficiency, if you will.  So when they
received the 2023s, the impact on the 2018s
ceases on those units.

Q    Okay.

A    And the same thing for the repair costs.  Those
amounts were only specifically items that were
repairs they would not have incurred but-for
what they would have received the 2023s and
been able to sell the 2018s, and also make
sure that we did not include things that would
have happened in both scenarios.  So if
somebody crashed a truck, we didn't include the
repair costs for that.  Those were excluded
because that wouldn't have been exclusively
related to a repair that would have been needed
on those particular units as a result of not
obtaining the 2023s.

Q    Okay.  So -- just so I can understand this.
With respect to maintenance costs, you ceased
calculating damages on maintenance costs upon
the delivery of the 2023 tractors from
Navistar.  So Navistar delivered 114 by the end
of June.  You weren't claiming maintenance
costs on 114 to GLS trucks, correct?

A    That's my understanding.  I made a reference to

CERTIFICATE OF NOTARY

STATE OF MICHIGAN     )

                      )

COUNTY OF MACOMB      )


        I, Angela Hemby, a Notary Public in and for the above county and state, do hereby certify that the above deposition was taken before me; that the witness was by me first duly sworn to testify to the truth, the whole truth and nothing but the truth; that the foregoing questions asked and answers made by the deponent was taken by me stenographically and reduced to computer transcription; that this is a true, fully, and correct transcript of my stenographic notes so taken; and that I am not related to, nor of counsel to either party, nor interested in the event of this cause.

                    *Angela Hemby*

                    Angela Hemby, CSR-5113

                    Notary Public,

                    Macomb County


My Commission expires:  February 12, 2031