# EXHIBIT C

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

GLS LEASCO, INC., and

CENTRAL TRANSPORT LLC,

Plaintiffs,        Case No. 23-cv-12927-MAG-APP

vs.

NAVISTAR, INC.,

Defendant.

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _/

DEPONENT:        KYLE BLAIN 30(b)(6)

                 for Central Transport

DATE:            Wednesday, September 11, 2024

TIME:            11:28 a.m.

LOCATION:        Kienbaum Hardy Viviano

                 Pelton & Forrest, PLC

                 280 North Old Woodward,

                 Suite 400

                 Birmingham, Michigan

REPORTER:        Shari J. Pavlovich, CSR-5926

VIDEOGRAPHER:    Shawn Capron

JOB NO:          32780

APPEARANCES:


MR. ERIC J. PELTON

MR. THOMAS J. DAVIS

     Kienbaum Hardy Viviano

     Pelton & Forrest PLC

     280 North Old Woodward, Suite 400

     Birmingham, MI 48009

     248.645.0000

     epelton@khvpf.com

     tdavis@khvpf.com

     Appearing for Plaintiffs


MR. SCOTT R. MURPHY

MR. ANTHONY C. SALLAH (via Zoom)

     Barnes & Thornburg LLP

     171 Monroe Avenue NW, Suite 1000

     Grand Rapids, MI 49503

     616.742.3930

     smurphy@btlaw.com

     asallah@btlaw.com

     Appearing for Defendant

APPEARANCES (continued):

MS. GINA MARIE KEMPF (via Zoom)

    Central Transport LLC

    12225 Stephens Road

    Warren, MI 48089

    586.939.7000

    gkempf98@gmail.com

    Appearing for Central Transport


MR. ROBERT P. ZAPINSKI

    Navistar, Inc.

    2701 Navistar Drive, Suite 7-3-P22-0g

    Lisle, IL 60532

    331.332.2162

    rob.zapinski@navistar.com

    Appearing for Defendant

           - - -

hire drivers that had a manual restriction. And it made the recruiting much more difficult and certainly drove the expense.

Q    Okay.  And do you know what the financial component of that claim is?  Like, how much additional expense did Central incur?

A    We claimed 400,000, which is probably conservative.  And we are pulling together the information related to that and the comparisons.

Q    Okay.  And what does that -- where does that 400,000 reflect?  Is it invoices that were paid by Central or commissions that were paid to recruiters?  Or how was that number arrived at?

A    They would be related to the advertising costs.  There would be obviously invoices related to, you know, our advertising entities.  Sign-on bonuses to our drivers where we had to accelerate and increase our sign-on bonuses to find drivers that could drive a manual.

And then, as well as the positions that were -- remained open because we didn't have -- we hire automated -- or

Q      drivers that couldn't drive a manual.

Q      Were the 75 RH tractors that were, you know, the first that were supposed to be produced and delivered by Navistar, were those manual or were those automated?

A      Automated.

Q      So all of the 630 trucks that were being purchased to replace the Central fleet, the 2023 models year tractors, those were all automated?

A      Yes.

Q      Okay.  Other than those recruiting costs, the repair and maintenance costs, the incremental fuel costs, are there any other damages that Central Transport is asserting in this case?

A      We're still reviewing the financing costs. Due to the delay in the replacement, we had to refinance our loan, GLS did, on the 2018 Internationals.

        Obviously, you know, when we bought those trucks in 2017 the interest rates were much lower than they were in '21, '22.

Q      Okay.  And did -- help me out here.  Did that loan have a, like, a balloon payment?  Did it mature and you had to refinance?

A    Yes.

Q    Or was that an election to refinance?

A    No.  Because our cycle was four years.  And we planned on replacing the trucks every four years.  It had a balloon after that period.

Q    And what would the balance of that loan -- let's just say as of May of -- or May of 2022?

A    That's the data we're still pulling together.

Q    Okay.  So that component of your claim is uncertain at this point?

A    Yeah.  There is not a dollar amount associated with it.

Q    Okay.  Which bank -- which bank did GLS Leasco bank with?

A    I believe at that point, you know, in this regard, for these tractors I think there were multiple banks that provided the financing.

Q    Okay.  Can you identify them?

A    You know, I would have to get the data.  I don't know them off the top of my head.

Q    Now, is that a claim -- or is that a GLS Leasco claim?

A    That would be a GLS.

Q    And you don't know who GLS banks with?

A    Oh, no, I mean, what I said was that, you

know, I'm not sure who the trucks were financed through. They were probably multiple banks involved.

MR. PELTON: At this point we're going outside the scope of the Central topics.

Go ahead and answer from your individual perspective.

BY MR. MURPHY:

Q Well, I just want to know what these damages are going to be. So I want to know what banks are now charging higher interest from before when you had this financing in the 2018.

So which bank was it in 2018 that had the lower financing rate?

A I think all of that would be submitted with any kind of claim or, you know, in regard to the financing cost.

I mean, I think we're all familiar that interest rates rose between 2017 and 2022.

Q Right. But you would agree with me, that's not included in your expert report, though; correct?

A I would agree, yes.

Q So this is a new damage that you're still in

the process of calculating?

A    I believe it was included in the claims.  But there wasn't a dollar figure associated with it.

Q    Okay.  And what I'm trying to figure out is what banks do I need to subpoena to figure out how these interest rates changed?

A    And I don't have the names of the banks for you at this moment.

Q    Okay.  Is there something you can reference that would enable you to determine which banks GLS Leasco was financing?

A    I'm certain I can get the information.

Q    Okay.  So other than this increase in finance costs, the recruiting costs -- actually, increase in finance costs is not a Central Transport damage.
                  That's a GLS damage?

A    Yes, you're right.

Q    So other than the recruiting cost, the repair and maintenance costs, and the incremental fuel costs, are there any other damages Central Transport is asserting in this case?

A    No.

Q    Who are the members of Central Transport, LLC?

A       I'm not -- I'm not certain.

Q       Are they individuals or entities?

A       I'm not certain.

Q       Is that -- again, is that a piece of information that you could obtain if you had access to, you know, Central records?

A       I'm certain somebody has information related to the members of Central Transport, LLC.

                MR. PELTON:  I'll object to the extent it exceeds -- well, it does exceed the scope of the dep topic.

                MR. MURPHY:  Take a short break?

                VIDEOGRAPHER:  We're going off the record.  The time is 11:50 a.m.  We're off the record.

                (Short recess taken at 11:50 a.m.)

                VIDEOGRAPHER:  We are now back on the record.  The time is 11:54 a.m.

                (Back on the record at 11:54 a.m.)

BY MR. MURPHY:

Q       Just a couple of follow-up questions on Central Transport.  Then we'll move into your individual deposition.

CERTIFICATE

STATE OF MICHIGAN

COUNTY OF WAYNE


I do hereby certify the witness, whose attached testimony was taken in the above matter, was first duly sworn to tell the truth; the testimony contained herein was reduced to writing in the presence of the witness, by means of stenography; afterwards transcribed; and is a true and complete transcript of the testimony given.  I further certify that I am not connected by blood or marriage with any of the parties, their attorneys or agents, and that I am not interested directly, indirectly or financially in the matter of controversy.  In witness whereof, I have hereunto set my hand at Westland, Michigan, September 24, 2024.


*Shari J. Pavlovich*
_____

Shari J. Pavlovich, CSR-5926

Notary Public, Wayne County, Michigan

My commission expires 4/14/2025