# EXHIBIT F

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

GLS LEASCO, INC., and CENTRAL TRANSPORT LLC,

Plaintiffs,          Case No. 23-cv-12927-MAG-APP

vs.

NAVISTAR, INC.,

Defendant.

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _/

VOLUME II

DEPONENT:          KYLE BLAIN ,30(b)(6) for

GSL Leasco, Inc.

DATE:              Wednesday, September 11, 2024

TIME:              8:57 a.m.

LOCATION:          Kienbaum Hardy Viviano

Pelton & Forrest, PLC

280 North Old Woodward, Suite 400

Birmingham, Michigan

REPORTER:          Shari J. Pavlovich, CSR-5926

VIDEOGRAPHER:      Shawn Capron

JOB NO:            32780

APPEARANCES:


MR. ERIC J. PELTON

MR. THOMAS J. DAVIS

　　Kienbaum Hardy Viviano

　　Pelton & Forrest PLC

　　280 North Old Woodward, Suite 400

　　Birmingham, MI 48009

　　248.645.0000

　　epelton@khvpf.com

　　tdavis@khvpf.com

　　Appearing for Plaintiffs


MR. SCOTT R. MURPHY

MR. ANTHONY C. SALLAH (via Zoom)

　　Barnes & Thornburg LLP

　　171 Monroe Avenue NW, Suite 1000

　　Grand Rapids, MI 49503

　　616.742.3930

　　smurphy@btlaw.com

　　asallah@btlaw.com

　　Appearing for Defendant

APPEARANCES (continued):

MS. GINA MARIE KEMPF (via Zoom)

      Central Transport, LLC

      12225 Stephens Road

      Warren, MI 48089

      586.939.7000

      gkempf98@gmail.com

      Appearing for Central Transport


MR. ROBERT P. ZAPINSKI

      Navistar, Inc.

      2701 Navistar Drive, Suite 7-3-P22-05

      Lisle, IL 60532

      331.332.2162

      rob.zapinski@navistar.com

      Appearing for Defendant

                        - - -

A     Based on the production delivery schedule.

Q     And that's the one that Brianne Perkins was
maintaining?

A     Yes.

Q     With Mr. Lollis?

A     Maintaining?

Q     Or I guess, monitoring with Mr. Lollis?  That
Exhibit we looked at yesterday?

A     Yeah.  The emails and the updates?

Q     Yes.

A     Yeah.

Q     So you were relying upon that information in
order to determine when to sell the used
trucks, the 2018 used trucks?

A     No.  Typically -- and my understanding is,
it's with any trade package, whether it's the
OEM or it was us.

                  We were trying to make
arrangements, you know, in February and March
to sell those, you know, lots of those units,
a lot, as in a package, you know, prior to the
arrival.

Q     And which -- which entities were you
negotiating with in that -- did you say
February and March time frame?

A    Yeah, that's what I recall.

Q    So you were already making arrangements with third parties in an effort to line up sales of the 2018 model year trucks?

A    Yes.

Q    Which entities were you negotiating with?

A    I think the one that, you know, comes to mind most presently is All Truck, I believe, was the entity.  They're a wholesaler.

Q    Okay.

A    There were others that we were speaking to, but I think they were the most that we got furthest along with.

Q    And how many trucks were you contemplating selling to All Truck in that time frame?

A    Several hundred.

Q    200 --

A    Yes.

Q    -- 300, or as many as you could?

A    Well, yeah.  My recollection is that we were talking about 200 trucks.

Q    Okay.  And were you guys negotiating a price at that time?

A    Yes.

Q    Do you recall what that price was?

A    I don't.  I apologize.  I should have looked
at that.  I'm sure we have the documents
referencing it.

Q    And would you have been communicating with
All Truck via email or via text?  Or how would
you communicate with them?

A    A lot of these deals, including these, it's a
lot of verbal communication.  I believe there
are -- we have emails related to it.

Q    Were there proposals exchanged between the
parties?

A    Generally, it's a little more informal with
the wholesalers.  You come to agreement on it.
You know, you have a time frame.
          And then, when the trucks
started arriving, you do have something in
writing that lays out the terms and the
expectations of the equipment that we're
selling them, of course, and an understanding
there.  And then it's the invoice.

Q    Did you end up selling any trucks to
All Truck?

A    No, not of the Internationals.

Q    Okay.  And what about -- was that the only
entity that you were looking to sell

Internationals to?  Or were there other
wholesalers, as well?

A    No.  There were other wholesalers I know that
we were talking to that had an interest.  And
All Truck was one that we got furthest along
with.

I would have to look up the
names of the others.  There were several other
wholesalers.

