# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

|  |  |
|---|---|
| GLS LEASCO, INC., and CENTRAL TRANSPORT LLC | Civil Action No. 23-cv-12927 |
| Plaintiffs, | Hon. Mark A. Goldsmith |
| v. | Magistrate Judge Anthony P. Patti |
| NAVISTAR, INC. | |
| Defendant. | |

## INDEX OF EXHIBITS TO DEFENDANT NAVISTAR, INC.'S OPPOSITION TO PLAINTIFFS' COMBINED MOTIONS *IN LIMINE*

| Exhibit | Description |
|---|---|
| Exhibit A | Excerpt of Central Transport Presentation (GLSN-0013130) |
| Exhibit B | Excerpt of Second Supplemental Rebuttal Expert Report and Disclosure of Mark J. Hosfield Report, dated April 28, 2026 |
| Exhibit C | Excerpt of Second Amended Expert Report of Michael N. Kahaian, dated May 7, 2026 |
| Exhibit D | November 11, 2022 Email from Sean Carmichael to Kyle Blain re: 2018 INTLs for Sale (NAV00103601) |