# EXHIBIT A



**CONFIDENTIAL**

# OUR CORPORATE FAMILY

**Our corporate family is diverse and secure. Our intimate relationships with these powerful entities allows us to offer our customers superior service, and to assist them quickly and confidently with a variety of needs.**



- Flatbeds, oilfield, vans, reefers, over-dimensional vehicles
- Consolidation, cross-docks, kitting, line side delivery and repacking
- Axle/chassis assembly
- Port/container drayage
- Ocean/air forwarding



- Dry van truckload
- Expedited truckload
- Intermodal
- Brokerage
- Team availability



- Payroll processing
- Talent Acquisition
- Administration
- Consulting and compliance services
- Strategic planning
- Specialized services



- Tire manufacturing and remanufacturing
- Roadside Emergency Service
- Wheel Reconditioning



- The #1 North American border crossing - Detroit, MI to Windsor, ON
- Duty Free stores on both sides
- Duty Free fueling station on Detroit side



- Commercial Concrete Service
- Residential Concrete Service



- Real estate management
- Office, warehouse, terminal and production facilities
- Asset acquisition, development and management
- Highly qualified property experts, builders, and managers



- Full suite IT troubleshooting, development, and communications specialists

CONFIDENTIAL

GLSN-0013132

**CENTRAL TRANSPORT**



## *Thank You*

We look forward to doing business with you!

CONFIDENTIAL