# EXHIBIT B

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

_____

GLS LEASCO, INC. and CENTRAL TRANSPORT LLC,

Plaintiffs,

v.

NAVISTAR, INC.,

Defendant.

Case No. 23-cv-12927

_____

SECOND SUPPLEMENTAL REBUTTAL EXPERT REPORT AND DISCLOSURE OF

MARK J. HOSFIELD

Submitted April 28, 2026

CONFIDENTIAL

United States District Court, Eastern District of Michigan, Southern Division
Case No. 23-cv-12927

GLS Leasco, Inc. and Central Transport LLC v. Navistar, Inc.

## I.   Introduction

I previously submitted a Rebuttal Expert Report and Disclosure, dated October 9, 2024 ("Opening Rebuttal Report") and a Supplemental Rebuttal Expert Report and Disclosure, dated February 21, 2025 ("Supplemental Rebuttal Report"). This Second Supplemental Rebuttal Report provides alternative damages calculations based on certain assumptions, as discussed further below.

A listing of all documents relied upon since the date of my Supplemental Rebuttal Report is attached as Second Supplemental Exhibit 2.

## II.   Supplemental Analysis

### A.   There Are No Damages If There Is No Causation

I understand that Navistar contends that even if all MY2023 Tractors had been delivered by end of June 2022, Plaintiffs would have resold the MY2018 Tractors on the same timeline that actually occurred. If true, Plaintiffs' damages would be zero.

### B.   Calculation of Damages After Mitigation, If Accepting Mr. Kahaian's Assumptions

I have prepared an alternative calculation of Plaintiff's Lost Resale Value damages (i) assuming deliveries of MY2023 Tractors were required to be completed by end of June 2022;[1] (ii) adopting Mr. Kahaian's assumption that Plaintiffs could have resold the used MY2018 Tractors in the same month they took delivery of the MY2023 Tractors; and (iii) consistent with my Supplemental Rebuttal Report, adopting Mr. Kahaian's MY2018 Tractor expected resale value (i.e., the average of market and auction values).[2] This calculation reflects Plaintiffs' damages if they had mitigated by selling the MY2018 Tractors on a one-to-one basis in the same month they received the MY2023 Tractors. I then deduct the $6.2 million payment Navistar made for "assistance with the disposal" of the used trucks.[3] Plaintiffs' damages under these assumptions are summarized below:[4]

---

[1] Opinion & Order Granting in Part Defendant's Motion to Dismiss (dkt. 36); (2) Denying Defendant's Motion for Summary Judgment (dkt. 50); and (3) Denying Plaintiffs' Motion for Partial Summary Judgment (dkt. 51), dated September 26, 2025.

[2] As noted in my Opening Rebuttal Report (Section VI.A.1.iii), Mr. Kahaian's resale value is overstated, but I accept it solely for purposes of this Second Supplemental Rebuttal Report).

[3] Lollis Deposition Exhibit 36: Letter Agreement between Navistar and GLS, dated April 8, 2022, p. 3.

[4] Second Supplemental Exhibit 5, Schedule 1.

GLS Leasco, Inc. and Central Transport LLC v. Navistar, Inc.

| | | |
|---|---|---:|
| Plaintiffs' Claimed Expected Resale Value of MY2018 Tractors Assuming June 2022 Sale | $ | 32,365,110 |
| Plaintiffs' Claimed Expected Resale Value of MY2018 Tractors in Month MY2023 Tractors Were Delivered | $ | 25,700,092 |
| Lost Resale Value Damages | $ | 6,665,019 |
| Less: Lost Resale Value Damages Attributed to Sales to Universal and LGSI | $ | 733,133 |
| Lost Resale Value Damages, less: Sales to Universal | $ | 5,931,886 |
| Less: Payment to Plaintiffs for Assistance with Disposal | $ | 6,200,000 |
| Total Lost Resale Value Damages, less: Sales to Universal and Assistance with Disposal Payment | $ | (268,114) |

**C. Additional Mathematical Computations**

I have also attached mathematical computations from GLS's lease revenue documents.

First, attached as Second Supplemental Appendix G is a computation of the total lease revenue GLS earned on the MY2018 Tractors from January 2022 through September 2024. Second, attached as Second Supplemental Exhibit 6 is a computation of (i) the lease revenue GLS earned on the MY2018 Tractors through September 2024 that it continued to hold and lease after receiving the MY2023 Tractors, and (ii) the projected lease revenue GLS has earned, to-date, under the assumption that it has continued leasing the MY2018 tractors it was leasing at the end of 2024 at the same rate.[5]

\*\*\*\*\*\*\*\*\*\*\*

My report, with supporting exhibits, is contained herein, and presents a summary of my opinions and the bases and reasons therefor as of this date. To the extent any additional information is produced by either party, I will

---

[5] Supplemental Rebuttal Report, pp. 27-28; Second Supplemental Exhibit 6. I have calculated GLS's lease revenue through September 30, 2024, the last date of leasing information provided by GLS, which results in a deduction of $3,348,345. I have prepared an alternative calculation in which I estimate GLS lease revenue through March 31, 2026, which results in a deduction of $6,873,555 (see Second Supplemental Exhibit 6).

