# EXHIBIT C

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

## Case No. 23-cv-12927

## GLS LEASCO, INC, and
## CENTRAL TRANSPORT LLC
Plaintiffs,

vs.

## NAVISTAR, INC.,
Defendant

## SECOND AMENDED EXPERT REPORT OF
## MICHAEL N. KAHAIAN CPA/ABV, CFE, CFF, CVA
## May 7, 2026



**Michael N. Kahaian CPA/ABV, CFE, CFF, CVA**
**www.accuritygroup.com**

1. I, Michael N. Kahaian, a Managing Director at Accurity Group, LLC ("Accurity"), have been retained by GLS Leasco, Inc ("GLS") and Central Transport LLC ("Central" and collectively, "Plaintiffs") to provide professional opinions of the alleged economic damages sustained by Plaintiffs as a result of the alleged actions of Navistar, Inc. ("Navistar" or "Defendant") as presented in the March 8, 2024 Amended Complaint.

2. On August 23, 2024, I issued an expert report (the "Kahaian Report") setting forth my opinions regarding Plaintiffs' economic damages. On February 7, 2025, I issued an amended report (the "Amended Report") to incorporate updated information, including actual tractor sales achieved by Plaintiffs subsequent to the Kahaian Report.

3. Since the issuance of the Amended Report, Plaintiffs have completed additional tractor sales. Accordingly, this report ("Second Amended Report") has been prepared to update the economic damages analysis to reflect the following information:

    a) Updated Actual Resale Values based on the additional tractor sales completed by Plaintiffs;[1]

    b) Updated values for the remaining unsold tractors based on observed market data as of May 2026 ($12,235 per tractor);[2] and,

    c) Updated historical pricing utilized in the Expected Resale Value analysis to reflect the most recent auction and market data reported by TruckPaper.[3]

4. Because the underlying methodology and analysis remain unchanged, this report should be read in conjunction with the Kahaian Report and Amended Report. However, the opinions expressed herein supersede those presented in the Amended Report to the extent they differ.

5. In addition, I have been asked to evaluate two alternative scenarios of economic damages:

    a) Appendix I: Economic damages assuming a modified delivery schedule in which **300** tractors were delivered in May 2022 and the remaining **294** tractors were delivered in June 2022.

    b) Appendix II: Economic Damages had Plaintiff's not forgone the November 6, 2017 Optional Trade-In Agreement; and

6. These alternative scenarios apply the same methodology described in my prior reports, with adjustments solely to reflect the applicable contractual assumptions and market conditions.

7. My opinions, as detailed herein, are based on the information made available to me. I reserve the right to supplement my opinions should additional information be made available to me subsequent to the date of this report.

---

[1] See Exhibit E.
[2] See Exhibit G.
[3] See Exhibit G.

| | Tractor Type | Status | # of Tractors [a] | Expected Resale Value [b] | - | Actual Resale Value | | = | Lost Resale Value |
|---|---|---|---|---|---|---|---|---|---|
| 1 | RH | Sold | 585 | $ 32,915,250 | $ | 14,042,902 | [c] | $ | 18,872,348 |
| 2 | RH | Unsold | 9 | 506,388 | | 146,704 | [d] | | 359,684 |
| 3 | Total | | 594 | $ 33,421,638 | $ | 14,189,606 | | $ | 19,232,032 |

[a] Source: Exhibit D, Schedule 3.
[b] Source: Exhibit D, Schedule 2.
[c] Source: Exhibit E.
[d] Considers offers received but not accepted (5 units at $20,000 per unit [GLSN-0002259] and 1 unit at $10,000 [GLSN-0002231]. The remaining 3 units, the actual resale value was calculated to be equal to the auction value observed as of May 2026 ($12,235) with mileage of 400,000. See Exhibit G.

