# EXHIBIT D

| | |
|---|---|
| **From:** | Carmichael, Sean [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7356DB949805491FB09242691027C807-U022084] |
| **Sent:** | 11/11/2022 7:28:58 AM |
| **To:** | Kyle Blain [kblain@centraltransport.com] |
| **Subject:** | RE: 2018 INTLs for Sale |

Kyle-

Thank you for the note- could we get a list of vin with mileage please? I will then take that to the UTO and have them contact your team with further questions.

Also, should be ready to present you with a cover letter on next years deal. I am traveling to Chicago next week to get everyone aligned.

Thank You-

Sean

**From:** Kyle Blain <kblain@centraltransport.com>
**Sent:** Thursday, November 10, 2022 2:24 PM
**To:** Carmichael, Sean <Sean.Carmichael@Navistar.com>
**Subject:** 2018 INTLs for Sale

[EXTERNAL EMAIL – If you suspect the validity of this email, do not click any links and use the Report Phish button to report it. If you do not see the Report Phish button, immediately forward it to ReportSpam@navistar.com]

Good afternoon Sean.

We have about 160 Internationals that we have been unable to sell to this point. We have recently reduced the price on these units to $52,000.

I gave Brock the lower price and he is going to run it past the folks in Vietnam. If they are not interested we may have to look at selling them for less than the residual value of roughly $52,000.

Let me know if Navistar has a buyer that would be interested in these units or wants to pass and give us the authorization to sell these units for less than the residual amount.

Thank you,

*Kyle Blain*
(586) 939-7000 ext. 2785
kblain@centraltransport.com

This email cannot be used to create a binding contract. This message is confidential. It may also be privileged or otherwise protected by work product or other legal rules. If you have received it by mistake, please let us know by e-mail reply and delete it from your system; you may not copy this message or disclose its contents to anyone. The integrity and security of this message cannot be guaranteed on the Internet.

NAV00103601