UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GLS LEASCO, INC. and
CENTRAL TRANSPORT, LLC,

     Plaintiffs,

v.

     NAVISTAR, INC.,

Defendant.

Case No. 23-cv-12927

Hon. Mark A. Goldsmith

Magistrate Judge Anthony P. Patti

---

**Index of Exhibits to
Plaintiffs' Brief in Opposition to Defendant Navistar Inc.'s Omnibus
Motion *in Limine* to Exclude Certain Evidence or Argument**

**Exhibit A**    Excerpts, Fink Deposition

**Exhibit B**    Excerpts, Belisle Deposition

**Exhibit C**    Excerpts, Lollis Deposition

**Exhibit D**    Excerpts, Brown Deposition

**Exhibit E**    Excerpts, Stinsa Deposition

**Exhibit F**    Excerpts, Hosfield Deposition

**Exhibit G**    Kahaian's Second Amended Report