CONFIDENTIAL



**EXHIBIT B**

Page 1

Page 1

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

GLS LEASCO, INC. and            )

CENTRAL TRANSPORT, LLC,         )

          Plaintiffs,          ) Case No.

     -vs-                        ) 23-cv-12927

NAVISTAR, INC.,                 )

          Defendant.            )


     ***CONTAINS CONFIDENTIAL INFORMATION***

     The deposition of MARK BELISLE, called for examination, taken pursuant to the Federal Rules of Civil Procedure of the United States District Courts pertaining to the taking of depositions, taken before ALICE M. SCHWINGER, CSR NO. 84-2913, a Certified Shorthand Reporter of the State of Illinois, at 2020 Calamos Court, Naperville, Illinois, on the 22nd day of August, A.D. 2024, commencing at 9:02 a.m.

CONFIDENTIAL

Page 90

A. Yes.

Q. And like you said earlier, you want to try to satisfy the customer; right?

A. Mm-hmm.

Q. Yes?

A. Yes.

Q. Part of that is being able to promptly produce trucks and get it to them when they need them; right?

A. Yes.

Q. So you've tracked production throughout your career?

A. Yes.

Q. So how long in the normal course would it take to build 1300 trucks --

MR. MURPHY: Object to form.

BY MR. PELTON:

Q. -- based on your knowledge?

MR. MURPHY: Object to form. Vague and ambiguous.

BY THE WITNESS:

A. That is a question that has to do with how quickly a customer wants his trucks, when he wants his trucks, and over what time frame he would

Page 91

like them spread out over. You know, on a -- as an OEM, we can build 1300 trucks in the number of days that we have to build that quantity. Depending on our line rate, we can build them all in a row. Now, the reality of it is no customer wants 1300 trucks showing up in two days.

BY MR. PELTON:

Q. At top speed, how long would it take to build 1300 trucks in those plans or in the Escobedo plant?

A. Depends what we have set for production schedules.

Q. What's the range?

A. Zero to 150.

Q. That sort of the max capacity to build is 150 in a day?

A. Of that particular product.

Q. Yeah. At Escobedo?

A. Yes.

Q. And once they're slotted, you said then it has to be placed in a line set sequence?

A. Correct.

Q. What is that?

A. That is the order that they will get

Page 92

assembled at the assembly plant.

Q. Who makes that decision?

A. CRC.

Q. Is that then rolled into your allocation spreadsheet?

A. The slotting is brought back into the allocation spreadsheet to compare what was allocated versus what is being slotted.

Q. Do you get another report on the line set sequence?

A. No.

Q. Where do you get information on how quickly they're -- or slowly they're going to get built for a particular customer?

A. I don't.

Q. Do your RVPs get that information?

A. Probably available to them.

Q. They would call CRC to get it?

A. Correct.

(WHEREUPON, a certain document was marked Exhibit No. 194, for identification, as of August 22, 2024.)

Page 93

BY MR. PELTON:

Q. 194 is an e-mail string. Starts out it's from Persio Lisboa. Who is that?

A. It doesn't start from Persio. It starts from me.

Q. I'm sorry? The -- the first is from you to Persio Lisboa. Who is Persio Lisboa?

A. He was our CEO.

Q. In February of 2021?

A. He was either the COO or CEO. That could be a LinkedIn check also.

Q. Who is Rusty?

A. Rusty Rush, CEO of Rush Enterprises.

Q. And you're alerting him that Rusty and/or Justin Fink might be calling concerning the order board backlog?

A. I'll read it over.

Q. Please.

A. Okay.

Q. All right.

MR. PELTON: Can you read back my question?

(WHEREUPON, the record was read as requested.)

BY MR. PELTON:

Page 181

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GLS LEASCO, INC., and )
CENTRAL TRANSPORT, LLC, )
)
      Plaintiffs, )
)
  vs. ) Case No. 23-cv-12927
)
NAVISTAR, INC., )
)
      Defendant. )

VOLUME II

The continued videotaped deposition of

MARK BELISLE, called by Plaintiffs, for examination,

pursuant to the Federal Rules of Civil Procedure of

the United States District Courts pertaining to the

taking of depositions taken before Stephanie A.

Battaglia, CSR and Notary Public in and for the County

of DuPage and State of Illinois, at Barnes &

Thornburg, LLP, One North Wacker Drive, Suite 4400,

Chicago, Illinois, on October 8, 2024, 9:59 a.m.

Belisle, Mark - 10/08/2024

Page 238..241

Page 238

A.   Not off the top of my head.

Q.   And of those heavy customers listed here, Central has one of the highest SPAs, is that correct?

A.   They are right in line with the size of fleet and from the fleet standpoint they are kind of right in line with what you would expect a large fleet of that size that purchases that many trucks to be.

Q.   Okay.

Well, the document will tell us, assuming these are accurate SPAs, I see Hirschbach motors on the next page has a 70, no one is close to that.  Do you know how they got a 70?

A.   SPA due to legal settlement.

Q.   I see that.

Do you know what that legal settlement was?

A.   Off the top of my head, no, but I believe they sued us for something and part of the legal settlement was a truck deal that was put together that settled the legal settlement.

Q.   Do you recall what the lawsuit was about?

A.   Off the top of my head, no.

Q.   Did you testify in that lawsuit?

A.   Did not.

Page 239

Q.   Do you know where it was filed?

A.   Do not.

(Document identified as Exhibit 216 for identification.)

THE WITNESS:  Do you have any other questions on 215?

BY MR. PELTON:

Q.   Not yet.

This is Kat Burm writing on March 15 stating new truck strategy meeting notes, please see attached for notes from today's -- yesterday's meeting and she attaches the it looks like a computed chart, correct?

A.   It looks like there was a couple of new columns added to the chart.

Q.   What are those?

A.   It looks like ease of doing business and loyalty.

Q.   Do you know if those were ever completed?

A.   I do not.

Q.   Under the sales it would be your group or you and also national accounts on this?

A.   Hold on, I am just reading more documents on here.

Page 240

Okay, sorry, back to your question?

Q.   The question was whether under the sales columns it was your group as well as the national accounts as providing that information.

A.   Under the sales comments?

Q.   Yes, and whether it is cornerstone or not.

A.   Well, I would guess that this was a consensus fill-in after the meeting on the 10th.

Q.   Your testimony is you don't really have a recollection of this independent of looking at the chart?

A.   Correct.

Q.   So you don't know who provided these comments under sales, whether it was you or someone on your team?

A.   I could make the assumption it is me, but I don't recollect off the top of my head.

Q.   And you don't recall the meeting where it was discussed?

A.   No.

Q.   Do you recall the outcome of the meeting?

A.   Off the top of my head, no.

Q.   We are back to Exhibit 213.  And this is

Page 241

where you had your timeline and then there is a response from Dan Kayser, do you see this on the first page, Kayser responds?

A.   Yes.

Q.   On February 28, 2022, right?

A.   Uh-huh.

Q.   On the next page he's got a column or -- excuse me, a section labeled Contingency Plans For Lost/Gained Production, do you see that?

A.   Uh-huh.

Q.   Yes.

A.   I do.

Q.   Under potential loss the bullet says 2022 identified lowest margin customers and determined what should be pushed out indefinitely, do you see that?

A.   I do.

Q.   And would Central Transport be a lowest margin customer?

A.   It would be in there with this whole group of Top 40, yes.

Q.   And this type of plan would not be consistent with the idea of not advantaging one customer over another, would it?

A.   Say that again?