Brown, David - 10/09/2024  Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN DISTRICT OF
SOUTHERN DIVISION

GLS LEASCO, INC. and CENTRAL )
TRANSPORT LLC,                )
                             )    Case No.
          Plaintiffs,        )    23-cv-12927
                             )
     vs.                     )
                             )
NAVISTAR, INC.,              )
                             )
          Defendant.         )


VIDEOTAPED DEPOSITION OF DAVID NICHOLAS BROWN

Chicago, Illinois

Wednesday, October 9, 2024


Reported by:

JENNIFER L. BERNIER, CSR, RMR, CRR

Brown, David - 10/09/2024

Page 222..225

**Page 222**

BY MR. DAVIS:

Q. This is the -- April 8th. Have you seen that document before?

A. I don't believe so.

Q. Okay. Were you made aware that, at some point in time, Navistar and -- and Central had reached a new agreement whereby they would provide those 1,100 trucks in early 2022 instead of being spread out over the course of the year?

A. I was aware that there were discussions going on, but I recall that there was not an agreement signed.

Q. And who told you that?

A. I think it was just general back-and-forth on the agreement needing to get signed before the old one was not in effect.

Q. Okay.

A. It was kind of --

Q. And when did you hear that?

A. Like spring of 2022.

Q. Okay. You would agree, though, that you worked on actually getting those orders slotted well before that agreement was even signed by Mr. Carmichael -- Carmichael,

**Page 223**

correct?

A. Yes. I believe it was real early 2022.

Q. Okay.

A. Maybe January or February.

Q. All right. So based -- before it was signed but based on the discussions, you actually did, in fact, start working to --

A. Yes.

Q. -- fulfill -- fulfill the terms of what would become the agreement. Is that fair?

A. That is fair. We were working to fulfill what the terms would become.

Q. Okay. You can hand me that one back, please.

MR. DAVIS: All right. Hang on one second. Actually, let me take -- let me see if she's got those other documents I need to grab real quick. Off the record.

THE VIDEOGRAPHER: Going off the record. The time is 1:47 p.m.

(Recess had.)

THE VIDEOGRAPHER: Going on the record. The time is 1:57 p.m.

**Page 224**

BY MR. DAVIS:

Q. All right. Mr. Brown, I just have to clean up one thing. This is going to be Exhibit 243.

(Deposition Exhibit 243 was marked for identification.)

BY MR. DAVIS:

Q. And so we had been looking previously at the file draft, I believe, of the December 2nd PowerPoint. I just wanted to be clear. This document is from you on December 2nd, 2021, in which you say: Attached is the presentation from this morning's meeting. And it's entitled "The RVP CY22 Presentation's Final PowerPoint." Do you see that?

A. Yes.

Q. Does that align with your recollection that you sent the final after the meeting was over?

A. Yes. That's what --

Q. Okay.

A. -- the e-mail says.

Q. All right. And we don't need to go through the attachment if you don't want to,

**Page 225**

but we can be sure that whatever you would have sent would have been the final along with this, correct?

A. The final at that time, yes.

Q. Well, if this was sent after the meeting, it was the one that was presented at the meeting. Fair enough?

A. Yes.

Q. Okay. All right. So getting back to the -- the new agreement, I'm going to hand you Exhibit 244.

(Deposition Exhibit 244 was marked for identification.)

BY MR. DAVIS:

Q. Take a look at that. Actually, I apologize. This one is -- this one is showing that the orders were transferred from Rush to Allegiance; is that right?

A. That's correct.

Q. Okay. Well, that's not the one I want. You can move on from that one. Let me give you 245.

(Deposition Exhibit 245 was marked for identification.)