Stinsa, Tony - 08/14/2024  Page 1

Page 1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

GLS LEASCO, INC., and        )
CENTRAL TRANSPORT LLC,       )
                             )
          Plaintiffs,        )
                             )
     -vs-                    ) No. 23-cv-12927
                             )
NAVISTAR, INC.,              )
                             )
          Defendant.         )


          The deposition of TONY STINSA, called

by the Plaintiff for examination, taken before

MAUREEN A. WOODMAN, a notary public within and

for the County of Cook and State of Illinois, at

Suite 4400, 1 North Wacker Drive, Chicago,

Illinois, on the 14th day of August, 2024, at the

hour of 9:00 o'clock a.m.

Thompson Court Reporters, Inc.
thompsonreporters.com

Stinsa, Tony - 08/14/2024

Page 22..25

Page 22

require us to purchase it back if the customer purchases another truck.

Q. So contingent on them buying a new truck?

A. Correct.

Q. Now, in setting that value at the time the new trucks are sold of what they're going to be in four years?

A. Yes.

Q. Does that impact what you set it at? Does that impact the new vehicle price?

A. I don't get into the new vehicle pricing. It can. It may. I don't -- I don't know. That's not my part of it.

Q. Okay. Then four years down the road, if you have a trade-back value that your group set four years earlier. I'm ready to trade those in and buy the new vehicles. Is that trade-back value typically set then at what you set it at four years or is that subject to negotiation?

A. With vis-a-vis Navistar and the customer, it's set at the time when they're ready to trade back the trucks. The used truck department is asked for an estimate of value at

Page 23

that point as well, so the company can understand what the -- what the likely profitability of that transaction is going to be for used truck team.

Q. So let me understand what you're saying. We look at the trade-back value we set four years earlier, and then we look at the current value and see what the difference is?

A. Sure.

Q. Is that what you were saying just now?

A. I mean the used truck -- I'm sorry. The new truck team does. On the used truck side we are looking at what do we think the truck is worth in the market at the time it's going to be traded back to us.

Q. If it drops, say, 10 percent, then you have a trade-back agreement set 10 percent higher than its real value?

A. At that point, when you say its real value, real value shifts. And typically when we're being asked this question about what it's worth, we're still not in a position where we're being asked what is it worth today. Instead of somebody asking us internally what is it worth four years from now, typically now the question

Page 24

is what is it going to be worth next year.

So we get these requests on the new truck deal probably within 12 months of when the trucks are going to get delivered, and for a big company like selling to Central, the production is usually spread across many months throughout the year. Sometimes every month in the year.

Q. So you're trying to value the actual market value of the truck at the point in the future when it will be delivered -- the new truck will be delivered?

A. Right. I'm just making a point that we've -- let's say there's a four-year term or a five-year term, we give an estimate of value when we sold that truck, but then the used truck team when it's about a year out is asked again for another value.

Q. Sure. And in my hypothetical, let's say that 12-month look has now dropped 10 percent from what you said four years ago.

A. Okay.

Q. You are now sort of in a losing situation.

A. Okay.

Page 25

Q. Right?

A. Could be. Would be, yes.

Q. And I've read in some of the documents something called an over-allowance. Is that what that refers to?

A. Yes. The over-allowance is an amount that the new truck team has to essentially realize as a reduction to the sales price internally when we book the sale on the new truck.

Q. Well, wouldn't a new truck team want to make up that 10 percent difference?

MR. MURPHY: Object to form, foundation.

BY MR. PELTON:

Q. I'll take an answer.

A. Can you repeat it again?

Q. Yeah. Wouldn't the new truck team want to make up that difference?

MR. MURPHY: Same objection.

THE WITNESS: The new truck team -- you know, that's a tough thing for me to answer. I don't think the new truck team is all one uniformed thing. And so there's a lot of different facets to the new truck team.