

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION


GLS LEASCO, INC. and

CENTRAL TRANSPORT LLC,

      Plaintiffs,

   v.                  Case No. 23-cv-12927

NAVISTAR, INC.,

      Defendant.

_____


DEPOSITION OF

MARK J. HOSFIELD

March 14, 2025

9:30 a.m. CST

Chicago, Illinois


Reported by:

Janice M. Kocek, CSR, CLR

Job No. 21634

Page 74

A. Not aware of any that they lost because they didn't have the replacement trucks. But I am aware of them attempting to do some bulk sales.

Q. All right. If we look at Appendix A, Schedule 2, appears ten of the 2018s -- sorry.

Are you there?

A. I'm getting there.

Q. Take your time.

A. I don't see Schedule -- here it is.

Q. Last page. I apologize.

A. Last page. I've got it.

Q. I thought we put blue paper in between.

A. Okay. Okay.

Q. Okay. Here you look at lines 10 through 20 and there are ten more trucks that sold, one scrapped in May of 2022, correct?

A. Yes.

MR. PELTON: All right. Let's take a break. Come back in a few minutes --

MR. SALLAH: Sure.

MR. PELTON: -- and carry on.

(Whereupon, a recess was taken from 11:01 a.m. to 11:15 a.m.)

Page 75

BY MR. PELTON:

Q. Picking up again on page 12 in your summary, the third bullet point, you state that the $5,567,456 that you came up likely overstates GLS's lost retail value damages because it assumes that plaintiffs would have sold the MY2018 tractors upon receiving the 2023 tractors which they did not do, right?

A. That's what it says, yes.

Q. Yeah. And so the assumption Mr. Kahaian made was that when they received a 2023, they would be able to sell it in the -- within 30 days, right?

A. No, they would sell the 2018 trucks.

Q. Yeah. When they received the 2023, they would be able to sell the 2018 within the month, right?

A. The same month I believe, yeah.

Q. Okay.

A. Essentially immediately.

Q. All right. And you make a similar assumption when it comes to the -- the actual resale value where assume they would sell in 30 days, right?

A. I do -- I do look at certain assumptions

Page 76

and see what the values would have been, yes. And I assume that they would have -- one of the assumptions was they would have sold within 30 days of receiving a truck or --

Q. That's what you call the adjusted month of sale, right?

A. Which -- where are you looking at?

Q. Yeah. Page 26.

A. Yeah.

Q. He had called -- he called it actual resale value, and I think you called it adjusted monthly sale? First paragraph.

A. That sounds right. Yeah, I used the average TruckPaper auction as of the adjusted month of sale, that's right.

Q. Which is 30 days after receiving the 2023 tractor, right?

A. Yes, I believe that's right.

Q. So when it comes to this lost resale value, you and Mr. Kahaian essentially used the same framework; is that fair?

A. I adjusted his damages calculations. I adjusted his assumptions that were improper or incorrect. So I used -- I used -- what I did was

Page 77

look at what his analysis would look like if -- if his assumptions were reasonable and realistic.

Q. Right. So we have the same framework.

It's just within that framework you adjust the assumptions; is that fair?

A. I don't know what you mean by framework, but we use the same process. We look at the trucks. We look at what the prices were at various levels and at various time periods and how long -- you know, under hypothetically their -- the ability of the truck buyer to sell the 2018 trucks.

Q. Right. Well, let's walk through it.

A. Yeah.

Q. So what he's trying to determine here is what he calls the lost resale value, right, which is what -- had the trucks been delivered in April, May, and June, we would have sold them for X, and if the 2023s were delivered in April, May, and June, we would have been able to sell the 2018s at -- excuse me, we would have been able to sell the 2018s at a certain dollar figure, let's say X?

A. That's his theory.

Q. Right. And that's called -- what he calls expected resale value?

Hosfield, Mark - 03/14/2025

Page 78

A.   That's his label for it, correct.

Q.   Okay.  And then he looks at what GLS was actually able to sell them for and he calls that actual resale value.

And the difference is his lost resale value, right?

A.   Yes.  Very simplistic calculation.

Q.   Yeah.  So it's expected resale value minus actual resale value gives you your lost resale value?

A.   Gives him his lost resale value.  I wouldn't -- I mean, you've got to look at the trucks they actually sold and the ones they continued to use.

Q.   Okay.  But I'm explaining to you because you asked what I'm referring to when I say the framework's the same, your assumptions are different.

A.   Yeah, the framework -- your term the framework or the methodology in my case is a little different because I excluded trucks, for example, that were sold to affiliated entities and so forth. But I did adjusted assumptions.

Q.   So we have a -- in terms of expected

Page 79

resale value you both come up with a dollar figure on that?

A.   Yeah, I suppose that's true.

Q.   In other words, what the trucks -- 2018s could have been sold for if the 2023s had arrived at a certain time.  And then you --

A.   Right.

Q.   -- you differ on what that timely delivery means, right?

A.   Well, I also differ on whether they would have sold them.  I mean, I assume -- assuming they would have sold them, I adjust his numbers.  I also differ on whether they actually would have sold them because they didn't.  They continued to use them and used them for shipments even after the new trucks were delivered.

Q.   You differ on what timely delivery means, correct?

A.   I don't think I have an opinion on timely delivery.  There was no delivery commitment in the agreement.

Q.   You differ on the expected delivery month; is that correct?

A.   I don't think I've differed on expected

Page 80

delivery month.  I've looked at what -- I looked at what they -- you know, actually could have done and what -- when the production was in place.  And I've calculated on -- on page 16 I calculate trucks and when they would have been delivered but based on production starts.

Q.   On page 14 you recite Kahaian's, and you quote it, "expected delivery month," end quote --

A.   Right.

Q.   -- which is April, May, and June, right?

A.   Right.

Q.   And your expected schedule is May, June, and July, right?

A.   Adjusting it for reality, yes, it was May, June, and July.

Q.   So that's a difference in the -- one difference in the expected resale value -- or one difference that's going to impact the expected resale value calculation, right?

A.   The delivery month will affect the resale value, that's correct.

Q.   Right.

A.   It may have affected it had it been earlier, too, because Mr. Kahaian doesn't know what

Page 81

would have happened if these used trucks would have gone in the market, whether the prices would have changed, whether the market -- you know, this is additional supply hitting the market, which generally reduces the prices.

Q.   600 trucks?

A.   Well, they're also 600 trucks which were fairly undesirable from what I understand.  So we're, you know, looking at average price there.

Q.   All right.  But in this construct you differ on what -- on when the expected delivery date would be?  He uses 30.  You use 45.

A.   I've assumed a different delivery date, right.

Q.   Okay.  And the later delivery date pushes out the time they can sell them, which in this -- based on the TruckPaper means they sell them at a lower price, right?

A.   Possibly.  You don't know how these particular trucks would have been priced even in the early dates.

Q.   You're both making assumptions, right?

A.   I -- I assume -- I adopted his assumption of the I think average --