GLS LEASCO, INC. and CENTRAL
TRANSPORT LLC,

      Plaintiffs,                          Case No. 23-cv-12927

v.                                  Hon. Mark A. Goldsmith

NAVISTAR, INC.,               Magistrate Judge Anthony P. Patti

      Defendant.

---

**APPENDIX**
**INDEX OF EXHIBITS TO DEFENDANT'S SUPPLEMENTAL MOTION *IN
LIMINE* TO EXCLUDE PLAINTIFFS' EXPERT'S UNTIMELY OTB
DAMAGES OPINIONS**

| Exhibit A | Second Amended Expert Report of Michael N. Kahaian, 5/7/26 |
|---|---|