# Exhibit A

**Navistar's Exhibit Spreadsheet for Joint Memorandum Regarding Objections to Exhibits**

| Exhibit No. | Exhibit Date | Document Description | Bates (Begin) | Bates (End) | On Other List? | Navistar Asserted Good Cause |
|---|---|---|---|---|---|---|
| 21 | 12/22/2021 | Email from Kyle Blain to Sean Carmichael, Joe Hanvey, cc: Bonnie Baumgartner re: Navistar Meeting Topics | GLSN-0000765 | GLSN-0000767 | No | Continuation of P-69 |
| 64 | 5/26/2022 | Email from Brianne Perkins to Jim Lollis, cc: Kyle Blain, Becky Butler re: [EXTERNAL] RE: [EXTERNAL] Invoice request for 2023 INT | ALLEGIANCE00000085 | ALLEGIANCE00000086 | No | Not produced by GLS |
| 214 | 1/25/2022 | Email from David Brown to Sean Carmichael, Chad Conley, Erik Eldridge, Dennis Huffmon, Roman Lewinsky, John MacHardy, Ian Shackleton re: FW: Dealer Portal Communication - G-6545 - Sales Information with attachment(s) | NAV00014870 | NAV00014877 | No | GLS Plaintiffs' Preliminary Exhibit List (Oct. 22, 2024), Ex. 978: 'All Reports produced by Navistar regarding Supply Chain and Material Shortage Issues, as needed' |
| 240 | 8/18/2022 | Email from Joe Hanvey to Justin Fink, cc: Mike Corn, Jim Lollis, Chas Voyles, Kyle Blain re: [EXERNAL] Allegiance Intro - Central Parts RFP 2022 | ALLEGIANCE00000916 | ALLEGIANCE00000919 | No | See Navistar's portion of Joint Memorandum |
| 242 | 10/17/2022 | Email from Kyle Blain to Goran Nyberg, Mark Belisle, Sean Carmichael, cc: Justin Fink re: Navistar meeting Follow Up 2022 1017 | GLSN-0001618 | GLSN-0001619 | No | See Navistar's portion of Joint Memorandum |
| 269 | 11/17/2021 | Email from Jim Lollis to Sean Carmichael, cc: Dustin Taylor, Olawale Akinosho, Justin Fink re: CENTRAL - OID 638401 OCR TO UNIVERSAL SPEC with attachment(s) | NAV00010471 | NAV00010487 | No | Further email chain to Deposition Exhibit 69, Jim Lollis and GLS Plaintiffs' Preliminary Exhibit List (Oct. 22, 2024), Ex. 328 |
| 271 | 1/22/2022 | Email from Mark Belisle to jcsaum@beltwaycompanies.com, Justin Fink, Andrew Winslow, jcarello@regionalint.com; Jeff Macadam, cc: Josef Kory, Bruce MacWhirter, Paul Martin re: Fwd: Bendix Pre-Wire Sales Information Letter posted to Deale Portal this evening with attachment(s) | NAV00014594 | NAV00014600 | No | GLS Plaintiffs' Preliminary Exhibit List (Oct. 22, 2024), Ex. 978: 'All Reports produced by Navistar regarding Supply Chain and Material Shortage Issues, as needed' |
| 274 | 11/17/2021 | Email from Sean Carmichael to Jim Lollis, cc: Dustin Taylor, Olawale Akinosho, Justin Fink re: CENTRAL - OID 638401 OCR TO UNIVERSAL SPEC | NAV00062021 | NAV00062022 | No | Further email chain to Deposition Exhibit 69, Jim Lollis, GLS Plaintiffs' Preliminary Exhibit List (Oct. 22, 2024), Ex. 328, and Navistar Trial Exhibit 269 |
| 282 | 11/18/2021 | Email from Sean Carmichael to John Pens, cc: Daniel Simnick, Michael Sibick, Nicholas Hall, Sean Slyman re: Central Transport Aftertreatment Extended Warranty | NAV00062331 | NAV00062333 | No | See Navistar's portion of Joint Memorandum |
| 286 | 3/22/2022 | Email from Claudine Grandsard to Kerri Podewell, Daniel Simnick, Sean Carmichael, Josh Adams, Tony Stinsa, cc: Lindsay Harrah re: OTB responses from Central Transport and Company with attachment(s) | NAV00018297 | NAV00018304 | No | Further email chain to GLS Plaintiffs' Preliminary Exhibit List (Oct. 22, 2024), Exs. 434, 436, and 717 |
