# Exhibit B

**Plaintiffs' Exhibit Spreadsheet for Joint Memorandum
Regarding Objections to Exhibits**

| Exhibit No. | Date | Description | Bates Number | Plaintiffs' Response to Defendant's Good Cause Objection |
|---|---|---|---|---|
| P-10 | 2/23/2021 | Email Re: Item 10590893: Your Item is pending sale | GLSN-0000579 | No good cause issue because this document was a deposition exhibit (D-51) |
| P-36 | 8/27/2021 | Email/Attachment Fwd: ACTION ITEM - allocation of remaining orders | NAV00051496 - 00051498 | No good cause issue because this document was a deposition exhibit (P-119) |
| P-52 | 11/11/2021 | CSA/CCO Meeting Minutes | NAV00061168 - 00061177 | No good cause issue because this document was a deposition exhibit (P-298) |
| P-68 | 12/16/2021 | Email Re: Sysco needs pull up | NAV00132595 | No good cause issue because this document was a deposition exhibit (P-226) |
| P-83 | 1/25/2022 | Email/Attachment Re: War Room: Bendix Fusion Supply Shortage Task Force Attachment: Bendix Changes 01.25.2022.pdf | NAV00070744 | No good cause issue because the attachment was a deposition exhibit (P-270) |
| P-104 | 2/23/2022 | Email Re: Navistar Updated Cover Letter Central 2022 0223 | GLSN-0000062 - 0000066 | No good cause issue because this document was identified on Plaintiffs' preliminary exhibit list and was a deposition exhibit (D-24) |
| P-111 | 3/2/2022 | Email/Attachment Re: Weekly Orders Meeting Presentation - 03/02/2022 Attachment: Orders Production and Pricing 03-02-22.pdf | NAV00077538 - 00077540 | No good cause issue because this document was a deposition exhibit (P-283) |
| P-122 | 3/30/2022 | Email/Attachment Re: New Truck Strategy - meeting notes Attachments (2): Mark-Dan-Paul Connect - NOTES.xlsx; CY22 Cornerstone Customers - Feedback v3.xlsx | NAV00133056 - 00133058 | No good cause issue because this document was a deposition exhibit (P-216) |
| P-139 | 5/24/2022 | Email/Attachments Re: SW OB Attachments (3): SW OB_CY22-24_5.24.22.xlsx; SW slot-build vs. plan_5.24.22 - CY22 only.xlsx; SW slot-build vs. plan_5.24.22 - CY23 only.xlsx | NAV00021385 - 000021388 | No good cause issue because this document was identified on Plaintiffs' preliminary exhibit list and was a deposition exhibit (P-134) |
| P-141 | 5/26/2022 | Email Re: CENTRAL AND UNIVERSAL DELIVERY VINS | LOLL-0000063 | No good cause issue because this document is entirely encompassed in a longer email chain that was identified on Plaintiffs' preliminary exhibit list and used as a deposition exhibit (P-61) |
| P-162 | 12/1/2023 | Email & Attachment Re: 2023 INT TRACKER NEW 1-11-2023.xlsx | GLSN-0002913 - 0002914 | This is the final version of a monthly record that the parties referred to throughout this litigation |
| P-164a | 12/9/2022 | Communications regarding potential sale of MY 2018 tractors with 7 E Sales. | GLSN-0001665 – 0001667 | No good cause issue because this document was identified on Plaintiffs' preliminary exhibit list |
| P-164b | 1/19/2023 | Communications regarding potential sale of MY 2018 tractors with 7 E Sales. | GLSN-0001706 – 0001709 | No good cause issue because this document was identified on Plaintiffs' preliminary exhibit list |
| P-164c | 1/22/2023 | Communications regarding potential sale of MY 2018 tractors with 7 E Sales. | GLSN-0001718 – 0001720 | No good cause issue because this document was identified on Plaintiffs' preliminary exhibit list |
| P-164d | 5/11/2023 | Communications regarding potential sale of MY 2018 tractors with 7 E Sales. | GLSN-0013623 – 0013632 | No good cause issue because they are part of a series of communications with potential buyers and Plaintiffs previously identified other communications with these buyers |
| P-164e | 5/25/2023 | Communications regarding potential sale of MY 2018 tractors with 7 E Sales. | GLSN-0001969 | No good cause issue because this document was identified on Plaintiffs' preliminary exhibit list |
