**Brown — Navistar's Deposition Designations / Plaintiffs' Objections & Counter-Designations**

GENERAL OBJECTION: Navistar objects to Plaintiffs' designations and counter designations to the extent they rely upon exhibits not included in Plaintiffs final trial exhibit list or are excluded based upon Navistar's objections to the exhibit.

| # | Navistar's Designation | Plaintiffs' Objection (apart from general objection to Navistar's use, see above) | Counter-Designation | Objections to Counter-Designation |
|---|---|---|---|---|
| 1 | Page 7, lines 7-9 | None | | |
| 2 | Page 10, lines 1-12 | None | | |
| 3 | Page 11, lines 12-16 | None | | |
| 4 | Page 11:20 – Page 12:4 | None | | |
| 5 | Page 14:25 – Page 15:12 | None | | |
| 6 | Page 16, lines 21-25 | None | | |
| 7 | Page 17:22 – Page 18:10 | None | | |
| 8 | Page 19, lines 3-10 | None | | |
| 9 | Page 19, lines 22-23 | None | | |
| 10 | Page 27, lines 4-16 | None | | |
| 11 | Page 33:17 – Page 34:2 | None | | |
| 12 | Page 35, lines 1-3 | None | | |
| 13 | Page 62:24 – Page 63:17 | None | | |
| 14 | Page 64, lines 5-13 | None | | |
| 15 | Page 65, lines 10-16 | None | | |
| 16 | Page 68:18 – Page 69:11 | None | | |
| 17 | Page 78, lines 12-22 | 802 (hearsay; Brown not Navistar's party opponent); FRE 602 (speculation/lack of | 73:10-74:18 | 73:10-17, 73:22-24, Vague/Ambiguous - confusing questions; 74:1-4, Vague/Ambiguous - compound question |
| 18 | Page 86, lines 7-16 | None (on both parties' pulls) | | |
| 19 | Page 98, lines 5-11 | 802 (hearsay; Brown not Navistar's party opponent); FRE 602 (speculation/lack of | 215:2-7, 215:10-20, 218:2-7 | 215:8-9, Incomplete designation as this fails to include objections made on the record; 215:2-7, Vague/Ambiguous - confusing |
| 20 | Page 99, lines 2-9 | Hearsay (when offered by Navistar) | | |
| 21 | Page 149:4 – Page 150:12 | Hearsay (when offered by Navistar); FRE 602 (lack of personal knowledge) | 183:16–184:21 and 218:2-7 | Exhibit is objected to, if excluded then testimony on document should be excluded as well (Dep. Ex. 241, NAV00059705) |
| 22 | Page 165, lines 6-9 | 602 (lack of personal knowledge, as confirmed by text omitted by Navistar at 165:3-5) | 163:3-5 | 163:2-16, Incomplete designation, fails to include full question and answer |
| 23 | Page 167:1 – Page 168:3 | Hearsay (when offffered by Navistar)' FRE 602 (lack of personal | 166:9-25 | FRE 602 - foundation and hearsay: exhibit not on Ps exhibit list (Ex. 235, NAV00132118) |
| 24 | Page 172:5 – Page 173:17 | Hearsay (when offered by Navistar); 401/403 (testimony regarding a document witness says is irrelevant) | If not excluded in full, add 172:1-4, 173:18-174:20 | Exhibit is objected to, if excluded then testimony on document should be excluded as well (Dep. Ex. 238, NAV000132163); 173:18-174:2, FRE 602 - knowledge, witness testifying to lack of personal knowledge; 174:8-11, 174:14-19, Argumentative, Counsel misstates prior testimony |
| 25 | Page 174, lines 8-13 | Same as 24 | 173:18-174:20 | Exhibit is objected to, if excluded then testimony on document should be excluded as well (Dep. Ex. 238, NAV000132163); 173:18-174:2, FRE 602 - knowledge, witness testified to lack of personal knowledge; 174:8-11, 174:14-19, Argumentative, counsel misstates prior testimony |
| 26 | Page 175, lines 1-15 | 106 | 175:24-191:9, 191:16 | Exhibits are objected to; if excluded then testimony on document should be excluded as well (Dep. Ex. 239, NAV00059270)(Dep. Ex. 240, NAV00059355); 175:24-176:14, FRE 602 - foundation/knowledge, witness testifying that he was not copied on the original email; FRE 602 - foundation and hearsay: exhibit not on Ps exhibit list (Ex. 241, NAV00059704); 191:10-15, Incomplete designation as this fails to include objections made on the record |

