## JFPTO Transcript Cites - Witness Chart
*GLS Leasco, Inc. and Central Transport LLC v. Navistar, Inc.*

| Witness Name | Page:Line | Objections | Counter-Designation (if objections not sustained in full) |
|---|---|---|---|
| Akinosho, Olawale | 6:8-14 | | |
| | 9:14-24 | | |
| | 10:14-24 | | |
| | 11:1-5 | | |
| | 12:17-13:24 | 13:5-12 -- form, vague, compound and confusing question | |
| | 13:1-14:12 | | |
| | 42:5-7 | | **42:20 - 43:12** |
| | 51:22-24 | | |
| | 52:7-24 | | |
| | 53:22-54:1 | | |
| | 56:19-57:22 | 57:10-12; 57:18-22 -- FRE 602, form, foundation calls for speculation | |
| | 58:1-22 | 58:4-7; 58:13-18 -- FRE 602, form, foundation calls for speculation | |
| | 59:2-3 | 58:21-22; 59:2 -- FRE 602, form, foundation calls for speculation | |
| | 66:14-67:2 | 66:23-67:4 -- FRE 602, form, foundation; exhibit is objected to; if excluded then testimony on document should be excluded as well | **67:3-5** |
| | 68:4-73:6 | exhibit is objected to; if excluded then testimony on document should be excluded as well | |
| | 86:9-18 | exhibit is objected to; if excluded then testimony on document should be excluded as well | |
| | 90:19-91:7 | exhibit is objected to; if excluded then testimony on document should be excluded as well | |
| | 91:10-15 | exhibit is objected to; if excluded then testimony on document should be excluded as well | |
| | 91:18-23 | exhibit is objected to; if excluded then testimony on document should be excluded as well | |
| | 94:12-23 | exhibit is objected to; if excluded then testimony on document should be excluded as well | |
| | 95:11-15 | exhibit is objected to; if excluded then testimony on document should be excluded as well | |
| | 95:22-96:2 | | **96:3-96:6** |

## JFPTO Transcript Cites - Witness Chart
*GLS Leasco, Inc. and Central Transport LLC v. Navistar, Inc.*

| Witness Name | Page:Line | Objections | Counter-Designation (if objections not sustained in full) |
|---|---|---|---|
| | 96:7-10 | exhibit is objected to; if excluded then testimony on document should be excluded as well | |
| | 105:11-107:22 | exhibit is not on Plaintiffs' amended trial exhibit list -- testimony re exhibit should be excluded | **104:11-105:10** |
| | 108:2-10 | | |
| | 110:15-112:2 | exhibit is not on Plaintiffs' amended trial exhibit list -- testimony re exhibit should be excluded | |
| | 112:5-113:9 | exhibit is not on Plaintiffs' amended trial exhibit list -- testimony re exhibit should be excluded | |
| | 132:23-133:2 | exhibit is objected to; if excluded then testimony on document should be excluded as well | |
| | 133:8-10 | exhibit is objected to; if excluded then testimony on document should be excluded as well | |
| | 135:3-5 | exhibit is objected to; if excluded then testimony on document should be excluded as well | |
| | 142:3-7 | 142:3-7, FRE 602, form, foundation | |
| | 142:10-142:10 | exhibit is objected to; if excluded then testimony on document should be excluded as well | |
| | 142:12-22 | exhibit is objected to; if excluded then testimony on document should be excluded as well | |
| | 155:12-22 | exhibit is objected to; if excluded then testimony on document should be excluded as well | |
| | 156:20-157:3 | exhibit is objected to; if excluded then testimony on document should be excluded as well | |
| | 159:7-161:13 | exhibit is objected to; if excluded then testimony on document should be excluded as well | **161:14-163:17** |
| | 224:5-14 | | **224:15-20** |
| | 226:4-6 | 226:4-6, FRE 602 -- form, foundation | |
| | 226:9-227:24 | | |
| | 229:3-229:13 | | |
| | 230:14-24 | | |
| | 231:5-12 | | |

## JFPTO Transcript Cites - Witness Chart

*GLS Leasco, Inc. and Central Transport LLC v. Navistar, Inc.*

| Witness Name | Page:Line | Objections | Counter-Designation (if objections not sustained in full) |
|---|---|---|---|
| | 231:19-234:24 | 234:11-24; exhibit is not on Plaintiffs' amended trial exhibit list -- testimony re exhibit should be excluded | |
| | 245:1-246:23 | exhibit is objected to; if excluded then testimony on document should be excluded as well | |
| | 248:2-249:5 | exhibit is objected to; if excluded then testimony on document should be excluded as well | |
| | 251:20-252:14 | exhibit is objected to; if excluded then testimony on document should be excluded as well | |
| | 253:11-254:9 | exhibit is objected to; if excluded then testimony on document should be excluded as well | |
| | 255:8-21 | 255:16-18, FRE 602 -- form, foundation | |
| | 256:8-261:21 | 256:8-18, 256:23-257:24, FRE 602, form, foundation -- witness was not copied on email being discussed | |
| | 262:1-12 | | |
| | 263:11-264:14 | | **264:15-265:8** |
| | 265:9-12 | 265:9-11 -- form, speculation | |
| | 266:5-7 | | |
| | 267:5-9 | | |
| | 267:13-269:16 | | |
| | 270:12-271:3 | 270:24-271:3 -- FRE 602, form, foundation | **270:4-7** |
| | 271:6-7 | | |
| | 272:2-14 | | |
| | 272:19-20 | | |
| | 272:22-274:6 | | |
| | 274:14-275:7 | | **274:7-13** |
| | 275:13-278:14 | exhibit is objected to; if excluded then testimony on document should be excluded as well | |
| | 279:9-280:17 | exhibit is objected to; if excluded then testimony on document should be excluded as well | |
| | 285:13-15 | | |
| | 285:18-285:18 | | |
| | 285:24-287:3 | 286:3-8, 286:15-22, FRE 602 -- form, foundation, compound and confusing question | |
| | 287:1-7 | | |

