UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GLS LEASCO, INC., et al.,

       Plaintiffs,

                                   Case No. 23-cv-12927

v.                                HON. MARK A. GOLDSMITH

NAVISTAR, INC.,

       Defendant.

_____/

## **ORDER FOLLOWING PRETRIAL CONFERENCE OF JUNE 2, 2026**

As discussed at the June 2, 2026 final pretrial conference, the Court orders as follows:

1. The parties will submit to the Court a proposed order embodying Special Master Nathan Fink's recommendations regarding certain exhibits (Dkt. 180) by June 4, 2026 at noon.

2. The parties will discuss with the Special Master exemplar objections to other exhibits and submit same to the Court by June 4, 2026.

3. The parties will consolidate their designations, counter-designations, and objections into a single document (superseding Dkts. 110, 111, and 112) and file same by June 4, 2026.

4. The parties must file memoranda (limited to five pages) regarding Plaintiff's use of depositions of Navistar representatives by June 4, 2026.

1

5. Another final pretrial conference session will be held June 8, 2026 at 12:30 p.m.

**SO ORDERED.**

Dated: June 3, 2026            s/Mark A. Goldsmith
Detroit, Michigan            MARK A. GOLDSMITH
                               United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 3, 2026.

                               s/Joseph Heacox
                               JOSEPH HEACOX
                               Case Manager