# EXHIBIT I

| From: | Jim Lollis [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A859D711EF684E0786327233871EF32D-JIM LOLLIS] |
|---|---|
| Sent: | 6/25/2021 11:30:45 AM |
| To: | Kyle Blain [kblain@centraltransport.com] |
| BCC: | Joe Robichaud [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=Joe Robichaud]; Justin Fink [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=5513158f081348b691e838806d0e015b-Justin Fink] |
| Subject: | FW: Central Transport - Navistar offer 6-3-21 2021 0605 UPDATED 6-24-21 |
| Attachments: | Central Transport - 6-3-21 Cover Letter - signed by Navistar.pdf |

Kyle

Navistar has been working on your request to bring the 2019 RHs into 2022 production slots based on their OTB anniversary.

The anniversary dates for the 2019 are shown below.

| 2019 RH TRADE ANNIVERSAY | | | |
|---|---|---|---|
|  | CT | UTS | TOTAL |
| Jun-22 | 12 |  | 12 |
| Jul-22 | 4 | 28 | 32 |
| Aug-22 | 31 |  | 31 |
| Sep-22 | 27 | 27 | 54 |
| Oct-22 |  |  | 0 |
| Nov-22 | 54 |  | 54 |
| Dec-22 | 22 |  | 22 |
| TOTAL 2019 | 150 | 55 | 205 |

At this time based on suppliers response, the replacement trucks for the 2019s can be built in October 2022 to January 2023.

Please note that all production dates are estimated and could change for the better or worse based on supplier issues.

Navistar is committed to building all Central trucks at the earliest possible dates.

As noted in the latest offer from Navistar, the replacement ratio of 1.3 new to 1 trade is calculated for the 2019s.

The OTB trade value will include any rollout and mileage adjustments based on the actual turn-in date.

Trucks built in 2023 would be subject to the requested escalator.

Current production proposed ;

LOLL-0000001

| PRODUCTION MONTH 2022 | PER MONTH | TOTAL CUMMULATIVE PRODUCTION |
|---|---|---|
| APRIL | 100 | 100 |
| MAY | 100 | 200 |
| JUNE | 100 | 300 |
| JULY | 100 | 400 |
| AUGUST | 140 | 540 |
| SEPTEMBER | 140 | 680 |
| OCTOBER | 140 | 820 |
| NOVEMBER | 240 | 1060 |
| DECEMBER | 240 | 1300 |
| JANUARY | 80 | 1380 |
|  | 1380 |  |

|  | NEW | TRADES |
|---|---|---|
| ORIG QUOTE | 1100 | 841 |
| 2019 RHs | 280 | 205 |
| TOTAL | 1380 | 1046 |

As noted before, time is critical on securing these slots.
I look forward to your thoughts on this proposal.

Thank you

Jim

Jim Lollis
Fleet Sales Representative
Summit Truck Group
Office #:
Mobile: 479-530-3622

---

**From:** Jim Lollis
**Sent:** Monday, June 7, 2021 3:15 PM
**To:** Kyle Blain <kblain@centraltransport.com>
**Cc:** Carmichael, Sean <Sean.Carmichael@Navistar.com>; Joe Robichaud <Joe.Robichaud@summittruckgroup.com>
**Subject:** Central Transport - Navistar offer 6-3-21 2021 0605

Kyle
Please see the responses to your questions below

---

**From:** Kyle Blain <kblain@centraltransport.com>
**Sent:** Saturday, June 5, 2021 10:20 AM
**To:** Jim Lollis <jim.lollis@summittruckgroup.com>
**Cc:** Carmichael, Sean <Sean.Carmichael@Navistar.com>; Joe Robichaud <Joe.Robichaud@summittruckgroup.com>
**Subject:** RE: Central Transport - Navistar offer 6-3-21 2021 0605

Good morning Jim.

LOLL-0000002

Just want to make sure that I understand everything.

The 2023 truck price is $113,843. Should we choose to add both the custom chassis and tow warranty the price is $117,243 (+$3400).  – That is correct

- What is the towing warranty, listed separately at $650, applicable to? IE. Chassis, engine, and/or aftertreatment related tows? – Please see attached towing contract for details.

The delivery schedule for the new trucks runs through the end of the year.
- How would the 215 2019MY Internationals be scheduled if we trade those in on schedule next year? – at this time due to production restraint the 2019s would be pushed into 2023 dates
- How would the 2017/2018MY Internationals be covered until the trades begin next year?
- Warrantable coverage will be per the terms of the original warranty agreement.
- Policy coverage would be based on known inherent issues to be considered on a case by case basis.
- The criteria as always would be based truck mileage and the type of failure.

