UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GLS LEASCO, INC. and
CENTRAL TRANSPORT, LLC,

Plaintiffs,

v.

NAVISTAR, INC.,

Defendant.

Case No. 23-cv-12927

Hon. Mark A. Goldsmith

Magistrate Judge Anthony P. Patti

---

### Declaration of Kyle Blain

Kyle Blain, pursuant to 28 U.S.C. § 1746, states as follows:

1. For many years, Central Transport had a poor reputation for using old and poorly maintained trucks. The company concluded that the appearance, condition, and age of these older trucks was the root cause of this poor reputation.

**NEW FLEET INITIATIVE**

2. Beginning in 2015, Central Transport instituted a plan to improve that reputation by vastly increasing its annual capital expenses for new trucks. In this affidavit, I will call this the "New Fleet Initiative."

3. The goal of the New Fleet Initiative was to reduce the age of its fleet of trucks by purchasing them in a cadence that would result in the oldest truck in its fleet being no more than four years old. Once this initiative was fully implemented,

the average truck in Central's fleet would be two years old because we bought trucks each year.

4.      Moving the average age of Central's fleet had to be done incrementally because of the massive cost associated with new truck purchases. The July 2021 Agreement with Navistar at issue in this case was a significant component of the New Fleet Initiative because it called for the replacement of International Model Year 2018 trucks (the "2018s") with brand new International Model Year 2023 trucks (the "2023s") on a cadence that would lower Central Transport's average fleet age. This purchase represented a roughly $72 million investment in the New Fleet Initiative.[1]

5.      The New Fleet Initiative would ultimately result in Central Transport having one of the newest truck fleets in the industry and would allow Central Transport to publicize that fact to two critical constituencies—drivers and customers.

6.      This move to newer trucks began to change Central Transport's reputation in the marketplace. New trucks connote reliability, confidence in the business, and pride.

---

[1] In addition, GLS purchased trucks from other OEMs over these same years.

**DRIVERS**

7.     I oversaw driver recruiting during the events leading to this litigation. At that time and continuing through today, competition for drivers in the trucking industry is fierce. Drivers consider many factors in deciding who they will work for including pay, working conditions, benefits, time at home—and the equipment they will operate.

8.     The United States trucking industry has faced a driver shortage for many years. In 2021–2022, Central Transport employed over 10 full-time driver recruiters, who reported up to me. Their only job was to recruit new truck drivers for Central Transport.

9.     The New Fleet Initiative was designed, in part, to assist with driver recruitment. Truck drivers prefer driving for employers that have newer trucks. Central Transport's driver recruiters were instructed to emphasize the New Fleet Initiative to potential new drivers. This was part of the plan to transform Central Transport's reputation.

10.     Newer trucks are cleaner, less likely to break down, require less maintenance, are more reliable, have newer safety technology, look better, and lead to pride in one's job.

11.     In this case, there was also another important difference between the 2018s and the new 2023s that were going to replace the 2018s. The 2023s had automated transmissions, while the 2018s had manual transmissions.

12.     In my driver recruiting experience, most truck drivers prefer automated transmissions because they are easier to drive than a 10-speed manual transmission. Today, Central Transport only uses automated transmissions. The same is true for the majority of our competitors.

13.     Equally as importantly, in the relevant time period (2021 -2022), truck driving schools were producing more and more graduates with a manual restriction on their Commercial Driver License ("CDL"). This means that they were not trained on commercial motor vehicles with manual transmissions, nor could they legally drive one.

14.     Thus, having a significant number of manual transmission trucks in Central Transport's fleet shrank the pool of qualified drivers that Central Transport could recruit.

15.     In this case, but for Navistar's fraud to escape the July 2021 agreement, Central would have had a flow of new trucks arriving in February 2022, months earlier than actually occurred. Just as importantly, the 2018s would not have remained in our fleet for as long as they did because Navistar had an obligation to

buy back the trucks; a provision waived under the subsequent agreement.[2]This retention of the 2018 trucks caused harm to Central's goodwill and reputation, both with prospective employees and our existing employees, as described below.

