UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GLS LEASCO, INC. and
CENTRAL TRANSPORT, LLC,

     Plaintiffs,

v.

NAVISTAR, INC.,

     Defendant.

Case No. 23-cv-12927

Hon. Mark A. Goldsmith

Magistrate Judge Anthony P. Patti

**REPORT AND RECOMMENDATION OF THE SPECIAL MASTER REGARDING DEPOSITION DESIGNATION EXHIBITS REGARDING ECF NO. 116**

On June 18, 2026, the Court referred to the Special Master the matter of reviewing the objections to the deposition designation exhibits contained within ECF No. 116 and issuing a recommendation. The Special Master's prior Report and Recommendation on the parties' deposition designations (ECF No. 140) resolved a number of objections through self-executing dispositions keyed to the Court's rulings on the underlying exhibits used in the examinations—rulings the Special Master had not yet made, and which must be resolved before the affected designations may be played. This Report addresses those underlying exhibit objections. The Special Master's recommended disposition as to each exhibit cited

1

2

in the parties' deposition designations (ECF No. 116) is set out in the accompanying spreadsheet appendix (Ex. 1), which is incorporated by reference.

The parties may file objections to this Report and Recommendation by 9:00 a.m. on Sunday, June 21, 2026.

Respectfully submitted,

Dated: June 20, 2026

/s/ Nathan J. Fink
Nathan J. Fink
Special Master

2