# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

|  |  |
|---|---|
| GLS LEASCO, INC., and CENTRAL TRANSPORT LLC<br><br>  Plaintiffs,<br><br>  v.<br><br>NAVISTAR, INC.<br><br>  Defendant. | Civil Action No. 23-cv-12927<br><br>Hon. Mark A. Goldsmith<br><br>Magistrate Judge Anthony P. Patti |

## NAVISTAR'S PROPOSED JURY VERDICT FORM

## <u>COUNT I – FRAUD (GLS)</u>

**QUESTION NO. 1**: Did GLS prove by clear and convincing evidence that Navistar represented to GLS on December 16, 2021 that it was only possible to make 600 trucks for GLS in 2022?

   \_\_\_ **Yes**  *(proceed to next question)*

   \_\_\_ **No**  *(proceed to Question 8)*

**QUESTION NO. 2**: Did GLS prove by clear and convincing evidence that Navistar's December 16, 2021 representation was materially false?

   \_\_\_ **Yes**  *(proceed to next question)*

   \_\_\_ **No**  *(proceed to Question 8)*

**QUESTION NO. 3**: Did GLS prove by clear and convincing evidence that Navistar knew that the December 16, 2021 representation was false at the time it was made?

_____ **Yes** *(proceed to next question)*

_____ **No** *(proceed to Question 8)*

**QUESTION NO. 4**: Did GLS prove by clear and convincing evidence that Navistar made the December 16, 2021 representation with the intent that GLS would rely on it to enter the 2022 Letter Agreement?

_____ **Yes** *(proceed to next question)*

_____ **No** *(proceed to Question 8)*

**QUESTION NO. 5**: Did GLS prove by clear and convincing evidence that it justifiably relied on the December 16, 2021 representation to enter the 2022 Letter Agreement?

_____ **Yes** *(proceed to next question)*

_____ **No** *(proceed to Question 8)*

**QUESTION NO. 6**: Did GLS prove by clear and convincing evidence that it was damaged as a result of its reliance on the December 16, 2021 representation to enter the 2022 Letter Agreement and is entitled to exemplary damages?

_____ **Yes** *(proceed to next question)*

_____ **No** *(proceed to Question 8)*

2

3

**QUESTION NO. 7**: If you answered "Yes" to Question 6: State the amount of exemplary damages that will fairly compensate GLS for injury to its goodwill and reputation.

$_____

***Proceed to Next Question***

## COUNT I – FRAUD (CENTRAL)

**QUESTION NO. 8**: Did Central prove by clear and convincing evidence that Navistar represented to Central in December 16, 2021 that it was only possible to make 600 Trucks for Central in 2022?

    ___ **Yes** *(proceed to next question)*

    ___ **No** *(proceed to Question 15)*

**QUESTION NO. 9**: Did Central prove by clear and convincing evidence that Navistar's December 16, 2021 representation was materially false?

    ___ **Yes** *(proceed to next question)*

    ___ **No** *(proceed to Question 15)*

**QUESTION NO. 10**: Did Central prove by clear and convincing evidence that Navistar knew that the December 16, 2021 representation was false at the time it was made?

    ___ **Yes** *(proceed to next question)*

    ___ **No** *(proceed to Question 15)*

**QUESTION NO. 11**: Did Central prove by clear and convincing evidence that Navistar made the December 16, 2021 representation with the intent that Central would rely on it to enter the 2022 Letter Agreement?

    ___ **Yes** *(proceed to next question)*

___ **No** *(proceed to Question 15)*

**QUESTION NO. 12**: Did Central prove by clear and convincing evidence that it justifiably relied on the December 16, 2021 representation to enter the 2022 Letter Agreement?

    ___ **Yes** *(proceed to next question)*

    ___ **No** *(proceed to Question 15)*

**QUESTION NO. 13**: Did Central prove by clear and convincing evidence that it was damaged as a result of its reliance on the December 16, 2021 representation to enter the 2022 Letter Agreement and is entitled to exemplary damages?

    ___ **Yes** *(proceed to next question)*

    ___ **No** *(proceed to Question 15)*

**QUESTION NO. 14**: If you answered "Yes" to Question 13: State the amount of exemplary damages that will fairly compensate Central for injury to its goodwill and reputation.

    $_____

***Proceed to Next Question***

## **COUNT II – BREACH OF CONTRACT**

**QUESTION NO. 15**: Did Plaintiffs prove by a preponderance of the evidence that the 2022 Letter Agreement required delivery of all trucks by June 30, 2022?

    \_\_\_ **Yes**  *(proceed to next question)*

    \_\_\_ **No** *(do not answer any further questions)*

**QUESTION NO. 16**: Did Plaintiffs prove by a preponderance of the evidence that Navistar breached its obligations under the 2022 Letter Agreement?

    \_\_\_ **Yes**  *(proceed to next question)*

    \_\_\_ **No** *(do not answer any further questions)*

**QUESTION NO. 17**: Did Plaintiffs prove by a preponderance of the evidence that they provided notice of breach to Navistar within a reasonable time after they discovered or should have discovered any breach of the 2022 Letter Agreement?

    \_\_\_ **Yes**  *(proceed to next question)*

    \_\_\_ **No** *(do not answer any further questions)*

**QUESTION NO. 18**: Did Navistar prove by a preponderance of the evidence any of the following defenses:

    \_\_\_ **Waiver** *(do not answer any further questions)*

    \_\_\_ **Release** *(do not answer any further questions)*

    \_\_\_ **None** *(proceed to next question)*

**QUESTION NO. 19**: Did Plaintiffs prove by a preponderance of the evidence that Navistar's breach of the 2022 Letter Agreement caused Plaintiffs to suffer any damages as a result of the breach?

    \_\_\_ **Yes**  *(proceed to next question)*

    \_\_\_ **No** *(do not answer any further questions)*

**QUESTION NO. 20:** If you answered "Yes" to Question 19: State the amount of contract damages that will fairly compensate Plaintiffs for damages proximately caused by the breach of the 2022 Letter Agreement:

    **GLS Lost Resale Profits:**          $ _____

    **Central Maintenance Cost Damages:**    $ _____

***Proceed to Next Question***

**QUESTION NO. 21**: If you awarded any damages in response to Question 20: Did GLS or Central incur any damages that they could have reasonably mitigated? (Check one)

    **___ Yes**

    **___ No**

If your answer is "yes," state the amount of damages each Plaintiff should be awarded after removing any losses that could have been reasonably mitigated:

**GLS Lost Resale Profits:**          $ _____

**Central Maintenance Cost Damages:**    $ _____

**QUESTION NO. 22**: How much, if any, lease revenue received by GLS as a result of leasing their trucks to Central should be deducted from GLS's damages?

    $_____

Signed,

_____
Foreperson                              Date