Q    And that would have been in that same time
frame, the February/March time frame of 2022?

A    Yeah, yeah.  I mean, probably most heavily in
March.

Q    And why didn't the transaction with All Truck
move forward?

A    Because at the point that, you know, we could
make the trucks available, you know, we
needed -- we needed the replacement in order
to make the 2018 available.

By the time that we could commit
to the delivery of the trucks, you know, there
were some indications that the market was
cooling, potentially, or at least some
concerns along that line, as I recall.

And they weren't willing to

those trucks sold, as well?

A    Well, we were advertising it, as well, to individual buyers.  I mean, we were talking to a lot of smaller dealers, not necessarily the large wholesalers.

You know, Navistar had an interest in a group of those trucks, as well. Or had, you know, I guess, stated they had an interest, potentially, as well.  I think it was an export deal.

So there were other -- other large groups that we were talking to.  We were advertising and started the advertising in April for more of a retail, smaller lot perspective.

And then we had other dealers that we were speaking to, as well.

Q    So your recollection is you started advertising to sell model year 2018 trucks in April of 2022?

A    Correct, um-hmm.

Q    And that was directed more toward the retail customers?

A    Well, yeah.  You know, smaller lots.  You wouldn't -- you may run into a guy that wants

a hundred to 200 trucks.  But yeah, those would sell for, you know, in smaller lots.

Q   So those were just one-off deals or a handful of trucks?

A   It could be 20 trucks.  We utilized TruckPaper.  A lot of different entities look at TruckPaper, from dealers to individual buyers.  And I'm sure wholesalers look in there, as well.

Q   Was it your expectation that you were going to make up, you know, the difference of what you were going to sell to All Truck with all of these retail sales?

            Or were you looking at other, you know, larger transactions?

A   We would entertain larger transactions, certainly.

Q   But did you entertain any larger transactions?

A   I think our biggest group that we sold was 25. I mean, if we had people that wanted, you know, 50-plus, you know, yes, we would have entertained it.

            I don't recall that we had other -- other groups, specifically.

Q   Okay.  I want to be specific to this January

GLS LEASCO, INC. v NAVISTAR, INC.                    Job 32780
BLAIN, KYLE 09/11/2024                                     259

through June '22 time frame.  Other than this transaction with All Truck, were there other significant transactions that you were looking at to sell, you know, large groups of trucks?

A    And "large" defined as?

Q    More than 50.

A    Okay.  You know, other than, you know, the potential with Navistar and All Truck, I don't recall any other real large ones like that.

Q    On this last bullet point on this Exhibit D-38 on the list of bullet points we were looking at.  It says:

"This agreement is all encompassing for any and all current and future issues for 941 model year 2017 to 2019 International units and terminates any and all other agreements pertaining to these units."

What is your understanding of what that provision means?

A    That it encompasses what -- you know, the prior bullet points and that this agreement replaces the 2021 agreement.

Q    Okay.  So would you agree with me that this agreement would supersede the 2021 agreement?

scheduling@fortzlegal.com          fortzlegal.com          Toll Free: 844.730.4066

A    Yes.

Q    Okay.  And that this agreement was intended to resolve all current and future issues for the 941 model year 2017 to 2019 International units?

A    Yeah.  Related to, you know, the OTB agreement, the obligation that Navistar had to buy those back.  And then, you know, these issues that hadn't already been covered on from other perspectives -- downtimes and such.

Q    So it's your understanding that this resolved all issues related to the OTB agreement?

A    Yes.

Q    And on the last page, Mr. Blain, I know we touched on this yesterday, but do you know if Allegiance Truck Group ever signed this contract?

A    I expect that they did.  I don't recall -- I think I recall seeing one that had been fully, you know, with an Allegiance signature, but I don't recall.

Q    Okay.

                    (Deposition Exhibit D-39 was
                     marked for identification.)

CERTIFICATE

STATE OF MICHIGAN

COUNTY OF WAYNE


I do hereby certify the witness, whose attached testimony was taken in the above matter, was first duly sworn to tell the truth; the testimony contained herein was reduced to writing in the presence of the witness, by means of stenography; afterwards transcribed; and is a true and complete transcript of the testimony given.  I further certify that I am not connected by blood or marriage with any of the parties, their attorneys or agents, and that I am not interested directly, indirectly or financially in the matter of controversy.  In witness whereof, I have hereunto set my hand at Westland, Michigan, September 24, 2024.


*Shari J. Pavlovich*
_____

Shari J. Pavlovich, CSR-5926

Notary Public, Wayne County, Michigan

My commission expires 4/14/2025