United States District Court, Eastern District of Michigan, Southern Division
Case No. 23-cv-12927

GLS Leasco, Inc. and Central Transport LLC v. Navistar, Inc.

be prepared to incorporate any such additional information into my report, or otherwise to amend or supplement my report as appropriate.

This report is to be used only for the purpose of this litigation and may not be published or used for any other purpose without prior written consent.

By:

Mark J. Hosfield
April 28, 2026

**GLS Leasco, Inc. et al V. Navistar, Inc.**
Calculation of GLS Lease Revenue on MY2018 Tractors to Deduct from Mr. Kahaian's Calculated Damages
Second Supplemental Exhibit 6

| | Month | [1] MY2023 Units Received | [2] Cumulative MY2023 Units Received / MY2018 Units Not Expected to be Leased | [3] Actual MY2018 Units Leased | [4] MY2018 Units Expected to be Leased | [5] MY2018 Units Leased that Were Not Expected to be Leased | [3] Revenue Generated Per MY2018 Tractor in Month | [6] Leasing Revenue Deducted from Damages |
|---|---|---|---|---|---|---|---|---|
| 5 | 5/31/2022 | 18 | 18 | 543 | 576 | 0 | $ 1,764.00 | $ - |
| 6 | 6/30/2022 | 96 | 114 | 514 | 480 | 34 | $ 2,205.00 | $ 74,970 |
| 7 | 7/31/2022 | 74 | 188 | 545 | 406 | 139 | $ 1,469.46 | $ 204,255 |
| 8 | 8/31/2022 | 90 | 278 | 382 | 316 | 66 | $ 1,380.00 | $ 91,080 |
| 9 | 9/30/2022 | 21 | 299 | 316 | 295 | 21 | $ 1,725.00 | $ 36,225 |
| 10 | 10/31/2022 | 12 | 311 | 303 | 283 | 20 | $ 1,380.00 | $ 27,600 |
| 11 | 11/30/2022 | 35 | 346 | 289 | 248 | 41 | $ 1,380.00 | $ 56,580 |
| 12 | 12/31/2022 | 45 | 391 | 270 | 203 | 67 | $ 1,725.00 | $ 115,575 |
| 13 | 1/31/2023 | 66 | 457 | 196 | 137 | 59 | $ 1,380.00 | $ 81,420 |
| 14 | 2/28/2023 | 106 | 563 | 129 | 31 | 98 | $ 1,380.00 | $ 135,240 |
| 15 | 3/31/2023 | 31 | 594 | 17 | 0 | 17 | $ 1,725.00 | $ 29,325 |
| 16 | 4/30/2023 | | 594 | 17 | 0 | 17 | $ 1,380.00 | $ 23,460 |
| 17 | 5/31/2023 | | 594 | 13 | 0 | 13 | $ 1,380.00 | $ 17,940 |
| 18 | 6/30/2023 | | 594 | 14 | 0 | 14 | $ 1,725.00 | $ 24,150 |
| 19 | 7/31/2023 | | 594 | 21 | 0 | 21 | $ 1,380.00 | $ 28,980 |
| 20 | 8/31/2023 | | 594 | 30 | 0 | 30 | $ 1,380.00 | $ 41,400 |
| 21 | 9/30/2023 | | 594 | 79 | 0 | 79 | $ 1,725.00 | $ 136,275 |
| 22 | 10/31/2023 | | 594 | 79 | 0 | 79 | $ 1,380.00 | $ 109,020 |
| 23 | 11/30/2023 | | 594 | 106 | 0 | 106 | $ 1,380.00 | $ 146,280 |
| 24 | 12/31/2023 | | 594 | 118 | 0 | 118 | $ 1,725.00 | $ 203,550 |
| 25 | 1/31/2024 | | 594 | 122 | 0 | 122 | $ 1,380.00 | $ 168,360 |
| 26 | 2/29/2024 | | 594 | 122 | 0 | 122 | $ 1,380.00 | $ 168,360 |
| 27 | 3/31/2024 | | 594 | 152 | 0 | 152 | $ 1,725.00 | $ 262,200 |
| 28 | 4/30/2024 | | 594 | 138 | 0 | 138 | $ 1,380.00 | $ 190,440 |
| 29 | 5/31/2024 | | 594 | 138 | 0 | 138 | $ 1,380.00 | $ 190,440 |
| 30 | 6/30/2024 | | 594 | 138 | 0 | 138 | $ 1,725.00 | $ 238,050 |
| 31 | 7/31/2024 | | 594 | 128 | 0 | 128 | $ 1,380.00 | $ 176,640 |
| 32 | 8/31/2024 | | 594 | 121 | 0 | 121 | $ 1,380.00 | $ 166,980 |