**GLS Leasco, Inc. et al  v. Navistar, Inc.**
**Values of MY 2018 RH Tractors by Month**
**November 2021 - May 2026**

| | Mileage | 100,000 | | 200,000 | | 300,000 | | 400,000 | | 500,000 | | 600,000 | | 700,000 | | 800,000 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Period | Auction | Market | Auction | Market | Auction | Market | Auction | Market | Auction | Market | Auction | Market | Auction | Market | Auction | Market |
| 1 | Nov-21 | 48,585 | 55,963 | 56,843 | 59,914 | 55,152 | 58,055 | 48,086 | 55,353 | 43,162 | 53,740 | 37,909 | 52,433 | 34,720 | 47,523 | 34,635 | 45,448 |
| 2 | Dec-21 | 51,027 | 59,195 | 59,761 | 63,210 | 58,676 | 61,765 | 50,536 | 58,695 | 45,529 | 56,770 | 39,479 | 55,213 | 36,635 | 50,947 | 35,804 | 48,275 |
| 3 | Jan-22 | 52,695 | 62,340 | 61,905 | 66,400 | 61,119 | 65,393 | 52,308 | 61,935 | 47,229 | 59,944 | 40,744 | 58,232 | 38,210 | 54,406 | 36,950 | 51,303 |
| 4 | Feb-22 | 53,298 | 65,002 | 62,888 | 69,180 | 61,937 | 68,402 | 53,028 | 64,593 | 47,877 | 62,724 | 41,307 | 60,960 | 39,068 | 57,367 | 37,743 | 54,113 |
| 5 | Mar-22 | 52,822 | 66,714 | 62,542 | 71,121 | 61,480 | 70,217 | 52,520 | 66,146 | 47,388 | 64,575 | 40,979 | 62,781 | 38,992 | 59,234 | 37,876 | 56,103 |
| 6 | Apr-22 | 51,504 | 67,181 | 61,109 | 71,853 | 59,965 | 70,532 | 51,009 | 66,323 | 46,027 | 65,130 | 39,847 | 63,230 | 38,032 | 59,658 | 37,255 | 56,813 |
| 7 | May-22 | 49,801 | 66,382 | 59,187 | 71,273 | 57,937 | 69,367 | 49,044 | 65,152 | 44,299 | 64,327 | 38,219 | 62,160 | 36,534 | 58,664 | 36,082 | 56,114 |
| 8 | Jun-22 | 48,149 | 64,510 | 57,339 | 69,479 | 55,964 | 67,023 | 47,152 | 62,879 | 42,634 | 62,305 | 36,458 | 59,779 | 34,938 | 56,507 | 34,743 | 54,134 |
| 9 | Jul-22 | 46,805 | 61,989 | 55,861 | 66,811 | 54,381 | 64,065 | 45,603 | 59,981 | 41,159 | 59,414 | 34,834 | 56,607 | 33,573 | 53,612 | 33,575 | 51,329 |
| 10 | Aug-22 | 45,983 | 59,314 | 54,984 | 63,776 | 53,403 | 61,073 | 44,618 | 57,016 | 39,994 | 56,148 | 33,652 | 53,309 | 32,581 | 50,520 | 32,783 | 48,346 |
| 11 | Sep-22 | 45,580 | 56,892 | 54,542 | 60,880 | 52,799 | 58,427 | 43,965 | 54,354 | 38,887 | 52,928 | 32,731 | 50,311 | 31,754 | 47,680 | 32,198 | 45,581 |
| 12 | Oct-22 | 45,309 | 55,046 | 54,098 | 58,577 | 52,123 | 56,329 | 43,288 | 52,216 | 37,739 | 50,143 | 31,898 | 47,911 | 30,937 | 45,427 | 31,594 | 43,259 |
| 13 | Nov-22 | 44,700 | 53,674 | 53,085 | 56,868 | 50,837 | 54,651 | 42,142 | 50,473 | 36,401 | 47,865 | 30,949 | 46,054 | 29,969 | 43,670 | 30,716 | 41,258 |