| 287 | 3/23/2022 | Email from Sean Carmichael to Josh Adams, Daniel Simnick, Kerri Podewell, Tony Stinsa re: OTB responses from Central Transport and Company | NAV00018326 | NAV00018330 | No | Further email chain to GLS Plaintiffs' Preliminary Exhibit List (Oct. 22, 2024), Exs. 434, 436, and 717 |
| 288 | 4/5/2022 | Email from Kyle Blain to Sean Carmichael re: FW: Navistar updated cover letter for Central Universal and PAM with attachment(s) | NAV00019320 | NAV00019325 | No | Further email chain to Deposition Exhibit 29, Kyle Blain and Navistar's Preliminary Trial Exhibit List, N-25 |
| 291 | 4/6/2022 | Email from Sean Carmichael to jlollis42@gmail.com re: FW: Navistar updated cover letter for Central Universal and PAM - Updates requested 2022 0405 with attachment(s) | NAV00019499 | NAV00019505 | No | Same email chain as Deposition Exhibit 38 and GLS Plaintiffs' Preliminary Exhibit List (Oct. 22, 2024), Ex. 441, except contains forwarding of email to Jim Lollis stating "FYI- when you have a minute lets discuss" |

| Exhibit No. | Exhibit Date | Document Description | Bates (Begin) | Bates (End) | On Other List? | Navistar Asserted Good Cause |
|---|---|---|---|---|---|---|
| 297 | 5/18/2022 | Email from Daniel Simnick to Sean Carmichael, cc: Lindsay Harrah, Olawale Akinosho, Kevin O'Brien, Kerri Podewell re: OTB language Revised 2022 0429 with attachment(s) | NAV00021071 | NAV00021098 | No | Attachment (NAV00021096) same as Deposition Exhibit 186; Attachment (NAV00021076) unsigned version of OTB Agreement at Navistar's Preliminary Trial Exhibit List (Oct. 22, 2024), n-36 and Deposition Exhibit 39 |
| 299 | 6/8/2022 | Email from Sean Carmichael to Kyle Blain, cc: Bonnie Baumgartner re: Call next week | NAV00022823 | NAV00022824 | No | See Navistar's portion of Joint Memorandum |
| 441 | 1/21/2022 | Email from Jim Lollis to Maria Averhart, Christy Guerrero Cavazos, Allen Scott, cc: Alejandra Tovias, David Verduzco, CRCAnalysts-EAP@Navistar.com, Nancy Flores, Olawale Akinosho, Sean Carmichael, Michael Corn, Chas Voyles re: Universal - OCR | NAV00069722 | NAV00069727 | No | Further email chain to GLS Plaintiffs' Preliminary Exhibit List (Oct. 22, 2024), Ex. 664 and Deposition Exhibit 53 |
| 442 | 1/28/2022 | Email from Karen Salayato Jim Lollis, Christy Guerrero Cavazos, cc: David Verduzco, CRCAnalysts-EAP@Navistar.com, Nancy Flores, Maria Averhart, Alejandra Tovias, Scott Allen re: CENTRAL TRANSPORT OCR 1-12-22 | NAV00072137 | NAV00072146 | No | Further email chain to GLS Plaintiffs' Preliminary Exhibit List (Oct. 22, 2024), Ex. 661, Deposition Exhibit 54, and Deposition Exhibit 171 |
| 444 | 1/21/2022 | Email from Gina Martini to Kerri Podewell, cc: Beth Haseman re: Bendix Pre-Wire letter - posting tonight by 6 pm CST with attachment(s) | NAV00070156 | NAV00070163 | No | GLS Plaintiffs' Preliminary Exhibit List (Oct. 22, 2024), Ex. 978: 'All Reports produced by Navistar regarding Supply Chain and Material Shortage Issues, as needed' |