| P-164f | 8/14/2023 | Communications regarding potential sale of MY 2018 tractors with 7 E Sales. | GLSN-0002259 | No good cause issue because this document was identified on Plaintiffs' preliminary exhibit list |
| P-166a | 2/7/2022 | Communications regarding potential sale of MY 2018 tractors with Allegiance Truck | GLSN-0012545 | No good cause issue because they are part of a series of communications with potential buyers and Plaintiffs previously identified other communications with these buyers |

| Exhibit No. | Date | Description | Bates Number | Plaintiffs' Response to Defendant's Good Cause Objection |
|---|---|---|---|---|
| P-166b | 2/10/2022 | Communications regarding potential sale of MY 2018 tractors with Allegiance Trucks | GLSN-0002775 | No good cause issue because they are part of a series of communications with potential buyers and Plaintiffs previously identified other communications with these buyers |
| P-166c | 3/15/2022 | Communications regarding potential sale of MY 2018 tractors with Allegiance Trucks | GLSN-0012574 | No good cause issue because they are part of a series of communications with potential buyers and Plaintiffs previously identified other communications with these buyers |
| P-166d | 3/17/2022 | Communications regarding potential sale of MY 2018 tractors with Allegiance Trucks | GLSN-0012576 | No good cause issue because they are part of a series of communications with potential buyers and Plaintiffs previously identified other communications with these buyers |
| P-166e | 11/19/2022 | Communications regarding potential sale of MY 2018 tractors with Allegiance Trucks | GLSN-0001635 | No good cause issue because this document was identified on Plaintiffs' preliminary exhibit list |
| P-168a | 7/19/2022 | Communications regarding potential sale of MY 2018 tractors with Internal. | GLSN-0013565 - 0013577 | No good cause issue because they are part of a series of communications with potential buyers and Plaintiffs previously identified other communications with these buyers |
| P-168b | 12/1/2022 | Communications regarding potential sale of MY 2018 tractors with Internal. | GLSN-0001650 | No good cause issue because this document was identified on Plaintiffs' preliminary exhibit list |
| P-168c | 5/17/2023 | Communications regarding potential sale of MY 2018 tractors with Internal. | GLSN-0001941 - 0001942 | No good cause issue because this document was identified on Plaintiffs' preliminary exhibit list |
| P-169a | 2/14/2022 | Communications regarding potential sale of MY 2018 tractors with Navistar. | GLSN-0012551 | No good cause issue because they are part of a series of communications with potential buyers and Plaintiffs previously identified other communications with these buyers |
| P-169b | 3/23/2022 | Communications regarding potential sale of MY 2018 tractors with Navistar. | GLSN-0012580 | No good cause issue because they are part of a series of communications with potential buyers and Plaintiffs previously identified other communications with these buyers |
| P-169c | 10/7/2022 | Communications regarding potential sale of MY 2018 tractors with Navistar. | GLSN-0001615 - 0001617 | No good cause issue because this document was identified on Plaintiffs' preliminary exhibit list |
| P-169d | 11/11/2022 | Communications regarding potential sale of MY 2018 tractors with Navistar. | GLSN-0001633 | No good cause issue because this document was identified on Plaintiffs' preliminary exhibit list |
| P-169e | 11/23/2022 | Communications regarding potential sale of MY 2018 tractors with Navistar. | NAV00027748 | No good cause issue because this document was identified on Plaintiffs' preliminary exhibit list and was a deposition exhibit (P-108) |
| P-169f | 11/28/2022 | Communications regarding potential sale of MY 2018 tractors with Navistar. | GLSN-0001639 | No good cause issue because this document was identified on Plaintiffs' preliminary exhibit list |
| P-169g | 12/9/2022 | Communications regarding potential sale of MY 2018 tractors with Navistar. | GLSN-0001674 | No good cause issue because this document was identified on Plaintiffs' preliminary exhibit list |