| | | | | |
|---|---|---|---|---|
| 27 | Page 179:13 – Page 180:11 | Object to 180:6-11 (Hearsay when offered by Navistar; 602/403 (lack of personal knowledge/argumentative) | See above - while sequence from 175:24-191:9 should be included | Exhibits are objected to; if excluded then testimony on document should be excluded as well (Dep. Ex. 239, NAV00059270)(Dep. Ex. 240, NAV00059355); 175:24-176:14, FRE 602 - foundation/knowledge, witness testifying that he was not copied on the original email; FRE 602 - foundation and hearsay: exhibit not on Ps exhibit list (Ex. 241, NAV00059704) |
| 28 | Page 187, lines 3-23 | Incomplete - see pulls for above | See above - while sequence from 175:24-191:9 should be included | Exhibits are objected to; if excluded then testimony on document should be excluded as well (Dep. Ex. 239, NAV00059270)(Dep. Ex. 240, NAV00059355); 175:24-176:14, FRE 602 - foundation/knowledge, witness testifying that he was not copied on the original email; FRE 602 - foundation and hearsay: exhibit not on Ps exhibit list (Ex. 241, NAV00059704) |
| 29 | Page 194, lines 9-22 | None, so long as complete sequence added | 192:22-195:15 is full sequence | Exhibit is objected to, if excluded then testimony on document should be excluded as well (Dep. Ex. 242, NAV00011409) |
| 30 | Page 198, lines 18-24 | Hearsay (when offered by Navistar); FRE 602 (lack of personal knowledge) | 197:3-14, 215:16-24 and 218:2-7 | 197:3-14, FRE 602 - knowledge, witness testifying to lack of personal knowledge; 215:2-11, 215:16-24, Vague/ambiguous - confusing question, FRE 602 - knowledge, witness testifying to lack of personal knowledge |
| 31 | Page 200, lines 6-11 | Hearsay (when offered by Navistar); FRE 602 (lack of personal knowledge) | 215:2-24 | 215:2-11, 215:16-24, Argumentative, Vague/ambiguous - confusing question, FRE 602 - knowledge, witness testifying to lack of personal knowledge |
| 32 | Page 210:18 – Page 211:6 | 401/403 (irrelevant/confusing); hearsay when offered by Navistar; non-responsive. | 210:5-213:3, 214:6–215:24, 216:12-20, 218:2-7 | 210:5-14, 215:2-11, Argumentative, Vague/ambiguous - confusing question, Counsel misstates prior testimony; 215:16-24, Vague/ambiguous - confusing question, FRE 602 - knowledge, witness testifying to lack of personal knowledge |
| 33 | Page 214, lines 6-18 | None so long as the counter-designation is added; otherwise hearsay when offered by Navistar | 214:19-215:24, 218:2-7, 281:25-219:3, 219:7-13 | 215:2-11, 215:16-24, Argumentative, Vague/ambiguous - confusing question, FRE 602 - knowledge, witness testifying to lack of personal knowledge; 219:4-5, Incomplete designation as this fails to include objections made on the record |
| 34 | Page 231, lines 18-25 | None (on both parties' pulls) | | |
| 35 | Page 234:24 – Page 235:20 | Object to 235:9-20 (hearsay when offered by Navistar/FRE 602/speculation, as confirmed by 235:21-24 where he confirms he doesn't know if these alleged issues affected GLS's trucks) | 235:21-237:2 | |
| 36 | Page 250:23 – Page 251:15 | Hearsay when offered by Navistar; FRE 602 lack of personal knowledge as confirmed by 251:16-252:4; 403; Navistar's own counsel objected to form. | 251:16-252:19, 253:25-254:3 | 251:17-252:4, FRE 602 - knowledge, witness testifying to lack of personal knowledge; 252:5-11, Vague/ambiguous - confusing question, FRE 602 - knowledge |
| 37 | Page 259, lines 5-21 | None, with the additional pulls identified | 258:12-16, 259:22-261:22, 262:23-263:3, 263:11-265:25 | 260:25-261:6, Argumentative, "you're talking generalities. I'm trying to get specifics," Vague/ambiguous - confusing question; 263:20-264:8, Vague/ambiguous - confusing question; 264:21-265:4, Vague/ambiguous - confusing, compound question, FRE 602 - Knowledge, Assumes facts not in evience, Counsel misstates prior testimony |
| 38 | Page 260, lines 8-14 | See above | See above - whole sequence to 265:25 to be added | 260:25-261:6, Argumentative, "you're talking generalities. I'm trying to get specifics," Vague/ambiguous - confusing question; 263:20-264:8, Vague/ambiguous - confusing question; 264:21-265:4, Vague/ambiguous - confusing, compound question, FRE 602 - Knowledge, Assumes facts not in evience, Counsel misstates prior testimony |
| 39 | Page 315:20 – Page 317:6 | Hearsay when offered by Navistar, FRE 602 (speculation on Belisle/other dealers); 403 | 317:7-14 | 317:7-14, Vague/ambiguous - confusing, compound question |