## JFPTO Transcript Cites - Witness Chart
*GLS Leasco, Inc. and Central Transport LLC v. Navistar, Inc.*

| Witness Name | Page:Line | Objections | Counter-Designation (if objections not sustained in full) |
|---|---|---|---|
| | 287:12-288:7 | | **288:8-290:19** |
| | 300:13-301:21 | | |
| | 302:6-303:16 | | |
| | 304:1-308:20 | exhibit is not on Plaintiffs' amended trial exhibit list -- testimony re exhibit should be excluded | |

## Navistar's Objections and Counter Designations
*DAVID BROWN*

| Plaintiffs' Designation Page:Line | Objections | Counter-Designation (if objections not sustained in full) |
|---|---|---|
| 7:7-9 | | |
| 10:1-3 | | |
| 11:12-12:17 | 11:22-12:4, FRE 602 - Knowledge | |
| 15:5-16:9 | Vague/Ambiguous: confusing question objected to on record; 15:5-12, FRE 402 - Relevance | **15:1-12; 16:4-20** |
| 16:18-25 | 16:10-20, Incomplete (does not include question asked or objection from (counter designated above); 17:22-18:19, Incomplete (does not include description of the order board from ("· It's general data that can be pulled. I mean...")) | **17:22-18:19** |
| 19:3-21:1 | 19:11-21, FRE 402 - Relevance | |
| 21:5-11 | 21:5-7, FRE 402 - Relevance;  FRE 602 - Knowledge | |
| 25:8-26:10 | Incomplete (does not include Brown's response on 26:15 (dictated by court reporter) or description of Averhart and Brown's emails regarding the "statue of the order board") | **26:11-27:13** |
| 26:17-20 | Assumes facts not in evidence in question ("*this*" order borad document) | |
| 27:3-29:25 | | |
| 30:13-31:20 | 31:21-23: Incomplete, FRE 402 - Relevance 31:21-24) | **31:21-24** |

## Navistar's Objections and Counter Designations
### *DAVID BROWN*

| Plaintiffs' Designation Page:Line | Objections | Counter-Designation (if objections not sustained in full) |
|---|---|---|
| 34:3-22 | 34:3-9, Vague/Ambiguous: compound, confusing question; Assumes facts not in evidence (Brown explains that a vehicle could be "built" in one day at the Escobedo plant but fails to state the weeks long process of inspecting and finalizing the vehicles) | |
| 36:10-23 | 36:10-15, Vague/Ambiguous: confusing question; Assumes facts not in evidence: Brown speculates that about 300 "heavy" trucks could be built in a day at the Escobedo plant | |
| 54:6-14 | 54:15, FRE 402 - Relevance; Incomplete: fails to include Brown's answer to the question; Foundation and hearsay: exhibit not on Ps exhibit list (Ex. 225, NAV00133099) | **54:12-15** |
| 55:8-16 | 55:8-14, FRE 402 - Relevance: Brown does not answer any questions in the cited lines of page 55; Foundation and hearsay: exhibit not on Ps exhibit list (Ex. 225, NAV00133099) | |
| 56:17-58:5 | 57:13-19. Vague/Ambiguous: confusing questions; Foundation and hearsay: exhibit not on Ps exhibit list (Ex. 225, NAV00133099): Relevancy | **56:17-57:10** |

## Navistar's Objections and Counter Designations
*DAVID BROWN*

| Plaintiffs' Designation Page:Line | Objections | Counter-Designation (if objections not sustained in full) |
|---|---|---|
| 58:18-22 | Foundation and hearsay: exhibit not on Ps exhibit list (No Ex. #,cited on record as NAV00133105); 58:18-22, FRE 402 - Relevance: no testimony | |
| 59:12-19 | Foundation and hearsay: exhibit not on Ps exhibit list (No Ex. #,cited on record as NAV00133105); Incomplete (fails to include Brown's doubt regarding Plaintiffs' interpretation of the spreadsheet) | **59:20-60:9** |
| 62:12-63:17 | Foundation and hearsay: exhibit not on Ps exhibit list (No Ex. #,cited on record as NAV00133105); 63:8-11, Vague/Ambiguous: confusing question | **62:12-63:4** |
| 63:21-64:13 | Assumes facts not in evidence in question ("this was not an ordinary assignment"?) | |
| 65:10-19 | 65:16-19, Vague/Ambiguous: confusing question; FRE 602 - Knowledge | **65:10-16** |
| 68:18-69:3 | | |
| 73:10-74:18 | 74:1-4, Vague/Ambiguous: compound/confusing question; 73:7-18, FRE 602 - Knowledge | **73:10-74:6** |
| 75:18-76:1 | Exhibit is objected to; if excluded then testimony on document should be excluded as well (Ex. 226, NAV00132595) | |

## Navistar's Objections and Counter Designations
*DAVID BROWN*

| Plaintiffs' Designation Page:Line | Objections | Counter-Designation (if objections not sustained in full) |
|---|---|---|
| 79:3-80:7 | 79:17-20, FRCP 602 - Knowledge: Asks for Chet's background and knowledge; Incomplete: fails to include Brown's testimony regarding the meaning of the exhibit being used<br><br>Exhibit is objected to; if excluded then testimony on document should be excluded as well (Ex. 226, NAV00132595) | **80:7-80:25** |
| 81:16-82:15 | 82:7-9, Vague/Ambiguous: Confusing question; Assumes facts not in evidence; 82:7-9, Vague/Ambiguous: Confusing question<br><br>Exhibit is objected to; if excluded then testimony on document should be excluded as well (Ex. 226, NAV00132595) | **82:9-82:15** |
| 82:7-84:16 | Vague/Ambiguous: confusing, compound question<br><br>Exhibit is objected to; if excluded then testimony on document should be excluded as well (Ex. 226, NAV00132595) | **82:7-83:14** |