I'm not sure I understand the escalator bullet point. Appears that the base price of the truck will increase by at least 1.5% per year for MY2024/25.
- How does the 1.3 to 1 new truck to trade ratio factor into this? – example - (215) 2019 RH trades would be offset by (280) new trucks
- What model years does the OTB part relate to? - $55,000 OTB would start on the 2023 MY
- Where can the PPI index be found?
- These are some sample links I found when searching for the PPI as noted in the cover letter
  - https://fred.stlouisfed.org/series/WPU03T15M05/
  - https://data.bls.gov/timeseries/WPU03T15M05?data_tool=XGtable
  - https://fred.stlouisfed.org/series/WPU14

- Will there be any credit for being under term miles when the MY 2023 trucks are turned in? – Navistar rejected this request

- How would our OCC access be changed with this agreement?
- All new trucks have five years of free access.
- I believe Navistar will reconsider adding this to all current Central, Universal and PAM trucks (with accessibility ) for the remainder of their term ( up to 60 months from in-service date) if we can reach an agreement on this order.

The Trade Values and Terms portion is a little confusing. Initially the values were based on turn in prior to December 1, 2021. In the new agreement they have been adjusted to reflect turn in by the end of April or the end of October 2022 depending on the model.
- How can I turn them in if I don't have the new truck yet?
- The trade values were adjusted to start in April of 2022 (based on updated production availability) to show a more realistic value which factors in the rollout cost.
- The April date was chosen as a benchmark based on production and the possibility that Central may want to start turning in trucks early.
- Will we be charged $.07 per mile for the mileage over the term miles, included in the new agreement, for the non-OTB trucks? – Yes based on the mileage listed in the trade value chart provided in the cover letter

I apologize for the number of questions but I want to make sure I understand the offer completely.

Thank you,

*Kyle Blain*

LOLL-0000003

(586) 939-7000 ext. 2785
kblain@centraltransport.com

---

**From:** Jim Lollis <jim.lollis@summittruckgroup.com>
**Sent:** Thursday, June 3, 2021 11:59 AM
**To:** Kyle Blain <kblain@centraltransport.com>
**Cc:** Carmichael, Sean <Sean.Carmichael@Navistar.com>; Joe Robichaud <Joe.Robichaud@summittruckgroup.com>
**Subject:** [EXTERNAL] Central Transport - Navistar offer 6-3-21

******EXTERNAL email. Please proceed with caution.******
Kyle
Attached is an updated offer from Navistar based on a new truck order of (1100) with (841) trade trucks.
My interpretation of this offer is to look at it as a completely new deal presented by top Navistar executives in hopes of providing something that is fair to both parties.
The new truck pricing is based on the current market as seen by Navistar.
Trade values have been adjusted to reflect the later production dates staring in April 2022 and an August 2022 starting date for the 2018 Internationals trades.

The production schedule has been improved from the earlier August 2022 production start date as noted below.

| PRODUCTION MONTH 2022 | PER MONTH | TOTAL CUMMULATIVE PRODUCTION |
|---|---|---|
| APRIL | 100 | 100 |
| MAY | 100 | 200 |
| JUNE | 100 | 300 |
| JULY | 100 | 400 |
| AUGUST | 140 | 540 |
| SEPTEMBER | 140 | 680 |
| OCTOBER | 140 | 820 |
| NOVEMBER | 140 | 960 |
| DECEMBER | 140 | 1100 |

I look forward to your review and comments on this offer.


Thank you



**Jim Lollis**
Fleet Sales Representative
**o:  m:** 479-530-3622
**a:** 807 S. Bloomington | Lowell, AR 72745
**w:** www.summittruckgroup.com  **e:** jim.lollis@summittruckgroup.com


This email cannot be used to create a binding contract. This message is confidential. It may also be privileged or otherwise protected by work product or other legal rules. If you have received it by mistake, please let us know

LOLL-0000004

by e-mail reply and delete it from your system; you may not copy this message or disclose its contents to anyone. The integrity and security of this message cannot be guaranteed on the Internet.

LOLL-0000005



**HOLDINGS**

A HIGHER STANDARD OF VALUE

June 3, 2021

Mr. Kyle Blain
GLS LeasCo, Inc.
12225 Stephens Rd
Warren, MI 48089

Dear Mr. Blain,

Navistar and Summit Truck Group are working to secure production dates as early as possible based on the current production environment. At the time of this letter Navistar can supply (1100) new 2023 International RH daycab production slots from April to December 2022.   The production availability dictates that the trucks will be 2023 model year.