16.     Because GLS was responsible for leasing the 2018 trucks to Central and negotiated the July 2021 agreement for Central's benefit, its reputation was likewise harmed with respect to Central's employees. The later production and delivery coupled with the retention of the 2018s meant that nearly 20% of our truck fleet was "out of cycle," meaning that several hundred trucks in our fleet were older than planned. This meant that what we had told our driver recruits about the average age of our trucks was now false. It meant we did not keep our word to those drivers we recruited and who agreed to work for us, damaging our goodwill and reputation.

17.     We had expended a lot of resources recruiting new and less experienced drivers who were only licensed to drive automated trucks. We had to turn down recruits and reject approved applications because we didn't have sufficient automated trucks and could often only make offers to those licensed to drive manual

---

[2]This problem continued even after new vehicles started trickling in, because of the difficulty in selling the used trucks in a crashing market. It is not possible to let tractors sit idle indefinitely, as the trucks require periodic operation under load to maintain their mechanical integrity and preserve what resale value they might have. Central was thus compelled to operate used trucks rather than new trucks on some routes. Had GLS been able to simply return the trucks to Navistar under the terms of the July 2021 agreement, this problem would not have surfaced. The old trucks would have quickly left the fleet, and new trucks would have handled the entirety of the workload.

trucks. This severely limited the pool of recruits and contributed to a significant shortage of drivers in those areas that we had Navistar tucks; about half the company. And potential driver applicants were less interested in, or precluded from, applying for driver positions with Central Transport. The New Fleet Initiative was also publicized within the company. Navistar's late delivery of the 2023s caused problems with Central Transport's reputation amongst its existing driver workforce. In our industry, drivers with longer length of service typically are given new trucks. This is seen as a reward for loyalty and as a right for a tenured driver.

18.    However, because we had to run the 2018 trucks for much longer than was intended due to Navistar's fraud, newer drivers with manual CDL restrictions could not drive the old trucks. This forced Central to upend the normal arrangement: the most tenured, senior drivers were assigned to drive the older, less desirable trucks while the new employees were given the new trucks. This impacted driver morale.

19.    For example, this exact circumstance led to contentious issues t at our terminal in Blaine, Minnesota. We were severely short of drivers and the new recruits had manual restrictions. Due to the mass shortage, we hired drivers that were manually restricted and had to place tenured drivers in the older manual tractors. Similar situations occurred in Tacoma, Portland, Indianapolis, and Chicago, creating driver discontent.

20.     Recruiting and retaining drivers is critical to the success of Central Transport. Recruiting and retaining drivers depends in large part on Central Transport's reputation. The New Fleet Initiative is a focused and expensive effort to improve Central Transport's reputation with driver recruits and its existing driver workforce. Navistar's fraud, which required Central to keep older vehicles in its fleet for far longer than they should have been, damaged Central Transport's reputation and goodwill with both of these important constituencies.

21.     Drivers know that older trucks are less reliable and break down more often. We experienced increasing mechanical failures as the 2018s aged and increased in miles. As this problem increased in frequency, we had a resulting loss of drivers.

**CUSTOMERS**

22.     Central Transport's sales force was instructed to publicize the New Fleet Initiative to Central Transport's customers. In the customer context, a new fleet gives the impression that Central Transport is reliable, growing, investing in its business, and confident in future growth.

23.     Improving Central Transport's reputation with its customers was equally as important as improving it with new and existing drivers. This effort was so important that Central Transport spent hundreds of millions of dollars to implement the New Fleet Initiative.

24.     As a result of Navistar's late production and delivery of the 2023s, Central's fleet was "out of cycle"—in other words, Central Transport was not keeping the "promise" it made to many customers.

25.     Instead, because Navistar fraudulently avoided its obligation to buy back the 2018s and caused later new truck deliveries than would have occurred under the July 2021 agreement, Central was "not doing what it said it would do"—it was not timely renewing its fleet.

26.     Many of Central Transport's customers are sophisticated shippers including Walmart, Amazon, Home Depot, and General Motors. In fact, these large shippers account for the vast majority of Central Transport's revenue. They understand the difference between new and old trucks and the impression of reliability that a new truck provides.

27.     Publicizing the New Fleet Initiative to customers such as these and then failing to follow through, due to Navistar's actions, damaged Central Transport's credibility and reputation in the industry.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 17, 2026.

_____
Kyle Blain