CONFIDENTIAL

CONFIDENTIAL

**GLS Leasco, Inc. et al V. Navistar, Inc.**
Calculation of GLS Lease Revenue on MY2018 Tractors to Deduct from Mr. Kahaian's Calculated Damages
Second Supplemental Exhibit 6

| | Month | MY2023 Units Received [1] | Cumulative MY2023 Units Received / MY2018 Units Not Expected to be Leased [2] | Actual MY2018 Units Leased [3] | MY2018 Units Expected to be Leased [4] | MY2018 Units Leased that Were Not Expected to be Leased [5] | Revenue Generated Per MY2018 Tractor in Month [3] | Leasing Revenue Deducted from Damages [6] |
|---|---|---|---|---|---|---|---|---|
| 33 | 9/30/2024 | | 594 | 118 | 0 | 118 | $ 1,725.00 | $ 203,550 |
| 34 | 10/31/2024 | | 594 | 131 | 0 | 131 | $ 1,495.00 | $ 195,845 |
| 35 | 11/30/2024 | | 594 | 131 | 0 | 131 | $ 1,495.00 | $ 195,845 |
| 36 | 12/31/2024 | | 594 | 131 | 0 | 131 | $ 1,495.00 | $ 195,845 |
| 37 | 1/31/2025 | | 594 | 131 | 0 | 131 | $ 1,495.00 | $ 195,845 |
| 38 | 2/28/2025 | | 594 | 131 | 0 | 131 | $ 1,495.00 | $ 195,845 |
| 39 | 3/31/2025 | | 594 | 131 | 0 | 131 | $ 1,495.00 | $ 195,845 |
| 40 | 4/30/2025 | | 594 | 131 | 0 | 131 | $ 1,495.00 | $ 195,845 |
| 41 | 5/31/2025 | | 594 | 131 | 0 | 131 | $ 1,495.00 | $ 195,845 |
| 42 | 6/30/2025 | | 594 | 131 | 0 | 131 | $ 1,495.00 | $ 195,845 |
| 43 | 7/31/2025 | | 594 | 131 | 0 | 131 | $ 1,495.00 | $ 195,845 |
| 44 | 8/31/2025 | | 594 | 131 | 0 | 131 | $ 1,495.00 | $ 195,845 |
| 45 | 9/30/2025 | | 594 | 131 | 0 | 131 | $ 1,495.00 | $ 195,845 |
| 46 | 10/31/2025 | | 594 | 131 | 0 | 131 | $ 1,495.00 | $ 195,845 |
| 47 | 11/30/2025 | | 594 | 131 | 0 | 131 | $ 1,495.00 | $ 195,845 |
| 48 | 12/31/2025 | | 594 | 131 | 0 | 131 | $ 1,495.00 | $ 195,845 |
| 49 | 1/31/2026 | | 594 | 131 | 0 | 131 | $ 1,495.00 | $ 195,845 |
| 50 | 2/28/2026 | | 594 | 131 | 0 | 131 | $ 1,495.00 | $ 195,845 |
| 51 | 3/31/2026 | | 594 | 131 | 0 | 131 | $ 1,495.00 | $ 195,845 |
| 52 | **Total Lease Revenue to be Deducted from Damages Through September 30, 2024** | | | | | | | **$ 3,348,345** |
| 53 | **Total Lease Revenue to be Deducted from Damages Through March 31, 2026** | | | | | | | **$ 6,873,555** |

**Notes/Sources:**
[1] Supplemental Appendix B;
35 MY2023 Units were received by 3/31/2023. 31 units are shown as received in 3/31/2023 to reflect that the 594th unit was delivered by 3/31/2023.
[2] Assumes that GLS would have sold MY2018 units upon delivery of MY2023 units and would not be expected to earn lease revenue on these MY2018 units in the month of sale.
[3] Second Supplemental Appendix G;
The units leased from October 2024 - March 2026 are estimated based on the average units leased between January 2024 - September 2024, rounded to the nearest unit.
The revenue generated per MY2018 tractor from October 2024 - March 2026 are estimated based on the average revenue generated between January 2024 - September 2024.
[4] Calculated as 594 Impacted Units less the "Cumulative MY2023 Units Received / MY2018 Units Not Expected to be Leased."
[5] Calculated as "Actual MY2018 Units Leased" less the "MY2018 Units Expected to be Leased," in months where the "Actual MY2018 Units Leased" are greater than the "MY2018 Units Expected to be Leased."
[6] Calculated as the "MY2018 Units Leased that Were Not Expected to be Leased" multiplied by the "Revenue Generated Per MY2018 Tractor in Month."