| 14 | Dec-22 | 43,436 | 52,542 | 51,192 | 55,485 | 48,669 | 53,118 | 40,341 | 48,889 | 34,811 | 46,028 | 29,753 | 44,559 | 28,820 | 42,174 | 29,449 | 39,354 |
| 15 | Jan-23 | 41,471 | 51,347 | 48,466 | 54,010 | 45,671 | 51,424 | 37,927 | 47,210 | 32,951 | 44,399 | 28,299 | 43,122 | 27,423 | 40,547 | 27,823 | 37,346 |
| 16 | Feb-23 | 38,926 | 49,893 | 45,122 | 52,188 | 42,037 | 49,378 | 35,061 | 45,261 | 30,790 | 42,694 | 26,573 | 41,486 | 25,732 | 38,551 | 25,877 | 35,165 |
| 17 | Mar-23 | 35,843 | 47,969 | 41,291 | 49,841 | 37,917 | 46,759 | 31,814 | 42,841 | 28,205 | 40,532 | 24,474 | 39,297 | 23,720 | 36,043 | 23,661 | 32,744 |
| 18 | Apr-23 | 32,433 | 45,522 | 37,207 | 47,032 | 33,713 | 43,704 | 28,429 | 39,994 | 25,303 | 37,795 | 22,103 | 36,504 | 21,516 | 33,163 | 21,330 | 30,175 |
| 19 | May-23 | 29,065 | 42,780 | 33,231 | 44,032 | 29,860 | 40,573 | 25,220 | 37,053 | 22,377 | 34,740 | 19,695 | 33,424 | 19,310 | 30,276 | 19,089 | 27,700 |
| 20 | Jun-23 | 26,066 | 39,988 | 29,736 | 41,087 | 26,616 | 37,659 | 22,460 | 34,317 | 19,797 | 31,745 | 17,543 | 30,444 | 17,342 | 27,722 | 17,151 | 25,508 |
| 21 | Jul-23 | 23,690 | 37,445 | 26,977 | 38,461 | 24,096 | 35,143 | 20,307 | 31,997 | 17,839 | 29,210 | 15,857 | 27,972 | 15,776 | 25,743 | 15,610 | 23,742 |
| 22 | Aug-23 | 21,984 | 35,361 | 25,025 | 36,276 | 22,239 | 33,057 | 18,761 | 30,157 | 16,528 | 27,314 | 14,693 | 26,219 | 14,647 | 24,348 | 14,474 | 22,414 |
| 23 | Sep-23 | 20,802 | 33,726 | 23,644 | 34,456 | 20,839 | 31,307 | 17,671 | 28,736 | 15,685 | 26,008 | 13,944 | 25,127 | 13,841 | 23,355 | 13,622 | 21,446 |
| 24 | Oct-23 | 19,922 | 32,395 | 22,526 | 32,856 | 19,608 | 29,730 | 16,796 | 27,570 | 15,092 | 25,116 | 13,426 | 24,461 | 13,215 | 22,524 | 12,925 | 20,682 |
| 25 | Nov-23 | 19,142 | 31,219 | 21,426 | 31,373 | 18,375 | 28,224 | 15,921 | 26,492 | 14,519 | 24,398 | 12,938 | 23,900 | 12,639 | 21,708 | 12,269 | 19,947 |
| 26 | Dec-23 | 18,378 | 30,116 | 20,259 | 30,011 | 17,156 | 26,842 | 15,026 | 25,439 | 13,907 | 23,708 | 12,398 | 23,223 | 12,094 | 20,885 | 11,651 | 19,159 |
| 27 | Jan-24 | 17,533 | 29,012 | 18,964 | 28,749 | 15,968 | 25,615 | 14,069 | 24,374 | 13,208 | 22,958 | 11,755 | 22,346 | 11,523 | 20,021 | 11,051 | 18,302 |
| 28 | Feb-24 | 16,692 | 28,002 | 17,675 | 27,640 | 14,928 | 24,634 | 13,152 | 23,364 | 12,499 | 22,226 | 11,058 | 21,376 | 10,950 | 19,177 | 10,503 | 17,451 |
| 29 | Mar-24 | 15,905 | 27,130 | 16,491 | 26,664 | 14,045 | 23,877 | 12,314 | 22,429 | 11,798 | 21,557 | 10,346 | 20,384 | 10,354 | 18,381 | 9,992 | 16,664 |