| 445 | 3/16/2022 | Email from Paul Martin to Debbie Shust, Mark Belisle, Dan Kayser re: Bendix 2.8/2.9 on MV | NAV00080173 | NAV00080173 | No | GLS Plaintiffs' Preliminary Exhibit List (Oct. 22, 2024), Ex. 978: 'All Reports produced by Navistar regarding Supply Chain and Material Shortage Issues, as needed' |
| 446 | 6/10/2022 | Email from Gina Martini to Kerri Podewell, Beth Haseman re: Bendix Side Radar Blindspotter with attachment(s) | NAV00022913 | NAV00022915 | No | GLS Plaintiffs' Preliminary Exhibit List (Oct. 22, 2024), Ex. 978: 'All Reports produced by Navistar regarding Supply Chain and Material Shortage Issues, as needed' |
| 447 | 7/20/2022 | Email from Maria Averhart to Daniel Simnick re: FW: G-6545 and G-6567 Questions with attachment(s) | NAV00024014 | NAV00024019 | No | GLS Plaintiffs' Preliminary Exhibit List (Oct. 22, 2024), Ex. 978: 'All Reports produced by Navistar regarding Supply Chain and Material Shortage Issues, as needed'; Ex. 976: All Orders and Production Update reports, as needed' |
| 448 | 7/25/2022 | Email from Kerri Podewell to RVPs@Navistar.com, Jeffrey Felix, Rob Henry, cc: Paul Martin, Mark Belisle, Dan Kayser, CSAPubPri@Navistar.com re: FW: G-6562A- Blindspotter with attachment(s) | NAV00024417 | NAV00024419 | No | GLS Plaintiffs' Preliminary Exhibit List (Oct. 22, 2024), Ex. 978: 'All Reports produced by Navistar regarding Supply Chain and Material Shortage Issues, as needed' |

| Exhibit No. | Exhibit Date | Document Description | Bates (Begin) | Bates (End) | On Other List? | Navistar Asserted Good Cause |
|---|---|---|---|---|---|---|
| 449 | 10/19/2022 | Email from Dan Kayser to Jeffrey Felix, Carl Webb re: Navistar Radar Analysis - ATA Discussion Request | NAV00101577 | NAV00101580 | No | GLS Plaintiffs' Preliminary Exhibit List (Oct. 22, 2024), Ex. 978: 'All Reports produced by Navistar regarding Supply Chain and Material Shortage Issues, as needed'; Ex. 976: All Orders and Production Update reports, as needed' |
| 451 | 3/28/2022 | Email from David Brown to Maria Averhart, Kat Burm, Mark Belisle, Dan Kayser, cc: Carl Webb, Wayne Harvey re: A26 overslot 03/28/2022 | NAV00082693 | NAV00082694 | No | GLS Plaintiffs' Preliminary Exhibit List (Oct. 22, 2024), Ex. 984: 'All Slotting Reports produced by Navistar, as needed'; Ex. 976: All Orders and Production Update reports, as |
| 452 | 3/29/2022 | Email from Jim Lollis to Sean Carmichael, cc: Dan Simnick re: PAM - 2023 LT SLEEPER A26 vs X15 | NAV00018689 | NAV00018691 | No | GLS Plaintiffs' Preliminary Exhibit List (Oct. 22, 2024), Ex. 984: 'All Slotting Reports produced by Navistar, as needed'; Ex. 976: All Orders and Production Update reports, as needed' |
| 460 | 2/13/2022 | Email from Maria Averhart to Jim Lollis, Ana Marroquin, Clark Martin, Cory Bacon, cc: CRCAnaylsts-SAP@Navistar.com, CRCAnaylsts-EAP@Navistar.com, Christy Guerrero Cavazos, Wayne Harvey, Sean Carmichael, Dustin Taylor re: CENTRAL AND UNIVERSAL ORDER STSATUS 2-8-22 | NAV00016012 | NAV00016013 | No | Further email chain to GLS Plaintiffs' Preliminary Exhibit List (Oct. 22, 2024), Ex. 692, Deposition Exhibit 56, Deposition Exhibit 45, and Deposition Exhibit 59 |