| P-169h | 12/19/2022 | Communications regarding potential sale of MY 2018 tractors with Navistar. | GLSN-0001694 | No good cause issue because this document was identified on Plaintiffs' preliminary exhibit list |
| P-169i | 6/6/2023 | Communications regarding potential sale of MY 2018 tractors with Navistar. | GLSN-0002052 - 0002053 | No good cause issue because this document was identified on Plaintiffs' preliminary exhibit list |
| P-170a | 12/11/2021 | Communications regarding potential sale of MY 2018 tractors to Truck Planet/Iron Planet/Ritchie Bros. | GLSN-0000756 | No good cause issue because this document was identified on Plaintiffs' preliminary exhibit list |
| P-170b | 12/11/2021 | Communications regarding potential sale of MY 2018 tractors to Truck Planet/Iron Planet/Ritchie Bros. | GLSN-0000757 | No good cause issue because this document was identified on Plaintiffs' preliminary exhibit list |

| Exhibit No. | Date | Description | Bates Number | Plaintiffs' Response to Defendant's Good Cause Objection |
|---|---|---|---|---|
| P-170c | 2/10/2023 | Communications regarding potential sale of MY 2018 tractors to Truck Planet/Iron Planet/Ritchie Bros. | GLSN-0001723 | No good cause issue because this document was identified on Plaintiffs' preliminary exhibit list |
| P-170d | 3/22/2023 | Communications regarding potential sale of MY 2018 tractors to Truck Planet/Iron Planet/Ritchie Bros. | GLSN-0001799 - 0001801 | No good cause issue because this document was identified on Plaintiffs' preliminary exhibit list |
| P-170e | 4/4/2023 | Communications regarding potential sale of MY 2018 tractors to Truck Planet/Iron Planet/Ritchie Bros. | GLSN-0001821 - 0001822 | No good cause issue because this document was identified on Plaintiffs' preliminary exhibit list |
| P-170f | 4/21/2023 | Communications regarding potential sale of MY 2018 tractors to Truck Planet/Iron Planet/Ritchie Bros. | GLSN-0001873 | No good cause issue because this document was identified on Plaintiffs' preliminary exhibit list |
| P-170g | 4/26/2023 | Communications regarding potential sale of MY 2018 tractors to Truck Planet/Iron Planet/Ritchie Bros. | GLSN-0001880 - 0001881 | No good cause issue because this document was identified on Plaintiffs' preliminary exhibit list |
| P-170h | 7/2/2023 | Communications regarding potential sale of MY 2018 tractors to Truck Planet/Iron Planet/Ritchie Bros. | GLSN-0001881 | No good cause issue because this document was identified on Plaintiffs' preliminary exhibit list |
| P-170i | 7/6/2023 | Communications regarding potential sale of MY 2018 tractors to Truck Planet/Iron Planet/Ritchie Bros. | GLSN-0002229 | No good cause issue because this document was identified on Plaintiffs' preliminary exhibit list |
| P-170j | 8/24/2023 | Communications regarding potential sale of MY 2018 tractors to Truck Planet/Iron Planet/Ritchie Bros. | GLSN-0002277 | No good cause issue because this document was identified on Plaintiffs' preliminary exhibit list |
| P-170k | 8/28/2023 | Communications regarding potential sale of MY 2018 tractors to Truck Planet/Iron Planet/Ritchie Bros. | GLSN-0002308 | No good cause issue because this document was identified on Plaintiffs' preliminary exhibit list |
| P-170l | 9/15/2023 | Communications regarding potential sale of MY 2018 tractors to Truck Planet/Iron Planet/Ritchie Bros. | GLSN-0013739 | No good cause issue because they are part of a series of communications with potential buyers and Plaintiffs previously identified other communications with these buyers |
| P-170m | 11/4/2023 | Communications regarding potential sale of MY 2018 tractors to Truck Planet/Iron Planet/Ritchie Bros. | GLSN-0002466 - 0002467 | No good cause issue because this document was identified on Plaintiffs' preliminary exhibit list |