**Podewell — Navistar's Deposition Designations / Plaintiffs' Objections & Counter-Designations**

Same General Objection as Brown.

| # | Navistar's Designation | Plaintiffs' Objection | Counter-Designation | Objections to Counter-Designation |
|---|---|---|---|---|
| 1 | Page 6, lines 9-11 | None | | |
| 2 | Page 11, lines 15-20 | None | | |
| 3 | Page 11:25 – Page 12:8 | 401/403 - not the title she held at relevant time | | |
| 4 | Page 12:22 – Page 13:13 | Object to 12:22-13:1 under 401/403 - not title/reporting structure at relevant time | | |
| 5 | Page 13:25 – Page 14:7 | None | | |
| 6 | Page 15, lines 1-16 | None | | |
| 7 | Page 18:2 – Page 19:5 | Object to 18:7-18 under 602 (per witness testimony lacks personal knowledge). No objection to the rest. | 19:6-20:18 for completeness | |
| 8 | Page 43:23 – Page 44:12 | None except incomplete/cut off - no objection with addition noted to right | 43:9-22. | Navistar objects to admissibility of document.  If objection sustained, Navistar withdraws designation.  If admitted, no objection to counter designation. |
| 9 | Page 44:19 – Page 45:24 | None except incomplete/cut off - no objection with addition noted to right | 45:25-47:1 | Navistar objects to admissibility of document.  If objection sustained, Navistar withdraws designation.  If admitted, no objection to counter designation. |
| 10 | Page 47, lines 10-16 | None | | |
| 11 | Page 65:3 – Page 66:2 | 401/403 - incomplete. Hearsay when offered by Navistar. This is colloquy about a document not otherwise part of the testimony; witness indicates lack of personal knowledge under 602 | If objection not granted in full, add 63:22-65:2 | ~~Navistar withdraws the designation.~~ |
| 12 | Page 72, lines 15-25 | None | | |
| 13 | Page 138, lines 3-25 | Object to 138:20-25 on completeness grounds; no objection if additional lines added | 139:1-12 | (1) Not responsive counter designation.  Designation is about orders and allocation, generally.  Counter designation is about a specific document and is not necessary to complete the designated testimony.  (2) 602 -- witness testifies to not having context for the email, and not understanding it without additional context. |
| 14 | Page 150:21 – Page 151:12 | Object to 151:3-12; hearsay if offered by Navistar, 602 lack of personal knowledge. | 150:16-152:12, 152:21-153:2 | **152:9-153:2**: 602, witness testified she had no knowledge of the topics of questioning (see 152:33-153:2) |
| 15 | Page 160, lines 12-21 | None except incomplete/cut off - no objection with addition noted to right | 158:9-162:11 | **150:9-15**:form, compound, vague; **160:2-8**: 602, with witness testifies she is guessing; **160:22-161:22**: 501-403, 408 (witness is asked regarding settlement agreement with another customer); **161:23-162:11**: 602 (witnes testifies she is not famliar with terms, and that she would be guessing regarding question) |
| 17 | Page 217:1 – Page 219:6 | None except incomplete/cut off - no objection with addition noted to right | 219:7-10 | No objection |