## Navistar's Objections and Counter Designations
*DAVID BROWN*

| Plaintiffs' Designation Page:Line | Objections | Counter-Designation (if objections not sustained in full) |
|---|---|---|
| 84:19-85:18 | Exhibit is objected to; if excluded then testimony on document should be excluded as well (Ex. 226, NAV00132595) | **85:18-86:16** |
| 86:7-88:18 | Exhibit is objected to; if excluded then testimony on document should be excluded as well (Ex. 226, NAV00132595) | |
| 88:25-88:25 | FRE 402 - Relevance: This one line designation is completely irrelevant; Incomplete<br><br>Exhibit is objected to; if excluded then testimony on document should be excluded as well (Ex. 226, NAV00132595) | |
| 89:6-92:5 | 91:3-5, Vague/Ambiguous: confusing, compound question; 90:3-23 FRE 602 - Knowledge<br><br>Exhibit is objected to; if excluded then testimony on document should be excluded as well (Ex. 226, NAV00132595) | **92:6-92:19** |

## Navistar's Objections and Counter Designations
### *DAVID BROWN*

| Plaintiffs' Designation Page:Line | Objections | Counter-Designation (if objections not sustained in full) |
|---|---|---|
| 92:18-19 | 92:2-19, Incomplete<br><br>Exhibit is objected to; if excluded then testimony on document should be excluded as well (Ex. 226, NAV00132595) | |
| 92:23-93:24 | Incomplete: fails to include original question and objectiosn; 93:7-15, FRE 602 - Knowledge<br><br>Exhibit is objected to; if excluded then testimony on document should be excluded as well (Ex. 226, NAV00132595) | **92:2-22** |
| 94:11-16 | 94:11-14, Incomplete; Form/foundation: asks Brown to speculate regarding "placeholders" on the order board<br><br>Exhibit is objected to; if excluded then testimony on document should be excluded as well (Ex. 226, NAV00132595) | **93:25-94:10** |
| 94:24-95:10 | 94:15-16, Incomplete<br><br>Exhibit is objected to; if excluded then testimony on document should be excluded as well (Ex. 226, NAV00132595) | **95:10-16** |

## Navistar's Objections and Counter Designations
*DAVID BROWN*

| Plaintiffs' Designation Page:Line | Objections | Counter-Designation (if objections not sustained in full) |
|---|---|---|
| 95:15-20 | 96:1-3, fails to include the entirety of Brown's answer regarding the dealers placing order on page 96 lines 1 through 3<br><br>Exhibit is objected to; if excluded then testimony on document should be excluded as well (Ex. 226, NAV00132595) | **95:21-96:3** |
| 96:4-6 | 96:9, Incomplete: fails to include Brown's actual answer<br><br>Exhibit is objected to; if excluded then testimony on document should be excluded as well (Ex. 226, NAV00132595) | **96:6-9** |
| 96:9-98:4 | Exhibit is objected to; if excluded then testimony on document should be excluded as well (Ex. 226, NAV00132595) | |
| 113:20-114:21 | 114:4-11, FRE 602 - Knowledge: Asks for information regarding Roman Lewinsky and James, including their role and work location | |
| 114:25-115:24 | 115:17-18, Form/foundation: speculation, Brown says that Ex. 229 was "probably" worked on toward the end of the year | |

## Navistar's Objections and Counter Designations
*DAVID BROWN*

| Plaintiffs' Designation Page:Line | Objections | Counter-Designation (if objections not sustained in full) |
| --- | --- | --- |
| 117:25-120:18 | 119:7-19, Form/foundation: speculation, Brown testifies that he believes the "SPA" listed on Ex. 229 is "most likely" the average for the reasons; Assumes facts not in evidence | |
| 122:13-18 | | |
| 123:20-126:7 | Incomplete: fails to include the rest of Brown's testimony regarding program and stock customers | **126:8-16** |
| 132:11-133:1 | Incomplete: fails to include Brown's full response; 132:22-24, Assumes facts not in evidence | **133:2-15** |
| 133:10-15 | 133:7-15, Vague/ambiguous: confusing questions and cross talk starting | |
| 139:21-140:7 | 130:22-23, Form/foundation: speculation and mistates prior testimony | |
| 140:19-141:1 | FRE 402 - Relevance: this testimony just introduced Exhibit 232 (NAV00132187) which is on Plaintiff's trial exhibti list and not contested | |
| 141:7-18 | 142:7-11, Vague/ambiguous: confusing questions | |
| 142:18-144:20 | | |
| 145:13-146:5 | 145:21-25 - Assumes facts not in eviednce; compound questions | **146:6-147:1** |
| 175:1-2 | FRE 402 - Relevance: only introduces exhibit, not testimony: "·(Deposition Exhibit 239 was marked · · ·for identification.)" | |

## Navistar's Objections and Counter Designations
### *DAVID BROWN*

| Plaintiffs' Designation Page:Line | Objections | Counter-Designation (if objections not sustained in full) |
|---|---|---|
| 175:12-15 | FRE 402 - Relevance: no testimony, only Plaintiffs explaining Ex. 239 "·For the record, the attachment there · · ·is -- the parent document is NAV00059270, · · ·and the attachment is NAV00059273.· So just · · ·attach that to 239, Exhibit 239." | |
| 175:24-180:5 | 176:3-6, 177:21-178:1 -- FRE 602 - Knowledge; Vague/Ambiguous; Assumes facts not in evidence; Incomplete: fails to include Brown's explanation 180:7-11 | **180:6-11** |
| | | |
| 180:12-191:9 | 182:1-5; 182:15-183:11; 191:3-5; 190:10-12 - Vague/Ambiguous: compound, confusing questions; Assumes facts in evidence; Misstates testimony; Incomplete: leaves out the remaining testimony and objections on 191 | **191:10-16** |
| | | |
| 191:16--191:16 | Incomplete: this is Brown's answer without context or objections | |
| 192:22-195:15 | 194:3-8, 194:9-18 - Vague/Ambiguous: compound, confusing questions; Incomplete: fails to include Brown's final explanation regarding the 1,500 allocation | **195:16-24** |