(1100) 2023 International RH Tractors.................................................................................. $113,843
( 841) Trades – values listed below

Optional warranty coverage
- 48/400 Custom Service contract ….……………………………………….$   2,750
- 48 month ($575 per occurrence) Towing warranty……………….$      650

Price to include the following:
- 48/400 OTB $ 55,000
- Delivery – based on available production at the time of this letter. Navistar will hold these production slots until June 9, 2021.
  - (100) Trucks per month April thru July 2022
  - (140) Trucks per month August thru December 2022
- Quoted in $113,843 truck price
  - 2023 Model year escalator, steel surcharge and updated shipping charge for 2022 orders
  - 48/400 Engine/Aftertreatment warranty
  - Upgrade to Bendix Fusion
  - International 360
  - Fleet Health – *included in Intelligent Fleet Care on all 2022 models and beyond*
  - Advanced Preventative Maintenance – *included in Intelligent Fleet Care on all 2022 models and beyond*
- Escalator for MY's 2024-2025 based on PPI Index, with a minimum of 1.5% increase year over year.
  - Based on a new truck to trade ratio of (1.3 to 1) consistent to this year's bid.
  - Future Optional Trade Back (OTB) not to exceed $55,000
- Navistar Fleet Charge – Navistar will work with Central Transport to facilitate establishing an account for Central Transport and Universal Truckload Services with 60 day terms and appropriate credit line for each company, based on terms and conditions to be established.
- Financing – confirm financing through Navistar Capital at market interest rate on all new trucks ordered from Navistar in this proposal.

LOLL-0000006



**HOLDINGS**

A HIGHER STANDARD OF VALUE

- NED Software – all maintenance locations
- DLB Software – all maintenance locations
- Navistar onsite and web training for all locations.
- Fuel Analytics – Software *under development with no release date at this time*
- Higher residual value if Central adds aluminum wheels and virgin rubber to the trucks at turn-in $2,000 estimated additional value
- Sleeper chassis can be substituted in place of daycabs based on the current new truck to trade ratio and RFB quoted pricing.
- <u>Price guarantee</u> does not include government mandates, greenhouse gas increases or associated costs, specification changes, additional destination charges, surcharges (including but not limited to fuel, steel, and other raw materials associated with Producer Price Index (PPI)), vendor price increases and availability, model discontinuation, or extended service contract price updates.
  - Producer Price Index-Commodities (PPI) Series Id: WPU03T15M05 <u>or</u> PPI industry data for Transportation Equipment, Series ID WPU14

| Central Transport | | |
|---|---|---|
| Name and Title | Signature | Date |

Sean Carmichael _(signature)_ 6-3-21

| Navistar | | |
|---|---|---|
| Name and Title | Signature | Date |

Southwest Region - RVP

| Summit Truck Group | | |
|---|---|---|
| Name and Title | Signature | Date |

LOLL-0000007



## HOLDINGS

### A HIGHER STANDARD OF VALUE
### Trade Values and Terms

| Company | Year | Make | Model | Description | Count | Average Residual or Purchase Offer | Preferred Terms* Mileage | Turn-in Date | Rollout Start Date |
|---------|------|------|-------|-------------|-------|-----------------------------------|-------------------------|--------------|--------------------|
| ULH | 2017 | Freightliner | CASCADIA | Daycab - Tandem Axle | 16 | $31,000 | 300,000 | April 1 2022 | May 1, 2022 |
| PAM | 2017 | International | PROSTAR | Daycab - Tandem Axle | 28 | $36,000 | 250,000 | April 1 2022 | May 1, 2022 |
| ULH | 2017 | Peterbilt | 579-117 | Daycab - Tandem Axle | 31 | $31,000 | 200,000 | April 1 2022 | May 1, 2022 |
| Central | 2017 | International | PROSTAR | Daycab - Tandem Axle | 73 | $36,000 | 48/ 400K OTB | April 1 2022 | May 1, 2022 |
| Central | 2018 | International | LT62S | Sleeper | 10 | $56,000 | 48/ 400K OTB | August 1, 2022 | November 1, 2022 |
| ULH | 2018 | International | LT62F | Daycab - Tandem Axle | 13 | $56,000 | 150,000 | April 1 2022 | May 1, 2022 |
| Central | 2018 | International | RH DC | Daycab - Tandem Axle | 612 | $55,000 | 48/ 400K OTB | August 1, 2022 | November 1, 2022 |
| ULH | Various | . | | | 58 | As unapproved | | April 1 2022 | May 1, 2022 |

Total trades                                                                                          841

**Universal miscellaneous trucks** — to be fair to Universal and Summit we would need to have an inspection done on each group of trucks in order to provide a marketable value. Provided that the body of this offer is acceptable, inspections could start immediately with pricing to follow as the inspections are completed.

### * Terms
Trade value based on trade mileage noted in term mileage.

- Mileage over the term - deduct $0.07 per mile.
- All trade to meet Navistar trade terms and conditions.
- International trucks with Optional Trade Back (OTB) agreement will be subject to OTB terms.
- (623) 2018 Internationals will be turned in starting in August 2022 and be completed by December 2022. The trade values shown are based on August 2022 turn-in with rollout of $750 per month starting on November 1, 2022.
- (73) 2017 Internationals values are based on April 1, 2022 turn-in with $750 per month rollout starting on May 1, 2022.
- Non International trade values and Internationals that are not subject to an OTB agreement values are based on April 1, 2022 turn-in with $750 per month rollout starting on May 1, 2022.
- All PAM and Universal trucks are white in color.

LOLL-0000008