**GLS Leasco, Inc. et al V. Navistar, Inc.**
GLS Lease Revenue on MY2018 Tractors
<mark>Second Supplemental Appendix G</mark>

| | Month | Document ID | Revenue | | Units | Revenue Generated Per MY2018 Tractor In Month |
|---|---|---|---|---|---|---|
| 1 | 1/31/2022 | GLSN-0014839 | $ | 1,084,860 | 615 | $ 1,764 |
| 2 | 2/28/2022 | GLSN-0014840 | $ | 1,076,040 | 610 | $ 1,764 |
| 3 | 3/31/2022 | GLSN-0014841 | $ | 1,309,770 | 594 | $ 2,205 |
| 4 | 4/30/2022 | GLSN-0014842 | $ | 968,436 | 549 | $ 1,764 |
| 5 | 5/31/2022 | GLSN-0014843 | $ | 957,852 | 543 | $ 1,764 |
| 6 | 6/30/2022 | GLSN-0014844 | $ | 1,133,370 | 514 | $ 2,205 |
| 7 | 7/31/2022 | GLSN-0014845 | $ | 800,856 | 545 | $ 1,469 |
| 8 | 8/31/2022 | GLSN-0014846 | $ | 527,160 | 382 | $ 1,380 |
| 9 | 9/30/2022 | GLSN-0014847 | $ | 545,100 | 316 | $ 1,725 |
| 10 | 10/31/2022 | GLSN-0014848 | $ | 418,140 | 303 | $ 1,380 |
| 11 | 11/30/2022 | GLSN-0014849 | $ | 398,820 | 289 | $ 1,380 |
| 12 | 12/31/2022 | GLSN-0014850 | $ | 465,750 | 270 | $ 1,725 |
| 13 | 1/31/2023 | GLSN-0014851 | $ | 270,480 | 196 | $ 1,380 |
| 14 | 2/28/2023 | GLSN-0014852 | $ | 178,020 | 129 | $ 1,380 |
| 15 | 3/31/2023 | GLSN-0014853 | $ | 29,325 | 17 | $ 1,725 |
| 16 | 4/30/2023 | GLSN-0014854 | $ | 23,460 | 17 | $ 1,380 |
| 17 | 5/31/2023 | GLSN-0014855 | $ | 17,940 | 13 | $ 1,380 |
| 18 | 6/30/2023 | GLSN-0014856 | $ | 24,150 | 14 | $ 1,725 |
| 19 | 7/31/2023 | GLSN-0014857 | $ | 28,980 | 21 | $ 1,380 |
| 20 | 8/31/2023 | GLSN-0014858 | $ | 41,400 | 30 | $ 1,380 |
| 21 | 9/30/2023 | GLSN-0014859 | $ | 136,275 | 79 | $ 1,725 |
| 22 | 10/31/2023 | GLSN-0014860 | $ | 109,020 | 79 | $ 1,380 |
| 23 | 11/30/2023 | GLSN-0014861 | $ | 146,280 | 106 | $ 1,380 |
| 24 | 12/31/2023 | GLSN-0014862 | $ | 203,550 | 118 | $ 1,725 |
| 25 | 1/31/2024 | GLSN-0014863 | $ | 168,360 | 122 | $ 1,380 |
| 26 | 2/29/2024 | GLSN-0014864 | $ | 168,360 | 122 | $ 1,380 |
| 27 | 3/31/2024 | GLSN-0014865 | $ | 262,200 | 152 | $ 1,725 |
| 28 | 4/30/2024 | GLSN-0014866 | $ | 190,440 | 138 | $ 1,380 |
| 29 | 5/31/2024 | GLSN-0014867 | $ | 190,440 | 138 | $ 1,380 |
| 30 | 6/30/2024 | GLSN-0014868 | $ | 238,050 | 138 | $ 1,725 |
| 31 | 7/31/2024 | GLSN-0014869 | $ | 176,640 | 128 | $ 1,380 |
| 32 | 8/31/2024 | GLSN-0014870 | $ | 166,980 | 121 | $ 1,380 |
| 33 | 9/30/2024 | GLSN-0014871 | $ | 203,550 | 118 | $ 1,725 |

CONFIDENTIAL