| 30 | Apr-24 | 15,221 | 26,386 | 15,505 | 25,763 | 13,247 | 23,230 | 11,577 | 21,533 | 11,099 | 20,920 | 9,649 | 19,443 | 9,740 | 17,617 | 9,468 | 15,944 |
| 31 | May-24 | 14,668 | 25,732 | 14,750 | 24,926 | 12,524 | 22,589 | 10,958 | 20,713 | 10,418 | 20,265 | 9,032 | 18,634 | 9,173 | 16,882 | 8,950 | 15,319 |
| 32 | Jun-24 | 14,230 | 25,115 | 14,174 | 24,147 | 11,918 | 21,955 | 10,450 | 19,998 | 9,797 | 19,578 | 8,569 | 18,015 | 8,716 | 16,211 | 8,500 | 14,829 |
| 33 | Jul-24 | 13,840 | 24,495 | 13,675 | 23,461 | 11,437 | 21,319 | 10,028 | 19,401 | 9,278 | 18,870 | 8,265 | 17,570 | 8,415 | 15,644 | 8,175 | 14,449 |
| 34 | Aug-24 | 13,447 | 23,854 | 13,215 | 22,857 | 11,054 | 20,684 | 9,694 | 18,859 | 8,884 | 18,156 | 8,123 | 17,207 | 8,273 | 15,190 | 8,015 | 14,103 |
| 35 | Sep-24 | 13,071 | 23,257 | 12,821 | 22,366 | 10,782 | 20,085 | 9,473 | 18,349 | 8,640 | 17,485 | 8,092 | 16,843 | 8,246 | 14,863 | 7,985 | 13,748 |
| 36 | Oct-24 | 12,739 | 22,738 | 12,543 | 21,962 | 10,635 | 19,591 | 9,378 | 17,880 | 8,533 | 16,935 | 8,120 | 16,434 | 8,280 | 14,650 | 8,048 | 13,406 |
| 37 | Nov-24 | 12,457 | 22,288 | 12,350 | 21,589 | 10,565 | 19,202 | 9,397 | 17,470 | 8,508 | 16,552 | 8,150 | 16,007 | 8,289 | 14,486 | 8,122 | 13,080 |
| 38 | Dec-24 | 12,244 | 21,944 | 12,259 | 21,259 | 10,524 | 18,949 | 9,495 | 17,128 | 8,543 | 16,371 | 8,166 | 15,626 | 8,254 | 14,319 | 8,164 | 12,794 |
| 39 | Jan-25 | 12,102 | 21,676 | 12,203 | 20,957 | 10,474 | 18,779 | 9,577 | 16,862 | 8,588 | 16,338 | 8,157 | 15,325 | 8,177 | 14,107 | 8,129 | 12,558 |
| 40 | Feb-25 | 11,994 | 21,427 | 12,097 | 20,631 | 10,354 | 18,616 | 9,545 | 16,651 | 8,549 | 16,317 | 8,094 | 15,070 | 8,055 | 13,831 | 7,981 | 12,386 |
| 41 | Mar-25 | 11,876 | 21,144 | 11,887 | 20,255 | 10,143 | 18,389 | 9,363 | 16,457 | 8,395 | 16,187 | 7,974 | 14,821 | 7,892 | 13,494 | 7,732 | 12,286 |
| 42 | Apr-25 | 11,726 | 20,801 | 11,597 | 19,866 | 9,894 | 18,089 | 9,080 | 16,250 | 8,187 | 15,922 | 7,833 | 14,549 | 7,712 | 13,126 | 7,441 | 12,225 |
| 43 | May-25 | 11,509 | 20,365 | 11,244 | 19,451 | 9,618 | 17,704 | 8,729 | 15,969 | 7,977 | 15,548 | 7,685 | 14,222 | 7,509 | 12,759 | 7,166 | 12,148 |
| 44 | Jun-25 | 11,262 | 19,872 | 10,871 | 18,993 | 9,316 | 17,239 | 8,373 | 15,602 | 7,800 | 15,101 | 7,532 | 13,866 | 7,284 | 12,417 | 6,967 | 12,017 |
| 45 | Jul-25 | 10,987 | 19,382 | 10,488 | 18,484 | 8,986 | 16,719 | 8,040 | 15,188 | 7,667 | 14,638 | 7,369 | 13,531 | 7,049 | 12,115 | 6,851 | 11,830 |