| 483 | 2/13/2023 | Email from Maria Averhart to Olawale Akinosho, Sean Carmichael, Chas Voyles, David Brown, Gary Swicegood, cc: Clark Martin, Kyle Clevinger, Leonard Richards, Tyler Klosterman, Tyson Richardson, Steven Hursh, Bradley May, Demi O'Brien re: SW REGION ALLOCATION AND ORDER-BOARD ALIGNMENT with attachment(s) | NAV00028412 | NAV00028416 | No | GLS Plaintiffs' Preliminary Exhibit List (Oct. 22, 2024), Ex. 984: 'All Slotting Reports produced by Navistar, as needed'; Ex. 976: All Orders and Production Update reports, as needed' |
| 485 | 1/11/2022 | Email from Maria Averhart to Steve Gilligan, Kerri Podewell, Beth Haseman, Kevin O'Brien, Cindy Cloud, cc: Chester Ciesielski, Alma James re: Fusion prewire, G-letter draft | NAV00067204 | NAV00067206 | No | GLS Plaintiffs' Preliminary Exhibit List (Oct. 22, 2024), Ex. 978: 'All Reports produced by Navistar regarding Supply Chain and Material Shortage Issues, as needed' |
| 486 | 2/14/2022 | Email from Chester Ciesielski to Maria Averhart re: Manufacturing Update 02/14/2022 | NAV00074805 | NAV00074806 | No | GLS Plaintiffs' Preliminary Exhibit List (Oct. 22, 2024), Ex. 978: 'All Reports produced by Navistar regarding Supply Chain and Material Shortage Issues, as needed'; GLS Plaintiffs' Preliminary Exhibit List (Oct. 22, 2024), Ex. 984: 'All Slotting Reports produced by Navistar, as needed'; Ex. 976: All Orders and Production Update reports, as needed' |

| Exhibit No. | Exhibit Date | Document Description | Bates (Begin) | Bates (End) | On Other List? | Navistar Asserted Good Cause |
|---|---|---|---|---|---|---|
| 488 | 5/4/2022 | Email from Clark Martin to Maria Averhart, Cindy Cloud, Ellen Mahaffey, Kerri Podewell, Olawale Akinosho, Sean Carmichael, Beth Haseman, Brian O'Neill, Richad Voy, Nancy Flores, cc: Daniel Simnick, Jennifer Wilson re: Central/Universal/Pam orders for CY22 | NAV00087765 | NAV00087769 | No | GLS Plaintiffs' Preliminary Exhibit List (Oct. 22, 2024), Ex. 976: All Orders and Production Update reports, as needed' |
| 489 | 11/2/2022 | Email from David Brown to Olawale Akinosho, Sean Carmichael, Teresa Perez, Clark Martin, CRCAnalysts-EAP@Navistar.com | NAV00102972 | NAV00102974 | No | GLS Plaintiffs' Preliminary Exhibit List (Oct. 22, 2024), Ex. 984: 'All Slotting Reports produced by Navistar, as needed'; Ex. 976: All Orders and Production Update reports, as |
| 490 | 5/12/2023 | Email from Olawale Akinosho to Sean Carmichael, Demi O'Brien, Chas Voyles, Adrienne Ivsan, Hayes Atwood, Daniel Watson, Douglas Laursen, Ian Honauer re: 2000 Holds due to Bendix Software Reflash with attachment(s) | NAV00114210 | NAV00114212 | No | GLS Plaintiffs' Preliminary Exhibit List (Oct. 22, 2024), Ex. 978: 'All Reports produced by Navistar regarding Supply Chain and Material Shortage Issues, as needed' |
| 492 | 8/4/2022 | Email from Olawale Akinosho to Douglas Laursen, Jim Lollis, cc: Sean Carmichael re: CENTRAL PAM UNIVERSAL FOLLOW UP ITEMS with attachment(s) | ALLEGIANCE00005813 | ALLEGIANCE00005818 | No | Not produced by GLS; See Navistar's Portion of Joint Memorandum |
| 502 | 3/29/2023 | Email from Holly Stein to Kat Burm, Brigitte Buthman, cc :David Brown re: SDP 5 BENDIX and OMIT potential with attachment(s) | NAV00133531 | NAV00133533 | No | GLS Plaintiffs' Preliminary Exhibit List (Oct. 22, 2024), Ex. 978: 'All Reports produced by Navistar regarding Supply Chain and Material Shortage Issues, as needed' |