| P-170n | 11/21/2023 | Communications regarding potential sale of MY 2018 tractors to Truck Planet/Iron Planet/Ritchie Bros. | GLSN-0002483 | No good cause issue because this document was identified on Plaintiffs' preliminary exhibit list |
| P-170o | 11/29/2023 | Communications regarding potential sale of MY 2018 tractors to Truck Planet/Iron Planet/Ritchie Bros. | GLSN-0002499 | No good cause issue because this document was identified on Plaintiffs' preliminary exhibit list |
| P-170p | 12/1/2023 | Communications regarding potential sale of MY 2018 tractors to Truck Planet/Iron Planet/Ritchie Bros. | GLSN-0012248 | No good cause issue because they are part of a series of communications with potential buyers and Plaintiffs previously identified other communications with these buyers |
| P-170q | 12/2/2023 | Communications regarding potential sale of MY 2018 tractors to Truck Planet/Iron Planet/Ritchie Bros. | GLSN-0002502 | No good cause issue because this document was identified on Plaintiffs' preliminary exhibit list |
| P-170r | 12/8/2023 | Communications regarding potential sale of MY 2018 tractors to Truck Planet/Iron Planet/Ritchie Bros. | GLSN-0002506 - 0002507 | No good cause issue because this document was identified on Plaintiffs' preliminary exhibit list |
| P-170s | 12/9/2023 | Communications regarding potential sale of MY 2018 tractors to Truck Planet/Iron Planet/Ritchie Bros. | GLSN-0002514 | No good cause issue because this document was identified on Plaintiffs' preliminary exhibit list |
| P-170t | 12/9/2023 | Communications regarding potential sale of MY 2018 tractors to Truck Planet/Iron Planet/Ritchie Bros. | GLSN-0002516 | No good cause issue because this document was identified on Plaintiffs' preliminary exhibit list |
| P-170u | 12/13/2023 | Communications regarding potential sale of MY 2018 tractors to Truck Planet/Iron Planet/Ritchie Bros. | GLSN-0002519 | No good cause issue because this document was identified on Plaintiffs' preliminary exhibit list |
| P-170v | 12/23/2023 | Communications regarding potential sale of MY 2018 tractors to Truck Planet/Iron Planet/Ritchie Bros. | GLSN-0002547 | No good cause issue because this document was identified on Plaintiffs' preliminary exhibit list |
| P-170w | 1/30/2024 | Communications regarding potential sale of MY 2018 tractors to Truck Planet/Iron Planet/Ritchie Bros. | GLSN-0002576 | No good cause issue because this document was identified on Plaintiffs' preliminary exhibit list |

| Exhibit No. | Date | Description | Bates Number | Plaintiffs' Response to Defendant's Good Cause Objection |
|---|---|---|---|---|
| P-172a | 3/11/2022 | Communications regarding potential sale of MY 2018 tractors with The Trailer Connection, Inc. | GLSN-0016488 | No good cause issue because they are part of a series of communications with potential buyers and Plaintiffs previously identified other communications with these buyers |
| P-172b | 3/14/2022 | Communications regarding potential sale of MY 2018 tractors with The Trailer Connection, Inc. | GLSN-0016489 | No good cause issue because they are part of a series of communications with potential buyers and Plaintiffs previously identified other communications with these buyers |
| P-172c | 3/15/2022 | Communications regarding potential sale of MY 2018 tractors with The Trailer Connection, Inc. | GLSN-0016493 | No good cause issue because they are part of a series of communications with potential buyers and Plaintiffs previously identified other communications with these buyers |
| P-172d | 3/21/2022 | Communications regarding potential sale of MY 2018 tractors with The Trailer Connection, Inc. | GLSN-0016494 | No good cause issue because they are part of a series of communications with potential buyers and Plaintiffs previously identified other communications with these buyers |
| P-172e | 3/21/2022 | Communications regarding potential sale of MY 2018 tractors with The Trailer Connection, Inc. | GLSN-0001107 - 0001108 | No good cause issue because this document was identified on Plaintiffs' preliminary exhibit list |