**Schmalenberg — Navistar's Deposition Designations / Plaintiffs' Objections & Counter-Designations**

Same general objection as Brown.

| # | Navistar's Designation | Plaintiffs' Objection (apart from general objection, above) | Counter-Designation (if objections not sustained in full) | Objections to Counter-Designation |
|---|---|---|---|---|
| 1 | Page 4, lines 10–13 | None | | |
| 2 | Page 15, lines 2–7 | None | | |
| 3 | Page 16:24 – Page 17:2 | None | | |
| 4 | Page 17, lines 22–23 | None | | |
| 5 | Page 18, lines 10–15 | None | | |
| 6 | Page 20, lines 12–23 | None | | |
| 7 | Page 23, lines 6–23 | None | | |
| 8 | Page 25:2 – Page 26:16 | 401/403 to extent it relates to ELC issue (see summary judgment briefing; issue taken under advisement by Court) | | |
| 9 | Page 27, lines 2–5 | FRE 602 (lack of personal knowledge/speculation) | 27:6-16, 28:2-5 | |
| 10 | Page 28, lines 6–17 | 401/403 re: ELC issue (see above) | | |
| 11 | Page 33, lines 14–25 | 401/403. PAM not a party; description of its business irrelevant/waste of time | | |
| 12 | Page 34:14 – Page 35:13 | Relevance (401/402) (public nature of company irrelevant); unfair prejudice and confusion (403) (implies deep pockets/doesn't need verdict in favor); FRE 602 (witness "not aware") | | |
| 13 | Page 36, lines 10–24 | None | | |
| 14 | Page 37, lines 1–6 | 401/403 - leases by Universal (as opposed to used truck purchases) irrelevant/time wasting/confusing | | |
| 15 | Page 38, lines 13–25 | None | | |
| 16 | Page 39, lines 16–24 | 403 (cumulative/asked and answered) | | |
| 17 | Page 43:2 – Page 44:3 | Form objection as raised. 401/403 on lease revenue issue (see MIL) | | |
| 18 | Page 45, lines 2–5 | 602 (lack of foundation/speculation) | | |
| 19 | Page 45, lines 16–22 | None | | |
| 20 | Page 49, lines 3–17 | 401/403 (see objection to cut #17) | | |
| 21 | Page 54:10 – Page 55:2 | 401/403 (see objection to cut #17) | | |
| 22 | Page 55:19 – Page 56:3 | FRE 106 (incomplete) | 57:3-23, 59:13-21, 59:24-60:7, 62:8-63:3, 64:21-65:1 | |
| 23 | Page 65, lines 2–17 | 401/403 (allocation of Central truck fleet not relevant to issues) | | |
| 24 | Page 68:22 – Page 70:7 | As to Moroun "deletion" colloquy, 401/403 (improperly suggests spoliation) & 602 (lack of personal knowledge, speculation re: Moroun email practices) | | |
| 25 | Page 74, lines 10–25 | 602 (lack of personal knowledge; being asked to assume what author meant) | | |
| 26 | Page 76, lines 3–13 | Objections as raised at deposition; 602 (witness expressly disclaimed knowledge) | | |
| 27 | Page 77, lines 5–17 | 602 (personal knowledge; asks witness to interpret statement of another) | | |
| 28 | Page 79:23 – Page 80:21 | 602 (personal knowledge; see above) | | |
| 29 | Page 83:14 – Page 84:15 | Form/foundation as raised. 602 (lack of personal knowledge). 401/403 on leasing issue (see above) | 85:3-22 | |
| 30 | Page 86, lines 18–23 | FRE 106 (incomplete - depends on status of #31) | | |
| 31 | Page 87:7 – Page 90:23 | 401/403 on lease revenue issue (see above) | | |
| 32 | Page 135, lines 2–9 | None | | |
| 33 | Page 143, lines 1–24 | Foundation as objected at deposition. 602 (witness lacks personal knowledge/speculation) 401/403 (pertains to improper lease revenue issue per above) | 140:20-142:25 | 141:4-21, 142:21-25 -- FRE 602, form, foundation, witness testified he didn't prepare calculations re fuel consumption |
| 34 | Page 144:2 – Page 145:6 | Same as #33 | | |
| 35 | Page 145, lines 13–22 | Same as #33 | | |
| 36 | Page 146, lines 13–22 | Same as #33 | 146:23-147:14, 148:7-20 | 148:15-20 -- FRE 602, form, foundation, witness lacks personal knowledge |
| 37 | Page 149, lines 16–18 | Same as #33 | | |