## Navistar's Objections and Counter Designations
### *DAVID BROWN*

| Plaintiffs' Designation Page:Line | Objections | Counter-Designation (if objections not sustained in full) |
|---|---|---|
| 197:3-14 | 197: 8-13 - Form/Foundation: speculation; Incomplete: fails to include the rest of Brown's testimony; FRE 602 - Knowledge: asks questions outside of Brown's knowledge | **197:15-25** |
| | | |
| | | |
| 201:10-13 | Incomplete: only states Plainitffs' question, not testimony and leaves out objections | **201:14-23** |
| 201:22-202:15 | 201:24-25: Argumentative, and asserts facts contrary to evidence, "Mostly. Now it's mostly."; Incomplete: fails to include Brown's follow-up reasoning and conclusions | **202:16-203:6** |
| 208:1-6 | 208:4-6: Vague/ambiguous: confusing question; Incomplete: fails to include objections and ultimate answer to the question "So, Mr. Brown, who told you to come in here and say that the cuts were proportional?· Did somebody tell you to -- to testify that way?" | |
| 208:14-209:14 | 209:3-6: Argumentative, and asserts facts contrary to evidence, including that someone "told" Brown to "say that the cuts were proportional" | |
| 210:5-14 | Incomplete: fails to include objections and Plaintiffs argumentative language | **209:15-210:4** |

## Navistar's Objections and Counter Designations
*DAVID BROWN*

| Plaintiffs' Designation Page:Line | Objections | Counter-Designation (if objections not sustained in full) |
|---|---|---|
| 211:9-212:15 | Incomplete: fails to include Brown's full response | **212:16-19** |
| 212:18-213:3 | | |
| 214:6-16 | Incomplete: fails to include Brown's full response | **214:17-18** |
| 215:2-7 | Incomplete: fails to include Brown's full response | **215:8-9** |
| 215:10-11 | | |
| 215:13-20 | Incomplete: fails to include objections | **215:21-21** |
| 215:22-24 | | |
| 218:25-219:3 | Incomplete: fails to include objections | **219:4-6** |
| 219:7-13 | | |
| 221:21-223:13 | | |
| 224:2-225:8 | 224:24-225:3, form - vague, ambiguous | |
| 225:23-25 | FRE 402 - Revelancy: this just instruducing Ex. 245, no testimony | |
| 227:7-230:10 | | |
| 231:7-25 | FRE 402 - Revelancy: this just instruducing Ex. 246 | |
| 234:24-235:8 | 234:24-235:3, form - vague, ambiguous, compound and confusing questions | |
| 258:12-16 | Incomplete: fails to include full answer; 258:12-15, form - vague, ambiguous, compound and confusing questions | **258:17-259:4** |
| 259:6-261:22 | 259:6-9, 259:11-13, FRE 602, form -- vague, foundation | **259:5-21; 234:24-235:20** |

## Navistar's Objections and Counter Designations
### *DAVID BROWN*

| Plaintiffs' Designation Page:Line | Objections | Counter-Designation (if objections not sustained in full) |
|---|---|---|
| 262:23-263:3 | 262:23-263:3, form -- vague ambiguous | **263:4-5** |
| 263:11-18 | 263:11-15, form -- vague, ambiguous and calls for speculation | |
| 263:25-265:1 | 264:21-265:1, FRE 602, form -- foundation | |
| 265:4-25 | 265:15-17, form -- vague | **265:2-3** |
| 266:25-267:21 | exhibit is objected to; if excluded then testimony on document should be excluded as well | |
| 268:13-273:3 | 270:20-22, 271:23-272:4, FRE 602, form -- foundation; 272:12-272:15, form -- assumes facts not in evidence | |
| 279:7-16 | exhibit is objected to; if excluded then testimony on document should be excluded as well | |
| 284:2-12 | | |
| 284:18-285:21 | exhibit is objected to; if excluded then testimony on document should be excluded as well | **285:22-287:11** |
| 289:10-291:14 | exhibit is objected to; if excluded then testimony on document should be excluded as well | |
| 291:21-292:13 | 292:2-12, FRE 602, form -- foundation | |

## Navistar's Objections and Counter Designations
*DAVID BROWN*

| Plaintiffs' Designation Page:Line | Objections | Counter-Designation (if objections not sustained in full) |
|---|---|---|
| 293:9-12 | 293:9-11, FRE 602, form -- foundation | |
| 296:4-12 | 296:4-12, form -- calls for speculation | |
| 296:17-22 | | |
| 297:5-12 | | |
| 297:15-298:15 | 297:19-22, 298:6-9, FRE 602, form -- foundation, calls for speculation | |

## Navistar's Objections and Counter Designations
*Maria Averhart*

| Plaintiffs' Designation Page:Line | Objections | Counter-Designation (if objections not sustained in full) |
|---|---|---|
| 8:14-21 | | |
| 13:7-13 | | |
| 18:12-19:23 | | |
| 20:9-21:1 | | |
| 21:1-24 | | |
| 21:13-24:1 | 23:21 - 24, Form -- vague, ambiguous | **24:2 - 24:5** |
| 24:6-25:6 | | |
| 30:13-31:5 | | **31:7 - 33:9** |
| 34:1-13 | 34:6-11 -- form, vague, ambiguous, compound and confusing question | |
| 35:2-18 | | **35:19 -36:4** |
| 36:5-9 | | |
| 36:21-37:2 | | **37:3 - 37:17** |
| 40:12-41:9 | | **41:10 - 42:9** |
| 42:10-21 | | **42:22 - 43:1** |
| 44:1-46:7 | 45:2 - 5, FRE 602, vague/ambiguous | |
| 47:10-48:24 | 48:11 - 20, form - vague, ambiguous | |
| 49:7-13 | 49:7-9, FRE 602, form -- speculation | **49:14-15** |
| 49:16-22 | 49:16 -18, FRE 602, form -- speculation | **49:23 - 50-14** |
| 50:15-23 | | |
| 51:7-12 | | **51:13 - 53:1** |
| 54:10-16 | 54:10 - 16, form -- speculation, vague | **54:17-18** |
| 54:19-55:8 | 55:3 - 8, form -- speculation, vague | **55:9 - 55:9** |
| 55:10-21 | 55:16 - 18, form -- speculation, vague | |
| 56:3-16 | | |
| 57:18-59:3 | 58:20 - 59:2, form -- hearsay | **59:4-60:6** |
| 60:8-12 | Form -- vague, speculation | **60:13 - 14** |
| 60:15-17 | Form -- vague, speculation | **60:18 - 61:9** |
| 61:10-13 | | |
| 62:4-12 | | **61:14-62:3** |
| 63:21-64:9 | 63:21-22, form -- speculation | **62:13 - 63:20** |
| 64:15-65:23 | 65:1-7, form -- hearsay | **64:10 - 14, 65:24 - 66:22** |
| 70:10-71:5 | | |
| 73:16-75:1 | | |
| 80:17-81:16 | | **82:23 - 83:22** |
| 87:6-89:5 | 87:6-19, FRE 602, form -- foundation | |
| 89:14-19 | | **89:20 - 90:18** |
| 97:1-5 | Form -- vague, ambiguous | |
| 97:12-99:1 | 98:3-9, FRE 602 | **99:2 - 12** |
| 99:13-18 | 99:13 - 15, FRE 602, form -- vague | |