**GLS Leasco, Inc. et al  v. Navistar, Inc.**
**Values of MY 2018 RH Tractors by Month**
**November 2021 - May 2026**

**Exhibit G**

| | Mileage | 100,000 | | 200,000 | | 300,000 | | 400,000 | | 500,000 | | 600,000 | | 700,000 | | 800,000 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Period | Auction | Market | Auction | Market | Auction | Market | Auction | Market | Auction | Market | Auction | Market | Auction | Market | Auction | Market |
| 46 | Aug-25 | 10,701 | 18,951 | 10,098 | 17,961 | 8,640 | 16,193 | 7,756 | 14,780 | 7,567 | 14,235 | 7,185 | 13,256 | 6,832 | 11,866 | 6,782 | 11,600 |
| 47 | Sep-25 | 10,445 | 18,619 | 9,688 | 17,483 | 8,276 | 15,701 | 7,531 | 14,446 | 7,489 | 13,954 | 6,990 | 13,073 | 6,665 | 11,682 | 6,713 | 11,358 |
| 48 | Oct-25 | 10,253 | 18,431 | 9,329 | 17,088 | 7,934 | 15,297 | 7,400 | 14,233 | 7,435 | 13,817 | 6,833 | 13,004 | 6,575 | 11,553 | 6,629 | 11,152 |
| 49 | Nov-25 | 10,092 | 18,311 | 8,998 | 16,728 | 7,588 | 14,970 | 7,272 | 14,063 | 7,323 | 13,720 | 6,696 | 12,942 | 6,491 | 11,416 | 6,488 | 10,970 |
| 50 | Dec-25 | 9,995 | 18,265 | 8,771 | 16,449 | 7,348 | 14,790 | 7,153 | 13,941 | 7,180 | 13,604 | 6,603 | 12,827 | 6,412 | 11,286 | 6,328 | 10,829 |
| 51 | Jan-26 | 10,104 | 18,428 | 8,805 | 16,464 | 7,417 | 14,891 | 7,229 | 14,020 | 7,208 | 13,613 | 6,695 | 12,795 | 6,444 | 11,303 | 6,284 | 10,827 |
| 52 | Feb-26 | 10,629 | 18,994 | 9,348 | 17,040 | 8,054 | 15,489 | 7,749 | 14,518 | 7,658 | 14,009 | 7,158 | 13,103 | 6,774 | 11,693 | 6,537 | 11,163 |
| 53 | Mar-26 | 11,674 | 20,065 | 10,509 | 18,279 | 9,357 | 16,675 | 8,836 | 15,558 | 8,628 | 14,958 | 8,062 | 13,935 | 7,504 | 12,630 | 7,143 | 11,969 |
| 54 | Apr-26 | 13,154 | 21,561 | 12,227 | 20,041 | 11,210 | 18,375 | 10,414 | 17,070 | 10,021 | 16,426 | 9,317 | 15,271 | 8,603 | 14,101 | 8,077 | 13,239 |
| 55 | May-26 | 14,835 | 23,214 | 14,253 | 22,030 | 13,318 | 20,318 | 12,235 | 18,806 | 11,604 | 18,179 | 10,722 | 16,901 | 9,905 | 15,841 | 9,193 | 14,761 |

Source: TruckPaper "VIP" value tool