| 513 | 1/13/2022 | International Letter # G-3469, Bendix Wingman Fusion Prewire Now Available as Radar Supply Constraints Impact Production | NAV00067946 | NAV00067949 | No | GLS Plaintiffs' Preliminary Exhibit List (Oct. 22, 2024), Ex. 978: 'All Reports produced by Navistar regarding Supply Chain and Material Shortage Issues, as needed' |
| 514 | 1/25/2022 | Email from Maria Averhart to Alexis Contreras, Clark Martin, Roberto Lozano, Nancy Flores, Carl Webb, Alejandro Flores re: Pre-wire Wingman fusion with attachment(s) | NAV00070762 | NAV00070772 | No | GLS Plaintiffs' Preliminary Exhibit List (Oct. 22, 2024), Ex. 978: 'All Reports produced by Navistar regarding Supply Chain and Material Shortage Issues, as needed' |
| 515 | 3/23/2022 | International Letter # DYK-99-101105-A, Supply Chain - Backlog April 2022 update | NAV00085844 | NAV00085845 | No | GLS Plaintiffs' Preliminary Exhibit List (Oct. 22, 2024), Ex. 978: 'All Reports produced by Navistar regarding Supply Chain and Material Shortage Issues, as needed' |
| 516 | 3/23/2022 | International Letter # DYK-99-101105-B, Supply Chain - Backlog May 2022 update | NAV00088323 | NAV00088324 | No | GLS Plaintiffs' Preliminary Exhibit List (Oct. 22, 2024), Ex. 978: 'All Reports produced by Navistar regarding Supply Chain and Material Shortage Issues, as needed' |

| Exhibit No. | Exhibit Date | Document Description | Bates (Begin) | Bates (End) | On Other List? | Navistar Asserted Good Cause |
|---|---|---|---|---|---|---|
| 517 | 7/19/2026 | Email from Olawale Akinosho to Sean Carmichael, Demi O'Brien, Matthew Wray, Daniel Watson, Daniel Arnott, Andrew Garcia, Ian Honauer, Douglas Laursen, Robert Cone, Daniel Hill, Randy Jones re: FW: G-6545 (BENDIX WINGMAN FUSION OR ADVANCED NOW AVAILABLE) and G-6567 (SDP OMIT) Questions with attachment(s) | NAV00023966 | NAV00023971 | No | GLS Plaintiffs' Preliminary Exhibit List (Oct. 22, 2024), Ex. 978: 'All Reports produced by Navistar regarding Supply Chain and Material Shortage Issues, as needed'; Ex. 976: All Orders and Production Update reports, as needed' |
| 518 | 7/25/2022 | Email from Kat Burm to Adam Lesho, Dan Simnick re: FW: ACTION NEEDED BY 7/28: Side Radar Pre-wire with attachment(s) | NAV00024420 | NAV00024425 | No | GLS Plaintiffs' Preliminary Exhibit List (Oct. 22, 2024), Ex. 978: 'All Reports produced by Navistar regarding Supply Chain and Material Shortage Issues, as needed' |
| 519 | 2/13/2023 | Email from David Brown to Roman Lewinsky re: FW: Dealer Portal Communication - GCE-99-101314-B  - Program Update with attachment(s) | NAV00133489 | NAV00133494 | No | GLS Plaintiffs' Preliminary Exhibit List (Oct. 22, 2024), Ex. 978: 'All Reports produced by Navistar regarding Supply Chain and Material Shortage Issues, as needed' |
| 523 | 6/6/2022 | Email from Tony Stinsa to Carol Menditto re: WBU 10 - 6.6.22 - ABBREV.pptx with attachment(s) | NAV00022630 | NAV00022672 | No | GLS Plaintiffs' Preliminary Exhibit List (Oct. 22, 2024), Ex. 982: 'All Weekly Op Review reports produced by Navistar, as needed'; Ex. 976: 'All Orders and Production Update reports, as needed'; Ex. 977: 'All Sales Production Forecast Reports produced by Navistar, as needed'; Ex. 978: 'All Reports produced by Navistar regarding Supply Chain and Material Shortage Issues, as needed' |