| P-172f | 3/21/2022 | Communications regarding potential sale of MY 2018 tractors with The Trailer Connection, Inc. | GLSN-0016495 | No good cause issue because they are part of a series of communications with potential buyers and Plaintiffs previously identified other communications with these buyers |
| P-172g | 3/21/2022 | Communications regarding potential sale of MY 2018 tractors with The Trailer Connection, Inc. | GLSN-0016499 | No good cause issue because they are part of a series of communications with potential buyers and Plaintiffs previously identified other communications with these buyers |
| P-172h | 5/9/2022 | Communications regarding potential sale of MY 2018 tractors with The Trailer Connection, Inc. | GLSN-0016510 | No good cause issue because they are part of a series of communications with potential buyers and Plaintiffs previously identified other communications with these buyers |
| P-172i | 5/27/2022 | Communications regarding potential sale of MY 2018 tractors with The Trailer Connection, Inc. | GLSN-0016511 | No good cause issue because they are part of a series of communications with potential buyers and Plaintiffs previously identified other communications with these buyers |
| P-174a | 2/7/2022 | Communications regarding potential sale of MY 2018 tractors with Multiple Parties. | GLSN-0000969 | No good cause issue because this document was identified on Plaintiffs' preliminary exhibit list |
| P-174b | 5/9/2022 | Communications regarding potential sale of MY 2018 tractors with Multiple Parties. | GLSN-0001403 | No good cause issue because this document was identified on Plaintiffs' preliminary exhibit list |
| P-174c | 9/27/2022 | Communications regarding potential sale of MY 2018 tractors with Multiple Parties. | GLSN-0001602 | No good cause issue because this document was identified on Plaintiffs' preliminary exhibit list |
| P-174d | 5/11/2023 | Communications regarding potential sale of MY 2018 tractors with Multiple Parties. | GLSN-0013607 | No good cause issue because they are part of a series of communications with potential buyers and Plaintiffs previously identified other communications with these buyers |
| P-174e | 5/16/2023 | Communications regarding potential sale of MY 2018 tractors with Multiple Parties. | GLSN-0013652 - 0013662 | No good cause issue because they are part of a series of communications with potential buyers and Plaintiffs previously identified other communications with these buyers |

| Exhibit No. | Date | Description | Bates Number | Plaintiffs' Response to Defendant's Good Cause Objection |
|---|---|---|---|---|
| P-174f | 9/27/2022 | Communications regarding potential sale of MY 2018 tractors with Multiple Parties. | GLSN-0013637 | No good cause issue because they are part of a series of communications with potential buyers and Plaintiffs previously identified other communications with these buyers |
| P-174g | 8/28/2023 | Communications regarding potential sale of MY 2018 tractors with Multiple Parties. | GLSN-0002297 - 0002298 | No good cause issue because this document was identified on Plaintiffs' preliminary exhibit list |
| P-174h | 9/27/2022 | Communications regarding potential sale of MY 2018 tractors with Multiple Parties. | GLSN-0002310 - 0002312 | No good cause issue because this document was identified on Plaintiffs' preliminary exhibit list |
| P-174i | 9/27/2022 | Communications regarding potential sale of MY 2018 tractors with Multiple Parties. | GLSN-0002313 - 0002412 | No good cause issue because this document was identified on Plaintiffs' preliminary exhibit list |
| P-174j | 9/27/2022 | Communications regarding potential sale of MY 2018 tractors with Multiple Parties. | GLSN-0002477 - 0002478 | No good cause issue because this document was identified on Plaintiffs' preliminary exhibit list |
| P-175a | Various | Sales of the 630 MY2018 tractors and supporting documents (invoices) | GLSN-0002627_C | No good cause issue because this document was identified on Plaintiffs' preliminary exhibit list and was a deposition exhibit (D-66) |