**Akinosho — Navistar's Deposition Designations / Plaintiffs' Objections & Counter-Designations**

Same general objection as brown.

| # | Navistar's Designation | Plaintiffs' Objection (PROPOSED) | Counter-Designation | Objections to Counter-Designation |
|---|---|---|---|---|
| 1 | Page 6, lines 6-14 | None | | |
| 2 | Page 9, lines 14-24 | *None* | | |
| 3 | Page 10, lines 6-24 | None | | |
| 4 | Page 21:17 – Page 22:8 | None | | |
| 5 | Page 22, lines 18-23 | None | | |
| 6 | Page 23, lines 1-11 | Incomplete. Add Line 24. | | |
| 7 | Page 24:5 – Page 25:18 | None | | |
| 8 | Page 33, lines 2-24 | None | | |
| 9 | Page 36:12 – Page 37:17 | FRE 602 / 401. Witness repeatedly disclaims personal knowledge. | | |
| 10 | Page 41, lines 8-13 | None except incomplete - no objection if additional lines pulled | 41:14-42:18 | Not responsive counter designation at 42:8-18. Our designation just identifies the document. Counter designation asks an objectionable question (foundation) about Lollis's state of mind and not neccsary to complete the desingation testimony. |
| 11 | Page 43:22 – Page 44:9 | 401/403 and 602 - witness disclaims knowledge of the document being discussed (see 44:10-45:5 | If objection not sustained in full, 44:10-45:5. | |
| 12 | Page 45:6 – Page 46:11 | FRE 602 (lack of personal knowledge) re: "supply constraints"; hearsay when offered by Navistar. | 174:22–175:9 | |
| 13 | Page 47:5 – Page 49:3 | FRE 602 as to the "not enough production" capacity opinion (48:18-49:3). No objection to the rest | | |
| 14 | Page 50, lines 1-13 | FRE 602 (speculation); FRE 401/403. | | |
| 15 | Page 55:19 – Page 56:10 | None | | |
| 16 | Page 58, lines 4-12 | Incomplete - no objection if surrounding lines added | 57:15-59:2 | counter designations contain entirely argumentative questioning subjec to 401-403 |
| 17 | Page 59:23 – Page 60:17 | None | | |
| 18 | Page 61, lines 18-21 | None | | |
| 19 | Page 76:17 – Page 77:4 | None | | |
| 20 | Page 100:12 – Page 101:4 | FRE 602 (speculation); FRE 401/403. | | |
| 21 | Page 126:16 – Page 127:23 | FRE 602 (speculation/argumentative) / 401/403 (discussing document unrelated to orders at issue). | | |
| 22 | Page 147:17 – Page 148:1 | FRE 602 (lack of personal knowledge). | | |
| 23 | Page 159, lines 1-6 | FRE 602 (lack of personal knowledge). | 159:7-161:13 | Not responsive counter designations. Designations asks simply if there came a time when the RH orders changed to LT orders. The counterdesignations pertain to an exhibit that is not designated about the total number of trucks |
| 24 | Page 174, lines 3-17 | FRE 602 (lack of personal knowledge/speculation); 401/403 (relates to a September 2021 document); incompleteness, testimony is in regards to document not on either party's designations; hearsay when offered by Navistar | 174:18–175:9 | (1) A proper counterdesignation to identify the document is 169:4-15<br><br>(2)174:22-175:9 is not a responsive counterdesignation: designation is about capacity and shortage of parts; counterdesignation about allocation and who had access to allocation information |
| 25 | Page 185, lines 1-19 | See above (relates to same September document); 602; 401/403, incomplete. Hearsay when offered by Navistar. | | |
| 26 | Page 248:15 – Page 249:21 | None | | |
| 27 | Page 287, lines 12-23 | *Incomplete - no objection if surrounding lines added* | 287:24-288:7 | |
| 29 | Page 307, lines 9-24 | None | | |