## Navistar's Objections and Counter Designations
*Maria Averhart*

| Plaintiffs' Designation Page:Line | Objections | Counter-Designation (if objections not sustained in full) |
|---|---|---|
| 115:13-18 | Form - vague, ambiguous | |
| 116:2-117:1 | | **117:22 - 118:17** |
| 117:10-21 | | |
| 118:18-119:2 | | |
| 119:22-121:6 | 120:16-19, FRE 402, relevance | |
| 121:19-122:14 | | **122:15-20** |
| 122:21--23 | | |
| 123:15-124:16 | 124:6-7, FRE 602, form -- speculation as to what Mike Garcia was doing | **124:17 - 126:1** |
| 126:5-11 | | **126:12 - 127:1** |
| 127:2-16 | 127:14-16, FRE 602, form -- foundation | |
| 127:19-128:5 | 127:22 - 128:4, FRE form - vague, calls for speculatiojn | |
| 129:11-12 | | **129:18-22** |
| 129:23-130:16 | | |
| 131:12-132:5 | | |
| 132:13-133:3 | 132:13-19 - form -- hearsay | **133:4-22** |
| 135:14-136:14 | | |
| 137:1-13 | | |
| 137:22-138:16 | | |
| 141:14-142:2 | | |
| 145:20-146:19 | 146:11-18 - form -- hearsay | |
| 147:9-147:9 | | |
| 147:21-148:3 | | |
| 154:16-155:21 | | **155:22 - 156:11** |
| 156:12-15 | | |
| 157:13-158:21 | 157:13 - 20, 157:22, 158:13, FRE 602, form -- hearsay | |
| 165:22-24 | | |
| 166:5-167:21 | | **169:20 - 172:8** |
| 172:20-173:24 | 173:12-15, form, speculation, omits answer to last question | **174:1-3** |
| 174:13-16 | | |
| 181:7-14 | | |
| 183:1-185:8 | | **185:9-187-16** |
| 195:14-195:14 | | |
| 195:20-196:12 | | |
| 196:15-197:3 | Form - vague, ambiguous, designation stops in the middle of a question. | |

# Navistar's Objections and Counter Designations
*Maria Averhart*

| Plaintiffs' Designation Page:Line | Objections | Counter-Designation (if objections not sustained in full) |
|---|---|---|
| 197:6-199:7 | FRE 602, form, foundation as it relates to NAV00076173; Questions 198:2-3, 198:5-8, 198: 11-15, FRE 602, form -- foundation -- witness lacks knowledge and did not create document | **199:7 - 200:5** |
| 220:18-19 | FRE 602, form, foundation as it relates to Dep Ex. 283; Questions 221: 10-15, FRE 602, form -- foundation -- witness lacks knowledge and did not create document | |
| 221:1-15 | | |
| 221:18-222:21 | | |
| 227:12-13 | FRE 602, form, foundation as it relates to Dep. Ex. 284 | |
| 227:18-23 | | |
| 228:13-230:9 | 229:10-15, FRE 602, form - foundation | |
| 238:2-3 | FRE 602, form, foundation, hearsay as it relates to Dep. Ex. 287 | |
| 241:1-242:8 | | |
| 243:18-245:4 | | **243:6-17** |
| 247:4-15 | | **245:19 - 247:3** |
| 255:2-20 | | **255:21 - 255:24** |
| 256:1-12 | | |
| 257:8-24 | 257:17-42, form -- vague, ambiguous | **258:1-2** |
| 258:3-259:10 | 258:17-21, form -- compound question, confusing. | |
| 260:2-12 | 260:2-7, FRE 602, form - vague, foundation as to what "sales" would decide in hypothetical situation | |
| 262:17-21 | Form - vague, ambiguous | **262:00:00** |
| 263:14-264:13 | 263:14-19, form -- vague, ambiguous, assumes facts not in evidence | |

## Navistar's Objections and Counter Designations
*Kerri Podewell*

| Plaintiffs' Designation Page:Line | Objections | Counter-Designation (if objections not sustained in full) |
|---|---|---|
| 10:23-25 | | |
| 11:1-1 | | |
| 11:12-17 | | **11:24-12:21** |
| 13:2-5 | | **13:6-13** |
| 13:25-25 | | |
| 14:1-11 | | |
| 15:1-25 | | |
| 16:1-24 | | |
| 18:2-6 | | **18:7-18** |
| 18:19-25 | | |
| 19:1-25 | | |
| 20:1-18 | | |
| 21:5-12 | 401-402, 602 | |
| 31:22-25 | | |
| 32:1-25 | | |
| 33:1-25 | | |
| 34:1-25 | | |
| 35:1-25 | | |
| 36:1-25 | | |
| 37:1-25 | | |
| 38:1-8 | | |
| 38:13-25 | Examination regarding objected-to document | |
| 39:1-6 | Examination regarding objected-to document | |
| 39:16-25 | Examination regarding objected-to document | |
| 40:1-5 | Examination regarding objected-to document | |
| 41:19-24 | Examination regarding objected-to document | |
| 43:9-25 | Examination regarding objected-to document | |
| 44:1-12 | Examination regarding objected-to document | |
| 44:19-25 | Examination regarding objected-to document | |
| 45:1-25 | Examination regarding objected-to document | |
| 46:1-25 | Examination regarding objected-to document | |
| 47:1-1 | Examination regarding objected-to document | **47:2-48:16** |
| 70:5-8 | Examination regarding objected-to documen; 602, the witness testified the notes were taken by others, and that she would be speculating to interpret such notes | **50:25-51:9; 53:16-54:20; 66:3-11;69:15-19** |