| 538 | 6/6/2022 | Email from Paul Martin to Tony Stinsa re: WBU with attachment(s) | NAV00022359 | NAV00022401 | No | GLS Plaintiffs' Preliminary Exhibit List (Oct. 22, 2024), Ex. 982: 'All Weekly Op Review reports produced by Navistar, as needed'; Ex. 976: 'All Orders and Production Update reports, as needed'; Ex. 977: 'All Sales Production Forecast Reports produced by Navistar, as needed'; Ex. 978: 'All Reports produced by Navistar regarding Supply Chain and Material Shortage Issues, as needed' |

| Exhibit No. | Exhibit Date | Document Description | Bates (Begin) | Bates (End) | On Other List? | Navistar Asserted Good Cause |
|---|---|---|---|---|---|---|
| 541 | 3/18/2022 | Email from Dan Kayser to Rob Henry, Jeffrey Felix, Kat Burm re: FW: Weekly Sales Review - 3/18/22 with attachment(s) | NAV00080666 | NAV00080694 | No | GLS Plaintiffs' Preliminary Exhibit List (Oct. 22, 2024), Ex. 982: 'All Weekly Op Review reports produced by Navistar, as needed'; Ex. 976: 'All Orders and Production Update reports, as needed'; Ex. 977: 'All Sales Production Forecast Reports produced by Navistar, as needed'; Ex. 978: 'All Reports produced by Navistar regarding Supply Chain and Material Shortage Issues, as needed' |
| 544 | 6/13/2022 | Email from Paul Martin to Adrianne Pryer re: Deck with attachment(s) | NAV00091288 | NAV00091346 | No | GLS Plaintiffs' Preliminary Exhibit List (Oct. 22, 2024), Ex. 982: 'All Weekly Op Review reports produced by Navistar, as needed'; Ex. 976: 'All Orders and Production Update reports, as needed'; Ex. 977: 'All Sales Production Forecast Reports produced by Navistar, as needed'; Ex. 978: 'All Reports produced by Navistar regarding Supply Chain and Material Shortage Issues, as needed' |
| 545 | 7/18/2022 | Email from Paul Martin to Adrianne Pryer, et al. re: Weekly Business Update \| F&A and IACC L8s with attachment(s) | NAV00095439 | NAV00095460 | No | GLS Plaintiffs' Preliminary Exhibit List (Oct. 22, 2024), Ex. 982: 'All Weekly Op Review reports produced by Navistar, as needed'; Ex. 976: 'All Orders and Production Update reports, as needed'; Ex. 977: 'All Sales Production Forecast Reports produced by Navistar, as needed'; Ex. 978: 'All Reports produced by Navistar regarding Supply Chain and Material Shortage Issues, as needed' |
| 578 | 1/14/2022 | Emal from Kelsey Mahay to David Brown re: FW: Production crisis 'War Room' with attachment(s) | NAV00132641 | NAV00132654 | No | Slide deck related to Ex. 656 on GLS Plaintiffs' Preliminary Exhibit List (Oct. 22, 2024); GLS Plaintiffs' Preliminary Exhibit List (Oct. 22, 2024), Ex. 978: 'All Reports produced by Navistar regarding Supply Chain and Material Shortage Issues, as needed' |
| 582 | 11/28/2022 | Email from Sean Carmichael to Tony Stinsa, cc: Kerri Podewell, Kevin O'Brien, Olawale Akinosho, Josh Adams, Teri Jones, Osvaldas Katilius, Brock Frederick re: Central Transport 2018 Trades on No Trade Agreement- First Right of Refusal | NAV00027799 | NAV00027802 | No | Related email chain to Deposition Exhibit 108 and GLS Plaintiffs' Preliminary Exhibit List (Oct. 22, 2024), Ex. 525 |