| P-175b | Various | Sales of the 630 MY2018 tractors and supporting documents (invoices) | GLSN-0016451_B | No good cause issue because this is supporting documentation for the sales summary relied upon by both experts and it reflects sales that occurred after the deadline for preliminary exhibit lists |
| P-175c | Various | Sales of the 630 MY2018 tractors and supporting documents (invoices) | GLSN-0002628 - 0002716 | No good cause issue because this document was identified on Plaintiffs' preliminary exhibit list and was a deposition exhibit (D-50) |
| P-175d | Various | Sales of the 630 MY2018 tractors and supporting documents (invoices) | GLSN-0013754 - 0013834 | No good cause issue because this is supporting documentation for the sales summary relied upon by both experts and it reflects sales that occurred after the deadline for preliminary exhibit lists |
| P-175e | Various | Sales of the 630 MY2018 tractors and supporting documents (invoices) | GLSN-0016449 - 0016469 | No good cause issue because this is supporting documentation for the sales summary relied upon by both experts and it reflects sales that occurred after the deadline for preliminary exhibit lists |
| P-175f | Various | Sales of the 630 MY2018 tractors and supporting documents (invoices) | GLSN-0016516 - 0016603 | No good cause issue because this is supporting documentation for the sales summary relied upon by both experts and it reflects sales that occurred after the deadline for preliminary exhibit lists |
| P-184 | 7/15/2022 | Email Re: Central/Universal and PAM Transportation SPA adjustments needed | NAV00023506 | No good cause issue because this document was a deposition exhibit (P-320) |
| P-187a | 2/5/2024 | Navistar's Answers to Plaintiffs' 1st Set of Interrogatories | | No good cause issue because this document was identified on Plaintiffs' preliminary exhibit list |
| P-187b | 2/5/2024 | Navistar's Responses to Plaintiffs' 1st Set of RFPs | | |
| P-187c | 8/2/2024 | Navistar's Answers to Plaintiffs' 2nd Set of Interrogatories | | No good cause issue because this document was identified on Plaintiffs' preliminary exhibit list |
| P-187d | 8/2/2024 | Navistar's Responses and Objections to Plaintiffs' Second Requests for Production of Documents | | |
| P-187e | 9/23/2024 | Navistar's First Supplemental Answers and Objections to GLS Leasco, Inc.'s Second Set of Interrogatories | | No good cause issue because this document was identified on Plaintiffs' preliminary exhibit list |
| P-187f | 11/22/2024 | Navistar's Answers to Plaintiffs' 3rd Set of Interrogatories | | No good cause issue because this document was identified on Plaintiffs' preliminary exhibit list |
| P-187g | 11/22/2024 | Navistar's Responses to Plaintiffs' 3rd Set of Requests for Production of Documents | | |

| Exhibit No. | Date | Description | Bates Number | Plaintiffs' Response to Defendant's Good Cause Objection |
|---|---|---|---|---|
| P-187h | 11/26/2024 | Navistar's Verification for Third Set of Discovery Responses | | No good cause issue because this document was identified on Plaintiffs' preliminary exhibit list |
| P-187i | 12/10/2025 | Navistar's Supplemental Answers and Responses to Plaintiff's Third Set of Interrogatories and Requests | | No good cause issue because this document was identified on Plaintiffs' preliminary exhibit list |
| P-187j | 2/13/2026 | Navistar's Supplemental Answer and Objections to Plaintiff's Interrogatory 15 | | No good cause issue because this document was identified on Plaintiffs' preliminary exhibit list |
| P-215 | 4/27/2022 | Email/Attachment Re: SPA CHEATSHEET - CENTRAL/UNIVERSAL/PAM Attachment: Net Order Receipts (3).xlsx | NAV00020197 - 00020199 | No good cause issue because this document was a deposition exhibit (P-130) |
| P-218 | 2/09/2022 | Email & Attachment Re: Copy of CY2023 Fcst_Sales Production Forecase - Feb 9 2022.xlsx | NAV00132688 - 00132689 | |