# Navistar's Objections and Counter Designations
*Kerri Podewell*

| Plaintiffs' Designation Page:Line | Objections | Counter-Designation (if objections not sustained in full) |
|---|---|---|
| 71:11-21 | Examination regarding objected-to documen; 602, the witness testified the notes were taken by others, and that she would be speculating to interpret such notes and that she did not recal meeting | **71:22-25** |
| 72:4-25 | Examination regarding objected-to document | |
| 73:1-13 | Examination regarding objected-to document | |
| 77:18-25 | | |
| 78:20-25 | | |
| 79:1-7 | **Starting at 86:25;** 401-403, 601, assumes facts not in evidence | |
| 88:6-25 | **Starting at 86:25;** 401-403, 601, assumes facts not in evidence | |
| 89:1-25 | Examination regarding objected-to document; 401/403; assumes facts in evidence; attempts to interject discovery dispute | |
| 90:1-25 | Examination regarding objected-to documen; Starting at 90:14: 401-403, 501-502 | |
| 91:1-4 | 401-403, 501-502 | |
| 96:2-25 | Examination regarding objected-to documen | |
| 97:1-25 | **97:22-25**: 602, calls for speculation | |
| 98:1-7 | Examination regarding objected-to documen; 602, calls for speculation (see 98:8-10 | **98:8-10** |
| 103:16-25 | Examination regarding objected-to document; | |
| 104:1-24 | Examination regarding objected-to document; | |
| 108:18-25 | Examination regarding objected-to document; 602, the witness testified the notrs were taken by others, and that she would be speculating to interpret such notes and that she did not recal meeting | |
| 109:1-25 | **Examination regarding objected-to document; Starting at 109:25**: 602, witness testified these series of meeting minutes were not her notes ( 66:3-11;69:15-19) , and that she could not interpret the notes, and that she is making assumptions regarding what was meant (see 111:2-5) | |
| 110:1-23 | Examination regarding objected-to document; 602, witness testified these series of meeting minutes were not her notes ( 66:3-11;69:15-19) , and that she could not interpret the notes, and that she is making assumptions regarding what was meant (see 111:2-5) | **110:24-111:5** |

## Navistar's Objections and Counter Designations
*Kerri Podewell*

| Plaintiffs' Designation Page:Line | Objections | Counter-Designation (if objections not sustained in full) |
|---|---|---|
| 111:16-25 | Examination regarding objected-to document; | |
| 112:1-25 | Examination regarding objected-to document; | |
| 113:5-25 | Examination regarding objected-to document; Incomplete designation, question begins at 113:2;602, witness testified to lack of knowledge regarding source of information (113:13-18) | |
| 114:1-21 | Examination regarding objected-to documen; 401-403, 408, 602 (witness testified to not drafting these notes, and to not having recollection of them) | |
| 117:7-20 | Examination regarding document not on Plaintiffs' trial exhibit list | |
| 119:17-25 | Examination regarding document not on Plaintiffs' trial exhibit list | |
| 120:1-22 | Examination regarding document not on Plaitniffs' trial exhibit list until 120:7; Starting at 120:13: 401-403, 408, 602; witness testified that she did not write document and had no knowledge about it (see 121:8-13). | |
| 120:24-25 | Examination regarding objected-to documen; 401-403, 408, 602; witness testified that she did not write document and had no knowledge about it (see 121:8-13). | |
| 121:1-25 | Examination regarding objected-to document; **121:1-23:** 401-403, 408, 602; witness testified that she did not write document and had no knowledge about it (see 121:8-13). | |
| 122:1-11 | Examination regarding objected-to document; | |
| 124:9-20 | Examination regarding objected-to document; 602, the witness testified the nots were taken by others, and that she would be speculating to interpret such notes and that she did not recal meeting | |
| 126:9-25 | Examination regarding objected to document; 602 | |
| 127:1-13 | Examination regarding objected to document; 602 | |
| 127:24-25 | Examination regarding objected to document; 602 | |
| 128:1-4 | Examination regarding objected to document; 602 | |
| 129:8-24 | Examination regarding objected-to document; 602, witness testified she did not draft and did not recall | |

# Navistar's Objections and Counter Designations

*Kerri Podewell*

| Plaintiffs' Designation Page:Line | Objections | Counter-Designation (if objections not sustained in full) |
|---|---|---|
| 130:6-25 | Examination regarding objected-to document; 602, witness testified she did not draft and did not recall and "did not know what [the writing] means" | |
| 131:1-16 | Examination regarding objected-to document; 401-403, facts not in evidence, attempt to interject discovery dispute | |
| 132:3-16 | Examination regarding objected-to documen | |
| 133:3-14 | Examination regarding objected-to document; 602, witness testifies to not know what is being referred to at 133:15-21. | |
| 133:22-25 | Examination regarding objected-to document | |
| 134:1-16 | 602 (see above); 401-403 | |
| 136:25-25 | | |
| 137:1-16 | Examination regarding objected-to document; 602, witness testifies to not know what is being referred to at 133:15-21. | **137:17-1.38:2** |
| 137:23-25 | Examination regarding objected-to document; 602, witness testifies to not know what is being referred to at 133:15-21. | |
| 138:1-19 | | **138:20-25** |
| 139:1-8 | Examination regarding objected-to documen; 602, witness testified that she did not have personal involvement and was speculating, (138:20-25, 139:1-5) | **139:9-140:7** |
| 140:8-25 | 602, witness testified that she did not have personal involvement and was speculating, (138:20-25, 139:1-5, 140:14-16) | |
| 141:1-4 | 602, witness testified that she did not have personal involvement and was speculating, (138:20-25, 139:1-5, 140:14-16) | **144:25-145:3** |
| 143:8-25 | Examination regarding document (53921) that is not on Plaintiffs' trial exhibit list | |
| 144:1-20 | **Starting at 144:6**; 602, witness testifies as to "belief" without any testimony regarding basis for belief | **144:25-145:3** |
| 145:7-25 | | **146:1-3** |
| 146:4-21 | 401-403 (gratuitous reference to language); 602 (witness testifies she does not recall meeting); question asserts facts not in evidence. | **146:22-147:3** |
| 149:23-25 | | |
| 150:1-7 | Omits answer (150:8) | |
| 150:16-25 | | |

## Navistar's Objections and Counter Designations
*Kerri Podewell*

| Plaintiffs' Designation Page:Line | Objections | Counter-Designation (if objections not sustained in full) |
|---|---|---|
| 151:1-2 | | **150:3-12** |
| 151:13-25 | | |
| 152:1-13 | **Starting at 152:9;** 602 witness repeatedly testified she had no knowledge of the topics of questioning (See152:22-153:2) | |
| 152:21-25 | 02 witness repeatedly testified she had no knowledge of the topics of questioning  (See152:22-153:2) | |
| 153:1-2 | 02 witness repeatedly testified she had no knowledge of the topics of questioning  (See152:22-153:2) | |
| 158:9-25 | | |
| 159:1-12 | **159:9-12;** form, compound, and vague | |
| 159:14-25 | **159:14-15;** form, compound, and vague | |
| 160:1-25 | **160:2-8:** 602, the witness testifies she is "guessing" at 160:7; 160:22-25 (401-403, 408, reference to settlement with different customer) | |
| 161:1-25 | **161:1-11;** 401-403, 408 ( reference to settlement with different customer); **163:23-25; 602** (witness testifies she is not familiar with term and does not know what it means) | |
| 162:1-11 | 602 (witness testifies she does not know what is being referred to and she would be "guessing" regarding question) | |
| 163:3-13 | 602 (witness testifies she does not know what is being referred to and she would be "guessing" regarding question) | |
| 164:14-25 | | |
| 165:1-25 | | |
| 166:1-2 | | |
| 166:16-25 | | |
| 167:1-13 | | |
| 167:17-23 | | 167:24-168:3; 170:24-171:15 |
| 169:16-22 | | 169:23-170:2; 170:24-171:15 |
| 171:19-25 | | |
| 172:1-6 | **172:4-16**; form, compound, vague, undefined reference to "Bendix issue" | |
| 172:8-23 | **172:8-18**; 602, witness testifies to lacking personal knowledge; **172:19-23:** form -- vague, compound, confusing | |

## Navistar's Objections and Counter Designations
*Kerri Podewell*

| Plaintiffs' Designation Page:Line | Objections | Counter-Designation (if objections not sustained in full) |
|---|---|---|
| 172:25-25 | Question (at 172:19-23), form -- vague, compound, confusing | |
| 173:1-3 | Question (at 172:19-23), form -- vague, compound, confusing | |
| 173:5-25 | Argumentative, and asserts facts contrary to evidence, counsel misstates prior testimony, then asks a multi-part question with incomplete phrases and asserts that it is a "simple question" | |
| 174:1-1 | | |
| 174:5-25 | | |
| 175:1-24 | 175:20-24, form, vague and compound | |
| 176:1-21 | 176:4-21 form, vague, confusing, compound | |
| 176:25-25 | | |
| 177:1-25 | | |
| 178:1-9 | | |
| 178:15-25 | | |
| 179:1-21 | | |
| 180:1-18 | | |
| 180:25-25 | | |
| 181:1-22 | Examination regarding objected-to document; 602 | |
| 183:17-25 | | |
| 184:1-25 | | |
| 185:1-2 | | **185:3-14** |
| 185:18-25 | | |
| 186:1-21 | | **186:22-187:1** |
| 187:2-25 | | |
| 188:1-25 | | |
| 189:1-25 | | |
| 190:1-16 | 190:13-16 is incomplete portion of question | **190:17-22** |
| 193:7-25 | Examination regarding objected-to document, 602 | |
| 194:1-6 | Examination regarding objected-to document, 602 | |
| 194:16-25 | Examination regarding objected-to document, 602 | **194:7-15** |
| 195:1-25 | Examination regarding objected-to document, 602 | |
| 196:1-17 | Examination regarding objected-to document, 602 | **196:18-197:1** |
| 197:25-25 | Examination regarding objected-to document, 602 | |

## Navistar's Objections and Counter Designations
*Kerri Podewell*

| Plaintiffs' Designation Page:Line | Objections | Counter-Designation (if objections not sustained in full) |
|---|---|---|
| 198:1-13 | Examination regarding document (17861) that is not on Plaintiffs' trial exhibit list | **198:14-19** |
| 200:13-25 | Examination regarding document (17861) that is not on Plaintiffs' trial exhibit list | |
| 201:1-20 | Examination regarding document (17861) that is not on Plaintiffs' trial exhibit list | |
| 208:22-25 | Examination regarding objected-to document;602 | |
| 209:1-25 | Examination regarding objected-to document;602 | |
| 210:9-19 | Examination regarding objected-to document;602 | **210:4-8** |
| 210:25-25 | Examination regarding objected-to document;602 | |
| 211:1-25 | Examination regarding objected-to document;602 | |
| 212:1-25 | Examination regarding objected-to document; **212:4-8**: 602 (witness is not on document, did not put it tgether and, is testifying regarding "assumption", and there is no testimony regarding  basis for assumption) | |
| 213:1-10 | Examination regarding objected-to document;602 | |
| 215:18-25 | Examination regarding objected-to document;602 | |
| 216:1-21 | Examination regarding objected-to document;602 | |
| 217:1-25 | | |
| 218:1-25 | | |
| 219:1-10 | | |
| 221:2-25 | | |
| 224:14-25 | | |
| 225:1-13 | | |
| 227:6-25 | 602, witness testifies to having no knowledge, see 228:1-22 | 226:2-227:3 |
| 228:1-22 | 602/401-403 | |
| 228:25-25 | 602/401-403 | |
| 229:1-19 | | |
| 229:22-25 | | |
| 230:1-25 | | |
| 231:1-25 | | |
| 232:1-24 | | |
| 234:1-25 | Examination regarding objected-to document, double hearsay (Plaintiffs' statements as to why they are upset) | |
| 235:1-25 | Examination regarding objected-to document, double hearsay (Plaintiffs' statements as to why they are upset) | |

## Navistar's Objections and Counter Designations

*Kerri Podewell*

| Plaintiffs' Designation Page:Line | Objections | Counter-Designation (if objections not sustained in full) |
|---|---|---|
| 236:1-25 | Examination regarding objected-to document, double hearsay (Plaintiffs' statements as to why they are upset); 602 | |
| 237:1-20 | Examination regarding objected-to document, double hearsay (Plaintiffs' statements as to why they are upset); 602 | |
| 237:22-24 | Examination regarding objected-to document, double hearsay (Plaintiffs' statements as to why they are upset); 602 | |
| 238:1-24 | Examination regarding objected-to document, double hearsay (Plaintiffs' statements as to why they are upset); 602 | |
| 240:5-25 | Should start at 240:4 | |
| 241:1-16 | | |
| 241:18-25 | | |
| 242:1-11 | | |

## Navistar's Objections and Counter Designations
*Tony Stinsa*

| Plaintiffs' Designation Page:Line | Objections | Counter-Designation (if objections not sustained in full) |
|---|---|---|
| 6:3-4 | | |
| 7:23-24 | incomplete (does not include answer to question at 8:1) | 8:01 |
| 15:18-24 | incomplete (15:24 is the start to the question but the answer is not designated at 16:1-7) | 16:1-7 |
| 16:8-24 | | |
| 17:1-4 | | 17:5-11 |
| 18:4-23 | | |
| 19:14-24 | | |
| 20:1-24 | | |
| 21:1-24 | | |
| 22:1-5 | | |
| 22:15-24 | | |
| 23:1-24 | | |
| 24:1-24 | | |
| 25:1-12 | 25:11-12: 602 | |
| 25: 20-24 | 602 | |
| 26:1-4 | vague | |
| 26:7-24 | | |
| 27:1-21 | | |
| 35:5-14 | | 35:15-19 |
| 35:23-24 | | |
| 36:1-24 | | |
| 37:1-12 | | 37:13-16 |
| 37:24-24 | foundation and hearsay: exhibit not on Ps exhibit list | |
| 38:1-13 | 38:13: incomplete as he amended his answer at 38:14-19 | 38:14-19 |
| 39:6-24 | | |
| 40:1-24 | | |
| 41:1-2 | | |
| 41:14-24 | | |
| 42:1-24 | | |
| 43:1-2 | | |
| 43:10-16 | | |
| 44:1-24 | | |
| 45:1-3 | | |
| 46:14-24 | | 45:7-13 |
| 47:1-9 | | |
| 52:4-17 | | 52:18-20 |

## Navistar's Objections and Counter Designations
*Tony Stinsa*

| Plaintiffs' Designation Page:Line | Objections | Counter-Designation (if objections not sustained in full) |
|---|---|---|
| 53:8-15 | | |
| 66:6-11 | 401-403 | 65:24-66:5 |
| 67:24-24 | 401-403 | |
| 68:1-24 | 401-403 | |
| 69:1-1 | 401-403 | 69:2-3 |
| 69:4-22 | 401-403 | |
| 82:14-24 | exhibit is objected to; if excluded then testimony on document should be excluded as well | |
| 83:1-21 | | |
| 84:1-85:9 | 84:24-85:9: foundation | |
| 85:12-24 | 85:12-14:foundation | |
| 86:1-3 | | |
| 88:18-24 | | |
| 89:1-15 | | |
| 91:9-24 | | |
| 92:1-1 | | |
| 124:18-126:18 | exhibit is objected to; if excluded then testimony on document should be excluded as well | |
| 129:1-130:12 | | |
| 132:2-16 | | |
| 133:18-135:17 | | |
| 136:5-15 | | |
| 140:13-24 | | |
| 141:1-18 | 141:16-18: speculation, vague | |
| 141:22-142:6 | 141:22-142:2: speculation, vague | |
| 152:23-153:10 | incomplete as document is not designated and identified (152:6-22)<br><br>401-403<br><br>exhibit is objected to; if excluded then testimony on document should be excluded as well | 152:6-22 |
| 153:16-154:22 | 401-403<br><br>154:9-22: vague, speculation | |

## Navistar's Objections and Counter Designations

*Tony Stinsa*

| Plaintiffs' Designation Page:Line | Objections | Counter-Designation (if objections not sustained in full) |
|---|---|---|
| 156:22-158:4 | 401-403<br><br>hearsay<br><br>exhibit is objected to; if excluded then testimony on document should be excluded as well | |
| 158:19-162:15 | 401-403<br><br>hearsay<br><br>exhibit is objected to; if excluded then testimony on document should be excluded as well<br><br>if document is allowed, Incomplete as document is not designated and identified (158:5-9) | 158:5-9 |
| 162:22-163:16 | 401-403<br><br>exhibit is objected to; if excluded then testimony on document should be excluded as well<br><br>if document is allowed, Incomplete as document is not designated and identified (162:16-20) | 162:16-20 |
| 188:3-189:22 | 188:23-189:15:hearsay<br><br>exhibit is objected to; if excluded then testimony on document should be excluded as well | |
| 192:11-16 | incomplete | 191:17-192:5 |
| 193:20-197:8 | incomplete as document is not designated and identified (193:14-18); 401-403<br><br>195:15-196:19: speculation | |
| 198:9-199:9 | 199:7-9: foundation; speculation | |
| 199:12-14 | 199:12-14: foundation; speculation | |